

## Patient Information

```
1356117                    IC6A
BUSBY EDWARD JR
M 015    1418309
1008 VARNON DR
PAMPA TX
PRICE              03/22/88
```

Date: 3/23/88

## Pupil Gauge (mm)
1  2  3  4  5  6  7  8  9

## Pupil Reaction
R = REACTING      SR = SLOW REACTING
NR = NON-REACTING

### Eyes Open
- Spontaneously .................... 4
- To speech ........................ 3
- To pain .......................... 2
- None ............................. 1

### Best Verbal Response
- Oriented and converses ........... 5
- Disoriented and converses ........ 4
- Inappropriate words .............. 3
- Incomprehensible sounds .......... 2
- No response ...................... 1

### Best Motor Response
- To verbal command
- To painful stimulus
- Obeys ............................ 6
- Localizes pain ................... 5
- Flexion - withdrawl .............. 4
- Flexion - abnormal (decorticate rigidity) ... 3
- Extension (decerebrate rigidity) . 2
- No response ...................... 1

### Limb Movement
- 6 NORMAL POWER
- 5 MILD WEAKNESS
- 4 SEVERE WEAKNESS
- 3 SPASTIC FLEXION
- 2 EXTENSION
- 1 NO RESPONSE

## Total Intake & Output

| | SHIFT 2300-0700 | SHIFT 0700-1500 | SHIFT 1500-2300 |
|---|---|---|---|
| ORAL/NG | NPO | 900 | 780 |
| ENTERAL FEEDINGS | Ø | | |
| IVF | 599 cc | 369 | 142 |
| TOTALS | 599 cc | 1269 | 922 |
| URINE | 0 + ↓ | 475+ | 600 |
| GASTRIC | 0 | 12 lg BSC | 0 |
| BM | 0 | lg large liquid brown | 0 |
| TOTAL | 0 + ↓ | 475 | 600 |

HCA

68

0010304

| | | SHIFT 23-7 0700 | SHIFT 0700-1500 | SHIFT 1500-2300 |
|---|---|---|---|---|
| CARDIOVASCULAR | RHYTHM | | SR c rate 4, 1° AV blk | SR c runs 72 / heart |
| | HEART SOUNDS | | regular mur-s2 / blk | regular murmur blk |
| | PULSES | palpable | palpable!! | palpable!! |
| | EDEMA | none | none | sl in |
| PULMONARY | BREATH SOUNDS | normal | clear | clear |
| | COUGH | none | none heard | none heard |
| | SPUTUM/COLOR | none | none after | none |
| | CHARACTERISTICS | none | neg lvn, nonlabored denies SOB | neg lvn, nonlabored |
| G I | ABDOMEN | soft, not distended | soft nondistended | soft nontender |
| | BOWEL SOUNDS | active x 4 quadrants | + BS x 4 | + BS |
| | TUBES | NG tube clamped | NG / clamped | none |
| G U | FOLEY/VOID | | yes urine | yes urine |
| | URINE CHARACTERISTICS | | clear yellow | clear yellow |
| SKIN | CHARACTERISTICS | warm dry | warm dry color adequate non pink | warm dry |
| INVASIVE | A-LINE SITE/CIRCULATION | | | |
| | PA/CVP | NA | NA | NA |
| | MONITOR CALIBRATION | | IV site @ hand clear no s/s infiltration | IV site @ hand clear |
| HYGIENE | BATH | | morning: assist | not done |
| | CATH CARE | | NA | NA |
| | ORAL | | self | self |
| | SKIN CARE | kept clean | kept clean + dry linen change | kept clean & dry |
| ACTIVITY | ESC | | not done | c assist |
| | BED REST | observed | observed | observed |
| | AMB/ASSIST | NA | no | no |
| | UP IN CHAIR | NA | no | no |
| | DANGLE | NA | self | self |
| | TURN & POSITION | self | self | self |
| | TCDB | self | self-encouraged | self encouraged |
| EQUIPMENT | EGGCRATE | NA | no | NA |
| | INCONTINENT SUPPLIES | NA | not needed | NA |
| | ISOLATION | NA | no | NA |
| | K-PAD | NA | no | NA |
| | PUMP | 2 pumps | IV pump x1 | IV pump x1 |
| | SPECIAL BED | NA | no | NA |
| | SUCTION | NA | no | NA |
| | THERMIA BLANKET | NA | no | NA |
| | TRACTION | NA | no | NA |
| SAFETY | BED POSITION ↑ ↓ | | low wheels locked | HOB ↑ 45° |
| | SIDE RAILS ↑ ↓ | | x 2 | x 2 |
| | CALL L'GHT | within reach | c in pt easy reach | within reach |
| | RESTRAINTS | NA | not noted | NA |
| DR VISIT | DIET | NPO | B-tea + milk | S10% |
| | | | Dr Phan | |
| | | | Dr Ebatu | |
| MISC | | | | |

0010305

| SIGNATURE | INIT. | SIGNATURE | INIT. | | | |
|---|---|---|---|---|---|---|
| BMcCulloch RN | BM | O. Darcel, MD | | | | |
| J Deringer | | Jean Charnick R | | | | |

**DATE/TIME — NURSES**

| | | |
|---|---|---|
| 3/23 2030 | Awakened when name is called. Dr Bris it at 800a. IVs infusing to left hand. IV site is not reddened nor swollen. —jcdm |
| | Intermittent sinus rhythm c 1° AVB + accelerated junctional rhythm; no c/o left chest pain. |
| 2245 | Sinus rhythm c 1° AVB c episodes of Wenckebach Mobitz Type 2 - 2:1 wide awake. —jcdm B/P 130/112 |
| 0100 | Sinus rhythm c 1° AVB .32 sec PR interval. —jcdm |
| 0210 | Allowed uninterrupted sleep time c/o c episodes of Wenckebach. —jcdm |
| 0500 | Continues to have intermittent sinus rhythm c 1° AVB c s/s frequent Wenckebach. —jcdm Allowed uninterrupted sleep time |
| 0500-0530 | Resting Quietly. Awake most of time. No c/o discomfort noted. NTG patch DC'd due to void. States "he doesn't need to go" when questioned. EKG cont SR c int SR c 1° AV block c intermit ___ 2° heart block type 1 & type 2. |
| 0530 | Dr Bhatia made aware of heart block. V/S stable. Very quiet affect. Communicates very little c nurses or mother, will only answer questions with nod of head or yes/no answers. Affect is very flat. No chest pain during noc. jcdm RN |
| 0730 | Awakens easily when name called, alert, oriented x 3 spheres. Skin warm & dry. pink. denies any c/p nor SOB. EKG SR c runs of 1° AV blk and 2:1 heart block. Pt asymptomatic. Heart sounds regular, murmur. Resp even non-labored. Lungs clear to auscultation. Abdomen soft, non-distended c (+) BS x 4. No c% w/p. Void per urinal. Yellow urine. Appt. No peripheral edema. US stable during 90% mobile to ___ —BM |

**NURSES NOTES II**

1356117    IC6A
BUSBY EDWARD JR
A  015    1418309
1008 VARNON DR
PAMPA TX
PRICE                03/22/88

| DATE/TIME | NO. | MEDICATION TREATMENT OR TOPIC/PROBLEM | NOTES |
|---|---|---|---|
| 3-23-88 | | 0830 | Dr. Bhatia here, no new orders. |
| 0900 | | | Dr. Price here, new order noted. Dr. Price DC'd NGT. Breakfast served - ate 2 trays. No N/V. |
| 0930 | | | Respiratory here for echocardiogram. |
| 1230 | | | Lunch served - ate 100%. Pt. did own sponge bath and oral care. Linens changed. No change in EKG, runs 1° AV block and 2:1 are less, no PVC's, no wenkebach seen. |
| 1400 | | | Had 2 large BM's liquid black + voiding SD. VS stable. EKG SR c̄ rare runs of heart block. Fluids encouraged. |
| 1500 | | | Pt. sitting up in bed watching TV & visiting c̄ family - is in good spirits. IV continuing to infuse well, no sign of infiltration. Denies chest pain. |
| 1630 | | | Requesting snack - given. Tol. well. Cont. to visit c̄ family members. Continuing to encourage flds. |
| 1730 | | | Meal served - appetite good - med taken well + other. Serving requested - given per request. |
| 1900 | | | Pt. resting quietly - cont. to deny pain. |
| 2000 | | | Transferred to floor via W/C. Telemetry applied per order. Pt. in room #301. Pt. in stable condition. R. Daniel, RN |

HCA Hospital Corporation of America

NURSES NOTES II

0010307



0010308

**24 HOUR NURSING FLOW RECORD**

Date: _____   RN PLAN OF CARE
Time: _____

```
1356117                IXXXX301A
BUSBY EDWARD JR
M  015      1418309XXXXX
1008 VARNON DR
PAMPA TX
PRICE              03/22/88
```

### NURSES COMMENTS

3-23-88 /700 – This is 15 y=ar old
male Pt of Dr Price – Admitted
to Room 301 for medical
services. Pt is verbal and
200 alert. IV infusing no redness
or swelling noted on site
2100 St. 2300 – Pt awake and
watching TV. D.H.

| RN ASSESSMENT ____ TO ____ |
| --- |
| LOC _____ |
| Skin _____ |
| Color _____ |
| Respirations _____ |
| Lung Sounds _____ |
| Heart Sounds _____ |
| Abdomen _____ |
| Edema _____ |
| RN Signature: |
| Time: |

| RN ASSESSMENT ____ TO ____ |
| --- |
| LOC _____ |
| Skin _____ |
| Color _____ |
| Respirations _____ |
| Lung Sounds _____ |
| Heart Sounds _____ |
| Abdomen _____ |
| Edema _____ |
| RN Signature: |
| Time: |

| RN ASSESSMENT ____ TO ____ |
| --- |
| LOC _____ |
| Skin _____ |
| Color _____ |
| Respirations _____ |
| Lung Sounds _____ |
| Heart Sounds _____ |
| Abdomen _____ |
| Edema _____ |
| RN Signature: |
| Time: |

| INITIALS | SIGNATURE | SUPPLIES USED |
| --- | --- | --- |
| DH | D.H. | |

23



0010310

**24 HOUR NURSING FLOW RECORD**

```
1356117          IXXXX301A
BUSBY EDWARD JR
M  015   1418309XXXXX
1008 VARNON DR
PAMPA TX
PRICE            03/22/88
```

Date: 3/24/8   RN PLAN OF CARE
Time: 2400 Observe for irregular activity. appears to 2 above — C. McCoy

| 3/24/8 | NURSES COMMENTS |
|---|---|

2400 - Awakens for V/S. Denies any complaint of N/V/D. c̄ IV of D5½NS @ L @ 80 cc/hr. [Pt] Telemetry in place. appears to —
0100–0400 Sleeping at this time. appears to —
0600. continues to sleep. No complaints per custom. appears to —
0700 Awake and alert. Skin warm and dry. Telemetry in place. IV D5½ infusing per [?]. 2 Tylenol 650 c̄ H2O via NGT.
1000 IV changed to Heplock and redressed. Up to chair.
1400 Resting. Denies any c/o chest pain. — JCM
ICU reports pt in W [?] rhythm. — JCM
1600 - Awake, alert. Pupils equal & reactive to light.

**RN ASSESSMENT** 2300 to 0700
LOC alert
Skin mild
Color adequate
Respirations unlabored
Lung Sounds clear
Heart Sounds irregular
Abdomen soft
Edema none
RN Signature: [signature]
Time: 2400

**RN ASSESSMENT** 7 TO 3
LOC alert
Skin warm dry
Color adequate
Respirations unlabored
Lung Sounds clear
Heart Sounds reg
Abdomen soft
Edema none
RN Signature: C. McCoy
Time:

**RN ASSESSMENT** 3 TO 11
LOC alert
Skin W/D
Color pale
Respirations unlabored
Lung Sounds clear
Heart Sounds reg
Abdomen soft c̄ BS
Edema Ø
RN Signature: J White
Time: 1600

| INITIALS | SIGNATURE | SUPPLIES USED |
|---|---|---|
| [?] | [signature] | |
| [?] | [signature] | |



Nurses Notes II — Busby Edward Jr, 1008 Varnon Dr, Pampa TX, 03/22/88

3-24-88

| DATE/TIME | NO. | MEDICATION/TREATMENT OR TOPIC/PROBLEM | NOTES |
|---|---|---|---|
|  |  | 1600 | and accommodation. Move about well on his own freely = difficult. No tremors noted. |
|  |  | 1945 | Ambulated in hall. Tolerated well, no agitation, restlessness noted. —JMNN |
|  |  | 2100 | Still awake. No c/o distress. JMNN |