IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| EDWARD LEE BUSBY, | § | |
|     *Petitioner,* | § | |
| | § | |
| V. | § | |
| | § | Civil Action No. 4:09-CV-160-Y |
| RICK THALER, Director, | § | |
| Texas Department of Criminal | § | (death-penalty case) |
| Justice, Correctional | § | |
| Institutions Division, | § | |
|     *Respondent.* | § | |

## ORDER FOR EXHIBITS

On March 31, 2009, Respondent Rick Thaler filed the administrative record in this case consisting of six volumes of state court papers. The following items, photocopies of which appear in the record, are not in the court clerk's possession:

- Defendant's Exhibit 1 (DVD containing Latimer/Busby Press Conferences)

- Defendant's Exhibit 2 (DVD containing Latimer interview with Eric Holden)

- State's Pretrial Exhibit 13 (CD video containing interview of Busby by Oklahoma City P.D. on February 1, 2004)

Accordingly, the Court directs Respondent, within **twenty days** of the date of this order, to file with the clerk and serve on Petitioner copies of the electronic information that was presented to the state courts as Defendant's Exhibits 1 and 2 and State's Pretrial Exhibit 13. Petitioner has **ten days** from the date the exhibits are served to deny their accuracy, otherwise they will be considered part of the record in this case for all purposes. A denial

of the accuracy of an exhibit must be accompanied by either a more accurate version of the exhibit or a statement identifying the inaccurate portion and specific facts upon which the denial is based.

SIGNED February 27, 2012.

                                           TERRY R. MEANS
                                           UNITED STATES DISTRICT JUDGE

TRM/ks:be

2