IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| EDWARD LEE BUSBY,           *Petitioner,* | § § § | |
| V. | § § | Civil Action No. 4:09-CV-160-Y |
| RICK THALER, Director, Texas Department of Criminal Justice, Correctional Institutions Division,           *Respondent.* | § § § § § | (death-penalty case) |

## NOTICE OF RECUSAL

Pursuant to Canon 3C(1) of the Code of Conduct for United States Judges, the Honorable Terry R. Means, presiding judge, recuses himself from this case. The case shall be reassigned **directly** to the docket of the Honorable Reed O'Connor.

Signed June 25, 2013.

*/s/ Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE