75300

REPORTER'S RECORD

VOLUME 38 OF 38 VOLUMES

TRIAL COURT CAUSE NO. 0920589A

| THE STATE OF TEXAS | ) | IN THE CRIMINAL DISTRICT |
| vs. | ) | COURT NUMBER TWO |
| EDWARD LEE BUSBY, JR. | ) | TARRANT COUNTY, TEXAS |

**FILED IN**
**COURT OF CRIMINAL APPEALS**

OCT 1 3 2006

**Louise Pearson, Clerk**

DEFENDANT'S EXHIBITS

PRETRIAL AND TRIAL

ORIGINAL

Barbara Lynn Chapman, CSR
Official Court Reporter
Criminal District Court No. 2
Tarrant County, Texas

DEFENDANT'S PRETRIAL EXHIBIT INDEX

| EXHIBIT: | DESCRIPTION |
|---|---|
| 1 | Motion To Withdraw |
| 1 | Affidavit |
| 2 | Affidavit |
| 3 | Star-Telegram |
| 4 | Star-Telegram |
| 5 | Star-Telegram |
| 6 | Star-Telegram |
| 7 | Star-Telegram |
| 8 | Star-Telegram |
| 9 | Star-Telegram |
| 10 | Star-Telegram |
| 11 | Star-Telegram |
| 12 | Star-Telegram |
| 13 | Star-Telegram |
| 14 | Star-Telegram |
| 15 | Star-Telegram |
| 16 | Star-Telegram |
| 17 | Star-Telegram |
| 18 | Star-Telegram |
| 19 | Star-Telegram |
| 20 | Star-Telegram |
| 21 | Star-Telegram |
| 22 | Star-Telegram |
| 23 | Star-Telegram |
| 24 | Star-Telegram |
| 25 | Dallas Morning News |
| 26 | WFAA |
| 27 | Affidavit |
| 28 | Affidavit |
| 29 | Affidavit |
| 30 | Videotape - Channel 11 |
| 31 | Videotape - Channel 8 |

DEFENDANT'S TRIAL EXHIBIT INDEX

EXHIBIT:     DESCRIPTION
1            CD - Press Conference
2            CD - Interview
3            Statement - Latimer
4            Videotape
5            Certificate
6            Certificate
7            Certificate
8            Certificate
9            Certificate
10           Photo
11           Photo
12           Photo
13           Photo
14           Photo
15           Photo
16           Photo
17           Photo
18           Photo
19           Photo
20           Photo
21           School Records

FILED
THOMAS A. WILDER, DIST. Cl
TARRANT COUNTY, TEXA

JUN 0 1 2005
TIME 5 25
BY ev
DEPUTY
cc: Lee Ann

**CAUSE NO. 0969691**

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | 371ˢᵗ JUDICIAL DISTRICT |
| | § | |
| LESHA K. FERRELL | § | TARRANT COUNTY, TEXAS |

## MOTION TO WITHDRAW

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Stephen Gordon, Movant herein. Movant was appointed as attorney for the Defendant, Lesha K. Ferrell. Movant files this Motion to Withdraw as Counsel of Record and for good cause would show this Court as follows:

I.

A conflict has arisen between counsel and the defendant which necessitates the withdrawal of counsel from further representation of the defendant in this case. In short, the interests of justice would best be served by the withdrawal of the undersigned counsel from representation of the defendant in this matter.

II.

This case is presently set for pre-indictment hearing on June 1, 2005. There is no trial date set yet. For this reason, Movant has informed the court of the need for this withdrawal as soon as possible so that new counsel may be appointed sufficiently in advance of any future trial date. Defendant will not be prejudiced by the withdrawal of the undersigned counsel at this stage of the proceedings.

MOTION TO WITHDRAW (Case No. 0969691)                                                                 Page 1.



WHEREFORE, PREMISES CONSIDERED, the undersigned counsel, and Movant herein, respectfully requests that the court grant this motion and allow Stephen Gordon to withdraw as counsel for defendant in this case.

Respectfully submitted,

Stephen Gordon
Texas State Bar No.00785918

LAW OFFICES OF BEASLEY CURETON & GORDON LLP
101 Summit Avenue, Suite 610
Fort Worth, Texas 76102
Tel.  817.338.1877
Fax:  817.338.1910

**MOVANT**

## CERTIFICATE OF CONFERENCE

I hereby certify that on _____ 5/28 _____, 2005, I conferred with _LEITY MARTINEZ_____, Assistant Tarrant County District Attorney, and Mr. MARTINEZ advised that the State does not oppose the granting of this Motion. Therefore, this Motion is submitted to the Court for determination.

Stephen Gordon

MOTION TO WITHDRAW (Case No. 0969691)

## CERTIFICATE OF SERVICE

I hereby certify that on this the _____ day of _____, a true and correct copy of the above and foregoing Motion to Withdraw was served on the attorney for the State as follows:

Via Hand Delivery
NAME
Assistant District Attorney
Tarrant County District Attorney's Office
401 W. Belknap, 9th Floor
Fort Worth, TX 76196

Stephen Gordon

CAUSE NO. 0969691

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| vs. | § | 371ˢᵗ JUDICIAL DISTRICT |
| | § | |
| LESHA K. FERRELL | § | TARRANT COUNTY, TEXAS |

## ORDER ON MOTION TO WITHDRAW

The Court, having reviewed the Motion to Withdraw as Counsel of Record filed by Stephen

Gordon in this matter, is of the opinion that the motion is meritorious and should be GRANTED.

IT IS THEREFORE ORDERED that Stephen Gordon is hereby allowed to withdraw as

counsel of record in the above-styled and numbered cause.

SIGNED this _____ June 1 _____, 2005.

JUDGE PRESIDING

ORDER ON MOTION TO WITHDRAW (Case No. 0969691)                                      Solo Page

CAUSE NO. 0920589A

| | | |
|---|---|---|
| THE STATE OF TEXAS, | § § § | IN THE CRIMINAL |
| VS. | § § § § | DISTRICT COURT NO. TWO |
| EDWARD LEE BUSBY, JR. | § § § § | TARRANT COUNTY, TEXAS |

## AFFIDAVIT OF WELDON WHITEMAN

STATE OF TEXAS      §
                             §
COUNTY OF TARRANT    §

On this day, Weldon Whiteman appeared before me, the undersigned notary public, and upon his oath said as follows:

1. "My name is Weldon Whiteman. I am over the age of eighteen years and am competent to testify.

2. I am custodian of the records of the Circulation Department of the Fort Worth Star-Telegram. The information contained in this Affidavit comes from the business records of the Circulation Department of the Fort Worth Star-Telegram, and it was in the regular course of business of the Fort Worth Star-Telegram for an employee or representative of the Fort Worth Star-Telegram, with knowledge of the matter to make the record.

3. According to the records of the Fort Worth Star-Telegram, the Star-Telegram's average circulation for the six-month period ending March 31, 2005 was 237,554 daily and 333,933 Sunday. For the twelve-month period ending March 31, 2004, the average daily circulation in Tarrant County was 189,444, and average Sunday circulation in Tarrant County was 261,546.

4. In addition, the Fort Worth Star-Telegram estimates the number of readers of the newspaper. This number is higher than the circulation since one household may contain more than one reader. As of March 31, 2004, the Fort Worth Star-

AFFIDAVIT OF WELDON WHITEMAN



DEFENDANT'S
EXHIBIT
1
NO. 4-25-05 BC

Telegram estimated that its average daily readership in Tarrant County, Texas was 422,000 and its average Sunday readership in Tarrant County, Texas was 577,000.

FURTHER AFFIANT SAYETH NOT."

<div align="right">

*Weldon Whiteman*

Weldon Whiteman
</div>

SWORN TO and SUBSCRIBED before me by Weldon Whiteman on the 23 day of September, 2005.

<div align="right">

*Oretha William*

Notary Public in and for the State of Texas
</div>

[SEAL]

ORETHA WILLIAMS
MY COMMISSION EXPIRES
August 17, 2008



THE STATE OF TEXAS,

VS.

EDWARD LEE BUSBY, JR.

CAUSE NO. 0920589A

§
§
§
§
§
§
§
§
§
§
§

IN THE CRIMINAL

DISTRICT COURT NO. TWO

TARRANT COUNTY, TEXAS

DEFENDANT
EXHIBIT
2
NO.

## AFFIDAVIT OF STACY GARCIA

STATE OF TEXAS

COUNTY OF TARRANT

§
§
§

Before me, the undersigned authority, on this day personally appeared Stacy Garcia who, being by me first duly sworn, deposed and said as follows:

1.    "My name is Stacy Garcia. I am over the age of eighteen years and am competent to testify.

2.    I am custodian of the records of the Fort Worth Star-Telegram. Attached here to are 48 pages of records from Fort Worth Star-Telegram. These said 48 pages of records are kept by Fort Worth Star-Telegram in the regular course of business, and it was the regular course of business of Fort Worth Star-Telegram for an employee or representative of Fort Worth Star-Telegram with knowledge of the act, event, condition, opinion or diagnosis recorded, to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time of the event recorded, or reasonably soon thereafter. The attached records hereto are the original records or exact duplicates of the original records as they appear in the files of the Fort Worth Star-Telegram, and

STACY GARCIA
9510_1 (2).DOC

PAGE 1

include copies of the articles which have appeared in the Fort Worth Star-Telegram relating to this case."

FURTHER AFFIANT SAYETH NOT."

_____
STACY GARCIA

SWORN TO and SUBSCRIBED before me on the _23_ day of September, 2005.

_____
Notary Public in and for the State of Texas

[SEAL]



D'JUANA Y GIBSON
MY COMMISSION EXPIRES
DECEMBER 17, 2006

# Fort Worth

Meet the newest talk-show host, Craig Ferguson

Sunday

**COMING TOMORROW:** People-watching at airports is increasingly difficult since 9-11. **IN TARRANT BUSINESS**



**COMMISSIONER TAKES OFFICE**

Roy C. Brooks is sworn in as the Precinct 1 county commissioner after working for years behind the scenes as top administrator for outgoing Commissioner Dionne Bagsby, who did not seek re-election. **3B**

## CITY SERVICES

### EXTRA BAGS OK FOR NOW

Fort Worth residents will be able to dispose of two extra bags of trash outside their wheeled carts until Friday at no additional charge. Extra bags should not be bigger than 30 gallons each. If those extra bags aren't enough, residents can order city-authorized "Joe bags." That can be set out at any time of the year. These 30-gallon bags — which cost $15 for a set of five — let residents get rid of extra trash that doesn't fit in the cart. Residents can order these bags through the city's trash hot line — (817) 392-1234 (EASY) — and the bags will be mailed to them. The cost of the bags will be added to the household's next water bill.

### CITY WILL TAKE TREES

Fort Worth will pick up Christmas trees and turn them into mulch as part of the city's regular weekly trash collection. The trees can be set at the curb as early as 6 the night before your regular pickup day. Make sure all decorations, stands, nails are off the tree. Officials said not to put trees taller than 8 feet, cut in half.

## WALL STREET JOURNAL

### PRESCRIPTION FOR FUTURE

Some investors worry that maladies plaguing the pharmaceutical industry could linger. **10B**

## STOCKS

### THE WINNERS AND LOSERS

The Metroplex stock report offers a look at the performance of more than 100 local companies. **13B**

### BOB RAY SANDERS

The columnist is taking the day off.

### TO OUR READERS

In sight, a people gallery of who we are and where we live in a special, at-cost Sunday's edition.

### NEWS TIPS

Contact the Fort Worth metro desk at 817-390-7410.

---

**MILITARY**

## SHIPPING OUT

### As 56th Brigade gets a stirring send-off, a family worries

■ James Caudill was never called up in his first stint in the Reserves. Having signed up again after 9-11, he's about to go to Iraq.

**By CHRIS VAUGHN**
STAR-TELEGRAM STAFF WRITER

Trisha and James Caudill were sitting up to each other on the couch in their Fort Worth home, sipping a late-afternoon coffee, the blinking Christmas lights reflecting on their faces.

"Yeah, I worry about him, although, I'm OK, like now, when he's home," Trisha said. "I'd cry. I see him board that plane to Iraq, it will go into overdrive."

James turned to his wife. "You know you won't be able to see me get on the plane. You'll have to drop me off and that's it."

"Really?" Trisha asked, her voice falling.

The past few months have been like this for the Caudills: full of surprises, not all of them good.

Because the Caudill house, where James is 38 and Trisha is 36,

a long deployment has never happened, much less in a place like Iraq.

They're treading new ground, unfamiliar ground, and they're not alone among the 3,000 soldiers in the Texas National Guard's 56th Brigade, a unit with plenty of life experience and not much in the way of combat experience.

Unlike some young wives new to the Army, Trisha does not complain about her predicament. Unlike some commanders' spouses,

*More on DEPLOYMENT on 9B*

---

**Year's first**



Martina Mendez holds her daughter Maile, the first Tarrant County baby of 2005, at John Peter Smith Hospital in Fort Worth. Maile was born a few seconds after midnight Saturday morning.

**STAFF WRITER PAUL BOURGEOIS REPORTS. 5B**

---

# YearinReview'04

      

Opal Jo Jennings, 6, was taken in 1999. Her remains were found in late 2003 and identified last January.

Laura Lee Crane, 77, a retired TCU professor, was abducted Jan 30. Her body was found in Oklahoma.

Superintendent Thomas Tocco stepped down in the wake of a scandal in the Fort Worth school district.

Viola Pitts, 89, the unofficial mayor of Como, died April 15. She was a longtime community leader.

Sam Walls of Cleburne lost a primary runoff after photos appeared of him in women's clothing.



Rescue workers search the Fort Worth Water Gardens, where a man and three children drowned while in town for a church conference.

---



After a year of complaints and problems, the city of Fort Worth ended its can-in system and switched to weekly pickup of brush and monthly pickup of bulky waste, at an added cost of $3.45 per household. Here, a bulk trash contractor loads up debris.

---

The year 2004 — the Chinese Year of the Monkey — brought its share of beginnings and endings, sorrows and triumphs. It even brought a Feb. 29.

Many of the memories generated throughout the year are private affairs, of weddings and funerals, births and graduations, events known only to our friends and families.

But some of what happened in the Tarrant County region last year was shared by us all.

Arlington voters opened their

**FULL REPORT 6B**

pocketbooks for a chance to grab the Cowboys, and Grapevine welcomed a showy hotel to its city limits. The embattled Fort Worth schools superintendent took leave of the district after 10 years, and thousands of citizen-soldiers prepared to leave for Iraq.

Tragedy marred a longtime downtown landmark, and police identified the remains of a little girl missing since 1999.

**INSIDE**
■ The big stories across Texas. **4B**
■ A look at the big stories in Dallas. **14B**

NAOMI RUTH ARMSTRONG 1902-2004

# Woman loved to travel, spoil grandkids

By EVA-MARIE AYALA

FROM 1B — OBITUARIES

## OBITUARIES



CHRISTOPHER DUKES    LAUREN DUKES

MYRON DUKES    JUANITRICE DEADMON

# Year Review '04





**Delores Angell**

**Naomi Armstrong**



In Memory

In Memory

Case 4:09-cv-00160-O    Document 126-17    Filed 05/04/26    Page 14 of 519    PageID 11825

Supplemental Category:
Instructions: **2005Datatimes.exp**
Created: **January 2, 2005**
City:
Country:
Reference: **11275701**
Merlin ID: **7410643**
Copyright:
Copyright year: **0**
Keywords:
Library enhanced? **Yes**
Rights? **Yes**
Input Date: **03/12/2005**



DEFENDANT'S
EXHIBIT
4
NO. ₆C 925-05

## Local investment produces degrees
### By Melody Mcdonald

Source: *THE FORT WORTH STAR-TELEGRAM*
(Sunday, May 9, 2004)
Edition: FINAL, Section: Metro, Page 1B

EDUCATION: More than 1,100 students graduate from Texas Christian University during spring commencement.

FORT WORTH--Texas Christian University was the only college that Cristina Ramos wanted to attend.

"I wanted to go to TCU or I didn't want to go at all," said Ramos, 21. "TCU was my only choice."

Still, Ramos knew that making her dream a reality would be a challenge. After all, students at Diamond Hill-Jarvis High School didn't typically attend the private school. No one in her family had ever been to college. And finances were tight for Ramos, whose parents work factory jobs.

On Saturday, Ramos was one of the 1,147 students who walked across the stage at the Fort Worth Convention Center to receive their TCU diplomas.

She and seven other graduates did it with the help of TCU's Community Scholar Program -- an initiative aimed at diversifying the student population by providing scholarships to area high school students who typically-would not attend TCU.

They were among 12 students from four high schools who received the first scholarships awarded, in 1999. The remaining four recipients are scheduled to graduate in the winter or next spring.

More than 70 students have participated in the program, and the university has committed more than $1 million in support. The program now targets students at nine schools in Fort Worth, Arlington and Dallas.

It's kind of a godsend that they started this scholarship program the same year I graduated," Ramos said. "It has been more than I could have ever asked for. It was more than full-ride -- they provided on-campus housing, tuition, books, a meal plan. I couldn't ask for more."

And while it was a thrilling day for Ramos and the other TCU graduates, there was an undercurrent of sadness as well.

Saturday's ceremony also marked the absences of a student and a retired professor.

The near-capacity crowd paused for a moment of silence in memory of Mindy Maher, a 22-year-old interior-design student who died Monday -- five days before she was to graduate -- in a car wreck while commuting on Interstate 20 from her parent's Arlington home. Her cap and gown were found in her car.

Maher's two sisters, Shannon and Amy -- both Horned Frog alumnae -- accepted her diploma Saturday. The audience rose and applauded for several minutes as the crying sisters walked across the stage.

TCU also conferred an honorary degree on retired professor Laura Lee Crane, who was kidnapped from a local grocery-store parking lot in January and suffocated before her body was dumped in Oklahoma.

For more than 20 years, Crane directed TCU's Starpoint School, which helps children with learning disabilities.

Crane's daughters, Allen Crane Walker and Lee Crane Wood, accepted the doctor of humanitarian services degree on their mother's behalf.

"It was Dr. Crane's lifework and now it is her legacy to help other people find the stars in the darkness," Allen Crane said. "On Dr. Crane's behalf and on behalf of our family and for all the members of the community that she loved and touched, we graciously accept this award."



# Fort Worth & Region

B

Sunday, May 9, 2004 — WWW.STAR-TELEGRAM.COM

State, 3B
Obituaries, 6-7B

## Today

ASIAN PACIFIC AMERICAN HERITAGE MONTH

Each day this month, the Star-Telegram will profile one person's contributions in Texas.

**Francis Leong, 68**

Birthplace: Honolulu
Heritage: Hawaiian, Portuguese and Chinese

Texas ties: GTE Corp. promoted Leong and sent him to the company's world headquarters in Irving. He intended to move back to Hawaii after retiring, but his family was smitten with Texas.

American experience: After he retired, Leong decided to get involved in local politics. In 1996, he joined the Haslet City Council. He served as mayor pro tem before becoming mayor in 2002. "This is something I personally wanted to do — to do what I can to help develop this city," Leong says.

— Diane Smith

Calendar of events, 3B

### NORTHEAST TARRANT



**Fun at the Keller Town Festival**

Janice Strong of Haltom City plays on a fun house slide at the Keller Town Festival on Saturday. The event continues today.

### STATE

**Prom tickets allowed for same-sex guests**

A Central Texas school district suspends a policy prohibiting students from buying prom tickets for same-sex guests.
Story on 3B

### OBITUARIES

**Homeowners' friend, Truly Belgard**

When the weather turns cold, homeowners should pause and remember Truly Belgard of Fort Worth.
Obituary on 6B

### RAIN GAUGE

Star-Telegram RainReporters track rainfall for the 24-hour period that ended at 7 p.m. Saturday.

Benbrook, Chris Fillmore . . . . . . 0.10
Briar Oaks, Gary Rockers . . . . . 0.10
Crowley, Mary L. Walls . . . . . . . 0.01
Eastern Hills,
  Isabel and Walton Cary . . . . 0.73
Forest Hill, Sonny Morris . . . . . 0.15
Saginaw, Keith McDaniel . . . . . trace
White Lake Hills,
  Charles Wright . . . . . . . . . . 0.04
For information on becoming a Star-Telegram RainReporter, call 817-390-7270.

## Tomorrow

**Seat-belt campaign to focus on pickups**

Pickup drivers will be under extra scrutiny during this year's Click It Or Ticket campaign. The crackdown on motorists who aren't wearing seat belts will last from May 24 to June 6. Extra police officers will be on duty in cities across Texas to look for violators.
On Your Commuter page

QUICK READ To help you quickly navigate the Star-Telegram, look for summaries with our longer stories. Each summary begins with a topic word in white type on a black bar.

---

Other places in Texas have lower rates but larger bills

# Property taxes high? Look around

By ANNA M. TINSLEY
STAR-TELEGRAM STAFF WRITER

Frank Henry gets sticker shock nearly every May.

That's when he usually learns that the value on his property in the Texas Christian University area has gone up thousands of dollars.

Again.

"If I was a seller, that would be great," said Henry, past president of the Westcliff Neighborhood Association. "But I'm not planning to do that.

"Over the last several years, [the valuation] has steadily increased," he said. "I guess that's the cost of living in this area."

**TAXES** Local property tax valuations are on the rise but are not yet hitting numbers found in other major Texas cities.

Rising property values generally mean higher tax bills, which is why thousands of property owners across Tarrant County will probably protest their valuations in coming months. Henry doesn't expect to be among them this year.

But as high as those bills may seem, local homeowners don't have it as bad as others in the state, an informal analysis shows.

Though most major cities in Texas have lower property tax rates than Fort Worth, they also have higher average property values, which tend to create larger tax bills.

Local officials will get an early look at how much property tax revenue — a major part of city funding — will be available for next year's budgets on Friday, when the Tarrant Appraisal
More on TAXES on 4B

---

ELECTION 2004



Orville "Rusty" Cross, left, and A.B. Owens, both running for the City Council, say the town needs better fiscal management and closer ties to residents.

# Growing pains

**Changes in Venus have brought conflicts over the town's direction**

By CHRIS VAUGHN
STAR-TELEGRAM STAFF WRITER

VENUS — One could guess that the people of this small burg are a civic-minded lot, what with all candidates running for the City Council and the stenciled-in-spray-paint signs dotting grassy stretches all over town.

But there's more to it than that.

Venus, halfway between Alvarado and Midlothian on U.S. 67, is in the grips of a timeless struggle that many a small town near a big city has experienced — change.

At their core, the conflicts are, in way or another, about growth. New neighborhoods. New businesses. New people. New ways. And resistance, by at least some people, to the new direction of the town.

"Some people want to see Venus prosper; some people want it to stay a good-ol'-boy thing," said Cindy Williams, a 20-year resident of the Venus area and an officer in the chamber of commerce. "It's not necessarily old Venus vs. new Venus; it's just different ways of looking at the way change
More on VENUS on 4B

---

# We should have known it was coming

**SANDERS** The signs that something changed for the worse in our civic culture have been there for years.

Somewhere along the way, a signal was sent that it was all right to do things differently.

Perhaps the signal was the first time a high government official uttered the words "Everything changed after 9-11."

Or was it when we declared "war on terror," telling those who are not with us are against us?



Bob Ray Sanders
IN MY OPINION

Maybe the signal came on the day that the term homeland security became an operative phrase, or when the word patriot (as in Patriot Act) meant it was OK to begin taking rights away from American citizens, and certainly permissible to treat noncitizens in ways that would have been intolerable in the past three years ago.
More on SANDERS on 19A

---

GRADUATION 2004 | TCU

# Local investment produces degrees

By MELODY McDONALD
STAR-TELEGRAM STAFF WRITER

FORT WORTH — Texas Christian University was the only college that Cristina Ramos wanted to attend.

"I wanted to go to TCU or I didn't want to go at all," said Ramos, 21. "TCU was my only choice."

Still, Ramos knew that making her dream a reality would be a challenge. After all, students at Diamond Hill-Jarvis High School

**EDUCATION** More than 1,100 students graduate from Texas Christian University during spring commencement.
■ When Women's University graduations and the University of North Texas graduations

didn't typically attend the private school. No one in her family had ever been to college. And
More on EDUCATION on 19A

Cristina Ramos, 21, of Fort Worth helps her friend and fellow graduate Kim Carpenter before commencement Saturday at the Fort Worth Convention Center. Ramos is in the first class of TCU's Community Scholar Program for local students.

---

# GOP success breeds internal divisions

By JAY ROOT
STAR-TELEGRAM AUSTIN BUREAU

AUSTIN — Republican elder statesman George Strake said he feared long ago that when his party finally took over Texas government, "we'd start turning on ourselves."

If there was any doubt that would happen, it seems gone now in the acrimonious fourth special session of the 78th Legislature.

Unfolding like a perfect storm for

**POLITICS** Texas Republicans find a new enemy: one another.

political conflict, the session has pitted the GOP's tax-cutting ideology against harsh fiscal reality, one-party harmony against political ambition and social conservatism against a fevered push to expand gambling.

In the last week alone, Gov. Rick Perry was handed an extraordinary

rebuke in the state House. Republican rank-and-file turned against their own leaders; and Senate Republicans issued a public challenge to Perry. Go ahead and veto our plan if you must.

Republicans did not invent internecine warfare, of course.

In more than 100 years of domination, Texas Democrats fought among themselves constantly.

But for Republicans, whose unanimity
More on POLITICS on 2B

anges in Venus have
ught conflicts over
town's direction

By CHRIS VAUGHN
STAR-TELEGRAM STAFF WRITER

VENUS — One could guess that the people of this small burg are a civic-minded lot, what with 10 candidates running for the City Council and the stenciled-in-spray-paint signs dotting grassy stretches all over town.

But there's more to it than that.

about growth. New neighborhoods. New business es. New people. New ways. And resistance by at least some people, to the new direction of the town.

"Some people want to see Venus prosper; some people want it to stay a good-ol'-boy thing," said Cindy Williams, a 20-year resident of the Venus area and an officer in the chamber of commerce. "It's not necessarily old Venus vs. new Venus; it's just different ways of looking at the way change

More on VENUS on 4B

---

should
e knqwn
as coming

**The signs that something changed worse in our civic culture n there for years.**

/here along the way, a sig-nt that it was all right to differently.
s the signal was the first h government official ut-tered the words "*Everything* changed after 9-11."

Or was it when we de-clared "war on terror," telling the world that all those who are not with us are against us?

he signal came on the e term *homeland securi-*an operative phrase, or ord *patriot* (as in Patri-nt it was OK to begin s awa... n American d cert... ermissible citize... ways that been intolerable just ago.

More on SANDERS on 10B

---

GRADUATION 2004 | TCU



STAR-TELEGRAM/ALISON WOODWORTH
Cristina Ramos, 21, of Fort Worth helps her friend and fellow graduate Kim Carpenter before commencement Saturday at the Fort Worth Convention Center. Ramos is in the first class of TCU's Community Scholar Program for local students.

# Local investment produces degrees

By MELODY McDONALD
STAR-TELEGRAM STAFF WRITER

FORT WORTH — Texas Christian University was the only college that Cristina Ramos wanted to attend.

"I wanted to go to TCU or I didn't want to go at all," said Ramos, 21. "TCU was my only choice."

Still, Ramos knew that making her dream a reality would be a challenge. After all, students at Diamond Hill-Jarvis High School

**EDUCATION** More than 1,100 students graduate from Texas Christian University during spring commencement.

■ Texas Woman's University and the University of North Texas graduations.    3B

didn't typically attend the private school. No one in her family had ever been to college. And

More on EDUCATION on 3B

---

# GOP success breeds internal divisions

By JAY ROOT
STAR-TELEGRAM AUSTIN BUREAU

AUSTIN — Republican elder statesman George Strake said he feared long ago that when his party finally took over Texas government, "we'd start turning on ourselves."

If there was any doubt that would happen, it seems gone now in the ac-rimonious fourth special session of the 78th Legislature.

Unfolding like a perfect storm for

**POLITICS** Texas Republicans find a new enemy: one another.

political conflict, the session has pit-ted the GOP's tax-cutting ideology against harsh fiscal reality, one-party harmony against political ambition and social conservatism against a fevered push to expand gambling.

In the last week alone, Gov. Rick Perry was handed an extraordinary

rebuke in the state House: Republi-can rank-and-file turned against their own leaders; and Senate Republicans issued a public challenge to Perry: Go ahead and veto our plan if you must.

Republicans did not invent in-ternecine warfare, of course.

In more than 100 years of domina-tion, Texas Democrats fought among themselves constantly.

But for Republicans, whose unoffi-

More on POLITICS on 2B

UNIVERSITY OF NORTH TEXAS

University of North Texas graduate Muhammed Hossain, 30, talks on his cellphone to someone in the audience before the university's commencement ceremony Saturday.

# UNT grads get wise words

By JESSAMY BROWN
STAR-TELEGRAM STAFF WRITER

DENTON — After spending thousands in tuition and years studying, University of North Texas graduates are getting some last free advice.

HUTCHISON

UNT alumni, graduates and faculty are sharing their collective wisdom to help students navigate the transition from college to the rest of their lives.

On Saturday, as many as 2,500 graduates and their families celebrated the milestone at the university's general convocation in the UNT Coliseum.

Sen. Kay Bailey Hutchison challenged the graduates to help the nation spread freedom and advance democracy around the world. The war on terror will take the same perseverance and national will that was needed to win the Cold War, she said.

"Every generation is called upon to protect our liberty," Hutchison said. "We are protecting freedom every day, as our fathers, mothers and grandparents did before us."

GRADUATION Sen. Kay Bailey Hutchison speaks at the University of North Texas commencement ceremony.

As the UNT grads focus on finding jobs, many will turn to the nuggets of advice from the university community. The ideas will be posted on a link on the UNT home page through Wednesday.

"Even when your hopes and aspirations seem impossible, keep believing even if others say you can't," wrote Gigi Spikan Alington, May 2001 graduate.

"Never stop using SpellCheck," alumnus Robert Cain advised.

"DO NOT USE CREDIT CARDS!! If you can't pay cash, wait till you can!" warned 1991 graduate Jana Dillon Ward.

"Always return all telephone calls. You never know where opportunity may come from," wrote Ronald C. Waranch, a 1954 UNT graduate.

Waranch, a real estate developer, said he put off returning a call from a contractor known for "always hustling" years ago. But the eventual conversation in 1974 led to his company's first building project, an 865-town house development near Burbank, Calif. It taught him the value of calling back.

"I do it. It doesn't make any difference if it's a janitor or the chairman of a large bank," said Waranch, 72, of Beverly Hills, Calif.

Several people advised the new grads to take time off between studies and joining the work force — before vacation time is limited to two weeks or less per year.

After Saturday's convocation, smaller commencement ceremonies were held for graduates from individual schools and colleges.

ONLINE: www.unt.edu

Jessamy Brown, (817) 685-3816
jbrown@star-telegram.com

## EDUCATION

Continued from 1B

finances were tight for Ramos, whose parents work factory jobs.

On Saturday, Ramos was one of the 1,147 students who walked across the stage at the Fort Worth Convention Center to receive their TCU diplomas.

She and seven other graduates did it with the help of TCU's Community Scholar Program — an initiative aimed at diversifying the student population by providing scholarships to area high school students who typically would not attend TCU.

They were among 12 students from four high schools who received the first scholarships awarded, in 1999. The remaining four recipients are scheduled to graduate in the winter or next spring.

More than 70 students have participated in the program, and the university has committed more than $1 million in support. The program now targets students at nine schools in Fort Worth, Arlington and Dallas.

"It was kind of a godsend that they started this scholarship program the same year I graduated," Ramos said. "It has been more than I could have ever asked for. It was more than full-ride — they provided on-campus housing, tuition, books, a meal plan. I couldn't ask for more."

And while it was a thrilling day for Ramos and the other TCU graduates, there was an undercurrent of sadness as well.

Saturday's ceremony also marked the absences of a student and a retired professor.

The near-capacity crowd paused for a moment of silence in memory of Mindy Maher, a 22-year-old interior-design student who died Monday — five days before she was to graduate — in a car wreck while commuting on Interstate 20 from her parent's Arlington home. Her cap and gown were found in her car.

TCU Chancellor Victor Boschini presents Mindy Maher's degree to her sisters, Amy, center, and Shannon. Mindy Maher, 22, died in an auto accident last week.

Maher's two sisters, Shannon and Amy — both Horned Frog alumnae — accepted her diploma Saturday. The audience rose and applauded for several minutes as the crying sisters walked across the stage.

TCU also conferred an honorary degree on retired professor Laura Lee Crane, who was kidnapped from a local grocery-store parking lot in January and suffocated before her body was dumped in Oklahoma.

For more than 20 years, Crane directed TCU's Starpoint School, which helps children with learning disabilities.

Crane's daughters, Allen Crane Walker and Lee Crane Wood, accepted the doctor of humanitarian services degree on their mother's behalf.

"It was Dr. Crane's lifework and now it is her legacy to help other people find the stars in the darkness," Allen Crane said. "On Dr. Crane's behalf and on behalf of our family and for all the members of the community that she loved and touched, we graciously accept this award."

It was also an emotional day for the Community Scholars, most of whom were the first in their families to attend college. Many vowed to give back to the college and community that helped them get where they are.

Ramos, who graduated with a major in business administration in international marketing and a minor in Latin American studies, would like to start a similar program.

"I want to make that kind of difference," she said.

Community Scholar graduate Elizabeth Santa, 21, who went to North Side High School, hopes to end up back in Fort Worth, working for the program.

"I am so grateful I've had this opportunity and have had this support," said Santa, who received a degree in speech pathology. "I want to help the program in the future so that others will have the same opportunity.

"It's a wonderful, wonderful accomplishment. It is something that will never be taken away."

Melody McDonald, (817) 390-7386
mmcdonald@star-telegram.com

TEXAS WOMAN'S UNIVERSITY

# From a troubled past to a brighter future

By JESSICA DeLEON
STAR-TELEGRAM STAFF WRITER

DENTON — Mary Seale didn't just receive an education from Texas Woman's University. She also gained her self-esteem.

A decade after winning her battle against cocaine addiction, Seale, 52, was among 1,200 students who walked across the stage during three graduation ceremonies Saturday at Texas Woman's. She plans a career as a social worker.

"Now it's not even more special," she said of her achievement.

The keynote speech seemed made to order for her. "Now that you've reached the top, never forget the others who need help climbing," said James H. Rimmer, who graduated from Texas Woman's in 1982.

Rimmer, now project director of the Center on Health Promotion Research for Persons with Disabilities and director of the National Center on Physical Activity and Disability, praised his education at Texas Woman's. He said it made him more sensitive and caring.

Seale grew up in Denison and became a nurse. But she experimented with illegal drugs, and they quickly took over. A "weekend warrior," she would buy cocaine every other Thursday when she got her paycheck. She and her boyfriend would smoke the cocaine in a hotel room during the weekend. On Mondays, she would return to work and wait for her next check.

She lost her house, and her car was repossessed. The low point came when she saw that her dealer had a gun.

"I could have died," she said.

In 1994, she went to rehab in Sherman and put her life back together. She decided to try to help others fight the battle she waged to win. After receiving an associate's degree from Tarrant County College Northeast Campus in Hurst in 2000, she interned as a counselor in Sherman. The administrators encouraged her to pursue counseling as a career.

So Seale went to Texas Woman's in 2002 to pursue a bachelor's degree. Slowly, her self-esteem grew. She lost her fear of being older than most students, joined several clubs and was even elected to leadership positions.

In the fall, she plans to pursue a master's degree at the University of Texas at Arlington.

She hopes to work as a counselor and to teach at Texas Woman's. And she can now speak in front of a group without getting sick.

"I'm ready to stand in front of people," she said.

Amity Taylor, 21, of Possum Kingdom Lake attends the Texas Woman's University commencement in Denton on Saturday.

Over 40?
The Secret is Out
That's right... you wear reading glasses.
Texas Eye and Laser Center
Located in Hurst & Fort Worth
Call 1-877-57-LASIK
For More Details
For More Information Log On To www.lasikdr.com

TICKETS ON SALE THIS SATURDAY!
Annie
Bass Performance Hall
Disney's
BEAUTY AND THE BEAST
BROADWAY'S SMASH HIT MUSICAL
August 17 - 22
Bass Performance Hall
ON SALE SATURDAY, MAY 15 AT 8:00AM!
At The Box Office Only - 8:00am to NOON
Box Office & Phone Orders - NOON to 6:00pm
Can't Wait? Order a 2-Show Package Today!
Call 817-332-2272 to order a 2-Show Package!
For more information on the 2-Show Package or next Saturday's on-sale event, please visit our website at www.casamanana.org

# EDUCATION

*Continued from 1B*

finances were tight for Ramos, whose parents work factory jobs.

On Saturday, Ramos was one of the 1,147 students who walked across the stage at the Fort Worth Convention Center to receive their TCU diplomas.

She and seven other graduates did it with the help of TCU's Community Scholar Program — an initiative aimed at diversifying the student population by providing scholarships to area high school students who typically would not attend TCU.

They were among 12 students from four high schools who received the first scholarships awarded, in 1999. The remaining four recipients are scheduled to graduate in the winter or next spring.

More than 70 students have participated in the program, and the university has committed more than $1 million in support. The program now targets students at nine schools in Fort Worth, Arlington and Dallas.

"It was kind of a godsend that they started this scholarship program the same year I graduated," Ramos said. "It has been more than I could have ever asked for. It was more than full-ride — they provided on-campus housing, tuition, books, a meal plan. I couldn't ask for more."

And while it was a thrilling day for Ramos and the other TCU graduates, there was an undercurrent of sadness as well.

Saturday's ceremony also marked the absences of a student and a retired professor.

The near-capacity crowd paused for a moment of silence in memory of Mindy Maher, a 22-year-old interior-design student who died Monday — five days before she was to graduate



STAR-TELEGRAM/ALISON WOODWORTH

TCU Chancellor Victor Boschini presents Mindy Maher's degree to her sisters, Amy, center, and Shannon. Mindy Maher, 22, died in an auto accident last week.

— in a car wreck while commuting on Interstate 20 from her parent's Arlington home. Her cap and gown were found in her car.

Maher's two sisters, Shannon and Amy — both Horned Frog alumnae — accepted her diploma Saturday. The audience rose and applauded for several minutes as the crying sisters walked across the stage.

TCU also conferred an honorary degree on retired professor Laura Lee Crane, who was kidnapped from a local grocery-store parking lot in January and suffocated before her body was dumped in Oklahoma.

For more than 20 years, Crane directed TCU's Starpoint School, which helps children with learning disabilities.

Crane's daughters, Allen Crane Walker and Lee Crane Wood, accepted the doctor of humanitarian services degree on their mother's behalf.

"It was Dr. Crane's lifework and now it is her legacy to help other people find the stars in the darkness," Allen Crane said. "On Dr. Crane's behalf and on behalf of our family and for all the members of the community that she loved and touched, we

graciously accept this award."

It was also an emotional day for the Community Scholars, most of whom were the first in their families to attend college. Many vowed to give back to the college and community that helped them get where they are.

Ramos, who graduated with a major in business administration in international marketing and a minor in Latin American studies, would like to start a similar program.

"I want to make that kind of difference," she said.

Community Scholar graduate Elizabeth Surita, 21, who went to North Side High School, hopes to end up back in Fort Worth, working for the program.

"I am so grateful I've had this opportunity and have had this support," said Surita, who received a degree in speech pathology. "I want to help the program in the future so that others will have the same opportunity.

"It's a wonderful, wonderful accomplishment. It is something that will never be taken away."

Melody McDonald, (817) 390-7386
mjmcdonald@star-telegram.com

# Former hostage Hamill back home

By KATHY HANRAHAN

MACON, Miss. — Former hostage Thomas Hamill home Saturday after his three-week ordeal in Iraq, credited God and worldwide support for his survival and said the rebuilding mission that nearly cost him his life must continue.

"I knew I was going to make it. I knew I was coming home," Hamill told reporters before a prayer vigil in his honor at the Noxubee County Courthouse. "I told the Lord to pick the time and place."

The truck driver was wounded and captured when his convoy was ambushed April 9. He escaped May 2 from a farmhouse about 50 miles north of Baghdad, squeezing open a sheet-metal door and running after he heard U.S. military vehicles rumbling outside.

Hamill, 44, said very little to reporters on hand for his homecoming, explaining, "I just want to get back to some normalcy."

Hamill returned to Mississippi about 1 a.m. Saturday to a chorus of cheering family and friends.

On the day before Mother's Day, "it was the best gift I could get," said his wife, Kellie Hamill. The couple flew home together from Germany, where Thomas Hamill had been treated for an arm injury.

Hamill's first duty after landing was to hug his 11-year-old daughter, Tori, and his son, Thomas, 13.

Hamill, who works for KBR, a subsidiary of Houston-based Halliburton Corp., said he will consider returning to work in Iraq but worries about his children.

"We got to get that country back on its feet," he said.

Hamill was among seven American contractors who disappeared after the April attack. The bodies of four have been found. Two men — William Bradley, formerly of Galveston, and Timothy Bell of Mobile, Ala. — remain missing. Two military men also vanished; one was later found dead, and the other, Pfc. Keith Maupin of Batavia, Ohio, remains missing.

Former Iraq hostage Thomas Hamill hugs his aunt Kitty Page after his birthday picnic in Macon, Miss., on Saturday.

# Calls from offspring in Iraq complete day

LOS ANGELES — When Brenda Freeman, her husband and three of her children sit down for a Mother's Day feast of barbecued salmon, one chair will be empty.

It's the chair saved for her eldest son, 19-year-old U.S. Marine Corps Lance Cpl. Eric Freeman, who is on his second deployment in Iraq.

"You realize you are helpless, and you just have to let go," Freeman said. "There is nothing to be gained by obsessing on the news of your son who could be in a bloody firefight."

Today, thousands of mothers will spend Mother's Day without their military sons and daughters, holding on to hope for their safe return.

Some remain glued to the news. Others shun their TV sets. All orient their lives — sometimes on the edge of their couches — waiting for that single static-filled phone call from war zones in Iraq, Afghanistan or elsewhere.

Forget flowers. Nothing means more than knowing that on Mother's Day, their sons and daughters will call home and write home and that their children will eventually come home for good.

An estimated 135,000 military men and women are in Iraq, with 20,000 more deployed in Afghanistan and about 45,000 support units stationed in surrounding countries.

More than 700 of them have returned home in flag-draped caskets.

31st Annual Memorial Day Sale

Save up to 31% Storewide

CONTRACTORS AND DESIGNERS WELCOME

Inside Out Patio and Fireplace

Family owned and operated for 31 years.

## TODAY'S OBITUARIES

Abington, Hazel Hunter, 89, Fort Worth
Allen, Verna Marie, 82, Fort Worth
Anderson, Marjorie
Armstrong, Doug Sr., 62, Bedford
Barbour, Annie Mae, 76, Fort Worth
Belgard, Trude, 79, Fort Worth
Birdcreek, Mollie Jean, 75, Burleson
Carr, Gary, 52, Fort Worth
Childress, Mack, 88, Fort Worth
Cordera, Jerry Ray, 41, Rhome
Cravens, Frances Cain, 73, Arlington
Crockett, Dorothy Louise, 57, Fort Worth
Crawley, Hubert, 86, Fort Worth
Dean, Haskell, 97, Venus
Fleurhaw, Les, 67, Azle
Francis, Ida Mae Boone, 95, Prescott, Ariz.
Gassner, Gussie, 51, Fort Worth
Gunter, Ouida, 78, Fort Worth
Hamm, Sammy, 76, North Richland Hills
Harwick, Kenneth Eldon, 67, Fort Worth
Haverkamp, Dena Ann, 84, Fort Worth
Henry, Imena, 41, Fort Worth
Hodges, Nox, 83, Fort Worth
Huffman, Billy Fred, 72, Keller
Johnson, Michael, 49, Arlington
Jones, George, 73, Hurst
Jordan, Lewis Ned, 86, Fort Worth
Kitchen, Don, 43, Mansfield
Korgan, Viola Mae, 90, Cleburne
Lancaster, Lind Rea, 87, Fort Worth
Long, Dorothy Bradbury, 87, Garland
McCann, Sam, 77, North Richland Hills
McClung, Dudley, 83, Benbrook
McLaughlin, Kevin, 54, Arlington
Mercer, William C., 77, Euless
Mulligan, William Jr., 70, North Richland Hills
Mounts Jr., 48, Fort Worth
Oldenburg, Fort Worth, Granbury
Ditto, James Richard, Granbury
Parnell, 84, Cleburne
Petty, Juanita, 78, Azle
Pope, Jamie, 62, Granbury
Price, Viola, 87, Fort Worth
Ransom, Lake Hall, 86, Rhome
Rice, Ruby Mae, 73, Burleson
Saumann, Gordon, 78, Colleyville
Sentell, Froma, 81, Kennedale
Saffarn, Carnest, 46, North Richland Hills
Seeger, Richard, 57, Arlington
Sharp, Lloyd, 75, Weatherford
Simpson, Jo Ann, 77, Haltom City
Stevens, Angelique Mason, infant, Euless
Trent, Lane, 91, Fort Worth
Trickel, Lillian, 89, Granbury
Turner, Linda Kay Fagan, 48, Comanche
Turner III, Tom, 50, Fort Worth
Wells, Amy Hall, 94, Fort Worth
White, Joan Barbara, 49, Arlington
Wilkerson, Margaret Ann, 52, Bedford
Willis, Mary Helen, 84, Hurst
Wong, Kwong Yee, 76, Arlington
Wrestman, Erma Ann, 43, Fort Worth

OBITUARIES 6-9B

## HOW TO REACH US

To subscribe or report a delivery problem, dial (817) DEL-IVER (335-4837) or (800) 776-STAR (776-7827) or go to www.star-telegram.com and click on SUBSCRIBE/RENEW and select DELIVERY COMPLAINTS

CUSTOMER SERVICE
Downtown office (817) 390-7761
E-mail: paper@star-telegram.com
Arlington office (817) 548-5400
Northeast office (817) 685-3800
Photo Sales (817) 390-7743
Newspaper in Education (817) 215-2250
Plant Tours (817) 215-2240 (groups of 20 or more only)

Classified Advertising (817) 332-3333
Display Advertising (817) 390-7765

Star-Telegram Operating, Ltd.
KNIGHT RIDDER

Sprint.

The perfect Mother's Day gift.
A really nice way to keep in touch.

Sprint PCS Vision℠ Phones:
Buy one for $49.98 and get one FREE.

Sprint Store
The Sprint Store At RadioShack.

Star-Telegram | Sunday, May 9, 2004

# Calls from offspring in Iraq complete day



THE ASSOCIATED PRESS/ROGELIO SOLIS

...er Iraq hostage Thomas ...ill hugs his aunt Kitty Page ... his birthday picnic in Macon, ..., on Saturday.

— remain missing. Two ...ry men also vanished; one ...ater found dead, and the ... Pf... Keith Maupin of ...ia, ...., remains missing.

LOS ANGELES DAILY NEWS

LOS ANGELES — When Brenda Freeman, her husband and three of her children sit down for a Mother's Day feast of barbecued salmon, one chair will be empty.

It's the chair saved for her eldest son, 19-year-old U.S. Marine Corps Lance Cpl. Eric Freeman, who is on his second deployment in Iraq.

"You realize you are helpless, and you just have to let go," Freeman said. "There is nothing to be gained by obsessing on the news or your son who could be in a bloody firefight."

Today, thousands of mothers will spend Mother's Day without their military sons and daughters, holding on to hope for their safe return.

Some remain glued to the news. Others shun their TV sets. All orient their lives — sometimes on the edge of their couches — waiting for that single static-filled phone call from war zones in Iraq, Afghanistan or elsewhere.

Forget flowers. Nothing means more than knowing that on Mother's Day, their sons and daughters will call home and write home and that their children will eventually come home for good.

An estimated 135,000 military men and women are in Iraq, with 20,000 more deployed in Afghanistan and about 45,000 support units stationed in surrounding countries.

More than 700 of them have returned home in flag-draped caskets.

## ...AY'S OBITUARIES

...n, Billy Fred, 72, Keller
...n, Michael, 49, Arlington
...George, 73, Hurst
... Lewis Red, 80, Fort Worth
... Don Bill, 43, Mansfield
...Viola Mae, 96, Cleburne
...er, Una Rea, 89, Fort Worth
...rothy Bradbury, 87, Garland
... Sam, 77, North Richland Hills
..., Dudley, 83, Benbrook
...lin, Allen, 54, Arlington
...William E., 77, Euless
...William Jr., 70, North Richland

...Jr., Sam Moon, 48, Fort Worth
...g, John Robert, 69, Granbury
...mes Richard, Granbury
...illiam, 86, Cleburne

Salzmann, Gordon, 78, Colleyville
Santos, Norma, 81, Kennedale
Sartain, Earnest, 46, North Richland Hills
Seeger, Richard, 57, Arlington
Sharp, Lloyd, 81, Weatherford
Simpson, Jo Ann, 77, Haltom City
Stevens, Angelique Mikiah, infant, Euless
Travis, Lillie, 91, Fort Worth
Trickel, Lillian, 89, Granbury
Turner, Linda Kay Fagan, 48, Comanche
Turner III, Tom, 58, Fort Worth
Wallis, Amy Nell, 94, Fort Worth
White, Joan Barbara, 49, Arlington
Wilkerson, Margaret Ann, 52, Bedford

## HOW TO REACH US

To subscribe or report a delivery problem, dial (817) DEL-IVER (335-4837) or (800) 776-STAR (776-7827) or go to www.star-telegram.com and click on SUBSCRIBE/RENEW and select DELIVERY COMMENTS

**CUSTOMER SERVICE**

**Northeast Tarrant Publisher**
Steve Jacob   (817) 685-3955
sbj@star-telegram.com
**Vice President/Executive Editor**
Jim Witt   (817) 390-7704
jwitt@star-telegram.com
**Vice President Advertising**
J. Michael Winter   (817) 390-7768
mwinter@star-telegram.com
**Vice President/Circulation**
Weldon Whiteman   (817) 215-2218
wwhiteman@star-telegram.com

PUBLISHED BY

## Star-Telegram Operating, Ltd.
### >KNIGHT RIDDER>

400 W. Seventh St., Fort Worth, Texas 76102

3201 Airport Freeway, Suite 108, Bedford, 76022

1111 W. Abram, Arlington, 76013

TO SUBSCRIBE or to report a delivery problem, dial (817) DEL-IVER (335-4837). Outside Tarrant County call toll-free (800) 776-STAR (-7827).

**DELIVERY INFORMATION**

| | |
|---|---|
| Monday-Friday | 5 a.m.- 5 p.m. |
| Saturdays & holidays | 6:30 a.m.- noon |
| Sundays | 6:30 a.m.- 2 p.m. |
| RETAIL ADS | (817) 390-7765 |
| CLASSIFIED ADS | (817) 332-3333 |
| Outside Tarrant County call toll-free | (800) 222-3978 |
| Monday-Wednesday | 7:30 a.m.-6 p.m. |
| Thursday-Friday | 7:30 a.m.-7 p.m. |

**CUSTOMER SERVICE AND BACK ISSUES**

| | |
|---|---|
| Arlington (817) 543-5400  Monday-Friday | 8 a.m.- 5 p.m. |
| Downtown (817) 390-7761  Monday-Friday | 8 a.m.- 5 p.m. |
| Northeast (817) 685-3800  Monday-Friday | 8 a.m.- 5 p.m. |
| PHOTO SALES | (817) 390-7743 |
| Monday-Friday | 9 a.m.- 4 p.m. |

SINGLE COPY PRICES: Daily, 50¢; Sunday, $1.50

| Home Delivery | Mo. | Yr. | U.S. Mail (Mo.) |
|---|---|---|---|
| Daily/Sunday | $15 | $168 | $31 |
| Daily Only | $13 | $144 | $26 |
| Weekend Only (3-day weekend package and 11 holiday issues*) | $13 | $144 | N.A. |
| Sunday Only | $11 | $120 | $23 |

*New Year's Day, Martin Luther King Day, Presidents' Day, March Madness, Race Day, J-0 Thursday, Colonial Day (5/24), Memorial Day, Independence Day, Football Preview, Labor Day, Election Day, Veterans Day, and Thanksgiving Day (where applicable).

All prices include sales tax and postage. Mail prices are for the U.S. and its possessions; foreign rates available upon request. Advance payment required. Star-Telegram customers may use their Internet accounts to communicate with customer service representatives. Write to us at paper@star-telegram.com. When appropriate, e-mail may be forwarded to other newspaper staff members.

For guaranteed same-day delivery of missed copies in Tarrant County, please call by noon, seven days a week. Our mission is to provide subscribers with the best possible delivery service. Should we be unable to resolve a subscription problem to your satisfaction, call Weldon Whiteman, Vice President/Circulation, at (817) 215-2218.

The Fort Worth Star-Telegram (USPS 206-260) is published daily. Periodical postage paid at Fort Worth, Texas. Postmaster: Send address changes to Fort Worth Star-Telegram, P.O. Box 1870, Fort Worth, Texas 76101.

Circulation: 235,917 daily; 329,739 Sunday.
Readership: 590,400 daily; 847,090 Sunday.

Also available at:

**DALLAS**
Cellular Mart
(214) 522-4286

Express Pagers and Wireless
(214) 375-3033

Express Pagers & Cellular
(214) 823-7222
(214) 948-6293

**FT. WORTH**
Express Pagers & Cellular
(817) 626-9076
(817) 923-7

Cellular P
(817) 569
(817) 423

COMPUSA  Dillard's

FOLEYS  fry's  MICRO CENTER  Office Depot

OfficeMax  RITZ CAMERA  RADIOSHACK

**HURST**
Bytes 2 Go
(817) 595-4780

**IRVING**
Wireless USA
(972) 256-9872

**PLANO**
Express Pagers & Cellular
(214) 948-6293

Cellular Planet
(972) 509-0716

**RICHARDSON**
Express Pagers & Cellular
(214) 570-0450

government-required charges.

details. Offers end 5/9/04. Savings may mate Electronics, Good Guys, Wireless 5/9/04 and activation no later than fee apply. A deposit may be required. s are charged $0.50 per minute and, if evice used as a modem. **Satisfaction** Sprint Communications Company L.P.



Glow

NOW ACCEPTING AM
WE ALSO WELCOME
MASTERCARD & DIS
OR CHARGE IT WITH

It was also a emotional day for the Community Scholars, most of whom were the first in their families to attend college. Many vowed to give back to the college and community that helped them get where they are.

Ramos, who graduated with a major in business administration in international marketing and a minor in Latin American studies, would like to start a similar program.

"I want to make that kind of difference," she said.

munity Scholar graduate Elizabeth Surita, 21, who went to North Side High School, hopes to end up back in Fort Worth, working for the program.

"I am so grateful I've had this opportunity and have had this support," said Surita, who received a degree in speech pathology. "I want to help the program in the future so that others will have the same opportunity.

"It's a wonderful, wonderful accomplishment. It is something that will never be taken away."

Melody McDonald, (817) 390-7386 mjmcdonald@star-telegram.com

1. Photo: STAR-TELEGRAM/ALISON WOODWORTH TCU Chancellor Victor Boschini presents Mindy Maher's degree to her sisters, Amy, center, and Shannon. Mindy Maher, 22, died in an auto accident last week.

2. Photo: STAR-TELEGRAM/ALISON WOODWORTH Cristina Ramos, 21, of Fort Worth helps her friend and fellow graduate Kim Carpenter before commencement Saturday at the Fort Worth Convention Center. Ramos is in the first class of TCU's Community Scholar Program for local students.

Photo Caption:

Filename: **010402XB0010509RK01-1106606.txt**

Service:
Category:
Supplemental Category:
Instructions: **2004Datatimes.exp**
Created: **May 9, 2004**
City:
Country:
Reference: **11229067**
Merlin ID: **7315457**
Copyright:
Copyright year: **0**
Keywords: **"GRADUATION 2004 TCU"**
Library enhanced? **Yes**
Rights? **Yes**
Input Date: **03/12/2005**

DEFENDANT'S
EXHIBIT
5
NO. BC 9-26-0[ ]
PENGAD 800-631-6989

---

**T[ ]e indicted in kidnapping, death of retired TCU professor**
B[ ]ody Mcdonald

Source: *THE FORT WORTH STAR-TELEGRAM*
Thursday, April 1, 2004
Edition: FINAL, Section: Metro, Page 2B

INDICT: Edward Lee Busby Jr. and his former girlfriend Kathleen Latimer face charges including capital murder.

FORT WORTH--The ex-convict and convicted prostitute accused of abducting and killing retired TCU professor Laura Lee Crane were indicted Wednesday on charges of capital murder, aggravated kidnapping and causing serious bodily injury to the elderly.

The grand jury returned the indictments against Edward Lee Busby Jr. and his former girlfriend Kathleen Latimer, who are accused of kidnapping Crane from a grocery-store parking lot, suffocating her and dumping her body in Oklahoma.

Capital murder can result in a sentence of death or of life in prison, although the district attorney's office has not decided whether to seek he death penalty. The two other charges are punishable by up to life in prison.

Obviously, we wanted to indict them for every offense that was committed," said Assistant District Attorney Joe Shannon, who will rosecute the cases with Greg Miller.

hannon said the state can try each case separately and then ask the judge to stack the defendants' sentences if they are convicted.

ttp://merlin1.star-telegram.com/scripts/foxisapi.dll/wmsql.wm.request?plugin_GetText



"The decision hasn't been made as to how we are going to try the matter, but certainly, we want to keep all of our options open," Shannon said.

Busby's attorney, Jack Strickland, said he was not surprised by the multiple indictments.

"While this didn't come as great shock, it's a necessary jumping-off point for some other questions," he said.



ose questions include whether Busby's interview with the media in the county jail will make jury selection difficult and whether his statements are admissible in court, Strickland said.

"I will tell you that [the statements] violated Strickland's rule of holes," he said. "When you are in a hole, quit digging. Clearly, there is no way it could have helped, but what the effect is, I don't know."

Latimer's attorney, Danny Burns, could not be reached to comment.

Busby and Latimer are accused of kidnapping Crane, 77, on Jan. 30 as she sat in her car outside the Tom Thumb grocery store at 3050 S. Hulen Street. A short time later, officials said, the pair wrapped Crane's face with duct tape and put her in the trunk of her 1999 Nissan Sentra.

The Medical Examiner's Office ruled that Crane died of asphyxiation.

Busby and Latimer were arrested Feb. 1 while driving Crane's car in Oklahoma City. Two days later, Busby led investigators to Crane's body, wrapped in a sheet at the bottom of an Interstate 35 embankment about 50 miles north of the Texas border.

The suspects did not fight extradition, and shortly after they arrived in Tarrant County Jail, each held what amounted to a jailhouse news conference.

In her interview, Latimer declined to discuss whether she played a role in Crane's kidnapping but insisted that she had nothing to do with her death.

She blamed the slaying solely on Busby, who she said deserved to die for his crimes.

"I was told she was gone, that she was let go," Latimer said in the interview. "I had no idea about her murder."

The following day, Busby met with the media after reading about Latimer's interview. He admitted to the crimes but said almost everything he did was at the instruction of Latimer.

Busby told reporters that he prayed with Crane and asked for her forgiveness before he wrapped duct tape around her head and forced her into the trunk.

"I just want everyone to know that it wasn't my intention for that lady to die," Busby said, crying. "I made it where she could breathe."

the interview, Busby asked the Crane family for forgiveness, saying that "without forgiveness, I can't make it into heaven if they do give me the death penalty."

The disappearance and slaying of Crane -- a wife, mother of three and renowned educator of special-needs students -- shocked and saddened the community.

For more than 20 years, Crane directed TCU's Starpoint School, which helps children with learning disabilities and trains teachers. She retired in 1990 but still regularly tutored children and college students at her home.

Allen Walker, Crane's daughter, said Wednesday that the family is pleased that the judicial process is moving along quickly and continues to find strength in the outpouring of support.

"We are doing as well as can be expected under the circumstances," Walker said. "We are getting so much support from our friends and the community. This is what is helping us move on and get on with our lives on a daily basis."

1. head shot: (Lee) BUSBY

2. head shot: (Kathleen) LATIMER

3. head shot: (Laura Lee) CRANE

Photo Caption:

Filename: 010402XB0020401RP01-1039533.txt

http://merlin1.star-telegram.com/scripts/foxisani.dll/...

SAVE on Dining and Entertainment with PRESS PASS

*FORT WORTH*



## FAME

### Press Pass Cardholders Win Tickets for Two!

**40 BIG WINNERS OF TICKETS FOR 2**
(up to a $150 value)

**Tuesday, April 6, 8 p.m**
**Bass Performance Hall**
(This show is suitable for most audiences)

### Bass Performance Hall

A red hot, spectacular new musical inspired by the Academy Award winning film and Emmy Award winning TV series. Follow the young, dynamic cast as they search for that elusive goal of fame. With brilliant music and vivacious choreography, you will be dancing in the aisles.

To enter the drawing to win tickets for two, just answer the following two questions, then send your answers by email to kason@star-telegram.com by the deadline of 8 am, Monday, April 5.

Which categories of the Academy awards did the movie "Fame" win?

Who sang the theme song in the movie "Fame?"

Submit your email entry in the following manner:

Subj: Fame. Information must include name, press pass number, daytime phone number, and correct answers to questions.

Only one entry per Press Pass. Multiple entries will be disqualified. Or, you may walk your entry in to the Star-Telegram's downtown office at 400 West Seventh Street. Winners will be selected by a drawing and notified by phone. Tickets will be placed at Bass Performance Hall's "will call" window for all winners. Decisions of the judges are final. Employees of the Star-Telegram, Casa Manana, and their families are not eligible.

**Star-Telegram**

## Two are indicted in kidnapping, death of retired TCU professor

By Melody McDonald
Star-Telegram Staff Writer

FORT WORTH — The ex-convict and convicted multiple accused of inducting and killing retired TCU professor Laura Lee Crane were indicted Wednesday on charges of capital murder, aggravated kidnapping, and causing serious bodily injury to the elderly.

The grand jury returned the indictments against Edward Lee Busby Jr. and his former girlfriend Kathleen Latimer, who are accused of kidnapping Crane from a grocery store parking lot, suffocating her and dumping her body in Oklahoma.

Edward Lee Busby Jr. and his former girlfriend Kathleen Latimer face charges including capital murder.

whether his statements are admissible in court, Strickland said.

Busby and Latimer are accused of kidnapping Crane, 77, on Jan. 30 from her car outside the Tom Thumb grocery store at 3150 S. Hulen Street. A short time later, folks say, she was wrapped Crane's face with duct tape and put her in the trunk of her 1995 Nissan Sentra.

The Medical Examiner's Office ruled that Crane died of asphyxiation.

Busby and Latimer were arrested Feb. 1 while driving Crane's car in Oklahoma City. Two days later, Busby led investigators to Crane's body, wrapped in a sheet at the bottom of an Interstate 35 embankment about 50 miles north of the Texas border.

BUSBY    LATIMER



## Make a pitstop at the Star-Telegram booth (next to Gate 2) at Texas Motor Speedway for FREE giveaways and specials!

Subscribe or extend your subscription for 6 months or more while you're at the Speedway, and get your choice of four 8x10 glossy color photos of NASCAR's top drivers, taken by Star-Telegram photographers. (Select from Tony Stewart, Dale Earnhardt Jr., Jeff Gordon, and Rusty Wallace.)





**PLUS** — Press Pass cardholders can purchase Speedway Dollars for half-price. Use them to purchase items at the concession stands (excluding alcohol, cigarettes and souvenirs), and you'll SAVE HALF!

**50% OFF T-SHIRT OR CAP VOUCHER**

**TEXAS**

Star-Telegram

Super Specials for Press Pass cardholders! Show your Press Pass at the Star-Telegram booth and get a voucher for a half-price TMS hat or T-shirt (value up to $11)! Voucher redeemable at any Texas Motor Speedway souvenir stand.

**Star-Telegram**

ɔn Dining and Entertainment with PRESS PASS  Dial 817-335-4837 for details



# FAME

## Press Pass Cardholders Win Tickets for Two!

### 40 BIG WINNERS OF TICKETS FOR 2
(up to a $150 value)

**Tuesday, April 6, 8 p.m
Bass Performance Hall**

(This show is suitable for most audiences)

## s Performance Hall

ot, spectacular new musical d by the Academy Award winning d Emmy Award winning TV series. the young, dynamic cast as they for that elusive goal of fame. illiant music and vivacious raphy, you will be dancing in the

r the drawing to win tickets for st answer the following two is, then send your answers by Mason@star-telegram.com by dline of m, Monday, April 5.

ategories of the Academy did the movie "Fame" win?

ig the theme song in the Fame?"

## Star-Telegram

Submit your email entry in the following manner:
Subj: Fame. Information-must include name, press pass number, daytime phone number, and correct answers to questions

Only one entry per Press Pass. Multiple entries will be disqualified. Or, you may walk your entry in to the Star-Telegram's downtown office at 400 West Seventh Street. Winners will be selected by a drawing and notified by phone. Tickets will be placed at Bass Performance Hall's "will call" window for all winners. Decisions of the judges are final. Employees of the Star-Telegram, Casa Manana, and their families are not eligible.

casa
mañana

FORT WORTH

# Two are indicted in kidnapping, death of retired TCU professor

**By MELODY McDONALD**
STAR-TELEGRAM STAFF WRITER

FORT WORTH — The ex-convict and convicted prostitute accused of abducting and killing retired TCU professor Laura Lee Crane were indicted Wednesday on charges of capital murder, aggravated kidnapping and causing serious bodily injury to the elderly.



CRANE

The grand jury returned the indictments against Edward Lee Busby Jr. and his former girlfriend Kathleen Latimer, who are accused of kidnapping Crane from a grocery-store parking lot, suffocating her and dumping her body in Oklahoma.

Capital murder can result in a sentence of death or of life in prison, although the district attorney's office has not decided whether to seek the death penalty. The two other charges are punishable by up to life in prison.

"Obviously, we wanted to indict them for every offense that was committed," said Assistant District Attorney Joe Shannon, who will prosecute the cases with Greg Miller.

Shannon said the state can try each case separately and then ask the judge to stack the defendants' sentences if they are convicted.

"The decision hasn't been made as to how we are going to try the matter, but certainly, we want to keep all of our options open." Shannon said.

Busby's attorney, Jack Strickland, said he was not surprised by the multiple indictments.

"While this didn't come as great shock, it's a necessary jumping-off point for some other questions," he said.

Those questions include whether Busby's interview with the media in the county jail will make jury selection difficult and

**INDICT** Edward Lee Busby Jr. and his former girlfriend Kathleen Latimer face charges including capital murder.

whether his statements are admissible in court. Strickland said.

"I will tell you that [the statements] violated Strickland's rule of holes," he said. "When you are in a hole, quit digging. Clearly, there is no way it could have helped, but what the effect is, I don't know."

Latimer's attorney, Danny Burns, could not be reached to comment.

Busby and Latimer are accused of kidnapping Crane, 77, on Jan. 30 as she sat in her car outside the Tom Thumb grocery store at 3050 S. Hulen Street. A short time later, officials said, the pair wrapped Crane's face with duct tape and put her in the trunk of her 1999 Nissan Sentra.

The Medical Examiner's Office ruled that Crane died of asphyxiation.

Busby and Latimer were arrested Feb. 1 while driving Crane's car in Oklahoma City. Two days later, Busby led investigators to Crane's body, wrapped in a sheet at the bottom of an Interstate 35 embankment about 50 miles north of the Texas border.

The suspects did not fight extradition, and shortly after they arrived in Tarrant County Jail, each held what amounted to a jailhouse news conference.

In her interview, Latimer declined to discuss whether she played a role in Crane's kidnapping but insisted that she had nothing to do with her death.

She blamed the slaying solely on Busby, who she said deserved to die for his crimes.

"I was told she was gone, that she was let go," Latimer said in the interview. "I had no idea about her murder."

The following day, Busby met with the media after reading



BUSBY          LATIMER

about Latimer's interview. He admitted to the crimes but said almost everything he did was at the instruction of Latimer.

Busby told reporters that he prayed with Crane and asked for her forgiveness before he wrapped duct tape around her head and forced her into the trunk.

"I just want everyone to know that it wasn't my intention for that lady to die," Busby said, crying. "I made it where she could breathe."

During the interview, Busby asked the Crane family for forgiveness, saying that "without forgiveness, I can't make it into heaven if they do give me the death penalty."

The disappearance and slaying of Crane — a wife, mother of three and renowned educator of special-needs students — shocked and saddened the community.

For more than 20 years, Crane directed TCU's Starpoint School, which helps children with learning disabilities and trains teachers. She retired in 1990 but still regularly tutored children and college students at her home.

Allen Walker, Crane's daughter, said Wednesday that the family is pleased that the judicial process is moving along quickly and continues to find strength in the outpouring of support.

"We are doing as well as can be expected under the circumstances," Walker said. "We are getting so much support from our friends and the community. This is what is helping us move on and get on with our lives on a daily basis."

# lake a pitstop at the tar-Telegram booth ext to Gate 2) at exas Motor Speedway r FREE giveaways




Case 4:09-cv-00160-O Document 126-17 Filed 05/04/26 Page 26 of 519 PageID 11837

# News 2 Use

YOUR DAILY GUIDE TO HELPFUL INFORMATION

PARENTING

## Bad dreams

Has your child had a nightmare so frightening that her crying frightened you, sending you to her room in a panic? Most likely, it was night terrors, which parents typically mistake for nightmares.

Hardly any child escapes scary sleep disturbances. Night terrors are more frightening to parents, though, while nightmares are what unravel children. Because nightmares are more frequent, parents can become nonchalant or dismissive, depriving a child of the help that would get everyone back to sleep sooner. With night terrors, parents sometimes make matters worse by overreacting.

Here are some tips for dealing with both.

■ If your child is screaming in her bed, her heart racing and limbs flailing, and she doesn't seem to recognize you, she's probably experiencing night terrors. They are the result of immature sleep patterns. Children are caught in an in-between state of sleep, so they can't recognize you or understand what you're doing.

1. Don't wake her; make sure she's safe and not likely to hurt himself.

2. Night terrors can last from three to 45 minutes and are not cause for worry. But if they happen more than once a week, consult your pediatrician.

3. Night terrors are most common in children ages 2 to 4 but can happen even with 6-year-olds.

4. Don't grill her about it afterward. Seeing that you are anxious about something she doesn't even remember can make her apprehensive about going to sleep.

5. Night terrors are not seizures. Seizures also typically include eyeball rolling, body twitching and foaming at the mouth. Call 911 if you're unsure.

■ If your child calls out for you or comes to your room frightened, she's probably had a nightmare. Not only do children remember nightmares, but a particularly bad one can affect sleep routines for weeks or months.

1. Do whatever it takes to help her settle down. In a typical nightmare, the dreamer is being chased or threatened. She wakes up because she thinks something awful is about to happen. The feeling is real.

2. A young child may be clingy the next day and have trouble separating. A child who has frequent nightmares and is consistently fearful during the day may benefit from professional help.

3. If a child has nightmares many times a week, it's worth thinking about scary images she sees during the day. It's also worth wondering, "Is there something going on in her life that's bothering her?"

4. Night lights and stuffed toys may take the edge off a nightmare by helping a child get reoriented more quickly.

5. Parents unwittingly create a problem when a frightened child wants you to stay in the room while she falls asleep. She expects you to still be there when she wakes during the night. If you leave after she falls asleep, she panics when she wakes up. Now she's likely to fight sleep because she knows it means you will leave. Break the cycle by backing up and giving her what she needs several nights where you are there all night long, including when she has normal nighttime difficulties. Once her sense of trust is restored, you can gradually negotiate so you can leave the room before she falls asleep. Don't rush; it can take a week or two.

ONLINE: American Academy of Pediatrics, www.aap.org

SOURCE: *The Boston Globe*

PERSONAL FINANCE

## Don't let 529 fees eat away your returns

Regulators have been expressing concern recently about management fees for 529 plans, state education savings plans that have special tax benefits.

The fees can easily eat into a fund's return, making what appear to be healthy returns mediocre and effectively offsetting the plans' tax advantages.

Joseph Hurley, chief executive and founder of Savingforcollege.com, describes several typical 529 fees:

■ One-time "enrollment" or "application" fees usually cost $25 to $50, though some states charge up to $90.

■ "Account maintenance" fees can cost about $25 annually, though they can be waived for higher balances.

■ An "annual asset-based program management fee" is what the state agency charges to oversee the 529 plan, and it typically ranges from 10 to 70 basis points (0.1 percent to 0.7 percent of your investment). Moreover, this may include additional fees charged by the mutual fund that invests your money. This means fees can be far higher. Though these fees may appear small, they add up significantly over time.

To avoid these pitfalls, do your homework. Dozens of 529 plans are available, and their fee structures are available from each state or at www.savingforcollege.com. Consider the fees carefully before making your selection.

SOURCE: *chicagotribune.com*

TOMORROW IN NEWS 2 USE

### Nighttime noshing

Middle-of-the-night snacking can become a big problem

FITNESS

## Seeing fit to come out of hibernation

Photos.com

When spring rolls around, many athletes and weekend warriors end their winter hibernation and hope to regain peak form in their favorite sport.

But getting in shape — especially after an injury or an extended layoff — is not instant, and trying to return to your favorite sport too quickly, with visions of those glory days in your mind, can spell trouble.

Try these tips:

■ First, consult with a professional. To be safe, see a doctor or a fitness expert to find out whether you have any limitations.

■ Set reasonable expectations and attainable goals — and be patient. It may take two to three months to start seeing results.

■ Mimic the sport you are getting in shape for. Do wind sprints, for example, if your sport requires fast acceleration.

■ Warm up and cool down. Gently stretch the muscles you will be using. It's also a good idea to stretch after working out.

■ Start slowly. Walk for 20 minutes two or three times the first week you start getting back in shape. Listen to your body. If you don't have major aches and pains after that, start walking three to four times a week. Then try a light jog.

■ Rest. Plan the days that you aren't going to work out, and enjoy the down time.

SOURCE: *The Baltimore Sun*

THE HOME FRONT

## Is your home energy-efficient?

If you want to find out how your home stacks up against an energy-efficient home, check out homeenergysaver.lbl.gov.

This Web site lets you input just about every feature of your house. Then it gives you a readout of how your house compares with an energy-efficient house, including specifics on heating, cooling, water heating, major appliances, lighting and small appliances.

This tool for calculating energy use in homes uses methods developed at Lawrence Berkeley National Laboratory. You can get a great deal of valuable information quickly by putting basic information in the online form.

Keep one thing in mind, though. All the information is based on how products, features and strategies work. You still have the ultimate control, and good energy efficiency calls for you and your family to take the required steps to keep the home as efficient as possible.

Setting the thermostat too high in winter and too low in summer, leaving lights or fans on in unoccupied rooms and doing other things that increase energy use can defeat a lot of good ideas and strategies that would otherwise save energy.

You're still the final factor in lowering your energy use and keeping your home comfortable and affordable.

SOURCE: *The Orlando Sentinel*

## Deep vein thrombosis

Deep vein thrombosis (DVT) is a common but serious condition affecting about 2 million Americans yearly. Pregnant women are at risk.

### Symptoms

About half of DVT victims have no symptoms

■ Pain, tenderness in leg

■ Swelling, redness, increased warmth of leg

### Treatment

■ Blood-thinning drugs

■ Bed rest, leg elevated

### With pregnancy

The incidence higher than for nonpregnant women

Higher risk in third trimester and after delivery (especially Cesarean)

Physical strain of childbirth weakens deep veins

Star-Telegram

(817) DELIVER (335-4837) or (800) 776-STAR (7827) or

DELIVERY COMMENTS

Customer Service
Arlington (817) 548-5400
Fort Worth (817) 390-7764
Northeast (817) 685-3800

TODAY'S OBITUARIES

Ashcraft, Samuel, 62, Fort Worth
Bailey, Thomas, 75, Fort Worth
Beckert, Gus, 97, Mansfield
Berry, Melville, 76, Saginaw
Benson, Mary Spears, 83, Fort Worth
Biere-Turner, Doris, 55, Arlington
Booker, Mary, 99, Fort Worth
Bowling, Ruby, 96, Arlington
Cardinal, Cholleen Ann S., 77, Richland Hills City
Cowan, William, 67, Grapevine
Golina, Kathy, 54, Stephenville
Elder, Derma, 92, Fort Worth
Forrest, Christopher, 30, Richardson
Gilbert, Pat, 86, Weatherford
Hackney, Dura, 89, Fort Worth
Hamilton, Thelma, 85, Mesa, Ariz.
Hargle, Lucy, 77, Fort Worth
Hood, Russ Sr., 90, Fort Worth
Hull, William, 75, Keller
James, Art, 74, Chaska, Minn.
Laving, Dorothy, 66, Grand Prairie
Liebig, Mark, 44, Weatherford
Marcantonio, Angelena, 87, Weatherford
McQuaid, Charles, 32, Arlington
Norman, Estelle, 87, Fort Worth
Parks, Bobby, 63, Flower Mound
Raby, Billy, 78, De Leon
Sanders, Tasjean, 7, Watauga
Scoggin, Lorene, 86, Hurst
Speciale, Sammy, 57, Fort Worth
Steinhort, Margaret, 79, Fort Worth
Storm, Donald, 72, Arlington
Thompson, Carroll, 90, Arlington
Ward, Elmer, 71, Fort Worth
Watkins, Donald, 58, Fort Worth
West, Elsie, 87, Bridgeport

OBITUARIES 10-11B

LOTTO TEXAS

Results appear today on 3A.

Published by
Star-Telegram Operating, Ltd.
KNIGHT RIDDER

QUICK READ To help you quickly navigate the Star-Telegram, look for summaries with our longer stories. Each summary begins with a topic label in white type on a black bar.

Classifieds
Sell your underperforming ASSETS
817-222-7333



PHOTOS.COM

mita-

cta-
s —
ke two
seeing

are
ind.
ur
ra-
own.
es
a

good idea to stretch after working out.

■ Start slowly. Walk for 20 minutes two or three times the first week you start getting back in shape. Listen to your body. If you don't have major aches and pains after that, start walking three to four times a week. Then try a light jog.

■ Rest. Plan the days that you aren't going to work out, and enjoy the down-time.

SOURCE: *The Baltimore Sun*

## bosis

) is a common but serious condition hericans yearly. Pregnant women are

## How DVTs form

**Normal vein**
Blood flows toward heart

### Star-Telegram Operating, Ltd.
> KNIGHT RIDDER >

400 W. Seventh St., Fort Worth, Texas 76102
3201 Airport Freeway, Suite 108, Bedford, 76022
1111 W. Abram, Arlington, 76013

TO SUBSCRIBE or to report a delivery problem, dial (817) DEL-IVER (335-4837). Outside Tarrant County call toll-free (800) 776-STAR (-7827).

**DELIVERY INFORMATION**
Monday-Friday ............................................. 5 a.m.- 5 p.m.
Saturdays & holidays ................................. 6:30 a.m.- noon
Sundays .................................................... 6:30 a.m.- 2 p.m.
RETAIL ADS ..................................................... (817) 390-7765
CLASSIFIED ADS ............................................... (817) 332-3333
Outside Tarrant County call toll-free ......... (800) 222-3979
Monday-Wednesday ................................. 7:30 a.m.-6 p.m.
Thursday-Friday ...................................... 7:30 a.m.-7 p.m.
**CUSTOMER SERVICE AND BACK ISSUES**
Arlington (817) 548-5400  Monday-Friday ...... 8 a.m.- 5 p.m.
Downtown (817) 390-7761  Monday-Friday ...... 8 a.m.- 5 p.m.
Northeast (817) 685-3800  Monday-Friday ...... 8 a.m.- 5 p.m.
PHOTO SALES ................................................... (817) 390-7743
Monday-Friday ............................................. 9 a.m.- 4 p.m.
SINGLE COPY PRICES: Daily, 50¢; Sunday, $1.50

| Home Delivery | Mo. | Yr. | U.S. Mail (Mo.) |
|---|---|---|---|
| Daily/Sunday | $15 | $168 | $31 |
| Daily Only | $13 | $144 | $26 |
| Weekend Only (3-day weekend package and 11 holiday issues*) | $13 | $144 | N.A. |
| Sunday Only | $11 | $120 | $23 |

*New Year's Day, Martin Luther King Day, Presidents' Day, March Madness Race Day, 3-0 Thursday, Memorial Day, Independence Day, Football Preview, Labor Day, Election Day, Veteran's Day, and Thanksgiving Day (where applicable).

All prices include sales tax and postage. Mail prices are for the U.S. and its possessions; foreign rates available upon request. Advance payment required.

Star-Telegram customers may use their internet accounts to communicate with customer service representatives. Write to us at paper@star-telegram.com. When appropriate, e-mail may be forwarded to other newspaper staff members.

For guaranteed same-day delivery of missed copies in Tarrant County, please call by noon, seven days a week. Our mission is to provide subscribers with the best possible delivery service. Should we be unable to resolve a subscription problem to your satisfaction, call Weldon Whiteman, Vice President/Circulation, at (817) 215-2218.

The Fort Worth Star-Telegram (USPS 206-260) is published daily. Periodical postage paid at Fort Worth, Texas. Postmaster: Send address changes to Fort Worth Star-Telegram, P.O. Box 1870, Fort Worth, Texas 76101.

Circulation: 235,917 daily; 329,739 Sunday.
Readership: 590,400 daily; 847,090 Sunday.

**QUICK READ** To help you quickly navigate the *Star-Telegram*, look for summaries with our longer stories. Each summary begins with a topic label in white type on a black bar.





Service:
Category:
Supplemental Category:
Instructions: 2004Datatimes.exp
Created: April 1, 2004
City:
try:
ence: 11221301
Merlin ID: 7299983
Copyright:
Copyright year: 0
Keywords:
Library enhanced? Yes
Rights? Yes
Input Date: 03/12/2005



DEFENDANT'S
EXHIBIT
6
NO. ec 9-29-05

## Suspect confesses role in Crane's death Man says taping was companion's idea
**By Alex Branch**

Source: THE FORT WORTH STAR-TELEGRAM
Saturday, February 21, 2004
Edition: FINAL, Section: News, Page 1A

FORT WORTH--Edward Busby says he prayed with Laura Lee Crane and asked for her forgiveness before he wrapped duct tape around her head and forced her into the trunk of her car.

In a tearful jail interview Friday, Busby said that he didn't intend to kill the 77-year-old retired TCU professor and that he planned to let her go when he and his girlfriend got far enough away from Fort Worth.

"I just want everyone to know that it wasn't my intention for that lady to die," he said, tears running down his cheeks.

"I made it where she could breathe. I fell asleep. I don't know what happened. I was up for two days smoking crack."

Busby, 31, and Kathleen Latimer, 39, are accused of suffocating Crane and dumping her body in Oklahoma after kidnapping her Jan. 30 in the parking lot of a South Hulen Street grocery store.

The pair was arrested Feb. 1 while driving Crane's car in Oklahoma City. Two days later, Busby led investigators to Crane's body at the bottom of an embankment along Interstate 35 about 50 miles north of the Texas border.

Crane's daughter Allen Walker said Friday night that forgiveness is "something he is going to have to seek and receive from God."

"And as far as whatever he has said and what position he is taking, that will be decided by the jurors," Walker said.

Busby said he decided to speak to reporters Friday after reading about an interview Latimer gave Thursday. Latimer denied any responsibility for Crane's death, saying that Busby alone was responsible and that he deserved the death penalty.

Busby said that he still loves Latimer, a convicted prostitute whom he sometimes called "Kitty," but that "to find out that she wants me to die and that she says she has nothing to do with it ... that's not fair."

Latimer described Busby as violent and abusive.

Busby countered that most of the things he did to Crane, he did at Latimer's instruction.

"When Kathleen asks me to do something, I do it," he said. "I don't ask why, I just do it. That's how much I love her."

Speaking in a soft voice, Busby at first referred to Crane as "that elderly lady" before asking a reporter if her name was "Mrs. Crane."

Busby said he and Latimer had gone to the Tom Thumb grocery store at 3050 S. Hulen St. the morning of Jan. 30 to steal wine but were stranded when their ride left them there.

Latimer asked him to get her a ride back to the "south side," Busby said.

Busby said he saw Crane sitting in her car with the door open, looking at the floorboard as if she had dropped something.

tp://merlin1.star-telegram.com/scripts/f...



"What Crane was, ma'am, just scoot over. All I want is a ride. Nothing is going to happen to you,'" Busby said.

Latimer went through Crane's purse and found $12, Busby said. Latimer then asked Crane for her ATM codes, he said.

They stopped at a store "off of Beach" and Latimer came out a few minutes later saying that the code was wrong, he said.

[...]mer then hit Crane on the side of her head, he said. The medical examiner reported that Crane died of asphyxiation but also suffered a [...] injury.

According to police affidavits, Crane's credit cards were used nine times within about two hours after she was abducted.

Busby said Crane was mostly calm throughout the ordeal, even agreeing to pray with him several times and at one point asking him what his mother would think about his actions.

"She asked us why we were doing this," he said. "What was wrong in our lives? What went wrong? Why are we acting this way, because she was pretty sure that we were not raised that way."

Busby said he and Latimer put Crane into the trunk on an access road off Airport Freeway, somewhere "on the other side of Beach Street."

"It was Kathleen's idea, due to the fact that she was coming out of the store from trying to use the woman's credit card and seen the woman trying to wave 'help' to somebody," Busby said.

He said Latimer later told him to tape Crane's mouth, eyes and ears.

Busby and Latimer stayed that night at a motel in Ardmore, Okla., a police affidavit says.

Busby said he had planned to leave Crane alive in her car alongside the highway -- where she would be found -- and to hitchhike to Oklahoma City with Latimer.

But when he opened the trunk, he said, he realized that she had died.

Busby said he had wrapped the tape around Crane's nose in a way that allowed her to breathe and suggested that "she could have rolled over or anything in her sleep and caused the tape to smash together."

Latimer said Thursday that she never knew Crane's body was in the trunk. She said Busby left the motel, which was near where police found Crane's body, for about an hour the morning of Jan. 31. She said she didn't learn of Crane's death until she read newspaper articles a few days later.

Busby said that Latimer was with him when he left Crane's body on the embankment and that Latimer told him to put the woman in the trunk.

H[...]e Sgt. J.D. Thornton declined to comment on whether Busby's story jibed with evidence.

Busby, again breaking into tears, said he might not fight the charges and didn't want help in getting a lawyer. He said he hasn't seen his family since 2002.

"I put the tape there," he said. "So if me putting the tape there caused her to die, then I'm at fault somewhat. But not once did I mean to kill that woman."

Busby said he was asking the Crane family for forgiveness because "without forgiveness, I can't make it into heaven if they do give me the death penalty."

The Tarrant County district attorney's office is weighing whether to seek the death penalty.

Alex Branch, (817) 390-7689 abranch@star-telegram.com

1. Photo: SPECIAL TO THE STAR-TELEGRAM/JESSICA KOURKOUNIS Edward Busby says that he wrapped duct tape around Laura Lee Crane's face in a way that allowed her to breathe and that he doesn't know how she suffocated after being put in the trunk of her car.

2. Photo: SPECIAL TO THE STAR-TELEGRAM/JESSICA KOURKOUNIS During a jail interview, suspect Edward Busby tearfully said: "I'm not God. I shouldn't have took that woman's life."

3. Photo: Laura Lee Crane stayed mostly calm after being kidnapped, Edward Busby says, even praying with him several times.

ttp://merlin1.star-telegram.com/scripts/foxin[...] 4[...]



SPORTS | With no stars, Buck Showalter is Rangers' true captain, Jim Reeves says, 1D

# Star-Telegram
### FORT WORTH

WWW.STAR-TELEGRAM.COM — Saturday, February 21, 2004 — 50 cents



---

## Today's News

### NATIONAL

**High court will hear appeal of detainee case**

The Supreme Court agrees to consider whether President Bush had the authority to detain an American indefinitely by declaring him an "enemy combatant."
*Story on 3A*

### INTERNATIONAL

**Iran awaits results of parliamentary elections**

In a blitz of patriotic broadcasts and dissident damage, Islamic hard-liners and reformers duel during parliamentary elections that point to a conservative sweep but raise a bigger question: Did the reformist boycott succeed or crumble?
*Story on 9A*

* * *

**Americans fleeing as trouble spreads in Haiti**

Scores of Americans, including missionaries and aid workers, stream out of Haiti to escape a two-week rebellion that has overwhelmed the northern part of the impoverished country.
*Story on 9A*

### BUSINESS

**Prosecution rests in Martha Stewart's trial**

The government rests its case against Martha Stewart and her stockbroker after a crucial prosecution witness wavered slightly about testimony that had damaged the homemaking mogul.
*Story on 1C*

### FORT WORTH & REGION

**Real-life Mr. Big has found the girl for him**

The man who inspired the character Mr. Big on HBO's *Sex and the City* is a New York magazine publisher who found love, a wife and the daughter adopted from the Edna Gladney Center in Fort Worth.
*Bud Kennedy column on 1B*

## Tomorrow

**Defending shores with eye-popping technology**

Worried about a missile threat from rogue nations, the United States is relying on a variety of contractors to develop a multibillion-dollar high-tech national defense system.

### WEATHER

Today
Partly cloudy most of the day and becoming warm, windy in evening.
High, upper 60s. 44.

See the NBC 5 Weather Team's two-day forecast on 22A.

| | |
|---|---|
| **QUICK READ** | |



---

## State disputes Westlake speed limit

**By DAVE FERMAN**
Star-Telegram Staff Writer

WESTLAKE — Unsuspecting motorists along a stretch of Texas 114 in Denton County are being ticketed for violating a 50-mph speed limit that isn't posted and doesn't exist — as far as the state is concerned.

The state and Westlake disagree on the speed limit for a one-mile stretch of Texas 114 between Trophy Club Road and Trophy Lake Drive. The speed limit to the east of the stretch is 65 mph, and

**TICKETS** The town is ticketing motorists who violate a 50-mph speed limit on Texas 114, but the Texas Department of Transportation says the limit is invalid.

to the west it is 50 mph.

About a dozen motorists have complained to the Texas Department of Transportation, which considers their citations invalid. Police are still writing tickets to motorists traveling faster than 50 mph. Westlake officials say they don't know how many citations are in question.

Among those ticketed was Trophy Club resident Stephen Skeen, who got a $45 ticket in January for doing 70 mph.

"I'm so outraged," Skeen said. "I'm
*More on TICKETS on 9A*

The speed limit is 65 mph on Texas 114 just east of Westlake. Westlake has ticketed drivers like Stephen Skeen who exceed 50 mph on the stretch of Texas 114 that runs through the town.

---

# Suspect confesses role in Crane's death

## Man says taping was companion's idea



Edward Busby says that he wrapped duct tape around Laura Lee Crane's face in a way that allowed her to breathe and that he doesn't know how she suffocated after being put in the trunk of her car.

"I put the tape there. So if me putting the tape there caused her to die, then I'm at fault somewhat. But not once did I mean to kill that woman."
— Edward Busby

**By ALEX BRANCH**
Star-Telegram Staff Writer

FORT WORTH — Edward Busby says he prayed with Laura Lee Crane and asked for her forgiveness before he wrapped duct tape around her head and forced her into the trunk of her car.

In a tearful jail interview Friday, Busby said that he didn't intend to kill the 77-year-old retired TCU professor and that he planned to let her go when he and his girlfriend got far enough away from Fort Worth.

"I just want everyone to

know that it wasn't my intention for that lady to die," he said, tears running down his cheeks.

"I made it where she could breathe. I fell asleep. I don't know what happened. I was up for two days smoking crack."

Busby, 31, and Kathleen Latimer, 39, are accused of suffocating Crane and dumping her body in Oklahoma after kidnapping her Jan. 30 in the parking lot of a South Hulen Street grocery store.
*More on CRANE on 11A*



Laura Lee Crane stayed mostly calm after being kidnapped. Edward Busby says, even praying with him several times.

---

## MEGA MANIA HITS METROPLEX

**By ADRIENNE NETTLES**
Star-Telegram Staff Writer

Would-be millionaires across Texas scooped up Mega Millions tickets Friday for their chance at the $230 million jackpot, the largest in the lottery's history.

Tina Signorelli of Colleyville darted into a Chevron service station off Hall-Johnson Road in Grapevine to buy her chance at the fortune.

"If I win, I plan to travel more than I do now," said Signorelli, who works for American Airlines in

**LOTTERY** Texans flock to buy tickets for their shot at the $230 million Mega Millions jackpot. The winner, if there is one, won't be known until this morning.

reservations. "I don't want to have to work anymore."

The huge Di-state jackpot led to higher ticket sales in Texas and elsewhere despite the bleak odds of winning Friday's jackpot — one in 135,145,920, according to the Mega Millions Web site.

The numbers drawn Friday

**In the money?**
Winning numbers in Friday's Mega Millions drawing:

**1, 13, 20, 21, 30**
**Mega Ball 24**

*More lottery results on 2A*

night were 1, 13, 20, 21, 30, and the Mega Ball was 24. Whether someone won won't be known before this morning.

The drawing Friday night had
*More on LOTTERY on 2A*

---

## Diocese releases report on sex abuse

**RELIGION** Some victims advocates say the Fort Worth report, which doesn't name the eight accused priests, is flawed. But a church official says such reports are "a very significant start."

**By DARREN BARBEE**
Star-Telegram Staff Writer

Eight priests in the Catholic Diocese of Fort Worth have been accused of improper sexual behavior with minors since the diocese was founded in 1969, according to a report released Friday by Bishop Joseph P. Delaney.

In all, 30 victims have come forward, and the diocese paid one of them $12,500 to settle a lawsuit. Another lawsuit involving a priest who no longer serves in the diocese is pending.

**DELANEY**

Delaney declined to be interviewed Friday. His report calls the eight accused priests, three of whom are dead, a source of great sorrow.

"I am especially saddened by the pain that the victims of this abuse have suffered," he said.

The report, the diocese's first public acknowledgment of the scope and cost of the sex-abuse crisis in the church, is
*More on RELIGION on 23A*

---

## Bush places abortion foe on U.S. court

**JUDICIARY** The president's critics accuse him of using judicial appointments as a political tool to please the most "hard right" among Republicans.

**By MIKE ALLEN**
The Washington Post

WASHINGTON — President Bush bypassed the Senate on a high-profile judicial nomination Friday for the second time in five weeks and seated William Pryor Jr., the Alabama attorney general and an outspoken opponent of abortion, as an appeals court judge through 2005.

Pryor is among six of Bush's appeals court nominees who have been blocked from receiving confirmation votes because of delaying tactics by Senate Democrats, who contend that the nominees are extreme conservatives.

He took the oath of office in Alabama on Friday night and joined the Atlanta-based 11th U.S. Circuit Court of Appeals, which covers Alabama, Georgia and Florida.

Pryor, 41, has described Roe v. Wade, the Supreme Court decision legalizing
*More on JUDICIARY on 9A*

Case 4:09-cv-00160-O   Document 126-17   Filed 05/04/26   Page 31 of 519   PageID 11842

state is concerned.

The state and Westlake disagree on the speed limit for a one-mile stretch of Texas 114 between Trophy Club Road and Trophy Lake Drive. The speed limit to the east of the stretch is 65 mph, and

About a dozen motorists have complained to the Texas Department of Transportation, which contends their citations aren't valid. Officers are writing tickets to motorists traveling faster than 50 mph. Westlake officials say they

The speed limit is 65 mph on Texas 114 just east of a stretch that runs through Westlake. Officers are ticketing drivers like Stephen Skeen who exceed 50 mph on the stretch of Texas 114 that runs through the town.

STAR-TELEGRAM/RELLEY CHINN

## Left sidebar

ts results of ntary elections

of patriotic broad-sident messages, -liners ... ng par... ry t point ... nserv- ut raise a bigger the reformist ed or crumble? tory on 9A

• • •

s fleeing as reads in Haiti

Americans, ssionaries and aid am out of Haiti to -week rebellion whelmed the of the impover- y. ory on 9A

BUSINESS

on rests in ewart's trial

nment rests its case a Stewart and her fter a crucial pros- ss wavered slightly ny that had dam- making mogul. ory on 1C

WORTH EGION

r. Big has girl for him

ho inspired the Big on HBO's Sex a New York mag- r who found love d the daughter rom the Edna r in Fort Worth.

orrow

hores with g technology

ut a missile ue nations, the relying on a actors to develop ollar high-tech e system.

THER

Today
'artly cloudy most of he day and increas- ng clouds by evening. High 63/Low 44.

5
n's
on 22A

QUICK READ
To help you quickly-navigate the Star-Telegram look for summaries with our longer stories.

# Suspect confesses role in Crane's death

## Man says taping was companion's idea




SPECIAL TO THE STAR-TELEGRAM/JESSICA HOURNBUMS

Edward Busby says that he wrapped duct tape around Laura Lee Crane's face in a way that allowed her to breathe and that he doesn't know how she suffocated after being put in the trunk of her car.

"I put the tape there. So if me putting the tape there caused her to die, then I'm at fault somewhat. But not once did I mean to kill that woman."

— Edward Busby

### By ALEX BRANCH
STAR-TELEGRAM STAFF WRITER

FORT WORTH — Edward Busby says he prayed with Laura Lee Crane and asked for her forgiveness before he wrapped duct tape around her head and forced her into the trunk of her car.

In a tearful jail interview Friday, Busby said that he didn't intend to kill the 77-year-old retired TCU professor and that he planned to let her go when he and his girlfriend got far enough away from Fort Worth.

"I just want everyone to know that it wasn't my intention for that lady to die," he said, tears running down his cheeks.

"I made it where she could breathe. I fell asleep. I don't know what happened. I was up for two days smoking crack."

Busby, 31, and Kathleen Latimer, 39, are accused of suffocating Crane and dumping her body in Oklahoma after kidnapping her Jan. 30 in the parking lot of a South Hulen Street grocery store.

More on CRANE on 23A

Laura Lee Crane-stayed mostly calm after being kidnapped, Edward Busby says, even praying with him several times.

# Diocese releases report on sex abuse

**RELIGION** Some victims advocates say the Fort Worth report, which doesn't name the eight accused priests, is flawed. But a church official says such reports are "a very significant start."

### By DARREN BARBEE
STAR-TELEGRAM STAFF WRITER

Eight priests in the Catholic Diocese of Fort Worth have been accused of improper sexual behavior with minors since the diocese was founded in 1969, according to a report released Friday by Bishop Joseph P. Delaney.

In all, 30 victims have come forward, and the diocese paid one of them $12,500 to settle a lawsuit. Another lawsuit involving a priest who no longer serves in the diocese is pending.

DELANEY

Delaney declined to be interviewed Friday. His report calls the eight accused priests, three of whom are dead, a source of great sorrow.

"I am especially saddened by the pain that the victims of this abuse have suffered," it said.

The report, the diocese's first public acknowledgment of the scope and cost of the sex-abuse crisis in the church, is

More on RELIGION on 23A

# Bush places abortion foe on U.S. court

**JUDICIARY** The president's critics accuse him of using judicial appointments as a political tool to please the most "hard right" among Republicans.

### By MIKE ALLEN
THE WASHINGTON POST

WASHINGTON — President Bush bypassed the Senate on a high-profile judicial nomination Friday for the second time in five weeks and seated William Pryor Jr., the Alabama attorney general and an outspoken opponent of abortion, as an appeals court judge through 2005.

Pryor is among six of Bush's appeals court nominees who have been blocked from receiving confirmation votes

# MEGA MANIA HITS METROPLEX

### By ADRIENNE NETTLES
STAR-TELEGRAM STAFF WRITER

Would-be millionaires across

**LOTTERY** Texans flock to buy tickets for their shot at the $230 million Mega Millions

In the money?
Winning numbers in Friday's Mega Millions drawing:



# LOTTERY
*Continued from 1A*

"The odds are so high that to really reduce them, I'd have to spend a lot of money. If it's my time to be lucky, then I'll be lucky."

— Frank Camp

# RELIGION
*Continued from 1A*

### Sex-abuse chronology

### Abuse hot line

The Catholic Diocese of Fort Worth has set up a hot line for victims of sexual abuse. Call (817) 560-2452, ext. 900.

# CRANE
*Continued from 1A*

## 100 victims of nightclub fire remembered

By BROOKE DONALD
THE ASSOCIATED PRESS

WEST WARWICK, R.I. —

Case 4:09-cv-00160-O Document 12477 Filed 05/04/26 Page 33 of 519 PageID 11844

The urvivors Network of those e Abused by Priests, or SNAP.

Fort Worth Diocese officials say they have instituted safeguards in the past couple of years that include sexual abuse awareness training and criminal background checks for priests and church volunteers, along with more-stringent to prevent adults from ng alone with children. The diocese had previously confirmed that three priests who served in the diocese have been accused of sexual abuse.

They are the Rev. Rudolf Renteria, formerly of St. Matthew Catholic Church in Arlington; the Rev. Philip Mag-

Catholic Bishops' Office of Child and Youth Protection provide by bishops nationwide is part of a process of becoming more open about the extent of the abuse.

"While it might not be enough information for everyone, it's a very significant start," she said.

A draft of the national survey viewed by CNN said 4,450 of the 110,000 U.S. Catholic clergy who have served since 1950, or about 4 percent, have been accused of molesting minors, The Associated Press reported.

The Vatican also plans to publish a report about sexual abuse and possible rehabilita-

cost to the diocese of less than $5,000 per year. The diocese about $2,000 in legal fees, according to the report. The years for these expenses are not detailed.

Delaney says in the report that the diocese has apologized to all victims.

"Our greatest sorrow is reserved for those innocent children and teens who suffered abuse at the hands of those who should have been the most worthy of their trust," the report says. "Our continued compassion and prayers are directed toward them and to the healing of this great betrayal of trust."

But Kristopher Galland, director of the Dallas-Fort

diocesan priests who have been from the ministry, the report says, and the two others are religious-order priests who have been removed from the diocese and are under the direction of their religious superiors. The report does not say whether those two are still practicing priests.

"That doesn't do a whole lot of good if we don't know who the bad guys are," Galland said.

Clohessy, national director of SNAP, said the bishop's efforts are superficial because they rely on voluntary self-reporting. But the report still has value, he said.

"Every step forward, however small, that brings us an

volunteers have participated in sexual abuse ng as part of the Safe Environment Program. The diocese also requires two adults or one adult and an older teen to be present and responsible for every group or activity in a parish, church or school.

Additionally, priests and diocese volunteers must undergo criminal background checks.

The diocese is made up of 28 counties, including Tarrant and Denton. Since 1969, about 450 priests have served in the diocese's 88 parishes. There are about 400,000 Catholics in the diocese, and the report has been mailed to more than 68,000 homes.

said.
Chur
hopes
been t
doesn'
"I c
the bi
said. "
one th
be a p:
er."
ONLINE:
Catholic
www.us
Survivor
Priests,
Catholic
www.fwc

# CRANE

Continued from 1A

The pair was arrested Feb. 1 while driving Crane's car in Oklahoma City. Two days later, Busby led investigators to Crane's body at the bottom of an embankment along Interstate 35 about 50 miles north of the Texas border.

Crane's daughter Allen Walker said Friday night that forgiveness is "something he is going to have to seek and receive from God."

"And as far as whatever he has said and what position he is taking, that will be decided by the jurors," Walker said.

Busby said he decided to speak to reporters Friday after reading about an interview atimer gave Thursday. denied any responsibility for Crane's death, saying that Busby alone was responsible and that he deserved the death penalty.

Busby said that he still loves Latimer, a convicted prostitute whom he sometimes called "Kitty," but that "to find out that she wants me to die and that she says she has nothing to do with it ... that's not fair."

Latimer described Busby as violent and abusive.

Busby countered that most

of the things he did to Crane, he did at Latimer's instruction.

"When Kathleen asks me to do something, I do it," he said. "I don't ask why, I just do it. That's how much I love her."

Speaking in a soft voice, Busby at first referred to Crane as "that elderly lady" before asking a reporter if her name was "Mrs. Crane."

Busby said he and Latimer had gone to the Tom Thumb grocery store at 3050 S. Hulen St. the morning of Jan. 30 to steal wine but were stranded when their ride left them there.

Latimer asked him to get her a ride back to the "south side," Busby said.

Busby said he saw Crane sitting in her car with the door open, looking at the floorboard as if she had dropped something.

"What I said to Mrs. Crane was, 'Ma'am, just scoot over. All I want is a ride. Nothing is going to happen to you,' " Busby said.

Latimer went through Crane's purse and found $12, Busby said. Latimer then asked Crane for her ATM codes, he said.

They stopped at a store "off of Beach" and Latimer came out a few minutes later saying that the code was wrong, he said.

Latimer then hit Crane on the side of her head, he said. The medical examiner reported that Crane died of asphyxiation but also suffered a head



SPECIAL TO THE STAR-TELEGRAM/JESSICA KOURKOUNIS
During a jail interview, suspect Edward Busby tearfully said: "I'm not God. I shouldn't have took that woman's life."

injury.

According to police affidavits, Crane's credit cards were used nine times within about two hours after she was abducted.

Busby said Crane was mostly calm throughout the ordeal, even agreeing to pray with him several times and at one point asking him what his mother would think about his actions.

"She asked us why we were doing this," he said. "What was wrong in our lives? What went wrong? Why are we acting this way, because she was pretty sure that we were not raised that way."

Busby said he and Latimer put Crane into the trunk on an access road off Airport Freeway, somewhere "on the other side of Beach Street."

"It was Kathleen's idea,

due to the fact that she was coming out of the store from trying to use the woman's credit card and seen the woman trying to wave 'help' to somebody," Busby said.

He said Latimer later told him to tape Crane's mouth, eyes and ears.

Busby and Latimer stayed that night at a motel in Ardmore, Okla., a police affidavit says.

Busby said he had planned to leave Crane alive in her car alongside the highway — where she would be found — and to hitchhike to Oklahoma City with Latimer.

But when he opened the trunk, he said, he realized that she had died.

Busby said he had wrapped the tape around Crane's nose in a way that allowed her to breathe and suggested that "she could have rolled over or

anything in her sleep and caused the tape to smash together."

Latimer said Thursday that she never knew Crane's body was in the trunk. She said Busby left the motel, which was near where police found Crane's body, for about an hour the morning of Jan. 31. She said she didn't learn of Crane's death until she read newspaper articles a few days later.

Busby said that Latimer was with him when he left Crane's body on the embankment and that Latimer told him to put the woman in the trunk.

Homicide Sgt. J.D. Thornton declined to comment on whether Busby's story jibed with evidence.

Busby, again breaking into tears, said he might not fight the charges and didn't want help in getting a lawyer. He said he hasn't seen his family since 2002.

"I put the tape there," he said. "So if me putting the tape there caused her to die, then I'm at fault somewhat. But not once did I mean to kill that woman."

Busby said he was asking the Crane family for forgiveness because "without forgiveness, I can't make it into heaven if they do give me the death penalty."

The Tarrant County district attorney's office is weighing whether to seek the death penalty.

Alex Branch, (817) 390-7689
abranch@star-telegram.com

10(
nig
rei

By

Wi
Famil.
surviv
site of
to the
ing a r
the n.
killed
aloud.
Th
The S
second
about
pyrote
sparks
setting
placed
Mo
atten
ended
foot-t;
lights
the att
ball ca
Station:
white l
Na
and ha
the fir
seeking
"Tr.
I got o:
don't
Noyes.
than 2
fire, w
worke
recall

# News 2 Use

YOUR GUIDE TO HELPFUL INFORMATION



FITNESS

# Back on track

## Exercise can give new moms a boost

The pressures of motherhood prompt many women to put exercise on the back burner, but you're cheating yourself and your children if you do so.

Inactivity places you at higher risk for stress, obesity, heart disease and other health issues that can impair your quality of life and your ability to care for and interact with your children.

In the short term, exercise gives you more energy, confidence and stamina, not to mention a better night's sleep and the ability to achieve and maintain a healthy weight.

Exercise is also helpful in dealing with the "baby blues," or mild depression and anxiety that che surface postpartum. Even women who suffer from the more severe postpartum depression can benefit from regular exercise.

If you're concerned about taking time away from your family, consider that: In addition to the health benefits you'll receive, you will be a positive role model for your children. They will grow up knowing — and seeing — the value you place on exercise.

So where do you begin? Here are some tips:

■ The sooner you establish a regular exercise routine the better — both for your physical recovery and for your success at maintaining a program long-term. Many women begin mild exercise two weeks after delivery and gradually increase the intensity and duration over the next few weeks. Check with your doctor about when you can

return to the physical activities you did before and during pregnancy. Most women can return to their former exercise routines after six weeks. If you've been inactive, start with gentle walks around the neighborhood or on a treadmill. Add some calisthenic exercises, and consider taking a postpartum exercise class.

■ Focus on your core. Pregnancy definitely challenges your torso muscles, both abdominal and lower back. Pilates-based exercises are a great way to strengthen this area.

■ Consider joining a health club or exercise program that offers baby-sitting and family programs that you can take advantage of at your child grows. Many organizations offer classes for toddlers, including swimming, dance, gymnastics and martial arts.

■ Establish a baby-sitting co-op with other new mothers so you each have an opportunity to work out. This is also a great way to find exercise partners.

■ If you simply can't get away from home, invest in some inexpensive exercise equipment to use during nap time. Video workouts run the gamut from dance exercise to the Pilates workout, kickboxing, yoga and much more. Resistance bands, dumbbells and stability balls are inexpensive and readily available at your local sporting goods store.

SOURCE: Jodi Sheppard Masset, chief executive of Innervate; Health and Fitness News Service

## THE HOME FRONT

### Tips to make your first house a home

You finally bought that first home. Need a few decorating tips? The folks at Designing Solutions, a Silver Spring, Md.-based interior design firm, say:

■ Get a heavy coffee table with a scratch-resistant surface. Consider thick glass, concrete or granite. Love wood? Pick something that matches crayon or marker colors so you can fill in scratches and nicks.

■ Avoid a sofa with toss pillows. They're moved so much that they wear out faster. Choose a sofa w larger back pillows.

■ all cedar shelving and wallboards in your closets.

■ neat-free alternative to mothballs, cedar protects clothing from moths and silverfish and masks odors.

■ Get fabric upholstery that resists stains and moisture, like ultra-suede, moleskin or treated leather. For rooms that get a lot of sun, consider Sunbrella. It resists fading, stains and wetness.

For more tips, visit www.MyDesigningSolutions.com.
SOURCE: The Baltimore Sun



## TOMORROW IN NEWS 2 USE

### A balancing act

How to set up your first budget

## CONSUMER WATCH

### New law targets ID theft

Federal lawmakers hope the latest version of the Fair Credit Reporting Act provides a better shield in the war on identity theft, but the jury is still out.

Supporters say it provides consumers better protection against identity theft and offers greater assistance to victims of fraud. Detractors say it prevents individual states from passing even tougher regulations.

Some of the provisions in the new law:

■ Businesses must truncate credit card numbers on receipts.

■ Consumers may request a free credit report every year and have access

to their credit scores.

■ A fraud-alert tag must be prominently placed on all credit reports of victims of identity theft.

■ Credit-rating agencies will be prevented from including fraudulent transactions when selling your credit report.

■ Medical information will be excluded on credit reports and cannot be used for credit decisions.

■ Consumers will have one number to call when reporting identity fraud or fraudulent activity instead of having to call all three major credit-reporting bureaus.
SOURCE: Chicago Tribune



## RECALLS

**Product:** Tree stands for hunters, manufactured by Ol Man Treestands

Hazard: A serrated blade that supports the stand on a tree can bend, posing the risk of falls and serious injuries.

Description: The climbing tree stands are the Original Ol Man Double X with model number DMDR-MO, Grand O' Man Double X with model number GOMDR-MO, Multi-Vision with model number MV-MO and Grand Multi-Vision with model number GMV-MO. All have warning labels affixed to the stands varying in weight capacities of 250 to 350 pounds. Ol Man tree stands with the numbers 1902 or 2103 stamped on the blades of the stand bottom are included. The stands have a mesh net seat and are painted green.

Sold at: Hunting supply stores, Web sites and catalogs nationwide from June through November for $160 to $270.

What to do: Stop using the tree stands immediately, and call for a repair or replacement product. Phone: (800) 854-7595. Call 20. Web site: www.olmantreestands.com

**Product:** Bumble Bee Toys with blue antennae sold with certain Graco high chairs and Graco mobile entertainers, and also sold separately as an accessory and replacement part, manufactured by Graco Children's Products



Hazard: The toy's blue antennae can break, posing a choking hazard.

Description: Bumble Bee Toys with blue antennae were distributed with Graco High Chair model numbers 3456CUB, 3636FKB, 3659KER, 3699NGS, 3660WNH and 3560S manufactured between July 22, 2002, and March 9, 2003, and Graco Tot Wheels Mobile Entertainer models 452201N, 4522TGTM, 452TALP, 3562JB and 4512FUN manufactured between Nov. 8, 2001, and March 9, 2003. They were also distributed separately as an accessory and a replacement part with model number 3480945. Bumble Bee toys with yellow or black antennae are not affected.

Sold at: Discount, department and juvenile product stores from October 2001 through March 2003 on high chairs and mobile entertainers for $39 to $49, and as accessories for $5.

What to do: Immediately discard any Bumble Bee toys with blue antennae and call (800) 258-3213 to receive a free replacement toy.

**Product:** "Lily Pad Clacker" instruments, manufactured by Kindermusik International

Hazard: The green coating on the instruments contain high levels of lead, posing a risk of poisoning to children.

Description: The Lily Pad Clackers are wooden rhythm instruments designed for use with the Frog Went A-Dancing kit sold by Do-Re-Me & Your. A Kindermusik associate. The recalled instrument is 5.25 inches long and is made of wood. It has two green "lily pads" that are connected to the base by a string. It was sold as part of a music set.

Sold by: Do-Re-Me & Your consultants in North Carolina, South Carolina, Georgia, Virginia and Texas from October through December for about $30.

What to do: Return the Lily Pad Clackers to Kindermusik International in the postage-paid box provided by the firm. Kindermusik will replace the product with a product of comparable value. Phone: (800) 628-5687. Web site: www.kindy.com



**Product:** "Mud Boggers" and "Street Shredders" pump up racers, manufactured by KNEX Industries

Hazard: The air motor can burst when being pumped up, causing parts of the motor or car to break off. The parts can have sharp points and pose a risk of eye or laceration injuries.

Description: The "Mud Bogger" has a yellow car body and the "Street Shredder" has a red car body. Both have a date code beginning with 7803 located on the bottom of the air motor, directly under the name "KNEX" stamped into it. The toy cars come with a pump attachment that helps project the car forward.

Sold at: Toys R Us, Wal-Mart and Target stores nationwide from November to December for about $40.

What to do: Immediately stop children from using the cars and call (800) 543-5639 for a free replacement kit or alternative product. Web site: www.knex.com

SOURCE: www.cpsc.gov

Star-Telegram

Star-Telegram Operating, Ltd.

## SMALLTALK

OCCASIONAL QUICK QUIPS

"The dirty little secret is that you just need to scratch the surface of colleges across the country to unearth a big stack of sexual assault allegations. Every college administrator I have spoken with acknowledges with a wink and a nod that the campus sexual assaults are underreported."

— Scott Berkowitz, founder and president of the Rape, Abuse and Incest National Network

News 2 Use ■ Comments and suggestions, contact: Phyllis Slabee ■ (817) 390-7672 ■ pslabee@star-telegram.com



its and Graco mobile entertainers,
also sold separately as
accessory and replace-
ment part, manufactured
by Graco Children's
Products

**Hazard:** The toy's
blue antennae can
break, posing a choking
hazard.

**Description:** Bumble Bee toys with blue antennae were distributed with Graco High Chair model numbers 3656CUB, 3658FKB, 3659KER, 3659NGS, 3660WNN and 35605 manufactured between July 22, 2002, and March 9, 2003, and Graco Tot Wheels Mobile Entertainer models 4522OTM, 4522TOTM, 4521ALP, 35628 and 4512FUN manufactured between Nov. 8, 2001, and March 9, 2003. They were also distributed separately as an accessory and a replacement part with model number 5480945. Bumble Bee toys with yellow or black antennae are not affected.

**Sold at:** Discount, department and juvenile product stores from October 2001 through March 2003 on high chairs and mobile entertainers for $39 to $89, and as accessories for $5.

**What to do:** Immediately discard any Bumble Bee toys with blue antennae and call (800) 258-3213 to receive a free replacement toy.

**Product:** "Lily Pad Clacker" instruments, manufactured by Kindermusik International

**Hazard:** The green coating on the instruments contain high levels of lead, posing a risk of poisoning to children.

**Description:** The Lily Pad Clackers are wooden rhythm instruments designed for use with the Frog Went A-Dancing kit sold by Do-Re-Me & You!, a Kindermusik affiliate. The recalled instrument is 5.25 inches long and is made of wood. It has two green "lily pads" that are connected to the base by a string. It was sold as part of a music kit.

---

Wright, Nelda Nelon, 74, Fort Worth

OBITUARIES 14-19B



Results appear today on 3A.

PUBLISHED BY
**Star-Telegram Operating, Ltd.**
>KNIGHT RIDDER>

400 W. Seventh St., Fort Worth, Texas 76102
3201 Airport Freeway, Suite 108, Bedford, 76022
1111 W. Abram, Arlington, 76013

TO SUBSCRIBE or to report a delivery problem, dial (817) DEL-IVER (335-4837). Outside Tarrant County call toll-free (800) 776-STAR (-7827).

DELIVERY INFORMATION
Monday-Friday ........................................5 a.m. - 5 p.m.
Saturdays & holidays ...........................6:30 a.m.- noon
Sundays.........................................6.30 a.m.- 2  p.m.
RETAIL ADS.....................................(817) 390-7765
CLASSIFIED ADS ................................(817) 332-3333
Outside Tarrant County call toll-free ...........(800) 222-3978
Monday-Wednesday ........................7:30 a.m.-6 p.m.
Thursday-Friday ............................7:30 a.m.-7 p.m.
CUSTOMER SERVICE AND BACK ISSUES
Arlington (817) 548-5400   Monday-Friday............8 a.m.- 5 p.m.
Downtown (817) 390-7761  Monday-Friday ..........8 a.m.- 5 p.m.
Northeast (817) 685-3800  Monday-Friday..........8 a.m.- 5 p.m.
PHOTO SALES .....................................(817) 390-7743
Monday-Friday ......................................9 a.m.- 4 p.m.
SINGLE COPY PRICES: Daily, 50¢; Sunday, $1.50

| Home Delivery | Mo. | Yr. | U.S. Mail (Mo.) |
|---|---|---|---|
| Daily/Sunday | $15 | $168 | $31 |
| Daily Only | $13 | $144 | $26 |
| Weekend Only (3-day weekend package and 11 holiday issues*) | $13 | $144 | N.A. |
| Sunday Only | $11 | $120 | $23 |

*New Year's Day, Martin Luther King Day, Presidents' Day, Race Day, Memorial Day, Independence Day, Football Preview, Labor Day, Election Day, Veteran's Day, and Thanksgiving Day where applicable).

All prices include sales tax and postage. Mail prices are for the U.S. and its possessions; foreign rates available upon request. Advance payment required.

Star-Telegram customers may use their Internet accounts to communicate with customer service representatives. Write to us at paper@star-telegram.com. When appropriate, e-mail may be forwarded to other newspaper staff members.

For guaranteed same-day delivery of missed copies in Tarrant County, please call by noon, seven days a week. Our mission is to provide subscribers with the best possible delivery service. Should we be unable to resolve a subscription problem to your satisfaction, call Weldon Whiteman, Vice President/Circulation, at (817) 215-2218.

The Fort Worth Star-Telegram (USPS 206-260) is published daily. Periodical postage paid at Fort Worth, Texas. Postmaster: Send address changes to Fort Worth Star-Telegram, P.O. Box 1870, Fort Worth, Texas 76101.

Circulation: 235,917 daily; 329,739 Sunday.
Readership: 590,400 daily; 847,090 Sunday.

**SMALLTALK**
OCCASIONAL QUICK QUIPS

"The dirty little secret is
that you just need to

---

WASH
announce
Dr. Mark
commissi
icaid, the
more than

McClel
Carole Ke
White Hou

Mark N
and politi
tion drug
ing off D



4. Head shot: Kathleen Latimer
Photo Caption:

Filename: **010102XA0010221RK01-974762.txt**

Service:
Category:
Supplemental Category:
Instructions: **2004Datatimes.exp**
Created: **February 21, 2004**
City:
Country:
Reference: **11213317**
Merlin ID: **7283621**
Copyright:
Copyright year: **0**
Keywords: **"HOMICIDES-FW/TC"**
Library enhanced? **Yes**
Rights? **Yes**
Input Date: **03/12/2005**

DEFENDANT'S
EXHIBIT
7
NO BC 92905

---

**Thanks to police**

Source: *THE FORT WORTH STAR-TELEGRAM*
Friday, February 20, 2004
Edition: FINAL, Section: Opinion;Metro, Page 12B

We wish to express our appreciation to the Fort Worth Police Department, particularly Capt. Rhonda Robertson, Lt. R.F. Dixon and detectives S.R. LaCroix, E. Van Metre and C.D. Johhson of the Major Crimes Task Force, along with all the other police and FBI agents in Texas and Oklahoma who worked tirelessly during the search for and apprehension of the suspects in the recent abduction of our dear Laura Lee.

The media deserve special acknowledgment for their full cooperation with our family and authorities on the release of news surrounding the case. Their grace and compassion are particularly appreciated.

Finally, thank you to the multitudes of people, including friends, teachers, associates, current and former students and others who have benefited from her wonderful legacy for the prayers, support and concern during this incredibly difficult time.

Meade B. Crane and the family of Laura Lee Crane, Fort Worth

The following fields overflowed:

KEYWORD = LETTERS, FAXES AND E-MAILS TO THE EDITOR
Photo Caption:



Filename: **010402XB0120220RB01-971572.txt**
Service:
Category:
Supplemental Category:
Instructions: **2004Datatimes.exp**
Created: **February 20, 2004**
City:
Country:
Reference: **11213107**
Merlin ID: **7283207**
Copyright:
Copyright year: **0**
Keywords: **"LETTERS, FAXES AND E-MAILS TO TH" "EDITORIAL"**

Library enhanced? **Yes**
Rights? **Yes**
Input Date: **03/12/2005**

---

**Suspect: I had no idea about killing**
By Deanna Boyd

Source: *THE FORT WORTH STAR-TELEGRAM*
Friday, February 20, 2004
Edition: FINAL, Section: News, Page 1A
CRIME: A woman accused in the slaying of a retired TCU professor proclaims her innocence to reporters.

Case 4:09-cv-00160-O    Document 126-17    Filed 05/04/26    Page 37 of 519    PageID 11848



FORT WORTH--A convicted prostitute accused of kidnapping and killing a retired TCU professor denied participating in the death of Laura Lee Crane, insisting that she was deceived by an ex-boyfriend who deserves to be put to death.

"I was told she was gone, that she was let go," a somber but emphatic Kathleen Latimer said during an interview at the Tarrant County Jail on Thursday afternoon. "I had no idea about her murder."

...mer, 39, and Edward Busby, 31, are accused of killing Crane, 77, and dumping her body in Oklahoma after kidnapping her Jan. 30 as she ... in her car outside the Tom Thumb grocery store at 3050 S. Hulen St.

On Thursday, Latimer and Busby were transported from Oklahoma City to Tarrant County and were being held on $1 million bail.

Busby declined to be interviewed.

Latimer and Busby were arrested Feb. 1 by Oklahoma City police who found them driving the missing woman's car. Two days later, Busby led investigators to Crane's body, wrapped in a sheet at the bottom of an Interstate 35 embankment about 50 miles north of the Texas border.

Arrest-warrant affidavits state that Busby admitted to Fort Worth homicide detectives that he and Latimer abducted Crane from the grocery store's parking lot, then wrapped her face in duct tape so that she could not breathe.

Latimer declined Thursday to discuss whether she played a role in Crane's kidnapping, but she insisted repeatedly that she had nothing to do with the woman's slaying.

"If I'd known, if I had knowledge of what was going on and I was able to stop it, I would have," Latimer said, breaking into tears. "But I didn't."

Homicide Sgt. J.D. Thornton disputed Latimer's statement.

"The evidence that we have up to this point indicates that both Busby and Latimer were equal participants in both the kidnapping and murder," Thornton said. He declined to elaborate on that evidence.

Latimer said she and Busby, her boyfriend at the time, drove together to Oklahoma City so that Busby could look for a job. She said she had no clue that there may have been a body in the trunk.

"I had no idea that the woman was in the car the whole time," Latimer said.

Latimer also denied that she took part in dumping Crane's body.

"I was left in a motel room for a period of time, I'd say a little over an hour, not too far from where they had found the body," Latimer said. "There will be evidence stating I was at the motel. I'm sure there's evidence -- cameras in the parking lot when he left the motel by himself and was gone for a period of time and I was left in the room by myself."

...mer said she did not learn about Crane's death until reading newspaper articles while jailed in Oklahoma City.

"I was just shocked," Latimer said. "I can't even put it into words."

Latimer described Busby as a violent and abusive man who had threatened to kill her. She raised her misshapen right arm, telling reporters that Busby had broken it in August.

She said she had lived in a battered women's shelter in an attempt to get away from him.

"I was scared to stay with him and even more scared to leave," Latimer said.

Latimer said that both she and Busby are drug addicts who were high on crack cocaine on the day of Crane's disappearance and while in Oklahoma City.

When asked how serious her drug problem was, Latimer replied, "Serious enough to not know what was going on around me."

When asked how she felt about Busby implicating her in the slaying, Latimer answered, "It just puts another notch in his belt."

"He thinks he's getting what he wants, but in the end, he'll get just what he deserves," Latimer said.

Latimer said she believes Busby deserves the death penalty while she deserves "justice."



# News 2 Use

## DAILY GUIDE TO HELPFUL INFORMATION

### BEVERAGES

## Just what are you drinking?

Labels on bottled water sport all sorts of vague terms that can make it difficult to figure out what you're drinking.

Here is a guide to some of the more popular varieties.

■ **Mineral water:** This contains a maximum amount of dissolved minerals and other elements. The water

is from a protected underground source.

■ **Spring water:** Retrieved from a natural spring. With the exception of fluoride, no minerals can be added.

■ **Artesian water:** From a well that taps an aquifer, an underground layer of earth that contains water.

■ **Purified water:** Processed to

remove minerals, metals and other substances. The source is usually tap or spring water.

■ The term doesn't tell you where it's from or how it was processed.

ONLINE: www.fda.gov
SOURCES: Food and Drug Administration, International Bottled Water Association, The Wall Street Journal

---

### CONSUMER WATCH

# Lost in the e-mail

## How to make sure legitimate messages don't get caught in spam dragnet

Spam filters can do a lot of good for computer users, but they can cause problems as well. In the effort to keep pornography and patches for hair-replacement and weight-loss products from gumming up e-mail boxes, legitimate messages can get caught in the spam dragnet. Here's what you can do.

**Q: How can I reduce the chances of legitimate e-mail being blocked?**

A: Avoiding profanity and language common in spam patches helps.

If you routinely send big e-mails or e-mail a lot of people at once, you may want to touch base with your Internet-service provider. Some, including America Online, allow you to register for special clearance after they have determined that you are not a spammer.

If someone on your mass e-mail list asks to be removed, do it. Otherwise, your provider might equate you with a spammer.

To make sure that bills, bank statements and other important electronic documents get through, add those senders to the list of approved addresses that you can set up with your ISP.

**Q: How can I find out if my e-mail has been stopped?**

A: EarthLink's spam blocker, which lets subscribers designate whom they want to receive e-mail from, automatically tells senders that they aren't on the subscriber's list. In some cases, such as when e-mail is being sent from an address known to be a source of spam, senders will get an automated message telling them that their e-mail is not being accepted and asking them to contact openreclay@abuse.earthlink.net. The provider will then investigate the e-mail and within a day or two tell the senders how to unblock it.

Other providers, such as Time Warner's RoadRunner and AOL, will often generate a "bounce back" message to senders.

But in some cases, there is no easy way to know that your e-mail has been waylaid.

EarthLink, Yahoo and some other providers divert suspicious incoming e-mail into a separate folder that subscribers can sift through to determine whether the message is spam. If you haven't gotten e-mail you're expecting, check that folder if it's available.

**Q: If a gift certificate, bill or credit-card statement I was expecting via e-mail hasn't shown up, what should I do?**

A: Check your provider's policy about undelivered e-mail and see whether you can recover messages that weren't delivered.

If not, you may have another option. Retailers such as Amazon.com will resend gift certificates. If possible, gift recipients should e-mail the company the order number of the certificate, the giver's name and the street address or e-mail address to which it was sent. Amazon will contact that person by e-mail once it cancels the original certificate and issues a new one.

SOURCE: The Wall Street Journal



---

**TOMORROW IN NEWS 2 USE**
**Back on track** Exercise can give new moms a much-needed boost

---

### HEALTH

## Vitamins don't reduce risk of recurring strokes



Some vitamins can lower elevated blood levels of homocysteine, considered a risk factor for heart disease and stroke. But high doses of vitamins B-6, B-12 and folic acid didn't prevent strokes, coronary artery disease or death in a recent study.

Researchers at Wake Forest University School of Medicine and their colleagues studied 3,680 survivors of nondisabling strokes being treated at 56 centers in the United States, Canada and Scotland. For two years, all participants took a daily multivitamin, with half also taking high doses of folic acid and the two B vitamins. The other half got low doses of the vitamins.

Reporting in the current issue of the Journal of the American Medical Association, the researchers say that the vitamins lowered homocysteine levels and that bigger drops brought bigger reductions. But the difference between the groups in the number of patients who had strokes — 8.1 percent of the low-dose vitamin recipients and 8.4 percent of the high-dose recipients — was not statistically significant. The numbers were similar for heart attacks and other major coronary events.

Regardless of vitamin dose, patients with the highest starting levels of homocysteine were the most likely to have a second stroke.

SOURCE: Los Angeles Times

---

### WOMEN'S HEALTH

## New guidelines issued for heart health

It's evidently not enough to lower your bad cholesterol with a low-fat diet, tea, exercise or even statin drugs.

Those who know the most about preventing heart disease and stroke in women say we should also raise our "good" cholesterol — that is, high-density lipoprotein cholesterol.

New guidelines call for women to maintain their HDL levels above 50 mg/dL, a 25 percent increase over the previous recommendation, 40 mg. And they call for women to keep triglycerides below 150 mg/dL rather than 200 mg/dL.

Traditionally, prevention efforts have centered on lowering low-density lipoproteins, the bad cholesterol that clogs coronary arteries. But lowering LDL to less than 160 is not enough, especially if you have one or more risk factors for heart disease, according to the guidelines, published in Circulation: Journal of the American Heart Association. Risk factors include a family history of heart disease, high blood pressure, smoking, a high-fat diet, diabetes, obesity and a sedentary lifestyle.

Reduced HDL levels at menopause significantly increase the risk of coronary heart disease.

Aggressiveness of treatment should be linked to a woman's risk of having a heart attack in the next 10 years, according to the guidelines. ACE inhibitors and beta blockers, to lower blood pressure, are recommended for all high-risk women, as are cholesterol-lowering drugs, preferably statins, which, in addition to lowering bad cholesterol, raise the good by 5 or 6 percent.

Also recommended are fibrates, drugs that lower triglycerides and can boost HDL 10 percent to 20 percent, and prescription niacin, a B vitamin that can raise HDL 15 percent to 30 percent.

The guidelines were developed by representatives of the American Heart Association and 11 other organizations.

The heart association offers a risk assessment at its Web site, www.americanheart.org.

— Staff writer Carolyn Poirot

---

### SAFETY

## Don't let your headrest become a pain in the neck

You may be able to operate your car's fancy GPS system and reset its clock when the time changes, but do you know how to adjust the headrest for optimum safety?

Probably not, according to the American International Automobile Dealers Association, which notes that studies show that 90 percent of drivers have their headrest adjusted too low.

According to the National Highway Traffic Safety Administration, a headrest should be two inches or less

from the rear of your head and positioned at the level of your ears, so that as the event of whiplash, it will come into contact first with your head, not your neck.

For more information on proper headrest adjustment or to learn about your vehicle's headrest safety rating, visit www.iihs.org/headrestsafety.

ONLINE: National Highway Traffic Safety Administration, www.nhtsa.dot.gov
SOURCE: American International Automobile Dealers Association

---

Star-Telegram Friday, February 25, 2005
Star-Telegram
1-800-776-STAR (7827) or
817-390-7400

### TODAY'S OBITUARIES

Star-Telegram Operating, Ltd.
A KNIGHT RIDDER Company

NEWS

LIVE, LOCAL, LATE-BREAKING
NEWS AT 10:00PM

...―, r.
*tion. Journal of the American Heart Associ-ation.* Risk factors include a family histo-ry of heart disease, high blood pressure, king, a high-fat diet, diabetes, obesi-ty and a sedentary lifestyle.

Reduced HDL lev-els at menopause sig-nificantly increase the sk of coronary heart ase.

gressiveness of treat-should be linked to a n's risk of having a heart in the next 10 years, ling to the guidelines. E inhibitors and beta rs, to lower blood pres-re recommended for all isk women, as are cho-ol-lowering drugs, ably statins, which, in on to lowering bad cho-ol, raise the good by 5 or ent.

o recommended are s, drugs that lower erides and can boost 0 percent to 20 percent, res ion niacin, a B in that can raise HDL 15 nt to 30 percent.

e guidelines were devel-by representatives of the ican Heart Association other organizations.

e heart association a risk assessment at its ite, www.american-org.

*– Staff writer Carolyn Poirot*

Y

# drest become
# e neck



Results appear today on 3A.

PUBLISHED BY

**Star-Telegram Operating, Ltd.**
**>KNIGHT RIDDER>**

400 W. Seventh St., Fort Worth, Texas 76102
3201 Airport Freeway, Suite 108, Bedford, 76022
1111 W. Abram, Arlington, 76013

TO SUBSCRIBE or to report a delivery problem, dial (817) DEL-IVER (335-4837). Outside Tarrant County call toll-free (800) 776-STAR (-7827).

DELIVERY INFORMATION
Monday-Friday ............................................5 a.m.- 5 p.m.
Saturdays & holidays ...............................6:30 a.m.- noon
Sundays....................................................6:30 a.m.- 2 p.m.
RETAIL ADS .............................................(817) 390-7765
CLASSIFIED ADS .....................................(817) 332-3333
Outside Tarrant County call toll-free ...........(800) 222-3978
Monday-Wednesday ................................7:30 a.m.-6 p.m.
Thursday-Friday .......................................7:30 a.m.-7 p.m.
CUSTOMER SERVICE AND BACK ISSUES
Arlington (817) 548-5400  Monday-Friday ..........8 a.m.- 5 p.m.
Downtown (817) 390-7761  Monday-Friday ..........8 a.m.- 5 p.m.
Northeast (817) 685-3800  Monday-Friday ..........8 a.m.- 5 p.m.
PHOTO SALES .........................................(817) 390-7743
Monday-Friday ........................................9 a.m.- 4 p.m.
SINGLE COPY PRICES: Daily, 50¢; Sunday, $1.50

| Home Delivery | Mo. | Yr. | U.S. Mail (Mo.) |
|---|---|---|---|
| Daily/Sunday | $15 | $166 | $31 |
| Daily Only | $13 | $144 | $26 |
| Weekend Only (3-day weekend package and 11 holiday issues*) | $13 | $144 | N.A. |
| Sunday Only | $11 | $120 | $23 |

*New Year's Day, Martin Luther King Day, Presidents' Day, Race Day, Memorial Day, Independence Day, Football Preview, Labor Day, Election Day, Veteran's Day, and Thanksgiving Day where applicable).

All prices include sales tax and postage. Mail prices are for the U.S. and its possessions; foreign rates available upon request. Advance payment required.
Star-Telegram customers may use their Internet accounts to com-municate with customer service representatives. Write to us at paper@star-telegram.com. When appropriate, e-mail may be for-warded to other newspaper staff members.
For guaranteed same-day delivery of missed copies in Tarrant County, please call by noon, seven days a week. Our mission is to provide sub-scribers with the best possible delivery service. Should we be unable to resolve a subscription problem to your satisfaction, call Weldon Whiteman, Vice President/Circulation, at (817) 215-2218.
The Fort Worth Star-Telegram (USPS 206 260) is published daily. Periodi-cal postage paid at Fort Worth, Texas. Postmaster: Send address changes to Fort Worth Star-Telegram, P.O. Box 1870, Fort Worth, Texas 76101.

Circulation: 235,917 daily; 329,739 Sunday.
Readership: 590,400 daily; 847,090 Sunday.





CLE

3-DA

EXTRA

ANY CLEA

ENTI

SPORTSWEAR • DRESSES
MISSES' • PETITES' • WOMEN'S

*15% OFF HOME STORE C
SPORTCOATS & DRES

*Coupon cannot be combined with order or previous purchase. No dis nants. Levi's, Men's Lee, Men's Dress Shirts, Easy Spirit, Ideolog Gift Electronics, Scooters, Yankee Furniture, Area Rugs, M Special Event Collections in F

Whitehead, James, 77, Mineral Wells

## Star-Telegram
### FORT WORTH

Wesley R. Turner, President and Publisher

Paul K. Harral                                    Jim Witt
Vice President and Editorial Director    Senior Vice President and Executive Editor

Amon G. Carter, Founder-Publisher 1909-1955
Amon G. Carter Jr., Publisher 1955-1982

## EDITORIALS

# Recommendations

Republican voters in Texas House District 58 have a tough choice to make in deciding who will replace Arlene Wohlgemuth on the March 9 primary ballot.

**HOUSE DISTRICT 58** Three qualified candidates seek the nomination to try to replace Arlene Wohlgemuth.

Wohlgemuth is vacating the legislative seat she has held for a decade to try her hand on the congressional level.

Johnson and bordering counties probably would be served well by any of the three Republican candidates pursuing the office. Of course, the winner of the GOP primary will face Democrat Greg Kauffman, an apartment complex manager from Crowley who lost to Wohlgemuth in the November 2002 general election.

From a party perspective, Sam Walls has paid his dues. During his three terms as chairman of the Republican Party of Johnson County, the Cleburne resident worked hard not only to get GOP candidates elected locally and statewide but to make sure that the party had qualified individuals on the ballot.

**Texas primaries**

Early voting will begin Monday and lasts until March 5 in the Republican and Democratic primary elections in Texas. The general election will be March 9.

The *Star-Telegram* Editorial Board has interviewed the candidates and examined their records and the issues in many races to make recommendations to the voters.

**Today:** Republican candidates in Texas House races.

very personal interest in the off-cited pro-life values of the Republican Party — he and his wife were adopted, and he and his wife have adopted children.

Walls' opponents — Rob Orr, a Burleson real estate company owner, and Scott Cain, a Cleburne attorney — offer enthusiasm and a desire to serve. Orr has worked on U.S. Rep. Joe Barton's congressional advisory committee and helped Wohlgemuth on a tax reform advisory committee and with manufactured-housing issues.

The 37-year-old Cain admits that his political involvement thus far is limited to volunteering for the 1992 Bush-Quayle re-election campaign. He should be encouraged to broaden his political participation for a possible future run for office.

Beyond politics, the 64-year-old Walls brings a broad range of life experiences to the table. As president of Walls Industries in Cleburne and its predecessor, Cliff-Tex Manufacturing Co. in Clifton, Walls has a business background that lends credibility to his expressed interest in economic development and tax fairness.

He helped create Walls Regional Hospital in Cleburne and sits on the board of the hospital's parent system, Harris Methodist. And he brings a similarity beyond their party affiliation and a first try at elected office. Each was short on details when it came to possible solutions to the state's school financing conundrum. All said there are no sacred cows when seeking alternatives to the Robin Hood plan, but they quickly dismissed any talk of a state income tax.

Spoken like true Republicans.

The *Star-Telegram* recommends Sam Walls in the Republican primary race for Texas House District 58.

Rep. Toby Goodman of Arlington has served with distinction since first being elected to the state House of Representatives in 1991.

He is respected as not only the House's resident expert in family and juvenile law but also as a stalwart champion for Arlington and the region — reflected most recently by his support of UT-Arlington before the UT System Board of Regents.

Further, he reflects the dominant fiscal theme in Arlington of the last decades in that he is a moderate.

**HOUSE DISTRICT 93** An Arlington legislator has represented his city and region well.

conservative. He's now a senior member of the House and among its most influential members.

The Republican nominee will face Democrat Mike Gregory of Arlington in November.

The *Star-Telegram* recommends Toby Goodman in the 93rd District Republican primary.

# Focusing the money

A group of nationally recognized education experts, including one appointed by Gov. Rick Perry to a special legislative panel studying school finance, has offered up proposals that could send more money to the state's poorest school districts than would Perry's latest school funding plans.

**EDUCATION** Financial incentives for better school performance should give more weight to gains in poor schools, experts say.

Incentives aimed at rewarding teachers and schools for improved student performance should focus more money on schools and districts where kids start out lower on the learning curve, said Caroline Hoxby, a noted Harvard economics professor.

"You want to make sure that kids from a poor family are going to be able to compete in the labor market with kids from a wealthy family," Hoxby told the House Select Committee on Public School Finance at a Wednesday hearing in Austin.

That would add an element that has been missing from the "Educational Excellence" incentive proposals that Perry laid out three weeks ago and has been touting in speeches around the state.

The chief criticism of Perry's proposals — bonuses for teachers who do the most to improve student performance and extra money for schools whose students do well on state tests or meet the toughest graduation standards — has been that they would send more money to already wealthy districts. Students in these districts generally have the greatest educational advantages and face fewer obstacles such as language barriers or the need to find an after-school job.

"Not all gains are equal," Hoxby said. She recommended a system under which "if you start out farther away, you get a bigger reward."

Along with Eric Hanushek of Stanford University and Paul Peterson of Harvard, Hoxby was presenting the results of a study of Texas education funding done by a task force based at Stanford's Hoover Institution.

Last June, Perry named Hoxby as one of four public members of a joint House-Senate committee that is expected to present its school finance proposals by March 15. Perry has said that he will call a special legislative session this spring if leaders can agree on ways to improve school funding.

Representatives of poor school districts are among those who have said that Perry's incentive proposals didn't go far enough. Now the experts seem to agree.

**How to send us a letter**

MAIL: Letters to the Editor, Star-Telegram, Box 1870, Fort Worth, TX 76101

FAX: (817) 390-7688

E-MAIL: letters@star-telegram.com. Opinions and letters to the relative can be read at www.star-telegram.com

LETTER POLICY: Letters must have a signature and a printed full name, address and daytime phone number. They should be concise, to the point and original – no form letters, please. Writers are limited to one a month. Length is subject to editorial judgment, and letters will be edited to comply with Star-Telegram style and standards.

---

BILL SCHORR



"STRICTLY SPEAKING, THESE LINE-UPS AREN'T AS EFFECTIVE SINCE CLONING."

## LETTERS, FAXES AND E-MAILS TO THE EDITOR

### A shining city on the bluffs

Fort Worth has been blessed with great individuals and organizations who have made this city a place to live, work and enjoy.

Their names, as well as their civic and business accomplishments, are familiar to us all: Carter, Bass, Moncrief, Upchurch, Waggoner, Kimbell, Conner, McMillan, Bart, Wright, Bolen, Granger, Kelly, Fortson, Burnett, Tandy, Crandall and Hickman are names familiar to those of us who have lived in Fort Worth and Tarrant County for a lifetime.

Recently, I was driving south on Interstate 35W from the north. The lights of downtown glistened on the horizon.

The new Pier 1 building has broadened the shoulders of the downtown skyline and is clearly visible and unmistakable by its twinkling white and red lights. On the northern edge of the downtown bluffs, RadioShack is expanding their bright and shining horizons of downtown with a new corporate headquarters.

While many companies are moving their corporate headquarters and jobs to other cities — and even other countries — Pier 1 Chairman Marvin Girouard and RadioShack Chairman Leonard Roberts are among those relatively new business and civic leaders who have kept their companies in Fort Worth and given back much to the community.

Add the names Girouard and Roberts to the distinguished list of individuals who continue to make Fort Worth a better place.

There's much to be proud of in this community. These two men of dedication, innovation and foresight are to be commended and congratulated frequently for their commitments. They've made Fort Worth a better bright and shining city on the bluffs of the Trinity River, as is evidenced by the broad and ever-widening shoulders of the downtown skyline.

*Larry Shannon, Fort Worth*

### Thanks to police

We wish to express our appreciation to the Fort Worth Police Department, particularly Capt. Rhonda Robertson, Lt. R.F. Dixon and detectives S.R. LaCroix, E. Van Meire and C.D. Johnson of the Major Crimes Task Force, along with all the other police and FBI agents in Texas and Oklahoma who worked tirelessly during the search for and apprehension of the suspects in the recent abduction of our dear Laura Lee.

The media deserve special acknowledgment for their full cooperation with our family and authorities on the release of news surrounding the case. Their grace and compassion were greatly appreciated.

Finally, thank you to the multitudes of people, including friends, teachers, associates, current and former students and others who have benefited from her wonderful legacy for the prayers, support and concern during this incredibly difficult time.

*Maude B. Crane and the family of Laura Lee Crane, Fort Worth*

### Dormant city

Residents of Haltom City, as usual, were lead astray by Mayor Calvin White and former Mayors Gary Larsen and Jack Lewis.

Obviously, the people have spoken, and I don't have a problem with the outcome. But neither the residents nor the above-mentioned now-leaderless leaders bothered to realize that the city would be rendered dormant and without representation.

We now have taxation without representation, thanks to White, Larsen and Lewis.

Will Rogers said, "Washington is safest when Congress is not in session." Haltom City is now probably safest without the council meeting, and the winners — if there are any — in effect rendered themselves powerless.

Our city is now run by administrators instead of elected officials. The same old politics have been played out tirelessly for the past 30 years by the same old bunch. The smoke screen this time was the firing of an arrogant city manager who forgot whom he worked for — the majority of the City Council.

*Cody Thompson, Haltom City*

### Blind allegiance

Community panel columnist Jack Shackelford apparently believes that people are thinking too much and aren't accepting religious beliefs blindly without question. To him, that exemplifies the moral degradation of America. (See Feb. 7 column, "Like sand through the hourglass, so go the morals of our lives.")

I hate to break it to Shackelford, but what makes America great is the ability of its citizens to think independently and question authority, as opposed to blindly accepting whatever beliefs are spoon-fed to them. Blind allegiance to authority gave us the Third Reich and just as wrought unnecessary destruction in the name of God.

Blind adherence to the status quo stunts growth and inhibits progress. Without deviation from the status quo, Colonial America wouldn't have rebelled, we'd still have slavery, and gender and skin color would still keep people from voting. Although religion has brought many benefits, lemming-like behavior and group-think have no place in real spirituality or in America.

As Feodor Dostoevski eloquently put the concept of spirituality and free choice through the Grand Inquisitor in *The Brothers Karamazov*: "In place of the rigid ancient law, man must hereafter with free heart decide for himself what is good and what is evil."

The yearning shared by Shackelford can be summed up by the same inquisitor: "I tell thee that man is tormented by no greater anxiety than to find some one quickly to whom he can hand over that gift of freedom."

*Ethan Richerson, Arlington*

### Not rich enough

The *Star-Telegram* and other media have cited various reasons for the jump in gasoline prices. But virtually no one has noted one big reason for the increase, and it's not among the usual suspects.

One reason for the recent hike in crude is that the dollar has fallen in value under the international market since the Iraq war.

Oil producers want to get the same value for a barrel of oil. Because the dollar is worth only 0.79 euros, it costs 20 percent more in dollars to buy a barrel of oil. We can now expect to pay more for anything we buy from overseas.

Ask an economist what's causing the fall of the dollar. You might find that the U.S. budget deficit and trade deficit are eroding confidence in the dollar. That eventually will affect our stock market because the United States will no longer be a favored place for investment.

Dick Cheney says Ronald Reagan proved that deficits don't matter. That wasn't true then; it surely isn't true now.

Republican aid to big companies and to the rich is hurting the average citizen of this country in ways we can't imagine. I always say, "You ain't rich enough to vote Republican."

*Sherwin Rubin, Arlington*

---

**STAR-TELEGRAM OPINIONS AND COMMENTARY**

The editorials are the opinions of the Star-Telegram as determined by members of the editorial board. All other views — cartoons, letters to the editor and columns — are the opinions of the individual writers and artists.

Case 4:09-cv-00160-O   Document 120-17   Filed 03/04/26   Page 41 of 519   PageID 11852

their party affiliation at elected office. Each details when it came to ons to the state's school undrum. All said there d cows when seeking the ●bin Hood plan, ly dismissed any talk of tax.

true Republicans.

*elegram* recommends the Republican primary House District 58.



**An Arlington legislator has is city and region**

Ie's now a senior mem- se and among its most nbers.

ican nominee will face e Gregory of Arlington

*elegram* recommends n in the 93rd District nary.

# oney

**Financial incentives for better school should give more is in poor schools,**

ney to already wealthy ents in those districts the greatest education- nd face fewer obstacles ze barriers or the need school job.

ns are equal," Hoxby mmended a system f you start out farther bigger reward."

---

tle time or a lifetime.

Recently, I was driving south on Interstate 35W from the north. The lights of downtown glistened on

## Thanks to police

We wish to express our appreciation to the Fort Worth Police Department, particularly Capt. Rhonda Robertson, Lt. R.F. Dixon and detectives S.R. LaCroix, E. Van Metre and C.D. Johnson of the Major Crimes Task Force, along with all the other police and FBI agents in Texas and Oklahoma who worked tirelessly during the search for and apprehension of the suspects in the recent abduction of our dear Laura Lee.

The media deserve special acknowledgment for their full cooperation with our family and authorities on the release of news surrounding the case. Their grace and compassion are particularly appreciated.

Finally, thank you to the multitudes of people, including friends, teachers, associates, current and former students and others who have benefited from her wonderful legacy for the prayers, support and concern during this incredibly difficult time.

*Meade B. Crane* and the family of Laura Lee Crane, Fort Worth

## Dormant city

Residents of Haltom City, as usual, were lead astray by Mayor Calvin White and former Mayors Gary Larsen and Jack Lewis.

Obviously, the people have spoken, and I don't have a problem with the outcome. But neither the residents nor the above-mentioned now-leaderless leaders bothered to realize that the city would be rendered dormant and without repre-

---

Chairman Marvin Girouard and Radio/Shack Chairman Leonard Roberts are among those relatively new business and civic leaders who

## Not ric

The *Star-Telegram* and othe media have cited various reason for the jump in gasoline prices But virtually no one has note one big reason for the increase and it's not among the usual sus pects.

One reason for the recent hik in crude is that the dollar has fallen in value on the international market since the Iraq war.



Oil producers want to get the same value for a barrel of oil. Because the dollar is worth only 0.79 euros, i costs 20 percent more in dollar to buy a barrel of oil. We ca now expect to pay more for any thing we buy from overseas.

Ask an economist what'

played out tirelessly for the past 3( years by the same old bunch. Th smoke screen this time was the fir ing of an arrogant city manage who forgot whom he worked for – the majority of the City Council.

*Cody Thompson,* Haltom Cit

## Blind allegiance

Community panel columnis Jack Shackelford apparentl believes that people are thinkin too much and aren't accepting rel gious beliefs blindly without ques tion. To him, that exemplifies th

# Star-Telegram

FORT WORTH

WWW.STAR-TELEGRAM.COM



"I was told she was gone, that she was let go."

## Suspect: I had no idea about killing

**By DEANNA BOYD**
Star-Telegram Staff Writer

FORT WORTH — A convicted prostitute accused of kidnapping and killing a retired TCU professor showed partial regret in the death of Laura Lee Crane, insisting that she was deceived by an ex-boyfriend who deserves to be put to death.

"I was told she was gone, that she was let go," a somber but emphatic Kathleen Latimer said during an interview at the Tarrant County Jail on Thursday afternoon. "I had no idea about her murder."

Latimer, 39, and Edward Busby, 31, are accused of killing Crane, 77, and dumping her body in Oklahoma after kidnapping her Jan. 30 as she sat in her car outside the Tom Thumb grocery store at 3050 S. Hulen St.

On Thursday, Latimer and Busby were transported from Oklahoma City to Tarrant County and were being held on $1 million bail.

Busby declined to be interviewed.

Latimer and Busby were arrested Feb. 1 by Oklahoma City police who found them driving the missing woman's car. Two days later, Busby led investigators to Crane's body, wrapped in a sheet at the bottom of an Interstate 35 embankment about 30 miles north of the Texas border.

Arrest-warrant affidavits state that
*More on CRIME on 19A*

---

## Today's News

### INTERNATIONAL

**Mexico arrests ex-official in 'dirty war' abduction**

The former chief of Mexico's secret police, Miguel Nazar Haro, is arrested on charges of kidnapping a leftist leader 29 years ago. He is the first former government official arrested in connection with crimes committed during Mexico's "dirty war" against the left.
*Story on 2A*

### NATIONAL

**Artificial blood tested without patients' consent**

Paramedics are giving an experimental blood substitute to severely injured patients in an unusual study that is under way or has been proposed at 20 hospitals around the country, including one in Houston.
*Story on 7A*

### FORT WORTH & REGION

**County judges oppose ozone rule exemption**

Tarrant, Dallas, Denton and Collin county judges want to meet with the nation's top environmental regulator to oppose efforts by U.S. Rep. Joe Barton to shield Ellis County from tough new federal ozone regulations.
*Story on 1B*

### Tomorrow

**The final episode of 'Sex and the City'**

Put on your high heels, sip a sophisticated cocktail and gather your best girlfriends to say goodbye to Carrie, Miranda, Charlotte and Samantha.
*In Life & Arts*

### WEATHER



Today
Partly cloudy, windy and a little warm.
High, 72. Low, 38.

See the NBC 5 Weather Team's two-day forecast on 20A



**QUICK READ**
To help you quickly navigate the Star-Telegram, look for Quick Read ...

| INDEX | |
| --- | --- |



TO SUBSCRIBE: (817) 390-7905

© KNIGHT RIDDER

---

# Ex-Enron chief turns himself in

### Other Enron players



**Kenneth Lay**
Founder and former chairman
Legal status: Has not been charged with any crimes.

**Andrew Fastow**
Former chief financial officer
Legal status: Pleaded guilty to conspiracy to commit fraud and agreed to 10-year sentence.

**Lea Fastow**
Wife of Andrew Fastow
Legal status: Pleaded guilty to tax returns and will serve a five-month sentence.

**Michael Kopper**
Former Fastow lieutenant
Legal status: Pleaded guilty to conspiracy and money laundering. Faces up to 15 years in prison.

**Richard Causey**
Former chief accounting officer
Legal status: Pleaded not guilty to conspiracy and fraud charges.





Former Enron CEO Jeffrey Skilling is escorted into the federal courthouse in Houston by federal officers Thursday. He was later released on $5 million bail, which he paid in cash.

## Skilling pleads not guilty to almost 3 dozen charges

**By CARRIE JOHNSON**
The Washington Post

Jeffrey Skilling, the brilliant, abrasive leader who propelled Enron Corp.'s rise to a global energy giant, surrendered to authorities in Houston on Thursday to face nearly three dozen charges of fraud, conspiracy and insider trading related to the company's collapse in late 2001.

Skilling, 50, turned himself in to FBI agents before dawn and was taken to the federal courthouse in handcuffs. He was released on $5 million bail, which he paid in cash. "I pleaded

not guilty to all counts," he told Magistrate Judge Frances Stacy.

The Justice Department's Enron Task Force, which has been investigating possible fraud at the company for more than two years, heralded the charges against the former chief executive.

"The Skilling indictment demonstrates in no uncertain
*More on ENRON on 9A*

### In Business

● Skilling indictment doesn't necessarily threaten Lay.

**SKILLING**

"Jeff Skilling has nothing to hide. He did not steal. He did not lie."
— Jerome Guerard, Daniel Petrocelli

---

# Subpoena issued to Craddick in inquiry

**POLITICS** The campaign-finance investigation in Austin expands to include the Texas House speaker's race.

**By JAY ROOT**
Star-Telegram Austin Bureau

AUSTIN — Widening their inquiry into accusations of fund-raising violations, Travis County prosecutors issued subpoenas Thursday to Texas House Speaker Tom Craddick, state Reps. Kent Grusendorf and Arlene Wohlgemuth, and several others, officials said.

The subpoenas come as a grand jury investigates accusations that a Republican group founded by U.S. House Majority Leader Tom DeLay, R-Sugar Land, illegally funneled corporate money into the 2002 campaign to gain a GOP majority in the Texas House of Representatives.

Now, the inquiry has been expanded to include possible violations of laws designed to curb outside influence in the Texas speaker's race, officials said.

"During the course of the investigation ... possible criminal conduct in connection with the race for speaker of the Texas House of Representatives was uncovered," Travis County District Attorney Ronnie Earle said in a written statement. "As a result, the investigation was broadened once again to include those allegations."
*More on POLITICS on 8A*

---

# 9 Metroplex bottlenecks among worst

**TRAFFIC** Five of the Metroplex choke points on the list are on Airport Freeway in Tarrant County, a study shows.

**By GORDON DICKSON**
Star-Telegram Staff Writer

Traffic is so bad on Airport Freeway, one bottleneck won't do.

Instead, it's got them near a six-pack.

Five of the nation's worst traffic bottlenecks are on Airport Freeway between downtown Fort Worth and Dallas/Fort Worth Airport, according to a study released Thursday.

In all, nine choke points in Dallas-Fort Worth are listed among the nation's 233 worst traffic jams in a study by the American Highway Users Alliance. The Washington-based group is lobbying Congress and the Bush administration for increased highway funding.

● The worst traffic bottleneck in the Dallas-Fort Worth Metroplex, I35

Airport Freeway's five worst impediments are at International Parkway, the
*More on TRAFFIC on 8A*

From February 21, 2006 | Star-Telegram

FROM 1A

# CRIME
Continued from 1A

## Interview with Kathleen Latimer


"I was scared to stay with him and even more scared to leave."


"If I'd known, if I had knowledge of what was going on and I was able to stop it, I would have. But I didn't."


"I'm not going to say that I was completely innocent, but I'm not that wrong."

Photographs by Joyce Marshall ★ Star-Telegram

# ENRON
Continued from 1A



Jeffrey Skilling, the former chief executive of Enron Corp., center, with his attorneys Bruce Hiler, left, and Dan Petrocelli, turns himself in to the FBI in Houston early Thursday.

"In order to convict Skilling, you almost have to accept the premise that Enron for years was a front for a criminal enterprise. I expect this is going to be a very difficult case for the government."
— Robert Mintz, a former prosecutor who has followed the Enron probe

# Enron chronology

## 2001

## 2002

## 2003

## 2004









**SPORTS | Starting pitching remains the Rangers' main question as spring training begins. 1D**

# Star-Telegram

FORT WORTH

Friday, February 20, 2004    50 cents

here The West Begins'

WWW.STAR-TELEGRAM.COM

"I was told she was gone, that she was let go."

## Suspect: I had no idea about killing

By DEANNA BOYD
STAR-TELEGRAM STAFF WRITER

FORT WORTH — A convicted prostitute accused of kidnapping and killing a retired TCU professor denied participating in the death of Laura Lee Crane, insisting that she was deceived by an ex-boyfriend who deserves to be put to death.

"I was told she was gone, that she was let go," a somber but emphatic Kathleen Latimer said during an interview at the Tarrant County Jail on Thursday after-

**CRIME** A woman accused in the slaying of a retired TCU professor proclaims her innocence to reporters.

noon. "I had no idea about her murder."

Latimer, 39, and Edward Busby, 31, are accused of killing Crane, 77, and dumping her body in Oklahoma after kidnapping her Jan. 30 as she sat in her car outside the Tom Thumb grocery store at 3050 S. Hulen St.

On Thursday, Latimer and Busby were

transported from Oklahoma City to Tarrant County and were being held on $1 million bail.

Busby declined to be interviewed.

Latimer and Busby were arrested Feb. 1 by Oklahoma City police who found them driving the missing woman's car. Two days later, Busby led investigators to Crane's body, wrapped in a sheet at the bottom of an Interstate 35 embankment about 50 miles north of the Texas border.

Arrest-warrant affidavits state that

More on CRIME on 19A

STAR-TELEGRAM/JOYCE MARSHALL
athleen Latimer, 39, who is accused in the kidnapping and killing of aura Lee Crane, said she only learned of the death after her arrest.

---

## Today's News

### INTERNATIONAL

**Iexico arrests ex-official n 'dirty war' abduction**

The former chief of Mexico's ecret police, Miguel Nazar Iaro, is arrested on charges of kidnapping a leftist leader 29 ears ago. He is the first former overnment official arrested in onnection with crimes committed during Mexico's "dirty war" gainst the left.

Story on 17A

### NATIONAL

**Artificial blood tested**

# Ex-Enron chief turns himself in

**Other Enron players**





POLICE
U.S. MARSHAL

# Subpoena issued to Craddick in inquiry

**POLITICS** The campaign-finance investigation in Austin expands to include the Texas House speaker's race.

Combined Text Records Display                                                                                        Page 12 of 38

"I'm not going to say that I was completely innocent, but I'm not that wrong," Latimer said.

Prosecutors Greg Miller and Joe Shannon, who will handle the case, said Thursday that it is far too early to comment on issues such as whether the Tarrant County district attorney's office will seek the death penalty.

"At this point in time, we are still gathering all the reports," Shannon said. "Once we get that pulled together, we will be making multiple decisions regarding how we approach the case."

Allen Walker, Crane's daughter, said that her family is putting their faith in the judicial system and that justice will be served.

"You have to assume she's innocent until proven guilty," Walker said. "It's our faith in the judicial system that the truth will be determined. You just have to assume she has a story to tell and the truth will come out through the prosecution of this."

Latimer's interview with reporters came just hours after she and Busby were transported from the Oklahoma City Jail in separate patrol cars by deputies with the Tarrant County Sheriff's Department fugitive unit. Both had waived their rights to an extradition hearing.

As Busby was led by deputies from the patrol car in leg shackles and handcuffs to the Tarrant County Jail, he nodded his head yes when asked by reporters if he felt bad about what happened.

He shook his head no when asked if he had killed someone and again when asked if he meant to do it.

Latimer, who wiped tears from her eyes from the back seat of the car as she waited to be led into the jail, briefly claimed her innocence as she exited the car.

When asked by a reporter if she wanted to say anything to her family, she replied, "I love you, Mom."

When asked if she wanted to say anything to Crane's family, she responded, "I'm sorry."

Deanna Boyd, (817) 390-7655 dboyd@star-telegram.com


1. Photo: STAR-TELEGRAM/JOYCE MARSHALL Kathleen Latimer, 39, who is accused in the kidnapping and killing of Laura Lee Crane, said he only learned of the death after her arrest.

2. Photo: Joyce Marshall/Star-Telegram Kathleen Latimer

3. Photo: Joyce Marshall/Star-Telegram Kathleen Latimer

4. Photo: Joyce Marshall/Star-Telegram Kathleen Latimer

Photo Caption:

Filename: **010102XA0010220RK01-972385.txt**

Service:
Category:
Supplemental Category:
Instructions: **2004Datatimes.exp**
Created: **February 20, 2004**
City:
Country:
Reference: **11213077**
Merlin ID: **7283151**
Copyright:
Copyright year: **0**
Keywords:
Library enhanced? **Yes**
Rights? **Yes**
Input Date: **03/12/2005**



DEFENDANT'S
EXHIBIT
8
NO. AC 9-29-05
PENGAD 800-631-6989

---


Fort Worth Area Briefs

Source: *THE FORT WORTH STAR-TELEGRAM*
Saturday February 14, 2004
Edition: FINAL, Section: Metro, Page 3B
FORT WORTH

# Panel targets ozone emission levels

**By SCOTT STREATER**
STAR-TELEGRAM STAFF WRITER

ARLINGTON — A committee of local leaders wants to focus on six projects to reduce ozone-producing pollution from motor vehicles, including possibly reducing car insurance rates for those who drive less.

The North Texas Clean Air Steering Committee directed regional planners Friday to spend up to $5 million to develop the projects, all aimed at reducing emissions from cars and trucks. Motor vehicles generate far more ozone-producing emissions than any other source in Dallas-Fort Worth.

**OZONE** | Regional planners have developed six projects to help reduce ozone-producing emissions from cars and trucks.

The money is available through the Regional Transportation Council, a federally funded group.

Officials say the projects address the fact that the region cannot meet federal ozone standards without reducing emissions from tens of thousands of area cars and trucks.

"These are things we should be doing anyway," said Collin County Judge Ron Harris, a clean-air committee member.

"You don't have to be a scientist to know each of these projects will reduce pollution."

The common theme is encouraging motorists to drive less.

Among the projects:

■ Conduct a pilot study, in partnership with a major insurance company, to determine the feasibility of "pay as your drive" insurance rates based on miles driven instead of a flat annual premium.

■ Expand the "employer trip reduction program" to focus on the region's largest employers. The idea is for companies to encourage employees to utilize car pools and public transportation.

■ Develop a pilot program encouraging businesses in downtown Fort Worth and Dallas that provide free employee parking to pay the workers if they car pool or use mass transit.

"We feel like these make environmental sense," said Mike Eastland, executive director of the North Central Texas Council of Governments. "They are all very practical."

— Scott Streater, (817) 390-7657
sstreater@star-telegram.com

**PRESIDENTS' DAY CLOSINGS**

Tarrant County, state and federal offices and agencies will be closed Monday in observance of Presidents Day.

Municipal offices will be open in Fort Worth, Blue Mound, Burleson, Edgecliff Village, Everman, Lake Worth, River Oaks, Saginaw, Sansom Park, Westworth Village and White Settlement. They will be closed in Azle, Azle, Benbrook, Crowley, Forest Hill and Lakeside.

Garbage and recycling collection schedules will be unaffected.

**CLOSED:**
■ Banks
■ Post offices
■ School districts: Aledo, Azle, Burleson, Eagle Mountain-Saginaw, Northwest

**OPEN:**
■ Schools: Fort Worth, Brock, Crowley, Everman, White Settlement
■ Fort Worth libraries
■ Transit schedules unaffected
■ The Fort Worth Herd will be on the move
■ The Fort Worth Zoo

**SAVE with PRESS PASS!**
Dial 817-335-4827 for details

## FORT WORTH AREA Briefs

### FORT WORTH

**Victim fatally shot on Lincoln Avenue**

One person was fatally shot late Friday on the near north side, police reported.

Officers responding to a call about shots being fired about 10:15 p.m. in the 1400 block of Lincoln Avenue found the victim, who was pronounced dead at the scene.

Police were interviewing possible witnesses at 11 p.m. and provided no further details.

**Slaying suspects waive extradition**

A man and a woman held in Oklahoma on charges of kidnapping and killing a retired Texas Christian University professor could soon be headed back to Fort Worth, authorities said Friday.

Edward Busby and Kathleen Latimer have waived extradition, clearing the way for their return to Tarrant County, where they have been charged with capital murder, said Lt. Don Stephenson of the Oklahoma County Sheriff's Department.

Busby and Latimer are accused of kidnapping and robbing 77-year-old Laura Lee Crane as she sat in her car in a southwest Fort Worth supermarket parking lot.

The pair were arrested in Oklahoma City after a police officer caught them driving Crane's car, which had been reported stolen.

Crane's body was discovered two days later in an embankment off Interstate 35 about 50 miles north of the Texas border.

### WHITE SETTLEMENT

**Board date switched to avoid game conflict**

Basketball is a big deal. Big enough for White Settlement school trustees to switch their Tuesday board meeting to 7 p.m. Monday so they can watch the Brewer High School girls varsity team play in the bi-district game at 8 p.m. Tuesday in Burleson.

Spectators will likely include Superintendent Susan LaRouche, whose daughters are on the squad.

Compiled from staff reports

# Woman indicted in baby abandonment

**By DOMINGO RAMIREZ JR.**
STAR-TELEGRAM STAFF WRITER

A Hurst woman accused of discarding her newborn son in a trash bin was indicted Thursday on a count of attempted capital murder.

**COURT** | If convicted of attempted capital murder, a Hurst woman faces a maximum sentence of life in prison.

Tarrant County grand jurors in Fort Worth returned the indictment against Dana L. Wilson, 24, of Hurst. She remained free on $100,000 bail.

If convicted, Wilson faces a maximum sentence of life in prison.

"The family is disappointed," said Ward Maedgen of Dallas, Wilson's attorney. "But they are looking forward to their day in court."

The baby, who was treated at Cook Children's Medical Center in Fort Worth, remained in foster care Thursday, Maedgen said.

An arrest warrant affidavit accuses Wilson of dumping her son in a trash bin Nov. 14, after placing him in a plastic bag and tying it. The bin, in the 100 block of East Harwood Road, was scheduled to be emptied that day.

The infant was found by a veterinarian and a technician at Metroplex Animal Clinic.

Wilson told a friend that she became pregnant by a man she met through an Internet dating service, according to the affidavit.

She told the same friend that she had the baby at her Hurst home and that she wanted nothing to do with him, the affidavit states.

A few days after the baby was found in the trash bin, Wilson and her mother went to a Euless medical clinic and told a doctor that Dana Wilson gave birth at home and put the baby up for adoption at Cook Children's Medical Center in Fort Worth, according to a search warrant affidavit.

Hurst police said an investigation showed that the baby was not taken to Cook.

Dana Wilson's mother, Debra Wilson, once worked as an associate judge in Tarrant County, presiding over hearings concerning paternity and enforcement of child support payments, county officials said.

## PUBLIC NOTICE!
### SATURDAY FEB 14, 8AM-6PM — WAREHOUSE SALE
#### SEE BELOW FOR A SMALL SAMPLING OF WAREHOUSE SAVINGS



HAWK  5116 Airport Fwy, Fort Worth  817-831-4295

## Choose from any frame in the store!
**Over 600 frames to choose from.**

Single Vision Glasses with frame only $41 (clear, plastic lenses)

Bifocal Glasses with frame only $66 FT28/28 (clear, plastic lenses)

No-Line Bifocal Glasses with frame only $109 (clear, plastic lenses)

**LUX** eye wear for less

1030 W Centerville Rd. Garland (972) 686-6565
814 W Main Grand Prairie (972) 642-8828
231 SW Wilshire Burleson (817) 447-3353
400 E Sanctuary Fort Worth (817) 923-0328

**Attention Disc Pain Patients**

Arlington Back & Neck Institute
Dr. J.P. Vernon, B.A., D.C., P.C.
1419 W. Arkansas Ln.
Arlington
817-265-7335

## SWEETHEART SALE $100 OFF MATTRESSES
**Sealy**

ORTHOPEDIC $299 QUEEN
PILLOWTOPS $349 QUEEN
$499 QUEEN
$599 QUEEN
$1099 QUEEN



12 MONTHS NO INTEREST FINANCING
2807 Alta Mere
817-735-9482
FREE & EASY LAYAWAY

# $18,210

## 2003 Dodge Intrepid ES
### ★ Light Almond Pearl ★

Demo ★ Leather Trimmed Seats ★ 4-door
Power Moonroof ★ AM / FM / CD ★ Full Size Spare
... and so much more!

Stock #31526

MSRP ......................................... $27,495
less Roger Williams discount ................. $9,285



*Fort Worth's biggest dealer ... in Weatherford!*

**ROGER WILLIAMS**
Chrysler / Dodge / Jeep

(817) 596-0050  /  1015 Ft Worth Hwy  /  Weatherford
www.rogerwilliams.com

Case 4:09-cv-00160-O    Document 126-17    Filed 05/04/26    Page 47 of 519    PageID 11858



...found the victim who was pronounced dead at the scene.

Police were interviewing possible witnesses at 11 p.m. and provided no further details.

## Slaying suspects waive extradition

A man and a woman held in Oklahoma on charges of kidnapping and killing a retired Texas Christian University professor could soon be headed back to Fort Worth, authorities said Friday.

Edward Busby and Kathleen Latimer have waived extradition, clearing the way for their return to Tarrant County, where they have been charged with capital murder, said Lt. Don Stephenson of the Oklahoma County Sheriff's Department.

Busby and Latimer are accused of kidnapping and robbing 77-year-old Laura Lee Crane as she sat in her car in a southwest Fort Worth supermarket parking lot.

The pair were arrested in Oklahoma City after a police officer caught them driving Crane's car, which had been reported stolen.

Crane's body was discovered two days later in an embankment off Interstate 35 about 50 miles north of the Texas border.

## WHITE SETTLEMENT

## Board date switched to avoid game conflict

Basketball is a big deal. Big enough for White Settlement school trustees to switch their Tuesday board meeting to 7 p.m. Monday so they can

tree on $100,000 bail.

If convicted, Wilson faces a maximum sentence of life in prison.

"The family is disappointed," said Ward Maedgen of Dallas, Wilson's attorney. "But they are looking forward to their day in court."

The baby, who was treated at Cook Children's Medical Center in Fort Worth, remained in foster care Thursday, Maedgen said.

An arrest warrant affidavit accuses Wilson of dumping her son in a trash bin Nov. 14, after placing him in a plastic bag and tying it. The bin, in the 100 block of East Harwood Road, was scheduled to be emptied that day.

The infant was found by a veterinarian and a technician at Metroplex Animal Clinic.

Wilson told a friend that she



# Choose any frame in

## Over 600 frames

### Single Vision Glasses
*with frame*

## only $41

(clear, plastic lenses)

# LUX
(eye wear for less)

| | |
|---|---|
| 1020 W Centerville Rd. Garland (972) 686-0595 | 814 W Main Grand Prairie (972) 642-5825 |
| 251 SW Wilshire Burleson (817) 447-3252 | 400 E Seminary Fort Worth (817) 923-9329 |

Star-Telegram | Saturday, February 14, 2004

# News 2 Use

## YOUR DAILY GUIDE TO HELPFUL INFORMATION

### DENTAL CARE

# Keep smiling

Although experts are still unclear as to why tooth loss affects heart disease and stroke risk, they speculate that the inflammation and bacterial infections triggered by periodontal disease play a role. All of which provides extra incentive to take care of our teeth, beginning at an early age. Pass these oral health tips on to your entire family.

A healthy mouth can mean a healthy heart

- Brush two times a day for two to three minutes each time. Hold the brush at a 45-degree angle, and move it back and forth gently in short strokes. If you prefer a power toothbrush, opt for one with a bidirectional spinning action, which has proved best for removing plaque.
- Floss twice a day as well. Flossing helps remove food particles that your brush can't reach. It's another essential tool for fighting plaque that can lead to tartar buildup and periodontal disease.
- Replace your toothbrush every three months, as recommended by the American Dental Association. Researchers at Oral-B Laboratories found people who used new toothbrushes had less plaque and significantly less gingivitis (gum inflammation) than those using older toothbrushes. And keep your toothbrush clean. Store it upright, so that the water drips off, and use a plastic cover to protect the bristles from germs.

Sanitizing products are also available.
- Visit your dentist every six months for a professional cleaning. It's the best way to prevent tartar buildup and monitor the health of your teeth and gums.
- Don't smoke. Smokers are four times more likely to have gum disease than nonsmokers.
- Stay at an appropriate weight. Surprisingly, being overweight may contribute to bacterial infections of the gums and eventual tooth loss. Obese adults between 18 and 34 years of age are 76 percent more likely to have periodontal disease than those peers who maintain a healthy weight, according to a study conducted at Case Western Reserve University in Cleveland. Although the study didn't prove a link between obesity and dental health, the percentages are eye-opening, and excess fat is known to secrete cytokines that can damage tissues around the teeth.

ONLINE: American Dental Association, www.ada.org
SOURCE: Judi Sheppard Missett, chief executive of Jazzercise; Health and Fitness News Service

---

## RECALLS

**Product:** Jack-in-the-Box toys, manufactured by The Learning Journey International

**Hazard:** A spring mechanism attached to the lid can break and detach from the toy, posing a choking hazard.

**Description:** The toy is battery operated and has two yellow sides, two red sides and a blue top and bottom. "THE LEARNING JOURNEY" is printed on the bottom. Model number F4B336I is printed on the bottom of the packaging.

**Sold by:** Independent Avon sales representatives and the Avon Web site from August through November for about $13.

**What to do:** Call Avon at (800) 445-AVON for information on how to receive instructions to remove the spring mechanism.

**Product:** CROWNZZ candleholders, manufactured and imported by Mr. Christmas

**Hazard:** The candleholders do not allow for the safe burning of a candle, which poses a fire hazard.

**Description:** The Christmas-themed candleholders were sold in various shapes and sizes, and include the following model names and numbers: Snowman (79911), Scarecrow (79914), Santa (79917), Swan (79912), Angel (79913), Rose (79915), Girl (79918) and kneeling Angel (79916). The model number is located on UPC label on the outside of the packaging.

**Sold at:** Gift stores nationwide between November and December for about $12.50.

**What to do:** Return the candleholders to the store where purchased for a refund.

**Product:** Thematic candles, manufactured by Lang Candles

**Hazard:** Resin in the candleholder can ignite, posing a serious burn and fire hazard.

**Description:** The candles came in 57 models and themes, including a birdhouse design, watering can, flowerpot and Halloween and Christmas designs. Generally, the candles measured between 1½ to 4 inches in height and 2¼ to 3 inches in width. The multicolored candles also had various fragrances. Most were filled with wax or had a metal wax-filled cup that was inserted inside. On the bottom of all of the candles is a label that reads, "LANG CANDLES, LTD. 800.260.8297 www.lang.com MADE IN CHINA."

**Sold at:** Small craft and candle stores sold the candles from September 2001 through May 2003 for $9 to $13. The candles were sold individually and in prepacks of two or three units.

**What to do:** Stop using the candles immediately and contact Lang Candles to receive a refund for each candle. Phone: (888) 526-4011. Web site: www.lang.com

**Product:** Christmas sweaters with leather trim, manufactured by Susan Bristol

**Hazard:** The marabou feather trim is dangerously flammable.

**Description:** These are ladies' Christmas sweaters with marabou feather trim that come in two styles. One is a black pullover with marabou feather trim at the neckline and cuffs. The other is a black mohair blend cardigan with embroidery and marabou trim at the neckline and cuffs. "Susan Bristol LTD" is written on the collar tag. The RN 43189 (CA056333) can be found on a tag sewn in the right side seam.

**Sold at:** Clothing stores and small boutiques nationwide from November 2002 through January 2003 for $44 to $74.

**What to do:** Contact Susan Bristol customer service for information on returning the sweaters for credit for another product or a replacement of the item. Phone: (800) 537-4309.

SOURCE: www.cpsc.gov

---

## TOMORROW IN NEWS 2 USE

### Formula for savings

Energy-efficient appliances save money in the long run.

---

## VALENTINE'S DAY

### Keep love's bouquet blooming

Those beautiful flowers you got for Valentine's Day need care and feeding to look their best.

That means not keeping them on top of the TV set and making sure their water is topped off. In most cases, cut flowers can last between four and seven days, except for certain fragile varieties such as iris or freesia.

Here are some tips to make sure they last:
- Get the flowers into water as soon as possible.
- Make sure the vase is clean and filled with clean, tepid water, which is more readily absorbed than cold water.
- If flower food was included in the bouquet, use it, following directions on the packet.

- Cut each stem before putting it in water — as much as two inches to maximize the stem's ability to draw. Some experts suggest cutting stems under water.
- Strip off leaves below the water line to slow bacteria growth.
- Keep flowers away from direct sunlight and drafts from heating or air conditioning. Do not keep on top of a TV set.
- Check water each day and add more if needed.

ONLINE: www.aboutflowers.com
www.floralife.com

SOURCE: The Washington Post

---

### THE HOME FRONT

## Got trash?

### With the new year come four free big-trash pickups

Got trash? Sell it out and call it in.

Fort Worth trash officials remind residents that they may request up to four free big-trash and brush pickups each calendar year.

To request a pickup, call (817) 392-3279 (EASY). Have your water-bill account number and be ready to describe what needs collecting.

Residents may set out furniture, such as mattresses and sofas; tree limbs, minor remodeling debris, and appliances that do not contain chemicals such as refrigerant or gasoline.

Residents may not set out automobile parts, tires

or batteries; large rocks or large pieces of concrete; major construction, remodeling or demolition debris; or commercial or business waste.

Tips:
- Stack big trash separately from brush.
- Put items at the front curb, not on vacant lots.
- Each pile may be as big as 10 cubic yards, about 8 feet by 6 feet by 6 feet. A bigger pile will count as an additional pickup.
- Don't put items under power lines or near utility poles, meters, trees or parked cars.

ONLINE: www.fortworthgov.org
— Staff writer Anna M. Tinsley

---

## TRAVEL

### Products aim to calm fliers' health fears

Worried fliers have a rash of new health products to use, though some medical experts urge buyers to choose with care.

Among the leading concerns: warding off severe acute respiratory syndrome if an epidemic recurs, and deep-vein thrombosis, a blood clot in the legs that can travel through the bloodstream and lodge in vital organs. Worry about deep-vein thrombosis has risen as airlines such as Singapore Air have introduced overseas flights of record length, though the airlines insist on their safety.

Several companies sell compression socks designed to prevent blood clots. And in October, Aidan Products unveiled Flite Tabs, pills for "vein health" on long flights.

Meanwhile, Woodward Labs sells a sanitizing spritz that's supposed to help ward off viruses linked to SARS and to be "gentler on the skin" than alcohol-based products.

Still, "products are not a substitute for really good health," says Marlene Iyslin, a travel health consultant in New York. "If you get enough sleep ... your immune system is in better shape than usual."

SOURCE: The Wall Street Journal

---

## TODAY'S OBITUARIES

Atwood, Helen, 79, Bedford
Brewer, Paul Jr., 77, Fort Worth
Brown, Horace, 84, Benbrook
Burns, Savannah, 52, Fort Worth
Choate, Dale, 78, Keller
Colvron, Ruthie, 69, Mineral Wells
Davis, Charles, 40, De Leon
Day, Clayton, 83, Fort Worth
Douglass, Bobby, 66, Keller
Farmer, Edith Leada, 87, Mansfield
Foster, Dorothy, 51, Fort Worth
Herrera, Suzanne, 60, Fort Worth
Korner, Suzanne, 44, Arlington
Leija, Loriann, 19, Decatur
Lockhart, Carl, 82, Fort Worth
Lyon, Kenneth, 70, Duncanville
Martinez, Graciela, 60, Fort Worth
McElresh, Lois, 91, Lubbock
Myers, Ralph, Fort Worth
Overbey, Laura, 76, Arlington
Pinto, Maria, 71, Fort Worth
Pitts, Gronet, 79, Brownwood
Rogers, Daisy, 88, Burleson
Scoggins, Jimmy, 65, Fort Worth
Smith, Bobbie, 72, Graford
Tutt, Linda, 57, Sanger
Watson, Letha, 102, Decatur
Young, Johnnie, 76, Weatherford

OBITUARIES 10-11B

LOTTO!
Results appear today on 4A.

Star-Telegram Operating, Ltd.
KNIGHT RIDDER

---

## SMALLTALK

### OCCASIONAL QUICK TALES

THE ASSOCIATED PRESS

BEAUFORT, S.C. — Sharon Anderson had no idea what was headed her way on a county road when her car struck and killed a pygmy hippopotamus.

The 500-pound animal had wandered away from a plantation and into the path of Anderson's car, the Carolina Morning News reported.

Anderson, 28, wasn't sure what she had hit and called sheriff's deputies, who found the animal dead Monday night.

The hippo was one of several wild animals kept at Auldbrass Plantation.

Anderson was not injured and her car had only minor damage.


5NEWS
LIVE, LOCAL, LATE-BREAKING
NEWS AT 6 & 10PM





SALE 12.99
GIGI SCRIP INITIAL PENDANTS
Reg. $18

25-40 OFF
INITIAL HANDBAGS & MINIBAGS
By Nine West, Giani Bernini Fashion Express and Strada
Reg. $34-$60
SALE 24.99-43.95

NEW SPRING REDUCTIONS
25-50 OFF
DESIGNER COLLECTIONS & BETTER SPORTSWEAR
By Famous Makers, Ann Spirited Out and Valentino
Orig. $39.50
SALE 18.95

DESIGNER QUILT PILLOW

EX

EX

eing overweight may
bacteria infections of
eventual tooth loss.
between 18 and 34
re 76 percent more
periodontal disease
rs who maintain a
t, according to a study
Case Western Reserve
Cleveland. Although the
rove a link between
ental health, the per-
eye-opening, and
nown to secrete
can damage tissues
th.

tal Association, www.ada.org

*rd Missett, chief executive
and Fitness News Service*

PHOTOS.COM

HEMERA

)AY

**blooming**

each stem
utting it in water
ich as two inches
nize the stem's
draw. Some
suggest cutting
der water.
p off leaves below the
e to slow bacteria growth.
p flowers away from direct sunlight
ts from heating or air conditioning.
eep on top of a TV set.
ck water each day and add more if

ww.aboutflowers.com
ife.com

SOURCE: *The Washington Post*

TRAVEL

## Products aim
## to calm fliers'

---

**Results appear today on 4A.**

PUBLISHED BY

# Star-Telegram Operating, Ltd.
## ⟩KNIGHT RIDDER⟩

400 W. Seventh St., Fort Worth, Texas 76102
3201 Airport Freeway, Suite 108, Bedford, 76022
1111 W. Abram, Arlington, 76013

TO SUBSCRIBE or to report a delivery problem, dial (817) DEL-
IVER (335-4837). Outside Tarrant County call toll-free (800) 776-
STAR (-7827).

DELIVERY INFORMATION
Monday-Friday ................................................5 a.m.- 5 p.m.
Saturdays & holidays .............................6:30 a.m.- noon
Sundays.........................................................6:30 a.m.- 2 p.m.
RETAIL ADS ...................................................(817) 390-7765
CLASSIFIED ADS ..........................................(817) 332-3333
Outside Tarrant County call toll-free ....(800) 222-3978
Monday-Wednesday ...........................7:30 a.m.-6 p.m.
Thursday-Friday .....................................7:30 a.m.-7 p.m.
CUSTOMER SERVICE AND BACK ISSUES
Arlington (817) 548-5400  Monday-Friday ...........8 a.m.- 5 p.m.
Downtown (817) 390-7761  Monday-Friday .........8 a.m.- 5 p.m.
Northeast (817) 685-3800  Monday-Friday ...........8 a.m.- 5 p.m.
PHOTO SALES ..............................................(817) 390-7743
Monday-Friday ........................................9 a.m.- 4 p.m.
SINGLE COPY PRICES: Daily, 50¢; Sunday, $1.50

| Home Delivery | Mo. | Yr. | U.S. Mail (Mo.) |
| --- | --- | --- | --- |
| Daily/Sunday | $15 | $168 | $31 |
| Daily Only | $13 | $144 | $26 |
| Weekend Only (3-day weekend package and 11 holiday issues*) | $13 | $144 | N.A. |
| Sunday Only | $11 | $120 | $23 |

*New Year's Day, Martin Luther King Day, Presidents' Day, Race Day,
Memorial Day, Independence Day, Football Preview, Labor Day, Election
Day, Veteran's Day, and Thanksgiving Day where applicable.

All prices include sales tax and postage. Mail prices are for the U.S. and
its possessions; foreign rates available upon request. Advance payment
required.
Star-Telegram customers may use their Internet accounts to com-
municate with customer service representatives. Write to us at
paper@star-telegram.com. When appropriate, e-mail may be for-
warded to other newspaper staff members.
For guaranteed same-day delivery of missed copies in Tarrant County,
please call by noon, seven days a week. Our mission is to provide sub-
scribers with the best possible delivery service. Should we be unable
to resolve a subscription problem to your satisfaction, call Weldon
Whiteman, Vice President/Circulation, at (817) 215-2218.
The Fort Worth Star-Telegram (USPS 206-260) is published daily. Periodi-
cal postage paid at Fort Worth, Texas. Postmaster: Send address changes
to Fort Worth Star-Telegram, P.O. Box 1870, Fort Worth, Texas 76101.

Circulation: 235,917 daily; 329,739 Sunday.
Readership: 590,400 daily; 847,090 Sunday.

# SMALLTALK
## OCCASIONAL QUICK TALES

### THE ASSOCIATED PRESS

BEAUFORT, S.C. — Sharon
Anderson had no idea what
was headed her way on a
county road when her car
struck and killed a pygmy hip-

---

**NEW SPRING PRI**
**REDUCTIONS!**
# 25-50%
# OFF
**DESIGNER**
**COLLECTIONS**
**& BETTER**
**SPORTSWEAR**
By Famous NY
Makers, American
Spirited Designer
and Valerie Stevens.
Orig. $39-$125
SALE 18.99-89.99

SALE
24.99-43.99

# 25-50
**ENTIRE**
**BEDDING**
DESIGNER BEDDING
QUILTS • BED-IN
PILLOWS • BLAN

BO
# EXTRA
EXTRA
**SALE OR CLEA**
**DRESSES &**
*COUPON DISCOU
*Coupon cannot be
offer, special or
or previous pur
Superior Values, D
Extra savings

VALID SATURD



DEFENDANT'S EXHIBIT NO. 9
NOT MARKED

waive extradition



held in Oklahoma on charges of kidnapping and killing a retired Texas Christian University professor could soon be worth, authorities said Friday.

...y and Kathleen Latimer have waived extradition, clearing the way for their return to Tarrant County, where they have been with capital murder, said Lt. Don Stephenson of the Oklahoma County Sheriff's Department.

Busby and Latimer are accused of kidnapping and robbing 77-year-old Laura Lee Crane as she sat in her car in a southwest Fort Worth supermarket parking lot.

The pair were arrested in Oklahoma City after a police officer caught them driving Crane's car, which had been reported stolen.

Crane's body was discovered two days later in an embankment off Interstate 35 about 50 miles north of the Texas border.

WHITE SETTLEMENT

Board date switched to avoid game conflict

Basketball is a big deal. Big enough for White Settlement school trustees to switch their Tuesday board meeting to 7 p.m. Monday so they can watch the Brewer High School girls varsity team play in the bi-district game at 8 p.m. Tuesday in Burleson.

Spectators will likely include Superintendent Susan Laskoskie, whose daughters are on the squad.

Photo Caption:

Filename: **010402XB0030214RB01-964079.txt**

Service:
Category:
Supplemental Category:
Instructions: **2004Datatimes.exp**
Created: **February 14, 2004**
City:
Country:
Reference: **11211903**
ID: **7280903**
ight:
Copyright year: **0**
Keywords:
Library enhanced? **Yes**
Rights? **Yes**
Input Date: **03/12/2005**

DEFENDANT'S
EXHIBIT
10
NO. BC 9-29-05
PENGAD 800-631-6989

**Suspects had no connection to Stonegate Villas, officials say**
**By John Gutierrez-mier/Jack Douglas Jr.**

Source: *THE FORT WORTH STAR-TELEGRAM*
Thursday, February 12, 2004
Edition: FINAL, Section: Metro, Page 1B

UMORS: The two suspects arrested and charged in the death of Laura Lee Crane had no connection to Stonegate Villas.

ORT WORTH--Some residents near Stonegate in southwest Fort Worth are on edge again, nearly two years after a decision to move low-come housing into the area first raised concerns.

his time, the emotions have been fueled by a flurry of rumors that police and city officials say are unfounded.

e kidnapping and slaying of Laura Lee Crane, a retired TCU professor who lived in the area, sparked the recent buzz. Rumors quickly faced that the suspects were somehow linked to the low-income housing at Stonegate.

top of that, a notice listing the Stonegate Villas Apartments as the new address of a convicted sex offender raised alarms.

ce ... city officials say there is no connection in either case to any of the public housing residents living at the Stonegate Villas, which is ied ... he Fort Worth Housing Authority. The authority set aside some of the complex's units for low-income housing.

sex offender stayed briefly with a friend at the apartments but left, officials said.

And the two suspects arrested last week and charged with killing Crane had no connection to Stonegate, said Lt. Abdul Pridgen, the Fort Worth police spokesman.

Still, the rumors about the slaying suspects gained so much traction that City Councilman Chuck Silcox said he felt compelled to address them during Tuesday's council meeting.

"The last known address for these two was 2200 East Vickery," Silcox said. "They did not have any association with Hulen ... or the Stonegate Villas apartments."

Ramon Guajardo of the Fort Worth Housing Authority said there have been several inquiries to their offices about whether the suspects charged with Crane's abduction-slaying were connected to public housing residents living at Stonegate Villas.

"Their names do not surface on our residents list, visitors list, nor do they show up as ever having lived in public housing," Guajardo said.

The suspects, Edward Busby and Kathleen Latimer, were charged with killing Crane after abducting her from a grocery store parking lot on South Hulen Street. Her body was found Feb. 3 near Davis, Okla.

Guajardo said last week that a check with Lincoln Properties, which manages the apartment complex, showed no record that either Latimer or Busby had lived there.

Busby and Latimer were known to roam the streets around East Lancaster Avenue. They spent their last night before the abduction at the Valley View Motel, 2009 E. Lancaster Ave., said Keith Hawkins, the motel's night manager.

Hawkins said he had thrown Busby and Latimer out of the motel at least three times in the past few months. When Hawkins arrived for his shift at 7:30 p.m. Jan. 29, he learned that a daytime employee hadn't recognized Busby and had rented him a room.

"I saw Busby coming out of a room and asked him why he came back after I told him not to," Hawkins said. "Since they already had the room, I couldn't do anything about it until the next day. I told them on Friday morning they were gone."

Busby had a reputation on the streets as a tough guy who would try to strong-arm people for money, Hawkins said. Latimer has been convicted of prostitution.

Hawkins said he saw Busby and Latimer pull up in a white car about 12:30 a.m. Jan. 30. He saw them leave together in the same car around .m. and didn't see them again.

A police source who is helping investigate Crane's slaying said she may have fallen victim to a tragic set of circumstances that began with a plot to steal beer.

The source, who asked not to be identified, said Busby has told investigators that he and Latimer were driven by another man to the Tom Thumb grocery store at South Hulen Street and Bellaire Drive.

Busby said he went into the store, intending to steal beer, while Latimer and the other man waited in the car, the source said. But while they waited, Latimer and the man began to argue, and she got out -- or was forced out -- of the vehicle, investigators have been told.

Latimer went inside the store to tell Busby that their ride had left, police have been told, and the couple began to look for a way to leave.

At that point, the source said, Busby and Latimer may have crossed paths with Crane, seeing her 1999 Nissan Sentra as a means of escape.

In the case of the sex offender, residents were alarmed when a public notice placed as advertising in the Star-Telegram listed the Stonegate address two consecutive Sundays.

Officials said John Alfred Vera, 40, lived with a friend for a few days last month in an apartment at 2501 Oak Hill Circle.

Vera, a registered sex offender, has since moved to Austin.

Sgt. Paul Ware of the Sex Crimes Registration and Apprehension Monitoring Unit said Vera followed the proper procedures.

Ware explained that Vera had previously registered with police in Manor, an Austin suburb, and moved to Fort Worth to look for work.

"registered with us on Jan. 15, and notified us on Jan. 23 that he was returning to Austin," Ware said. Vera's name and photograph were those published Jan. 31 and last Sunday.

"He moved back to Austin before the second picture was published," Ware said.

Barbara Holston, executive director of the housing authority, said Vera's friend was unaware that he was a sex offender.

http://merlin1.star-telegram.com/

Case 4:09-cv-00160-O    Document 126-17    Filed 05/04/26    Page 53 of 519    PageID 11864

# Fort Worth & Region   B

Thursday, February 12, 2004

Dallas/State 5B
Obituaries 11-13B
Opinions 14-15B

WWW.STAR-TELEGRAM.COM

## Today

**BLACK HISTORY MONTH**
T I M E L I N E

Our Texas magazine celebrated its 12th anniversary last year by publishing a timeline of black history in Texas from 1841 to 2003. Each day of Black History Month, the Star-Telegram will look at how one person shaped history.

AUGUST 1994



**Carol Suries**
**Becomes Texas**
**Woman's University president**

Carol Suries was one of seven black students allowed to enroll in the second class to integrate Pensacola High School in Florida. In 1971, she began teaching. At 47, Suries became the first African-American to be Texas Woman's president. Suries oversaw the $18 million construction of Pioneer Hall, the most expensive construction project undertaken by the university. She left in 1999 to become the first black female president at Eastern Illinois University.

For more information, call 1(800) 766-7788 or go to www.ourtexas.com.
SOURCES: Our Texas magazine, Star-Telegram research

### RAIN GAUGE

Star-Telegram RainReporters track rainfall for the 24-hour period that ended at 7 p.m. Wednesday.

Benbrook, Chris Pillmore ...... 0.75
Briar Oaks, Gary Rockers ...... 0.70
Burleson, Bob Stewart ........ 0.50
Crestwood, James Stallings .... 0.60
Crowley, Mary L. Walls ........ 0.88
Forest Hill, Sonny Norrell ...... 0.75
Lost Creek, Cecil Eppers ...... 0.60
Marine Creek, Frank McCaslin . 0.58
Meadowbrook, West,
Conce Martinez ............ 0.71
Newark, Charles Brown ....... 0.49
Rendon, Steve Strickland ...... 0.59
Ridglea, West, Bob Barry ...... 0.49
Riverside, Leonard Paul ....... 0.56
Saginaw, Keith McDaniel ..... 1.00
Sansom Park, Alma Moore ..... 0.12
Tanglewood, Julius Corbin .... 0.60
TCU area, Gerald Wall ........ 0.69
Wedgwood, H.L. Carroll ...... 0.50
Western Hills, North,
Gordon Seyfried .......... 0.50
White Lake Hills,
Charles Wright ........... 0.67
White Settlement,
Harold Holcomb ......... 0.55
Willow Park, A.F. Bautz ...... 0.35

For information on becoming a Star-Telegram RainReporter, call (817) 390-7278.

### FORT WORTH

**Provost appointment**
**announced at TCU**

R. Nowell Donovan, the chairman of the geology department, has been appointed the university's provost and vice chancellor for academic affairs.
Story on 16B

### BUD KENNEDY

is taking the day off.

### CORRECTIONS

■ Pa Sart, a Navarro College basketball player, was killed in a van accident. His name was misspelled in an article Wednesday.
■ An old water pipe beneath The Tower at Fourth and Throckmorton streets in downtown Fort Worth was cracked by pressure Tuesday, and 3 feet of water had to be pumped out of the basement. An item in the Fort Worth & Region briefs Wednesday misstated the cause and the water depth.

## Zoning Commission rejects garbage plan

By ANNA M. TINSLEY
STAR-TELEGRAM STAFF WRITER

**TRASH** The proposal would have turned a west side landfill into a garbage transfer station.

FORT WORTH — Faced with opposition from high-powered developers and concerned residents, city zoning commissioners rejected plans Wednesday to convert a west side landfill into a garbage transfer station.

The proposal from Waste Management had sparked outrage from neighbors, who said the company promised years

■ Residents vow to fight after church expansion cleared.   6B

ago to close the landfill when it became full.

They fear it would bring pollution, litter, increased truck traffic, noise and odor to
*More on TRASH on 6B*



**Proposed garbage station**
STAR-TELEGRAM

## Young talent



First-grader Rebekah Canfield and the Suzuki Strings from Lakewood Elementary School perform during Wednesday's luncheon at the Pat May Center. The event, sponsored by the Hurst-Euless-Bedford school district's Adopt-A-School program, featured Superintendent Gene Buinger's state-of-the-district address.
STAR-TELEGRAM/RICKY MOON

## Boycott blamed for jail crowding

By MAX B. BAKER
STAR-TELEGRAM STAFF WRITER

**COURTS** Prosecutors are boycotting an associate judge they consider too lenient, and judges are blaming the action for overcrowding at the juvenile justice center.

A boycott by Tarrant County prosecutors of a juvenile judge's courtroom is creating a backlog in cases that officials blame for recent overcrowding at the county's juvenile detention facility.

The inmate population at the Lynn W. Ross Juvenile Detention Center hit a record

high of 94 shortly after the boycott began, officials told the Tarrant County Juvenile Board.
*More on COURTS on 10B*

## Killer executed for 1991 slayings

**EXECUTION** Edward LaGrone dies insisting that he did not kill three members of a Fort Worth family in 1991.

By JOHN MORITZ
STAR-TELEGRAM AUSTIN BUREAU

HUNTSVILLE — Edward Lewis LaGrone went to his death Wednesday evening insisting that he did not kill a 10-year-old girl who was pregnant with his child or her two great-aunts, all of whom were shotgunned in their Fort Worth home in May 1991.

"I just want to say that I'm not sad today and I'm not bitter at anybody," said LaGrone, 46, just moments before the lethal injection was administered.

"As I said from Day One, I didn't kill anybody, but I'm no better than the people that did. Jesus is Lord."

LaGrone did not acknowledge the four relatives of his victims who watched his execution in silence. No one witnessed the execution on his behalf.

He was pronounced dead at 6:18 p.m.

In an interview afterward, an aunt and uncle and two cousins of the 10-year-old victim, ShaKeisha Lloyd, said they wished that LaGrone had expressed remorse for the killings.

"He could have said he was sorry or something," a tearful Kendra Lloyd said. "He took my cousin away. We were six months apart. She was my best friend."

Billy Lloyd Sr. said he found solace in the fact that LaGrone appeared to have found religion on Death Row.

"I had to see it with my own eyes," he said. "I know now that he can't hurt" anyone else.

LaGrone was the fifth Texas inmate executed this year and the 316th since 1982. On Wednesday, the Supreme Court rejected his final appeal, which asserted that lethal injection is cruel and unusual punishment.
*More on EXECUTION on 10B*



"As I said from Day One, I didn't kill anybody, but I'm no better than the people that did."
Edward Lewis LaGrone, executed for slayings

## Letter under scrutiny, legal clerk quits post

By MATT FRAZIER
STAR-TELEGRAM STAFF WRITER

**SCHOOLS** The Eastern Hills High School girls basketball team forfeits a game and misses out on the playoffs because of the letter.

FORT WORTH — The Fort Worth school district's legal clerk resigned this week after being accused of writing a fake eligibility letter for a basketball player, forcing the Eastern Hills High girls team to forfeit a game and lose its spot in the playoffs.

Kenyonta White is accused of writing a letter in January, without authority or permission, giving an ineligible student permission to play on the team.

Trustees accepted White's resignation Tuesday, the day it was submitted, but the district continues to investigate and could report the matter to the Tarrant County district attorney's office.

"Anytime the district has any information that an employee

may have forged or altered an official or a government document, we do a courtesy report, and that will be done in this case," said Bobby Whiteside, special investigations coordinator for the district.

The player for whom White wrote the letter served an 11-day suspension at an alternative school and, according to the district's code of conduct, was required to serve another 11-day suspension before becoming eligible to participate in extracurricular activities.

But after seeing White's letter, Coach Natasha Steward
*More on SCHOOLS on 6B*

## Airport parking

The Transportation Security Administration has given Dallas/Fort Worth Airport permission to keep most of its one-hour parking spots near the terminals open when the terror alert level rises to orange. STORY, 10B

## Suspects had no connection to Stonegate Villas, officials say

By JOHN GUTIERREZ-MIER
and JACK DOUGLAS JR.
STAR-TELEGRAM STAFF WRITERS

**RUMORS** The two suspects arrested and charged in the death of Laura Lee Crane had no connection to Stonegate Villas.

FORT WORTH — Some residents near Stonegate in southwest Fort Worth are on edge again, nearly two years after a decision to move low-income housing into the area first raised concerns.

This time, the emotions have been fueled by a flurry of rumors that police and city officials say are unfounded.

The kidnapping and slaying of Laura Lee Crane, a retired TCU professor who lived in the area, sparked the recent buzz. Rumors quickly surfaced that the suspects were somehow linked to the low-income housing at Stonegate.

On top of that, a notice listing the

Stonegate Villas Apartments as the new address of a convicted sex offender raised alarms.

Police and city officials say there is no connection in either case to any of the public housing residents living at the Stonegate Villas, which is owned by the Fort Worth Housing Authority. The authority set aside some of the complex's units for low-income housing.

The sex offender stayed briefly with a friend at the apartments but

left, officials said.

And the two suspects arrested last week and charged with killing Crane had no connection to Stonegate, said Lt. Abdul Pridgen, the Fort Worth police spokesman.

Still, the rumors about the slaying suspects gained so much traction that City Councilman Chuck Silcox said he felt compelled to address them during Tuesday's council meeting.

"The last known address for these
*More on RUMORS on 10B*

Case 4:09-cv-00160-O    Document 126-17    Filed 05/04/26    Page 54 of 519    PageID 11865

First-grader Rebekah Canfield and the Suzuki Strings from Lakewood Elementary School perform during Wednesday's luncheon at the Pat May Center. The event, sponsored by the Hurst-Euless-Bedford school district's Adopt-A-School program, featured Superintendent Gene Buinger's state-of-the-district address.

STAR-TELEGRAM/RICKY MOON

# Letter under scrutiny, legal clerk quits post

**By MATT FRAZIER**
STAR-TELEGRAM STAFF WRITER

FORT WORTH — The Fort Worth school district's legal clerk resigned this week after being accused of writing a fake eligibility letter for a basketball player, forcing the Eastern Hills High girls team to forfeit a game and lose its spot in the playoffs.

Kenyonta White is accused of writing a letter in January, without authority or permission, giving an ineligible student permission to play on the team.

Trustees accepted White's resignation Tuesday, the day it was submitted, but the district continues to investigate and could report the matter to the Tarrant County district attorney's office.

"Anytime the district has any information that an employee

**SCHOOLS** The Eastern Hills High School girls basketball team forfeits a game and misses out on the playoffs because of the letter.

may have forged or altered an official or a government document, we do a courtesy report, and that will be done in this case," said Bobby Whiteside, special investigations coordinator for the district.

The player for whom White wrote the letter served an 11-day suspension at an alternative school and, according to the district's code of conduct, was required to serve another 11-day suspension before becoming eligible to participate in extracurricular activities.

But after seeing White's letter, Coach Natasha Steward

More on SCHOOLS on 6B



STAR-TELEGRAM/RICKY MOON

## Airport parking

The Transportation Security Administration has given Dallas/Fort Worth Airport permission to keep most of its one-hour parking spots near the terminals open when the terror alert level rises to orange. STORY, 10B

HUNTSVILLE — Edward Lewis LaGrone went to his death Wednesday evening insisting that he did not kill a 10-year-old girl who was pregnant with his child or her two great-aunts, all of whom were shotgunned in their Fort Worth home in May 1991.

"I just want to say that I'm not sad today and I'm not bitter at anybody," said LaGrone, 46, just moments before the lethal injection was administered.

"As I said from Day One, I didn't kill anybody, but I'm no better than the people that did. Jesus is Lord."

LaGrone did not acknowledge the four relatives of his victims who watched his execution in silence. No one witnessed the execution on his behalf.

He was pronounced dead at 6:18 p.m.

In an interview afterward, an aunt and uncle and two cousins of the 10-year-old victim, ShaKeisha Lloyd, said they wished that LaGrone had expressed remorse for the killings.

"He could have said he was sorry or something," a tearful Kendra Lloyd said. "He took my cousin away. We were six months apart. She was my best friend."

Billy Lloyd Sr. said he found solace in the fact that LaGrone appeared to have found religion on Death Row.

"I had to see it with my own eyes," he said. "I know now that he can't hurt" anyone else.

LaGrone was the fifth Texas inmate executed this year and the 318th since 1982. On Wednesday, the Supreme Court rejected his final appeal, which asserted that lethal injection is cruel and unusual punishment.

More on EXECUTION on 10B

> "As I said from Day One, I didn't kill anybody, but I'm no better than the people that did."
>
> Edward Lewis LaGrone, executed for slayings

# Suspects had no connection to Stonegate Villas, officials say

**By JOHN GUTIERREZ-MIER and JACK DOUGLAS JR.**
STAR-TELEGRAM STAFF WRITERS

FORT WORTH — Some residents near Stonegate in southwest Fort Worth are on edge again, nearly two years after a decision to move low-income housing into the area first raised concerns.

This time, the emotions have been fueled by a flurry of rumors that police and city officials say are unfounded.

**RUMORS** The two suspects arrested and charged in the death of Laura Lee Crane had no connection to Stonegate Villas.

The kidnapping and slaying of Laura Lee Crane, a retired TCU professor who lived in the area, sparked the recent buzz. Rumors quickly surfaced that the suspects were somehow linked to the low-income housing at Stonegate.

On top of that, a notice listing the

Stonegate Villas Apartments as the new address of a convicted sex offender raised alarms.

Police and city officials say there is no connection in either case to any of the public housing residents living at the Stonegate Villas, which is owned by the Fort Worth Housing Authority. The authority set aside some of the complex's units for low-income housing.

The sex offender stayed briefly with a friend at the apartments but

left, officials said.

And the two suspects arrested last week and charged with killing Crane had no connection to Stonegate, said Lt. Abdul Pridgen, the Fort Worth police spokesman.

Still, the rumors about the slaying suspects gained so much traction that City Councilman Chuck Silcox said he felt compelled to address them during Tuesday's council meeting.

"The last known address for these

More on RUMORS on 10B

Blue Mound · Burleson · Cleburne · Crowley · Edgecliff Village · Everman · Forest Hill · Fort Worth · Granbury · Lake Worth · River Oaks · Saginaw · Sansom Park · Weatherford · Westworth Village · White Settlement

1001 www.star-telegram.com

REGION | FROM 1B

# More D/FW parking to stay open when terror threat level rises

**By GORDON DICKSON**
Star-Telegram Staff Writer

D/FW AIRPORT — Parking should be less of a headache at Dallas/Fort Worth Airport the next time the nation's terror threat level rises to orange.

The airport has reached an agreement with the Transportation Security Administration to keep most one-hour parking spots open during heightened alerts, D/FW and TSA officials said.

One-hour parking offers the closest access to the terminals' entrances, and it is popular with motorists who are picking up or dropping off airline passengers.

But each time the alert reached Level Orange, all 2,650 one-hour spots were roped off to deter terrorist attacks, and motorists had to jockey for space in long-term

**SECURITY** Federal authorities agree that most up-close terminal parking at Dallas/Fort Worth Airport is not a high security risk and does not need to be closed.

parking garages.

The new agreement allows D/FW to keep 2,000 one-hour spaces open during Level Orange alerts.

In Terminal B, all one-hour parking will remain open. In Terminals A, C and E about two-thirds of one-hour parking will remain open.

Airport officials understood why the TSA required the spaces to be closed, but "it was the public that had to suffer," said Jim Crites, executive vice president of D/FW operations.

"We appreciate the TSA's willingness to work with us," he said. "They allowed us to

do the science and go back and refine the requirements."

TSA officials confirmed the new arrangement Wednesday but declined to discuss the risk factors that help them decide where to position parking at D/FW.

"Through further analysis, we have noted that there's no additional threat to those spaces open during Level Orange alerts," TSA spokeswoman Andrea McCauley said. "Whatever it is we can do to maintain customer satisfaction but not compromise security, we will certainly do that."

Most major airports are dealing with similar security issues in parking areas, McCauley said. But D/FW's parking situation is more challenging because its terminals were designed to give travelers up-close access, officials have said.

Level Orange alerts have also hit D/FW in the pocketbook. Parking revenue dropped up to 16 percent during four Level Orange alerts in 2003, said Joe Lopano, executive vice president of marketing and revenue management.

That indicates that many travelers were parking at off-site lots or getting a friend or relative to drop them off rather than deal with parking hassles, he said.

"When we moved to Level Orange, people were uncertain about what was available," Lopano said.

On Wednesday, travelers said they were happy with the change, although several described the temporary loss of up-close parking during Level Orange alerts as a minor inconvenience.

"If it's their judgment that the parking area has to be

closed, what else can you do but cooperate and make the system work?" said Carole Foster of Fort Worth, who used a one-hour handicapped spot at Terminal C while picking up her daughter.

Curey Boyd of Arlington, whose wife parked in a one-hour spot while picking him up from a business trip, said he has been at D/FW many times when the one-hour area was roped off and often wondered whether it deterred terrorism.

"To just close off an area for no particular reason wouldn't make sense," he said. "But if they've got some proof that a bomb going off in this area would do serious damage, then close it off, be my guest."

ONLINE: www.dfwairport.com

Gordon Dickson, (817) 685-3816
gdickson@star-telegram.com

## Parking reopens

In the event that the nation's terror threat is raised to Level Orange, all one-hour parking at D/FW Airport's Terminal B will remain open. In Terminals, A, C and E, about two-thirds of the one-hour spaces will remain open.



STAR-TELEGRAM/TOM DODGE

---

## COURTS
*Continued from 1B*

on Wednesday.

By Wednesday, 90 juveniles were being held at the center northeast of downtown Fort Worth. The facility is licensed to hold 88.



**CURRY**

To make room for the overflow, juvenile officials have temporarily suspended a program that provided intensive supervision of high-need probationers, said Carey Cockerell, the county's director of juvenile services.

The juvenile board, made up of the county's state district judges, lambasted Tarrant County District Attorney Tim Curry and members of his staff Wednesday for creating the backlog after deciding to boy-cott Associate Judge Kimberly Brown beginning late last month.

"This is about judicial independence," said state District Judge Frank Sullivan, who described the fight between Curry and the juvenile court judges as a political "power struggle."

"This has totally gotten out of hand," Sullivan said.

State District Judge Bonnie Sudderth said the boycott is an attack not only on Brown and state District Judge Jean Boyd — who oversees the county's juvenile justice system — but on the entire judiciary.

"What the district attorney has done is tantamount to firing a judge and holding the rest of the judges hostage to get more favorable verdicts," Sudderth said.

Curry denied that the boycott has caused the overcrowding. He blamed the center's population increase on more cases being filed.

"I don't put any credence in

any statistics I can't look at because the trend out there is throw any numbers out, they want to put out," Curry said. "There's nothing political about this from this side of the table."

The boycott began Jan. 29 because prosecutors felt Brown's rulings imperiled public safety. They are using a provision that allows them to object to appearing before any associate judge.

In a letter from Assistant Tarrant County District Attorney David Montague to Boyd, Brown is accused of improperly finding defendants not guilty, giving light sentences to sex offenders and arbitrarily reducing restitution amounts.

Montague's letter also faults Brown with starting hearings without prosecutors, limiting the state's opportunity to properly examine witnesses and exhibiting "animosity toward this office" through her behavior.

Brown, whom the other district judges appoint, has denied endangering the public. Although she is not hearing criminal cases, Brown continues to hear civil cases brought by Child Protective Services.

Critics say the boycott has also disrupted the courts. More than 100 hearings have been shuffled to other judges since the boycott began, officials said.

Cockerell said the day before the boycott began, 80 youths were being held at the juvenile center, at a cost of about $121 per child a day. The numbers quickly surged.

In what Sullivan and other judges characterized as a show of support for Boyd in her fight with Curry, the judges also voted Wednesday to support a long-standing local policy that requires that criminal charges be filed against juveniles within three days.

In May, Curry said his office would occasionally not follow the local rule, which was adopted in 1975.

Prosecutors said the rule is antiquated and doesn't take into account the seriousness of crimes minors now commit. They also said the rule forces them to appear in court before getting crucial evidence.

State law allows prosecutors up to 30 days to file charges in complex cases.

Boyd, however, said the three-day rule protects children's rights while providing a quick resolution for victims.

Cockerell said that since the district attorney began ignoring the rule, prosecutors have filed about 40 percent of their cases within three days. He said the remaining 60 percent have been filed within 30 days.

State District Judge Sharen Wilson said the board can't decree when the district attorney's office files a case. Wilson and others also said that Boyd has the authority to impose a three-day rule without the board's approval.

But Sudderth said she backed the three-day rule partly because the judiciary had been attacked. If Curry has trouble keeping up with the caseload, he should hire more prosecutors, she said.

"Another assistant district attorney is far less costly than paying for food and board at the juvenile center," she said.

Bud R. Kennedy, (817) 390-7718
markennedy@star-telegram.com

## Write Off the Car, Not the Kid!

### FORT WORTH CAN! ACADEMY
*A Texas charity helping Texas kids*

### (817) 444-5437

*Help change the life of a Texas kid. Donate your vehicle today!*

www.texascarsforkids.org

**TAX DEDUCTION & FREE TOWING**

---

## TEACHERS

### PLAYING IT SAFE
NO COST TO TEACHERS!

Teach your students how to play safely around water! Emphasize the importance of wearing helmets when riding bikes and scooters. Students also will learn more about fire or playground safety and buckling up. This program is a must for every elementary-age student. Sponsorship funds are available for the first 200 teachers who sign up!

**Playing It Safe includes:**
- 30 newspapers delivered May 3, 4, 5, 6 with Playing It Safe hints in the paper each day
- 30 copies of Playing It Safe Supplements delivered on Monday, May 3, 2004
- Teacher packet

Thanks to a generous donation from the Tarrant County SAFE KIDS Coalition, sponsorship funds are available to the first 200 teachers who sign up for the program. Deadline to register: April 19, 2004

Tarrant County
SAFE KIDS
Coalition

Sponsored by

at **CookChildren's**
Medical Center
www.cookchildrens.org

YES, I want to order Playing It Safe at no cost to me
CODE: Playing Safe 2004

School _____
Teacher's Full Name _____
School Address _____
City _____ Zip _____
School Phone _____ Home Phone _____
School FAX _____ E-mail _____
District _____ Grade _____

**NIE Star-Telegram**
Phone or FAX Order:
Phone 817/215-2208 • FAX 817/215-2206
Mail Orders to: Star-Telegram/Playing Safe
P.O. Box 91500, Fort Worth, TX 76115
e-mail: starnie@star-telegram.com



---

"He could have said he was sorry or something. He took my cousin away."
— Kendra Lloyd

## EXECUTION
*Continued from 1B*



In 1991, LaGrone, on parole on a murder conviction, was a drug pusher who had dated ShaKeisha's mother, Pamela Lloyd Jr., according to court testimony. Lloyd Tutt noticed that ShaKeisha's abdomen and breasts had grown, and the girl told her mother that she had been raped by LaGrone.

A doctor confirmed that the fourth-grader was 17 weeks pregnant.

**SHAKEISHA LLOYD**

Tests conducted after ShaKeisha's death indicated that LaGrone was the father.

Lloyd Tutt confronted LaGrone and demanded that he pay for an abortion.

She also threatened to file a complaint against LaGrone, whose parole could have been revoked.

On the morning of May 30, 1991, LaGrone appeared at the family's door with a shotgun. An uncle, 48-year-old Dempsey Lloyd, was shot twice when he met LaGrone, but survived. LaGrone killed ShaKeisha, Zenobia Anderson, 83, and Carla Lloyd, 76, who was blind and had terminal cancer.

Three members of the household were unhurt — Lloyd Tutt and two of her children, 13-year-old Charles and Mytyl, 19 months.

In court, all witnesses identified LaGrone as the gunman, and investigators found that his girlfriend had bought the gun the day before

the shooting.

Steve Conder, a Tarrant County assistant district attorney who handled the case through the appeals process, said the slayings were among the most chilling in Fort Worth's history.

"If I hadn't worked the case, it would be hard to imagine anything like this ever happening," Conder said shortly after LaGrone's execution date was set.

The condemned man spent his final day pacing in his cell on Death Row in the Polunsky Unit in Livingston before being taken to the Walls Unit in Huntsville, where executions are carried out.

A prison system spokeswoman described his demeanor as "serious, but quiet."

LaGrone requested a final meal of five pieces of fried chicken and two soft drinks.

In addition to Kendra Lloyd and Billy Lloyd Sr., the execution was witnessed by Beverly Lloyd, Billy Lloyd Sr.'s wife; and Billy Lloyd Jr.

Three reporters and several prison officials were also in the death chamber.

Lloyd Tutt did not witness the execution because she is in the fifth year of a five-year prison sentence for killing her husband, Gene Tutt, in 1997.

The family expressed frustration that it took nearly 14 years for the execution to be carried out.

"The only thing I have against the death penalty is that it takes too long," Lloyd Sr. said.

Tonight, Bobby Ray Hopkins of Johnson County is scheduled to die for the July 31, 1993, stabbing deaths of Sandi Marbut, 18, and Jennifer Weston, 19.

John Moritz, (512) 476-4294
jmoritz@star-telegram.com

---

## RUMORS
*Continued from 1B*



**CRANE**

two was 2200 East Vickery," Silcox said. "They did not have any association with Hulen ... or the Stonegate Villas apartments."

Ramon Guajardo of the Fort Worth Housing Authority said there have been several inquiries to their offices about whether the suspects charged with Crane's abduction-slaying were connected to public housing residents living at Stonegate Villas.

"Their names do not surface on our residents list, visitors list, nor do they show up as ever having lived in public housing," Guajardo said.

The suspects, Edward Busby and Kathleen Latimer, were charged with killing Crane after abducting her from a grocery store parking lot on South Hulen Street. Her body was found Feb. 3 near Davis, Okla.

Guajardo said last week that a check with Lincoln Properties, which manages the apartment complexes, showed no record that either Latimer or Busby had lived there.

Busby and Latimer were known to roam the streets around East Lancaster Avenue. They spent their last night before the abduction at the Valley View Motel, 2000 E. Lancaster Ave., said Keith Hawkins, the motel's night manager.

Hawkins said he had thrown Busby and Latimer out of the motel at least three times in the past few months. When Hawkins arrived for his shift at

7:30 p.m. Jan. 29, he learned that a daytime employee hadn't recognized Busby and had rented him a room.

"I saw Busby coming out of a room and asked him why he came back after I told him not to," Hawkins said. "Since they already had the room, I couldn't do anything about it until the next day. I told them on Friday morning they were gone."

Busby had a reputation on the streets as a tough guy who would try to strong-arm people for money, Hawkins said. Latimer has been convicted of prostitution.

Hawkins said he saw Busby and Latimer pull up in a white car about 12:30 a.m. Jan. 30. He saw them leave together in the same car around 5 a.m. and didn't see them again.

A police source who is helping investigate Crane's slaying said she may have fallen victim to a tragic set of circumstances that began with a plot to steal beer.

The source, who asked not to be identified, said Busby has told investigators that he and Latimer were driven by another man to the Tom Thumb grocery store at South Hulen Street and Bellaire Drive.

Busby said he went into the store, intending to steal beer, while Latimer and the other man waited in the car, the source said. But while they waited, Latimer and the man began to argue, and she got out — or was forced out — of the vehicle, investigators have been told.

Latimer went inside the store to tell Busby that their ride had left, police have been told, and the couple began to look for a way to leave.

At that point, the source said, Busby and Latimer may have crossed paths with Crane,

seeing her 1999 Nissan Sentra as a means of escape.

In the case of the sex offender, residents were alarmed when a public notice placed as advertising in the Star-Telegram listed the Stonegate address two consecutive Sundays.

Officials said John Alfred Vera 40, lived with a friend for a few days last month in an apartment at 2801 Oak Hill Circle.

Vera, a registered sex offender, has since moved to Austin.

Sgt. Paul Ware of the Sex Crimes Registration and Apprehension Monitoring Unit said Vera followed the proper procedures.

Ware explained that Vera had previously registered with police in Manor, an Austin suburb, and moved to Fort Worth to look for work.

"He registered with us on Jan. 15 and notified us on Jan. 23 that he was returning to Austin," Ware said. Vera's name and photograph were among those published Jan. 16 and Jan. 25, Sunday.

"He moved back to Austin before the second picture was published," Ware said.

Barbara Holston, executive director of the housing authority, said Vera's friend was unaware that he was a sex offender.

She said the friend who was not identified, notified apartment managers that Vera was living with him, and he was told that a background check, including a check of Vera's criminal record, would be conducted.

"Sex offenders are barred from public housing, and most private property owners do that too," Holston said. "He was never on the lease."

John Gutierrez, (817) 390-7755
jgutierrez@star-telegram.com

jmoritz@star-telegram.com

# RUMORS

*Continued from 1B*

two was 2200 East Vickery," Silcox said. "They did not have any association with Hulen ... or the Stonegate Villas apartments."

Ramon Guajardo of the Fort Worth Housing Authority said there have been



CRANE.

several inquiries to their offices about whether the suspects charged with Crane's abduction-slaying were connected to public housing residents living at Stonegate Villas.

"Their names do not surface on our residents list, visitors list, nor do they show up as ever having lived in public housing," Guajardo said.

The suspects, Edward Busby and Kathleen Latimer, were charged with killing Crane after abducting her from a grocery store parking lot on South Hulen Street. Her body was found Feb. 3 near Davis, Okla.

Guajardo said last week that a check with Lincoln Properties, which manages the apartment complex, showed no record that either Latimer or Busby had lived there.

Busby and Latimer were known to roam the streets around East Lancaster Avenue. They spent their last night before the abduction at the Valley View Motel, 2009 E. Lancaster Ave., said Keith Hawkins, the motel's night manager.

Hawkins said he had thrown Busby and Latimer out of the motel at least three times in the past few months. When Hawkins arrived for his shift at 7:30 p.m. Jan. 29, he learned that a daytime employee hadn't recognized Busby and had rented him a room.

"I saw Busby coming out of a room and asked him why he came back after I told him not to," Hawkins said. "Since they already had the room, I couldn't do anything about it until the next day. I told them on Friday morning they were gone."

Busby had a reputation on the streets as a tough guy who would try to strong-arm people for money, Hawkins said. Latimer has been convicted of prostitution.

Hawkins said he saw Busby and Latimer pull up in a white car about 12:30 a.m. Jan. 30. He saw them leave together in the same car around 5 a.m. and didn't see them again.

A police source who is helping investigate Crane's slaying said she may have fallen victim to a tragic set of circumstances that began with a plot to steal beer.

The source, who asked not to be identified, said Busby has told investigators that he and Latimer were driven by another man to the Tom Thumb grocery store at South Hulen Street and Bellaire Drive.

Busby said he went into the store, intending to steal beer, while Latimer and the other man waited in the car, the source said. But while they waited, Latimer and the man began to argue, and she got out — or was forced out — of the vehicle, investigators have been told.

Latimer went inside the store to tell Busby that their ride had left, police have been told, and the couple began to look for a way to leave.

At that point, the source said, Busby and Latimer may have crossed paths with Crane, seeing her 1999 Nissan Sentra as a means of escape.

In the case of the sex offender, residents were alarmed when a public notice placed as advertising in the *Star-Telegram* listed the Stonegate address two consecutive Sundays.

Officials said John Alfred Vera, 40, lived with a friend for a few days last month in an apartment at 2501 Oak Hill Circle.

Vera, a registered sex offender, has since moved to Austin.

Sgt. Paul Ware of the Sex Crimes Registration and Apprehension Monitoring Unit said Vera followed the proper procedures.

Ware explained that Vera had previously registered with police in Manor, an Austin suburb, and moved to Fort Worth to look for work.

"He registered with us on Jan. 15, and notified us on Jan. 23 that he was returning to Austin," Ware said. Vera's name and photograph were among those published Jan. 31 and last Sunday.

"He moved back to Austin before the second picture was published," Ware said.

Barbara Holston, executive director of the housing authority, said Vera's friend was unaware that he was a sex offender.

She said the friend, who was not identified, notified apartment managers that Vera was living with him, and he was told that a background check, including a check of Vera's criminal record, would be conducted.

"Sex offenders are barred from public housing, and most private property owners do that, too," Holston said. "He was never on the lease."

John Gutierrez-Mier, (817) 390-7155
jmier@star-telegram.com

Star-Telegram · Thursday, February 12, 2004

# News 2 Use

YOUR DAILY GUIDE TO HELPFUL INFORMATION



NUTRITION

# The shape of things to come

## Hashing out ideas for the new food pyramid

While the country has a case of low-carbohydrate fever, dietary experts are working to write the best prescription for the nation's nutrition.

By congressional mandate, the U.S. Dietary Guidelines must be reviewed every five years. As part of that effort, the U.S. Dietary Guidelines Advisory Committee gathered last month in Washington for the second of four meetings before a report it is due to issue in June. No final recommendations were made, but here's a taste of what they served up:

### Peak nutrition

The familiar food guide pyramid is under scrutiny by experts who are asking if the basic shape should stay the same, be remodeled or scrapped altogether. Alternatives include a food guide wheel, square and rectangular guides and even a "radiant" pyramid.

This last suggestion would put colorful vertical stripes on the pyramid. Each color would represent a food group, with high-calorie, high-fat, high-sugar-fare appearing at the top, indicating that it should be eaten sparingly. Healthier stuff would be at the bottom, showing that it should be eaten in greater quantities.

### Grainy picture

Consumption of whole grains has been encouraged in previous dietary guidelines. But the drumbeat is getting louder because whole-grain foods are rich in fiber and contain plenty of healthy complex carbohydrates that don't spike blood sugar levels or overtax insulin production. Whole grains, however, are generally not enriched with added vitamins and minerals, which means that consumers getting even half their carbs from whole grains could fall short on folate, calcium, magnesium and iron. Committee member Connie

Weaver of Purdue University suggested two options: boost the amount of whole-grain foods consumed each day by 50 percent. Or replace each serving of enriched carbs with a cup of dark leafy green vegetables such as spinach or a cup of beans or legumes.

### Fruit or consequences

Most Americans still fall short of the five to nine servings a day of fruit and vegetables recommended by the National Cancer Institute. So committee members analyzed the latest U.S. Department of Agriculture food surveys to learn exactly what produce consumers eat. Among adults 31 to 50 years of age, women need to eat at least one more serving of fruit per day; men need to eat about three more servings. As for vegetables, the overall number suggested that men do OK, while women fall short by about half a serving per day.

But when the group looked at specific vegetables, they discovered that both men and women overdo it on starchy vegetables (such as potatoes and corn), under-consume orange vegetables (carrots and sweet potatoes) and dark leafy vegetables and fail to consume enough beans.

### Activity reality check

Americans may eat like Olympic athletes, but their workouts are mostly mental and for all too many, it's fingers, not major muscles, that do the walking. So experts are considering targeting intake to daily activity and age. For sedentary women ages 35 to 50, that would work out to 1,800 calories (about 200 calories less than current recommendations) and for sedentary men 2,200 calories (about 300 calories less.)

SOURCE: The Washington Post

FITNESS

## Exercise videos can give you an inside advantage

Exercise videos can be a great way to keep in shape when weather, time or finances force you indoors, the American Council on Exercise says.

But exercise tapes are like running shoes: One size doesn't fit all, ACE chief exercise physiologist Cedric Bryant cautions.

Fitness professionals offer these tips to help you find the right video workout:

■ See a doctor before you begin, especially if you are pregnant. If you are pregnant, make sure that the video follows safety guidelines.

■ Be realistic about your fitness level, but aim for a challenging program so you won't get bored.

■ Be realistic about how much time you have. Don't buy a 60-minute tape if you can squeeze in only 30 minutes.

■ Try it before you buy it. Borrow videos from friends or rent them before making a purchase.

■ Be wary of outlandish weight-loss claims and avoid videos that feature a celebrity as a main selling point. Look for instructors certified by national fitness groups.

■ Choose a video that fits your needs. Don't, for example, buy an aerobics tape if you want to build muscle.

■ Make sure that the video instructor is a good communicator. The instructor should offer different options for certain exercises and clear instruction.

SOURCE: The Baltimore Sun

TAXES

## Baby's birth certificate needed to get tax credits

Families who had a baby in 2003 will need proof of the birth to be eligible for federal child tax credits.

If your child was born in Texas, the Fort Worth Vital Records office has the birth certificate. You can visit the office and obtain a certified copy for $13. Cash, checks, credit cards and money orders are accepted.

The office is open 8 a.m. to 5 p.m. weekdays. It is in Room 102 of the Fort Worth Public Health Center, 1800 University Drive.

You can also get the document by fax or mail. Only credit cards are accepted for fax requests. Fax the application (you can print a birth certificate application from www.fortworthgov.com/ health) and a copy of your driver's license to (817) 871-7281.

To get the document by mail, send a check or money order, application, a copy of your ID and a self-addressed, stamped envelope to Vital Records, 1800 University Drive, Fort Worth, TX 76107.

If you don't have a valid driver's license or ID, you'll need two documents to prove identity, such as a recent check stub, last W-2, Medicaid card or current utility bill. Only immediate family members can obtain birth records.

For more information, call Vital Records at (817) 871-7399.

— Star-Telegram staff

TRAVEL

## Children must be present to get U.S. passports

Parents seeking a passport on behalf of any child under 14 now must bring the child to passport offices to apply.

Parents had not been routinely required to bring their child with them when applying for the child's passport. The new measure is designed to enhance the accurate identification of passport applicants and help prevent international child abduction and trafficking.

The rule applies to all regular, official and diplomatic passports for children under 14, even if the child has previously been issued a passport.

Additional information may be obtained at the State Department's Bureau of Consular Affairs Web site: www.travel.state.gov

SOURCE: The Associated Press

TOMORROW IN NEWS 2 USE

## Say what?

A glossary for the latest in TV technology

## Minding a home's moisture level

Older homes tend to have more drafts, and keeping the proper humidity level is a concern as the outside air temperature drops.

**Too dry and these things become a concern**

**Too humid and other concerns may develop**



Increased dust, which might contribute to respiratory threat, and skin irritations

Adding humidity

For additional humidity in your home, a room with humidifier may provide needed moisture. Smaller units work well for bedrooms and rooms far from the bigger unit.

High humidity can cause rot in warmer climates; it draws pests, which seek moisture.

Condensation and stains on walls, ceilings, windows

Mold, mildew and dust mites can contribute to allergies

Bathroom and kitchen fans help eliminate moisture and should be vented outside

KNIGHT RIDDER TRIBUNE

TODAY'S OBITUARIES

Adams, Delbert, 81, Fort Worth
Averell, Florence, 87, Houston
Baugh, Harvey, 65, Fort Worth
Bell, Nellie, 83, Fort Worth
Bills, James, 62, Haltom City
Brewington, Pat, 81, Alvarado
Chappell, William, 71, Arlington
Clark, Marv, 49, Fort Worth
Coe, Chuck, 58, Burleson
Cooper, Walter, 74, Saginaw
Crite, Billy, 64, Granbury
Erwin, James, 69, Granbury
Farmer, Bobby, 55, Venus
Farrell, J.D., 94, Fort Worth
Freeman, R.M., 95, Forest Hill
Gilmore, Suton, 70, Bedford
Hambleton, Joyce, 64, Burleson
Hudson, Lawrence Jr., 38, Fort Worth
Johnson, La Vaughn, 61, Fort Worth
Keish, Donna, 54, Grapevine
Kuitz, Mabel, 77, Arlington
Knight, E. Ray III, 49, Joshua
Kolar, Louis, 43, Joshua
Lindemulder, Savannah Marie, infant, Arlington
Lowrie, Marilyn, 72, Fort Worth
Lynch, Morris, 78, Arlington
Martin, Adelle, Fort Worth
Martin, Carol, 73, Hurst
McClure, Elizabeth, 70, Graford
Moreno, Manuel, 79, Grand Prairie
Mullen, Patrick, 64, Fort Worth
Muller, Meridene, 81, Fort Worth
Noell, Robert, 59, Hurst
Osborne, Lola, 93, Arlington
Poindexter, David Jr., 84, Fort Worth
Roberts, Kindness, 88, Arlington
Russell, Hattie, 90, Walnut Springs
Sellers, Nancie, 60, Euless
Sharp, Minnie, 89, Jacksboro
Shaw, Matilda, 89, Euless
Soldner, Mary Ann, 77, Fort Worth
Stephens, Joyce, 69, Arlington
Stowe, Lawrence, 85, White Settlement
Tobin, Doris, 55, Joshua
Tracy, Billye Roberts, 79, Fort Worth
Turner, Irene, 95, Fort Worth
Weatherspoon, Alice Horton, 86, Fort Worth
West, George, 92, De Leon
Winters, Mickey, 66, Hurst

OBITUARIES D-136

LOTTO

Results appear today on 3A.

Star-Telegram Operating, Ltd.
(KNIGHT RIDDER)

required to bring their child with them when applying for the child's passport. The new measure is designed to enhance the accurate identification of passport applicants and help prevent international child abduction and trafficking.

The rule applies to all regular, official and diplomatic passports for children under 14, even if the child has previously been issued a passport.

Additional information may be obtained at the State Department's Bureau of Consular Affairs Web site: www.travel.state.gov

SOURCE: *The Associated Press*



ARTVILLE

## TOMORROW IN NEWS 2 USE

### Say what?

A glossary for the latest in TV technology

## ng a home's moisture level

)mes tend to have more drafts, and keeping the proper / level is a concern as the outside air temperature drops.

d these things become a concern



Electronic equipment damage

Too humid and other concerns may develop



High humidity can cause rot. In warmer climates, it draws pests, which seek moisture.



Condensation and stains on walls, ceilings, windows

'ust,

Weatherspoon, Alice Horton, 86,
West, George, 92, De Leon
Winters, Mickey, 66, Hurst

OBITUARIES 11-13B



**LOTTO! TEXAS**

Results appear today on 3A.

PUBLISHED BY

## Star-Telegram Operating, Ltd.
### >KNIGHT RIDDER>

400 W. Seventh St., Fort Worth, Texas 76102
3201 Airport Freeway, Suite 108, Bedford, 76022
1111 W. Abram, Arlington, 76013

TO SUBSCRIBE or to report a delivery problem, dial (817) DEL-IVER (335-4837). Outside Tarrant County call toll-free (800) 776-STAR (-7827).

**DELIVERY INFORMATION**
Monday-Friday ................................................5 a.m.- 5 p.m.
Saturdays & holidays .......................................6:30 a.m.- noon
Sundays...........................................................6:30 a.m.- 2 p.m.
RETAIL ADS......................................................(817) 390-7765
CLASSIFIED ADS...............................................(817) 332-3333
Outside Tarrant County call toll-free ..............(800) 222-3978
Monday-Wednesday ........................................7:30 a.m.-6 p.m.
Thursday-Friday ...............................................7:30 a.m.-7 p.m.
**CUSTOMER SERVICE AND BACK ISSUES**
Arlington (817) 548-5400  Monday-Friday..........8 a.m.- 5 p.m.
Downtown (817) 390-7761  Monday-Friday..........8 a.m.- 5 p.m.
Northeast (817) 685-3800  Monday-Friday..........8 a.m.- 5 p.m.
PHOTO SALES...................................................(817) 390-7743
Monday-Friday .................................................9 a.m.- 4 p.m.
SINGLE COPY PRICES: Daily, 50¢. Sunday, $1.50

| Home Delivery | Mo. | Yr. | U.S. Mail (Mo.) |
| --- | --- | --- | --- |
| Daily/Sunday | $15 | $168 | $31 |
| Daily Only | $13 | $144 | $26 |
| Weekend Only (3-day weekend package and 11 holiday issues*) | $13 | $144 | N.A. |
| Sunday Only | $11 | $120 | $23 |

*New Year's Day, Martin Luther King Day, Presidents' Day, Race Day, Memorial Day, Independence Day, Football Preview, Labor Day, Election Day, Veteran's Day, and Thanksgiving Day where applicable).

All prices include sales tax and postage. Mail prices are for the U.S. and its possessions; foreign rates available upon request. Advance payment required.

Star-Telegram customers may use their Internet accounts to communicate with customer service representatives Write to us at paper@star-telegram.com. When appropriate, e-mail may be forwarded to other newspaper staff members.

For guaranteed same-day delivery of missed copies in Tarrant County, please call by noon, seven days a week. Our mission is to provide subscribers with the best possible delivery service. Should we be unable to resolve a subscription problem to your satisfaction, call Weldon Whiteman, Vice President/Circulation, at (817) 215-2218.

The Fort Worth Star-Telegram (USPS 206-260) is published daily. Periodical postage paid at Fort Worth, Texas. Postmaster: Send address changes to Fort Worth Star-Telegram, PO Box 1870, Fort Worth, Texas 76101.

Circulation: 235,917 daily; 329,739 Sunday.
Readership: 590,400 daily; 847,090 Sunday.

Case 4:09-cv-00160-O Document 126-17 Filed 05/04/26 Page 59 of 519 PageID 11870

 She _____ identified _____ apartment managers that Vera was living with him, and he was told that a background check, including a check of Vera's criminal record, would be conducted.

"Sex offenders are barred from public housing, and most private property owners do that, too," Holston said. "He was never on the lease."

[J]in Gutierrez-Mier, (817) 390-7155 jmier@star-telegram.com

1. head shot: Laura Lee Crane
## Photo Caption:

Filename: **010402XB0010212RK01-959571.txt**

Service:
Category:
Supplemental Category:
Instructions: **2004Datatimes.exp**
Created: **February 12, 2004**
City:
Country:
Reference: **11211416**
Merlin ID: **7279839**
Copyright:
Copyright year: **0**
Keywords: **"HOMICIDES-FW/TC"**
Library enhanced? **Yes**
Rights? **Yes**
Input Date: **03/12/2005**


DEFENDANT'S
EXHIBIT
11
NO. BC 9-29-05
PENGAD 800-631-6989

## In memory of a beloved teacher

Source: *THE FORT WORTH STAR-TELEGRAM*
Wednesday, February 11, 2004
Edition: FINAL, Section: Opinion, Metro, Page 12B

 My sister Anne didn't speak until she was almost 3. In 1962, when I was 4 and she was 5, my parents sent her to Texas Christian University work with a speech therapist.

On one occasion, the teacher invited me to join them. A problem had been identified: Anne depended on me to communicate for her.

I don't remember what words the teacher used to explain why I must not speak for my sister. I'm left only with an impression of kindness, and words that made clear and perfect sense. An adult who can explain a complicated matter so that a 4-year-old understands is a rare treasure.

The teacher was Laura Lee Crane, who died violently and tragically after being abducted, and she was indeed a shining treasure in an often dark and troubling world.

After hearing of her mother's death, Laura Lee's daughter urged former students to cling to the positive and to accept the slain teacher as an angel in their lives.

Today, Anne speaks clearly and often, with no trace of the stutter that plagued her as a child. She didn't attend speech classes at TCU for long, but we both have fond, vivid memories of the women who worked there.

One evening after a session at TCU, I remember my mother saying to my father, "I'm telling you, that woman is an angel, an absolute angel." As a very literal-minded child, I studied the teacher's face closely the next week so that I'd remember what an angel looks like.

Her daughter is right: Laura Lee Crane must be remembered for the grace and meaning she brought to life, not the senselessness of her death.

Karen M. Johnson, executive director, Youth Orchestra of Greater Fort Worth

Laura Lee taught my 9-year-old son how to read. He went on to graduate with honors from Texas A&M University.

[Ou]r story could be multiplied hundreds of times. Laura Lee gave to learning-disabled students the tools with which to succeed. She taught [tea]chers how to reach struggling students. She counseled and encouraged parents. She always saw the worth in a child.

Had Laura Lee known her killers as children, she would have done everything in her power to help them develop their potential to live positive and productive lives.

# FORT WORTH
# Star-Telegram

WESLEY R. TURNER, President and Publisher

PAUL K. HARRAL    JIM WITT
Vice President and Editorial Director    Senior Vice President and Executive Editor

AMON G. CARTER, Founder-Publisher 1906-1955
AMON G. CARTER JR., Publisher 1955-1982

Earning the People's Trust Daily

## MICHAEL RAMIREZ





THE CULTURE WARS

Michael Ramirez is the editorial cartoonist for the Los Angeles Times.
Michael.Ramirez@latimes.com

## EDITORIALS

## Juvenile justice

**COURTS** The conflict between the district attorney's office and the chief juvenile court judge needs to be resolved — and now.

The latest stand-off in Tarrant County's juvenile court looks suspiciously like a teen-age hissy fit — tinged with obstinacy, turf protection and overreaction.

What seems to be missing is the reasoned and reasonable adult behavior necessary to resolve a spat that has turned into a full-fledged brawl.

It's clear that cleaner heads need to step forward — and quickly — when prosecutors resort to boycotting a particular judge over disagreements with her rulings.

Tarrant County prosecutors had been butting heads since last year with Juvenile Court Judge Jean Boyd.

They started feuding publicly over having to follow a decades-old local rule that gives prosecutors three days to file charges against juvenile offenders instead of taking up to the 30 days permitted by state law.

Now prosecutors are objecting to appearing before Associate Judge Kimberly Brown, saying that her courtroom is "hostile" to their side and that she repeatedly has made decisions that are "not in the best interest of public safety."

Brown, a former prosecutor, is one of three appointed associate judges who report to Boyd, who is elected.

The confidentiality surrounding juvenile court proceedings — where serious crimes actually are treated as civil cases — makes it difficult to assess how cases are being handled.

But it's not hard to see that the continuing discord does not benefit juvenile defendants, crime victims or the public at large. Because of the boycott, more than 100 cases have had to be reshuffled, threatening to create a backlog, according to a Star-Telegram news report.

What's most perplexing is that those involved in this quarrel are seasoned, respectable professionals, not immature hotheads. Of course, that ought to provide hope that they can work through their differences in rational fashion.

The Tarrant County Juvenile Board, now headed by Boyd, is scheduled to discuss the time limit at the root of the dispute today.

If that group cannot bring a truce, then Boyd and District Attorney Tim Curry must hammer out an agreement. Anything less would not be in the public interest.

## How about a breather?

**HALTOM CITY** The community deserves a break during the short period between Saturday's recall vote and the May municipal election.

Haltom City Mayor Calvin White took a bold stance in favor of removing five City Council members in Saturday's recall election. And on Monday, with those five members overwhelmingly voted out of office and not enough members left to constitute a council quorum, White also made a savvy yet sensitive remark about the city's political future.

It could be a good thing, the mayor said, that there will be no council meetings until after new members are elected in May.

"What this will do on the positive side is allow things to settle down in Haltom City," he said. "We have a highly charged political climate."

After months and even years of controversy after controversy, Haltom City could use a rest. It's too much to expect that all will now be sweetness and light, but even a short break from the storm should be nice.

A few things to point out in the wake of the election:

■ John Williams, one of the recalled council members, told residents at the Monday meeting that City's much-deserved period of rest.

"until you get these people to start working together, it's going to be tough." Saturday's vote was 3-to-1 for recall. That's pretty much what you might call working together.

■ City Manager Tom Muir deserves respect and a chance to do his job well. He was hired by the now-recalled council members just days before Saturday's vote, which puts him in a tough spot. It now falls to him to run the city for three months until a new council is elected.

■ If an emergency arises before the May election, White and the remaining council members should not hesitate to meet for an open public discussion and advice session with Muir. They should avoid behind-the-scenes maneuvering, which almost certainly would be noticed and complained about and would disturb Haltom City's much-deserved period of rest.

## Growing pains

**MANSFIELD** The school district is learning that there indeed can be too much of a good thing.

The Mansfield school district may well be a victim of its own success.

There's no doubt that many new residents have been attracted to the Mansfield mix of upscale single-family housing and a state-recognized school district. Sparkling new campuses have been popping up everywhere.

But it may be too appealing. With a current student population growth rate of 12 percent annually, the tax base of the district — among the fastest-growing school systems in Texas — just can't keep pace.

The 21,000-student district is looking at a $3.2 million shortfall this year, $7.3 million the next and $5.2 million the year after that.

Although the district's operating tax rate of $1.367 per $100 valuation is under the state $1.50 maximum, it's not possible to tax itself out of trouble.

Even the maximum 6-cent annual rate increases that would subject the district to possible rollback elections wouldn't raise enough money.

It didn't help that even as expenses were increasing, state funding support was dropping from $2,947 per pupil in the 1999-2000 school year to $2,664 in 2003-04.

The funding dilemma is not unique among Texas schools, but the district's meteoric growth makes it especially difficult to keep up. The district has built 14 new campuses in the last decade, with nine more planned by 2009.

Options are limited. Salaries and benefits make up more than 80 percent of the budget, and that's where most of the trimming will have to take place.

Until things sort out, the district will have to rely on dipping into reserve funds and trimming programs. There's also the possibility that as the Mansfield school district scales down, it will become less attractive to growing families. From a Mansfield perspective, that's not the ideal solution.

The new public funding strategy that the Texas Legislature is expected to address later this year should incorporate recognition of the extraordinary expenses incurred by unusually fast-growing districts.

## LETTERS, FAXES AND E-MAILS TO THE EDITOR

## In memory of a beloved teacher

My sister Anne didn't speak until she was almost 3. In 1962, when I was 4 and she was 5, my parents sent her to Texas Christian University for work with a speech therapist.

On one occasion, the teacher invited me to join them. A problem had been identified: Anne depended on me to communicate for her.

I don't remember what words the teacher used to explain why I must not speak for my sister. I'm left only with an impression of kindness, and words that made clear and perfect sense. An adult who can explain a complicated matter so that a 4-year-old understands is a rare treasure.

The teacher was Laura Lee Crane, who died violently and tragically after being abducted, and she was indeed a shining treasure in an often dark and troubling world.

After hearing of her mother's death, Laura Lee's daughter urged former students to cling to the positive and to accept the slain teacher as an angel in their lives.

Today, Anne speaks clearly and often, with no trace of the stutter that plagued her as a child. She didn't attend speech classes at TCU for long, but we both have fond, vivid memories of the women who worked there.

One evening after a session at TCU, I remember my mother saying to my father, "I'm telling you, that woman is an angel, an absolute angel." As a very literal-minded child, I studied the teacher's face closely the next week so that I'd remember what an angel looks like.

Her daughter is right: Laura Lee Crane must be remembered for the grace and meaning she brought to life, not the senselessness of her death.

**Karen M. Johnson, executive director, Youth Orchestra of Greater Fort Worth**

FAMILY PHOTOGRAPH

Laura Lee Crane

Laura Lee taught my 9-year-old son how to read. He went on to graduate with honors from Texas A&M University.

Our story could be multiplied hundreds of times. Laura Lee gave to learning-disabled students the tools with which to succeed. She taught teachers how to reach struggling students. She counseled and encouraged parents. She always saw the worth in a child.

Had Laura Lee known her killers as children, she would have done everything in her power to help them develop their potential to live positive and productive lives.

How ironic that she reportedly was killed for little more than a tank of gas.

This senseless killing was a

crime not just against a lovely lady, but against the entire community.

**Barbara E. Bettis, Weatherford**

I'm saddened and appalled by the death of Laura Lee Crane. I didn't know her personally, but I knew of her and her impeccable reputation and generous heart.

Suspects Edward Busby and Kathleen Latimer should be prosecuted swiftly and mercilessly.

**Gretchen Fenell, Granbury**

I remember Laura Lee Crane from when I was in first, second, and third grades in the 1970s. She was a wonderful woman and a wonderful teacher who had a special heart for her students.

I always wanted to be like my teachers at Star Point.

I saw her 15 years ago when I picked up at Star Point a student whom I was baby sitting at the time. She remembered me and hugged me tight.

I'll always remember Laura Lee. She had a warm heart, and she loved her students.

**Joann Beckrich, Fort Worth**

I had the pleasure of briefly working with Laura Lee Crane and knew firsthand what a remarkable person she was. Now two felons are accused of appearing in our neighborhood and abducting and killing a pillar of our community.

Why was this location selected for this cowardly crime? What brought this element to our community?

**Mark DeGarmo, Fort Worth**

### Danger

What's more dangerous — a gun or the person who would use that gun against another person?

What's more dangerous — WMDs or the person who would use them, as Saddam Hussein did, against his own people?

**Dan Cramsey, Burleson**

### Best of all worlds

I was saddened to read that Stacy Schnellenbach Bugle (Jan. 23 letter) considers staying at home with children "virtual house arrest," doing the laundry and cooking for the "lord and master."

She has a different perception of that role than my reality as a former business owner who gave up a career to stay at home with her sons.

Everyone over 13 does his own laundry in this house. My sons cook simple meals and know how to do dishes and vacuum. There's no such thing as women's work or men's work here — it's just work.

The "lord and master" travels a great deal because of his work. When he's home, he does most of the cooking.

A woman who chooses to be

home with her children isn't in prison unless she chooses to be. Making a home and raising children is hard work — which is why I think some women choose to focus on their careers. It's generally easier to deal with fully grown human beings than to cope with the challenges of the half-grown ones.

Nothing has stretched me more intellectually, emotionally or spiritually than choosing to stay home, raise and (for the last five years) home-school my children. I have the best of all worlds: the freedom to spend time with my sons and husband; the joy of expressing my creative urges in writing, art and gardening; the time and ability to do volunteer work; the time to be a friend; the time to learn and grow intellectually.

Success in the business that I once owned cannot possibly compare to the fulfillment of raising incredible kids.

**Deb McNeill, Haslet**

### Would be proud

Thank you so much for featuring photographer Calvin Littlejohn in Monday's Black History Month Timeline fixture.

Calvin would be proud to be

remembered in such a way, I think, all he ever wanted to be was a photographer.

I went to see him in the late 1980s to take him a case of flash bulbs — those big, fat Sylvania Press-40 flash bulbs for his vintage Speed Graphic camera. He said that flash bulbs were becoming mighty scarce and that he sure could use them. I'd be willing to bet that he did use them.

Thank you for remembering him.

**David Hale, Fort Worth**

### Two inquiries

President Bush has set up a commission to examine "intelligence failures" regarding weapons of mass destruction in Iraq. Prime Minister Tony Blair has done the same in Britain.

Bush says the U.S. investigation can't be completed before March 2005. The British say their inquiry will be finished by this summer. Are British investigative skills really so much more efficient than ours?

Maybe Bush has priorities other than getting to the truth as soon as possible!

**Larry Gwaltney, Fort Worth**

## STAR-TELEGRAM OPINIONS AND COMMENTARY

The editorials are the opinions of the Star-Telegram as determined by members of the editorial board. All other views — cartoons, letters to the editor and columns — are the opinions of the individual writers and artists.

## How to send us a letter

MAIL: Letters to the Editor, Star-Telegram
Box 1870, Fort Worth, TX 76101
FAX: (817) 390-7688

E-MAIL: letters@star-telegram.com
Opinions and letters to the editor can be read at
www.star-telegram.com

LETTER POLICY: Letters must have a signature and a printed full name, address and daytime phone number. They should be concise, to the point and original — no form letters, please. Writers are limited to one a month. Length is subject to editorial judgment, and letters will be edited to comply with Star-Telegram style and standards.

# News 2 Use

## YOUR DAILY GUIDE TO HELPFUL INFORMATION

### KID CARE

## Breast-feeding produces trimmer kids

The longer women breast-feed their babies, the less likely the children are to become overweight, a new study says.

That's true, at least, for Anglo children. Breast-feeding did not protect against excessive weight gain in some black and Hispanic children, the U.S. researchers said.

The study, in the February issue of *Pediatrics*, provides the most conclusive evidence to date that prolonged breast-feeding can help reduce the risk of obesity.

Researchers at the Centers for Dis-

ease Control and Prevention based their conclusions on an analysis of 177,304 children up to 5 years old and a subset of 12,587 mother-child pairs, making it the largest breast-feeding study to date.

Children who were never breast-fed or who were breast-fed for less than one month were most likely to be overweight at age 4, the study found. With increased breast-feeding duration, the rate of overweight kids declined.

Breast-fed children were also less likely to be underweight, the study

found.

By highlighting a key benefit of prolonged breast-feeding, the study also bolsters recommendations that mothers breast-feed their babies for at least a year. The American Academy of Pediatrics encourages breast-feeding for at least 12 months to provide the fullest

benefits for the baby.

Obesity has become a worrisome problem in the United States. An estimated 15 percent of children and teens ages 6 to 19 are overweight, according to a 1999-2000 federal survey. The growing girth of America's youth poses serious health consequences, placing kids at higher risk of diabetes, hypertension, cardiovascular disease and certain types of cancer.

ONLINE: American Academy of Pediatrics, www.aap.org

SOURCE: HealthDay News

### JOBS

# Working the room

We're coming up on job fair season when employers gather their printed pens and candy dishes and head out to school gyms and hotel ballrooms.

Here is a short list of do s and don'ts to help get you ready.

**DO**

■ Bring lots of resumes, printed on good stationery. Consider printing business cards. Include your name, contact information and the type of work you are seeking.
■ Plan to stay awhile. Try to spend a couple of hours at least, so you can be more thorough with each interaction.
■ Listen more than you speak. This is your chance to learn about companies and make inside contacts.
■ Ask good questions. Not just which jobs are open, but also: What's new at your company? Where's the growth happening in your industry? How do you compare to your competitors? What do you see for your field in the future? What are the qualities you seek in a job candidate?
■ Gather business cards or other contact information from each table.
■ Plan to follow up with key companies in the next few days with a letter or phone call. Your goal is to set a meeting where you can speak with someone without the distractions of the job fair.
■ Network with other job seekers. Ask what kind of work they are seeking, which employers they have talked with already and what resources they might have to share. Be ready to share your information, too. Consider setting up coffee dates with anyone you feel a connection to. You need support as much as you need job leads.

**DON'T**

■ Dress too casually. Dress to meet employers.
■ Get too comfortable. Jelly doughnuts? No thank you. Gossip in the bathroom? Not unless you're absolutely certain who you're gossiping with and who's in the next stall.
■ Snarf up all the free stuff. Take a printed pen or keychain, but don't take a fistful. Likewise, feel free to take a piece of candy from the dish, but don't put it in your mouth. You wouldn't do that in an interview, so don't do it at the employer's table either.
■ Think too narrowly about the companies present. A nursing home, for example, needs not only health care professionals but also accountants, groundskeepers and



## How to get the most from a job fair

STAR-TELEGRAM/RON T. ENNIS

salespeople. Look at every company as a potential employer.
■ Expect to be interviewed on the spot. But that may not be in your best interest. Ask for a meeting later in the week, when the interviewer can spend more time with you.
■ Fill out applications, unless an interview is promised. Otherwise, attach your

resume to the application and call later in the week to follow up.

Remember that even companies with no current openings will be hiring eventually. Your task is to be the first one in line when they do.

SOURCES: Amy Lindgren, owner of a career-consulting firm in St. Paul, Minn.; St. Paul Pioneer Press

### DENTAL CARE

## Get a line on improving your smile

If you have questions about bonding, sensitive teeth, implants, bleaching or other things to improve your smile, Friday the 13th could be your lucky day.

Texas Academy of General Dentistry is hosting SmileLine, a free hot line open to consumers 8 a.m. to 5 p.m. at 1-800-SMILE-33 (1-800-764-5333). Dentists from throughout Texas attending the Star of the South Dental convention in Houston will provide callers with answers to any and all questions concerning dental health.

Embarrassed by your stained, crooked teeth? Wondering about the need to fill cavities in your children's baby teeth? Confused about the connection between gum disease and heart disease?

Ask any of several hundred dentists who have volunteered to answer the 11th annual SmileLine, expected to draw questions from consumers throughout the country.

Among the most common questions from past years, accord-



ing to Dr. O.Z. Helner Jr. of Fort Worth: If I get a cavity in a front top tooth, do I need a cap?

"It depends on the size of the cavity," Helner says. "If it is a medium or small cavity, it can be filled using a composite or white filling material. If the cavity is fairly large, sometimes a cap or crown is the only thing that will cover and protect the large area destroyed by the cavity."

For lots more information about dental health, call the SmileLine Friday and ask questions or visit the academy's Web site at www.agd.org.

— Staff writer Carolyn Poirot

### PERSONAL FINANCE

## Single seniors need a plan in case of medical emergency

Many single senior citizens are secure financially, their wills are signed and they are insured for any medical crisis.

But what if an emergency or injury leaves you incapacitated? Large funds and assets can sit inaccessibly in accounts.

Bills, of course, must still be paid — for utilities, groceries and lawn service. Money may also be needed for extra medical services, such as home care.

Moreover, relatives may have to put out thousands of dollars in airline tickets to visit you and handle your affairs. The bills can quickly become overwhelming.

Your loved ones can eventually get access to your money, but the process can be tedious and exhausting, especially during a stressful time.

■ Before you have to face a medical emergency, work out how bills are going to be paid if you are too ill or injured to access your accounts.

One option is to establish a joint checking account or a joint credit card with one of your children. But be careful of inheritance issues: As Kiplinger's Personal Finance magazine reported, the money in the checking account will go directly to that child when you die.

Also, consult your lawyer about giving one of your children power of attorney — legal power to carry out financial transactions.

SOURCE: chicanoheraldtown.com

### HEALTH

## Brace yourself for new/old remedy for back pain

With growing evidence that most medical procedures for back pain are largely ineffective, a surprisingly simple treatment is making a comeback.

A handful of new back braces have been introduced in the past several months, with more expected. They are designed to ease the pressure on spinal disks that are often the source of lower-back pain.

The new braces are a far cry from the heavy and restrictive ones used a decade ago. The old models were designed to restrict movement and immobilize the back. Not only were they impractical, they often led to severe weakening of abdominal muscles.

The new models are made of lighter-weight, flexible materials and designed to "unload" the pressure on a disk while allowing patients to maintain a normal range of movement.

While the braces aren't a cure-all, they do provide temporary relief from often debilitating back pain, allowing many patients to return to work and family duties. The respite from pain allows patients to begin physical therapy and muscle-strengthening exercises.

The braces are generally worn for a few hours at a time, depending on how much relief is needed. They are available only by prescription, because long-term use can still lead to some weakening of the abdominal muscles. Patients must do daily abdominal strengthening exercises.

Typically, a patient is a candidate for the new braces if the pain is caused by pressure on spinal disks — the kind of pain that is usually relieved by lying down or by the weightless effect of water in a swimming pool. Patients with other types of back pain or who can't stand up straight because of the pain, may not be good candidates for braces, which typically are covered by insurance.

SOURCE: The Wall Street Journal



The shape of things to come

TOMORROW IN NEWS 2 USE

Hashing out ideas for the new food pyramid

Star-Telegram | Wednesday, February 11, 2004

## Star-Telegram

To subscribe or report a delivery problem, dial (817) DEL-IVER (335-4837) or (800)776-STAR(7827) or go to www.star-telegram.com and click on SUBSCRIBE/NEW and select DELIVERY COMPLAINTS

Customer Service
Arlington (817) 548-5400
Fort Worth (817) 390-7761
Northeast (817) 645-3600

### TODAY'S OBITUARIES

Adkins, Delbert, 81, Fort Worth
Bell, Nellie, 83, Fort Worth
Bell, Howard Sr., 85, Bedford
Blue, Nicyann, 109, Clifton
Brothers, A.J., 67, White Settlement
Brown, Mary Ann, 101, Arlington
Bryant, Mattie, 74, Fort Worth
Burg, Hazel Murdoch, 83, Dublin
Cermak, David, 61, Burleson
Cuder, Mattie Moore, 98, Aledo
Cooper, Walter, 74, Saginaw
Crafton, Tony, 45, Granbury
Crowley, Jerry Sr., 67, Fort Worth
Dake, F. Hoy, 74, Azle
Davis, Dena, 92, Larnesa
Emmons, Johnny, 55, Mansfield
English, Edward, Watauga
Epps, Sam, 64, Glen Rose
Feggett, James, 49, Fort Worth
George, John, 50, Fort Worth
Hewett, Chris, 35, Fort Worth
Jackson, John Jr., 47, Houston
Johnston, Glen, 82, Granbury
Kolburn, Billy, 76, Mineral Wells
Leasley, Randy, 52, Waco
Ledford, Thelda, 62, Everman
Lowrie, Marilyn Matthews, 72, Fort Worth
Martin, Carol, 73, Hurst
Martinson, Nancy, 50, Arlington
McGuire, Phillip, 53, Azle
Morgan, Jacqueline Cooke, 65, Wills Point
Overstreet, Perry Wilburn, 56, Arlington
Pack, W.F., 84, Stephenville
Prindle, Carol Kirkpatrick, Arlington
Row, Enoch, 80, Euless
Sadler, James, 71, Graham
Scaramuzzo, Georgia, 79, Arlington
Scott, Otelia, 92, Fort Worth
Slas, Larry Sr., 50, Fort Worth
Smith, Betty Breland, 78, Dallas
Stephens, Alice, 92, Bowie
Sullivan, Fred, 90, North Richland Hills
Taylor, Vera, 74, Cleburne
Tidwell, Robert, 83, Fort Worth
Tidwell, Walter, Godley
Van Hess, John, 89, Rockport
Vasich, James, 78, Aledo
Virden, Willie, 67, Fort Worth
Walls, Darren, 28, Fort Worth
Westbrook, Jessie, 86, Granbury
Whitten, John, 60, Fort Worth
Wingo, Ruth James, 93, Wills Point
Wood, Eulys Jr., 76, Morgan

OBITUARIES 9-11E

## LOTTO!

Results appear today on 3A.

PUBLISHED BY
Star-Telegram Operating, Ltd.
>KNIGHT RIDDER<

pressure on a disk while allowing patients to maintain a normal range of movement.

While the braces aren't a cure-all, they do provide temporary relief from often debilitating back pain, allowing many patients to return to work and family duties. The respite from pain allows patients to begin physical therapy and muscle-strengthening exercises.

The braces are generally worn for a few hours at a time, depending on how much relief is needed. They are available only by prescription, because long-term use can still lead to some weakening of the abdominal muscles. Patients must do daily abdominal strengthening exercises.

Typically, a patient is a candidate for the new braces if the pain is caused by pressure on spinal disks — the kind of pain that is usually relieved by lying down or by the weightless effect of water in a swimming pool. Patients with other types of back pain or who can't stand up straight because of the pain, may not be good candidates for braces, which typically are covered by insurance.

SOURCE: *The Wall Street Journal*



The



**LOTTO! TEXAS**

Results appear today on 3A.

---

PUBLISHED BY

### Star-Telegram Operating, Ltd.
**>KNIGHT RIDDER>**

400 W. Seventh St., Fort Worth, Texas 76102
3201 Airport Freeway, Suite 108, Bedford, 76022
1111 W. Abram, Arlington, 76013

TO SUBSCRIBE or to report a delivery problem, dial (817) DELIVER (335-4837), Outside Tarrant County call toll-free (800) 776-STAR (-7827).

**DELIVERY INFORMATION**
Monday-Friday ..................... 5 a.m.-5 p.m.
Saturdays & holidays ............. 6:30 a.m.-noon
Sundays ........................... 6:30 a.m.-2 p.m.
RETAIL ADS ....................... (817) 390-7761
CLASSIFIED ADS ................... (817) 332-3333
Outside Tarrant County call toll-free ... (800) 222-3979
Monday-Wednesday
Thursday-Friday .................. 7:30 a.m.-6 p.m.
.................................. 7:30 a.m.-7 p.m.

**CUSTOMER SERVICE AND BACK ISSUES**
Arlington (817) 548-5400  Monday-Friday ..... 8 a.m.-5 p.m.
Downtown (817) 390-7761  Monday-Friday ..... 8 a.m.-5 p.m.
Northeast (817) 685-3800  Monday-Friday ..... 8 a.m.-5 p.m.
PHOTO SALES ...................... (817) 390-7770
Monday-Friday .................... 9 a.m.-4 p.m.
SINGLE COPY PRICES: Daily, 50¢; Sunday, $1.50

| Home Delivery | Mo. | Yr. | U.S. Mail |
| --- | --- | --- | --- |
| Daily/Sunday | $15 | $168 | |
| Daily Only | $13 | $144 | |
| Weekend Only (3-day weekend package and 11 holiday issues*) | $13 | $144 | K.A. |
| Sunday Only | $11 | $120 | $23 |

*New Year's Day, Martin Luther King Day, Presidents' Day, Race Day, Memorial Day, Independence Day, Football Preview, Labor Day, Election Day, Veteran's Day, and Thanksgiving Day where applicable).

All prices include sales tax and postage. Mail prices are for the U.S. and its possessions; foreign rates available upon request. Advance payment required.

Star-Telegram customers may use their Internet accounts to communicate with customer service representatives. Write to us at paper@star-telegram.com. When appropriate, e-mail may be forwarded to other newspaper staff members.

For guaranteed same-day delivery of missed copies in Tarrant County, please call by noon, seven days a week. Our mission is to provide subscribers with the best possible delivery service. Should we be unable to resolve a subscription problem to your satisfaction, call Weldon Whiteman, Vice President/Circulation, at (817) 215-2218.

The Fort Worth Star-Telegram (USPS 206-260) is published daily. Periodical postage paid at Fort Worth, Texas. Postmaster: Send address changes to Fort Worth Star-Telegram, P.O. Box 1870, Fort Worth, Texas 76102.

Circulation: 235,917 daily; 329,739 Sunday.
Readership: 590,400 daily; 847,090 Sunday.



**5NEWS**

---



SALE OR
IN MEN'S &
COUPON DISCOUNT
SPORTSCOAT
Coupon cannot be combined ... offer, phone, mail, internet or ... discount on Superior Values. Designer Dress Shirts, Men's Collections. Extra savings

VALID WEDNESDAY-

FOR
BONUS
**EXTRA**
ENTIRE
SALE OR
IN ACCESSORIES
COUPON DISCOUNT
Coupon cannot be combined offer, special order, phone or previous purchase. No coupon Fine Jewelry Watches. Best Value. Extra savings % apply

VALID WEDNESDAY-MO



FOL
**HOME STORE**
**EXTRA 1**
ENTIRE P
SALE OR
IN THE HO
Coupon cannot be combined offer, special order, phone/mail/in No coupon discount on Super Household Electrics, Scooters Personal Care, Vacuum and Yankee Candles. Extra savings

VALID WEDNESDAY-MO



FOL

How ironic that she reportedly was killed for little more than a tank of gas.

This senseless killing was a crime not just against a lovely lady but against the entire community.

 Barbara E. Bettis, Weatherford

I'm saddened and appalled by the death of Laura Lee Crane. I didn't know her personally, but I knew of her and her impeccable reputation and generous heart.

Suspects Edward Busby and Kathleen Latimer should be prosecuted swiftly and mercilessly.

Gretchen Fanelli, Granbury

I remember Laura Lee Crane from when I was in first, second and third grades in the 1970s. She was a wonderful woman and a wonderful teacher who had a special heart for her students.

I always wanted to be like my teachers at Star Point.

I saw her 15 years ago when I picked up at Star Point a student whom I was baby sitting at the time. She remembered me and hugged me tight.

I'll always remember Laura Lee. She had a warm heart, and she loved her students. ·

Joann Beckrich, Fort Worth

I had the pleasure of briefly working with Laura Lee Crane and knew firsthand what a remarkable person she was. Now two felons are accused of appearing in our neighborhood and abducting and killing a pillar of our community.

Why was this location selected for this cowardly crime? What brought this element to our community?

Mark DeGarmo, Fort Worth



1. Head shot: FAMILY PHOTOGRAPH Laura Lee Crane

The following fields overflowed:

KEYWORD = LETTERS, FAXES AND E-MAILS TO THE EDITOR
Photo Caption:
Filename: 010402XB0120211RB01-957213.txt
Service:
Category:
Supplemental Category:
Instructions: 2004Datatimes.exp
Created: February 11, 2004
City:
Country:
Reference: 11211218
Merlin ID: 7279449
Copyright:
Copyright year: 0
Keywords: "EDITORIAL" "LETTERS, FAXES AND E-MAILS TO TH"

Library enhanced? Yes
Rights? Yes
Input Date: 03/12/2005

 Fort Worth Briefs

Source: THE FORT WORTH STAR-TELEGRAM
Saturday, February 7, 2004
Edition: FINAL Section: Metro, Page 13B

Charges filed in death of retired TCU professor

DEFENDANT'S EXHIBIT 13 NO. BC 929-05

Combined Text Records Display

The Tarrant County district attorney's office filed capital murder charges Friday against two people accused of robbing and killing retired Texas Christian University professor Laura Lee Crane.

Edward Busby and Kathleen Latimer are accused of abducting Crane, 77, from a southwest Fort Worth supermarket parking lot and smothering her by wrapping her face in duct tape.

The suspects were arrested two days later while driving Crane's car in Oklahoma City.

Crane's body was found Tuesday in Oklahoma at the bottom of an Interstate 35 embankment about 50 miles north of the Texas border.

Other jurisdictions could also file charges against the pair, officials said.

Plea deal is reached in 2001 shooting death

A 23-year-old man has been sentenced to 10 years in prison for fatally shooting a man during a gathering in October 2001 at an east Fort Worth home.

Donell Dewayne Dean, who was indicted on a murder charge, struck a deal with prosecutors this week and pleaded guilty to the lesser charge of manslaughter in the Oct. 25, 2001, shooting of Leon Turman.

Officials said Turman, 21, was shot in the chest during a fight outside the a residence in the 3700 block of Avenue I.

Authorities said Dean and two other men had a history of fighting and got into an altercation on that night.

Dean produced a gun about the same time Turman drove up, officials said.

Exactly what happened next is unclear, authorities said.

Witnesses said Dean shot Turman unprovoked. Other versions indicated that Dean was leaving when he heard shots fired so he pointed his gun back toward the direction of the gunshots and fired recklessly, striking Turman.

Groups ask EPA to add counties to ozone list

A coalition of public health and clean-air advocacy groups is asking the federal Environmental Protection Agency to include Ellis and other regional counties on the list of those not meeting federal ozone standards.

In a two-page letter signed Friday by the American Lung Association of Texas, Fort Worth Audubon Society and eight other groups, they write that the counties surrounding Dallas-Fort Worth contribute to the Metroplex's ozone.

The letter is addressed to EPA regional administrator Richard Greene.

The EPA has until April 15 to determine which counties don't comply, requiring them to take steps to lower emissions or face potentially stiff sanctions.

Ellis County officials have argued that the county does not significantly impact air quality in Dallas-Fort Worth. Rep. Joe Barton, R-Ennis, has lobbied publicly and behind the scenes against including his home county on the list.

Federal judge rejects minister's challenge

A federal judge has rejected a Fort Worth minister's effort to challenge a state legal watchdog committee that is trying to stop him from acting as a lawyer.

U.S. District Judge Terry Means sent the lawsuit, filed by the Rev. Thomas Franklin, back to state court, saying he didn't find any federal issues.

The Texas Supreme Court's Unauthorized Practice of Law Committee is suing Franklin, saying he improperly represented his church, the New Mount Calvary Missionary Baptist Church, in a lawsuit about unpaid property taxes.

He also has been accused of trying to persuade an acquaintance to fire a lawyer and replace him with Franklin and another man.

Compiled from staff reports
Photo Caption:

Filename: 010402XB0130207RB01-953048.txt

# News 2 Use

Star-Telegram (Saturday, February 7, 2004)

## Star-Telegram

To subscribe or to report a delivery problem, dial (817) DEL-IVER (335-4837) or (800)776-STAR(7827) or go to www.star-telegram.com and click on SUBSCRIBE/RENEW and select DELIVERY COMMENTS

Customer Service
Arlington (817) 548-5406,
Fort Worth (817) 390-7761
Northeast (817) 685-3800

## TRAVEL

### Despite currency's slide, thrifty travelers can still afford Europe

# Stretching dollars

It's growing costlier to visit the Continent, thanks to the speedy slide of the dollar against the euro, the currency used in 12 Western European countries.

Americans' pocketbooks are getting pounded by the British pound, too.

The dollar is worth about 30 percent less against the euro and 20 percent less against the British pound than it was two years ago. Its slide has accelerated in the past six months, and experts don't see a turnaround soon.

But with the right strategies, you can minimize the damage and enjoy a European vacation:

■ Go now. You'll save on the airfare at least. This is the slow time of year for the airlines, and you'll usually find the lowest trans-Atlantic fares if you can travel by March 31.

If you're determined to fly in the busy summer season, wait to book until around Easter, when summer fare sales typically begin. Be forewarned, though: Although observers believe that the weak dollar may discourage travel, several signs suggest otherwise. Summer fliers who waited last year lost out on bargains as seats filled.

■ Book an air-hotel package, tour or cruise. You save with these because the big companies that operate them get vol-

ume discounts and typically locked in their prices months ago, when the dollar was worth more. Many also bought foreign currency then as a hedge against unfavorable exchange rates. Another bonus: Most cruises and some tours include meals, sparing you sticker shock at restaurants.

■ Buy rail passes or take low-cost carriers. Many European rail passes are the same price this year as last. Log on to www.raileurope.com for details. For traveling within Europe, check out the growing number of low-fare airlines, such as Ryanair, www.ryanair.com, and EasyJet, www.easyjet.com. Another way to save is to rent a car with friends or family members; this can be cheaper than going solo or as a couple on trains or planes.

■ Live like a local. Drink tea in London and beer in Germany. Locally popular drinks and food usually are cheaper. Drop into a grocery store and buy provisions for a picnic lunch. As you do at home, you save by serving yourself.

■ If you're really focused on saving, don't go to Europe. Try China, Mexico or Singapore, which are among the relatively few countries where the dollar has held steady or gained in the past year.

SOURCE: Los Angeles Times



## WEIGHT LOSS

### Nibble away at calories

Looking for a way to eat healthier and maybe drop some weight as well? The Clemson Extension Service offers these 10 ways to pare 100 calories from your daily diet:

■ Swap an 8-ounce regular soft drink for a diet soda.

■ Use a teaspoon of mustard or ketchup or 1 tablespoon of fat-free mayonnaise instead of 1 tablespoon of regular mayo.

■ Split a small order of fries with a friend.

■ Pedal an exercise bike for 13 minutes each day.

■ Walk briskly for 22 minutes each day.

■ Clean the house at a fast pace for 25 minutes.

■ Top toast with 2 teaspoons of apple butter instead of 2 teaspoons of butter and walk for 11 minutes.

■ Skip two coffee creamers in your coffee and walk for 15 minutes.

■ Eat five fewer potato chips and walk for six minutes.

■ Eat a quarter-cup less spaghetti with tomato sauce and walk for 11 minutes.

SOURCE: The State (Columbia, S.C.)

## TODAY'S OBITUARIES

Alexander, Katherine, 71, Winfield, Ala
Baxter, Charles, 69, Dallas
Bradley, Larry, 52, Mineral Wells
Campbell, George, 81, Hurst
Cole, Rolla, 89, Arlington
Deckard, Walter, 73, Fort Worth
Drinkard, Donald, 69, White Settlement
Hunter, John Jr., 84, Fort Worth
Isom, Eleanor, 72, Chico
Jackson, Ebony Williams, 19, Fort Worth
Jackson, Gladys, 72, Fort Worth
Jones, Opal Lovejoy, 91, Arlington
McCharen, Joe, Arlington
McClain, Jeanette, 65, Joshua
McNeal, Marilyn, 40, Fort Worth
McReynolds, Charlene Jones, 76, Granbury
Moore, Royce, 73, Jacksboro
Mosley, Larry Joe II, infant, Fort Worth
Nance, Dorothy, 78, Cleburne
Owen, William, 84, Jacksboro
Parum, Joyce, 76, Hurst
Patton, Paul Sr., 82, Grapevine
Perales, Federica, 58, Fort Worth
Stallings, William, 74, Bedford
Steen, James, 82, Haltom City
Wilcox, Anne Muriel, 89, Springtown
Woody, Samuel, 91, Haltom City
Yinger, Carma, 78, Humble
OBITUARIES 14-15B

**LOTTO!**
Results appear today on 3A.

PUBLISHED BY
Star-Telegram Operating, Ltd.
>KNIGHT RIDDER<

## RECALLS



**Product:** Wet/dry vacuums, manufactured by Emerson Tool Co.

**Hazard:** The exhaust blower ports are large enough for a small child to reach inside and touch the spinning blower wheel, posing the risk of cuts.

**Description:** The recall involves Craftsman 16-gallon and RIDGID 12- and 16-gallon wet/dry vacuums.

**Sold at:** Home Depot stores and Ridge Tool distributors nationwide from March 1999 through October 2002 and Sears Roebuck & Co. stores nationwide from September 1998 through October 2002 for between $70 and $300.

**What to do:** Contact Emerson to request a free insert. The insert is installed inside the blower port to eliminate the hazard. Phone: (800) 359-0179. Web site: www.wetdryvacrecall.com

**Product:** Durex Procraft outdoor extension cords, distributed by family Dollar Services and manufactured and imported by Royal United Corp.

**Hazard:** Electric shock or electrocution.

**Description:** The 25-foot green cords are sold in blue and black packaging. An Underwriters Laboratories label is attached to the cord sheeting code "E-174825." The item's UPC number is 0 74972 01025 1 and is on the back of the package in the lower right-hand corner.

**Sold at:** Family Dollar Stores nationwide from June through November for $3.

**What to do:** Return the cords to any Family Dollar Store for a refund. Phone: (800) 682-0097.

**Product:** John Deere 4000 Ten Series compact utility tractors, manufactured by Deere & Co.

**Hazard:** An internal failure may occur within the hydrostatic transmission preventing the transmission from returning to neutral after the pedals are released. This can allow unexpected movement or cause the tractor to continue moving, creating a possible risk of injury to the operator or a bystander.

**Description:** The following model and serial numbers can be found on the serial number plate on the tractor frame:

Model serial range
4210 CUT HST LV4210H220677 through LV4210H22025
4310 CUT HST LV4310H232267 through LV4310H233038
4410 CUT HST LV4410H241367 through LV4410H242182
4610 CUT HST LV4610H260774 through LV4610H260906
4710 CUT HST LV4710H270806 through LV4710H271286

**Sold at:** Authorized John Deere dealers nationwide and in Canada from April 2001 to August 2003 for between $18,000 and $27,000.

**What to do:** Stop using their tractors immediately and contact a John Deere dealer for a free repair. Phone: (800) 537-8233. Web site: www.johndeere.com

SOURCE: www.cpsc.gov

## TOMORROW IN NEWS 2 USE

### Fraud alert

BBB warns of ongoing insurance scams

## TIME MANAGEMENT

# Take five



Got five minutes? Whether you're waiting to pick up your child from soccer, ballet or whatever, Parenting magazine suggests five things you can do in five minutes:

■ Call a friend on your cellphone and catch up on gossip.

■ Tweeze your eyebrows.

■ Turn on the radio, recline the seat, shut your eyes and let the music wash over you.

■ Do a crossword puzzle.

■ Ease neck stress: Slowly roll your head from left to center, then right. Repeat from right to left.

SOURCE: The Wichita Eagle

## PERSONAL FINANCE

### Mutual fund prospectus offers wealth of information

A mutual fund prospectus can be a valuable source of information for a particular fund or to evaluate its performance relative to other funds.

A prospectus is a legal document that

The information in a mutual fund prospectus includes:

■ Performance data – selected per-share data including net asset value and total return for different time periods since the fund's inception.

■ Minimum investments – for initial and subsequent investments.

■ Investment objectives – with fund goals clearly defined. Be sure the fund's objective matches your objective.

■ Investment policies – the general strategies of the fund and what types of investments it can invest in.

■ Risk factors – descriptions of the risks associated with investments in the fund.

■ Tax information – among other information

must adhere to rigorous standards set forth by the Securities and Exchange Commission. Accordingly, it is an excellent source for unbiased information, presented objectively and consistently.

such an indication if distributions are to be treated as dividend income or capital gains.

■ Fees and expenses – including all sales and management fees; also a display of what impact those fees and expenses would have on a hypothetical investment over time.

Make sure the prospectus you're using is up to date: the SEC requires that prospectuses be updated at least annually. Prospectuses are available free from mutual fund companies, brokers or registered representatives. Be sure to read the prospectus and ask questions about anything in it that you are not sure about before investing.

SOURCE: Derrick Kinney, ChFC, senior financial adviser, American Express Financial Advisors-Arlington

## SMALLTALK

OCCASIONAL QUICK TALES

THE ASSOCIATED PRESS

SALT LAKE CITY — You might not be able to blame that fast-food restaurant for your own super size, at least not in Utah.

A proposed Senate bill would shield Utah restaurants from lawsuits filed by people who claim the restaurant's food made them fat.

"It's becoming a national trend and there's a potential it could occur here in Utah," said sponsor Sen. Howard Stephenson.

Nationally, no plaintiff has ever succeeded in obesity-related claims against restaurants.



5 NEWS

LIVE LOCAL
LATE-BREAKING
NEWS AT 6&10PM

News 2 Use ■ Comments and suggestions, contact: Phyllis Stone ■ (817) 390-7672 ■ pfstone@star-telegram.com

regular mayo.

■ Split a small order of fries with a friend.

■ Pedal an exercise bike for 13 minutes each day.

■ Walk briskly for 22 minutes each day.

■ Clean the house at a fast pace for 25 minutes.

■ Top toast with 2 teaspoons of apple butter instead of 2 teaspoons of butter and walk for 11 minutes.

■ Skip two coffee creamers in your coffee and walk for 15 minutes.

■ Eat five fewer potato chips and walk for six minutes.

■ Eat a quarter-cup less spaghetti with tomato sauce and walk for 11 minutes.

SOURCE: *The State (Columbia, S.C.)*

ART TODAY

t five minutes?
...ether you're waiting
... your child from
...et or whatever, *Par-*
magazine suggests five
...you can do in five min-

...all a friend on your cell-
...and catch up on gossip.

---

Wilcox, Anna, ..., ..., ..., Spring town

Woody, Samuel, 91, Haltom City

Yinger, Carma, 78, Humble

OBITUARIES 14-15B



**Results appear today on 3A.**

PUBLISHED BY

**Star-Telegram Operating, Ltd.**

**>KNIGHT RIDDER>**

400 W. Seventh St., Fort Worth, Texas 76102

3201 Airport Freeway, Suite 108, Bedford, 76022

1111 W. Abram, Arlington, 76013

TO SUBSCRIBE or to report a delivery problem, dial (817) DEL-IVER (335-4837). Outside Tarrant County call toll-free (800) 776-STAR (-7827).

**DELIVERY INFORMATION**

Monday-Friday ................................................5 a.m.- 5 p.m.
Saturdays & holidays ..........................6:30 a.m.- noon
Sundays.................................................6:30 a.m.- 2 p.m.
RETAIL ADS ...........................................(817) 390-7765
CLASSIFIED ADS ...................................(817) 332-3333
Outside Tarrant County call toll-free ...........(800) 222-3978
Monday-Wednesday ...............................7:30 a.m.-6 p.m.
Thursday-Friday .....................................7:30 a.m.-7 p.m.
**CUSTOMER SERVICE AND BACK ISSUES**
Arlington (817) 548-5400  Monday-Friday .......8 a.m.- 5 p.m.
Downtown (817) 390-7761  Monday-Friday ......8 a.m.- 5 p.m.
Northeast (817) 685-3800  Monday-Friday ......8 a.m.- 5 p.m.
PHOTO SALES ........................................(817) 390-7743
Monday-Friday .......................................9 a.m.- 4 p.m.
SINGLE COPY PRICES: Daily, 50¢; Sunday, $1.50

| Home Delivery | Mo. | Yr. | U.S. Mail (Mo.) |
|---|---|---|---|
| Daily/Sunday | $15 | $168 | $31 |
| Daily Only | $13 | $144 | $26 |
| Weekend Only (3-day weekend package and 8 holiday issues*) | $13 | $144 | N.A. |
| Sunday Only | $11 | $120 | $23 |

*New Year's Day, Martin Luther King Day, Presidents' Day, Race Day, Memorial Day, Independence Day, football Preview, Labor Day, Election Day, Veteran's Day, and Thanksgiving Day where applicable).

All prices include sales tax and postage. Mail prices are for the U.S. and its possessions; foreign rates available upon request. Advance payment required.

Star-Telegram customers may use their Internet accounts to communicate with customer service representatives. Write to us at paper@star-telegram.com. When appropriate, e-mail may be forwarded to other newspaper staff members.

For guaranteed same-day delivery of missed copies in Tarrant County, please call by noon, seven days a week. Our mission is to provide subscribers with the best possible delivery service. Should we be unable to resolve a subscription problem to your satisfaction, call Weldon Whiteman, Vice President/Circulation, at (817) 215-2218.

The Fort Worth Star-Telegram (USPS 206-260) is published daily. Periodical postage paid at Fort Worth, Texas. Postmaster: Send address changes to Fort Worth Star-Telegram, P.O. Box 1870, Fort Worth, Texas 76101.

Circulation: 236,977 daily; 329,739 Sunday.
Readership: 590,400 daily; 847,090 Sunday.

# SMALLTALK

OCCASIONAL QUICK TALES

---

# Rums

By JO
THE

WASHING...
tary Donald R...
investigation i...
vicewomen in...
report sexual...
comrades-in-a...
Friday.

"I am concer...
regarding allega...
service membe...
Kuwait," Rumsf...
David Chu, the I...
for personnel an...

"Sexual assau...
the Department...



# FORT WORTH

## Gang members sentenced in slaying

By MELODY McDONALD
STAR-TELEGRAM STAFF WRITER

FORT WORTH — Two gang members have been sentenced to 20 years in prison for the fatal kicking and stomping of a homeless man in summer 2002 outside the former Ripley Arnold housing complex.

Taurean Lewis and Kevin Lewis, who are not related, struck a deal with prosecutors this week and pleaded guilty to murder in the July 31, 2002, attack on Donald Watkins.

Watkins, 39, died several hours after suffering 34 blows on his head.

Officials have said that four gang members stomped and beat Watkins, a drug addict, in front of a large crowd after he offered to buy crack cocaine and then smoked and ate the crack "rock" without paying.

In August, a jury found Demarcus Williams, 20, guilty of the murder and sentenced him to 50 years in prison. Taurean Lewis, 19, reached a plea bargain agreement with prose-

cutors Wednesday and Kevin Lewis, 17, reached an agreement Friday.

The Lewises will not be eligible for parole until they serve at least 10 years.

The remaining co-defendant, Jake Hampton, 18, remains in Tarrant County Jail awaiting trial.

The Ripley Arnold complex has since been demolished to make way for RadioShack Corp.'s riverfront headquarters.

Melody McDonald, (817) 390-7386
myra.mcdonald@star-telegram.com

---

### Charges filed in death of retired TCU professor

The Tarrant County district attorney's office filed capital murder charges Friday against two people accused of robbing and killing retired Texas Christian University professor Laura Lee Crane.

Edward Busby and Kathleen Latimer are accused of abducting Crane, 77, from a southwest Fort Worth supermarket parking lot and smothering her by wrapping her face in duct tape.

The suspects were arrested two days later while driving Crane's car in Oklahoma City.

Crane's body was found Tuesday in Oklahoma at the bottom of an Interstate 35 embankment about 50 miles north of the Texas border.

Other jurisdictions could also file charges against the pair, officials said.

### Plea deal is reached in 2001 shooting death

A 23-year-old man has been sentenced to 10 years in prison for fatally shooting a man during a gathering in October 2001 at an east Fort Worth home.

Donell Dewayne Dean, who was indicted on a murder charge, struck a deal with prosecutors this week and pleaded guilty to the lesser charge of manslaughter in the Oct. 25, 2001, shooting of Leon Turman.

Officials said Turman, 21,

## FORT WORTH Briefs

was shot in the chest during a fight outside the a residence in the 3700 block of Avenue L.

Authorities said Dean and two other men had a history of fighting and got into an altercation on that night.

Dean produced a gun about the same time Turman drove up, officials said.

Exactly what happened next is unclear, authorities said.

Witnesses said Dean shot Turman unprovoked. Other versions indicated that Dean was leaving when he heard shots fired so he pointed his gun back toward the direction of the gunshots and fired recklessly, striking Turman.

### Groups ask EPA to add counties to ozone list

A coalition of public health and clean-air advocacy groups is asking the federal Environmental Protection Agency to include Ellis and other regional counties on the list of those not meeting federal ozone standards.

In a two-page letter signed Friday by the American Lung Association of Texas, Fort Worth Audubon Society and eight other groups, they write that the counties surrounding Dallas-Fort Worth contribute to the Metroplex's ozone.

The letter is addressed to

EPA regional administrator Richard Greene.

The EPA has until April 15 to determine which counties don't comply, requiring them to take steps to lower emissions or face potentially stiff sanctions.

Ellis County officials have argued that the county does not significantly impact air quality in Dallas-Fort Worth. Rep. Joe Barton, R-Ennis, has lobbied publicly and behind the scenes against including his home county on the list.

### Federal judge rejects minister's challenge

A federal judge has rejected a Fort Worth minister's effort to challenge a state legal watchdog committee that is trying to stop him from acting as a lawyer.

U.S. District Judge Terry Means sent the lawsuit, filed by the Rev. Thomas Franklin, back to state court, saying he didn't find any federal issues.

The Texas Supreme Court's Unauthorized Practice of Law Committee is suing Franklin, saying he improperly represented his church, the New Mount Calvary Missionary Baptist Church, in a lawsuit about unpaid property taxes.

He also has been accused of trying to persuade an acquaintance to fire a lawyer and replace him with Franklin and another man.

Compiled from staff reports

---

## A GREAT VALENTINE GIFT!

# Exclusive Star-Telegram Posters

The Star-Telegram has captured images from several popular events and activities and created colorful posters for our readers to enjoy. We have many full-color quality posters available for purchase. All measure 12x24 inches or larger and are on high-quality, glossy paper. Perfect as a gift for collectors, sports fans and enthusiasts of all types. The posters featured here are our most popular, but we are continually updating and adding new posters to our inventory. You can find a complete listing and current images of our posters at www.star-telegram.com/mld/positivepress/posters.html. Call: 817-390-7554 for more information.













Visit our website at www.star-telegram.com/mld/positive press/posters.html. to see all the poster we have available.

You can purchase the poster alone or let us frame it for you in a beautiful, custom-made, black wood frame and matching mat. To order any of our posters shown here, please check the boxes of the posters you'd like and complete the form below or order online. All prices include sales tax, postage and handling.

Name _____

Address _____

City _____ State _____ Zip _____

Make your check or money order payable to the Star-Telegram, or you may pay by credit card.

Total $ _____  Check one: ☐ Check/Money Order  ☐ American Express
                              ☐ Discover  ☐ Mastercard  ☐ Visa

Credit card No _____  Exp date ___/___

Signature _____

Home phone _____

Work phone _____

Email address _____

You may also order online at www.star-telegram.com/mld/positivepress /posters.html. For more information please call 817-390-7554 or email sparkerson@star-telegram.com. Mail order and payment to: Star-Telegram, Poster Collection, P.O. Box 1870, Fort Worth, TX 76101

 Star Telegram

---

## A Positive Vote for the White Settlement ISD Bond Election Ensures a Positive Educational Future for ALL Kids in WSISD!

### The 2004 Bond includes Improvements at Every Campus and Facility:

- The Purchase of Sites for Future School Facilities at Today's Prices
- Renovations and additions to Blue Haze, Liberty and West Elementary Schools
- A New Brewer High School
- The renovation of the current Brewer High School into Brewer Middle School
- A New Brewer High School Multi-Purpose Competition Facility
- A New Elementary/Intermediate Campus
- Additional School Buses
- New Records Management, Transportation, Operations, and Child Nutrition Facilities
- A New Transition/Learning Work Center for Special Needs Students and Adults
- Additions to the Administration Building
- Districtwide Technology Upgrades

Vote for Kids!
Vote YES on Feb. 7!

### Vote Saturday, Feb. 7 from 7 a.m. to 7 p.m.
at one of the following locations:
**White Settlement Civic Center**
8211 White Settlement Road
**Fort Worth Fire Station #32**
10201 White Settlement Road

Paid for by Foundations for the Future Committee

900 Bayberry Drive, FW 76137 (Mapsco: 36S)
4272 (FW/Water Board) Lake Patrol Headquarters,
501 Surfside Drive, FW 76135 (Mapsco: 45U)
4272 (White Settlement ISD) FW Fire Station 32,
10201 White Settlement Road, FW 76108 (Mapsco: 58X)
4276 (FW/Water Board) FW Fire Station 32,
10201 White Settlement Road, FW 76108 (Mapsco: 58X)
4276 (White Settlement ISD) FW Fire Station 32,
10201 White Settlement Road, FW 76108 (Mapsco: 58X)
4284 (FW/Water Board) FW Fire Station 13,
3333 Lea Crest Lane, FW 76135 (Mapsco: 46L)
4285 (FW/Water Board) Lake Patrol Headquarters,
501 Surfside Drive, FW 76135 (Mapsco: 45U)
4298 (FW/Water Board) Macedonia Missionary Bap-
st Church, 2712 S. Freeway, FW 76104 (Mapsco: 77J)
4290 (Haltom City) Haltom City Hall,
324 Broadway Ave., Haltom City 76117 (Mapsco: 50Y)
4328 (Haltom City) Haltom City Hall,
324 Broadway Ave., Haltom City 76117 (Mapsco: 50Y)
4340 (Water Board) Azle Elementary,
201 Church St., Azle 76020 (Mapsco: 29F)
4342 (FW/Water Board) Faith Lutheran Church,
551 Southwest Blvd., FW 76116 (Mapsco: 74W)
4343 (FW/Water Board) Overton Park United
ethodist Church, 5001 Briarhaven Road, FW 76109
(Mapsco: 89C)
4344 (FW/Water Board) Boulevard Heights School,
300 El Campo Ave., FW 76107 (Mapsco: 75E)
4345 (FW/Water Board) Middle Level Learning Cen-
r, 3813 Valentine St., FW 76107 (Mapsco: 75M)
4350 (FW/Water Board) S. Hi Mount Elementary,
301 Birchman Ave., FW 76107 (Mapsco: 75L)
4362 (Haltom City) Haltom City Hall,
324 Broadway Ave., Haltom City 76117 (Mapsco: 50Y)
4369 (FW/Water Board/White Settlement ISD)
FY Fire Station 32, 10201 White Settlement Road,
FW 76108 (Mapsco: 58X)
4370 (FW/Water Board) Southside Community Cen-
r, 959 E. Rosedale St., FW 76104 (Mapsco: 77K)
4371 (Water Board) Eagle Mountain Fire Hall,
10600 Live Oak Lane, Saginaw 76179 (Mapsco: 31C)
4373 (FW/Water Board) Lake Patrol Headquarters,
501 Surfside Drive, FW 76135 (Mapsco: 45U)
4374 (FW/Water Board) Parkview Elementary,
900 Bayberry Drive, FW 76137 (Mapsco: 36S)
4375 (FW/Water Board) Eagle Mountain Fire Hall,
10600 Live Oak Lane, Saginaw 76179 (Mapsco: 31C)
4394 (Water Board) Azle Elementary,
201 Church St., Azle 76020 (Mapsco: 29F)
4395 (Water Board) Azle Elementary,
201 Church St., Azle 76020 (Mapsco: 29F)
4397 (FW/Water Board) Azle Avenue Baptist Church,
201 Azle Ave., FW 76106 (Mapsco: 61C)
4410 (Haltom City) John D. Spicer Elementary, 4300
es Park Road, Haltom City 76137 (Mapsco: 36X)
4418 (Haltom City) Haltom City Hall,
324 Broadway Ave., Haltom City 76117 (Mapsco: 50Y)
4429 (FW/Water Board) FW Fire Station 13,
3333 Lea Crest Lane, FW 76135 (Mapsco: 46L)
4432 (FW/Water Board) Pilgrim Rest Missionary
tist Church, 960 E. Baltimore Ave., FW 76104
(Mapsco: 77P)
4434 (FW/Water Board) Diamond Hill-Jarvis High,
Maydell St., FW 76106 (Mapsco: 48Z)
4436 (FW/Water Board) Rosemont Middle School,
W. Seminary Drive, FW 76115 (Mapsco: 90L)
4452 (FW/Water Board) N. FW Baptist Church,
N. I-35 West, FW 76131 (Mapsco: 49C)
4454 (FW/Water Board) FW Fire Station 13,
3333 Lea Crest Lane, FW 76135 (Mapsco: 46L)
4456 (FW/Water Board) Mary Louise Phillips Ele-
ary, 3020 Bigham Blvd., FW 76116 (Mapsco: 74K)
4458 (FW/Water Board) Central Library,
W. 3rd St., FW 76102 (Mapsco: 76O)
4472 (FW/Water Board) Van Zandt-Guinn Elemen-
501 Missouri Ave., FW 76104 (Mapsco: 77F)
4473 (FW/Water Board) Trinity Terrace,
Texas St., FW 76102 (Mapsco: 76C)
4474 (FW/Water Board) Central Library,
W. 3rd St., FW 76102 (Mapsco: 76O)
4476 (FW/Water Board) Carter Park Elementary,
Broadus Ave., FW 76115 (Mapsco: 91L)
4478 (FW/Water Board) Jo Kelly School,
Bailey Ave., FW 76107 (Mapsco: 61Z)
4480 (FW/Water Board) Birchman Baptist Church,
Normandale St., FW 76116 (Mapsco: 73J)
4482 (White Settlement ISD) White Settlement Civic
8211 White Settlement Road, White Settlement
(Mapsco: 59X)
4484 (FW/Water Board) McLean 6th Grade School,
Hills Blvd., FW 76109 (Mapsco: 90A)
4486 (Water Board) N. FW Baptist Church,
I-35 W 76131 (Mapsco: 49C)
4488 (FW/Water Board) FW Fire Station 10,
emphill St., FW 76110 (Mapsco: 900)
4490 (FW/Water Board) Oakhurst Elementary,
oca Ave., FW 76111 (Mapsco: 63L)
4492 (FW/Water Board) Parkview Elementary,
yberry Drive, FW 76137 (Mapsco: 36S)
4494 (FW/Water Board) Trinity Baptist Church,
chill Road, FW 76114 (Mapsco: 61T)
4496 (FW/Water Board) R. D. Evans Community

By MELODY McDONALD
STAR-TELEGRAM STAFF WRITER

**FORT WORTH** — Two gang members have been sentenced to 20 years in prison for the fatal kicking and stomping of a homeless man in summer 2002 outside the former Ripley Arnold housing complex.

Taurean Lewis and Kevin Lewis, who are not related, struck a deal with prosecutors this week and pleaded guilty to murder in the July 31, 2002, attack on Donald Watkins.

Watkins, 39, died several hours after suffering 34 blows on his head.

Officials have said that four gang members stomped and beat Watkins, a drug addict, in front of a large crowd after he offered to buy crack cocaine and then smoked and ate the crack "rock" without paying.

In August, a jury found Demarcus Williams, 20, guilty of the murder and sentenced him to 50 years in prison. Taurean Lewis, 19, reached a plea bargain agreement with prose-cutors Wednesday and Kevin Lewis, 17, reached an agreement Friday.

The Lewises will not be eligible for parole until they serve at least 10 years.

The remaining co-defendant, Jake Hampton, 18, remains in Tarrant County Jail awaiting trial.

The Ripley Arnold complex has since been demolished to make way for RadioShack Corp.'s riverfront headquarters.

Melody McDonald, (817) 390-7386
mjmcdonald@star-telegram.com

## Charges filed in death of retired TCU professor

The Tarrant County district attorney's office filed capital murder charges Friday against two people accused of robbing and killing retired Texas Christian University professor Laura Lee Crane.

Edward Busby and Kathleen Latimer are accused of abducting Crane, 77, from a southwest Fort Worth supermarket parking lot and smothering her by wrapping her face in duct tape.

The suspects were arrested two days later while driving Crane's car in Oklahoma City.

Crane's body was found Tuesday in Oklahoma at the bottom of an Interstate 35 embankment about 50 miles north of the Texas border.

Other jurisdictions could also file charges against the pair, officials said.

## Plea deal is reached in 2001 shooting death

A 23-year-old man has been sentenced to 10 years in prison for fatally shooting a man during a gathering in October 2001 at an east Fort Worth home.

Donell Dewayne Dean, who was indicted on a murder charge, struck a deal with prosecutors this week and pleaded guilty to the lesser charge of manslaughter in the Oct. 25, 2001, shooting of Leon Turman.

Officials said Turman, 21,

# FORT WORTH Briefs

was shot in the chest during a fight outside the a residence in the 3700 block of Avenue I.

Authorities said Dean and two other men had a history of fighting and got into an altercation on that night.

Dean produced a gun about the same time Turman drove up, officials said.

Exactly what happened next is unclear, authorities said.

Witnesses said Dean shot Turman unprovoked. Other versions indicated that Dean was leaving when he heard shots fired so he pointed his gun back toward the direction of the gunshots and fired recklessly, striking Turman.

## Groups ask EPA to add counties to ozone list

A coalition of public health and clean-air advocacy groups is asking the federal Environmental Protection Agency to include Ellis and other regional counties on the list of those not meeting federal ozone standards.

In a two-page letter signed Friday by the American Lung Association of Texas, Fort Worth Audubon Society and eight other groups, they write that the counties surrounding Dallas-Fort Worth contribute to the Metroplex's ozone.

The letter is addressed to

EPA regional administrator Richard Greene.

The EPA has until April 15 to determine which counties don't comply, requiring them to take steps to lower emissions or face potentially stiff sanctions.

Ellis County officials have argued that the county does not significantly impact air quality in Dallas-Fort Worth. Rep. Joe Barton, R-Ennis, has lobbied publicly and behind the scenes against including his home county on the list.

## Federal judge rejects minister's challenge

A federal judge has rejected a Fort Worth minister's effort to challenge a state legal watchdog committee that is trying to stop him from acting as a lawyer.

U.S. District Judge Terry Means sent the lawsuit, filed by the Rev. Thomas Franklin, back to state court, saying he didn't find any federal issues.

The Texas Supreme Court's Unauthorized Practice of Law Committee is suing Franklin, saying he improperly represented his church, the New Mount Calvary Missionary Baptist Church, in a lawsuit about unpaid property taxes.

He also has been accused of trying to persuade an acquaintance to fire a lawyer and replace him with Franklin and another man.

Compiled from staff reports

A Positive Vote for the White Settlement ISD
Bond Election Ensures a Positive
Educational Future for ALL Kids in WSISD!

Service:
Category:
Supplemental Category:
Instructions: **2004Datatimes.exp**
Created: **February 7, 2004**
City:
Country:
Reference: **11210520**
Merlin ID: **7278059**
Copyright:
Copyright year: **0**
Keywords:
Library enhanced? **Yes**
Rights? **Yes**
Input Date: **03/12/2005**



DEFENDANT'S
EXHIBIT
13
NO. AC 929-05

### Arlington & Region Briefs

Source: *THE FORT WORTH STAR-TELEGRAM*
Saturday February 7, 2004
Edition: ARLINGTON, Section: Metro, Page 2B

ARLINGTON

Nominations sought for community service award

Nominations are being accepted for the 2004 STARS Awards, which honor community service.

Nominations for Man, Woman and Organization of the Year must be received by Feb. 27. Winners of the STARS -- Star-Telegram Awards Recognizing Service -- will be recognized at an April 2 luncheon at the Fort Worth Convention ballroom. Winners receive an award and $500 to donate to the nonprofit organization of their choice.

To obtain a nomination form or for more information, contact Faye Reeder at (817) 548-5432, e-mail her at freeder@star-telegram.com, or call customer service at (817) 548-5400.

Father, daughter dance to benefit Girl Scouts

Bring out the poodle skirts and penny loafers for tonight's '50s Style Father & Daughter Dance to benefit the Girl Scouts.

The dance is scheduled from 7 to 10 p.m. at Advent Lutheran Church, 3232 S. Cooper St. Tickets are $10 per person at the door. A disc jockey, food and drinks and door prizes will be among the attractions for dads and their daughters. Call (817) 987-3840.

FORT WORTH

Charges filed in death of retired TCU professor

The Tarrant County district attorney's office filed capital murder charges Friday against two people accused of robbing and killing retired Texas Christian University professor Laura Lee Crane.

Edward Busby and Kathleen Latimer are accused of abducting Crane, 77, from a southwest Fort Worth supermarket parking lot and smothering her by wrapping her face in duct tape.

The suspects were arrested two days later while driving Crane's car in Oklahoma City.

Crane's body was found Tuesday in Oklahoma at the bottom of an Interstate 35 embankment about 50 miles north of the Texas border.

Plea deal is reached in 2001 shooting death

A 23-year-old man has been sentenced to 10 years in prison for fatally shooting a man during a gathering in October 2001 at an east Fort Worth home.

Donell Dewayne Dean, who was indicted on a murder charge, struck a deal with prosecutors this week and pleaded guilty to the lesser charge of manslaughter in the Oct. 25, 2001, shooting of Leon Turman.

FORT WORTH | MANSFIELD | REGION | ARLINGTON

Star-Telegram (Saturday, February 7, 2004)

# Man found guilty in rape-slaying

*This article contains graphic and explicit language.*

**By KEVIN LYONS**
STAR-TELEGRAM STAFF WRITER

FORT WORTH — A second defendant has been found guilty of capital murder in the rape-slaying of a 28-year-old woman on Valentine's Day 2002.

Jurors took 83 minutes Friday to find former Army

**COURT** The former Army recruiter could be sentenced to die next week now that jurors have found him guilty of capital murder.

recruiter Cleve "Duke" Foster guilty of killing Nyanuer "Mary" Pal.

Foster faces the death penalty when the sentencing phase begins Monday in state District Judge Sharen Wilson's court.

Foster's co-defendant, Sheldon Ward of Haltom City, was convicted in May in Pal's death and is on Death Row.

Pal, a 28-year-old native of Sudan, met Ward and Foster on the evening of Feb. 13, 2002, at the now-closed Fat Albert's pool hall in west Fort Worth, witnesses testified.

When the pool hall closed at 2 a.m., bartender Deborah Lemeling testified, Pal walked out to Foster's truck and stood talking to the men. When Pal drove away, the men followed closely, Lemeling said.

The next day, two workers found Pal's nude body in a remote area near the 9800 block of Heron Drive. She had been raped and shot once above her right ear, investigators said.

Foster's semen was found on Pal's body, and the gun

used to kill her was found in the hotel room he shared with Ward.

Foster's defense attorneys, Rex Barnett and John Harding, tried to show that Ward acted alone in shooting Pal. They pointed to Ward's taped confession to homicide detectives in which he said that he and Foster drove back to their Haltom City motel after leaving the pool hall, and that he alone drove Foster's truck back to Pal's apartment and picked her up before killing her.

Defense attorneys also cited the testimony of Duane Thomas, who said Ward called him a week after the slaying and said that he had acted alone.

The defense tried to prove that Foster and Pal had consensual sex based on forensic evidence that showed no vaginal tearing or any marks on Pal's body indicating that she had been restrained.

Foster did not take the stand in his own defense.

"Sheldon Ward was the only person responsible for Mary Pal's death that night," Barnett said. "There is no evidence linking Cleve Foster to any illegal activity that night."

But prosecutors Ben Leonard and Lloyd Whelchel won the jury over with their presentation of forensic evidence and testimony from investigators who interviewed Foster and Ward after the slaying.

Semen from Foster and Ward was found on Pal's body, witnesses testified. Noting the way Pal's body was found, lead homicide detective John McCaskill testified that the 5-foot-6, 140-pound Ward could not have dumped the 5-6½, 147-pound Pal by himself. Foster is 6 feet, 225 pounds.

Investigators also testified that Ward made conflicting statements.

He told detectives that he drove Foster back to their hotel after leaving Fat Albert's, but he told Thomas that he followed Pal directly to her apartment after leaving the pool hall.

Witnesses testified that Foster was driving the truck as it left the pool hall. And Foster, in taped interviews with detectives, said that Ward had not driven his truck on the night of the murder.

"Ward was Cleve's patsy," Whelchel said. "You think [Foster] encouraged it? You better believe it. Cleve was right there with Sheldon every step of the way."

*Kevin Lyons, (817) 390-7675*
*kevinlyons@star-telegram.com*

# Mansfield honors nine with civic service awards

**By ROBERT CADWALLADER**
SPECIAL TO THE STAR-TELEGRAM

MANSFIELD — Busy volunteer Carole Stokes was awarded the Mansfield Chamber of Commerce's new Public Service Award at the annual chamber banquet Friday night.

Stokes was cited particularly for her work for the Mansfield Special Olympics, which included establishing a sports banquet for athletes and parents.

"She spends late-night hours and early-morning hours to accomplish her desires to have the best for each family in the Special Olympics," said Danny Boyer, past chamber president.

Mayor David Harry, who will not seek a third term, was named Citizen of the Year. Harry, who served as a Mansfield school trustee until he was elected mayor in 1998, was commended for his leadership during the city's tremendous growth the past several years.

Others honored at the banquet:

■ Debbie Kuennecke, Volunteer of the Year
■ Lucretia Mills, Woman of the Year
■ Michael Munroe, Shirley Kurenia Dedication to Service Award
■ Michael Eddleman, Ambassador of the Year
■ Melissa Stroud, Member of the Year
■ Medical Center of Arlington, Outstanding Business of the Year (more than 50 employees)
■ Mansfield Community Bank, Outstanding Business of the Year (50 or fewer employees)

## ARLINGTON & REGION
### Briefs

**ARLINGTON**

**Nominations sought for community service award**

Nominations are being accepted for the 2004 STARS Awards, which honor community service.

Nominations for Man, Woman and Organization of the Year must be received by Feb. 27. Winners of the STARS — Star-Telegram Awards Recognizing Service — will be recognized at an April 2 luncheon at the Fort Worth Convention ballroom. Winners receive an award and $500 to donate to the nonprofit organization of their choice.

To obtain a nomination form or for more information, contact Faye Reeder at (817) 548-5432, e-mail her at freeder@star-telegram.com, or call customer service at (817) 548-5400.

**Father, daughter dance to benefit Girl Scouts**

Bring out the poodle skirts and penny loafers for tonight's '50s Style Father & Daughter Dance to benefit the Girl Scouts.

The dance is scheduled from 7 to 10 p.m. at Advent Lutheran Church, 3232 S. Cooper St. Tickets are $10 per person at the door. A disc jockey, food and drinks and door prizes will be among the attractions for dads and their daughters. Call (817) 987-3640.

**FORT WORTH**

**Charges filed in death of retired TCU professor**

The Tarrant County district attorney's office filed capital murder charges Friday against two people accused of robbing and killing retired Texas Christian University professor Laura Lee

**Crane.**

Edward Busby and Kathleen Lattimer are accused of abducting Crane, 77, from a southwest Fort Worth supermarket parking lot and smothering her by wrapping her face in duct tape.

The suspects were arrested two days later while driving Crane's car in Oklahoma City.

Crane's body was found Tuesday in Oklahoma at the bottom of an Interstate 35 embankment about 50 miles north of the Texas border.

**Plea deal is reached in 2001 shooting death**

A 23-year-old man has been sentenced to 10 years in prison for fatally shooting a man during a gathering in October 2001 at an east Fort Worth home.

Donell Dewayne Dean, who was indicted on a murder charge, struck a deal with prosecutors this week and pleaded guilty to the lesser charge of manslaughter in the Oct. 25, 2001, shooting of Leon Turman.

Officials said Turman, 21, was shot in the chest during a fight outside the residence in the 3700 block of Avenue I.

Authorities said Dean and two other men had a history of fighting and put into an altercation on that night. Dean produced a gun about the same time Turman drove up, officials said.

Exactly what happened next is unclear, authorities said.

Witnesses said Dean shot Turman unprovoked. Other versions indicated that Dean was leaving when he heard shots fired so far pointed his gun back toward the direction of the gunshots and fired recklessly, striking Turman.

*— Compiled from staff reports*



**Crossroads CHRISTIAN CHURCH**

**SUNDAY SERVICES: 8:00 • 9:30 • 11:00**

- Contemporary Music
- Huge Awana Program
- Outstanding Youth Program
- Shuttle Parking Available
- Sunday School

**5200 SOUTH BOWEN ROAD, ARLINGTON**
(BETWEEN I-20 & GREEN OAKS)

Barry L. Cameron - Pastor

For more information: 817.557.2277

**Morgan Portable Cabins Cottages • Offices Ft Worth 817-293-4084**

**BRING YOUR NUMBER TO HAWK — THE CURE FOR BAD SERVICE!**

Talk to any Cingular customer NATIONWIDE with Mobile-to-Mobile

**10,600 Minutes $49.99 per mo.**

5000 Mobile-to-Mobile Minutes

**cingular** fits you best

**FREE 3 ROOM SYSTEM**

- America's Top 60 entertainment package
- Lifetime warranty
- HD pack
- FREE INSTALLATION UP TO 3 RECEIVERS

ADD UP TO 2 MORE TVS FOR ONLY $4.99 EACH PER MO.

**HAWK SATELLITE HOTLINE CALL 866-979-DISH**

**HAWK** (877) GET-HAWK

**care** (kâr) v. 1. well being 2. companionship 3. comfort

"My mom is happy, loves her suite, her friends and the care she receives. Knowing that she is happy and has quality of life gives me tremendous relief and peace of mind."
- Son of a Hearthstone resident

Synonymous with peace of mind, Hearthstone Assisted Living is the very definition of care—achieved on every level, every day. CALL TODAY about Veterans Benefits!

Other convenient locations to serve your needs:

Hearthstone at Garland 972.278.4004
Hearthstone at Bedford 817.283.6604
Hearthstone at Irving 972.659.6800
Hearthstone at Vista Ridge 972.315.1532

**Hearthstone** ASSISTED LIVING

at Arlington
4101 West Arkansas Lane
817.469.7671

www.hearthstoneassisted.com



**There's going to be a pop quiz!**

"Everything in life is a chance to learn," explained university professor Reggie Foxworthy. "I want my service to pass on the important lessons that I have learned in my life. There's even going to be a pop quiz at the funeral." Our Simplicity Plan prearrangement program allowed Reggie to plan every detail. Whether you want an elaborate ceremony or a traditional service, we'll work hard to make it memorable. We believe that every life is unique, and every funeral should be too. We celebrate life.

**Laurel Land • Laurel Land • Emerald Hills • Bluebonnet Hills**

Accepting preneed arrangements made with any other funeral home.

near the 9800 ron Dr... ...red and shot her right ear, said.

men was found y, ... the gun

The defense tried to prove that Foster and Pal had consensual sex based on forensic evidence that showed no vaginal tearing or any marks on Pal's body indicating that she had been restrained.

Foster did not take the stand in his own defense.

"Sheldon Ward was the only person responsible for Mary Pal's death that night," Barnett said. "There is no evidence linking Cleve Foster to any illegal activity that night."

But prosecutors Ben Leonard and Lloyd Whelchel won the jury over with their presentation of forensic evidence and testimony from investigators who interviewed Foster and Ward after the slaying.

Semen from Foster and Ward was found on Pal's body, witnesses testifed. Noting the way Pal's body was found, lead homicide Detective John McCaskill testified that the 5-foot-6, 140 pound Ward could not have dumped the 5-6½, 147-pound Pal by himself. Foster is 6 feet, 225 pounds.

Investigators also testified that Ward made conflicting statements.

He told detectives that he drove Foster back to their hotel after leaving Fat Albert's, but he told Thomas that he followed Pal directly to her apartment after leaving the pool hall.

Witnesses testified that Foster was driving the truck as it left the pool hall. And Foster, in taped interviews with detectives, said that Ward had not driven his truck on the night of the murder.

"Ward was Cleve's patsy," Whelchel said. "You think [Foster] encouraged it? You better believe it. Cleve was right there with Sheldon every step of the way."

Kevin Lyons, (817) 390-7675
kevinlyons@star-telegram.com

y, who served as a Mansfield school trustee until he was elect-

the Year (50 or fewer employees)

# ARLINGTON & REGION
## Briefs

### ARLINGTON

#### Nominations sought for community service award

Nominations are being accepted for the 2004 STARS Awards, which honor community service.

Nominations for Man, Woman and Organization of the Year must be received by Feb. 27. Winners of the STARS — Star-Telegram Awards Recognizing Service — will be recognized at an April 2 luncheon at the Fort Worth Convention ballroom. Winners receive an award and $500 to donate to the nonprofit organization of their choice.

To obtain a nomination form or for more information, contact Faye Reeder at (817) 548-5432, e-mail her at freeder@star-telegram.com, or call customer service at (817) 548-5400.

#### Father, daughter dance to benefit Girl Scouts

Bring out the poodle skirts and penny loafers for tonight's '50s Style Father & Daughter Dance to benefit the Girl Scouts.

The dance is scheduled from 7 to 10 p.m. at Advent Lutheran Church, 3232 S. Cooper St. Tickets are $10 per person at the door. A disc jockey, food and drinks and door prizes will be among the attractions for dads and their daughters. Call (817) 987-3840.

### FORT WORTH

#### Charges filed in death of retired TCU professor

The Tarrant County district attorney's office filed capital murder charges Friday against two people accused of robbing and killing retired Texas Christian University professor Laura Lee

Crane.

Edward Busby and Kathleen Latimer are accused of abducting Crane, 77, from a southwest Fort Worth supermarket parking lot and smothering her by wrapping her face in duct tape.

The suspects were arrested two days later while driving Crane's car in Oklahoma City.

Crane's body was found Tuesday in Oklahoma at the bottom of an Interstate 35 embankment about 50 miles north of the Texas border.

#### Plea deal is reached in 2001 shooting death

A 23-year-old man has been sentenced to 10 years in prison for fatally shooting a man during a gathering in October 2001 at an east Fort Worth home.

Donell Dewayne Dean, who was indicted on a murder charge, struck a deal with prosecutors this week and pleaded guilty to the lesser charge of manslaughter in the Oct. 25, 2001, shooting of Leon Turman.

Officials said Turman, 21, was shot in the chest during a fight outside the a residence in the 3700 block of Avenue L.

Authorities said Dean and two other men had a history of fighting and got into an altercation on that night. Dean produced a gun about the same time Turman drove up, officials said.

Exactly what happened next is unclear, authorities said.

Witnesses said Dean shot Turman unprovoked. Other versions indicated that Dean was leaving when he heard shots fired so he pointed his gun back toward the direction of the gunshots and fired recklessly, striking Turman.

— Compiled from staff reports

# There's going to be a pop quiz!

2A | www.star-telegram.com

Star-Telegram | Saturday, February 7, 2004

Star-Telegram

To subscribe or report a delivery problem, dial
(817) DEL-IVER (335-4837) or
(800)776-STAR (7827) or
go to www.star-telegram.com
and click on SUBSCRIBE/RENEW and select
DELIVERY COMMENTS.

# News 2 Use

## YOUR DAILY GUIDE TO HELPFUL INFORMATION

### TRAVEL

## Despite currency's slide, thrifty travelers can still afford Europe

## Stretching dollars




It's growing costlier to visit the Continent, thanks to the speedy slide of the dollar against the euro, the currency used in 12 Western European countries. Americans' pocketbooks are getting pounded by the British pound, too.

The dollar is worth about 30 percent less against the euro and 20 percent less against the British pound than it was two years ago. Its slide has accelerated in the past six months, and experts don't see a turnaround soon.

But with the right strategies, you can minimize the damage and enjoy a European vacation:

■ Go now. You'll save on the airfare at least. This is the slow time of year for the airlines, and you'll usually find the lowest trans-Atlantic fares if you can travel by March 31.

If you're determined to fly in the busy summer season, wait to book until around Easter, when summer fare sales typically begin. Be forewarned, though: Although observers believe that the weak dollar may discourage travel, several signs suggest otherwise. Summer fliers who waited last year lost out on bargains as seats filled.

■ Book an air-hotel package, tour or cruise. You save with these because the big companies that operate them get volume discounts and typically locked in their prices months ago, when the dollar was worth more. Many also bought foreign currency then as a hedge against unfavorable exchange rates. Another bonus: Most cruises and some tours include meals, sparing you sticker shock at restaurants.

■ Buy rail passes or take low-cost carriers. Many European rail passes are the same price this year as last. Log on to www.raileurope.com for details. For traveling within Europe, check out the growing number of low-fare airlines, such as Ryanair, www.ryanair.com, and EasyJet, www.easyjet.com. Another way to save is to rent a car with friends or family members; this can be cheaper than going solo or as a couple on trains or planes.

■ Live like a local. Drink tea in London and beer in Germany. Locally popular drinks and food usually are cheaper. Drop into a grocery store and buy provisions for a picnic lunch. As you do at home, you save by serving yourself.

■ If you're really focused on saving, don't go to Europe. Try China, Mexico or Singapore, which are among the relatively few countries where the dollar has held steady or gained in the past year.

SOURCE: Los Angeles Times

### WEIGHT LOSS

## Nibble away at calories



Looking for a way to eat healthier and maybe drop some weight as well?

The Clemson Extension Service offers these 10 ways to pare 100 calories from your daily diet:

■ Swap an 8-ounce regular soft drink for a diet soda.

■ Use a teaspoon of mustard or ketchup or 1 tablespoon of fat-free mayonnaise instead of 1 tablespoon of regular mayo.

■ Split a small order of fries with a friend.

■ Pedal an exercise bike for 13 minutes each day.

■ Walk briskly for 22 minutes each day.

■ Clean the house at a fast pace for 25 minutes.

■ Top toast with 2 teaspoons of apple butter instead of 2 teaspoons of butter and walk for 11 minutes.

■ Skip two coffee creamers in your coffee and walk for 15 minutes.

■ Eat five fewer potato chips and walk for six minutes.

■ Eat a quarter-cup less spaghetti with tomato sauce and walk for 11 minutes.

SOURCE: The State (Columbia, S.C.)

TODAY'S OBITUARIES

ARLINGTON AREA
Pages 12-13B
Cole, Rosa, 89, Arlington
Jones, Opal Lovejoy, 91, Arlington
McCharen, Joe, Arlington
ELSEWHERE
Pages 12-13B
Alexander, Katherine, 71, Winfield, Ala.
Baxter, Charles, 69, Dallas
Bradley, Larry, 52, Mineral Wells
Campbell, George, 81, Hurst
Deckard, Walter, 73, Fort Worth
Drinkard, Donald, 69, White Settlement
Hunter, John Jr., 84, Fort Worth
Isom, Eleanor, 72, Chico
Jackson, Ebony Williams, 19, Fort Worth
Jackson, Gladys, 72, Fort Worth
McClain, Jeanette, 65, Joshua
McNeal, Marilyn, 40, Fort Worth
McReynolds, Charlene Jones, 76, Granbury
Moore, Royce, 73, Jacksboro
Mosley, Larry Joe II, infant, Fort Worth
Nance, Dorothy, 78, Cleburne
Owen, William, 84, Jacksboro
Parum, Joyce, 76, Hurst
Patton, Paul Sr., 82, Grapevine
Perales, Federico, 58, Fort Worth
Stallings, William, 74, Bedford
Steen, James, 82, Haltom City
Wilcox, Anne Muriel, 89, Springtown
Woody, Samuel, 91, Haltom City
Yinger, Carma, 78, Humble

Results appear today on 3A.

Star-Telegram Operating, Ltd.
>KNIGHT RIDDER<

SMALLTALK

OCCASIONAL QUICK TAKES

THE ASSOCIATED PRESS

SALT LAKE CITY — You might not be able to blame that fast-food restaurant for your own super size, at least not in Utah.

A proposed Senate bill would shield Utah restaurants from lawsuits filed by people who claim the restaurant's food made them fat.

"It's becoming a national trend and there's a potential it could occur here in Utah," said sponsor Sen. Howard Stephenson.

Nationally, no plaintiff has ever succeeded in obesity-related claims against restaurants.

### RECALLS

**Product:** Wet/dry vacuums, manufactured by Emerson Tool Co.

**Hazard:** The exhaust blower ports are large enough for a small child to reach inside and touch the spinning blower wheel, posing the risk of cuts.

**Description:** The recall involves Craftsman 16-gallon and RIDGID 12- and 16-gallon wet/dry vacuums.

Sold at: Home Depot stores and Ridge Tool distributors nationwide from March 1999 through October 2002 and Sears Roebuck & Co. stores nationwide from September 1998 through October 2002 for between $70 and $300.

**What to do:** Contact Emerson to request a free insert. The insert is installed into the blower port to eliminate the hazard. Phone: (800) 359-0179. Web site: www.wetdryvacrecall.com

**Product:** Dura Procraft outdoor extension cords, distributed by Family Dollar Services and manufactured and imported by Royal United Corp.

**Hazard:** Electric shock or electrocution.

**Description:** The 25-foot green cords are sold in blue and black packaging. An Underwriters Laboratories' label is attached to the cord showing code "E-174825." The item's UPC number is 0 74972 01025 1, and is on the back of the package in the lower right-hand corner.

Sold at: Family Dollar Stores nationwide from June through November for $3.

**What to do:** Return the cords to any Family Dollar Store for a refund. Phone: (800) 682-0091.



**Product:** John Deere 4000 Ten Series compact utility tractors, manufactured by Deere & Co.

**Hazard:** An internal failure may occur within the hydrostatic transmission preventing the transmission from returning to neutral after the pedals are released. This can allow unexpected movement or cause the tractor to continue moving, creating a possible risk of injury to the operator or a bystander.

**Description:** The following model and serial numbers can be found on the serial number plate on the tractor frame:

Model serial range
4210 CUT HST LV4210H220677 through LV4210H221025
4310 CUT HST LV4310H232267 through LV4310H233636
4410 CUT HST LV4410H241367 through LV4410H241821
4610 CUT HST LV4610H260774 through LV4610H260706
4710 CUT HST LV4710H270806 through LV4710H271286

Sold at: Authorized John Deere dealers nationwide and in Canada from April 2001 to August 2003 for between $18,000 and $27,000.

**What to do:** Stop using the tractors immediately and contact a John Deere dealer for a free repair. Phone: (800) 537-8233. Web site: www.johndeere.com

SOURCE: www.cpsc.gov

TOMORROW IN NEWS 2 USE

## Fraud alert

BBB warns of ongoing insurance scams

### TIME MANAGEMENT

## Take five



Got five minutes? Whether you're waiting to pick up your child from soccer, ballet or whatever, Parenting magazine suggests five things you can do in five minutes:

■ Call a friend on your cellphone and catch up on gossip.

■ Tweeze your eyebrows.

■ Turn on the radio, recline the seat, shut your eyes and let the music wash over you.

■ Do a crossword puzzle.

■ Ease neck stress: Slowly roll your head from left to center, then right. Repeat from right to left.

SOURCE: The Wichita Eagle

### PERSONAL FINANCE

## Mutual fund prospectus offers wealth of information

A mutual fund prospectus can be a valuable source of information for a particular fund or to evaluate its performance relative to other funds.

A prospectus is a legal document that must adhere to rigorous standards set forth by the Securities and Exchange Commission. Accordingly, it is an excellent source for unbiased information, presented objectively and consistently.

The information in a mutual fund prospectus includes:

■ Performance data – selected per-share data including net asset value and total return for different time periods since the fund's inception.

■ Minimum investments – for initial and subsequent investments.

■ Investment objectives – with fund goals clearly defined. (Be sure the fund's objective matches your objective).

■ Investment policies – the general strategies of the fund and what types of investments it can make.

■ Risk factors – descriptions of the risks associated with investments in the fund.

■ Tax information – among other information, an indication of distributions are to be treated as dividend income or capital gains.

■ Fees and expenses – including all sales and management fees; also a display of what impact those fees and expenses would have on a hypothetical investment over time.

Make sure the prospectus you're using is up to date; the SEC requires that prospectuses be updated at least annually. Prospectuses are available free from mutual fund companies, brokers or registered representatives. Be sure to read the prospectus and ask questions about anything in it that you are not sure about before investing.

SOURCE: Derrick Kinney, CFC, senior financial adviser, American Express Financial Advisors, Arlington

house at a fast pace for 25 minutes.

■ Top toast with 2 teaspoons of apple butter instead of 2 teaspoons of butter and walk for 11 minutes.

■ Skip two coffee creamers in your coffee and walk for 15 minutes.

■ Eat five fewer potato chips and walk for six minutes.

■ Eat a quarter-cup less spaghetti with tomato sauce and walk for 11 minutes.

SOURCE: *The State*
(*Columbia, S.C.*)

ART TODAY

...inutes?

...ou're waiting

...r child from

...or whatever, *Par-*

...ne suggests five

... do in five min-

...nd on your cell-

...ch up on gossip.

...our eyebrows.

...he radio, recline the

... eyes and let the

...er you.

...sword puzzle.

... s: Slowly

...from left to

...ht. Repeat

...ft.

*...e Wichita*

*Eagle*

## Star-Telegram Operating, Ltd.
### ›KNIGHT RIDDER›

400 W. Seventh St., Fort Worth, Texas 76102
3201 Airport Freeway, Suite 108, Bedford, 76022
1111 W. Abram, Arlington, 76013

**TO SUBSCRIBE** or to report a delivery problem, dial (817) DEL-IVER (335-4837). Outside Tarrant County call toll-free (800) 776-STAR (-7827).

**DELIVERY INFORMATION**

| | |
|---|---|
| Monday-Friday | 5 a.m.-5 p.m. |
| Saturdays & holidays | 6:30 a.m.-noon |
| Sundays | 6:30 a.m.-2 p.m. |
| RETAIL ADS | (817) 390-7765 |
| CLASSIFIED ADS | (817) 332-3333 |
| Outside Tarrant County call toll-free | (800) 222-3978 |
| Monday-Wednesday | 7:30 a.m.-6 p.m. |
| Thursday-Friday | 7:30 a.m.-7 p.m. |

**CUSTOMER SERVICE AND BACK ISSUES**

| | |
|---|---|
| Arlington (817) 548-5400 | Monday-Friday 8 a.m.-5 p.m. |
| Downtown (817) 390-7761 | Monday-Friday 8 a.m.-5 p.m. |
| Northeast (817) 685-3800 | Monday-Friday 8 a.m.-5 p.m. |
| PHOTO SALES | (817) 390-7743 |
| Monday-Friday | 9 a.m.-4 p.m. |

**SINGLE COPY PRICES:** Daily, 50¢; Sunday, $1.50

| Home Delivery | Mo. | Yr. | U.S. Mail(Mo.) |
|---|---|---|---|
| Daily/Sunday | $15 | $168 | $31 |
| Daily Only | $13 | $144 | $26 |
| Weekend Only (3-day weekend package and 11 holiday issues*) | $13 | $144 | N.A. |
| Sunday Only | $11 | $120 | $23 |

*New Year's Day, Martin Luther King Day, Presidents' Day, Race Day, Memorial Day, Independence Day, Football Preview, Labor Day, Election Day, Veteran's Day, and Thanksgiving Day where applicable).

All prices include sales tax and postage. Mail prices are for the U.S. and its possessions; foreign rates available upon request. Advance payment required.

Star-Telegram customers may use their Internet accounts to communicate with customer service representatives.Write to us at paper@star-telegram.com. When appropriate, e-mail may be forwarded to other newspaper staff members.

For guaranteed same-day delivery of missed copies in Tarrant County, please call by noon, seven days a week. Our mission is to provide subscribers with the best possible delivery service. Should we be unable to resolve a subscription problem to your satisfaction, call Weldon Whiteman, Vice President/Circulation, at (817) 215-2218.

The Fort Worth Star-Telegram (USPS 206-260) is published daily. Periodical postage paid at Fort Worth, Texas. Postmaster: Send address changes to Fort Worth Star-Telegram, PO Box 1870, Fort Worth, Texas 76101.

Circulation: 236,917 daily; 329,739 Sunday.
Readership: 590,400 daily; 847,090 Sunday.

# SMALLTALK

## OCCASIONAL QUICK TALES

### THE ASSOCIATED PRESS

SALT LAKE CITY — You might not be able to blame that fast-food restaurant for your own super size, at least not in Utah.

A proposed Senate bill would shield Utah restaurants from lawsuits filed by people who claim the restaurant's food made them fat.

investigation into the tre...
vicewomen in the Gulf...
report sexual assaults...
comrades-in-arms, the...
Friday.

"I am concerned about...
regarding allegations of sex...
service members deploy...
Kuwait," Rumsfeld wrote...
David Chu, the Pentagon's...
for personnel and readines...

"Sexual assault will not...
the Department of Defense...





SAL...
*COUPON DISCOUNT IS 10...
SPORTCOATS & DR...
Coupon cannot be combin...

Officials said Turman, 21, was shot in the chest during a fight outside the a residence in the 3700 block of Avenue I.

Authorities said Dean and two other men had a history of fighting and got into an altercation on that night. Dean produced a gun about the same time Turman drove up, officials said.

Exactly what happened next is unclear, authorities said.

Witnesses said Dean shot Turman unprovoked. Other versions indicated that Dean was leaving when he heard shots fired so he pointed his gun back toward the direction of the gunshots and fired recklessly, striking Turman.

Photo Caption:

Filename: **010408XB0020207RB01-953003.txt**

Service:
Category:
Supplemental Category:
Instructions: **2004Datatimes.exp**
Created: **February 7, 2004**
City:
Country:
Reference: **11210538**
Merlin ID: **7278089**
Copyright:
Copyright year: **0**
Keywords:
Library enhanced? **Yes**
Rights? **Yes**
Input Date: **03/12/2005**

DEFENDANT'S
EXHIBIT
NO. *14*
*BC 429-05*
PENGAD 800-631-6989



**Obituaries**

Source: _THE FORT WORTH STAR-TELEGRAM_
Friday, February 6, 2004
Edition: FINAL, Section: Metro, Page 8B

Charles Atterbury

FORT WORTH -- Charles Atterbury, 55, died Sunday, Feb. 1, 2004, at a local hospital.

He was born in Portland, Ore., in 1948 and came to Texas with his wife in 1973. He was a machinist for Martin Sprocket and Gear and had several very close friends in the Fort Worth area.

Survivors: Son, Charles Edward Atterbury; stepdaughter, Stacy Ridgeway Webster; former wife, Carol Atterbury; and brother, Jimmy Atterbury.

Alpine Funeral Home

2300 N. Sylvania, (817) 834-4116

Orvie L. Beck

GODLEY -- Orvie L. Beck, 76, a retired warehouse manager, died Wednesday, Feb. 4, 2004, in Cleburne.

Memorial service: 10 a.m. Saturday at The First Baptist Church of Keller, 225 Keller Pkwy., Keller, Dr. David W. King officiating.

Orvie L. Beck lost his battle with cancer on Wednesday, Feb. 4, 2004, in Cleburne. Orvie was born June 10, 1927, in Fort Worth, the son of Oscar and Bertha Beck. He was a former 26-year resident of Keller and was a member of The First Baptist Church of Keller.

Survivors: Brothers, W.D. Beck and wife, Nina, of Godley, Robert Beck of Roxton and Wallace Ray Beck and wife, Marilyn, of Pensacola, Fla.; 11 nieces and nephews; 25 great-nieces and great-nephews; and 16 great-great nieces and great-great-nephews.

Crosier-Pearson-Mayfield Funeral Home

Cleburne, (817) 645-4311

Annie Louise Beesley

MANSFIELD -- Annie Louise Beesley, 92, a homemaker, died Thursday, Feb. 5, 2004, at a Mansfield nursing center.

Funeral: 1 p.m. Saturday at Trinity Baptist Church, Fort Worth. Burial: Nevada Cemetery, Nevada, Texas. Visitation: 6 to 8 p.m. Friday at Davis Funeral Chapel.

Annie Louise Beesley was born July 12, 1911, in Josephine. She was a member of Trinity Baptist Church for 60 years and was honored for her service to the children of the church. She was preceded in death by her husband, Ted Arthur Beesley.

Survivors: Sons, Bobby J. Beesley and James L. Beesley; daughter, Dorothy Louise Faulkner; brother, Alton Joe Hunt; sisters, Vera Kindle, Mary Lois Perkins and Melba Moseley; grandchildren, Lynette Phelps, Tammy Schuster, Daren Gann and Anthony, Chris and Danny Beesley; great-grandchildren, Charles Phelps, Ashley Phelps, Conrad Schuster, Jennifer Warden, Steven Warden, Whitney Gann and Joseph, Zachary and Jacob Beesley.

Davis Funeral Chapel

6428 Brentwood Stair Road, (817) 429-3441

Jerome Thomas Betts

GRANBURY -- Jerome Thomas Betts, 59, a music entertainer, died Wednesday, Feb. 4, 2004, in Glen Rose.

Funeral: 2 p.m. Sunday in Wiley Funeral Home Chapel, Granbury. Private family graveside service: Moore Memorial Gardens Cemetery in Arlington. Visitation: 6 to 8 p.m. Saturday at the funeral home.

Survivors: Wife, JoAnn; son; Jeremy; daughter, Danae; stepson, Mike; stepdaughter, Magan; grandson, Nate; two brothers; and five sisters.

Wiley Funeral Home

Granbury, (817) 573-3000

Ed C. Branham

FORT WORTH -- Ed C. Branham, 90, passed away Wednesday, Feb. 4, 2004.

Funeral: 11:30 a.m. Saturday in Greenwood Chapel. Burial: Greenwood Memorial Park.

Ed was born Jan. 11, 1914, in Fort Worth. He was a member of Riverside Masonic Lodge #1194 and Moslah Shrine Temple. He served as president of Texas Ice & Refrigeration until his retirement. He enjoyed music, outdoor cooking and swimming.

Survivors: Daughters, Judith Jones and her husband, Ron, and Peggy Miller; grandsons, Greg Jones and his wife, Eileen, Jeremy Medlock; great-grandsons, Christian and Nicholas Jones; sister, Jane Holder; and his special friend, Margaret Gillentine.

Greenwood Funeral Home

3100 White Settlement Road, (817) 336-0584

Samuel Thomas Bullion

SPRINGTOWN -- Samuel Thomas Bullion, 76, a minister of the Gospels, went to be with the Lord Tuesday, Feb. 3, 2004, at home in Springtown.

Funeral: 10 a.m. Saturday, Feb. 7, at Cornerstone Community Church. Burial: Springtown Cemetery. Visitation: 6 to 8 p.m. Friday at White's Funeral Home .

The Rev. Samuel Bullion was born Oct. 31, 1927, to Claude and Hessie Smith Bullion in Dover, Ohio. He was a former pastor of the International Foursquare Gospel Churches for 52 years and a former employee of General Motors for 37 years. The Rev. Bullion was a member of the Cornerstone Community Church. He was preceded in death by his son, Thomas W. Bullion.

Survivors: Wife, Naomi Tisdale Bullion; daughter, Sandra Jean Snoddy and husband, Dean; sons, Dennis Bullion and wife, Theresa, Samuel D. Bullion and wife, Karen, and David Bullion and wife, Lisa; grandchildren, Brian, Heather, Danielle, Crystal, Jonathan, Shelby and Trent; and great-grandchildren, Logan, Bryce and Brandon.

White's Funeral Home

George Campbell

HURST -- George Campbell, 81, a retired social worker, died Thursday, Feb. 5, 2004, in Hurst.

Funeral: 2 p.m. Saturday at Bluebonnet Hills Memorial Chapel. Burial: Bluebonnet Hills Memorial Park. Visitation: 6 to 8 p.m. Friday at the funeral home.

George Campbell was born July, 1 1922, in Dodge City, Kan., the son of Ralph and Matilda Campbell. He was a member of the Church of Christ. He graduated from Dodge City High School, and attended pharmarcy school at Dodge City Junior College prior to enlisting in the Navy in 1942. He served as a chief pharmacist mate and was honorably discharged in 1946, after 46 months of service. He continued his studies at the University of Kansas where he received a bachelor's degree in personnel administration. He was a member of the National Association of Social Workers and during college was elected to Sinfonia, an honorary music fraternity. He earned a master of social work degree in 1952, at Kansas University. Mr. Campbell began his career in social work at the V.A. hosptial in Kansas City, Mo. as a psychiatric social worker and clinical social worker. In 1959, be was employed by Christ's Haven for Children in Keller, and was instrumental in gaining its Texas license for adoption and foster care. He later was employed by Christian Homes of Abilene, where he was instrumental in obtaining Texas license for adoption, foster care and maternity program. He joined the licensing staff at Texas Dept. of Human Service, Austin, in 1969, and retired in 1986, with the same department, and was registered assistant pharmacist in Colorado. During college at Kansas University, he met and married Pearl Clothier in 1947. He was preceded in death by his parents; brothers, Robert and Dick; and a sister Harriett.

Survivors: Wife, Pearl; sons, Stephen and wife, Donna Campbell, Paul and wife Becky; grandchildren, Jeffrey Campbell, Scott Campbell, Kevin Campbell and wife, Sarah, Jodie Campbell; sister Nina Carr of Kansas; and numerous nieces and nephews.

Bluebonnet Hills Funeral Home

Colleyville, (817) 498-5894

Charline A. Carleton

STEPHENVILLE -- Charline A. Carleton, 77, died Wednesday, Feb. 4, 2004, at a Fort Worth hospital.

Funeral: 10 a.m. Saturday in Lacy Funeral Home Chapel. Burial: Gardens of Memory Cemetery. Visitation: 7 to 9 p.m. Friday at Lacy Funeral Home.

Survivors: Daughter and son-in-law, Roy Lynne and Kelly Mason; stepsons, Bert Carleton Jr., Phillip D. Carleton and Bruce Carleton; and grandchildren, Christopher Mason, Sarah Mason and Missy Carleton.

Lacy Funeral Home

Stephenville, (254) 968-2102

Rolla Duane Cole

BURLESON -- Rolla Duane Cole, 89, a retired world-renowned aerobatic pilot, passed away Tuesday, Feb. 3, 2004, at a Fort Worth care center.

Funeral: 2 p.m. Sunday in Mountain Valley Chapel. Burial: Laurel Land Memorial Park, Fort Worth. Visitation: 7 to 9 p.m. Saturday at Mountain Valley Funeral Home.

Memorials: The family would appreciate memorials to The Duane Cole Memorial Fund, 731 NW Tarrant, Burleson, Texas 76028.

Duane was born April 1, 1914, in Toulon, Ill., the son of Rolla Henry and Mable Loesch Cole. He married the former Julia Marie Hippe on Nov. 22, 1937, in San Bernardino, Calif. He always called her Judy. During the war, he taught military pilots in California.

In 1946, Duane, with three of his brothers, Arnold, Lester and Marion, started the Cole Brothers Airshow. Duane was a founding member of the Experimental Aircraft Association, as well as the Reno Air Races. He won the National Aerobatic Championship twice and was on the first American team to fly in Europe.

He published eight books and produced three videotapes on aviation. His son Rolly flew in the airshow with his mother, Judy, who rode the wing. His son John announced the airshow and daughter, Karen, was there for moral support. His son Rolly preceded him in death Aug. 3, 1963.

Duane and Judy lived in a care facility for the past year and a half, both with progressive Alzheimer's disease. Duane passed quietly and quickly at 6:20 a.m. Tuesday.

Survivors: His wife of 66 years, Judy Cole, of Burleson; son, John Cole of San Francisco, Calif.; daughter, Karen Allard and husband, Charles, of Burleson; brothers, Marion Cole of Shreveport, La., and Lester Cole of Phoenix, Ariz.; sister, Bernice Booker of Peoria, Ill.; granddaughter, Judy Martin; and great-grandchildren, Nicole Martin and Alexandra Martin, all of Carlsbad, N.M.

ountain Valley Funeral Home

Burleson, (817) 517-5995

**Laura Lee Grogan Crane**

FORT WORTH -- Laura Lee Grogan Crane, 77, director emeritus of Starpoint School, TCU, passed away Friday, Jan. 30, 2004.

Funeral: At Laura Lee's request, her funeral will be private. A memorial reception will be held 5 to 7 p.m. Friday at Colonial Country Club.

Memorials: Charity of one's choice, or the Laura Lee Crane Scholarship Fund, in care of Donor Relations, Box 297044, TCU, Fort Worth, Texas 76129.

Laura Lee was born July 13, 1926, in Fort Worth, the daughter of Dr. Roy Lee and Verna Lee Grogan. She graduated from Paschal High School and received a bachelor of fine arts degree from Sweet Briar College and a master of arts from Texas Christian University. Her entire career was devoted to children with learning disabilities and special needs. She authored a nationally recognized reading program for LD students. She served on the founding faculty of Starpoint School and for over 20 years as its director. She was formerly a member of the Assembly Fort Worth Woman's Club and the Fort Worth Junior League.

Survivors: Husband of 55 years, Meade B. Crane; son, Meade Crane II of Seattle, Wash.; and daughters, Julia Lee Wood and husband, Samuel T. Wood, of Alexandria, Va., and Allen Crane Walker and her children, Jennifer and John of Dallas.

Greenwood Funeral Home

3100 White Settlement Road, (817) 336-0584

Donald Ray Crawford

OLNEY -- Donald Ray Crawford, 73, a retired restaurant employee, died Thursday, Feb. 5, 2004, in Olney.

Graveside service: 2 p.m. Sunday in Westover Cemetery. Visitation: 7 to 8 p.m. Saturday at Lunn Funeral Home.

Memorials: Methodist Children's Home, Waco, Texas.

Don was a U.S. Army veteran.

Survivors: Sister, Nevelyn Alexander; brothers-in-law, Bill Alexander and Frank Anderson; six nieces; and two nephews.

Lunn Funeral Home

Olney, (940) 564-5533

Rufus H. "Jud" Cunningham

ARLINGTON -- Rufus H. "Jud" Cunningham, 80, a retired Sante Fe Railway switchman, passed away Wednesday, Feb. 4, 2004, in Arlington.

Graveside service: 1 p.m. Saturday in Parkdale Cemetery in Arlington. Visitation: 6 to 8 p.m. Friday at Arlington Funeral Home.

Jud was a member of the 27th Fighter Group of the 522nd Fighter Squadron during World War II. He had a degree in sociology from East Texas State in Commerce.

Survivors: Daughter, Sheila Penney and husband, Dayle, of Arlington; sons, David W. Cunningham and wife, Tammy, of Grandview and James R. Cunningham and wife, Vickie, and William L. Cunningham, all of Arlington; seven grandchildren; five great-grandchildren; brother, Aubrey Cunningham of Dallas; and sister, Sybil Shires of Paris, Texas.

Arlington Funeral Home

1221 E. Division St. (817) 548-1791

"Violet" Eagan

FORT WORTH -- Winlfred "Violet" Gover Eagan, 86, passed away early Friday, Jan. 30, 2004, at home.

Funeral: 3:30 p.m. Saturday at Greenwood Chapel. Burial: Greenwood Memorial Park. Visitation: 5 to 7 p.m. Friday at Greenwood Funeral Home.

Greenwood Funeral Home

3100 White Settlement Road, (817) 336-0584

Viona "Mur" Eary

FORT WORTH -- Viona "Mur" Eary, 78, a homemaker, passed away Wednesday, Feb. 4, 2004, at a Fort Worth hospital.

Graveside service: 1 p.m. Saturday in Mount Olivet Cemetery. Immediately following the service, there will be a gathering of family and friends.

Memorials: In lieu of flowers, the family requests donations be made to American Cancer Society.

Viona was born Jan. 6, 1926, in Breckenridge. During lung cancer surgery, VI suffered a severe stroke. A week later she died peacefully, surrounded by her family. One of the great joys in her life was creating beautiful needlework to share with her family and friends. She was a wonderful friend, loving mother, sister and an adoring grandmother. She will be missed. Vi was preceded in death by her husband, William T. Eary.

Survivors: Daughters, Martha Bell of Saginaw and Kathi Sloan and husband, Larry, of Long Beach, Calif.; brother, Sidney Hardaway of Fort Worth; sisters, Lillian Hardaway and Helen Brisendine, both of Lake Jackson; grandson, Timothy Murphy of College Station; and numerous nieces and nephews.

Mount Olivet Funeral Home

2301 N. Sylvania Ave., (817) 831-0511

ercedes Ruiz Garcia

HURST -- Mercedes R. Garcia passed away Friday, Jan. 30, 2004, in Sugar Land.

Graveside service: 11 a.m. Saturday, Feb. 7, in Mount Olivet Cemetery, 2301 N. Sylvania, Fort Worth.

Mercedes was born in Salvatierra, Mexico, on Sept. 24, 1918. She grew up in Laredo and Fort Worth, and lived in Hurst over 30 years. She graduated from Texas Wesleyan College in Fort Worth with a BA. She later earned an MA from Texas Christian University in Spanish language and literature. Her lifelong passion was centered around education and teaching. She taught in public schools in West Texas, Fort Worth and Hurst-Euless-Bedford. She taught Spanish at TCU and Tarrant County Junior College. After she retired, Mercedes taught in the seniors program at TCJC as a volunteer.

Mercedes was a longtime member of AAUW, serving as president of the Fort Worth chapter in the late 1970s and was chosen as the AAUW Texas State Woman of the Year in 1978. She was also a member of National Education Association, Delta Kappa Gamma and Phi Sigma Iota. Locally, she was also active in Common Cause and in Hurst as a member of the Volunteer in Action program.

She was preceded in death by her husband of 56 years, Jesse Garcia.

Survivors: Daughter, Irene Korotev and her husband, David, of Blue Springs, Mo.; son, Joe Garcia and wife, Maureen; and grandchildren, Whitney and Grayson of Houston.

Miller Funeral Services

Houston, (713) 981-1184

Elsie Graves

GRANDVIEW -- Elsie Graves, 91, died Thursday, Feb. 5, 2004, at a local nursing home.

Funeral: 2 p.m. Saturday at Grandview First United Methodist Church, the Rev. Landy Senter officiating. Burial: Grandview Cemetery.

Survivors: Son, Edmond Irwin and wife, Ann; daughter, Nancy Sue Vaughan and husband, Gene; five grandchildren; nine great-grandchildren; seven great-great-grandchildren; brothers, Roy and H.D. Tackett; and sisters, Jean Martin, Mary Harrell and Joyce Nichols.

Case 4:09-cv-00160-O   Document 126-17   Filed 05/04/26   Page 79 of 519   PageID 11890

Star-Telegram | Friday, February 6, 2004

## FEB 6 2004

# UTA team's legal skills supreme

By JOHN AUSTIN
STAR-TELEGRAM STAFF WRITER

ARLINGTON — No argument here: The University of Texas at Arlington can boast the nation's best moot court team and top individual speaker.

One of the university's two-person squads proved that it rules the courtroom when Mark Melton and Andrew Stubblefield won the national championship on a unanimous decision at the National Moot Court Competition staged last weekend in Arlington.

Melton and Stubblefield also talked their way into two $2,500 scholarships. Stubblefield was chosen the best advocate.

It was UT-Arlington's first national moot court title.

"This is really a pretty big deal," said Robert McMahon, Honors College dean at UT-Arlington. "They had some tough competition."

Moot court pits two-student teams against each other in a simulated appellate court proceeding. Judges quiz competitors as they would in a real courtroom; written briefs are also judged.

"It's just as if they were up in front of the Supreme Court," McMahon said. "They

EDUCATION in a battle of wits, UT-Arlington's moot court team isn't the pits.

really have to pure through the material."

This year's American Collegiate Moot Court Association tournament drew 58 teams from 20 states. Organizer Charles Knerr expects 70 teams next year.

"We started with only six colleges," said Knerr, a UT-Arlington political science associate professor. "Now, we're up to 20-something. I think it's going to involve a couple of hundred colleges within 10 years."

Knerr began working to organize the meet after learning that moot court competitions in his classroom spurred student involvement and research.

"This is a different form of teaching," he said. "It's experiential education."

Competitors wrangle over an issue that can be argued evenly on both sides. This issue at the national competition focused on college-campus sex offender registration.

UT-Arlington junior Jaclyn Isaacs took best brief honors.

John Austin, (817) 548-5416
jaustin@star-telegram.com

## ADM. THOMAS H. MOORER 1912-2004

# Career officer rose to highest Naval post

THE ASSOCIATED PRESS

WASHINGTON — Adm. Thomas H. Moorer, a Pearl Harbor survivor who became chairman of the Joint Chiefs of Staff during the Vietnam War, died Thursday. He was 91.

Navy officials confirmed his death. Adm. Moorer served as the military's senior uniformed officer from July 1970 until his retirement in July 1974.

A native of Mount Willing, Ala., Adm. Moorer played football at the United States Naval Academy in Annapolis, Md., and received his commission in 1933. He joined one of the early generations of naval aviators, flying fighters off of the first American carriers, according to an official Navy biography.

He was stationed at Pearl Harbor during the Japanese attack on Dec. 7, 1941.

The next February, he was flying a PBY patrol plane over

the water north of Darwin, Australia, when he was attacked by Japanese aircraft. He and his co-pilot landed the plane in the water and were rescued by a ship. That ship was attacked and sunk later that day. He received a Silver Star for gallantry throughout the ordeal and a Purple Heart for his wounds. He also received a Distinguished Flying Cross for a patrol mission later that year.

After the war, he rose through the ranks. President Johnson selected him to be chief of naval operations, the service's top officer, in 1967. He was reappointed by President Nixon in 1969.

Nixon also nominated him to be chairman of the Joint Chiefs of Staff the next year.

During the next few years, he supervised the U.S. troop withdrawal from South Vietnam.

## JEANNETTE HALE HILL 1930-2004

# Avid amateur bowler remembered as helpful

By JOHN KIRSCH
STAR-TELEGRAM STAFF WRITER

ARLINGTON — Jeannette Hale Hill of Arlington was a born bowler, her husband, John A. Hill Jr., said Thursday.

"She could lay that ball down and never make a sound," said Mr. Hill, who is retired from LTV Corp.

Mrs. Hill, 73, died Monday at a local hospital.

The funeral will be at 3:30 p.m. today at the Arlington Funeral Home chapel, 1221 Division St. Visitation is Thursday.

Her son, John M. Hill of Bedford, said bowling provided a social outlet for his mother, who was often shy and tentative around people.

His mother accumulated a closet full of bowling trophies, he said. Illness forced her to stop playing in the 1980s.

At one point in her amateur bowling career, she placed sixth in the singles category in a state bowling tournament in El Paso, her husband said.

Mrs. Hill was retired from

OBITUARY Jeannette Hale Hill worked as a bookkeeper at the Trinity River Authority.

the Trinity River Authority, where she had worked as a bookkeeper for 10 years. She had previously worked as a title clerk and bank teller.

She was born May 19, 1930, in Meridian, Miss.

Her sister, Annie Ruth Hale Buck of Ocean Springs, Miss., remembered Mrs. Hill as a helpful person.

When Mrs. Buck's home in Biloxi, Miss., was damaged by a hurricane in 1969, the Hills, who lived in Biloxi at the time, helped repair it and brought ice cream for children displaced by the storm.

"They helped a lot of people," Mrs. Buck said.

Mrs. Hill was preceded in death by her parents, James Hale and Annie Lena Bennett Hale; sisters, Newana Woods; brothers, James, Aubrey and Eugene Hale.

Survivors include her husband, John A. Hill Jr.; son, John M. Hill; sisters, Maurice Askew and Annie Ruth Hale Buck; and grandson Sean C. Hill.

John Kirsch (817) 548-5405
john kirsch star telegram.com

Obituaries continue — remaining entries illegible.







HURST — George Campbell, 81, a retired social worker, died Thursday, Feb. 5, 2004, in Hurst.

**Funeral:** 2 p.m. Saturday at Bluebonnet Hills Memorial Chapel. Burial: Bluebonnet Hills Memorial Park. Visitation: 6 to 8 p.m. Friday at the funeral home.

George Campbell was born July, 1 1922, in Dodge City, Kan., the son of Ralph and Matilda Campbell. He was a member of the Church of Christ. He graduated from Dodge City High School, and attended pharmarcy school at Dodge City Junior College prior to enlisting in the Navy in 1942. He served as a chief pharmacist mate and was honorably discharged in 1946, after 46 months of service. He continued his studies at the University of Kansas where he received a bachelor's degree in personnel administration. He was a member of the National Association of Social Workers and during college was elected to Sinfonia, an honorary music fraternity. He earned a master of social work degree in 1952, at Kansas University. Mr. Campbell began his career in social work at the V.A. hosptial in Kansas City, Mo. as a psychiatric social worker and clinical social worker. In 1959, be was employed by Christ's Haven for Children in Keller, and was instrumental in gaining its Texas license for adoption and foster care. He later was employed by Christian Homes of Abilene, where he was instrumental in obtaining Texas license for adoption, foster care and maternity program. He joined the licensing staff at Texas Dept. of Human Service, Austin, in 1969, and retired in 1986, with the same department, and was registered assistant pharmacist in Colorado. During college at Kansas University, he met and married Pearl Clothier in 1947. He was preceded in death by his parents; brothers, Robert and Dick; and a sister Harriett.

Judy Cole of Burleson son, of San Francisco, Calif.; daughter, Karen Allard and husband, Charles, of Burleson; brothers, Marion Cole of Shreveport, La., and Lester Cole of Phoenix, Ariz.; sister, Bernice Booker of Peoria, Ill.; granddaughter, Judy Martin; and great-grandchildren, Nicole Martin and Alexandra Martin, all of Carlsbad, N.M.

Mountain Valley Funeral Home
Burleson, (817) 517-5995

## Laura Lee Grogan Crane

FORT WORTH — Laura Lee Grogan Crane, 77, director emeritus of Starpoint School, TCU, passed away Friday, Jan. 30, 2004.

**Funeral:** At Laura Lee's request, her funeral will be private. A memorial reception will be held 5 to 7 p.m. Friday at Colonial Country Club.

**Memorials:** Charity of one's choice, or the Laura Lee Crane Scholarship Fund, in care of Donor Relations, Box 297044, TCU, Fort Worth, Texas 76129.

Laura Lee was born July 13, 1926, in Fort Worth, the daughter of Dr. Roy Lee and Verna Lee Grogan. She graduated from Paschal High School and received a bachelor of fine arts degree from Sweet Briar College and a master of arts from Texas Christian University. Her entire career was devoted to children with learning disabilities and special needs. She authored a nationally recognized reading program for LD students. She served on the founding faculty of Starpoint School and for over 20 years as its director. She was formerly a member of the Assembly Fort Worth Woman's Club and the Fort Worth Junior League.

**Survivors:** Husband of 55 years, Meade B. Crane; son, Meade Crane II of Seattle, Wash.; and daughters, Julia Lee Wood and husband, Samuel T. Wood, of Alexandria, Va., and Allen Crane Walker and her children, Jennifer and John of Dallas.

Greenwood Funeral Home
3100 White Settlement Road, (817) 336-0584

## Donald Ray Crawford



OLNEY — Donald Ray Crawford, 73, a retired restaurant employee, died Thursday, Feb. 5, 2004, in Olney.

and friends.

**Memorials:** In lieu of flowers, family requests donations be m to American Cancer Society.

Viona was born Jan. 6, 1926 Breckenridge. During lung can surgery, Vi suffered a severe stro A week later she died peacefu surrounded by her family. One of great joys in her life was creat beautiful needlework to share v her family and friends. She wa wonderful friend, loving mother, ter and an adoring grandmother. will be missed. Vi was preceded death by her husband, William Eary.

**Survivors:** Daughters, Mart Bell of Saginaw and Kathi Sloan a husband, Larry, of Long Beac Calif.; brother, Sidney Hardaway Fort Worth; sisters, Lillian Hardaw and Helen Brisendine, both of La Jackson; grandson, Timothy Murp of College Station; and numero nieces and nephews.

Mount Olivet Funeral Home
2301 N. Sylvania Ave., (817) 831-0511

## Mercedes Ruiz Garcia

HURST — Mercedes R. Garc passed away Friday, Jan. 30, 200 in Sugar Land.

**Graveside service:** 11 a.m. Sa urday, Feb. 7, in Mount Olivet Cem tery, 2301 N. Sylvania, Fort Worth.

Mercedes was born in Salvatie ra, Mexico, on Sept. 24, 1918. Sh grew up in Laredo and Fort Wort and lived in Hurst over 30 years. Sh graduated from Texas Wesleyan Cc lege in Fort Worth with a BA. Sh later earned an MA from Texa Christian University in Spanish lar guage and literature. Her lifelor passion was centered around educa tion and teaching. She taught in pul lic schools in West Texas, Fort Wor and Hurst-Euless-Bedford. Sh taught Spanish at TCU and Tarra County Junior College. After sh retired, Mercedes taught in th seniors program at TCJC as a volur teer.

Mercedes was a longtime men ber of AAUW, serving as president the Fort Worth chapter in the lat 1970s and was chosen as th AAUW Texas State Woman of th Year in 1978. She was also a men her of National Education Accorti

# News 2 Use

YOUR DAILY GUIDE TO HELPFUL INFORMATION

## POCKETBOOK ISSUES

### Going to a time-share presentation could net you valuable perks

Time-share salespeople are the ones some guidebooks warn travelers to avoid. Maybe they don't all rely on strong-arm tactics to make a sale, but do you really want to spend your vacation with them?

Still, they may be worth your time. In fact, savvy travelers can turn the tables on the hawkers by spending a little of their vacation listening to time-share presentations in trade for perks, such as rental car discounts and free day trips.

The payoffs vary, and the strategy isn't for everyone. It takes someone with persistence, bargaining skills, patience and a willingness to walk away.



Time is money

STAR-TELEGRAM/JOHN E. WALLIS

Justin Wizard, author of *Travel Bargains, Insider Secrets* (AceGuru Publishing), offers his tips, strategies and advice:

■ Try to hook up with a reputable time-share company before going on vacation by contacting resorts at your destination. If that's not possible, ask when you check in to your hotel about an activities desk, which probably will be staffed by time-share representatives who have connections with many tour operators, which is now they're able to offer discounts.

■ If you're strolling down the street in virtually any tourist destination, there will be people trying to lure you. Many will ask as a starting point whether you want a map. If you don't want to be bothered, wear sunglasses to avoid eye contact and just keep walking.

■ When meeting with time-share representatives to negotiate perks, dress nicely, be polite and be professional. Tell the time-share representative you're

interested in a time-share but make no commitments. And who knows? Maybe you will be interested.

■ Negotiate your perks up front. Find out exactly what will be expected in terms of a time commitment. Find out what sorts of gifts and discounts are available for your time.

■ Get everything in writing. If they ask for a refundable deposit – usually $20 – you can tell them you don't have cash on you.

■ To obtain time-share discounts, you may be required to meet certain qualifications. For instance, if you're married, both spouses must attend.

■ Be prepared to share some personal information, such as household income, how many trips a year you take, what you spend on traveling, what sorts of trips you take and so on.

■ When you go to the presentation, again, dress nicely. Polite but firmly lay down the ground rules. Most time-share pitches are a commitment of 90 minutes. When 80 minutes have passed, remind the

salesperson that you have other commitments. If the allotted time passes and the salesperson remains persistent, just say that the program doesn't fit your needs. Some will still persist. Ask to speak to a supervisor and tell him that you know he wouldn't want to be construed as unprofessional and to please uphold their end of the bargain.

■ Let the salesperson do the talking. The less you volunteer about great trips you've taken and deals you've gotten, the better.

■ Try to book a morning presentation so you won't eat up time in the middle of the day.

■ If you're in town for only three or four days, you might not want to spend the time going to a presentation. If you're there for a week, it might be worth your time.

■ Don't think that you're taking advantage of the situation; time-share organizations designed the system.

SOURCE: *The Kansas City Star*

---

## PARENTING

### Put children first during divorce

Even through the heartbreak and trials of divorce, parents have to consider their children and try to work together to make it easier on them.

"You have to remember that's the parent you picked to be a parent to your child," says Brad Craig, program manager of the new Family Transitions program at The Parenting Center in Fort Worth that is designed to help families raise children between two homes.

"The most difficult thing for children is when parents refuse to communicate and when there are different standards at different homes," Craig says.

"It's hard for a 4- or 5-year-old to understand why it's OK to throw a ball in the house at one house and not at the other."

Craig offers guidelines for divorcing or divorced parents:

■ Keep the children out of the conflict. Don't drag them into your arguments or try to get them to take sides.

■ Don't involve children in adult decisions, such as where a child will live. If the child is allowed to decide, he will have to choose one parent over the other, potentially causing a lot of guilt.

■ Don't make your child about what goes on at the other home.

■ Don't use your child as a messenger to give information to your former spouse, particularly about issues involving the child.

■ Don't disparage the child's other household, including your former spouse, stepparents and stepsiblings, grandparents and extended family.

■ If you can't calmly discuss your child with your former spouse, try letters or e-mail.

The Parenting Center offers classes on anger management, co-parenting and how to put children first in a divorce. The center also has support groups for parents and children.

For more information on the Family Transitions program or The Parenting Center, call (817) 332-6348 or go to www.theparentingcenter.org.

— *Mail writer Amanda Rogers*

---

### Pregnancy and oral health



The surge of hormones estrogen and progesterone during pregnancy can cause problems for a woman's teeth and gums.

**Pregnancy tumors**

Benign growths develop when swollen gums become irritated. Can bleed, cause pain, grow in several inches in diameter

Most shrink after pregnancy, large growths may require surgical removal

Affects 1% of pregnant women

Tumors mainly occur between teeth, on upper gum closest to cheek

Tumor can cover part of adjacent tooth

**Increase in plaque**

Plaque, a sticky film at base of tooth, can cause gingivitis (red, swollen gums more likely to bleed)

Begins in second trimester of pregnancy

Controlling plaque with good dental care decreases chance of pregnancy tumors

**Visit the dentist**

■ Schedule checkup in first trimester
■ Best time for dental procedures is fourth through sixth month
■ Only emergency X-rays should be taken

SOURCE: Academy of General Dentistry

STAR-TELEGRAM/KRT

---

## CONSUMER WATCH

### Web site ships fake birth control patches

An Internet site has shipped counterfeit versions of a Johnson & Johnson birth control patch that won't provide any protection against pregnancy, federal health officials warn.

The Food and Drug Administration warns not to use Ortho Evra patches — or any other drugs — ordered from the www.rxpharmacy.ws.

While the contraceptive patch is the only drug so far proved a fake from the site, the FDA said consumers should consider its other products suspect, too. Contact a health provider immediately if you've used them, the FDA advised.

The site appeared to have shut down by Wednesday, but the FDA couldn't say how long it had been operating or how many U.S. women might have ordered the fake.

The fake birth control was shipped from India, and the Web site apparently was operated by an entity called American Style Products of New Delhi. The Web site claimed to be offering J&J's FDA-approved patches.

A customer sparked the investigation when she complained to J&J that she didn't get what she ordered. Instead of the official patch, she received a plastic bag full of patches with no label or other identifying information. Testing showed the patches contained no contraceptive ingredient.

The FDA urged women not to use Ortho Evra patches from other sites if they seem suspect. The fake patch is brown and made of a woven material.

The real Ortho Evra patch is a thin beige film that comes sealed in a white pouch with a J&J label containing a lot number and expiration date. The patch is packaged inside a green and white box with usage instructions.

ONLINE: Food and Drug Administration, www.fda.gov

SOURCE: *The Associated Press*

---

## TOMORROW IN NEWS 2 USE

### Stretching dollars

Despite the dollar's slide, thrifty travelers can still afford Europe



---

### THE HOME FRONT

### Squeaky clean? Not even close

When mad cow disease was discovered in Washington state recently, it made headlines for days and brought action from the federal government. Coupled with a number of E. coli scares, it caused some Americans to swear off hamburger.

But most people don't seem to worry about what experts say is a petri dish for food-borne illness: the home kitchen.

Dish towels, sinks, refrigerator door handles and warm, moist, crevice-filled sponges are breeding grounds for bacteria.

While no kitchen is sterile, certain steps can help cut back on bacteria:

■ Microwave sponges and dishcloths on high for at least one minute.

■ Regularly launder dish towels.

■ Make sure that tap water (and thus, the dishwasher) can exceed 140 degrees.

■ Prepare raw meats and vegetables on separate work surfaces.

■ Wash your hands before cooking and as often as you can while cooking – especially if you pet the dog.

■ Wash the meat thermometer after each use.

■ Wash refrigerator door handles, cabinet knobs and work surfaces.

■ Fill the sink with hot, soapy water and drop in utensils after using them. Change the water often.

■ Fully disassemble your blender before putting it in the dishwasher.

■ Use a pipe brush and hot, soapy water to clean under processor blades, even if you put them in the dishwasher.

■ Wash the sink's drain plug and scrub the sink before washing produce in it.

SOURCE: *New York Times News Service*

News 2 Use: Comments and suggestions, contact: Phyllis Stone ■ (817) 390-7672 ■ pstone@star-telegram.com

---

Star-Telegram | Friday, February 6, 2004
Star-Telegram
(817) DEL-IVER (335-4837) or
(800)776-STAR (7827) or
it is www.star-telegram.com

Customer Service
Arlington (817) 548-5400
Fort Worth (817) 390-7761
Northeast (817) 685-3800

TODAY'S OBITUARIES
Atterbury, Charles, 55, Fort Worth
Beck, Orvie, 76, Godley
Beesley, Annie, 92, Mansfield
Betts, Jerome, 59, Granbury
Branham, Ed, 90, Fort Worth
Bullion, Samuel, 76, Springtown
Campbell, George, 81, Hurst
Carleton, Charlie, 77, Stephenville
Coe, Rota, 89, Burleson
Crane, Laura Grogan, 77, Fort Worth
Crawford, Donald, 73, Olney
Cunningham, Rufus, 80, Arlington
Eagen, Violet, 86, Fort Worth
Eary, Viona, 78, Fort Worth
Garcia, Mercedes Ruiz, 85, Hurst
Graves, Elsie, 91, Grandview
Grice, Opal Farley, 93, Arlington
Gunter, Mark, 50, Gustine
Harris, Henry, 68, Benbrook
Heidom, Jessie, Hurst
High, Jeffrey, 31, Fort Worth
Hill, Jeannette Idile, 73, Arlington
Horton, Naomi, 79, Grand Prairie
McCarty, Jennifer Glidewell, 34, Spicewood
McCharen, Joe, Arlington
McNeal, Marilyn, 40, Fort Worth
Moore, Louis, 81, Arlington
Moore, Pauline Cole, 94, Fort Worth
Morland, Gladys, 94, Celina
Nance, Dorothy Rose, 78, Cleburne
Northcutt, Georgia, 97, Corinth
Powell, Barbara Phillips, 57, Fort Worth
Rogers, Gary, 55, Weatherford
Sliong, Eula Reed, 74, Boyd
Smith, Harry Jr., 71, Fort Worth
Tompkins, Elzie, 80, Arlington
Whisenhunt, Byerl, 79, Mineral Wells

OBITUARIES 6-9B

LOTTO!
Results appear today on 3A.

Star-Telegram Operating, Ltd.
KNIGHT RIDDER

QUICK READ To help you quickly navigate the Star-Telegram, look for summaries with our longer stories. Each summary begins with a topic label in white type on a black bar.

LIVE, LOCAL, LATE BREAKING
NEWS AT 9:00PM
5NEWS

SAVE with PRESS PASS!
Dial 817-335-4837 for details.

nstrued as unprofessional and to please...
nd of a bargain.

...et the salesperson do the talking. The less you
...eer about great trips you've taken and deals
...gotten, the better.

...ry ...ook a morning presentation so you won't
time in the middle of the day.

...you're in town for only three or four days, you
not want to spend the time going to a presenta-
...you're there for a week, it might be worth your

...on't think that you're taking advantage of the
...on; time-share organizations designed the sys-

SOURCE: *The Kansas City Star*

## CONSUMER WATCH

# Web site ships fake birth control patches

An Internet site has shipped counterfeit versions of a Johnson & Johnson birth control patch that won't provide any protection against pregnancy, federal health officials warn.

The Food and Drug Administration warns not to use Ortho Evra patches — or any other drugs — ordered from the www.rxpharmacy.ws.

While the contraceptive patch is the only drug so far proved a fake from the site, the FDA said consumers should consider its other products suspect, too. Contact a health provider immediately if you've used them, the FDA advised.

The site appeared to have shut down by Wednesday, but the FDA couldn't say how long it had been operating or how many U.S. women might have ordered the patches.

The fake birth control was shipped from India and the

can cause

an cover
djacent

ng plaque
dental care
chance of
tumors

rgency
d be taken

---

Whisenhunt, Byerl, 79, Mineral Wells

OBITUARIES 8-9B



Results appear today on 3A.

PUBLISHED BY

**Star-Telegram Operating, Ltd.**
>KNIGHT RIDDER>

400 W. Seventh St., Fort Worth, Texas 76102
3201 Airport Freeway, Suite 108, Bedford, 76022
1111 W. Abram, Arlington, 76013

TO SUBSCRIBE or to report a delivery problem, dial (817) DEL-IVER (335-4837). Outside Tarrant County call toll-free (800) 776-STAR (-7827).

**DELIVERY INFORMATION**
Monday-Friday ...................................... 5 a.m.- 5 p.m.
Saturdays & holidays ......................... 6:30 a.m.- noon
Sundays ................................................. 6:30 a.m.- 2 p.m.
RETAIL ADS ........................................ (817) 390-7765
CLASSIFIED ADS ............................... (817) 332-3333
Outside Tarrant County call toll-free ... (800) 222-3978
Monday-Wednesday ........................ 7:30 a.m.-6 p.m.
Thursday-Friday ............................... 7:30 a.m.-7 p.m.
**CUSTOMER SERVICE AND BACK ISSUES**
Arlington (817) 548-5400  Monday-Friday ... 8 a.m.- 5 p.m.
Downtown (817) 390-7761  Monday-Friday ... 8 a.m.- 5 p.m.
Northeast (817) 685-3800  Monday-Friday ... 8 a.m.- 5 p.m.
PHOTO SALES ......................................... (817) 390-7743
Monday-Friday ........................................ 9 a.m.- 4 p.m.
SINGLE COPY PRICES: Daily, 50¢; Sunday, $1.50

| Home Delivery | Mo. | Yr. | U.S. Mail(Mo.) |
|---|---|---|---|
| Daily/Sunday | $15 | $168 | $31 |
| Daily Only | $13 | $144 | $26 |
| Weekend Only (3-day weekend package and 11 holiday issues*) | $13 | $144 | N.A. |
| Sunday Only | $11 | $120 | $23 |

*New Year's Day, Martin Luther King Day, Presidents' Day, Race Day, Memorial Day, Independence Day, Football Preview, Labor Day, Election Day, Veteran's Day, and Thanksgiving Day where applicable).

All prices include sales tax and postage. Mail prices are for the U.S. and its possessions; foreign rates available upon request. Advance payment required.

Star-Telegram customers may use their Internet accounts to communicate with customer service representatives. Write to us at paper@star-telegram.com. When appropriate, e-mail may be forwarded to other newspaper staff members.

For guaranteed same-day delivery of missed copies in Tarrant County, please call by noon, seven days a week. Our mission is to provide subscribers with the best possible delivery service. Should we be unable to resolve a subscription problem to your satisfaction, call Weldon Whiteman, Vice President/Circulation, at (817) 215-2218.

The Fort Worth Star-Telegram (USPS 206-260) is published daily. Periodical postage paid at Fort Worth, Texas. Postmaster: Send address changes to Fort Worth Star-Telegram, P.O. Box 1870, Fort Worth, Texas 76101.

Circulation: 235,917 daily, 329,739 Sunday.
Readership: 590,400 daily, 847,090 Sunday.

**QUICK READ** To help you quickly navigate the *Star-Telegram*, look for summaries with our longer stories. Each summary begins with a topic label in white type on a black bar.

# Combined Text Records Display

Clayton Ray Vaughan Funeral Home
Grandview, (817) 866-3311

Photo Caption:

Filename: **010402XB0080206RB01-949626.txt**

Service:
Category:
Supplemental Category:
Instructions: **2004Datatimes.exp**
Created: **February 6, 2004**
City:
Country:
Reference: **11210234**
Merlin ID: **7277533**
Copyright:
Copyright year: **0**
Keywords:
Library enhanced? **Yes**
Rights? **Yes**
Input Date: **03/12/2005**

---

## Memorial service for slain retired professor is today
### By Deanna Boyd

Source: *THE FORT WORTH STAR-TELEGRAM*
Friday, February 6, 2004
Edition: FINAL, Section: Metro, Page 2B

FORT WORTH--A memorial service for Laura Lee Crane, a 77-year-old retired TCU professor kidnapped in Fort Worth and found dead in Oklahoma, will be from 5 to 7 p.m. today at Colonial Country Club.

Mrs. Crane's funeral will be private.

Mrs. Crane, well-known in the area for her work with special-needs students, served on the founding faculty of Texas Christian University's Starpoint School, which helps children with learning disabilities and trains teachers. She served as the school's director for more than 20 years.

Mrs. Crane was kidnapped Jan. 30 from outside a Fort Worth grocery store. Police later arrested Edward Busby, 31, and Kathleen Latimer, 39, after they were stopped for a traffic violation in Oklahoma City while in Mrs. Crane's car.

Busby led authorities to Mrs. Crane's body on Tuesday. Police said the woman died from asphyxiation after her face was covered with duct tape.

At the family's request, donations in memory of Mrs. Crane can be made to the charity of one's choice or to the Laura Lee Crane Scholarship Fund, which benefits TCU graduate education students studying special education.

To make a donation to the scholarship, which was established in 1991 to honor the emeritus Starpoint principal, contact the TCU donor relations office at (817) 257-7806 or send a donation in care of Donor Relations to Box 297044, TCU, Fort Worth, TX 76129.

Mrs. Crane is survived by her husband of 55 years, Meade B. Crane; son, Meade Crane II; and daughters, Julia Lee Wood and Allen Crane Walker.

1. head shot: (Laura Lee) CRANE

Photo Caption:

Filename: **010402XB0020206RB01-949571.txt**

Service:
Category:
Supplemental Category:
Instructions: **2004Datatimes.exp**
Created: **February 6, 2004**
City:
Country:
Reference: **11210227**
Merlin ID: **7277519**
Copyright:
Copyright year: **0**



FORT WORTH NORTHEAST TARRANT

Star-Telegram | Friday, February 8, 2001

# Memorial service for slain retired professor is today

**By DEANNA BOYD**
STAR-TELEGRAM STAFF WRITER

FORT WORTH — A memorial service for Laura Lee Crane, a 77-year-old retired TCU professor kidnapped in Fort Worth and found dead in Oklahoma, will be from 5 to 7 p.m. today at Colonial Country Club.

Mrs. Crane's funeral will be private.

Mrs. Crane, well-known in the area for her work with special-needs students, served on the founding faculty of Texas Christian University's Starpoint School, which helps children with learning disabilities and trains teachers. She served as the school's director for more than 20 years.

Mrs. Crane was kidnapped Jan. 30 from outside a Fort Worth gro-cery store. Police later arrested Edward Busby, Jr. and Kathleen Latimer, 39, after they were stopped for a traffic violation in Oklahoma City while in Mrs. Crane's car.

Busby led authorities to Mrs. Crane's body on Tuesday. Police said the woman died from asphyx-iation after her face was covered with duct tape.

At the family's request, dona-tions in memory of Mrs. Crane can be made to the charity of one's choice or to the Laura Lee Crane Scholarship Fund, which benefits TCU graduate education students studying special educa-tion.

To make a donation to the scholarship, which was estab-lished in 1991 to honor the emeri-tus Starpoint principal, contact the TCU donor relations office at (817) 257-7806 or send a donation in care of Donor Relations to Box 297044, TCU, Fort Worth, TX 76129.

Mrs. Crane is survived by her husband of 55 years, Meade B. Crane; son, Meade Crane II; and daughters, Julia Lee Wood and Allen Crane Walker.

## What every landowner needs to know about mineral rights.

*devon*
www.devonenergy.com

This message is brought to you as a public service by Devon Energy.

## NEWSROOM STAFF
HOW TO REACH US

## THE ORIGINAL WIRELESS DEVICE.
YOU CAN'T REPLACE THE PAPER

## ATTENTION HOMEOWNERS INSURANCE CLAIMS

We are investigating Homeowners' Insurance claims improperly denied by FARMERS INSURANCE. We are looking for homeowners who believe they have experienced similar treatment regarding MOLD, PLUMBING LEAKS and FOUNDATION PROBLEMS. Please call (817) 503-9200 if you have had a similar problem.

THE PARKER LAW FIRM, P.C.
413 Harwood Rd. • Bedford, TX
www.ParkerLawFirm.com

THE MOSTYN LAW FIRM, P.C.
200 Westcott • Houston, TX



*Preservation is the heart of the city...*

Help preserve Fort Worth's heritage and do something special for your Valentines.

## Oklahoma man held in sex assault of teen-ager

**ARREST** The Grapevine boy met the suspect in an Internet chat room, and they had talked on the phone, police say.

**By DOMINGO RAMIREZ JR.**
STAR-TELEGRAM STAFF WRITER


SWEETIN

GRAPEVINE — An unem-ployed Oklahoma man who had an Internet relationship with a 16-year-old boy for weeks and drove down this week to visit him has been arrested on suspicion of sexual assault, police said Thursday.

Joshua Sweetin, 25, of Moore, Okla., remained in the Grapevine Jail on Thursday, with bail set at $50,000.

Patrol officers arrested Sweetin after police staked out his car in the 800 block of East Walnut Street for about three hours Wednesday.

He was taken into custody, as he and the 16-year-old returned to the car from a parking lot. Sweetin is accused of sexually assaulting the teen-ager in the teen's vehicle, police said.

"The victim was driving his vehicle when officers saw them," said Grapevine police Sgt. Todd Dearing. Sweetin "arrived here on Monday, but we don't know about his whereabouts on Tuesday."

Sweetin and the teen met in an Internet chat room about three months ago, Dearing said. He said the sus-pect had also telephoned the teen.

Sweetin decided to drive to Grapevine this week to visit the teen, police said. Moore, a suburb of Oklahoma City, is about 180 miles north of Grapevine.

On Wednesday, the teen's mother alerted Grapevine police about Sweetin.

"She didn't know he was in town, but she had come to talk to officers because she was concerned about her son talking to this man," Dearing said.

Just before that, police had responded to a report of a suspicious car with a man in it in the 800 block of East Walnut Street.

That man was Sweetin, but at that time, Grapevine police had no reason to arrest him, authorities said.

"Once we put two and two together, officers went back out there, but he was gone," Dearing said.

Sweetin is accused of sexu-ally assaulting the teen in the parking lot of Grapevine Mills mall and in another parking lot.

Sweetin is expected to be charged with sexual assault of a child, a second-degree felony, police said. The charge carries a maximum of 20 years in prison and a $10,000 fine.

## ENJOY A NEW VIEW OF RETIREMENT LIVING

Discover Lakewood Village, the best value in retirement living in Fort Worth. Enjoy country living minutes from downtown and secure your future - all with no Entrance Fee!

Every service you might desire throughout your retirement years is right here. Carefree, service-rich, independent living in spacious apartments; home health services at your fingertips; assisted living; even nursing and rehabilitative care - all on a beautifully landscaped, lakeside campus.

Lakewood Village blends the reliability of over 20 years' experience with a fresh outlook and great value!

Call for more information, and be our guest for lunch.

## 817-451-8001
5100 Randol Mill Road, Fort Worth, TX 76112

Lakewood Village
CHRISTIAN CARE CENTERS, INC.

INDEPENDENT LIVING. ASSISTED LIVING. HEALTHCARE.

# Couple

**By MAX B. BAKER**
STAR-TELEGRAM STAFF WRITER

HURST — In a case closely monitored by animal rights groups across the state, a Tar-rant County jury Thursday convicted a Roanoke couple of violating a ban on owning dan-gerous wild animals.

Tom and Brandy Lease, who keep four white tigers, three gold tigers and a cou-gar at their 5-acre Roanoke com-pound, were convicted in Jus-tice of the Peace Court of seven counts of violating the ban, adopted in 2001.

But after hearing about how well the Leases cared for their cats — and how they believe their licenses from the U.S. Department of Agriculture exempted them from the ban — the couple was assessed only a $70 fine and court costs.

Maximum punishment could have been up to $200 on each count. The couple received their first citation in late 2003 after a mother complained.

Devastated by the verdict, the Leases said the future of their company, Zoo Fare, is uncertain. They said they will file an appeal in county crim-inal court but that this could push the beginning of the end of the business.

"There's no way to just up and move a $100,000 facility," Brandy Lease said during an impromptu news conference in the lobby of the northeast Tarrant County subcourthouse in Hurst.

# Carter-Ri for nation

**SCHOOLS** About 350 high school cheerleading squads from across the country will compete for national title in the championship.

**By MATT FRAZIER**
STAR-TELEGRAM STAFF WRITER

FORT WORTH — 7 years ago, the cheerlead-ing squad at Carter-Riverside High School could be described almost nonexistent.

After this weekend, the squad could be described national champions.

For the first time in Carter-Riverside history, the school varsity cheerleaders will com-pete in the National High School Cheerleading Cham-pionship, held this year at the Walt Disney Resort in Orlan-do, Fla.

It's the same competition featured in the recent movie Bring It On.

"No one ever expected a thing out of us," said senior Nina Rendon, captain of the squad. "We just all worked hard and came together. Now everybody in the halls is congratulating us."

Over the past two years, the squad got serious about win-ning hard, working together being successful, said the cheerleading coach Sharon Lower, who was the squad assistant coach last year.

"They began to see them-being a cheerleader was about wearing a skirt and look cute in front of a crowd," Low-er said. "It's about the accomplishment from hard work and obtaining goals."

About 350 high school cheerleading squads from across the country will com-pete for national titles in championship.

Teams are placed in cat-egories based on their size level, squad size and squad type. They will be judged tumbling, partner stunting, pyramid skills, as well as their ability to lead a crowd to cheer.

Carter-Riverside will com-pete in the medium varsity category. The competition will be broadcast on ESPN and ESPN2 and is expected to reach more than 80 million homes.

"Even if we don't go there and win first place, we feel like we've already won first prize," said cheerleader Monica Salas, a senior. "We have accom-plished so much. We are already."

See how your daily paper is created!



2B | www.star-telegram.com — FORT WORTH | NORTHEAST TARRANT — Star-Telegram | Friday, February 8, 200

# Memorial service for slain retired professor is today

**By DEANNA BOYD**
STAR-TELEGRAM STAFF WRITER



CRANE

FORT WORTH — A memorial service for Laura Lee Crane, a 77-year-old retired TCU professor kidnapped in Fort Worth and found dead in Oklahoma, will be from 5 to 7 p.m. today at Colonial Country Club.

Mrs. Crane's funeral will be private.

Mrs. Crane, well-known in the area for her work with special-needs students, served on the founding faculty of Texas Christian University's Starpoint School, which helps children with learning disabilities and trains teachers. She served as the school's director for more than 20 years.

Mrs. Crane was kidnapped Jan. 30 from outside a Fort Worth gro-

cery store. Police later arrested Edward Busby, 31, and Kathleen Latimer, 39, after they were stopped for a traffic violation in Oklahoma City while in Mrs. Crane's car.

Busby led authorities to Mrs. Crane's body on Tuesday. Police said the woman died from asphyxiation after her face was covered with duct tape.

At the family's request, donations in memory of Mrs. Crane can be made to the charity of one's choice or to the Laura Lee Crane Scholarship Fund, which benefits TCU graduate education students studying special education.

To make a donation to the scholarship, which was established in 1991 to honor the emeri-

tus Starpoint principal, contact the TCU donor relations office at (817) 257-7806 or send a donation in care of Donor Relations to Box 297044, TCU, Fort Worth, TX 76129.

Mrs. Crane is survived by her husband of 55 years, Meade B. Crane; son, Meade Crane II; and daughters, Julia Lee Wood and Allen Crane Walker.

---

# What every landowner needs to know about mineral rights.



If you presently own or are planning to buy land in North Texas, you should know that someone else may have the right to develop its natural gas, oil and other valuable resources even though you own the surface. In many cases, the mineral rights under your property may already be leased to an energy company that owns the right to drill for oil and gas on the land in order to meet our nation's ever-increasing energy demands.

Devon Energy understands the inconvenience that may occur while energy companies drill and produce these natural resources. For this reason, Devon encourages all landowners and potential buyers to find out about the mineral rights ownership under their property by consulting the seller, developer or title insurance company.

If Devon owns the right and determines that an oil or gas well should be drilled on your property, we want you to know that Devon is committed to working closely with you to resolve any surface-related issues (wellsites, roads, fences, etc.) or inconveniences caused by our activity. Texans work hard for their land and homes, and we respect the ambition and effort that have made Texas such a great place to live.

This message is brought to you as a public service by Devon Energy.


devon
www.devonenergy.com

## NEWSROOM STAFF
### HOW TO REACH US

**Managing Editor/News**
Rex Seline, (817) 390-7729
rseline@star-telegram.com
**Managing Editor/Enterprise**
Kathy Vetter, (817) 390-7380
vetter@star-telegram.com
**Managing Editor/Investigations**
Lois Norder, (817) 390-7209
lnorder@star-telegram.com
**Assistant Managing Editor/Government Affairs**
John Gravois (817) 390-7734
grav@star-telegram.com
**Metro Editor**
Lee Williams (817) 390-7840
leewilliams@star-telegram.com
**State Editor**
Steve Campbell (817) 390-7981
stcampbell@star-telegram.com

**Night Metro Editor**
Ann Thompson (817) 390-7690
annthompson@star-telegram.com
**Assistant Metro Editors**
Ernie Makovy (817) 390-7417
emakovy@star-telegram.com
John Forsyth (817) 390-7418
jforsyth@star-telegram.com
Dianna Hunt (817) 390-7084
dhunt@star-telegram.com
**Dallas Bureau Chief**
Lance Murray (972) 263-4448
lancem@star-telegram.com
**Director of Photography**
Max Faulkner (817) 390-7790
mfaulkner@star-telegram.com
**Executive Design Director for Features and Graphics**
Matt Pinkney (817) 390-7886
mpinkney@star-telegram.com

## THE ORIGINAL WIRELESS DEVICE.

YOU CAN'T REPLACE THE PAPER

## ATTENTION HOMEOWNERS INSURANCE CLAIMS

We are investigating Homeowners' Insurance claims improperly denied by FARMERS INSURANCE. We are looking for homeowners who believe they have experienced similar treatment regarding MOLD, PLUMBING LEAKS and FOUNDATION PROBLEMS.

Please call (817) 503-9200 if you have had a similar problem.

### THE PARKER LAW FIRM, P.C.
413 Harwood Rd. • Bedford, TX
www.ParkerLawFirm.com

### THE MOSTYN LAW FIRM, P.C.
200 Westcott • Houston, TX

Ad paid for by both law firms and all cases will be jointly handled.

# Oklahoma man held in sex assault of teen-ager

**ARREST** The Grapevine boy met the suspect in an Internet chat room, and they had talked on the phone, police say.

**By DOMINGO RAMIREZ JR.**
STAR-TELEGRAM STAFF WRITER

GRAPEVINE — An unemployed Oklahoma man who had an Internet relationship with a 16-year-old boy for weeks and drove down this week to visit him has been arrested on suspicion of sexual assault, police said Thursday.



SWEETIN

Joshua Sweetin, 25, of Moore, Okla., remained in the Grapevine Jail on Thursday, with bail set at $50,000.

Patrol officers arrested Sweetin after police staked out his car in the 800 block of East Walnut Street for about three hours Wednesday.

He was taken into custody as he and the 16-year-old returned to the car from a parking lot. Sweetin is accused of sexually assaulting the teen-ager in the teen's vehicle, police said.

"The victim was driving his vehicle when officers saw them," said Grapevine police Sgt. Todd Dearing. Sweetin "arrived here on Monday, but we don't know about his

Case 4:09-cv-00160-O    Document 126-17    Filed 05/04/26    Page 86 of 519    PageID 11897

Keywords: "OBITUARY"
Library enhanced? **Yes**
Rights? **Yes**
Input Date: **03/12/2005**



## Ex-educator kidnapped, asphyxiated
### By Deanna Boyd

Source: *THE FORT WORTH STAR-TELEGRAM*
Thursday, February 5, 2004
Edition: FINAL, Section: News, Page 1A

This article is accompanied by several sidebars.

DEFENDANT'S
EXHIBIT
*15*
NO. *BC 929-05*

CRIME: A man says he and his girlfriend abducted retired TCU professor Laura Lee Crane and wrapped her face in duct tape, according to affidavits.

FORT WORTH--A man accused of killing a retired TCU professor told police that he and his girlfriend abducted the woman from a Fort Worth grocery store's parking lot, then wrapped her face in duct tape so that she could not breathe, according to arrest warrant affidavits.

Edward Busby told detectives that he and Kathleen Latimer later drove to Ardmore, Okla., and spent the night in a motel. He said that when he checked on Laura Lee Crane the next morning, she was dead, the affidavits state.

They also say that Busby initially blamed the slaying on a man who he said gave him Crane's car in exchange for dumping her body in Oklahoma.

But after leading authorities to the body at the bottom of a highway embankment near Davis, Okla., Busby admitted that he and Latimer were responsible for the abduction and death of Crane, 77, the affidavits say.

Police confirmed Wednesday that the body found in Oklahoma was Crane's and that an autopsy showed she died of asphyxiation.

"Busby said that he drove Crane away from the lot before putting duct tape around her head [and] face so that Crane was unable to breathe," according to the capital-murder warrants obtained Tuesday for the arrests of Busby, 31, and Latimer, 39.

Lt. Roger Dixon, supervisor of the major-crimes division for the Fort Worth police, said the Oklahoma state medical examiner's autopsy also showed that Crane suffered blunt-force trauma to the head.

Busby and Latimer remained in the Oklahoma City Jail on Wednesday. It was not known whether the case will be prosecuted in Texas or Oklahoma, Dixon said at an afternoon news conference.

The motive appears to be robbery, he said.

According to both suspects' arrest-warrant affidavits, Crane's credit cards were used nine times in about two hours shortly after she was abducted about noon Friday outside the Tom Thumb grocery store at 3050 S. Hulen St.

Relatives told police that three of Crane's cards were used for cash withdrawals totaling $605.90, the affidavits state.

At the news conference, Allen Walker, Crane's daughter, thanked law-enforcement agencies "who worked tirelessly over the last very difficult days to bring our mother home."

"We will now put our faith in the judicial system to see that the perpetrators of this horrendous crime are brought to justice."

Crane, a wife and mother of three, was well-known among North Texas educators for her work with special-needs students, particularly at Texas Christian University's Starpoint School, where she had worked from the time it opened, in 1966, until she retired in 1990. She became principal in 1969.

Walker thanked friends and strangers who have offered support and prayers for the family.

"To Mrs. Crane's students, past and present, we want to say that you are her light and you are the hope of the future," Walker said.

"She knows what you are capable of, and she expects the best from you. Your success will keep her memory alive, and remember that each of you now has your very own special guardian angel."

Police said they do not know why Crane was targeted.

Case 4:09-cv-00160-O   Document 126-17   Filed 05/04/26   Page 87 of 519   PageID 11898

LIFE & ARTS 1E

## Sweeps stakes

A *Friends* wedding, *Iraq's* prime-time return and other ratings bait for one of TV's big months.



NATIONAL SIGNING DAY : 6-PAGE SPECIAL SECTION

## Oklahoma cleans up

For the third time in four years, the Sooners recruit the top class of football prospects in the Big 12 — and most of them are Texans. 11D

FORT WORTH

# Star-Telegram

"Where The West Begins"

WWW.STAR-TELEGRAM.COM

Thursday, February 5, 2004   50 cents

## Today's News

### FORT WORTH & REGION

**Fort Worth Symphony hires new top executive**



Katherine Akos, a professional musician and experienced fund-raiser, will be the group's new president and chief executive officer.
Story on 1B

• • •

**Heart association sets guidelines for women**

The American Heart Association is getting tough on cardiovascular disease by issuing new guidelines that stress preventive measures and aggressive treatments tailored to each woman's personal risk.
Story on 1B

### NATIONAL

**Ricin inquiry focuses on letters by 'Fallen Angel'**

Investigators are trying to determine whether a mysterious "Fallen Angel" who sent two threatening letters containing ricin last fall is responsible for the deadly poison that turned up in the Senate this week.
Story on 4A

• • •

**Kerry's rivals setting sights on the South**

Massachusetts Sen. John Kerry's chief rivals all but cede three weekend elections to the presidential front-runner, gearing their cash-strapped campaigns toward Tuesday's elections in Tennessee and Virginia.
Story on 10A

### Tomorrow

**Auto show preview**

A special 48-page advertising section will preview this weekend's Greater Tarrant County Auto Show at the Fort Worth Convention Center.

### CORRECTION

Texas Death Row inmate Scott Panetti killed his in-laws with a 30-06 hunting rifle that he had sawed off. The weapon was incorrect in an article Wednesday.

### WEATHER



Today
Cloudy to partly cloudy, mild afternoon. Colder again tonight. High 65, low 45.

See the NBC 5 Weather Team's two-day forecast on 18A.

| | |
|---|---|
| Area 2 Use | 2A |
| Classifieds | F, G |
| Comics | 6-7E |
| Crosswords | 2E, 7F |
| Editorials | 12B |
| Locate | 20A |
| Horoscope | 2E |
| Lottery numbers | 2A |
| Markets | 4-9C |
| Movies | 9E |
| Obituaries | 10-11B |
| Television | 10E |

**QUICK READ**
To help you quickly navigate the Star-Telegram, look for summaries with our longer stories. Each summary begins with a topic label in white type on a black bar.

TO SUBSCRIBING (817) DEL-IVER
Fort Worth mailing address:
P.O. Box 1870, Fort Worth, Texas 76101
Copyright © Fort Worth Star-Telegram
99th year Issue 286, 92 pages

## In the nick of time





U.S. AIR FORCE/DENNIS J. DARBY III VIA THE ASSOCIATED PRESS
Capt. Christopher Stricklin of the Thunderbirds demonstration team ejects from his F-16 Falcon just eight-tenths of a second before it crashed at an air show at Mountain Home Air Force Base, Idaho, on Sept. 14. The photo was released by the Air Force on Friday and distributed by The Associated Press on Wednesday. No one was seriously injured in the crash. The Air Force's accident report, released last month, blamed the crash on pilot error.

## Ex-educator kidnapped, asphyxiated

**CRIME** A man says he and his girlfriend abducted retired TCU professor Laura Lee Crane and wrapped her face in duct tape, according to affidavits.

By DEANNA BOYD
STAR-TELEGRAM STAFF WRITER

FORT WORTH — A man accused of killing a retired TCU professor told police that he and his girlfriend abducted the woman from a Fort Worth grocery store's parking lot, then wrapped her face in duct tape so that she could not breathe, according to arrest warrant affidavits.

Edward Busby told detectives that he and Kathleen Latimer later drove to Ardmore, Okla., and spent the night in a motel. He said that when he checked on Laura Lee Crane the next morning, she was dead, the affidavits state.

They also say that Busby initially
More on CRIME on 16A



CRANE

**Inside**
■ Crane is remembered as a caring educator. 16A

■ Routine traffic stop, alert officer led to arrest of suspects. 16A

## Massachusetts court backs gay marriage

By JENNIFER PETER
THE ASSOCIATED PRESS

BOSTON — The Massachusetts high court declared Wednesday that gays are entitled to nothing less than marriage and that Vermont-style civil unions will not suffice, setting the stage for the nation's first legally sanctioned same-sex weddings by the spring.

The court issued the advisory opinion at the request of legislators who wanted to know whether civil unions would be enough to satisfy the court

**RIGHTS** Because of the high court's advisory opinion, same-sex couples could get married in Massachusetts as soon as May.

after it ruled in November that gay couples are entitled to all the rights of marriage. That decision had been written in such a way that it left open the possibility that civil unions might be allowed.

But the opinion by the Supreme Judicial Court on
More on RIGHTS on 14A

### STOCK SHOW 2004

## Hope when the chips are down

**JUDGING** Before a steer can be eligible for the big money, he has to prove his stock in the "sifting" process.

By PUNCH SHAW
SPECIAL TO THE STAR-TELEGRAM

FORT WORTH — A year's worth of grooming, feeding and shoveling can be won or lost based on three poker chips in a coffee can at the Stock Show.

If your steer gets two or three white chips, you're in — and perhaps headed for a $100,000-plus payoff in the Sale of Champions. Two or three red chips, and you're out.

It all depends on what Randy Upshaw finds in his coffee can.

"I am the Grim Reaper," Upshaw said. "They don't want to see me get off this stool."

For 17 years, Upshaw has had the unenviable task of
More on JUDGING on 17A

## Broker says he tipped off Stewart

By DAVID HO
COX NEWS SERVICE


Martha Stewart says she had an agreement to sell her stock when it fell to $60.

NEW YORK — An assistant stockbroker delivered testimony at the heart of the government's case against Martha Stewart, saying that the domestic style maven ordered him to dump her shares in ImClone Systems after he gave her an illegal tip that the company's founder was selling all his stock.

**TRIAL** Douglas Faneuil says he thought his supervisor's instructions to call Martha Stewart were "shady," but "I never dreamed he would be telling me to commit a crime."

Douglas Faneuil said Wednesday that Stewart called him Dec. 27, 2001, asking what was going on with ImClone

founder Sam Waksal.

Faneuil said he told Stewart that her Merrill Lynch & Co. broker, Peter Bacanovic, "thought you might like to act on the information that Sam Waksal was trying to sell all of his shares."

" 'All of his shares?' " he said Stewart replied.

Faneuil, 28, said that after he
More on TRIAL on 14A

## GROWING POWER

Rapid development has led to political clout for residents of far north Fort Worth

By JESSICA DeLEÓN
STAR-TELEGRAM STAFF WRITER

From her 2-story red brick home in north Fort Worth, Kimberly Shockley has only a five-mile drive to Home Depot, SuperTarget and Chick-fil-A.

Shockley can also watch cattle graze within walking distance of her home, arrange play dates with other stay-at-home moms for her three children and, eventually, send the children to the desirable Keller school district.

**GROWTH** Residents of the area are receiving services that for years were largely given to other parts of the city.

She lives in the nation's 25th-largest city, but her neighborhood feels like suburbia.

"My parents just moved here," Shockley said. "We're not going anywhere. We're going to stay here for a long time."
More on GROWTH on 17A



STAR-TELEGRAM/MELODY LUNN
Rochelle Chronister, left, and Kimberly Shockley play with their children and a neighbor's child on Peace Street in a subdivision in far north Fort Worth.

KNIGHT RIDDER

INFORMATION FOR LIFE

# Routine traffic stop, alert officer lead to duo's arrests



**BUSBY**

**LATIMER**

**By JACK DOUGLAS JR.**
STAR-TELEGRAM STAFF WRITER

 **ARRESTS** The suspects in the abduction and death of Laura Lee Crane initially told police they were on vacation.

OKLAHOMA CITY — When murder suspect Edward Lee Busby Jr. was stopped here Sunday for failing to signal when making a traffic turn, he told a patrol officer he was "up here for vacation."

But his traveling companion, Kathleen Latimer, quickly told police that a crack cocaine pipe was in their car, according to investigative reports released Wednesday.

After taking Busby and Latimer into custody, officers found evidence in the couple's room — Room II of the Relax Inn — that suggested one or both may have attempted to change their appearance.

"Upon entering the room," Oklahoma City police reports said, officers found "only clothing and some hair color packaging in the trash can."

Oklahoma City police officer Jeff Padgett said in his reports that, after spotting Busby and Latimer shortly after 1 a.m. Sunday, it took only moments before a dispatcher anxiously told him the pair was driving a car belonging to Laura Lee Crane, 77.

The retired Texas Christian University professor vanished Friday morning, and was soon feared abducted, after telling a friend she was going to a southwest Fort Worth grocery store.

Crane's body was found Tuesday near Davis, Okla., 80 miles south of Oklahoma City.

Padgett said in his report that he had already been told of the "missing person, endangered" case out of Fort Worth as he approached the stopped 1999 Nissan Sentra driven by Busby.

"I asked the driver if he had anything illegal on him. The driver said, 'No,' that he was up here on vacation and that he was from Fort Worth," Padgett wrote.

The officer said in the report that he then asked Busby if he could pat him down in a search of weapons and that Busby replied, "Sure."

After placing the handcuffed Busby in a patrol car, officers then approached Latimer, who was sitting in the front passenger seat of the Sentra. Reports said that when another police officer "placed her in the back seat of his car, he asked her if she had anything illegal, or weapons, on her person.

"She stated that she had a crack pipe in her purse in the car," the report said.

Padgett said in his report that he then confronted Busby about the missing elderly woman from Fort Worth.

"I asked Edward Busby if he minded if we went to the room to make sure that the missing person, Laura Crane, was not in his room." Padgett wrote. "Edward Busby stated that that was fine, that there was no one inside the room and that we could go there."

During a news conference Wednesday, Fort Worth police Lt. Roger Dixon, supervisor of the department's major crimes division, praised Padgett for his work.

"The break in this case occurred because of the close attention of an Oklahoma City patrol officer who stopped Ms. Crane's car," Dixon said.

Jack Douglas Jr., (817) 390-7700
jwkdouglas@star-telegram.com

---

# Crane is remembered as a caring educator

*"She was genteel, just delightful. ... She has done so much for this community."*
— Marian Howell, Crane's neighbor

*"She could connect with the children just as well as she could connect with their parents."*
— Patricia Hayes, a friend and colleague of Crane's

**By ALEX BRANCH and BILL TEETER**
STAR-TELEGRAM STAFF WRITERS

FORT WORTH — Friends and former colleagues of Laura Lee Crane reacted with sadness and anger Wednesday at confirmation of the longtime Fort Worth educator's death.

"It baffles the imagination that someone running a few blocks to the grocery store can't get there safely," said longtime friend Patricia Hayes. "She didn't deserve this."

Crane, 77, was abducted Friday from the parking lot of a Tom Thumb grocery store blocks from her home on Bellaire Drive South in southwest Fort Worth. Her body was discovered Tuesday at the bottom of an embankment about 50 miles north of the Texas-Oklahoma border.

For more than 20 years, Crane directed TCU's Starpoint School, which helps children with learning disabilities and trains teachers. She retired in 1990 but still tutored children and college students at her home.

Starpoint teachers whom Crane trained forged ahead with their duties Wednesday despite heavy hearts, teacher Robin Davis said.

"We're doing what Laura Lee taught us to do," Davis said. "We're trying to make a difference in these children's lives. For Laura Lee, the chil-

**REACTION** At TCU's Starpoint School, where Laura Lee Crane worked for many years, teachers forge ahead with their duties despite heavy hearts.

dren always came first. This is what she'd want us to do."

Crane arrived at TCU in 1962 as a speech therapist, according to the university. She was one of the original teachers at Starpoint, which opened in 1966, and she became principal in 1969. She was also an assistant professor of education.

Parents remember Crane insisting that children use silverware, china plates and glassware instead of plastic ware when they practiced table manners.

Colleagues praised her people skills.

"She could connect with the children just as well as she could connect with their parents," said Hayes, a psychologist who evaluated incoming Starpoint students. "She could talk to anyone. She had that gift."

Crane also taught many special-needs teachers now working across North Texas. She was well-known across Fort Worth and was a great fund-raiser for school scholarships, Hayes said.

Hayes said she often runs into former Starpoint students who have gone on to successful lives.

"So many tell me that their fondest memories from school are from Starpoint," Hayes said. "There are a lot of former students out there who are upset today. She was a remarkable person. She devoted her life to those children."

Marian Howell knew Crane both as a neighbor and an education professional. When Howell's son was found at age 12 to have dyslexia, Crane helped area teachers understand the disability.

"The teachers treated the students as if they had the plague. Laura led the way in informing the educators about this condition," Howell said. "There was a lot of intolerance, and she really showed them that these children's brains were wired differently."

As a friend, Howell said, Crane "was probably the most charming, warm person I had ever met in my entire life. She was genteel, just delightful, warm and sensitive. I'm very depressed about her. She has done so much for this community."

Alex Branch, (817) 390-7689
abranch@star-telegram.com

## *"Your success will keep her memory alive, and remember that each of you now has your very own special guardian angel."*
— Allen Walker, daughter of Laura Lee Crane



STAR-TELEGRAM/RON T. ENNIS
"We will now put our faith in the judicial system to see that the perpetrators ... are brought to justice," Allen Walker, Laura Lee Crane's daughter, said at a news conference in Fort Worth on Wednesday.

### CRIME
*Continued from 1A*

blamed the slaying on a man who he said gave him Crane's car in exchange for dumping her body in Oklahoma.

But after leading authorities to the body at the bottom of a highway embankment near Davis, Okla., Busby admitted that he and Latimer were responsible for the abduction and death of Crane, 77, the affidavits say.

Police confirmed Wednesday that the body found in Oklahoma was Crane's and that an autopsy showed she died of asphyxiation.

"Busby said that he drove Crane away from the lot before putting duct tape around her head [and] face so that Crane was unable to breathe," according to the capital-murder warrants obtained Tuesday for the arrests of Busby, 31, and Latimer, 39.

Lt. Roger Dixon, supervisor of the major-crimes division for the Fort Worth police, said the Oklahoma state medical examiner's autopsy also showed that Crane suffered blunt-force trauma to the head.

Busby and Latimer remained in the Oklahoma City jail on Wednesday. It was not known whether the case will be prosecuted in Texas or Oklahoma, Dixon said at an afternoon news conference.

The motive appears to be robbery, he said.

According to both suspects' arrest-warrant affidavits, Crane's credit cards were used nine times in about two hours shortly after she was abducted about noon Friday outside the Tom Thumb grocery store at 3050 S. Hulen St.

Relatives told police that three of Crane's cards were used for cash withdrawals totaling $605.90, the affidavits state.

At the news conference, Allen Walker, Crane's daughter, thanked law-enforcement agencies "who worked tirelessly over the last very difficult days to bring our mother home."

"We will now put our faith in the judicial system to see that the perpetrators of this horrendous crime are brought to justice."

Crane, a wife and mother of three, was well-known among North Texas educators for her work with special-needs students, particularly at Texas Christian University's Starpoint School, where she had worked from the time it opened, in 1966, until she retired in 1990. She became principal in 1969.

Walker thanked friends and strangers who have offered support and prayers for the family.

"To Mrs. Crane's students, past and present, we want to say that you are her light and you are the hope of the future," Walker said.

"She knows what you are capable of, and she expects the best from you. Your success will keep her memory alive, and remember that each of you now has your very own special guardian angel."

Police said they do not know why Crane was targeted.

"This was a heinous crime, but we want to underscore the fact that the area in which it occurred is a safe area and to our knowledge this crime was random," said Lt. Abdul Pridgen, Fort Worth police spokesman.

County records show Busby's and Latimer's last known addresses to be in the 2200 block of East Vickery Boulevard.

According to the arrest-warrant affidavits, an FBI agent interviewed Busby on Sunday afternoon, hours after the couple, in Crane's 1999 Nissan Sentra, was stopped by an Oklahoma City police officer for a traffic violation.

Busby told the FBI agent that

he had bought the car from another man for $200, the affidavits state. He said that he and Latimer checked the car's trunk before leaving for Oklahoma City and that it did not contain a body, according to the affidavits.

But in interviews with Fort Worth homicide detectives Cheryl Johnson and Mike Carroll on Monday and Tuesday, Busby changed his story, telling investigators that the other man took the car and killed Crane, the affidavits state.

Busby told police that the man offered to sell him the car for $1,300. When he said he did not have that much money, the man said he would give him the car if Busby dumped a woman's body that was in the trunk, the affidavits state.

But after leading the detectives to where he had dumped Crane's body, Busby confessed that he and his girlfriend had kidnapped Crane, the affidavits state.

According to the affidavits, a witness identified Busby and Latimer in photo lineups as the couple he had seen in the Tom Thumb parking lot on the day Crane was abducted.

Dixon said that while the investigation isn't complete, he expects no further arrests.

On Wednesday afternoon, William Koehler, provost and vice chancellor for academic affairs at Texas Christian University, said in a statement that the university is saddened by the death of "a long-time member of our family."

"Mrs. Crane had a profound impact upon the lives of many children and families through her work at TCU's Starpoint School," Koehler said. "She was a well-respected administrator and educator and made major contributions to both Starpoint and TCU's School of Education. She will be missed tremendously."

Deanna Boyd, (817) 390-7655
dboyd@star-telegram.com

---

# School suspends girl for speaking of hell

THE ASSOCIATED PRESS

PITTSBURGH — A second-grader was suspended for a day for telling a classmate he would go to hell for saying, "I swear to God."

Brandy McKenith, 7, was suspended for swearing for saying the word "hell," but her family says she was referring to the biblical location of fire and brim-

stone.

The Pittsburgh Public Schools' student code of conduct prohibits profanity, but doesn't provide a definition, spokeswoman Pat Crawford said. The school district would not comment further.

Brandy's father, Wayne McKenith, said that when he learned about the suspension, he

thought that perhaps his daughter had said something worse, so he called the teacher for details. He was told another student overheard the girl say the word.

"I said, 'Hell? She got suspended for that?'" McKenith said.

He said he asked the school district to evaluate its profanity policy.

"Hell' is like the least of the words in school today," McKenith said. "You go home and turn on the TV tonight and tell me how many times you hear the word 'hell.'"

McKenith, a suburban Pittsburgh police detective, said that his family members aren't "religious fanatics" but have a healthy respect for the Bible.

**BRUMBAUGH'S LEATHER GALLERY**
**Hand Carved Bench**



NOW $399.00  Reg. 799.00

11851 Camp Bowie West & I-30
Ft. Worth, TX 76008
**817.244.9377**

**HARDWOOD FLOORING $.99**
Laminate Flooring from 89¢ per sq. ft.
LUMBERLIQUIDATORS.com
2165 E. Loop 820 N • Ft. Worth, TX
817 589 2300

---

**UNSOLD ORDERS**
**School Model**
**SEWING MACHINES**
WITH SEW and SERGE STITCHES
NEW IN FACTORY SEALED CARTONS

These new 2003 model machines from the famous 142 year old US Company must be sold and will be offered to the public at various U.S. locations. Please note the date and location at the bottom of this notice for the sale in your area.

**SIMPLIFIED OPERATION**

These new 2003 Model Sew & Serge sewing machines feature simplified operation. They have all built in stitches including: straight sewing, zig-zag, buttonholes, elastic stitch, invisible blind-hem, monogram, satin stitch, embroidery, double seams, applique, sew on buttons, top stitching, and special quilting features; plus built in serging stitch. Foldaway hem option included. Electronic Control. Now you can buy one machine that has both regular stitches and a serging stitch. AN OPTIONAL CUTTER IS AVAILABLE TO TRIM THE FABRIC EDGE.

**SEWS ALL FABRICS**

These machines are heavy duty. They will hem jeans and sew all fabrics from sheer nylon to leather without pressure adjustments. Easy to follow, illustrated instruction book and toll free back up included. Other Models May be Available at Similar Savings.

Company Demonstrator on hand

**Your Price with this ad is $149**
Without this ad $449.00

Your check, MC, Visa, Discover, Lay-a-way welcome.
Pay in full and take machine with you.

**NO PHONE CALLS PLEASE**
FRIDAY AND SATURDAY ONLY 10:30AM TIL 2PM

**COOMERS CRAFT MALLS**
FRIDAY FEB. 6th ONLY     SATURDAY FEB. 7th ONLY
WOODLAND WEST CENTER    HULEN FASHION CENTER
2805 WEST PARK ROW      6060 SOUTH HULEN BEND
ARLINGTON               FORT WORTH

# gram

RAM.COM

Thursday, February 5, 2004     50 cents

ne

# Ex-educator kidnapped, asphyxiated

**CRIME** A man says he and his girlfriend abducted retired TCU professor Laura Lee Crane and wrapped her face in duct tape, according to affidavits.

### By DEANNA BOYD
STAR-TELEGRAM STAFF WRITER

FORT WORTH — A man accused of killing a retired TCU professor told police that he and his girlfriend abducted the woman from a Fort Worth grocery store's parking lot, then wrapped her face in duct tape so that she could not breathe, according to arrest warrant affidavits.

Edward Busby told detectives that he and Kathleen Latimer later drove to Ardmore, Okla., and spent the night in a motel. He said that when he checked on Laura Lee Crane the next morning, she was dead, the affidavits state.

They also say that Busby initially



CRANE

## Inside

■ Crane is remembered as a caring educator. 16A

■ Routine traffic stop, alert officer led to arrest of suspects. 16A

More on CRIME on 16A

Massachusetts court +

"This was a heinous crime, but we want to underscore the fact that the area in which it occurred is a safe area and to our knowledge this crime was random," said Lt. Abdul Pridgen, Fort Worth police spokesman.

County records show Busby's and Latimer's last known addresses to be in the 2200 block of East Vickery Boulevard.

According to the arrest-warrant affidavits, an FBI agent interviewed Busby on Sunday afternoon, hours after the couple, in Crane's 1999 Nissan Sentra, was stopped by an Oklahoma City police officer for a traffic violation.

Busby told the FBI agent that he had bought the car from another man for $200, the affidavits state. He said that he and Latimer checked the car's trunk before leaving for Oklahoma City and that it did not contain a body, according to the affidavits.

But in interviews with Fort Worth homicide detectives Cheryl Johnson and Mike Carroll on Monday and Tuesday, Busby changed his story, telling investigators that the other man took the car and killed Crane, the affidavits state.

Busby told police that the man offered to sell him the car for $1,300. When he said he did not have that much money, the man said he would give him the car if Busby dumped a woman's body that was in the trunk, the affidavits state.

But after leading the detectives to where he had dumped Crane's body, Busby confessed that he and his girlfriend had kidnapped Crane, the affidavits state.

According to the affidavits, a witness identified Busby and Latimer in photo lineups as the couple he had seen in the Tom Thumb parking lot on the day Crane was abducted.

Dixon said that while the investigation isn't complete, he expects no further arrests.

On Wednesday afternoon, William Koehler, provost and vice chancellor for academic affairs at Texas Christian University, said in a statement that the university is saddened by the death of "a long-time member of our family."

"Mrs. Crane had a profound impact upon the lives of many children and families through her work at TCU's Starpoint School," Koehler said. "She was a well-respected administrator and educator and made major contributions to both Starpoint and TCU's School of Education. She will be missed tremendously."

Deanna Boyd, (817) 390-7655 dboyd@star-telegram.com

1. Photo: STAR-TELEGRAM/RON T. ENNIS "We will now put our faith in the judicial system to see that the perpetrators ... are brought to justice," Allen Walker, Laura Lee Crane's daughter, said at a news conference in Fort Worth on Wednesday.

2. head shot: (Laura Lee) CRANE

## Photo Caption:

Filename: **010102XA0010205RK01-948597.txt**

Service:
Category:
Supplemental Category:
Instructions: **2004Datatimes.exp**
Created: **February 5, 2004**
City:
Country:
Reference: **11210008**
Merlin ID: **7277139**
Copyright:
Copyright year: **0**
Keywords: **"HOMICIDES-FW/TC"**
Library enhanced? **Yes**
Rights? **Yes**
Input Date: **03/12/2005**

DEFENDANT'S
EXHIBIT
16
NO BC 9-29-05
PENGAD 800-631-6989

**Routine traffic stop, alert officer lead to duo's arrests**
**By Jack Douglas Jr.**

Source: *THE FORT WORTH STAR-TELEGRAM*
Thursday, February 5, 2004
Edition: FINAL, Section: News, Page 16A

A sidebar.

ARRESTS: The suspects in the abduction and death of Laura Lee Crane initially told police they were on vacation.

OKLAHOMA CITY--When murder suspect Edward Lee Busby Jr. was stopped here Sunday for failing to signal when making a traffic turn, he told a patrol officer he was "up here for vacation."

But his traveling companion, Kathleen Latimer, quickly told police that a crack cocaine pipe was in their car, according to investigative reports released Wednesday.

After taking Busby and Latimer into custody, officers found evidence in the couple's room -- Room 11 of the Relax Inn -- that suggested one or both may have attempted to change their appearance.

"Upon entering the room," Oklahoma City police reports said, officers found "only clothing and some hair color packaging in the trash can."

Oklahoma City police officer Jeff Padgett said in his reports that, after spotting Busby and Latimer shortly after 1 a.m. Sunday, it took only moments before a dispatcher anxiously told him the pair was driving a car belonging to Laura Lee Crane, 77.

The retired Texas Christian University professor vanished Friday morning, and was soon feared abducted, after telling a friend she was going to a southwest Fort Worth grocery store.

Crane's body was found Tuesday near Davis, Okla., 80 miles south of Oklahoma City.

Padgett said in his report that he had already been told of the "missing person, endangered" case out of Fort Worth as he approached the stopped 1999 Nissan Sentra driven by Busby.

"I asked the driver if he had anything illegal on him. The driver said, 'No,' that he was up here on vacation and that he was from Fort Worth," Padgett wrote.

The officer said in the report that he then asked Busby if he could pat him down in a search of weapons and that Busby replied, "Sure."

After placing the handcuffed Busby in a patrol car, officers then approached Latimer, who was sitting in the front passenger seat of the Sentra. Reports said that when another police officer "placed her in the back seat of his car, he asked her if she had anything illegal, or weapons, on her person.

"She stated that she had a crack pipe in her purse in the car," the reports said.

Padgett said in his report that he then confronted Busby about the missing elderly woman from Fort Worth.

"I asked Edward Busby if he minded if we went to the room to make sure that the missing person, Laura Crane, was not in his room," Padgett wrote. "Edward Busby stated that that was fine, that there was no one inside the room and that we could go there."

During a news conference Wednesday, Fort Worth police Lt. Roger Dixon, supervisor of the department's major crimes division, praised Padgett for his work.

"The break in this case occurred because of the close attention of an Oklahoma City patrol officer who stopped Ms. Crane's car," Dixon said.

Jack Douglas Jr., (817) 390-7700 jld@star-telegram.com

1. head shot: (Edward Lee) BUSBY

2. head shot: (Kathleen) LATIMER
Photo Caption:

Filename: 010101XA0160205RB01-948486.txt

Service:
Category:
Supplemental Category:
Instructions: 2004Datatimes.exp
Created: February 5, 2004
City:
Country:
Reference: 11209998
Merlin ID: 7277121
Copyright:
Copyright year: 0
Keywords: "HOMICIDES-FW/TC"
Library enhanced? Yes

# Routine traffic stop, alert officer lead to duo's arrests

**By JACK DOUGLAS JR.**
STAR-TELEGRAM STAFF WRITER

OKLAHOMA CITY — When murder suspect Edward Lee Busby Jr. was stopped here Sunday for failing to signal when making a traffic turn, he told a patrol officer he was "up here for vacation."

But his traveling companion, Kathleen Latimer, quickly told police that a crack cocaine pipe was in their car, according to investigative reports released Wednesday.

After taking Busby and Latimer into custody, officers found evidence in the couple's room — Room 11 of the Relax Inn — that suggested one or both may have attempted to change their appearance.



BUSBY

LATIMER

**ARRESTS** The suspects in the abduction and death of Laura Lee Crane initially told police they were on vacation.

"Upon entering the room," Oklahoma City police reports said, officers found "only clothing and some hair color packaging in the trash can."

Oklahoma City police officer Jeff Padgett said in his reports that, after spotting Busby and Latimer shortly after 1 a.m. Sunday, it took only moments before a dispatcher anxiously told him the pair was driving a car belonging to Laura Lee Crane, 77.

The retired Texas Christian University professor vanished Friday morning, and was soon feared abducted, after telling a friend she was going to a southwest Fort Worth grocery store.

Crane's body was found Tuesday near Davis, Okla., 80 miles south of Oklahoma City.

Padgett said in his report that he had already been told of the "missing person, endangered" case out of Fort Worth as he approached the stopped 1999 Nissan Sentra driven by Busby.

"I asked the driver if he had anything illegal on him. The driver said, 'No,' that he was up here on vacation and that he was from Fort Worth," Padgett wrote.

The officer said in the report that he then asked Busby if he could pat him down in a search of weapons and that Busby replied, "Sure."

After placing the handcuffed Busby in a patrol car, officers then approached Latimer, who was sitting in the front passenger seat of the Sentra. Reports said that when another police officer "placed her in the back seat of his car, he asked her if she had anything illegal, or weapons, on her person.

"She stated that she had a crack pipe in her purse in the car," the reports said.

Padgett said in his report that he then confronted Busby about the missing elderly woman from Fort Worth.

"I asked Edward Busby if he minded if we went to the room to make sure that the missing person, Laura Crane, was not in his room," Padgett wrote. "Edward Busby stated that that was fine, that there was no one inside the room and that we could go there."

During a news conference Wednesday, Fort Worth police Lt. Roger Dixon, supervisor of the department's major crimes division, praised Padgett for his work.

"The break in this case occurred because of the close attention of an Oklahoma City patrol officer who stopped Ms. Crane's car," Dixon said.

Jack Douglas Jr., (817) 390-7700
jdd@star-telegram.com

# Crane is remembered as a caring educator

"She was genteel, just delightful. ... She has done so much for this community."
— Marian Howell,
Crane's neighbor

"She could connect

**By ALEX BRANCH and BILL TEETER**
STAR-TELEGRAM STAFF WRITERS

FORT WORTH — Friends and former colleagues of Laura Lee Crane reacted with sadness and anger Wednesday at confirmation of the longtime Fort Worth educator's death.

"It baffles the imagination that someone running a few blocks to the grocery store can't get there safely," said longtime friend Patricia

**REACTION** At TCU's Starpoint School, where Laura Lee Crane worked for many years, teachers forge ahead with their duties despite heavy hearts.

dren always came first. This is what she'd want us to do."

Crane arrived at TCU in 1962 as a speech therapist, according to the university. She was one of the original

"Your success will keep her memory alive, and remember that each of you now has your very own special guardian angel."

— Allen Walker, daughter of Laura Lee Crane



grandchildren; 22 great-grandchildren.

Galbreath-Pickard Funeral Chapel

Weatherford, (817) 594-2747

## Photo Caption:

Filename: **010402XB0100205RB01-947800.txt**

Service:
Category:
Supplemental Category:
Instructions: **2004Datatimes.exp**
Created: **February 5, 2004**
City:
Country:
Reference: **11210031**
Merlin ID: **7277185**
Copyright:
Copyright year: **0**
Keywords:
Library enhanced? **Yes**
Rights? **Yes**
Input Date: **03/12/2005**


DEFENDANT'S
EXHIBIT
17
NO. 6C 929-05

---

## Crane is remembered as a caring educator
### By Alex Branch;bill Teeter

Source: *THE FORT WORTH STAR-TELEGRAM*
Thursday, February 5, 2004
Edition: FINAL, Section: News, Page 16A

A sidebar.

REACTION: At TCU's Starpoint School, where Laura Lee Crane worked for many years, teachers forge ahead with their duties despite heavy hearts.

FORT WORTH--Friends and former colleagues of Laura Lee Crane reacted with sadness and anger Wednesday at confirmation of the longtime Fort Worth educator's death.

"It baffles the imagination that someone running a few blocks to the grocery store can't get there safely," said longtime friend Patricia Hayes. "She didn't deserve this."

Crane, 77, was abducted Friday from the parking lot of a Tom Thumb grocery store blocks from her home on Bellaire Drive South in Southwest Fort Worth. Her body was discovered Tuesday at the bottom of an embankment about 50 miles north of the Texas-Oklahoma border.

For more than 20 years, Crane directed TCU's Starpoint School, which helps children with learning disabilities and trains teachers. She retired in 1990 but still tutored children and college students at her home.

Starpoint teachers whom Crane trained forged ahead with their duties Wednesday despite heavy hearts, teacher Robin Davis said.

"We're doing what Laura Lee taught us to do," Davis said. "We're trying to make a difference in these children's lives. For Laura Lee, the children always came first. This is what she'd want us to do."

Crane arrived at TCU in 1962 as a speech therapist, according to the university. She was one of the original teachers at Starpoint, which opened in 1966, and she became principal in 1969. She was also an assistant professor of education.

Parents remember Crane insisting that children use silverware, china plates and glassware instead of plastic ware when they practiced table manners.

Colleagues praised her people skills.

"She could connect with the children just as well as she could connect with their parents," said Hayes, a psychologist who evaluated incoming Starpoint students. "She could talk to anyone. She had that gift."

Crane also taught many special-needs teachers now working across North Texas. She was well-known across Fort Worth and was a great

FORT WORTH | FROM 1A | NATIONAL

# Routine traffic stop, alert officer lead to duo's arrests

**By JACK DOUGLAS JR.**
STAR-TELEGRAM STAFF WRITER



BUSBY



LATIMER

OKLAHOMA CITY — When murder suspect Edward Lee Busby Jr. was stopped here Sunday for failing to signal when making a traffic turn, he told a patrol officer he was "up here for vacation."

But his traveling companion, Kathleen Latimer, quickly told police that a crack cocaine pipe was in their car, according to investigative reports released Wednesday.

After taking Busby and Latimer into custody, officers found evidence in the couple's room — Room II of the Relax Inn — that suggested one or both may have attempted to change their appearance.

**ARRESTS** The suspects in the abduction and death of Laura Lee Crane initially told police they were on vacation.

"Upon entering the room," Oklahoma City police reports said, officers found "only clothing and some hair color packaging in the trash can."

Oklahoma City police officer Jeff Padgett said in his reports that, after spotting Busby and Latimer shortly after 1 a.m. Sunday, it took only moments before a dispatcher anxiously told him the pair was driving a car belonging to Laura Lee Crane, 72.

The retired Texas Christian University professor vanished Friday morning, and was soon feared abducted, after telling a friend she was going to a southwest Fort Worth grocery store.

Crane's body was found Tuesday near Davis, Okla., 80 miles south of Oklahoma City.

Padgett said in his report that he had already been told of the "missing person, endangered" case out of Fort Worth as he approached the stopped 1999 Nissan Sentra driven by Busby.

"I asked the driver if he had anything illegal on him. The driver said, 'No,' that he was up here on vacation and that he was from Fort Worth," Padgett wrote.

The officer said in the report that he then asked Busby if he could pat him down in a search of weapons and that Busby replied, "Sure."

After placing the handcuffed Busby in a patrol car, officers then approached Latimer, who was sitting in the front passenger seat of the Sentra. Reports said that when another police officer "placed her in the back seat of his car, he asked her if she had anything illegal, or weapons, on her person.

"She stated that she had a crack pipe in her purse in the car," the reports said.

Padgett said in his report that he then confronted Busby about the missing elderly woman from Fort Worth.

"I asked Edward Busby if he minded if we went to the room to make sure that the missing person, Laura Crane, was not in his room," Padgett wrote. "Edward Busby stated that that was fine, that there was no one inside the room and that we could go there."

During a news conference Wednesday, Fort Worth police Lt. Roger Dixon, supervisor of the department's major crimes division, praised Padgett for his work.

"The break in this case occurred because of the close attention of an Oklahoma City patrol officer who stopped Ms. Crane's car," Dixon said.

Jack Douglas Jr. (817) 390-7700
jdouglas@star-telegram.com

# Crane is remembered as a caring educator

"She was genteel, just delightful. ... She has done so much for this community."
— Marian Howell, Crane's neighbor

"She could connect with the children just as well as she could connect with their parents."
— Patricia Hayes, a friend and colleague of Crane's

**By ALEX BRANCH and BILL TEETER**
STAR-TELEGRAM STAFF WRITERS

FORT WORTH — Friends and former colleagues of Laura Lee Crane reacted with sadness and anger Wednesday at confirmation of the longtime Fort Worth educator's death.

"It baffles the imagination that someone running a few blocks to the grocery store can't get there safely," said longtime friend Patricia Hayes. "She didn't deserve this."

Crane, 77, was abducted Friday from the parking lot of a Tom Thumb grocery store blocks from her home on Bellaire Drive South in southwest Fort Worth. Her body was discovered Tuesday at the bottom of an embankment about 50 miles north of the Texas-Oklahoma border.

For more than 20 years, Crane directed TCU's Starpoint School, which helps children with learning disabilities and trains teachers. She retired in 1990 but still tutored children and college students at her home.

Starpoint teachers whom Crane trained forged ahead with their duties Wednesday despite heavy hearts, teacher Robin Davis said.

"We're doing what Laura Lee taught us to do," Davis said. "We're trying to make a difference in these children's lives. For Laura Lee, the chil-

**REACTION** At TCU's Starpoint School, where Laura Lee Crane worked for many years, teachers forge ahead with their duties despite heavy hearts.

dren always came first. This is what she'd want us to do."

Crane arrived at TCU in 1962 as a speech therapist, according to the university. She was one of the original teachers at Starpoint, which opened in 1966, and she became principal in 1969. She was also an assistant professor of education.

Parents remember Crane insisting that children use silverware, china plates and glassware instead of plastic ware when they practiced table manners.

Colleagues praised her people skills.

"She could connect with the children just as well as she could connect with their parents," said Hayes, a psychologist who evaluated incoming Starpoint students. "She could talk to anyone. She had that gift."

Crane also taught many special-needs teachers now working across North Texas. She was well-known across Fort Worth and was a great fund-raiser for school scholarships, Hayes said.

Hayes said she often runs into former Starpoint students who have gone on to successful lives.

"So many tell me that their fondest memories from school are from Starpoint," Hayes said. "There are a lot of former students out there who are upset today. She was a remarkable person. She devoted her life to those children."

Marian Howell knew Crane both as a neighbor and an education professional. When Howell's son was found at age 12 to have dyslexia, Crane helped area teachers understand the disability.

"The teachers treated the students as if they had the plague. Laura led the way in informing the educators about this condition," Howell said. "There was a lot of intolerance, and she really showed them that these children's brains were wired differently."

As a friend, Howell said, Crane "was probably the most charming, warm person I had ever met in my entire life. She was genteel, just delightful, warm and sensitive. I'm very depressed about her. She has done so much for this community."

Alex Branch, (817) 390-7689
abranch@star-telegram.com

"Your success will keep her memory alive, and remember that each of you now has your very own special guardian angel."
— Allen Walker, daughter of Laura Lee Crane



"We will now put our faith in the judicial system to see that the perpetrators ... are brought to justice," Allen Walker, Laura Lee Crane's daughter, said at a news conference in Fort Worth on Wednesday.

## CRIME
*Continued from 1A*

blamed the slaying on a man who he said gave him Crane's car in exchange for dumping her body in Oklahoma.

But after leading authorities to the body at the bottom of a highway embankment near Davis, Okla., Busby admitted that he and Latimer were responsible for the abduction and death of Crane, 72, the affidavits say.

Police confirmed Wednesday that the body found in Oklahoma was Crane's and that an autopsy showed she died of asphyxiation.

"Busby said that he drove Crane away from the lot before putting duct tape around her head [and] face so that Crane was unable to breathe," according to the capital-murder warrants obtained Tuesday for the arrests of Busby, 31, and Latimer, 39.

Lt. Roger Dixon, supervisor of the major-crimes division for the Fort Worth police, said the Oklahoma state medical examiner's autopsy also showed that Crane suffered blunt-force trauma to the head.

Busby and Latimer remained in the Oklahoma City jail on Wednesday. It was not known whether the case will be prosecuted in Texas or Oklahoma. Dixon said at an afternoon news conference.

The motive appears to be robbery, he said.

According to both suspects' arrest-warrant affidavits, Crane's credit cards were used nine times in about two hours shortly after she was abducted about noon Friday outside the Tom Thumb grocery store at 3050 S. Hulen St.

Relatives told police that three of Crane's cards were used for cash withdrawals totaling $605.90, the affidavits state.

At the news conference, Allen Walker, Crane's daughter, thanked law-enforcement agencies "who worked tirelessly over the last very difficult days to bring our mother home."

"We will now put our faith in the judicial system to see that the perpetrators of this horrendous crime are brought to justice."

Crane, a wife and mother of three, was well-known among North Texas educators for her work with special-needs students, particularly at Texas Christian University's Starpoint School, where she had worked from the time it opened, in 1966, until she retired in 1990. She became principal in 1969.

Walker thanked friends and strangers who have offered support and prayers for the family.

"To Mrs. Crane's students, past and present, we want to say that you are her light and you are the hope of the future," Walker said.

"She knows what you are capable of, and she expects the best from you. Your success will keep her memory alive, and remember that each of you now has your very own special guardian angel."

Police said they do not know why Crane was targeted.

"This was a heinous crime, but we want to underscore the fact that the area in which it occurred is a safe area and to our knowledge this crime was random," said Lt. Abdul Pridgen, Fort Worth police spokesman.

County records show Busby's and Latimer's last known addresses to be in the 2200 block of East Vickery Boulevard.

According to the arrest-warrant affidavits, an FBI agent interviewed Busby on Sunday afternoon, hours after the couple, in Crane's 1999 Nissan Sentra, was stopped by an Oklahoma City police officer for a traffic violation.

Busby told the FBI agent that

he had bought the car from another man for $200, the affidavits state. He said that he and Latimer checked the car's trunk before leaving for Oklahoma City and that it did not contain a body, according to the affidavits.

But in interviews with Fort Worth homicide detectives Cheryl Johnson and Mike Carroll on Monday and Tuesday, Busby changed his story, telling investigators that the other man took the car and killed Crane, the affidavits state.

Busby told police that the man offered to sell him the car for $1,300. When he said he did not have that much money, the man said he would give him the car if Busby dumped a woman's body that was in the trunk, the affidavits state.

But after leading the detectives to where he had dumped Crane's body, Busby confessed that he and his girlfriend had kidnapped Crane, the affidavits state.

According to the affidavits, a witness identified Busby and Latimer in photo lineups as the couple he had seen in the Tom Thumb parking lot on the day Crane was abducted.

Dixon said that while the investigation isn't complete, he expects no further arrests.

On Wednesday afternoon, William Koehler, provost and vice chancellor for academic affairs at Texas Christian University, said in a statement that the university is saddened by the death of "a longtime member of our family."

"Mrs. Crane had a profound impact upon the lives of many children and families through her work at TCU's Starpoint School," Koehler said. "She was a well-respected administrator and educator and made major contributions to both Starpoint and TCU's School of Education. She will be missed tremendously."

Deanna Boyd, (817) 390-7655
dboyd@star-telegram.com

**BRUMBAUGH'S LEATHER GALLERY**
Hand Carved Bench

**$399** Reg. $799

11651 Camp Bowie West & I-30
Ft. Worth, TX 76008
**817.244.9377**

**HARDWOOD FLOORING 99¢**
Laminate Flooring From 49¢ per sq. ft.
LUMBERLIQUIDATORS.com
2165 E. Loop 820 N • Ft. Worth, TX
817-519-7400

**UNSOLD ORDERS**
**School Model**
**SEWING MACHINES**
WITH SEW and SERGE STITCHES
NEW IN FACTORY SEALED CARTONS

These new 2003 model machines from the famous 142 year old US Company must be sold and will be offered to the public at various U.S. locations. Please note the date and location at the bottom of this notice for the sale in your area.

**SIMPLIFIED OPERATION**
These new 2003 Model Sew & Serge sewing machines feature simplified operation. They have all built in stitches including: straight sewing, zig-zag, buttonholes, elastic stitch, invisible blind-hem, monogram, satin stitch, embroidery, double seams, applique, sew on buttons, top stitching, and special quilting features; plus built in serging stitch. Added hem option included. Electronic Control. Now you can buy one machine that has both regular stitches and a serging stitch. AN OPTIONAL CUTTER IS AVAILABLE TO TRIM THE FABRIC EDGE.

**SEWS ALL FABRICS**
These machines are heavy duty. They will hem jeans and sew all fabrics from sheer nylon to leather without pressure adjustments. Easy to follow, illustrated instruction book and toll free back up included. Other Models May be Available at Similar Savings.

Company Demonstrator on hand

Your Price with this ad is **$149**
Without this ad $449.00
Your check, MC, Visa, Discover, Lay-a-way welcome.
Pay in full and take machine with you.

**NO PHONE CALLS PLEASE**
FRIDAY AND SATURDAY ONLY 10:30AM TIL 2PM

**COOMERS CRAFT MALLS**
FRIDAY FEB. 6th ONLY        SATURDAY FEB. 7th ONLY
WOODLAND WEST CENTER        HULEN FASHION CENTER
2805 WEST PARK ROW        6060 SOUTH HULEN BEND
ARLINGTON        FORT WORTH

# School suspends girl for speaking of hell

THE ASSOCIATED PRESS

PITTSBURGH — A second-grader was suspended for a day for telling a classmate he would go to hell for saying, "I swear to God."

Brandy McKenith, 7, was suspended for swearing for saying the word "hell," but her family says she was referring to the biblical location of fire and brimstone.

The Pittsburgh Public Schools' student code of conduct prohibits profanity, but doesn't provide a definition, spokeswoman Pat Crawford said. The school district would not comment further.

Brandy's father, Wayne McKenith, said that when he learned about the suspension, he

thought that perhaps his daughter had said something worse, so he called the teacher for details. He was told another student overheard the girl say the word.

"I said, 'Hell? She got suspended for that?'" McKenith said.

He said he asked the school district to evaluate its profanity policy.

"Hell' is like the least of the words in school today," McKenith said. "You go home and turn on the TV tonight and tell me how many times you hear the word 'hell.'"

McKenith, a suburban Pittsburgh police detective, said that his family members aren't "religious fanatics" but have a healthy respect for the Lord.



Combined Text Records Display

Rights? **Yes**
Input Date: **03/12/2005**



**Obituaries**

Source: *THE FORT WORTH STAR-TELEGRAM*
Thursday, February 5, 2004
Edition: FINAL, Section: Metro, Page 10B

Jessie Mae Alder

DEFENDANT'S
EXHIBIT
*18*
NO. *BC 929-05*
PENGAD 800-631-8989

BURLESON -- Jessie Mae Alder, 81, passed away Tuesday, Feb. 3, 2004.

Funeral: 1:30 p.m. Friday in Greenwood Chapel. Burial: Greenwood Memorial Park. Visitation: 6 to 8 p.m. Thursday at Greenwood Funeral Home.

Memorials: May be made to Emery J. Lilge Hospice House, 301 Med Park Circle, Burleson, Texas 76028.

Jessie Mae was born Nov. 28, 1922, in Alvarado. She was an active member of Fair Park Baptist Church and the Crowley Senior Citizen Center.

Survivors: Son, Roger Harrod and wife, Carolyn, of Burleson; daughter, Patricia Maddux and husband, Jay, of Burleson; grandchildren, Ashlie Farris and husband, Russell, of Springtown, Tamra Maddux and fiance, Michael Orlowski, of Las Colinas, Jared Maddux of Waco, Stephanie Taff of Fort Worth, Kyle Taff of Fort Worth and Angela Taff of Crowley; great-grandchildren, Addison Farris and Rayleigh Farris of Springtown; brother, G.C. Miller of West; and sisters, Juanita Roller of Era, Lucille Sowell of Fort Worth and Estalyn Bailey of San Antonio.

Greenwood Funeral Home

3100 White Settlement Road, (817) 336-0584



John Lawrence Barnett Sr.

FORT WORTH -- John Lawrence Barnett Sr., 80, a retired educator for the Fort Worth ISD, died Monday, Jan. 26, 2004, in New Orleans, La.

Funeral: 11 a.m. Saturday, Feb. 7, in the sanctuary of Carter Metropolitan Christian Methodist Episcopal Church, 4601 Wichita St. Visitation: 1 to 6 p.m. Friday, Feb. 6, at the historic Baker Funeral Home. Wake: 7 to 8 p.m. at the church.

A career educator for 42 years, Mr. Barnett worked in all levels at Fort Worth ISD, from prekindergarten through high school. His positions included teacher, high school vice principal, elementary principal, director of the Central Cities Early Childhood Experimental Center project, assistant elementary director, program director for early childhood education, area director for elementary education and director of staff development. His love for children and desire to promote educational opportunities for them was well-known in the public school community.

Mr. Barnett was part of the task force organizing the Governors School in Texas, a summer residential program for gifted and talented high school juniors. He also had served as president of Fort Worth Classroom Teachers Association.

He was among the founders of the local United Negro College Fund organization, a member of the Rotary Club, life member of the NAACP, past president of the Texas College Alumni Association and Glencrest Civic League, charter member of the Fort Worth alumni chapter of Kappa Alpha Psi Fraternity Inc. and served on the Fort Worth board of adjustment.

He earned degrees at Texas College and University of Missouri. His doctoral studies at University of Denver were interrupted by service in the United States Army.

John was a life master of the American Contract Bridge league, and he had served as president of the Fort Worth-Tarrant County Bridge Club. He was a top player in the ruby category and taught beginning bridge classes.

Survivors: Wife, Reese Watson Barnett; son, Dr. John L. Barnett and his wife, Dr. Arlene Barnett, of New Orleans, La.; daughter, Verdia Barnett Johnson and her husband, Everett, of Guttenberg, N.J.; grandchildren, Airin Barnett, John Barnett III., Nathaniel Barnett and Eric Johnson; and many other family members and friends.

Baker Funeral Home

301 E. Rosedale, (817) 332-4468

Joyce "Joy" Clayre Rogers Black

http://merlin1...

FORESTBURG -- Joyce "Joy" Clayre Rogers Black, 68, a medication aide at Bellmire Nursing Facilities, died Tuesday, Jan. 27, 2004, in Forestburg.

Memorial service: 2 p.m. Saturday at Forestburg Baptist Church.

Memorials: Forestburg Baptist Church, P.O. Box 358, Forestburg, Texas 76239.

Joyce "Joy" Clayre Rogers Black was born Nov. 2, 1935, in Cincinatti, Ohio.

Survivors: Husband, Charles Jackson Black Jr.; son, Charles Jackson Black III; daughter, Jennifer Leah Yarbrough; and two grandchildren.

Fry Funeral Home

Bowie, (940) 872-1144

Myrtle Bomar Bradley

BURLESON -- Myrtle Bomar Bradley, 80, a retired nurse's aide, died Tuesday, Feb. 3, 2004.

Funeral: 10 a.m. Friday in Crosier-Pearson-Mayfield Funeral Home Chapel, Cleburne. Burial: Baker-Lain Cemetery. Visitation: 5 to 7 p.m. Thursday at Crosier-Pearson-Mayfield Funeral Home.

Survivors: Sons, Van, Gene, Karl and Darrell Bradley; daughters, Charlotte Bradley, Linda Witherspoon and Juanita Hutson; four sisters; 12 grandchildren; and 33 great-grandchildren.

Crosier-Pearson-Mayfield Funeral Home

Cleburne, (817) 645-4311

Shirley Brown Cantwell

RT WORTH -- Shirley Brown Cantwell, 67, beloved mother, grandmother, sister and friend, passed away Sunday, Feb. 1, 2004, at a local hospital.

Memorial service: 2 p.m. Friday at All Saints Episcopal Church, 5001 Crestline Road, Fort Worth.

Shirley Cantwell was born April 15, 1937, in North Loup, Neb. She had been a Fort Worth resident for almost 50 years. She was preceded in death by her parents, Alex and Jennie Brown; three sisters; and her husband, Thomas Cantwell.

Survivors: Daughter, Robin Ibda; son-in-law, Jamal; grandsons, Khalid, Malik and Zain; her daughter, Candace Cantwell; her daughter, Christine Greback; son-in-law Robert; grandchildren, Erica and Sterling; three sisters; a brother; numerous nieces and nephews; and many good friends.

Baumgardner Funeral Home

3704 Hwy. 377 S., (817) 731-8400

Michael F. Cassidy

FORT WORTH -- Michael F. Cassidy, 58, a retired certified public accountant, passed away Sunday, Feb. 1, 2004, at a Fort Worth hospital.

Memorial service: 3:30 p.m. Thursday, Moore Funeral Home Chapel.

Michael F. Cassidy was born Aug. 1, 1945, in Klamath Falls, Ore. He graduated from the University of Illinois. Michael had been a Fort Worth resident since 1976. He performed volunteer work for Crisis Hotline.

Out of all the duties he performed, he was the greatest dad.

vors: Son (and pal forever), David Cassidy and wife, Jennifer, of Fort Worth; brother, Barry Cassidy and wife, Barbie, of Scottsdale, Ariz.; and mother and husband, Anne and Clarence Collins, of Largo, Fla.

Moore Funeral Home-N. Davis Drive

Arlington, (817) 275-2711

W.T. "Red" Chesnut

EULESS -- W.T. "Red" Chesnut, 85, an electrician engineer, passed away Tuesday, Feb. 3, 2004, at a Hurst care center.

Funeral: 11:30 a.m. Friday in Mount Olivet Chapel. Graveside Service: 3 p.m. in Dobbs Valley Cemetery, Palo Pinto County. Visitation: 5 to 7 p.m. Thursday at Mount Olivet Funeral Home.

Memorials: Lionhospice, 1816 Norwood Drive, Hurst, Texas 76054.

Red was born Oct. 3, 1918, in Brazos. He was preceded in death by a daughter, Katy, in 1982, and brother, Grover Wilson Chesnut, in 1982.

Survivors: Wife of 32 years, Betty Chesnut of Euless; sons, Robert Chesnut and wife, Renate, and Johnny Chesnut, all of Longview and Michael Chesnut and wife, Karen of Lanesville, Ind.; daughters, Sandra Bartek and husband, Richard, of North Richland Hills, Sherry Pilkington and husband, Howard, of Graham, Carolyn Smithey of Hurst, Annette Bolton of Houston and Debbie Albertson of North Richland Hills; Stanley Williams of Springtown and Donald Williams and wife, Beverly, of Watauga; and numerous grandchildren, great-grandchildren, nieces and nephews.

Mount Olivet Funeral Home

2301 N. Sylvania Ave., (817) 831-0511

Verna Carroll Chism

FORT WORTH -- Verna Carroll Chism, 69, a retired LVN, died Saturday, Jan. 31, 2004, at a local hospital.

Funeral: 11 a.m. Saturday, Feb. 7, at Eastland Street Baptist Church. Burial: Cedar Hill Memorial Park. Visitation: 1 to 8 p.m. Friday at Baker Funeral Home.

Verna Carroll Chism was born March 27, 1934, in Marlin.

Survivors: Son, Gary Chism Sr.; grandsons, Gary Chism Jr. and Alvin Whitaker; great-granddaughter, Jazzie Chism; great-grandson, Gary Chism III; and family members and friends.

Baker Funeral Home

301 E. Rosedale St., (817) 332-4468

Billy Ray Cook

ARLINGTON -- Billy Ray Cook, 60, died Saturday, Jan. 31, 2004, at an Arlington hospital after a long illness.

Memorial service: 7 p.m. Friday, Feb. 20, at Arlington Baptist Temple, Arlington.

Mr. Cook was born July 9, 1943, in Dallas. He retired from Vought Aircraft after 33 years' service. He will be greatly missed by all who knew and loved him.

Survivors: Son, Billy Ray Cook Jr.; mother, Mattie Louise Douglas; brothers, Doyle Cook and David Cook; and many friends.

Davis Funeral Chapel

628 Brentwood Stair Road, (817) 429-3441

Ryan Cook

COLLEYVILLE -- Ryan Cook, 24, died Wednesday, Feb. 4, 2004.

Memorial service: 3 p.m. Friday at Davis Boulevard Church of Christ, 5017 Davis Blvd., North Richland Hills.

Ryan Star Cook was born Sept. 22, 1979, in Fort Worth.

Survivors: Parents, Bobby and Jean Cook of North Richland Hills; brother, Bobby Cook II; sisters, Crystal and Shannon Cook; grandparents,

Vena Cook, JoAnn Tankersley and J.T. Tankersley Jr.; nephew, Bobby Cook III; and other special family members.

Winscott Road Funeral Home

Benbrook, (817) 249-1177

Laura Lee Grogan Crane

FORT WORTH -- Laura Lee Grogan Crane, 77, director emeritus of Starpoint School, TCU, passed away Friday, Jan. 30, 2004.

Funeral: At Laura Lee's request, her funeral will be private. A memorial reception will be held 5 to 7 p.m. Friday at Colonial Country Club.

Memorials: To a charity of one's choice, or to the Laura Lee Crane Scholarship Fund, in care of Donor Relations, Box 297044, TCU, Fort Worth, Texas 76129.

Laura Lee was born July 13, 1926, in Fort Worth, the daughter of Dr. Roy Lee and Verna Lee Grogan. She graduated from Paschal High School, received a bachelor of fine arts degree from Sweet Briar College, and a master of arts from Texas Christian University. Her entire career was devoted to children with learning disabilities and special needs. She authored a nationally recognized reading program for LD students. She served on the founding faculty of Starpoint School, and for over 20 years as its director. She was formerly a member of the Assembly Fort Worth Woman's Club and the Fort Worth Junior League.

Survivors: Husband of 55 years, Meade B. Crane; son, Meade Crane II of Seattle, Wash.; daughters, Julia Lee Wood and husband, Samuel T. Wood, of Alexandria, Va., and Allen Crane Walker and her children, Jennifer and John of Dallas.

Greenwood Funeral Home

3100 White Settlement Road, (817) 336-0584

"Violet" Eagan

FORT WORTH -- Winifred "Violet" Gover Eagan, 86, passed away early Friday, Jan. 30, 2004, at home.

Funeral: 3:30 p.m. Saturday at Greenwood Chapel. Burial: Greenwood Memorial Park. Visitation: 5 to 7 p.m. Friday at Greenwood Funeral Home.

Greenwood Funeral Home

3100 White Settlement Road, (817) 336-0584

Norma "Shortie" Estes

JACKSBORO -- Norma "Shortie" Estes, 83, a retired homemaker and formerly of Wizard Wells, died Monday, Feb. 2, 2004, in Wichita Falls.

Funeral: 10 a.m. Thursday, Coker Funeral Home Chapel, Jacksboro. Burial: Wizard Wells Cemetery, Wizard Wells.

Survivors: Daughter, Pat Cook of Wichita Falls; sons, Bill and James Estes of Wizard Wells; seven grandchildren; 12 great-grandchildren; and seven great-great-grandchildren.

Coker Funeral Home

Jacksboro (940) 567-3778

Mildred Frysinger

WEATHERFORD -- Mildred Frysinger, 88, a retired cook, died Wednesday, Feb. 4, 2004, in Weatherford.

Funeral: 11 a.m. Saturday at Central Christian Church. Burial: Greenwood Community Cemetery. Visitation: 6 to 8 p.m. Friday at funeral home.

Memorials: Central Christian Church.

Survivors: Daughters, Dorothy Cardwell, Frances Smith, Lois Kyser and Fonda Phillips; son, Bobby Frysinger; sister, Josephine Arnold; 17

http://merlin1.star-telegram.com/scripts/f...

Case 4:09-cv-00160-O    Document 126-17    Filed 05/04/26    Page 99 of 519    PageID 11910

Star-Telegram | Thursday, February 5, 2004

# Seminary student arrested in Arlington woman's death

**By MARK AGEE**
Star-Telegram Staff Writer

ARLINGTON — Police arrested a 32-year-old seminary student Wednesday morning on suspicion of killing an Arlington woman and setting her town house on fire to cover up the crime.

Eric Joseph Henstenberg, of Arlington was taken into custody at the Lutheran Seminary Program in the Southwest in Austin, police said. He was in the Austin City Jail on Wednesday night with bail set at $250,000, police said.

Arlington investigators will bring Henstenberg to Arlington today where he faces murder charges, according to a police news release.

A 61-year-old woman was found dead by firefighters Tuesday morning upstairs in her town house in the 600 block of Castlewood Lane after a neighbor saw smoke and called 911. The victim's name has not been released by the Tarrant County Medical Examiner's Office because of the difficulty of getting a positive identification.

Authorities have determined that the victim died from injuries sustained before the fire, and investigators believe that her body was ignited in an attempt to destroy physical evidence, police said.

Police spokesman Sgt. Will Johnson said conversations with friends of the victim allowed investigators to quickly settle on Henstenberg as a suspect.

"Our urgency was compounded by the fact that he was a flight risk" having already fled to Austin, Johnson said.

Sgt. Mark Simpson said it appears that Henstenberg met the victim through an Arlington church. He wouldn't go into details about what the motive for the slaying might have been.

"We have no reason to believe their relationship was anything but platonic friendship," Simpson said. "We have several theories [about a motive], but there is much work to be done."

Police tracked Henstenberg to Austin and arrested him after staff members at the seminary called 911 to report he was there.

"We had been there looking for him, and they knew we wanted to find him," Simpson said. "One of the reasons we were able to move so quickly is that everyone around this case has been so cooperative."

**ARREST** Police say the suspect met the woman through church.

Staff writer Susan Schrock contributed to this report.

Mark Agee, (817) 548-5421
magee@star-telegram.com

## SYMPHONY
*Continued from 1B*

president and chief executive officer. The symphony's board is expected to formally ratify the hiring Wednesday. She is to begin work April 1.

Akos (pronounced AH-kohsh) said she fell in love with Fort Worth when she visited to interview for the job in December.

"I was overwhelmed by the enthusiasm and sophistication of the board and staff of the symphony when I visited," she said by phone from California. "Their attitude and ideals match my own. And I was impressed by the gorgeous concert hall."

She will succeed Ann Koonsman, who was executive director for more than 20 years.

Akos graduated magna cum laude from Amherst College in Massachusetts with a degree in violin performance. During college, she played professionally in the Springfield Symphony in Springfield, Mass.

But after taking some management responsibilities for her college orchestra, Akos redirected her ambition. After a management internship with the American Symphony Orchestra League, she served as public-relations director of the Charlotte Symphony in North Carolina and then as head of the Exxon/Arts Endowment Conductors Program and the Xerox Pianists Program for Affiliate Artists.

Akos served as orchestra manager of the Detroit Symphony from 1985 to 1987 and as assistant manager of the San Francisco Symphony from 1987 to 1991.

She then left the classical music industry but remained in the nonprofit world, working in public relations and fund raising, first at Saint Francis Hospital Foundation in San Francisco and then at the San Francisco Conservatory of Music.

"She is a consummate musician and is passionate about the symphonic repertoire," said Jesse Rosen, vice president of the American Symphony Orchestra League in New York.

"She's been out of the symphony orchestra business for several years, but she has been raising money. Everything I know about her combination of musical judgment and institutional skills indicates that she should be ideal for a job like this."

While in San Francisco, Akos renewed her musical avocation — "dusted off my fiddle," she says — to become concertmaster of the Symphony Parnassus, a volunteer community orchestra. She is also a member of the board of the New Century Chamber Orchestra, a professional chamber ensemble in San Francisco.

Akos faces challenges in Fort Worth. Koonsman said the orchestra must raise $1 million to break even on the symphony's $10.2 million budget for the 2003-04 season. Under the musicians' contract, the orchestra must increase the number of full-time musicians from 59 to 63 in the next season and give players a 4.5 percent pay raise.

Akos hardly seems daunted. "The key to fund raising is building relationships and communicating passion," she said. "When you connect with people's interests, the money follows."

The symphony overall is in solid financial and artistic shape. It entered the current season with a cash reserve of $298,000, has an impressive $23 million endowment and is led by Music Director Miguel Harth-Bedoya, who has made a string of well-received guest appearances with major U.S. orchestras.

"Miguel has a wonderful sense of balancing new and unfamiliar works with standards," Akos says. "And this orchestra plays with great enthusiasm. There seems to be a very strong rapport between Miguel and the musicians."

Harth-Bedoya met Akos during her second visit to Fort Worth in January.

"She clearly has an understanding of what we're doing in Fort Worth and what we want to accomplish," Harth-Bedoya said Wednesday from Lyons, France, where he has an engagement as a guest conductor.

Violinist Michael Shih, the orchestra's concertmaster, was elected by his fellow musicians to be their representative to the search committee.

"She has a background in music and comes from a musical family," Shih said. "She understands the challenges musicians face. Combined with her obvious experience in management, that's doubly reassuring."

Reese Lee Gen (817) 390-7754
rgen@star-telegram.com

## OBITUARY
*Continued from 1B*

The funeral will be at 11 a.m. Saturday at Carter Metropolitan CME Church, 4601 Wichita St.

In 1961, he was a co-founder of the local chapter of the United Negro College Fund. A life master in bridge, until about five years ago, he taught bridge at Tarrant County College.

Born Feb. 2, 1923, in Malone, 16 miles southeast of Hillsboro, Mr. Barnett graduated from Longview Colored High School in 1940. His father, Alexander Barnett, was a laborer, and his mother, Caroline Hayward Barnett, was a domestic worker, said his son, Dr. John Barnett Jr. His parents died when Mr. Barnett was young.

"He came from a humble beginning," Barnett Jr. said. "One of his things was, you can always make up for a lack of opportunity by working harder. If he could see in you the desire to make it, he would help just about anyone."

Mr. Barnett served in the Army in Europe during World War II, becoming a master sergeant.

Mr. Barnett graduated from Texas College in Tyler and earned a master of education from the University of Missouri.

"For John and me, all of our public school schooling was segregated," said Mr. Barnett's longtime friend Robert E. Mott, a retired educator. "We didn't let anything stop us. We just advanced degrees."

Barnett Jr. said his father dreamed of being a teacher.

"Every black person then struggled against the inequity of segregation, but he did not allow it to be a barrier," he said. "His story was to overcome and not be angry. You find out what's needed, work harder and be smarter.

"He worked very closely with the Boy Scouts, the Methodist YMCA, all the organizations around, helping children, giving them opportunities."

Mr. Barnett's love of the game of bridge began early, Starr said.

"He played bridge in college," he said. "I never did learn to do it well. It was one of the few things we didn't do together."

As head of the Central Cities Early Childhood Experimental Center for 2- to 5-year-olds, which Mr. Barnett began in 1968, he helped develop an innovative program for children at an early age to see the impact of giving them nutrition, health care and early learning," Barnett Jr. said.

Shirley Knox-Benton, who recently retired as principal of Dunbar High School, said she and Barnett had discussed doing a historical project together.

"He said he wanted to write a history of Stop Six," she said. "I feel an emptiness. He was a fine man."

In addition to his son, survivors include his wife, Reese Watson Barnett; a daughter, Verdia Barnett Johnson of Gutenberg, N.J.; and four grandchildren.

---



**HENSTENBERG**

1815 | www.star-telegram.com

## Jessie Mae Alder

BURLESON — Jessie Mae Alder, 81, passed away Tuesday, Feb. 3, 2004.

Funeral: 1:30 p.m. Friday in Greenwood Chapel. Burial: Greenwood Memorial Park, Vaккaroon 4 to 8 p.m. Thursday at Greenwood Funeral Home.

Memorials: May be made to Emery J. Liga Hospice House, 301 Med Park Circle, Burleson, Texas 76028.

Jessie Mae was born Nov. 28, 1922, in Alvarado. She was an active member of Far Park Baptist Church and the Crowley Senior Citizen Center.

Survivors: Son, Roger Herriot and wife, Carolyn, of Burleson; daughter, Patricia Maddux and husband, Jay, of Burleson; grandchildren, Ashlee Ferris and husband, Russell, of Springtown, Terma Maddux and fiancé, Michael Grkovski, of Las Colinas, Jared Maddux of Waco, Stephanie Taff of Fort Worth, Kyle Taff of Fort Worth and Angela Taff of Crowley, great-grandchildren, Addison Ferris and Hayleigh Farris of Springtown, brother, G.C. Miller of West; and sisters, Juanita Holles of Era, Lucille Sowell of Fort Worth and Estelyn Godsey of San Antonio.

Crown-Pearson-Mayfield Funeral Home
3100 Hwy Greenwood Road, (817) 295-4595

## John Lawrence Barnett Sr.



FORT WORTH — John Lawrence Barnett Sr., 80, a retired educator for the Fort Worth ISD, died Monday, Jan. 26, 2004, in New Orleans, La.

Funeral: 11 a.m. Saturday, Feb. 7, in the sanctuary of Carter Metropolitan Christian Methodist Episcopal Church, 4601 Wichita St. Visitation: 1 to 5 p.m. Friday, Feb. 6, at the historic Baker Funeral Home. Wake: 7 to 8 p.m. at the church.

A career educator for 42 years, Mr. Barnett worked in all levels at Fort Worth ISD, from prekindergarten through high school. His positions included teacher, high school vice principal, elementary principal, director of the Central Cities Early Childhood Experimental Center project, assistant elementary director, program director for early childhood education, area director for elementary education and director of staff development. He loved for children and desire to promote educational opportunities for them was well-known in the public school community.

Mr. Barnett was part of the task force organizing the Governors School in Texas, a summer residential program for gifted and talented high school seniors. He also had served as president of Fort Worth Classroom Teachers Association.

He was among the founders of the local United Negro College Fund organization, a member of the Rotary Club, life member of the NAACP, past president of the Texas College Alumni Association and Glencrest Civic League, charter member of the Fort Worth alumni chapter of Kappa Alpha Psi Fraternity Inc. and served on the Fort Worth board of adjustment.

He earned degrees at Texas College and University of Missouri. His doctoral studies at University of Denver were interrupted by service in the United States Army.

John was a life master of the American Contract Bridge League, and he had served as president of the Fort Worth-Tarrant County Bridge Club. He was a top player in the ruby category and taught beginning bridge classes.

Survivors: Wife, Reese Watson Barnett; son, Dr. John L. Barnett and his wife, Dr. Anene Barnett of New Orleans, La.; daughter, Verdia Barnett Johnson and her husband, Everett, of Guttenberg, N.J.; grandchildren, Anwi Barnett, John Barnett III, Nathaniel Barnett and Eric Johnson; and many other family members and friends.

Baker Funeral Home
301 E. Rosedale, (817) 332-4448

## Joyce "Joy" Claytis Rogers Black

FORESTBURG — Joyce "Joy" Claytis Rogers Black, 88, a musician died at Bethesda Nursing Facilities, died Tuesday, Jan. 27, 2004, in Forestburg.

Memorial service: 2 p.m. Saturday at Forestburg Baptist Church.

Memorials: Forestburg Baptist Church, P.O. Box 338, Forestburg, Texas 76239.

Joyce "Joy" Claytis Rogers Black was born Nov. 2, 1916, in Colorado, Okla.

Survivors: Husband, Charles Jackson Black Jr.; son, Charles Jackson Black III; daughter, Jennifer Leon Yarbrough and two grandchildren.

Morrison Funeral Home
7201 N. Symore Ave. (817) 831-0511

## Myrtle Boone Bradley

BURLESON — Myrtle Boone Bradley, 80, a retired nurse's aide, died Tuesday, Feb. 3, 2004.

Funeral: 10 a.m. Friday in Crosier-Pearson-Mayfield Funeral Home Chapel, Cleburne. Burial: Bean-Lan Cemetery. Visitation: 5 to 7 p.m. Thursday at Crosier-Pearson-Mayfield Funeral Home.

Survivors: Sons, Van, Gene, Karl and Darrell Bradley; daughters, Charlene Bradley, Linda Watherspoon and Juanita Hulsen, four sisters; 12 grandchildren, and 33 great-grandchildren.

Crosier-Pearson-Mayfield Funeral Home
(817) 645-6421

## Shirley Brown Cantwell



FORT WORTH — Shirley Brown Cantwell, 67, beloved mother, grandmother, sister and friend, passed away Sunday, Feb. 1, 2004, at a local hospital.

Memorial service: 2 p.m. Friday at All Saints Episcopal Church, 5001 Crestline Road, Fort Worth.

Shirley Cantwell was born April 15, 1937, in North Loop, Neb. She had been a Fort Worth resident for almost 50 years. She was preceded in death by her parents, Alex and Jennie Brown, three sisters; and her husband, Thomas Cantwell.

Survivors: Daughter, Robin Isola; son-in-law, James; grandsons, Khalid, Malik and Zain; her daughter, Candace Cantwell; her daughter, Christine Grebech; son-in-law Robert; grandchildren, Erica and Sterling; three sisters; a brother; numerous nieces and nephews; and many good friends.

Baumgardner Funeral Home
3704 Hwy 377 S. (817) 731-8400

## Michael F. Cassidy



FORT WORTH — Michael F. Cassidy, 58, a retired certified public accountant, passed away Sunday, Feb. 1, 2004, at a Fort Worth hospital.

Memorial service: 3:30 p.m. Thursday, Moore Funeral Home Chapel.

Michael F. Cassidy was born Aug. 1, 1945, in Klamath Falls, Ore. He graduated from the University of Illinois. Michael had been a Fort Worth resident since 1976. He performed volunteer work for Chisk Hotline.

Out of all the duties he performed, he was the greatest dad.

Survivors: Son (and his forever), David Cassidy and wife, Jennifer, of Fort Worth; brother, Barry Cassidy and wife, Barbee, of Scottsdale, Ariz.; and mother and husband, Anne and Clarence Collins, of Largo, Fla.

Moore Funeral Home N Lena Drive
Arlington, (817) 275-2311

## W.T. "Red" Chesnut



EULESS — W.T. "Red" Chesnut, 85, an electrical engineer, passed away Tuesday, Feb. 3, 2004, at a Hurst care center.

Funeral: 11:30 a.m. Friday in Mount Olivet Chapel. Graveside services: 3 p.m. w. Dobbs Valley Cemetery, Palo Pinto County. Visitation: 5 to 7 p.m. Thursday at Mount Olivet Funeral Home.

Memorials: Lionhospice, 318 Norwood Drive, Hurst, Texas 76054.

Red was born Oct. 3, 1918, in Brance. He was preceded in death by a daughter, Katy, in 1982, and brother, Grover Weson Chesnut, in 1982.

Survivors: Wife of 39 years, Betty Chesnut of Euless; sons, Robert Chesnut and wife, Renee, and John-ny Chesnut, all of Longview and Micheal Chesnut and wife, Karen of Lewisville, Ind.; daughters, Sandra Barish and husband, Richard, of North Richland Hills, Sherry Pettigrew and husband, Howard, of Granbury, Carolyn Smithey of Hurst; Annette Dollar of Houston and Deborah Albertson of North Richland Hills, Stanley Williams of Springtown and Donald Williams and wife, Beverly, of Watauga; and numerous grandchildren, great-grandchildren, nieces and nephews.

Mount Olivet Funeral Home (817) 236-5581

## Verna Carroll Chism



FORT WORTH — Verna Carroll Chism, 69, a retired LVN, died Saturday, Jan. 31, 2004, at a local hospital.

Funeral: 11 a.m. Saturday, Feb. 7, at Eastland Street Baptist Church. Burial: Cedar Hill Memorial Park. Visitation: 1 to 8 p.m. Friday at Baker Funeral at Home.

Verna Carroll Chism was born March 27, 1934, in Marlin.

Survivors: Son, Gary Chism Sr.; granddaughter, Gary Chism Jr. and Alvin Whitaker; great-granddaughter, JaLea Chism, great-grandson, Gary Chism III, and family members and friends.

Baker Funeral Home
301 E. Rosedale St. (817) 332-4448

## Billy Ray Cook

ARLINGTON — Billy Ray Cook, 60, died Saturday, Jan. 31, 2004, at an Arlington hospital after a long illness.

Memorial services: 7 p.m. Friday, Feb. 20, at Arlington Baptist Temple, Arlington.

Mr. Cook was born July 9, 1943, in Dallas. He retired from Vaught Aircraft after 33 years' service, and he will be missed by all who knew and loved him.

Survivors: Son, Billy Ray Cook Jr.; mother, Mattie Louise Douglas, Louisiana, Doyle Cook and David Cook; and many friends.

Owens Funeral Chapel
6428 Brentwood Stair Hurst, (817) 429-5441

## Ryan Cook

COLLEYVILLE — Ryan Cook, 24, died Wednesday, Feb. 4, 2004.

Memorials service: 3 p.m. Friday at Davis Boulevard Church of Christ, 5017 Davis Blvd., North Richland Hills. Ryan Star Cook was born Sept. 22, 1979, in Fort Worth.

Survivors: Parents, Bobby and Jean Cook, all of North Richland Hills; brother, Bobby Cook II; sisters, Crystal and Shannon Cook; grandparents, Vera Cook, JoAnn Tankersley and J.T. Tankersley Jr.; nephew, Bobby Cook III; and other special family members.

Mount Head Funeral Home
Colleyville, (817) 283-1177

## Laura Lee Grogan Crane

FORT WORTH — Laura Lee Grogan Crane, 77, owner emeritus of Starpoint School, TCU, passed away Friday, Jan. 30, 2004.

Funeral: At Laura Lee's request, her funeral will be private. A memorial reception will be held 5 to 7 p.m. Friday at Colonial Country Club.

Memorials: To a charity of one's choice, or to the Laura Lee Crane Scholarship Fund, in care of Donor Relations, Box 297044, TCU, Fort Worth, Texas 76129.

Laura Lee was born July 13, 1926, in Fort Worth, the daughter of Dr. Roy Lee and Verna Lee Grogan. She graduated from Paschal High School, received a bachelor of fine arts degree from Sweet Briar College, and a master of arts from Texas Christian University. Her entire career was devoted to children with learning disabilities and special needs. She authored a nationally recognized reading program for LD students. She served on the founding faculty of Starpoint School, and for over 20 years as co director. She was formerly a member of the Assembly, Fort Worth Woman's Club and the Fort Worth Junior League.

Survivors: Husband of 55 years, Meade B. Crane; son, Meade Crane II of Seattle, Wash.; daughters, Julie Lee Wood and husband, Samuel T. Wood, of Alexandria, Va., and Allen Crane Warner and her children, Jennifer and John of Dallas.

Greenwood Funeral Home
3100 Hwy Greenwood Road, (817) 335-0345

## "Violet" Eagan

FORT WORTH — Winifred "Violet" Eagan Lagan, 86, passed away early Friday, Jan. 30, 2004, at home.

Funeral: 3:30 p.m. Saturday at Greenwood Chapel. Burial: Greenwood Memorial Park. Visitation: 5 to 7 p.m. Friday at Greenwood Funeral Home.

Greenwood Funeral Home
3100 Hwy Greenwood Road, (817) 335-0345

## Norma "Shortie" Estes

JACKSBORO — Norma "Shortie" Estes, 63, a retired homemaker and formerly of Wizard Wells, died Monday, Feb. 2, 2004, in Wichita Falls.

Funeral: 10 a.m. Thursday, Crane Funeral Home Chapel, Jacksboro. Burial: Wizard Wells Cemetery, Wizard Wells.

Survivors: Daughter, Pat Cook of Wichita Falls; sons, Bill and James Estes of Wizard Wells, seven grand children; 12 great-grandchildren; and seven great-great-grandchildren.

Crane Funeral Home (940) 567-3775

## Mildred Frysinger

WEATHERFORD — Mildred Frysinger, 82, a retired cook, died Wednesday, Feb. 4, 2004, in Weatherford.

Funeral: 11 a.m. Saturday at Central Christian Church. Burial: Greenwood Community Cemetery. Visitation: 6 to 8 p.m. Friday at the funeral home.

Memorials: Central Christian Church.

Survivors: Daughters, Dorothy Cardwell, Frances Smith, Los Kyser and Fonda Phillips; son, Bobby Frysinger; sister, Jonesine Amzel, 17 grandchildren, 22 great-grandchildren.

Galbreaith-Pickard Funeral Chapel
Weatherford, (817) 594-2747

ᴿTH — John
ett Sr., 80, a
r for the Fort
Monday, Jan.
, L
urday, Feb. 7,
r Metropolitan
copal Church,
n: 1 to 6 p.m.
istoric Baker
· to 8 p.m. at

42 years, Mr.
evels at Fort
indergarten
His positions
hool vice prin-
al, director of.
y Childhood
ject, assistant
gram director
ication, area,
education and
nent. His love
promote edu-
or them was
school com-

t of the task
eme School
sidential pro-
lented high
ad served as
· Classroom

unders of the
e Fund orga-
Rotary Club,
2, past presi-
Alumni Asso-
vic League,
Fort Worth
lpha Psi Fra-
on the Fort

Texas Col-
ssouri. His
ty of Denver
in the Unit-

of the Amer-
ue, and he
of the Fort
e Club. He
y egory
classes.
se Watson
arnett and
tt, of New
dia Barnett
Everett, of



**FORT WORTH — Michael F.** Cassidy, 58, a retired certified public accountant, passed away Sunday, Feb. 1, 2004, at a Fort Worth hospital.

Memorial service: 3:30 p.m. Thursday, Moore Funeral Home Chapel.

Michael F. Cassidy was born Aug. 1, 1945, in Klamath Falls, Ore. He graduated from the University of Illinois. Michael had been a Fort Worth resident since 1976. He performed volunteer work for Crisis Hotline.

Out of all the duties he performed, he was the greatest dad.

**Survivors:** Son (and pal forever), David Cassidy and wife, Jennifer, of Fort Worth; brother, Barry Cassidy and wife, Barbie, of Scottsdale, Ariz.; and mother and husband, Anne and Clarence Collins, of Largo, Fla.

Moore Funeral Home-N. Davis Drive
Arlington, (817) 275-2711

## W.T. "Red" Chesnut



**EULESS — W.T. "Red" Chesnut,** 85, an electrical engineer, passed away Tuesday, Feb. 3, 2004, at a Hurst care center.

**Funeral:** 11:30 a.m. Friday in

Benbrook, (817) 249-1177

## Laura Lee Grogan Crane

**FORT WORTH — Laura Lee Grogan Crane,** 77, director emeritus of Starpoint School, TCU, passed away Friday, Jan. 30, 2004.

**Funeral:** At Laura Lee's request, her funeral will be private. A memorial reception will be held 5 to 7 p.m. Friday at Colonial Country Club.

**Memorials:** To a charity of one's choice, or to the Laura Lee Crane Scholarship Fund, in care of Donor Relations, Box 297044, TCU, Fort Worth, Texas 76129.

Laura Lee was born July 13, 1926, in Fort Worth, the daughter of Dr. Roy Lee and Verna Lee Grogan. She graduated from Paschal High School, received a bachelor of fine arts degree from Sweet Briar College, and a master of arts from Texas Christian University. Her entire career was devoted to children with learning disabilities and special needs. She authored a nationally recognized reading program for LD students. She served on the founding faculty of Starpoint School, and for over 20 years as its director. She was formerly a member of the Assembly Fort Worth Woman's Club and the Fort Worth Junior League.

**Survivors:** Husband of 55 years, Meade B. Crane; son, Meade Crane II of Seattle, Wash.; daughters, Julia Lee Wood and husband, Samuel T. Wood, of Alexandria, Va., and Allen Crane Walker and her children, Jennifer and John of Dallas.

Greenwood Funeral Home
3100 White Settlement Road, (817) 336-0584

## "Violet" Eagan

**FORT WORTH — Winifred "Violet"** Gover Eagan, 86, passed away early Friday, Jan. 30, 2004, at home.

**Funeral:** 3:30 p.m. Saturday at Greenwood Chapel. Burial: Greenwood Memorial Park. Visitation: 5 to 7 p.m. Friday at Greenwood Funeral Home.

Greenwood Funeral Home
3100 White Settlement Road, (817) 336-0584

## Norma "Shortie" Estes

**JACKSBORO — Norma "Shortie"** Estes, 83, a retired homemaker and formerly of Wizard Wells, died Monday, Feb. 2, 2004, in Wichita Falls.

funeral i,
at the ch
Henry
Tom Gre
and Roxi
Benbrook
of Trinity
retired fro
visor. Her
the Benb
by many,
who knew
drinking fr
In add
was prece
ers and tw
Survi
Louise Ha
Debbie B
Tom, of B
and husba
Steve Han
brook; bro
Oaks; siste
husband,
grandchild
Michael, J
great-gran
and Ella;
nephews; a
Mi
Halt

## Be
**ALVAR**
70, died Tu
local hospit
**Funera**
Temple Cr
Cleburne, t
Mr. Buddy
Grandview
9 p.m. Th
Vaughan F
**Surviv**
daughter,
great-gran
one sister.
Clayton I
Al

## Jea


Star-Telegram Thursday, February 5, 2001

## Star-Telegram

# News 2 Use

## YOUR DAILY GUIDE TO HELPFUL INFORMATION

PERSONAL FINANCE

# Early withdrawals:



## First Roth IRA investors can take money out now

Are you one of the early adopters — someone who opened a Roth IRA when they were first offered, in 1998?

Time, then, for a brush up on the rules, because people who opened Roths in 1998 and 1999 can take out money without paying the 10 percent penalty that investors associate with IRA withdrawals before age 59½.

Of course, you probably shouldn't take money out, but the rules permit penalty-free withdrawals once the account has been open for five years. They assume the account was opened Jan. 1, even if it wasn't set up until later in the year.

Even if you are subject to the 10 percent penalty, it generally applies only to investment gains that are taken out, not your original contribution.

Accounts opened in 1998 hit the five-year mark Jan. 1, 2003. Accounts opened in 1999 hit the five-year mark Jan. 1 this year.

Before you rush to the phone to drain your Roth, note that there's a catch. Unless you are at least 59½, any investment gains you withdraw will be taxed at income-tax rates. The principal — the money you invested — can be withdrawn without tax or penalty.

## Roth questions and answers:

**Q:** Can I withdraw just the principal?

**A:** Yes. The principle is considered any amount up to the value of your initial investment. Anything beyond that is considered investment gains.

**Q:** What if I have more than one Roth?

**A:** Then you can withdraw from any account, tax-free, an amount equal to the combined principal of all the accounts.

**Q:** Does the date of my birthday matter?

**A:** To be considered 59½, you must hit that age no later than Dec. 31. So you could make a tax- and penalty-free withdrawal today, even if you won't turn 59½ until the end of the year.

**Q:** Must I limit my withdrawal to funds that have been in the account for at least five years?

**A:** No. So long as at least one of your Roths is 5 years old, you can take out money that was contributed more recently. The same goes for investment gains. You could get penalty-free treatment of investment gains made yesterday and withdrawn today, so long as your account was opened no later than Dec. 31, 1999.

**Q:** What if I have more than one Roth account?

**A:** You need meet the five-year requirement on only one. Once that's done, you can make penalty-free withdrawals from any account.

**Q:** Anything else?

**A:** If you've had a Roth for five years and are not yet 59½, you can make a penalty- and tax-free withdrawal of up to $10,000 to buy a home for yourself, a child or a grandchild. The buyer and his or her spouse must not have owned a home during the previous two years.

But should you make a withdrawal? Postpone withdrawals as long as possible to get more years of tax-free compounding.

Roths are good for investors who don't ever want to make withdrawals, allowing for more compounding or allowing investors to leave more to their heirs. With traditional IRAs, investors are required to withdraw minimum amounts once they've turned 70½.

SOURCE: The Philadelphia Inquirer

---

## HEALTH

### New drug approved to treat sleep disorders

The Food and Drug Administration has approved a drug to help people with sleep disorders stay awake.

The FDA has approved the marketing of Provigil, made by Cephalon, for patients with shift-work sleep disorder or obstructive apnea-hypopnea syndrome. Six million people in the United States work permanent or rotating night shifts and are at risk of shift-work sleep disorder.

In 1998, Provigil became the first in a new class of wake-promoting agents approved in the United States for patients with narcolepsy. For those with obstructive sleep apnea/hypopnea syndrome, Provigil is approved as an aid to standard treatment for the underlying airway obstruction.

Obstructive sleep apnea/hypopnea syndrome is most commonly caused by airway obstruction — usually the relaxation and collapse of the soft tissue in  the back of the throat during sleep. About 12 million Americans suffer from the syndrome, according to the National Institutes of Health.

Provigil promoted wakefulness in pre-clinical studies without causing generalized stimulation in the brain. The drug is thought to work selectively through the sleep and wake centers to activate the cortex of the brain. Activation of the cortex is essential for wakefulness.

ONLINE: Food and Drug Administration, www.fda.gov; National Institutes of Health, www.nih.gov

---

## ASTRONOMY

### Getting a close-up view of Mars

If you're a stargazer who wants to see images taken by the Mars rovers in the greatest detail, you can download full-resolution versions at photojournal.jpl.nasa.gov.

The Mars team has also arranged for some 150 museums nationwide to receive the images. Some planetariums will have access to a full-scale portrait of Opportunity's site in the crater, which, when projected onto the curved overhead dome, will make you feel like you're inside, experts say.

The images will also be available at libraries.

If you don't have a home computer, you can use a $79 flash drive to download the images, then take them to a commercial office service outlet (such as Kinko's) to be printed out.

Eventually, the images will be viewable in an Imax large-format movie now in production.

SOURCE: The Washington Post

---

## EATING RIGHT

### Think homemade for health

As more people try to lower the risk of developing the potentially fatal and chronic diseases associated with excessive weight gain, many are taking nutritional matters into their own hands.

Instead of relying on fast food and prepared meals, they're creating their own menus, controlling the fat they eat, how much sugar and salt they add and what the portion sizes are.

The American Institute for Cancer Research offers a booklet, Homemade for Health: Cooking for Lower Cancer Risk, that provides strategies for including at-home meal preparation into busy schedules. For example:

■ Set aside a convenient time for relaxed cooking, and then make double or triple batches of favorite recipes. Freeze individual portions for later use.

■ If you don't cook because you don't want to miss your favorite sitcom, put a small television in the kitchen.

■ Get your kids involved in cooking and cleaning. Chances are, they will enjoy the activity and be willing to try new things.

■ Stock your pantry with all the staples you need to create a meal any time. The booklet provides a checklist of foods.

The booklet is free. Call (800) 843-8114, Ext. 414, or write to AICR at 1759 R Street N.W., Box 97167, Washington, DC 20090. It is also available online at www.aicr.org.

SOURCES: Sheldon Margen, professor of public health at the University of California at Berkeley, and Dale Ogar, managing editor of the UC-Berkeley Wellness Letter; Health and Fitness News Service

---

## TOMORROW IN NEWS 2 USE

### Time is money

Going to a time-share presentation could net you valuable perks.

## THE HOME FRONT

### Landscaping outside influences your comfort inside

Now is a good time to consider the effect that landscaping can have on energy use inside your house.

It's been estimated that carefully planted trees can lower your annual heating and cooling costs by up to 25 percent. There's the benefit, too, of improving the look of your house and adding to its value.

Most people appreciate the look of a house with nice landscaping. From an energy standpoint, this same landscaping helps provide much-needed shade in summer and a channel for breezes and warmth in winter.

Let's talk about trees first. Trees with high spreading leaves and branches work well on the south side of a house because they protect the home in summer when the sun is at its highest point. To get the most out of the sun's benefits in winter, you want to plant trees that lose their leaves so they allow the warmth into the house when you want it.

Trees with their fullest crowns closest to the ground are best suited for the west side of the house to help block the afternoon sun, which is lower in the sky. Studies have found that landscaping can lower summer cooling costs by as much as 50 percent. In fact, one study in Pennsylvania on small mobile houses found air-conditioning savings of up to 75 percent from landscaping.

In the winter, trees can channel winds away from the house and act as windbreaks. The Energy Department reports that a study in South Dakota found that windbreaks (including trees, fences and other objects) on the north, west and east sides of a house reduced fuel consumption in winter by an average of 40 percent. Putting in windbreaks on just the windward side of the house can lower fuel consumption by 25 percent over homes that are not protected.

SOURCE: The Orlando Sentinel



---

TODAY'S OBITUARIES

Alder, Jesse, 81, Burleson
Barnett, John Sr., 80, Fort Worth
Black, Joyce Rogers, 68, Forest-burg
Bradley, Myrtle Bomar, 80, Burleson
Cantwell, Shirley Brown, 67, Fort Worth
Cassidy, Michael, 58, Fort Worth
Chestnut, W.L., 85, Euless
Chism, Verna Carroll, 69, Fort Worth
Cook, Billy, 60, Arlington
Cook, Ryan, 24, Colleyville
Crane, Laura Grogan, 77, Fort Worth
Eagan, Vignel, 86, Fort Worth
Estes, Norma, 83, Jacksboro
Frysinger, Mildred, 88, Weatherford
Hamilton, Ella, 90, Cleburne
Hamlin, Loren Kent, 76, Decatur
Harris, Henry, 68, Benbrook
Hendriz, Beatrice, 70, Alvarado
Hill, Jeannette Hale, 73, Arlington
Hubbard, Tom III, 43, Fort Worth
Knezek, Leo, 82, Iowa Park
Koon, David, 40, Arlington
Kristy, Dale, 67, Euless
Lopez, Rocio, 18, Fort Worth
Mears, Loraine, 98, Fort Worth
Myers, Dorothy, 74, Arlington
Peterson, Cleo, 73, Colleyville
Proctor, Linnie Lanoma, 70, Euless
Richey, Ruth, 76, Fort Worth
Shipman, Gwendolyn, 50, Grand Prairie
Snapka, George, 64, Albuquerque, N.M.
Stewart, Brenda, 59, Fort Worth
Strain, Regina, 44, Fort Worth
Taylor, Linda, 57, Fort Worth
Turner, Leona, 91, Ranger
Westfall, Leda, 81, Gustine
OBITUARIES 10-11B

Results appear today on 3A.

Star-Telegram Operating, Ltd.
KNIGHT RIDDER

5NEWS
LIVE, LOCAL,
LATE-BREAKING
NEWS AT 6 & 10PM

SAVE with
PRESS PASS!

News 2 Use ■ Comments and suggestions, contact: Phyllis Stone ■ (817) 390-7672 ■ plstone@star-telegram.com

Case 4:09-cr-00160-O   Document 126-17   Filed 05/04/25   Page 102 of 519   PageID 11913

Postpone withdrawals as long as possible — more years of tax-free compounding.

Roths are good for investors who don't ever want to make withdrawals, allowing for more compounding or allowing investors to leave more to their heirs. With traditional IRAs, investors are required to withdraw minimum amounts once they've turned 70 ½.

SOURCE: *The Philadelphia Inquirer*

## ROW IN NEWS 2 USE

# me is money

a time-share presentation net you valuable perks.

## HOME FRONT

# caping outside your comfort inside

to land-ergy

hat can ng to 25 efit, ok of o its

ite nice ergy d-ch-

rst.

percent. In fact, one study in Pennsylvania on small mobile homes found air-conditioning savings of up to 75 percent from landscaping.

In the winter, trees can channel winds away from the house and act as windbreaks.

The Energy Department reports that a study in South Dakota found that windbreaks (including trees, fences and other objects) on the north, west and east sides of a house reduced fuel consumption in winter by an average of 40 percent.

Putting in windbreaks on just the windward side of the house can lower fuel consumption by 25 percent over homes that are not protected.

SOURCE: *The Orlando*

Results appear today on 3A.

PUBLISHED BY

**Star-Telegram Operating, Ltd.**
>KNIGHT RIDDER>

400 W. Seventh St., Fort Worth, Texas 76102
3201 Airport Freeway, Suite 108, Bedford, 76022
1111 W. Abram, Arlington, 76013

TO SUBSCRIBE or to report a delivery problem, dial (817) DEL-IVER (335-4837). Outside Tarrant County call toll-free (800) 776-STAR (-7827).

**DELIVERY INFORMATION**
Monday-Friday ............................................ 5 a.m.- 5 p.m.
Saturdays & holidays ................................. 6:30 a.m.- noon
Sundays ..................................................... 6:30 a.m.- 2 p.m.
RETAIL ADS ................................................ (817) 390-7765
CLASSIFIED ADS ......................................... (817) 332-3333
Outside Tarrant County call toll-free ........ (800) 222-3978
Monday-Wednesday ................................... 7:30 a.m.-6 p.m.
Thursday-Friday ......................................... 7:30 a.m.-7 p.m.
CUSTOMER SERVICE AND BACK ISSUES
Arlington (817) 548-5400  Monday-Friday ......... 8 a.m.- 5 p.m.
Downtown (817) 390-7761  Monday-Friday ......... 8 a.m.- 5 p.m.
Northeast (817) 685-3800  Monday-Friday ......... 8 a.m.- 5 p.m.
PHOTO SALES .............................................. (817) 390-7743
Monday-Friday ............................................. 9 a.m.-4 p.m.
SINGLE COPY PRICES: Daily, 50¢; Sunday, $1.50

| Home Delivery | Mo. | Yr. | U.S. Mail (Mo.) |
| --- | --- | --- | --- |
| Daily/Sunday | $15 | $168 | $31 |
| Daily Only | $13 | $144 | $26 |
| Weekend Only (3-day weekend package and 11 holiday issues*) | $13 | $144 | N.A. |
| Sunday Only | $11 | $120 | $23 |

*New Year's Day, Martin Luther King Day, Presidents' Day, Race Day, Memorial Day, Independence Day, Football Preview, Labor Day, Election Day, Veteran's Day, and Thanksgiving Day where applicable).

All prices include sales tax and postage. Mail prices are for the U.S. and its possessions; foreign rates available upon request. Advance payment required.

Star-Telegram customers may use their Internet accounts to communicate with customer service representatives. Write to us at paper@star-telegram.com. When appropriate, e-mail may be forwarded to other newspaper staff members.

For guaranteed same-day delivery of missed copies in Tarrant County, please call by noon, seven days a week. Our mission is to provide subscribers with the best possible delivery service. Should we be unable to resolve a subscription problem to your satisfaction, call Weldon Whiteman, Vice President/Circulation, at (817) 215-2218.

The Fort Worth Star-Telegram (USPS 206-260) is published daily. Periodical postage paid at Fort Worth, Texas. Postmaster: Send address changes to Fort Worth Star-Telegram, P.O. Box 1970, Fort Worth, Texas 76101.

Circulation: 235,917 daily; 329,739 Sunday.
Readership: 590,400 daily; 847,090 Sunday.

**QUICK READ** To help you quickly navigate the *Star-Telegram*, look for summaries with our longer stories. Each summary begins with a topic label in white type on a black bar.



5 HOURS O
SALE
16.99
BRIGGS
GABARDIN
PANTS
(M-P)
Orig. 24.99

ALL DAY SP
SALE
49.99
TRIO 3-PC
LUGGAGE
15" duffel, 2
and 25" upri
Reg. $100

*COUP.

Coup
phone/mail/ir
Dockers® f
Children's C
Electrics, G
Apple 1-Pc
Colle



fund-raiser for school scholarships, Hayes said.

Hayes said she often runs into former Starpoint students who have gone on to successful lives.

"So many tell me that their fondest memories from school are from Starpoint," Hayes said. "There are a lot of former students out there who are upset today. She was a remarkable person. She devoted her life to those children."

Marian Howell knew Crane both as a neighbor and an education professional. When Howell's son was found at age 12 to have dyslexia, Crane helped area teachers understand the disability.

"The teachers treated the students as if they had the plague. Laura led the way in informing the educators about this condition," Howell said. "There was a lot of intolerance, and she really showed them that these children's brains were wired differently."

As a friend, Howell said, Crane "was probably the most charming, warm person I had ever met in my entire life. She was genteel, just delightful, warm and sensitive. I'm very depressed about her. She has done so much for this community."

Alex Branch, (817) 390-7689 abranch@star-telegram.com
Photo Caption:

Filename: **010101XA0160205RB01-948487.txt**

Service:
Category:
Supplemental Category:
Instructions: **2004Datatimes.exp**
Created: **February 5, 2004**
City:
Country:
Reference: **11209999**
Merlin ID: **7277123**
Copyright:
Copyright year: **0**
Keywords:
Library enhanced? **Yes**
Rights? **Yes**
Out Date: **03/12/2005**

DEFENDANT'S EXHIBIT
19
NO. BC 9-29-05
PENGAD 800-631-6689

**Oklahoma body may be missing woman's**
**By Deanna Boyd;alex Branch**

Source: *THE FORT WORTH STAR-TELEGRAM*
Wednesday, February 4, 2004
Edition: FINAL, Section: News, Page 1A

REMAINS: The body has been taken to Oklahoma City to determine whether it is that of Laura Lee Crane, a retired TCU professor.

Investigators searching for a retired TCU professor converged Tuesday afternoon in southern Oklahoma, where a woman's body was found at the bottom of an embankment along an Interstate 35 service road in Murray County.

Law-enforcement agents acting on information provided by two people arrested early Sunday in the disappearance of Laura Lee Crane, 77, found a body wrapped in a sheet about 1 p.m., officials said.

"A body has been recovered, and an investigation is under way to determine if it is Mrs. Laura Crane," Fort Worth police Lt. Roger Dixon said. "We have a lot of work in front of us."

The steep, overgrown embankment is about 50 miles north of the Texas border along a stretch of interstate that cuts through the Arbuckle Mountains.

Murray County Sheriff Marvin McCracken said the woman's body was taken to the Oklahoma state medical examiner's office in Oklahoma City for identification and an autopsy.

Lt. Abdul Pridgen, a Fort Worth police spokesman, declined to give specifics, such as the body's age and sex and whether the search for Crane, missing since Friday, is over.

"As you can imagine, the family is very sensitive to this," Pridgen said. "We don't want to make any prejudgments."

According to her family, Crane left her home on Bellaire Drive South in Fort Worth about 11:30 a.m. Friday to go to a nearby Tom Thumb

http://merlin1.star-telegram.com/scripts/fs...

grocery store. Police have said she stopped briefly at a friend's house and has not been seen since.

Allen Walker, Crane's daughter, said late Tuesday afternoon that police had given the family details about the body in Oklahoma that the family declined to discuss at the request of police.

The family remains hopeful, Walker said, but realizes that the body in Oklahoma could well be Crane's. If so, they would take some comfort in getting a swift answer about her fate, she said.

"The most important thing to us at a time like this is to get to a positive resolution. So often you go for weeks and weeks without an answer," she said.

Investigators from Fort Worth, the FBI's Fort Worth office and the Oklahoma State Bureau of Investigation worked several hours combing the area surrounding the embankment, near the Washita River. Thick shrubs, trees, knee-high grass and the embankment's slope would have made it impossible to see the body from the road. The northbound access road is about 75 yards from Interstate 35.

On the other side of the highway is Turner Falls Park, with a waterfall and picnic tables popular with traveling families. A YMCA camp for children is not far up the road.

As investigators examined the scene, Fort Worth homicide detectives headed for Oklahoma City, where the two people who told police about the body remain in jail.

Early Sunday, Edward Busby and Kathleen Latimer were arrested in Oklahoma City after being pulled over for a traffic violation. They were driving Crane's Nissan Sentra.

Both suspects face aggravated kidnapping charges in Crane's disappearance. Also, Busby faces charges of unauthorized use of a motor vehicle, driving with a suspended license and making an improper right turn.

Latimer is accused of possession of a controlled/dangerous substance, possession of drug paraphernalia and unauthorized use of a motor vehicle.

Oklahoma City officials have said police found a crack pipe with white residue along with other items in the Sentra.

ff Writer Bill Teeter Contributed to This Report.

Deanna Boyd, (817) 390-7655 dboyd@star-telegram.com

1. Photo: THE DAILY ARDMOREITE/JOHN CONRAD VIA THE ASSOCIATED PRESS Police photograph the area where a woman's body was found at the bottom of an overgrown embankment off an access road off Interstate 35 near Davis, Okla., on Tuesday.

2. Photo: Laura Lee Crane, 77, has been missing since Friday.

3. head shot: (Allen) WALKER

4. head shot: (Edward) BUSBY

5. head shot: (Kathleen) LATIMER

6. Map(s): BODY FOUND
Photo Caption:

Filename: 010102XA0010204CK01-946101.txt

Service:
Category:
Supplemental Category:
Instructions: 2004Datatimes.exp
Created: February 4, 2004
City:
Country:
Reference: 11209797
Merlin ID: 7276683
Copyright:
right year: 0
Keywords: "MISSING PERSONS"
Library enhanced? Yes
Rights? Yes
Input Date: 03/12/2005

http://merlin1.star-telegram.com/scripts/foxisapi.dll/......

Case 4:09-cv-00160-O Document 126-17 Filed 05/04/26 Page 105 of 519 PageID 11916

FOOD | Valentine's dinner for dummies. 1E ENCORE | Jackson incident causes changes for Grammys. 1BA

FORT WORTH
# Star-Telegram

Where The West Begins

WWW.STAR-TELEGRAM.COM

Wednesday, February 4, 2004 50 cents

# Tech reprimands Knight for blowup

THE ASSOCIATED PRESS
Texas Tech basketball coach Bob Knight appears at Tuesday night's home game against Baylor after being reprimanded earlier in the day.

**BASKETBALL** Bob Knight, Texas Tech's legendary coach, draws a public reprimand for exhibiting his legendary temper in an argument with the school chancellor at a local grocery store.

▪ Gil LeBreton: Now we know who really runs Texas Tech. 1D

By TROY PHILLIPS
STAR-TELEGRAM STAFF WRITER

LUBBOCK — Bob Knight took his customary seat on the Texas Tech University men's basketball bench Tuesday night, and it will apparently take more than a lunch-counter spat to unseat the Tech coach.

Tech officials issued a public reprimand but no suspension for Knight in the wake of his altercation with school Chancellor David Smith during the lunch hour Monday at a Lubbock grocery-store restaurant.

It was Knight's second blowup this season — his third as Tech's head coach — and the second

More on BASKETBALL on 12A

# Oklahoma body may be missing woman's

**REMAINS** The body has been taken to Oklahoma City to determine whether it is that of Laura Lee Crane, a retired TCU professor.

By DEANNA BOYD and ALEX BRANCH
STAR-TELEGRAM STAFF WRITERS

Investigators searching for a retired TCU professor converged Tuesday afternoon in southern Oklahoma, where a woman's body was found at the bottom of an embankment along an Interstate 35 service road in Murray County.

Law-enforcement agents acting on information provided by two people arrested early Sunday in the disappearance of Laura Lee Crane, 77, found a body wrapped in a sheet about 1 p.m., officials said.

"A body has been recovered, and an investigation is under way to determine if it is Mrs. Laura Crane," Fort Worth

More on REMAINS on 14A

Laura Lee Crane, 77, has been missing since Friday.

ELECTION 2004

| ARIZONA | DELAWARE | MISSOURI | NEW MEXICO | NORTH DAKOTA | OKLAHOMA | S. CAROLINA |
|---|---|---|---|---|---|---|
| Kerry wins easily; Clark finishes second | Kerry landslide over Lieberman, Edwards | Kerry takes Tuesday's biggest prize | Kerry prevails; Clark a strong second | Kerry coasts to victory; Clark a distant second | Clark takes photo finish over Edwards | Edwards wins; Kerry a strong second |

# Kerry rolls, but Clark, Edwards still in hunt

## Lieberman calls it quits after doing poorly in all 7 contests

GETTY IMAGES/SPENCER PLATT
Sen. John Kerry celebrates in Seattle after winning in five of the seven states that held primaries or caucuses Tuesday.

By JAMES KUHNHENN and STEVE KRASKE
KNIGHT RIDDER NEWS SERVICE

KANSAS CITY, Mo. — Sen. John Kerry marched to victory in five states Tuesday, including the top prize of Missouri, strengthening his claim to the Democratic presidential nomination, but Sen. John Edwards emerged as a rival by winning in South Carolina and finishing a close second in Oklahoma.

Retired Gen. Wesley Clark edged out Edwards and Kerry in a dramatic win in Oklahoma, the first election victory of his young political career. But Kerry won big in Missouri, Arizona, Delaware, New Mexico and North Dakota.

**Campaign coverage**

▪ **Analysis:** John Edwards emerges as a long-shot challenger. 16A

▪ Barry Switzer campaigns for Edwards in Oklahoma. 17A

▪ Gen. Wesley Clark's victory in Oklahoma revives his campaign. 17A

An exultant Kerry compared himself to Sunday's Super Bowl champs. "For the second time in a few days," he said, "a New England patriot has won on the road."

Tuesday's results dealt a crushing blow to Sen. Joe Lieberman of Connecticut, the 2000 vice presidential

More on ELECTION on 16A

THE OKLAHOMAN/STEVE SISNEY via THE ASSOCIATED PRESS
Democratic presidential hopeful Gen. Wesley Clark addresses supporters during a rally in Oklahoma City on Tuesday. Clark won the state's primary.

# Ricin attack has senators wary, on edge

**POISON** All three Senate office buildings were to remain closed today as the investigation into the source of the poison continues.

By ALAN FRAM
THE ASSOCIATED PRESS

WASHINGTON — A jittery Senate faced its second attack with a deadly toxin in 28 months on Tuesday, this time in the form of ricin powder sent to Senate Majority Leader Bill Frist. Another letter containing ricin and bound for the White House was intercepted in November, a law enforcement official disclosed.

▪ Texas senators work out of makeshift offices. 8A

No illnesses were reported in either case, but dozens of Senate workers are being monitored. Work in the Senate slowed to a crawl.

Health experts expressed optimism that casualties would be averted in the latest attack.

None of the dozens of congressional employees who were near Frist's office on Monday when the white powder was

More on POISON on 8A

**About ricin**

**Origin**

Oil is made from the beanlike seeds of the castor plant and used in cosmetics, laxatives, machinery lubricants, paint and shampoo.

Ricinus communis

**Transmission**

Accidental exposure is unlikely. It can be breathed in as a mist or powder. Pellets or liquid form can be injected or ingested. It is not contagious.

**Treatment**

No antidote exists. Supportive medical care minimizes effects of poison. Recovery likely if victim survives longer than five days.

THE ASSOCIATED PRESS

# Texas set to execute mentally ill killer

**PUNISHMENT** Advocates urge Gov. Rick Perry to grant a reprieve to a schizophrenic man who killed his in-laws.

By STEPHEN HENDERSON
KNIGHT RIDDER NEWS SERVICE

FREDERICKSBURG — The simple story of Scott Panetti goes something like this: Facing a possible death sentence for gunning down his in-laws in this Hill Country city, Panetti fired the attorneys he thought were plotting against him and decided to represent himself.

He dressed as a cowboy for the trial, submitted a witness list that included Jesus Christ and John F. Kennedy, and rambled on about "Sarge," the alter ego he blamed for the killings.

Panetti, 45, is mentally ill, a diagnosed schizophrenic and psychotic who had been in and out of institutions for a decade before he committed his crimes. His trial has been described as a circus, but no

More on PUNISHMENT on 19A

KNIGHT RIDDER/TRIBUNE ARCHIVES
Scott Panetti discusses his case during a 1999 interview in Huntsville. He faces death by lethal injection Thursday.

INSIDE

| | | | | | |
|---|---|---|---|---|---|
| News 2 Use | 2A | Editorials | 10B | Market Listings | 6-7C |
| Classifieds | G | Encore | 1BA | Movies | 7T |
| Comics | 4-5F | Horoscope | 2F | Obituaries | 13, 15B |
| Crosswords | 2F, 7G | Lottery numbers | 3A | Television | 8F |

TO SUBSCRIBE: (817) DEL-IVER
Fort Worth mailing address:
P.O. Box 1870, Fort Worth, Texas 76101
Copyright © Fort Worth Star-Telegram
98th year, Issue 285, 92 pages

WEATHER
Cloudy and cool with rain and thunderstorms. High 45 Low 38
See the NBC 5 Weather Team's five-day forecast on 18A

TOMORROW
A complete guide to TV's sweeps ratings month
In Life & Arts

KNIGHT RIDDER

Wednesday, February 4, 2004     50 cents

EGRAM.COM

# Oklahoma body may be missing woman's

By DEANNA BOYD
and ALEX BRANCH
STAR-TELEGRAM STAFF WRITERS

Investigators searching for a retired TCU professor converged Tuesday afternoon in southern Oklahoma, where a woman's body was found at the bottom of an embankment along an Interstate 35 service road in Murray County.

Law-enforcement agents acting on information provided by two people arrested early Sunday in the disappearance

**REMAINS** The body has been taken to Oklahoma City to determine whether it is that of Laura Lee Crane, a retired TCU professor.

of Laura Lee Crane, 77, found a body wrapped in a sheet about 1 p.m., officials said.

"A body has been recovered, and an investigation is under way to determine if it is Mrs. Laura Crane," Fort Worth

More on REMAINS on 14A



Laura Lee Crane, 77, has been missing since Friday.

---

**A**
es
over

**S. CAROLINA**
Edwards wins;
Kerry a strong
second

# ark, unt

# Ricin attack has senators wary, on edge

**POISON** All three Senate office buildings were to remain closed

## About ricin
Origin

# News 2 Use

## YOUR DAILY GUIDE TO HELPFUL INFORMATION

Star-Telegram

(877) DEL-IVER (335-4837) or
(800)776-STAR (7827)

DELIVERY COMPLAINTS

---

### HEALTH



# Booster shot

## Follow these strategies to heighten your immunity

Fending off illness requires more than washing your hands several times a day and avoiding people with the sniffles.

You can boost your immunity with interesting strategies that include:

■ **Reducing the fat in your diet.** Research at Tufts University found that people who followed a low-fat, low-calorie diet had the strongest immune response to exposure to antigens from common vaccines. Eating a high-fat diet reduces the germ-fighting power of T cells and other immune system components. Tufts researchers also found that weight loss appears to keep the immune system running well.

■ **Meditation.** A study at the University of Wisconsin found that participants who meditated for 15 minutes at least twice a week had a stronger antibody level response to flu vaccines.

■ **Getting enough sleep.** According to researchers at the University of Chicago, people who slept only four hours per night for four nights produced half as many antibodies to a flu shot as individuals who got seven hours of sleep on those same nights.

■ **Drinking plenty of water.** The mucous membranes that line the upper respiratory tract — which provide the first line of defense against illness — work best when moist. Using a humidifier also helps.

■ **Having a good support system.** People with a diverse network of friends and family appear to fight germs better. Researchers from the Mind-Body Wellness Center in Meadville, Pa., exposed people to a cold virus and monitored their contacts with others. Those with the most social contacts — friends, family, co-workers, fellow worshippers, etc. — were the least likely to get sick. Hugs and other forms of touch also boost the activity of natural killer cells that attack cells which have been invaded by viruses.

■ **Exercise.** Exercise is great preventive medicine for everything from colds to cancer. Surveys of 600 pre-menopausal and 600 post-menopausal women ages 40 to 85 found that the women who exercised for 3½ hours per week 20 years ago had as much as a 50 percent lower risk of breast cancer.

Likewise, moderate aerobic activity strengthens the cardiovascular system, reduces stress (which taxes the immune system) and elevates natural immune cell activity. According to research at Appalachian State University in North Carolina, women who walked 45 minutes a day, five days a week experienced half as many sick days over a period of four months as women who were inactive.

SOURCES: Judi Sheppard Missett, chief executive of Jazzercise; Health and Fitness News Service

---

### PERSONAL FINANCE

## A second chance to refinance

If you've been kicking yourself for not refinancing your mortgage when rates sank to 41-year lows last summer, here's another chance to act.

Rates have fallen again. The standard 30-year, fixed-rate mortgage now averages below 6 percent, just a bit above June's low.

Mortgage rates are heavily influenced by the rate on the 10-year U.S. Treasury bond, which has drifted lower because bond investors think weak employment figures will keep the Federal Reserve from raising short-term rates for some time.

Would it pay, then, to wait for mortgage rates to fall further?

Only if you're willing to risk a higher rate if they rise. Even if holding out gets you another quarter of a percentage point off your new mortgage, you might save only a few dollars a month.

But how do you know whether refinancing will pay off?

It boils down to whether you'll have the new mortgage long enough for the reduction in monthly payments to offset the closing costs.

If the closing costs were $3,000 and the monthly saving $100, it would take 30 months to make refinancing pay. If you're going to move in 24 months, don't bother. But after 30 months, every extra month you have the mortgage will bring a pure saving of $100.

If you want to get fancy, you should adjust for taxes. By reducing your interest rate, you reduce your monthly payment but also your interest-rate deduction. The $100-per-month saving might turn out to be only $75, for example.

To calculate that, you must know your tax rate. Your tax return is the best place to look; but for a rough idea, check your pay stub to see what percentage of your gross pay is going to federal tax.

Compare the total interest you'd pay for the remaining life of the old loan versus the new one. You don't want to pay 30 years of interest on a new loan if you could pay interest for just 10 years on the old one.

SOURCE: The Philadelphia Inquirer

---

### PARENTING



## Your child's got questions?
## You need answers

All parents know the day will come when they have to explain the birds and the bees to their child, but that doesn't mean they'll be ready.

"Right around 8 years old, sometimes even 6 or 7, it seems like it gets younger with each generation, kids start to ask questions," says Sal Severe, author of How to Behave So Your Children Will Too and How to Behave So Your Preschooler Will Too.

Before you sit down with your youngster, though, buy or check out a book that explains sex, reproduction and the emotions involved. Some books will also explore the religious nature of an intimate relationship. Use the book as a tool. Severe advises, so you won't leave out anything important.

How do you know how much information your youngster can handle? "You can usually tell from

the kind of questions they ask if they're ready," Severe says. "It can be a mistake to shelter them too much and a mistake to tell them too much.

"I usually encourage parents to ask questions. Find out what they know,"

One thing parents can be sure of, though: If they don't talk to their children about sex, someone else will.

"There are other kids in their class who have older brothers and sisters," Severe says. "If you don't talk to them, you run the risk of them getting it inaccurately from their friends."

Once you've had the talk, you will want to be sure that your youngster isn't the one on the playground dispensing knowledge to his friends.

"Tell them, 'You're old enough to handle this, and I'm going to trust that you won't tell other children,'" Severe advises.

That information should come from their parents.

— Staff writer Amanda Rogers

---

### FASHION

## Seeing a pattern? It's on your shirt



Take off the blue shirt, men. It's time to put some pattern in your lives.

Shirts in loud colors, wide stripes and even florals are taking the place of boring solid knits. These new cotton shirts with traditional collars are not only daring but also versatile — meant to be worn with jeans or a suit.

But before you take the patterned plunge, keep in mind these shirt do's and don'ts:

■ Do wear a splashy shirt with jeans. Try it untucked — especially if you're young and the shirt has a slimmer fit.

■ Don't button the top button of your shirt unless you're wearing a tie.

■ Do tuck in your shirt with dress slacks.

■ Don't wear a patterned suit or sport coat with a print shirt and print tie. The easiest way to bring in pattern is to go with a solid-color suit and have fun with the shirt and tie.

■ Do ask salespeople for help if you're unsure. Loud can be fun, but clashing is bad.

■ Don't go to work with wrinkles. Hip stores may purposely display wrinkled shirts as some sort of fashion statement, but for the office, crisp is always correct.

SOURCE: St. Paul Pioneer Press

---

### CONSUMER WATCH

## Discount drug-card scam surfaces

AARP is warning older adults to be on the lookout for vendors peddling fake Medicare discount drug cards.

Scam artists in Nebraska have already tried peddling bogus versions of the cards, which are not scheduled for release until June. Reports of two people being scammed prompted AARP to issue a warning nationwide.

Carole Jurasek, spokeswoman for AARP Texas, said the scam is not widespread yet and has not reached Texas.

When the real cards become available, users will be able to get discounts of 10 percent to 25 percent, depending on the type of card and medicine.

The cards will be administered by private companies that can negotiate lower drug prices but will require Medicare approval.

Medicare patients can enroll in the program starting in May through 2005 and will pay an annual fee of up to $30.

The purpose of the cards is to help seniors until a full prescription drug benefit takes effect in 2006.

Cory Allen, a benefits specialist with Medicare, said the agency is planning a

$12 million advertising campaign for the cards and will also distribute enrollment forms.

Authentic cards will feature an official Medicare seal.

For more information about the cards, visit www.medicare.gov or call (800) 633-4227.

To report a suspicious discount card solicitation, AARP suggests calling the Texas Attorney General's Consumer Protection hotline at (800) 621-0508.

ONLINE: www.aarp.org

— Staff writer Blair a. Torres

---

TOMORROW IN NEWS 2 USE

## Early withdrawals

First Roth IRA investors can take money out now



---

---

TODAY'S OBITUARIES

Anderson, David, 54, Benbrook
Bishop, James, 63, Arlington
Blackwell, A.L., 75, Cleburne
Blythe, Leonard, 79, Fort Worth
Bond, Eva, 87, Benbrook
Brooks, James, 80, Fort Worth
Burbank, David, 59, Lisbon, Texas
Cantwell, Shirley Brown, 67, Fort Worth
Cash, Wayne, 62, Fort Worth
Cherry, Lalene Carter, 100, Tolar
Cook, Billy, 60, Arlington
Cummings, Willie, 95, Burleson
Cunningham, Jean, 92, Fort Worth
Dollar, Margaret, 81, Fort Worth
Dudley, Avis, 80, Arlington
Duncan, Vinkam, 35, Hurst
Eagan, Violet, 86, Fort Worth
Egbert, Carol, 73, Fort Worth
Flowers, Kent, 71, Mineral Wells
Griffin, Agnes, 76, Fort Worth
Haggerty, Don, 78, Los Angeles
Harder, James, 82, Fort Worth
Harlen, Albert III, 60, San Antonio
Herring, Richard, 56, Fort Worth
Holder, Ciebert, 91, Arlington
Isaacs, Ollie Desrume, 89, Jacksboro
Johnson, Arletta, 90, Fort Worth
Johnson, John, 80, Arlington
Jones, Larry, 50, Arlington
Jones, Trudie, 82, Dublin
Kammer, Lloyd, 87, W. Weatherford
Kinnaird, Jesse, 78, Richland Hills
LeCrone, Ted Sr., 62, Azle
Lee, Alma, 76, Fort Worth
Lee, Jerrie, 64, Grapevine
Lovelace, Ruth Baker, 95, Arlington
McCay, Kathleen, 60, Houston
McCormick, Ruby, 93, Dublin
Morgan, Cody, 20, Morgan
Murray, Margaret, 82, Fort Worth
Nguyen, Oui, 44, Arlington
Peterson, Cleo, 73, Colleyville
Proctor, Linnie Lahoma, 70, Euless
Randle, Eugene, 69, Fort Worth
Rayburn, Charlene, 84, Arlington
Roden, Virginia, 81, Fort Worth
Sarrett, George, 78, Fort Worth
Scheldeman, Ceunc, 83, DeCordova
Smith, John Jr., 54, Rhome
Spagnola, Randy, 29, Fort Worth
Spears, Walter, 67, Fort Worth
Spracklen, Earl, 87, Fort Worth
Studer, Alonda, 63, Crafard
Tilley, Edward, 66, Weatherford
Townsend, Alice, 76, Cleburne
Wilkinson, Winifred Umbaugh, 90, Arlington
Wilson, Eddie, 61, Burleson
Yarbrough, Monroe, 93, Hillsboro

OBITUARIES 13-15B

Star-Telegram Operating, Ltd.
KNIGHT RIDDER





Results appear today on 3A.

# ld's got questions?
# need answers

he day
have to
the
t that
)e

ars old,
7, it
nger
ki
" says
*How to*
*dren*

*chooler*

n with
h, buy
hat
ction
)lved.

nature
iship.

l,
i won't
por-

how
ir
?
ll from

the kind of questions they ask if they're ready," Severe says. "It can be a mistake to shelter them too much and a mistake to tell them too much.

"I usually encourage parents to ask questions. Find out what they know."

One thing parents can be sure of, though: If they don't talk to their children about sex, someone else will.

"There are other kids in their class who have older brothers and sisters," Severe says, "If you don't [talk to them], you run the risk of them getting it inaccurately from their friends."

Once you've had the talk, you will want to be sure that your youngster isn't the one on the playground dispensing knowledge to his friends.

"Tell them, 'You're old enough to handle this, and I'm going to trust that you won't tell other children,'" Severe advises.

That information should come from their parents.

— *Staff writer Amanda Rogers*

PUBLISHED BY

## Star-Telegram Operating, Ltd.
>KNIGHT RIDDER>

400 W. Seventh St., Fort Worth, Texas 76102
3201 Airport Freeway, Suite 108, Bedford, 76022
1111 W. Abram, Arlington, 76013

TO SUBSCRIBE or to report a delivery problem, dial (817) DELIVER (335-4837). Outside Tarrant County call toll-free (800) 776-STAR (-7827).

**DELIVERY INFORMATION**
Monday-Friday ................................................5 a.m. - 5 p.m.
Saturdays & holidays ...................................6:30 a.m. - noon
Sundays..........................................................6:30 a.m. - 2 p.m.
RETAIL ADS ......................................................(817) 390-7765
CLASSIFIED ADS ..............................................(817) 332-3333
Outside Tarrant County call toll-free ............(800) 222-3978
Monday-Wednesday .......................................7:30 a.m. - 6 p.m.
Thursday-Friday .............................................7:30 a.m. - 7 p.m.
**CUSTOMER SERVICE AND BACK ISSUES**
Arlington (817) 548-5400   Monday-Friday............8 a.m. - 5 p.m.
Downtown (817) 390-7761   Monday-Friday ...........8 a.m. - 5 p.m.
Northeast (817) 685-3800   Monday-Friday...........8 a.m. - 5 p.m.
PHOTO SALES ..................................................(817) 390-7743
Monday-Friday .............................................9 a.m. - 4 p.m.
**SINGLE COPY PRICES:** Daily, 50¢; Sunday, $1.50

| Home Delivery | Mo. | Yr. | U.S. Mail (Mo.) |
|---|---|---|---|
| Daily/Sunday | $15 | $168 | $31 |
| Daily Only | $13 | $144 | $26 |
| Weekend Only (3-day weekend package and 11 holiday issues*) | $13 | $144 | N.A. |
| Sunday Only | $11 | $120 | $23 |

*New Year's Day, Martin Luther King Day, Presidents' Day, Race Day, Memorial Day, Independence Day, Football Preview, Labor Day, Election Day, Veteran's Day, and Thanksgiving Day where applicable).

All prices include sales tax and postage. Mail prices are for the U.S. and its possessions; foreign rates available upon request. Advance payment required.
Star-Telegram customers may use their Internet accounts to communicate with customer service representatives. Write to us at paper@star-telegram.com. When appropriate, e-mail may be forwarded to other newspaper staff members.
For guaranteed same-day delivery of missed copies in Tarrant County, please call by noon, seven days a week. Our mission is to provide subscribers with the best possible delivery service. Should we be unable to resolve a subscription problem to your satisfaction, call Weldon Whiteman, Vice President/Circulation, at (817) 215-2218.
The Fort Worth Star-Telegram (USPS 206-760) is published daily. Periodical postage paid at Fort Worth, Texas. Postmaster: Send address changes to Fort Worth Star-Telegram, P.O. Box 1870, Fort Worth, Texas 76101.

Circulation: 235,917 daily; 329,739 Sunday.
Readership: 590,400 daily; 847,090 Sunday.



FROM 1A : INTERNATIONAL

Star-Telegram | Wednesday, February 4, 2004

## REMAINS
### Continued from 1A

police Lt. Roger Dixon said. "We have a lot of work in front of us."

The steep, overgrown embankment is about 50 miles north of the Texas border along a stretch of interstate that cuts through the Arbuckle Mountains.

Murray County Sheriff Marvin McCracken said the woman's body was taken to the Oklahoma state medical examiner's office in Oklahoma City for identification and an autopsy.

Lt. Abdul Pridgen, a Fort Worth police spokesman, declined to give specifics, such as the body's age and sex and whether the search for Crane, missing since Friday, is over.

"As you can imagine, the family is very sensitive to this," Pridgen said. "We don't want to make any prejudgments."

According to her family, Crane left her home on Bellaire Drive South in Fort Worth about 11:30 a.m. Friday to go to a nearby Tom Thumb grocery store. Police have said she stopped briefly at a friend's house and has not been seen since.



**WALKER**

Allen Walker, Crane's daughter, said late Tuesday afternoon that police had given the family details about the body in Oklahoma that the family declined to discuss at the request of police.

The family remains hopeful, Walker said, but realizes that the body in Oklahoma could well be Crane's. If so, they would take some comfort in getting a swift answer about her fate, she said.

"The most important thing to us at a time like this is to get to a positive resolution. So often

you go for weeks and weeks without an answer," she said.

Investigators from Fort Worth, the FBI's Fort Worth office and the Oklahoma State Bureau of Investigation worked several hours combing the area surrounding the embankment, near the Washita River. Thick shrubs, trees, knee-high grass and the embankment's slope would have made it impossible to see the body from the road. The northbound access road is about 75 yards from Interstate 35.

On the other side of the highway is Turner Falls Park, with a waterfall and picnic tables popular with traveling families. A YMCA camp for children is not far up the road.

As investigators examined the scene, Fort Worth homicide detectives headed for Oklahoma City, where the two people who told police about the body remain in jail.

Early Sunday, Edward Busby and Kathleen Latimer were arrested in Oklahoma City after being pulled over for a traffic violation. They were driving Crane's Nissan Sentra.

Both suspects face aggravated kidnapping charges in Crane's disappearance. Also, Busby faces charges of unauthorized use of a motor vehicle, driving with a suspended license and making an improper right turn.

Latimer is accused of possession of a controlled/dangerous substance, possession of drug paraphernalia and unauthorized use of a motor vehicle.

Oklahoma City officials have said police found a crack pipe with white residue along with other items in the Sentra.

Staff writer Bill Teeter contributed to this report.
Deanna Boyd, (817) 390-7655
dboyd@star-telegram.com



**BUSBY**    **LATIMER**



STAR-TELEGRAM/DON COOK



THE DAILY ARDMOREITE/JOHN CONRAD VIA THE ASSOCIATED PRESS

Police photograph the area where a woman's body was found at the bottom of an overgrown embankment off an access road off Interstate 35 near Davis, Okla., on Tuesday.

## Israel's Sharon vows to evacuate Gaza settlements

**By JOEL GREENBERG**
CHICAGO TRIBUNE

**MIDDLE EAST**

JERUSALEM — Seeking to dispel doubts about his intentions, Prime Minister Ariel Sharon vowed Tuesday to press ahead with plans to evacuate Jewish settlements in the Gaza Strip, arguing that the move was necessary for Israel.

Speaking in the coastal city of Ashkelon, Sharon, who for decades promoted Israeli settlement in the West Bank and Gaza Strip, offered a different vision of national priorities.

"My responsibility is for the development of Israel, its security and its economy in the coming years," he said. Evacuating settlements "is certainly painful, and it hurts me very much, but this is my responsibility.

"I plan to carry out what I said, because in my view this is what Israel needs today."

Sharon set off a political storm Monday when he told the Haaretz newspaper that he planned to dismantle 17 of 21 Jewish settlements in the Gaza Strip as part of a broader plan to disengage from the Palestinians should an American-backed peace plan fail.

Sharon was quoted in the paper's Tuesday editions as saying that he also planned to evacuate three more "problematic" settlements in the northern West Bank, and that the process could take one to two years.

Sharon told his Likud faction Monday that the

Members of his Likud party and other pro-settler groups have threatened to leave the governing coalition.

Gaza settlements had become a burden to defend and a source of friction with the Palestinians, echoing arguments that have been made for years by his political opponents.

Previously Sharon had insisted that Gaza settlements have vital strategic value and could not be abandoned.

Shimon Peres, who was confirmed Tuesday as leader of the opposition Labor party through 2005, said in a speech that Sharon had adopted Labor's policy and that he promised Sharon parliamentary support "as long as he goes that way."

Sharon is facing resistance from some lawmakers in his Likud party, and the pro-settler National Religious Party has threatened to bolt the governing coalition if he pursues his plan, leaving open the possibility that Labor might join the government.

Sharon told the Yediot Ahronot newspaper that he would not hesitate to form a different coalition.

"I have no intention of being at the mercy of factions and individual members of parliament who will not allow me to run the affairs of the state," he said.

ONLINE: Prime minister's office, www.pmo.gov.il

LOW RATES    CONVENIENCE    EXPERTISE

# don't count on a lottery win for more spending power.

with the Chase Premier℠ Home Equity Line of Credit, you've won already.

If big holiday bills, upcoming taxes or any of life's other expenses have you hoping for a lottery win, using the equity in your home is the smart, fast and easy way to address your financial needs.

> **start below Prime; stay below Prime**
Low rates for the life of the line.

> **easy to apply, even easier to use**
Just write a check.

> **no hidden costs**
No hidden costs to open the account. No closing costs, no points, no mortgage taxes, no appraisal fees. In addition, no pre-payment penalties.

RATES AS LOW AS
## 3.75% APR*
Variable at Prime minus 0.25%

Stop by your local Chase branch today or
call 1-800-CHASE24 (1-800-242-7324).

CHASE

*Think you know*
# THE ALAMO?
*Think Again...*

See the real thing, then see the movie! Explore the Texas Revolutionary Era at San Antonio, Goliad, San Jacinto and Austin. Course begins February 10th and can include an optional weekend trip February 27-29th. If Texas history isn't your thing, try some of our other classes:

ABC's of Adoption
Financial Management for Women
Stress Management
How to Think for Yourself in an Election Year

For more information and to register, contact TCU Extended Education (817) 257-7132 or visit us on the web www.lifelong.tcu.edu



# TCU
Extended Education
New classes, new opportunities to Think Again.
CALL 817-257-7132 OR VISIT WWW.LIFELONG.TCU.EDU

11A | www.star-telegram.com

# REMAINS

*Continued from 1A*

police Lt. Roger Dixon said. "We have a lot of work in front of us."

The steep, overgrown embankment is about 50 miles north of the Texas border along a stretch of interstate that cuts through the Arbuckle Mountains.

Murray County Sheriff Marvin McCracken said the woman's body was taken to the Oklahoma state medical examiner's office in Oklahoma City for identification and an autopsy.

Lt. Abdul Pridgen, a Fort Worth police spokesman, declined to give specifics, such as the body's age and sex and whether the search for Crane, missing since Friday, is over.

"As you can imagine, the family is very sensitive to this," Pridgen said. "We don't want to make any prejudgments."

According to her family, Crane left her home on Bellaire Drive South in Fort Worth about 11:30 a.m. Friday to go to a nearby Tom Thumb grocery store. Police have said she stopped briefly at a friend's house and has not been seen since.

Allen Walker, Crane's daughter,



**WALKER**

said late Tuesday afternoon that police had given the family details about the body in Oklahoma that the family declined to discuss at the request of police.

The family remains hopeful, Walker said, but realizes that the body in Oklahoma could well be Crane's. If so, they would take some comfort in getting a swift answer about her fate, she said.

"The most important thing to us at a time like this is to get to a positive resolution. So often



**BUSBY**



**LATIMER**

you go for weeks and weeks without an answer," she said.

Investigators from Fort Worth, the FBI's Fort Worth office and the Oklahoma State Bureau of Investigation worked several hours combing the area surrounding the embankment, near the Washita River. Thick shrubs, trees, knee-high grass and the embankment's slope would have made it impossible to see the body from the road. The northbound access road is about 75 yards from Interstate 35.

On the other side of the highway is Turner Falls Park, with a waterfall and picnic tables popular with traveling families. A YMCA camp for children is not far up the road.

As investigators examined the scene, Fort Worth homicide detectives headed for Oklahoma City, where the two people who told police about the body remain in jail.

Early Sunday, Edward Busby and Kathleen Latimer were arrested in Oklahoma City after being pulled over for a traffic violation. They were driving Crane's Nissan Sentra.

Both suspects face aggravated kidnapping charges in Crane's disappearance. Also, Busby faces charges of unauthorized use of a motor vehicle, driving with a suspended license and making an improper right turn.

Latimer is accused of possession of a controlled/dangerous substance, possession of drug paraphernalia and unauthorized use of a motor vehicle.

Oklahoma City officials have said police found a crack pipe with white residue along with other items in the Sentra.

*Staff writer Bill Teeter contributed to this report.*

*Deanna Boyd, (817) 390-7655*
*dboyd@star-telegram.com*



STAR-TELEGRAM/DON COOK



THE DAILY ARDMORELITE/JOHN CONRAD VIA THE ASSOCIATED PRESS
Police photograph the area where a woman's body was found at the bottom of an overgrown embankment off an access road off Interstate 35 near Davis, Okla., on Tuesday.

LOW RATES     CONVENIENCE     EXPERTISE

**Police nab pair driving missing woman's car**
By Deanna Boyd; Bill Hanna

Source: THE FORT WORTH STAR-TELEGRAM
Tuesday, February 3, 2004
Edition: FINAL, Section: News, Page 1A
This article is accompanied by a sidebar.



DEFENDANT'S EXHIBIT
20
NO. 4 9-29-05

ARRESTS: Police question a Fort Worth couple in Oklahoma City after finding them driving the car of a missing retired TCU professor.

An ex-con and a convicted prostitute were arrested by Oklahoma City police Sunday after it was determined that they were driving the car of a retired TCU educator who has been missing since Friday.

Edward Lee Busby Jr., 31, and Kathleen Latimer, 39, both of Fort Worth, were being held in Oklahoma City on Monday and were being questioned by Fort Worth detectives in connection with the disappearance of Laura Lee Crane, 77.

Crane, a longtime Fort Worth educator who worked mostly with special needs students, remained missing Monday.

Busby and Latimer are being held "until we find out everything that they know, with her disappearance," said Fort Worth major case Lt. Roger Dixon at a news conference about the arrests Monday evening.

"We just don't know everything at this point," he said.

Crane was reported missing Friday after leaving her Bellaire Drive South home to go to a nearby Tom Thumb grocery store at about 11:30 a.m. Police have said the woman stopped briefly at a friend's house and has not been seen since.

"There's nothing to indicate that she is not alive," said Lt. Abdul Pridgen, a Fort Worth police spokesman.

An Oklahoma City police officer spotted Crane's blue-and-silver Nissan Sentra at 1:02 a.m. Sunday when he noticed the motorist driving erratically from a hotel parking lot in northeast Oklahoma City.

"An officer that was doing some patrols around a hotel in the northeast part of Oklahoma City saw a vehicle make an improper right turn out of a hotel parking lot," said Oklahoma City Police spokesman Capt. Jeffrey Becker.

Becker said that as the officer pulled the car over, he received information by communications center that a national database showed the car may be related to a "missing person in danger."

Becker said that when questioned by officers, Busby said he did not have his driver's license with him. Officers soon learned that Busby's license has been suspended, he said.

Officers also questioned Busby about the car, but Becker declined to divulge details of that conversation.

Police arrested Busby on charges of unauthorized use of a motor vehicle, driving with a suspended license and making an improper right turn.

Authorities arrested Latimer on charges of possession of a controlled/dangerous substance, possession of drug paraphernalia and unauthorized use of a motor vehicle.

Becker said that inside the vehicle, police found a crack pipe with white residue and other items that he declined to identify.

"Oklahoma City police contacted Fort Worth police about the discovery of the vehicle and Fort Worth police placed a hold on the Sentra," Becker said.

At the news conference Monday evening, Fort Worth police reluctantly confirmed the arrests but declined to comment on whether the suspects indicated Crane's whereabouts or whether other suspects could be at large.

"We owe it to Laura Crane and her family to give her our best efforts to bring this to a conclusion and locate Ms. Crane," Dixon said. "We release information based with that in mind.

"That is why we're holding a good deal of this information and not releasing it. Once it leads to locating Ms. Crane, we'll be releasing further information and maybe at that time, the public will understand our reasons."

Combined Text Records Display

Pridgen said neighborhood patrol officers, Citizens on Patrol volunteers and other police officers conducted foot searches for Crane in Overton Park and near her home over the weekend and on Monday.

"That's where she disappeared so that's where most of the searches were focused," Pridgen said. Organized searches have since been stopped, but informal searches are continuing, he said.

Relatives have said that since Crane's disappearance, the woman's ATM card has been used to withdraw cash. Allen Walker, Crane's daughter, said relatives also found some "minor charges" on Crane's credit cards.

"When we canceled the credit cards, they said there'd been some activity," Walker said. "We turned that information over to police."

Walker said her family is hopeful concerning the discovery of her mother's car.

"We're very encouraged about it," she said. "They have some strong leads. This is a very significant development and certainly giving us a lot of hope."

She praised the police department for its efforts.

"I have nothing but the best things to say for what they're doing," Walker said. "They're doing a wonderful job. ... We're just hopeful and looking toward the future."

Crane, a wife and mother of three, is well-known among North Texas educators for her work with special needs students, particularly at Texas Christian University's Starpoint School, where she worked as one of the original teachers when it opened in 1966, and its principal from 1969 until she retired in 1990.

"She could get children to do things no one else could get them to do," said Robin Davis, a Starpoint teacher and friend. "She's taught me everything I know, and she's taught a lot of other people, too."

Tarrant County and state records show that Busby has previous convictions for evading arrest, aggravated assault with a deadly weapon, theft, robbery with bodily injury and drug charges. He has served two short terms in prison, one for drugs and one for robbery.

He is not on parole, said Mike Viesca, a spokesman for the Texas Department of Criminal Justice.

Busby was convicted in December of burglary of a vehicle and in January for driving while his license was suspended. Court records show he was released from the Tarrant County Jail on Jan. 21.

Tarrant County records show that Latimer had three misdemeanor convictions in 2003, two for prostitution and one for assault with bodily injury. She was released from the Tarrant County Jail in September, records show.

In addition, state records show that Latimer was convicted in 1994 of theft in Harris County.

Staff Writer Alex Branch Contributed to This Report.

Deanna Boyd, (817) 390-7655 dboyd@star-telegram.com Bill Hanna, (817) 390-7698 billhanna@star-telegram.com

1. Photo: Laura Lee Crane is missing and police won't say if the pair talked about her whereabouts.

2. head shot: (Edward Lee) BUSBY

3. head shot: (Kathleen) LATIMER

4. Map(s): Where Laura Lee Crane disappeared
Photo Caption:

Filename: 010102XA0010203RK01-944705.txt

Service:
Category:
Supplemental Category:
Instructions: 2004Datatimes.exp
Dated: February 3, 2004
By:
Country:
Reference: 11209592
Merlin ID: 7276545
Copyright:
Copyright year: 0

http://merlin1.star-telegram...

# Star-Telegram
### FORT WORTH

WWW.STAR-TELEGRAM.COM    Tuesday, February 3, 2004    50 cents

## Fort Worth 4A schools split into two districts

**By MERCEDES MAYER**
STAR-TELEGRAM STAFF WRITER

The Fort Worth school district's Class 4A schools will compete in two districts for the first time in six years under the realignment plan announced Monday by the University Interscholastic League.

The change was made because Carter-Riverside and Diamond Hill-Jarvis will move up to 4A in the 2004-05 school year.

Since 1998, the UIL has placed 10 Fort Worth district 4A schools in

**UIL** Monday's realignment provides some competitive relief to 10 Fort Worth schools that have competed six years in one district.

■ More on the UIL realignment. 1D

one district for athletic competition. Diamond Hill-Jarvis and Carter-Riverside's move to 4A means the UIL has to create two districts for Fort Worth.

*More on UIL on 7A*

**Inside**
■ Friends try to remain hopeful, even though ... it's hard. 9A



Laura Lee Crane is missing and police won't say if the pair talked about her whereabouts.

## Police nab pair driving missing woman's car

**By DEANNA BOYD and BILL HANNA**
STAR-TELEGRAM STAFF WRITERS

An ex-con and a convicted prostitute were arrested by Oklahoma City police Sunday after it was determined that they were driving the car of a retired TCU educator who has been missing since Friday.

Edward Lee Busby Jr., 31, and Kathleen Latimer, 39, both of Fort Worth, were being held in Oklahoma City on Monday and were being questioned by Fort Worth detectives in connection with the disappearance of Laura

**ARRESTS** Police question a Fort Worth couple in Oklahoma City after finding them driving the car of a missing retired TCU professor.

Lee Crane, 77.
Crane, a longtime Fort Worth educator who worked mostly with special needs students, remained missing Monday.

Busby and Latimer are being held "until we find out everything that they know, with her

*More on ARRESTS on 9A*

---

## Today's News

### NATIONAL

**Tests indicate powder in Senate building is ricin**
Preliminary tests of a white powder discovered in a Senate office building are positive for the potentially deadly poison ricin, police say.
*Story on 3A*

### BUSINESS

**TXU seeking single rate for gas in area**
Customers in Dallas and Fort Worth would see their rates go up under a proposal pending before regulators.
*Story on 1C*

### SPORTS

**Tech reviews Knight spat with chancellor**
Texas Tech basketball coach Bob Knight gets into a spat with the university chancellor at a grocery store, prompting a review by school officials.
*Story on 1D*

### CORRECTION

The Texas Freshwater Fisheries Center in Athens is home to the record 121-pound, 8-ounce blue catfish caught recently. The type of fish was incorrect in an item about the Fisheries Center in Sunday's Travel section.

### Tomorrow

**Valentine's dinner for dummies**
A romantic three-course meal you can put together without once using the stove.
— In Food

### WEATHER

 Today
Sunny and cool all morning.
High, 55. Low, 38.

See the NBC 5 Weather Team's two-day forecast on 8A.



| | |
|---|---|
| News 2-13A | 2A |
| Classifieds | F |
| Comics | 4-5E |
| Crosswords | 7E, 3F |
| Editorials | 12D |
| Encore | 10A |
| Horoscope | 9E |
| Lottery numbers | 2A |
| Markets | 6-9C |
| Movies | 10E |
| Obituaries | 10-9B |
| Scoreboard | 6D |

**QUICK READ**
To help you quickly navigate the Star-Telegram, look for summaries with our longer stories. Each summary begins with a topic label in white type on a black bar.

TO SUBSCRIBE, (817) 961-IVEB
Fort Worth mailing addresses:
P.O. Box 1870, Fort Worth, Texas 76101
Copyright © Fort Worth Star-Telegram
104th year, Issue 266, 72 pages

---

COMMENTARY

# FLASH PANNED
## A daring performance ends up being just sleazy



During their halftime performance at the Super Bowl on Sunday, singer Justin Timberlake reaches for singer Janet Jackson just before ripping away part of her costume and exposing her breast.

**By CARY DARLING**
STAR-TELEGRAM POP CULTURE CRITIC

Madonna and Britney must be kicking themselves right now.

All the noise over their kiss at the MTV Video Music Awards in September pales compared with the ruckus over what Justin Timberlake and Janet Jackson did during their halftime duet at Sunday's Super Bowl, aired on CBS.

The brief baring of Jackson's breast to 89 million viewers prompted the federal government to launch an investigation and threaten financial sanctions against the network. Michael Powell, chairman of the Federal Communications Commission, called the partial nudity "a classless, crass and deplorable stunt."

Not since the introduction of New Coke have there been so many corporate apologies in one day. CBS and MTV, which produced the spectacle

*More on STUNT on 7A*



**Inside**
■ Jim Reeves: What did the NFL expect to happen when it handed the show over to MTV?
SPORTS, 1D

■ Bud Kennedy: You'd think we were all 11-year-old boys giggling about our first trip to Hooters.
FORT WORTH & REGION, 1B

An undergarment was supposed to keep Jackson covered, her spokeswoman said.

### WHAT THEY'RE SAYING

**JUSTIN** "I am sorry that anyone was offended by the wardrobe malfunction."

**CBS** "We are angry and embarrassed."

**MTV** "A misguided move on their parts."

**FCC** "A classless, crass and deplorable stunt."

**NFL** "Offensive, inappropriate and embarrassing"

**JANET** "It was not my intention that it go as far as it did."

---

## Deficit, defense high in budget

**SPENDING** Critics in both parties worry aloud about the burgeoning deficit and what they describe as its harmful effects on the economy.

**By SUSAN MILLIGAN and STEPHEN J. GLAIN**
THE BOSTON GLOBE

WASHINGTON — President Bush sent Congress a $2.4 trillion plan Monday that boosts defense spending, shrinks domestic programs and sets the stage for a battle with Democrats and fiscal conservatives who say the administration is driving the nation toward record levels of debt and unmanageable deficits.

The election-year budget proposal includes no new money for the war in Iraq, sparing Bush and Congress from having to make an unpopular cash commitment this year. But Office of Management and Budget director Joshua Bolten said that next year Bush might need to request as much as $50 billion for the war.

"Hopefully, the needs will be less," Bolten said, but he added that the "uncertainty of the security situation" in Iraq

**Inside**
■ Budget at a glance. 9A
■ IRA tax incentives proposed. 1C
■ Bush plan calls for increase for SEC. 1C

*More on SPENDING on 9A*

---

### ELECTION 2004

## Oklahomans ready to make votes count

**POLITICS** For the first time in years, the Sooner State has an important role in choosing a presidential candidate.

**By JACK DOUGLAS JR.**
STAR-TELEGRAM STAFF WRITER

KINGFISHER, Okla. — Kermit "Cork" Glazier is watching closely, and so far he does not like what he sees.

Glazier, a Democrat, has begun to have second thoughts about having crossed party lines in 2000 to vote for a Republican, George W. Bush, for president.

The war and the sagging economy have him worried.

But as Democratic presidential candidates fan across his state, searching for votes for today's Oklahoma primary, Glazier said he is watching to see whether they will continue to knock each other down in "television-tank" ads and newscasts, just as they did in Iowa and in New Hampshire.

**Inside**
■ Day of reckoning for Edwards. 1A

*More on POLITICS on 7A*

KNIGHT RIDDER
INFORMATION FOR LIFE

Case 4:09-cv-00160-O    Document 126-17    Filed 05/04/26    Page 114 of 519    PageID 11925

st lead-actress nominee took on a whale of a challenge.

# FORT WORTH
# Telegram

W . S T A R - T E L E G R A M . C O M

Tuesday, February 3, 2004    50 cents



**Laura Lee Crane is missing and police won't say if the pair talked about her whereabouts.**

## Inside

■ Friends try to remain hopeful, 'even though ... it's hard.'    9A

# Police nab pair driving missing woman's car

**By DEANNA BOYD and BILL HANNA**
STAR-TELEGRAM STAFF WRITERS

An ex-con and a convicted prostitute were arrested by Oklahoma City police Sunday after it was determined that they were driving the car of a retired TCU educator who has been missing since Friday.

Edward Lee Busby Jr., 31, and Kathleen Latimer, 39, both of Fort Worth, were being held in Oklahoma City on Monday and were being questioned by Fort Worth detectives in connection with the disappearance of Laura

**ARRESTS** Police question a Fort Worth couple in Oklahoma City after finding them driving the car of a missing retired TCU professor.

Lee Crane, 77.

Crane, a longtime Fort Worth educator who worked mostly with special needs students, remained missing Monday.

Busby and Latimer are being held "until we find out everything that they know, with her

More on ARRESTS on 9A

## COMMENTARY

# SH PANNED
ormance ends up being just sleazy



# Deficit, defense high in budget

**SPENDING** Critics in both parties worry aloud about the burgeoning

# 'We're staying hopeful, even though ... it's hard'

**REACTION** Friends and colleagues of Laura Lee Crane, a retired educator who disappeared Friday, praise her people skills.

**By ALEX BRANCH**
STAR-TELEGRAM STAFF WRITER

FORT WORTH — For more than 20 years, Laura Lee Crane dealt every day with problems at the Starpoint School at TCU, a school for children with learning disabilities.

She helped children overcome their challenges and develop self-esteem through her charisma, enthusiasm and unmatched ability to connect with others, friends and colleagues say.

Now they hope those skills will help the 77-year-old retiree find her way home.

Crane vanished Friday afternoon on her way to a southwest Fort Worth grocery store near her home. On Sunday in Oklahoma City, police arrested two people in possession of her car, but they have not found Crane.

"If it's possible to make her way out of whatever has happened, Laura Lee Crane can do it," said Robin Davis, a Starpoint teacher and longtime friend. "She's so gifted and bright and so savvy with people. We're staying hopeful, even though sometimes it's hard."

Crane was the director at Starpoint from 1969 until she retired in 1990, according to Texas Christian University. She was also an assistant professor of education.

Since retiring, Crane has tutored young children as well as college students at her home on South Bellaire Drive in southwest Fort Worth, Davis said. A wife and mother of three, she is in good physical and mental health.



G.E. Anderson, a Fort Worth neighborhood police officer, searches a ravine off North Bellaire Drive for Laura Lee Crane.

Crane's impact reaches far beyond Starpoint, said Kathleen Edwards, director of Starpoint and the Child Study Center School Program, another special-needs school.

Starpoint also serves as a TCU lab school for student teachers, so Crane has trained special-needs teachers across north Texas, she said.

"Still to this day, when we have a problem, we say, 'Let's call Laura Lee. She'll know what to do,'" Davis said.

Betsy Senter lived with Crane's daughter, Lee Walker, in college. Senter's daughter went to Starpoint.

Senter described her friend as "the most positive, upbeat person I've ever met." Young teachers travel great distances to hear Crane lecture.

At Starpoint, Crane cut no corners in teaching, even insisting students use silverware, glassware and china plates instead of plastic when learning table manners, she said.

"She cared about the children so much," Senter said. "She dealt with a lot of children with low self-esteem and she worked to build that up."

So far, Crane's family, surrounded by friends and well-wishers, is holding up well, she said. They are waiting for Crane to come home.

Friends have created a phone tree to get news to Crane's large circle of friends and colleagues, Senter said.

Rosalyn Woodfin, a friend of Crane's since both attended Ealy B. Clayton Elementary School, said she's praying for a miracle. She recalled one of the last times she saw Crane.

"In September we had our 60th high school reunion, and a lot of our old friends got together then," said Woodfin, 77, who was also in a Camp Fire Girls club with Crane. "Right now we're all calling one other with any news that we get. I never imagined this happening to somebody I know. You hear about it happening to your friends."

Staff writer John Gutierrez-Mier contributed to this report.

Alex Branch, (817) 390-7689
abranch@star-telegram.com

---

# N. Korea agrees to nuclear talks

THE ASSOCIATED PRESS

SEOUL, South Korea — North Korea has agreed to six-nation talks on its nuclear weapons development starting Feb. 25, Yonhap news agency reported today, citing North Korean media.

"Regarding the next round of six-nation talks, the primary countries involved in the talks — the DPRK, the United States and the host China — have held several rounds of consultations and agreed to hold six-nation talks beginning Feb. 25," Yonhap quoted North Korean radio stations as reporting.

DPRK stands for Democratic People's Republic of Korea, North Korea's official name.

South Korea's Foreign Ministry could not immediately confirm the report and had no comment.

---

# SPENDING
*Continued from 1A*

makes it impossible to predict how much additional war spending could be sought.

Bush's overall blueprint for fiscal 2005, which begins Oct. 1, reflected the budget contours of the Reagan years when Congress cut taxes, slashed domestic spending, lavished money on defense and incurred large deficits.

The proposal amounted to a statement of the White House's election-year priorities; it underscores the degree to which the administration's policy and political focus is on fighting terrorism and building up the military.

The plan called for an increase in military spending of 7 percent, or $26.5 billion, to $401.7 billion.

Bush administration officials and congressional Republican leaders say the fiscal policy being pursued will ultimately add jobs and increase economic growth, bringing down the budget deficit, which is estimated at a record $521 billion this year.

"The reason we are where we are is because we went through a recession, we were attacked, and we're fighting a war," Bush said at a Cabinet meeting Monday morning. "Those are high hurdles for a budget and for a country to overcome."

Texas Republican Sen. John Cornyn, a member of the Senate Budget Committee, said, "The president's budget request sets meaningful limits and recognizes that priority of federal spending restraint over the next year. It is an important blueprint as we address the economic challenges of our nation."

But critics in both parties worried aloud about the burgeoning deficit and what they described as its harmful effects on the economy. North Dakota Sen. Kent Conrad, ranking Democrat on the Senate Budget Committee, called Bush "the most fiscally irresponsible president in the history of the United States" and calculated that the government would be spending $991,000 more per minute than it would take in under the proposed budget.

Texas Republican Sen. Kay Bailey Hutchison commended Bush for a budget proposal "that provides a road map to win the war on terrorism, defend the homeland, promote economic growth and create new jobs. Our top priority must be protecting Americans at home and abroad."

Hutchison said her priorities include addressing the "unacceptably large" deficit and ensuring "that Texas is treated fairly and equitably in the federal appropriations process."

Bolten said 65 programs — which he did not identify — were slated for elimination, saving the federal government $5 billion. The budget plan includes a 10 percent increase in homeland security spending and an average increase in other domestic programs of 0.5 percent. Democrats said the minuscule increase amounted to a freeze or even a cut in some programs because inflation has been higher than that.

But it is unlikely that Democratic critics will be able to make dramatic changes in the budget. While some Democrats have called for at least a partial rollback of the 2001 and 2003 tax cuts to increase revenues, they are not expected to make such a proposal in an election year. Republicans control Congress and largely support both the tax cuts and the defense spending.

"The issue here is, what's



President Bush unveils his budget, which aims to boost military spending and lower the deficit. With him are Secretary of State Colin Powell, second from left, and Defense Secretary Donald Rumsfeld.

---

# BUDGET FEATURES
THE NEW YORK TIMES

Here are provisions of President Bush's proposed $2.4 trillion budget for the fiscal year 2005, which begins Oct. 1.

## Overview

Big increases for defense and homeland security but cuts or limits in spending for most other programs. Deficit projected at $521 billion in fiscal 2004 and $364 billion in 2005. The 2005 deficit figure does not count the cost of the wars in Iraq and Afghanistan.

## Energy

$24.3 billion for the Energy Department, but energy tax breaks scaled back to $7.2 billion over 10 years compared with about $25 billion sought by Congress last year.

## Justice

$18.7 billion for the Justice Department, includes $2.6 billion for counterterrorism, an increase of 19 percent from last year.

## Education

Aid to poor school districts rises by $1 billion, to $13.3 billion, which would go to schools that are the main beneficiaries of No Child Left Behind program.

## Military

$401.7 billion for military spending, not including money for operations in Iraq and Afghanistan. Congress

approved $87.5 billion in emergency spending in those countries in fiscal 2004.

## Domestic security

$40.2 billion for the Department of Homeland Security, a 10 percent increase above last year's $36.5 billion. Includes $890 million to enhance aviation and transportation security and $411 million to strengthen border and port security.

## Health care

New tax credits to help the uninsured buy health coverage, with a $702 billion plan over 10 years. A significant increase to the Food and Drug Administration to secure food safety.

## Texas projects

$21.36 billion for programs, an increase of about 1.5 percent from current projected spending, including $900 million for Amtrak, a level the rail passenger line has said would force it to shut down; $23 million for border security; $2.2 million for Johnson Creek environmental restoration; $5 million for continued development of Amber Alert network and $600,000 for the Upper Trinity River study.

Staff writer Maria Recio of the Washington Bureau contributed to this report.

---

"The reason we are where we are is because we went through a recession, we were attacked, and we're fighting a war."

— President Bush

---

the plan? Does anyone have a better plan than that?" said Rep. Jim Nussle, R-Iowa, chairman of the House Budget Committee. While many Republicans agreed that the looming deficits were worrisome, Nussle said "protecting America" is of primary concern.

Bolten said the budget would cut the deficit in half by 2009, a projection many economists and legislators said is unrealistic and based on rosy assumptions about future revenues and underestimations of spending.

The budget assumes, for example, that the government will take in 13 percent more in taxes and fees next year than in fiscal 2004, said Keith Ashdown, an analyst with Taxpayers for Common Sense.

The Bush administration maintains that the tax cuts will create jobs and spur investment, raising revenues. But Ashdown and other economists say revenues are not likely to increase by much because job growth is slow, reducing how much money in personal income taxes and payroll taxes go to

the Treasury.

The Bush proposal also does not permanently fix a tax glitch created by the alternative minimum tax. The tax, meant to ensure that high-income individuals and corporations did not get away with paying no taxes, has increasingly hit the middle class because it has not kept pace with inflation. The Bush budget includes a "patch" for one year, but the 10-year cost of protecting middle-income Americans from the tax would be an estimated $600 billion to $1 trillion.

Budget analysts also suspect the administration's deficit estimates are low because a considerable gap exists between the Pentagon's long-term needs and what the administration is willing to acknowledge. For example, fully funding the Pentagon's demands for next-generation weaponry and health care benefits for reservists would cost at least $50 billion beyond the estimated 2009 commitment of $485 billion, analysts say.

"It's a traditional problem among government agencies," said Steve Kosiak, director of budget studies at the Center for Strategic and Budgetary Assessments. "They tend to underestimate costs and are overly optimistic about growth, and that is certainly the case here."

Star-Telegram Washington Bureau correspondents Maria Recio contributed to this report, which includes material from The New York Times.

---

# ARRESTS
*Continued from 1A*

disappearance," said Fort Worth major case Lt. Roger Dixon at a news conference about the arrests Monday evening.

"We just don't know everything at this point," he said.

Crane was reported missing Friday after leaving her Bellaire Drive South home to go to a nearby Tom Thumb grocery store at about 11:30 a.m. Police have said the woman stopped briefly at a friend's house and has not been seen since.

"There's nothing to indicate that she is not alive," said Lt. Abdul Pridgen, a Fort Worth police spokesman.

An Oklahoma City police officer spotted Crane's blue-and-silver Nissan Sentra at 1:02 a.m. Sunday when he noticed the motorist driving erratically from a hotel parking lot in northeast Oklahoma City.

"An officer that was doing some patrols around a hotel in the northeast part of Oklahoma City saw a vehicle make an improper right turn out of a hotel parking lot," said Oklahoma City Police spokesman Capt. Jeffrey Becker.

Becker said that as the officer pulled the car over, he received information by communications center that a national database showed the car may be related to a "missing person in danger."

Becker said that when questioned by officers, Busby said he did not have his driver's license with him. Officers soon learned that Busby's license has been suspended, he said.

Officers also questioned Busby about the car, but Becker declined to divulge details of that conversation.

Police arrested Busby on charges of unauthorized use of a motor vehicle, driving with a suspended license and making an improper right turn.

Authorities arrested Latimer on charges of possession of a controlled/dangerous substance, possession of drug paraphernalia and unauthorized use of a motor vehicle.

Becker said that inside the vehicle, police found a crack pipe with white residue and other items that he declined to identify.

Oklahoma City police contacted Fort Worth police about the discovery of the vehicle and the Fort Worth police placed a hold on the Sentra, Becker said.



Laura Lee Crane disappeared Friday morning after leaving her home on Bellaire Dr South. Police found two people in her car Sunday in Oklahoma City.





**BUSBY**      **LATIMER**

significant development and certainly giving us a lot of hope."

She praised the police department for its efforts.

"I have nothing but the best things to say for what they're doing," Walker said. "They're doing a wonderful job ... We're just hopeful and looking toward the future."

Crane, a wife and mother of three, is well-known among North Texas educators for her work with special needs students, particularly at Texas Christian University's Starpoint School, where she worked as one of the original teachers when it opened in 1966, and its principal from 1969 until she retired in 1990.

"She could get children to do things no one else could get them to do," said Robin Davis, a Starpoint teacher and friend. "She's taught me everything I know, and she's taught a lot of other people, too."

Tarrant County and state records show that Busby has previous convictions for evading arrest, aggravated assault with a deadly weapon, theft, robbery with bodily injury and drug charges. He has served two short terms in prison, one for drugs and one for robbery.

He is not on parole, said Mike Viesca, a spokesman for the Texas Department of Criminal Justice.

Busby was convicted in December of burglary of a vehicle and in January for driving while his license was suspended. Court records show he was released from the Tarrant County jail on Jan. 21.

Tarrant County records show that Latimer had three misdemeanor convictions in 2003, two for prostitution and one for assault with bodily injury. She was released from the Tarrant County jail in September, records show.

In addition, state records show that Latimer was convicted in 1994 of theft in Harris County.

Staff writer Alex Branch contributed to this report.

Deanna Boyd, (817) 390-7655
dboyd@star-telegram.com
Terri J. Rod, (817) 390-7686
bolliams@star-telegram.com

At the news conference Monday evening, Fort Worth police reluctantly confirmed the arrests but declined to comment on whether the suspects indicated Crane's whereabouts or whether other suspects could be at large.

"We owe it to Laura Crane and her family to give her our best efforts to bring this to a conclusion and locate Ms. Crane," Dixon said. "We release information based with that in mind.

"That is why we're holding a good deal of this information and not releasing it. Once it leads to locating Ms. Crane, we'll be releasing further information and maybe at that time, the public will understand our reasons."

Pridgen said neighborhood patrol officers, Citizens on Patrol volunteers and other police officers conducted foot searches for Crane in Overton Park and near her home over the weekend and on Monday.

"That's where the disappeared to that's where most of the searches were focused," Pridgen said. Organized searches have since been stopped, but informal searches are continuing, he said.

Relatives have said that since Crane's disappearance, the woman's ATM card has been used to withdraw cash, Allen Walker, Crane's daughter, said relatives also found some "minor charges" on Crane's credit cards.

"When we canceled the credit cards, they said there'd been some activity," Walker said. "We turned that information over to police."

Walker said her family is hopeful concerning the discovery of her mother's car.

"We're very encouraged about it," she said. "They have some strong leads. This is a very

# ARRESTS
## Continued from 1A

disappearance," said Fort Worth major case Lt. Roger Dixon at a news conference about the arrests Monday evening.

"We just don't know everything at this point," he said.

Crane was reported missing Friday after leaving her Bellaire Drive South home to go to a nearby Tom Thumb grocery store at about 11:30 a.m. Police have said the woman stopped briefly at a friend's house and has not been seen since.

"There's nothing to indicate that she is not alive," said Lt. Abdul Pridgen, a Fort Worth police spokesman.

An Oklahoma City police officer spotted Crane's blue-and-silver Nissan Sentra at 1:02 a.m. Sunday when he noticed the motorist driving erratically from a hotel parking lot in northeast Oklahoma City.

"An officer that was doing some patrols around a hotel in the northeast part of Oklahoma City saw a vehicle make an improper right turn out of a hotel parking lot," said Oklahoma City Police spokesman Capt. Jeffrey Becker.

Becker said that as the officer pulled the car over, he received information by communications center that a national database showed the car may be related to a "missing person in danger."

Becker said that when questioned by officers, Busby said he did not have his driver's license with him. Officers soon learned that Busby's license has been suspended, he said.

Officers also questioned Busby about the car, but Becker declined to divulge details of that conversation.

Police arrested Busby on charges of unauthorized use of a motor vehicle, driving with a suspended license and making an improper right turn.

Authorities arrested Latimer on charges of possession of a controlled/dangerous substance, possession of drug paraphernalia and unauthorized use of a motor vehicle.

Becker said that inside the vehicle, police found a crack pipe with white residue and other items that he declined to identify.

"Oklahoma City police contacted Fort Worth police about the discovery of the vehicle and Fort Worth police placed a hold on the Sentra," Becker said.

Laura Lee Crane disappeared Friday morning after leaving her home on Bellaire Dr. South. Police found two people in her car Sunday in Oklahoma City.

STAR-TELEGRAM/DON COOK

At the news conference Monday evening, Fort Worth police reluctantly confirmed the arrests but declined to comment on whether the suspects indicated Crane's whereabouts or whether other suspects could be at large.

"We owe it to Laura Crane and her family to give her our best efforts to bring this to a conclusion and locate Ms. Crane," Dixon said. "We release information based with that in mind.

"That is why we're holding a good deal of this information and not releasing it. Once it leads to locating Ms. Crane, we'll be releasing further information and maybe at that time, the public will understand our reasons."

Pridgen said neighborhood patrol officers, Citizens on Patrol volunteers and other police officers conducted foot searches for Crane in Overton Park and near her home over the weekend and on Monday.

"That's where she disappeared so that's where most of the searches were focused," Pridgen said. Organized searches have since been stopped, but informal searches are continuing, he said.

Relatives have said that since Crane's disappearance, the woman's ATM card has been used to withdraw cash. Allen Walker, Crane's daughter, said relatives also found some "minor charges" on Crane's credit cards.

"When we canceled the credit cards, they said there'd been some activity," Walker said. "We turned that information over to police."

Walker said her family is hopeful concerning the discovery of her mother's car.

"We're very encouraged about it," she said. "They have some strong leads. This is a very

**BUSBY**　　**LATIMER**

significant development and certainly giving us a lot of hope."

She praised the police department for its efforts.

"I have nothing but the best things to say for what they're doing," Walker said. "They're doing a wonderful job. ... We're just hopeful and looking toward the future."

Crane, a wife and mother of three, is well-known among North Texas educators for her work with special needs students, particularly at Texas Christian University's Starpoint School, where she worked as one of the original teachers when it opened in 1966, and its principal from 1969 until she retired in 1990.

"She could get children to do things no one else could get them to do," said Robin Davis, a Starpoint teacher and friend. "She's taught me everything I know, and she's taught a lot of other people, too."

Tarrant County and state records show that Busby has previous convictions for evading arrest, aggravated assault with a deadly weapon, theft, robbery with bodily injury and drug charges. He has served two short terms in prison, one for drugs and one for robbery.

He is not on parole, said Mike Viesca, a spokesman for the Texas Department of Criminal Justice.

Busby was convicted in December of burglary of a vehicle and in January for driving while his license was suspended. Court records show he was released from the Tarrant County Jail on Jan. 21.

Tarrant County records show that Latimer had three misdemeanor convictions in 2003, two for prostitution and one for assault with bodily injury. She was released from the Tarrant County Jail in September, records show.

In addition, state records show that Latimer was convicted in 1994 of theft in Harris County.

Staff writer Alex Branch contributed to this report.

Deanna Boyd, (817) 390-7655
dboyd@star-telegram.com
Bill Hanna, (817) 390-7698
billhanna@star-telegram.com

The Senate Budget Committee, said, "The president' budget request sets meaningful limits and recognizes the priority of federal spending restraint over the next year. It is an important blueprint as we address the economic challenges of our nation."

But critics in both parties worried aloud about the burgeoning deficit and what they described as its harmful effects on the economy. North Dakota Sen. Kent Conrad, ranking Democrat on the Senate Budget Committee, called Bush "the most fiscally irresponsible president in the history of the United States" and calculated that the government would be spending $991,000 more per minute than it would take in under the proposed budget.

Texas Republican Sen. Kay Bailey Hutchison commended Bush for a budget proposal "that provides a road map to win the war on terrorism, defend the homeland, promote economic growth and create new jobs. Our top priority must be protecting Americans at home and abroad."

Hutchison said her priorities include addressing the "unacceptably large" deficit and ensuring "that Texas is treated fairly and equitably in the federal appropriations process."

Bolten said 65 programs — which he did not identify — were slated for elimination, saving the federal government $5 billion. The budget plan includes a 10 percent increase in homeland security spending and an average increase in other domestic programs of 0.5 percent. Democrats said the minuscule increase amounted to a freeze or even a cut in some programs because inflation has been higher than that.

But it is unlikely that Democratic critics will be able to make dramatic changes in the budget. While some Democrats have called for at least a partial rollback of the 2001 and 2003 tax cuts to increase revenues, they are not expected to make such a proposal in an election year. Republicans control Congress and largely support both the tax cuts and the defense spending.

"The issue here is, what's

Keywords: **"MISSING PERSONS"**
Library enhanced? **Yes**
Rights? **Yes**
Input Date: **03/12/2005**



'We're staying hopeful even though ... it's hard'
By Alex Branch



DEFENDANT'S
EXHIBIT
21
NO.
GC 9-29-05
PENGAD 800-631-6989

Source: *THE FORT WORTH STAR-TELEGRAM*
Tuesday, February 3, 2004
Edition: FINAL, Section: News, Page 9A

A sidebar.

REACTION: Friends and colleagues of Laura Lee Crane, a retired educator who disappeared Friday, praise her people skills.

FORT WORTH--For more than 20 years, Laura Lee Crane dealt every day with problems at the Starpoint School at TCU, a school for children with learning disabilities.

She helped children overcome their challenges and develop self-esteem through her charisma, enthusiasm and unmatched ability to connect with others, friends and colleagues say.

Now they hope those skills will help the 77-year-old retiree find her way home.

Crane vanished Friday afternoon on her way to a southwest Fort Worth grocery store near her home. On Sunday in Oklahoma City, police arrested two people in possession of her car, but they have not found Crane.

"If it's possible to make her way out of whatever has happened, Laura Lee Crane can do it," said Robin Davis, a Starpoint teacher and longtime friend. "She's so gifted and bright and so savvy with people. We're staying hopeful, even though sometimes it's hard."

Crane was the director at Starpoint from 1969 until she retired in 1990, according to Texas Christian University. She was also an assistant professor of education.

Since retiring, Crane has tutored young children as well as college students at her home on South Bellaire Drive in southwest Fort Worth, Davis said. A wife and mother of three, she is in good physical and mental health.

Crane's impact reaches far beyond Starpoint, said Kathleen Edwards, director of Starpoint and the Child Study Center School Program, another special-needs school.

Starpoint also serves as a TCU lab school for student teachers, so Crane has trained special-needs teachers across north Texas, she said.

"Still to this day, when we have a problem, we say, 'Let's call Laura Lee. She'll know what to do,' " Davis said.

Betsy Senter lived with Crane's daughter, Lee Walker, in college. Senter's daughter went to Starpoint.

Senter described her friend as "the most positive, upbeat person I've ever met." Young teachers travel great distances to hear Crane lecture.

At Starpoint, Crane cut no corners in teaching, even insisting students use silverware, glassware and china plates instead of plastic when learning table manners, she said.

"She cared about the children so much," Senter said. "She dealt with a lot of children with low self-esteem and she worked to build that up."

So far, Crane's family, surrounded by friends and well-wishers, is holding up well, she said. They are waiting for Crane to come home.

Friends have created a phone tree to get news to Crane's large circle of friends and colleagues, Senter said.

Rosalyn Woodfin, a friend of Crane's since both attended Lily B. Clayton Elementary School, said she's praying for a miracle.

She recalled one of the last times she saw Crane.

"In September we had our 60th high school reunion, and a lot of our old friends got together then," said Woodfin, 77, who was also in a Camp Fire Girls club with Crane. "Right now we're all calling one other with any news that we get. I never imagined this happening to somebody I know. You hear about it happening to other people, but not to one of your friends."

WORLD

REGION | INTERNATIONAL | FROM IA

# 'We're staying hopeful, even though ... it's hard'

REACTION  Friends and colleagues of Laura Lee Crane, a retired educator who disappeared Friday, praise her people skills.

By ALEX BRANCH
STAR-TELEGRAM STAFF WRITER

FORT WORTH — For more than 20 years, Laura Lee Crane dealt every day with problems at the Starpoint School at TCU, a school for children with learning disabilities.

She helped children overcome their challenges and develop self-esteem through her charisma, enthusiasm and unmatched ability to connect with others, friends and colleagues say.

Now they hope those skills will help the 77-year-old retiree find her way home.

Crane vanished Friday afternoon on her way to a southwest Fort Worth grocery store near her home. On Sunday in Oklahoma City, police arrested two people in possession of her car, but they have not found Crane.

"If it's possible to make her way out of whatever has happened, Laura Lee Crane can do it," said Robin Davis, a Starpoint teacher and longtime friend. "She's so gifted and bright and so savvy with people. We're staying hopeful, even though sometimes it's hard."

Crane was the director at Starpoint from 1969 until she retired in 1990, according to Texas Christian University. She was also an assistant professor of education.

Since retiring, Crane has tutored young children as well as college students at her home on South Bellaire Drive in southwest Fort Worth, Davis said. A wife and mother of three, she is in good physical and mental health.


SPECIAL TO THE STAR-TELEGRAM/JESSICA KOURKOUNIS
G.E. Anderson, a Fort Worth neighborhood police officer, searches a ravine off North Bellaire Drive for Laura Lee Crane.

Crane's impact reaches far beyond Starpoint, said Kathleen Edwards, director of Starpoint and the Child Study Center School Program, another special-needs school.

Starpoint also serves as a TCU lab school for student teachers, so Crane has trained special-needs teachers across north Texas, she said.

"Still to this day, when we have a problem, we say, 'Let's call Laura Lee. She'll know what to do,'" Davis said.

Betsy Senter lived with Crane's daughter, Lee Walker, in college. Senter's daughter went to Starpoint.

Senter described her friend as "the most positive, upbeat person I've ever met." Young teachers travel great distances to hear Crane lecture.

At Starpoint, Crane cut no corners in teaching, even insisting students use silverware, glassware and china plates instead of plastic when learning table manners, she said.

"She cared about the children so much," Senter said. "She dealt with a lot of children with low self-esteem and she worked to build that up."

So far, Crane's family, surrounded by friends and well-wishers, is holding up well, said. They are waiting for Crane to come home.

Friends have created a phone tree to get news to Crane's large circle of friends and colleagues, Senter said.

Rosalyn Woodfin, a friend of Crane's since both attended Lily B. Clayton Elementary School, said she's praying for a miracle.

She recalled one of the last times she saw Crane.

"In September we had our 60th high school reunion, and a lot of our old friends got together then," said Woodfin, 77, who was also in a Camp Fire Girls club with Crane. "Right now we're all calling one other with any news that we get. I never imagined this happening to somebody I know. You hear about it happening to other people, but not to one of your friends."

Staff writer John Gutierrez-Mier contributed to this report.

Alex Branch, (817) 390-7689
abranch@star-telegram.com

## ARRESTS
*Continued from 1A*

disappearance," said Fort Worth major case Lt. Roger Dixon at a news conference about the arrests Monday evening.

"We just don't know everything at this point," he said.

Crane was reported missing Friday after leaving her Bellaire Drive South home to go to a nearby Tom Thumb grocery store at about 11:30 a.m. Police have said the woman stopped briefly at a friend's house and has not been seen since.

"There's nothing to indicate that she is not alive," said Lt. Abdul Pridgen, a Fort Worth police spokesman.

An Oklahoma City police officer spotted Crane's blue-and-silver Nissan Sentra at 1:02 a.m. Sunday when he noticed the motorist driving erratically from a hotel parking lot in northeast Oklahoma City.

"An officer that was doing some patrols around a hotel in the northeast part of Oklahoma City saw a vehicle make an improper right turn out of a hotel parking lot," said Oklahoma City Police spokesman Capt. Jeffrey Becker.

Becker said that as the officer pulled the car over, he received information by communications center that a national database showed the car may be related to a "missing person in danger."

Becker said that when questioned by officers, Busby said he did not have his driver's license with him. Officers soon learned that Busby's license has been suspended, he said.

Officers also questioned Busby about the car, but Becker declined to divulge details of that conversation.

Police arrested Busby on charges of unauthorized use of a motor vehicle, driving with a suspended license and making an improper right turn.

Authorities arrested Latimer on charges of possession of a controlled/dangerous substance, possession of drug paraphernalia and unauthorized use of a motor vehicle.

Becker said that inside the vehicle, police found a crack pipe with white residue and other items that he declined to identify.

"Oklahoma City police contacted Fort Worth police about the discovery of the vehicle and Fort Worth police placed a hold on the Sentra," Becker said.



  

STAR-TELEGRAM/DON COOK

At the news conference Monday evening, Fort Worth police reluctantly confirmed the arrests but declined to comment on whether the suspects indicated Crane's whereabouts or whether other suspects could be at large.

"We owe it to Laura Crane and her family to give her our best efforts to bring this to a conclusion and locate Ms. Crane," Dixon said. "We release information based with that in mind.

"That is why we're holding a good deal of this information and not releasing it. Once it leads to locating Ms. Crane, we'll be releasing further information and maybe at that time, the public will understand our reasons."

Pridgen said neighborhood patrol officers, Citizens on Patrol volunteers and other police officers conducted foot searches for Crane in Overton Park and near her home over the weekend and on Monday.

"That's where the disappeared so that's where most of the searches were focused," Pridgen said. Organized searches have since been stopped, but informal searches are continuing, he said.

Relatives have said that since Crane's disappearance, the woman's ATM card has been used to withdraw cash. Allen Walker, Crane's daughter, said relatives also found some "minor charges" on Crane's credit cards.

"When we canceled the credit cards, they said there'd been some activity," Walker said. "We turned that information over to police."

Walker said her family is hopeful concerning the discovery of her mother's car.

"We're very encouraged about it," she said. "They have some sifting leads. This is a very


BUSBY   LATIMER

significant development and certainly giving us a lot of hope."

She praised the police department for its efforts.

"I have nothing but the best things to say for what they're doing," Walker said. "They're doing a wonderful job. — We're just hopeful and looking toward the future."

Crane, a wife and mother of three, is well-known among North Texas educators for her work with special needs students, particularly at Texas Christian University's Starpoint School, where she worked as one of the original teachers when it opened in 1966, and its principal from 1969 until she retired in 1990.

"She could get children to do things no one else could get them to do," said Robin Davis, a Starpoint teacher and friend. "She's taught me everything I know, and she's taught a lot of other people, too."

Tarrant County and state records show that Busby has previous convictions for evading arrest, aggravated assault with a deadly weapon, theft, robbery with bodily injury and drug charges. He has served two short terms in prison, one for drugs and one for robbery.

He is not on parole, said Mike Viesca, a spokesman for the Texas Department of Criminal Justice.

Busby was convicted in December of burglary of a vehicle and in January for driving while his license was suspended. Court records show he was released from the Tarrant County jail on Jan. 21.

Tarrant County records show that Latimer had three misdemeanor convictions in 2003, two for prostitution and one for assault with bodily injury. She was released from the Tarrant County Jail in September, records show.

In addition, state records show that Latimer was convicted in 1994 of theft in Harris County.

Staff writer Alex Branch contributed to this report.

Deanna Boyd, (817) 390-7655
dboyd@star-telegram.com
Bill F. Hirschi, (817) 390-7698
bhirschi@star-telegram.com

---

# N. Korea agrees to nuclear talks

THE ASSOCIATED PRESS

SEOUL, South Korea — North Korea has agreed to six-nation talks on its nuclear weapons development starting Feb. 25, Yonhap news agency reported today, citing North Korean media.

"Regarding the next round of six-nation talks, the primary countries involved in the talks —the DPRK, the United States, and the host China — have held several rounds of consultations and agreed to hold six-nation talks beginning Feb. 25," Yonhap quoted North Korean radio stations as reporting.

DPRK stands for Democratic People's Republic of Korea, North Korea's official name.

South Korea's Foreign Ministry could not immediately confirm the report and had no comment.

## SPENDING
*Continued from 1A*

makes it impossible to predict how much additional war spending could be sought.

Bush's overall blueprint for fiscal 2005, which begins Oct. 1, reflected the budget contours of the Reagan years when Congress cut taxes, slashed domestic spending, lavished money on defense and incurred large deficits.

The proposal amounted to a statement of the White House's election-year priorities; it underscores the degree to which the administration's policy and political focus is on fighting terrorism and building up the military.

The plan called for an increase in military spending of 7 percent, or $26.5 billion, to $401.7 billion.

Bush administration officials and congressional Republican leaders say the fiscal policy being pursued will ultimately add jobs and increase economic growth, bringing down the budget deficit, which is estimated at a record $521 billion this year.

"The reason we are where we are is because we went through a recession, we were attacked, and we're fighting a war," Bush said at a Cabinet meeting Monday morning. "Those are high hurdles for a budget and for a country to overcome."

Texas Republican Sen. John Cornyn, a member of the Senate Budget Committee, said, "The president's budget request sets meaningful limits and recognizes the priority of federal spending restraint over the next year. It is an important blueprint as we address the economic challenges of our nation."

But critics in both parties worried aloud about the burgeoning deficit and what they described as its harmful effects on the economy. North Dakota Sen. Kent Conrad, ranking Democrat on the Senate Budget Committee, called Bush "the most fiscally irresponsible president in the history of the United States" and calculated that the government would be spending $991,000 more per minute than it would take in under the proposed budget.

Texas Republican Sen. Kay Bailey Hutchison commended Bush for a budget proposal "that provides a road map to win the war on terrorism, defend the homeland, promote economic growth and create new jobs. Our top priority must be protecting Americans at home and abroad."

Hutchison said her priorities include addressing the "unacceptably large" deficit and ensuring "that Texas is treated fairly and equitably in the federal appropriations process."

Bolten said 65 programs — which he did not identify — were slated for elimination, saving the federal government $5 billion. The budget plan includes a 10 percent increase in homeland security spending and an average increase in other domestic programs of 0.5 percent, Democrats said the minuscule increase amounted to a freeze or even a cut in some programs because inflation has been higher than that.

But it is unlikely that Democratic critics will be able to make dramatic changes in the budget. While some Democrats have called for at least a partial rollback of the 2001 and 2003 tax cuts to increase revenues, they are not expected to make such a proposal in an election year. Republicans control Congress and largely support both the tax cuts and the defense spending.

"The issue here is, what's

## President Bush unveils his budget


President Bush unveils his budget, which aims to boost military spending and lower the deficit. With him are Secretary of State Colin Powell, second from left, and Defense Secretary Donald Rumsfeld.

## BUDGET FEATURES
THE NEW YORK TIMES

Here are provisions of President Bush's proposed $2.4 trillion budget for the fiscal year 2005, which begins Oct. 1.

**Overview**

Big increases for defense and homeland security but cuts or limits in spending for most other programs. Deficit projected at $521 billion in fiscal 2004 and $364 billion in 2005. The 2005 deficit figure does not count the cost of the wars in Iraq and Afghanistan.

**Energy**

$24.3 billion for the Energy Department, but energy tax breaks scaled back to $7.2 billion over 10 years compared with about $25 billion sought by Congress last year.

**Justice**

$187 billion for the Justice Department, includes $2.6 billion for counterterrorism, an increase of 19 percent from last year.

**Education**

Aid to poor school districts rises by $1 billion, to $13.3 billion, which would go to schools that are the main beneficiaries of No Child Left Behind program.

**Military**

$401.7 billion for military spending, not including money for operations in Iraq and Afghanistan. Congress

**Domestic security**

$40.2 billion for the Department of Homeland Security, a 10 percent increase above last year's $36.5 billion. Includes $890 million to enhance aviation and transportation security and $411 million to strengthen border and port security.

**Health care**

New tax credits to help the uninsured buy health coverage, with a $702 billion plan over 10 years. A significant increase to the Food and Drug Administration to secure food safety.

**Texas projects**

$21.36 billion for programs, an increase of about 1.5 percent from current projected spending, including $900 million for Anatrak, a level the rail passenger line has said would force it to shut down; $23 million for border security; to add 200 work site investigators; $2.2 million for Johnson Creek environmental restoration; $5 million for continued development of Amber Alert network and $600,000 for the Upper Trinity River study.

Staff writer Maria Recio of the Washington Bureau contributed to this report.

approved $87.5 billion in emergency spending in those countries in fiscal 2004.

"The reason we are where we are is because we went through a recession, we were attacked, and we're fighting a war."
— President Bush

the plan? Does anyone have a better plan than that?" said Rep. Jim Nussle, R-Iowa, chairman of the House Budget Committee. While many Republicans agreed that the looming deficits were worrisome, Nussle said "protecting America" is of primary concern.

Bolten said the budget would cut the deficit in half by 2009, a projection many economists and legislators said is unrealistic and based on rosy assumptions about future revenues and underestimations of spending.

The budget assumes, for example, that the government will take in 13 percent more in taxes and fees next year than in fiscal 2004, said Keith Ashdown, an analyst with Taxpayers for Common Sense.

The Bush administration maintains that the tax cuts will create jobs and spur investment, raising revenues. But Ashdown and other economists say revenues are not likely to increase by much because job growth is slow, reducing how much money in personal income taxes and payroll taxes go to

the Treasury.

The Bush proposal also does not permanently fix a tax glitch created by the alternative minimum tax. The tax, meant to ensure that high-income individuals and corporations did not get away with paying no taxes, has increasingly hit the middle class because it has not kept pace with inflation. The Bush budget includes a "patch" for one year, but the 10-year cost of protecting middle-income Americans from the tax would be an estimated $600 billion to $1 trillion.

Budget analysts also suspect the administration's deficit estimates are low because a considerable gap exists between the Pentagon's long-term needs and what the administration is willing to acknowledge. For example, fully funding the Pentagon's demands for next-generation weaponry and health care benefits for reservists would cost at least $50 billion beyond the estimated 2009 commitment of $485 billion, analysts say.

"It's a traditional problem among government agencies," said Steve Kosiak, director of budget studies at the Center for Strategic and Budgetary Assessments. "They tend to underestimate costs and are overly optimistic about growth, and that is certainly the case here."

Star-Telegram Washington Bureau correspondent Maria Recio contributed to this report, which includes material from The New York Times.

# 'We're staying hopeful, even though ... it's hard'

**REACTION** Friends and col-leagues of Laura Lee Crane, a retired educator who disappeared Friday, praise her people skills.

### By ALEX BRANCH
STAR-TELEGRAM STAFF WRITER

FORT WORTH — For more than 20 years, Laura Lee Crane dealt every day with problems at the Starpoint School at TCU, a school for children with learning disabilities.

She helped children overcome their challenges and develop self-esteem through her charisma, enthusiasm and unmatched ability to connect with others, friends and colleagues say.

Now they hope those skills will help the 77-year-old retiree find her way home.

Crane vanished Friday afternoon on her way to a southwest Fort Worth grocery store near her home. On Sunday in Oklahoma City, police arrested two people in possession of her car, but they have not found Crane.

"If it's possible to make her way out of whatever has happened, Laura Lee Crane can do it," said Robin Davis, a Starpoint teacher and longtime friend. "She's so gifted and bright and so savvy with people. We're staying hopeful, even though sometimes it's hard."

Crane was the director at Starpoint from 1969 until she retired in 1990, according to Texas Christian University. She was also an assistant professor of education.

Since retiring, Crane has tutored young children as well as college students at her home on South Bellaire Drive in southwest Fort Worth, Davis said. A wife and mother of three, she is in good physical and mental health.



SPECIAL TO THE STAR-TELEGRAM/JESSICA KOURKOUNIS
G.E. Anderson, a Fort Worth neighborhood police officer, searches a ravine off North Bellaire Drive for Laura Lee Crane.

Crane's impact reaches far beyond Starpoint, said Kathleen Edwards, director of Starpoint and the Child Study Center School Program, another special-needs school.

Starpoint also serves as a TCU lab school for student teachers, so Crane has trained special-needs teachers across north Texas, she said.

"Still to this day, when we have a problem, we say, 'Let's call Laura Lee. She'll know what to do,'" Davis said.

Betsy Senter lived with Crane's daughter, Lee Walker, in college. Senter's daughter went to Starpoint.

Senter described her friend as "the most positive, upbeat person I've ever met." Young teachers travel great distances to hear Crane lecture.

At Starpoint, Crane cut no corners in teaching, even insisting students use silverware, glassware and china plates instead of plastic when learning table manners, she said.

"She cared about the children so much," Senter said. "She dealt with a lot of children with

low self-esteem and she worked to build that up."

So far, Crane's family, surrounded by friends and well-wishers, is holding up well, she said. They are waiting for Crane to come home.

Friends have created a phone tree to get news to Crane's large circle of friends and colleagues, Senter said.

Rosalyn Woodfin, a friend of Crane's since both attended Lily B. Clayton Elementary School, said she's praying for a miracle.

She recalled one of the last times she saw Crane.

"In September we had our 60th high school reunion, and a lot of our old friends got together then," said Woodfin, 77, who was also in a Camp Fire Girls club with Crane. "Right now we're all calling one other with any news that we get. I never imagined this happening to somebody I know. You hear about it happening to other people, but not to one of your friends."

Staff writer John Gutierrez-Mier contributed to this report.

Alex Branch, (817) 390-7689
abranch@star-telegram.com

## N. Korea

THE ASSOCIATED PRESS

SEOUL, South Korea North Korea has agreed six-nation talks on its nucl weapons development st; ing Feb. 25, Yonhap ne agency reported today, cit North Korean media.

"Regarding the next rou

## SPENDIN(
*Continued from 1A*

makes it impossible to pred how much additional w spending could be sought.

Bush's overall blueprint-f fiscal 2005, which begins O 1, reflected the budget co tours of the Reagan yea when Congress cut taxe slashed domestic spendir lavished money on defen and incurred large deficits.

The proposal amounted a statement of the Whi House's election-year prio ties; it underscores the degr to which the administratio policy and political focus on fighting terrorism a building up the military.

The plan called for increase in military spendi of 7 percent, or $26.5 billio to $401.7 billion.

Bush administration of cials and congression Republican leaders say t fiscal policy being pursu will ultimately add jobs a increase economic grow bringing down the budj deficit, which is estimated a record $521 billion this ye

"The reason we are wh we are is because we w through a recession, we w attacked, and we're fightin war," Bush said at a Cabi meeting Monday morni "Those are high hurdles fc budget and for a country overcome."

Texas Republican S John Cornyn, a member the Senate Budget Comn tee, said, "The presidei budget request sets meani ful limits and recognizes priority of federal spend restraint over the next yea

## ARRESTS
*Continued from 1A*

disappearance" said Fort Worth



Laura Lee Crane disappeared Friday morning after leaving her home on Bellaire Dr. South Police





Case 4:09-cv-00160-O   Document 126-17   Filed 05/04/26   Page 120 of 519   PageID 11931

2A | www.star-telegram.com

# News 2 Use

### YOUR DAILY GUIDE TO HELPFUL INFORMATION

Star-Telegram | Tuesday, February 3, 2004

## Star-Telegram

To subscribe or report a delivery problem, call
(817) DEL-IVER (335-4837) or
1800)776-STAR1-78271 or
go to www.star-telegram.com
and click on SUBSCRIBE/HELP and select
DELIVERY COMPLAINTS

Customer Service
Arlington (817) 548-5400
Fort Worth (817) 390-7761
Northeast (817) 685-3800

### EDUCATION

# ROAD TRIP | Campus visits are an essential part of picking the right college



STAR TELEGRAM/JIM ATHERTON

**If** you want to find the right college, you need to make campus visits.

Visits are crucial to deciding which overall college list is appropriate. Plus, visiting colleges, especially smaller schools that tend to track a student's level of interest, may help you to get admitted.

You don't need to visit 35 college campuses, or even to see every college to which you'll apply, but it is important to see most of the schools and to evaluate them carefully.

Winter, spring and summer of your junior year is a good time to get started. Going when students are on campus will lead to more thorough and productive visits.

Here are some points to consider to help make the most of your campus visits:

■ Do your homework. A college education is typically the largest investment a family will make next to buying a house, so you should be diligent in researching a variety of colleges to be as well-prepared as possible.

Most colleges don't interview on campus anymore, so a campus visit will likely consist of a one-hour tour and a one-hour information session, where an admissions officer will present an overview of the college and then take questions. The point of your visit is mostly to learn about the place. If you've done your homework, you should have questions to ask of tour guides, faculty and students you might run into and admissions officers.

■ Work as a team. Families should be part of the tour so they can share their impressions and really

talk through them. A college must be right for the student, but there's no reason a whole family shouldn't weigh in and be comfortable with the decision. Note to parents: Walk in the back of the tour, and don't ask questions (otherwise known as embarrassing your kids).

■ Visit contrasting campuses. Many students and parents start with assumptions based on misperceptions, myths, hearsay and predetermined judgments. For example, some kids from small towns, thinking, "I just have to get out of here," may start by saying they want a big city, big university. When they get to campus, the student may realize that it is too overwhelming and that a smaller campus or suburban setting might be more comfortable.

■ Keep an open mind. Try to get a real impression, and not just confirm what you think you already know. Listen to your own, as well as your

child's or parents' perceptions.

■ Try to get a sense of the campus. This is essential to making a good choice. It needs to feel right to you. It should feel incredibly exciting and comfortable at the same time.

■ See areas of special interest. Make sure to take time to see academic or extracurricular areas of interest: specific departments or research centers or schools within the university; sports facilities; arts and music buildings. See the area around the campus to get a sense of the surrounding community.

Visiting campuses takes some time, and a little money, but targeted, well-planned visits can help you reduce stress, focus your college list more accurately and avoid the extra cost of applying to — or perhaps choosing — the wrong school.

SOURCES: Howard and Matthew Greene, authors of the Greenes' Guides to Educational Planning; Knight Ridder/Tribune News Service

---

🎲 LOTTO!
Results appear today on 3A.

PUBLISHED BY
Star-Telegram Operating, Ltd.
)KNIGHT RIDDER)

**TODAY'S OBITUARIES**

Abshire, Mary, 86, Grandview
Akers, Mildred Price, 97, Saint Jo
Albertson, Oliver, 79, Fort Worth
Banko, Gregory, 48, Highland Village
Benon, Carol, 59, North Richland Hills
Bishop, James, 67, Arlington
Burns, Bonnie Baker, 89, Kopperl
Carlin, Fanny, 63, Arlington
Carroll, Rounette, 82, Blue Mound —
Cary, Elizabeth, 76, Keller
Chappell, Jason, 22, Fort Worth
Crawford, Aaron, 16, Azle
Crews, Blanche, 83, Arlington
Cross, Vivian, 76, Granbury
Deering, Ellen, 89, Arlington
Dollar, Margaret, 81, Fort Worth
Filer, Sharon, 60, North Richland Hills
Foley, Della Walker, 89, Mineral Wells
Ford, Jack, 76, Haltom City
Gafford, J.B., 83, Grand Prairie
Gibson, Hallie Burnett, 82, Graham
Gothard, Bill, 75, Euless
Harvey, Ernestine, 67, San Antonio
Magee, Christina, 80, Hurst
Mask, Charles, 72, Fort Worth
Matelich, Doherty, 82, Grapevine
McAllister, Landen, 15, Mineral Wells
McCulloch, Jane O'Reilly, 91, Fort Worth
McDonough, Joan, 66, Granbury
Middleton, Margaret, 74, Fort Worth
Mowdy, Erna, 72, Grapevine
Powell, Louella, 89, Cleburne
Roberts, Witt, 82, Richland Hills
Ryan, Matthew Shawn, infant, Mansfield
Schomburg, Dennis, 78, Benbrook
Sides, Angeita, 95, Fort Worth
Sterling, Jesse, 66, Rendon
Terrell, Greg, 36, Decatur
Thomas, Joe, 82, Sanger
Wager, Dennis, 38, Azle
Walker, Dorothy Rine, 95, Fort Worth
Wallace, Rhea Sr., 76, Grand Prairie
Welch, Eunice Rholen, 89, Azle
Wilson, Erna, 90, Graford
Young, Thomas, 85, Austin
OBITUARIES 10-11B

---

CONSUMER WATCH

## How to dial back spam faxes

Although unsolicited commercial faxes litter fax machine trays nationwide on a daily basis, federal law actually prohibits sending them without permission.

And faxing from abroad doesn't put violators beyond the reach of the law.

But the law is difficult to enforce. The FCC doesn't have the resources to take action against every violator.

The commission recommends that when you receive a junk fax, first call the marketer (a phone number is supposed to be on the fax) and ask that the faxes stop. Sometimes that actually works.

If that doesn't work, file a complaint with the FCC online at www.fcc.gov/cgb/complaints.html or call (888) 225-5322.

Or you can take the junk faxer to court. Federal law allows consumers to sue junk faxers and collect up to $500 in damages per incident, $1,500 if the faxer is found to have willfully violated the law.

An online guide to the process called "Zen and the Art of Small Claims" is at www.smallclaim.info.

Another top-notch Web site on fighting junk faxers is at www.junkfax.org.

SOURCE: The Washington Post

---

### MENTAL HEALTH

# Estrogen, stress linked to depression

The combination of estrogen and stress may make women more susceptible to anxiety and depression than men.

A new study by researchers at the Yale University School of Medicine was one of the first that attempted to find a molecular reason why women are about twice as likely to experience major depression and anxiety disorders as men.

Stress has been implicated in the development of major depression, a condition that is marked by disruption in the prefrontal cortex area of the brain. The prefrontal cortex regulates behavior, thought and working memory — the ability to

plan and organize behavior.

Yale researchers decided to place rats under stress to gauge the influence estrogen levels have on their ability to complete simple memory tasks.

Without stress, male rats and female rats performed memory tasks equally well. And with high levels of stress, male and female rats both made a lot of errors. But male rats performed significantly better at memory tasks than females when placed under moderate stress.

On closer study, researchers discovered that female rats performed poorly on the tests only during proestrus, when

they produced high levels of estrogen. During estrus, or with low estrogen levels, there was no impairment.

The results suggest that estrogen may amplify the negative effect of stress on the brain's ability to complete certain tasks. It could be that estrogen also increases susceptibility to stress-related disorders, such as depression and anxiety, and why the increased risk ends at menopause.

But researchers said estrogen may have beneficial effects on other areas of the brain and on other functions — such as long-term memory formation.

SOURCE: The Hartford Courant

---

## Dieting gone wrong

Anorexia nervosa, an eating disorder commonly associated with teen girls and young women, is now being seen in kids as young as 10.

### Characteristics of anorexics:
■ Eating as low as 300 to 1,000 calories a day
■ Excessive exercising
■ Body weight 15 percent below healthy structured weight, based on age, height

Recommended calories per day

| Age | |
|---|---|
| 9-13 | 2,790 |
| 14-18 | 2,665 |

### Warning signs
■ Preoccupying mealtimes, cutting food in tiny pieces, shoving it around plate
■ Secretive eating
■ Avoiding certain foods, such as meat, desserts, fats, bread
■ Choosing foods that have low calories

### Dangers
■ Weakness, anemia
■ Malnutrition; can be fatal



### What parents can do
✓ Get professional help for child
✓ Be good role models; avoid obsessive dieting themselves
✓ Emphasize health and fitness, rather than size

---

### IN THE KITCHEN

## Soys will be soys



KNIGHT RIDDER/TRIBUNE

Selecting soy sauces isn't as simple as it once was.

Made from a fermented and distilled mixture of soybeans, water and, typically, wheat, soy sauces are increasingly available in various grades as well as regional variations, whether Chinese, Japanese or Korean. Here's a look at the differences:

■ Light. Lighter in color and saltier than other soy sauces. Used in dipping sauces and all-around cooking.

■ Dark. Slightly thicker, less salty and richer. Typically contains molasses or other flavoring. Used for stews and marinades and in glazes for roast meat.

■ Chinese black soy. A dark, thick soy sauce, similar to ketchup in consistency but flavored only with molasses.

■ Ketcap manis. A dark,

thick soy sauce sweetened with palm sugar and flavored with star anise and garlic.

■ Shoyu. Translated literally from Japanese, shoyu means "soy." Less salty than most Chinese soy sauces.

■ Tamari. Wheat-free and slightly stronger than most Chinese soy sauces. Typically used in cooking rather than dipping sauces.

■ Mushrooms. A rich, woodsy mushroom flavor and aroma. Made from dried mushrooms and dark soy sauce. Its depth of flavor is useful in stews and marinades.

SOURCE:
The Washington Post

---

TOMORROW
IN NEWS 2 USE

### Booster shot

Heighten your immunity with interesting strategies

6 NEWS

LIVE LOCAL
LATE BREAKING
NEWS AT 10PM

---



ucational Planning; *Knight Ridder/ Tribune News Service*

## sion



y produced high levels of estrogen. ring estrus, or with low estrogen levels, re was no impairment.

The results suggest that estrogen may plify the negative effect of stress on the in's ability to complete certain tasks. It ild be that estrogen also increases sus- tibility to stress-related disorders, such depression and anxiety, and why the reased risk ends at menopause.

But researchers said estrogen may have neficial effects on other areas of the in and on other functions — such as g-term memory formation.

SOURCE: *The Hartford Courant*

## THE KITCHEN

## ys will be soys



KNIGHT RIDDER/TRIBUNE

thick soy sauce sweetened with palm sugar and fla- vored with star anise and garlic.

• ■ **Shoyu.** Translated lit- erally from Japanese, shoyu n color means "sov" Less salty than

PUBLISHED BY

### Star-Telegram Operating, Ltd.
〉KNIGHT RIDDER〉

400 W. Seventh St., Fort Worth, Texas 76102

3201 Airport Freeway, Suite 108, Bedford, 76022

1111 W. Abram, Arlington, 76013

TO SUBSCRIBE or to report a delivery problem, dial (817) DEL-IVER (335-4837). Outside Tarrant County call toll-free (800) 776-STAR (-7827).

**DELIVERY INFORMATION**

| | |
|---|---|
| Monday-Friday | 5 a.m.- 5 p.m. |
| Saturdays & holidays | 6:30 a.m.- noon |
| Sundays | 6:30 a.m.- 2 p.m. |
| RETAIL ADS | (817) 390-7765 |
| CLASSIFIED ADS | (817) 332-3333 |
| Outside Tarrant County call toll-free | (800) 222-3978 |
| Monday-Wednesday | 7:30 a.m.-6 p.m. |
| Thursday-Friday | 7:30 a.m.-7 p.m. |

**CUSTOMER SERVICE AND BACK ISSUES**

| | |
|---|---|
| Arlington (817) 548-5400 Monday-Friday | 8 a.m.- 5 p.m. |
| Downtown (817) 390-7761 Monday-Friday | 8 a.m.- 5 p.m. |
| Northeast (817) 685-3800 Monday-Friday | 8 a.m.- 5 p.m. |
| PHOTO SALES | (817) 390-7743 |
| Monday-Friday | 9 a.m.- 4 p.m. |

SINGLE COPY PRICES: Daily, 50¢; Sunday, $1.50

| Home Delivery | Mo. | Yr. | U.S. Mail (Mo.) |
|---|---|---|---|
| Daily/Sunday | $15 | $168 | $31 |
| Daily Only | $13 | $144 | $26 |
| Weekend Only (3-day weekend package and 11 holiday issues*) | $13 | $144 | N.A. |
| Sunday Only | $11 | $120 | $23 |

*New Year's Day, Martin Luther King Day, Presidents' Day, Race Day, Memorial Day, Independence Day, Football Preview, Labor Day, Election Day, Veteran's Day, and Thanksgiving Day where applicable).

All prices include sales tax and postage. Mail prices are for the U.S. and its possessions. Foreign rates available upon request. Advance payment required.

Star-Telegram customers may use their Internet accounts to com-municate with customer service representatives. Write to us at paper@star-telegram.com. When appropriate, e-mail may be for-warded to other newspaper staff members.

For guaranteed same-day delivery of missed copies in Tarrant County, please call by noon, seven days a week. Our mission is to provide sub-scribers with the best possible delivery service. Should we be unable to resolve a subscription problem to your satisfaction, call Weldon Whiteman, Vice President/Circulation, at (817) 215-2218.

The Fort Worth Star-Telegram (USPS 206-260) is published daily. Period-ical postage paid at Fort Worth, Texas. Postmaster: Send address changes to Fort Worth Star-Telegram, PO Box 1870, Fort Worth, Texas 76101.

Circulation: 235,917 daily; 329,739 Sunday. Readership: 590,400 daily; 847,090 Sunday.



Results appear today on 3A.



Mega Millions num Jan. 30: Estimated Feb. 3: $85 million.

| Tickets matched | Mega ball | Pr |
|---|---|---|
| 5 of 5 | Mega | $7 |
| 5 of 5 | | $1 |
| 4 of 5 | Mega | $5 |
| 4 of 5 | | $1 |
| 3 of 5 | Mega | $1 |
| 2 of 5 | Mega | $1 |
| 3 of 5 | | $7 |
| 1 of 5 | Mega | $3 |
| 0 of 5 | Mega | $2 |

Total prize
w/Megaplier Winners

| | |
|---|---|
| $700,000 | 0 |
| $20,000 | 0 |
| $600 | 47 |
| $600 | 52 |
| $40 | 807 |
| $28 | 2,340 |
| $12 | 4,421 |
| $8 | 8,196 |



## 16, 18, 20, 3

Lotto Texas numbers c The jackpot was worl ticket in Houston mat Estimated jackpot for Feb. 4: $4 million.

| Tickets matched | BB | Pr |
|---|---|---|
| 5 of 5 | BB | $ |
| 5 of 5 | | $ |
| 4 of 5 | BB | $ |
| 4 of 5 | | $ |
| 3 of 5 | BB | $ |
| 3 of 5 | | $ |
| 2 of 5 | BB | $ |

Combined Text Records Display


**REGION BRIEFS**

DEFENDANT'S
EXHIBIT
22
NO. CC 429-05
PENGAD 800-631-6989

Source: *THE FORT WORTH STAR-TELEGRAM*
Monday, February 2, 2004
Edition: NORTHEAST, Section: Metro, Page 7B

GRAPEVINE

Police issue description of body in creek

Police released the description Sunday of a woman whose nude body was found Saturday in Big Bear Creek.

The Tarrant County Medical Examiner's Office had not identified the woman or determined the cause of death by Sunday afternoon.

The woman is Anglo, possibly of Native American descent, between 18 and 30 years old, 5 feet 8 inches tall, approximately 108 pounds, with shoulder-length wavy black hair and blue eyes, Grapevine police Sgt. Todd Dearing said Sunday.

Police said the woman's body had several tattoos, including the word "Bonez" on her upper left arm, "Seminole" on her inside left forearm, two tear drops on her upper right arm and the word "C-Bear" on her left thigh.

"That's all we have right now," Dearing said.

No visible signs of trauma were evident on the woman's body, investigators said.

A passer-by found the body in a creek bed near Bear Creek Bridge in the 3800 block of Texas 360 at about 6:30 p.m. Saturday, police said. Police urge anyone with information to call them at (817) 410-8127.

-- Julie Dickerson

**Retired professor remains missing**

Retired Texas Christian University professor Laura Lee Crane remained missing Sunday, but police continued search efforts, Lt. Abdul Pridgen said.

Crane, 77, vanished Friday during an errand from her Bellaire Drive South home to a nearby Tom Thumb grocery store.

Crane is white, 5 feet 8 inches tall, with brown eyes and gray hair. She was last seen wearing black slacks, a red sweater and a black jacket. She was driving a silver-and-blue 1999 four-door Nissan Sentra with Texas license plate F64-DVK. Anyone with information is asked to call police at (817) 335-4222.

1. Photo: SPECIAL TO THE STAR-TELEGRAM/RICHARD W. RODRIGUEZ Tony Serpe of North Richland Hills gets ready to make a catch as Will Hancock of Fort Worth pursues him during their weekly football game at Central Junior High School in Euless.

Photo Caption:

Filename: **010413XB0070202RB01-942969.txt**

Service:
Category:
Supplemental Category:
Instructions: **2004Datatimes.exp**
Created: **February 2, 2004**
City:
Country:
Reference: **11209495**
Merlin ID: **7275967**
Copyright:
Copyright year: **0**
Keywords:
Library enhanced? **Yes**
Rights? **Yes**
Input Date: **03/12/2005**

**Retired TCU professor vanishes**
**By Chris Vaughn**

Monday, February 2, 2004 | Star-Telegram

## NORTHEAST TARRANT | REGION

### GRAPEVINE
**Police issue description of body in creek**

Police released the description Sunday of a woman whose nude body was found Saturday in Big Bear Creek.

The Tarrant County Medical Examiner's Office had not identified the woman or determined the cause of death by Sunday afternoon.

The woman is Anglo, possibly of Native American descent, between 18 and 30 years old, 5 feet 8 inches tall, approximately 108 pounds, with shoulder-length wavy black hair and blue eyes, Grapevine police Sgt. Todd Dearing said Sunday.

Police said the woman's body had several tattoos, including

### REGION
### Briefs

the word "Bones" on her upper left arm, "Seminole" on her inside left forearm, two tear drops on her upper right arm and the word "C. Bear" on her left thigh.

"That's all we have right now," Dearing said.

No visible signs of trauma were evident on the woman's body, investigators said.

A passer-by found the body in a creek bed near Bear Creek Bridge in the 3800 block of Texas 360 at about 6:30 p.m. Saturday, police said. Police urge anyone with information to call them at (817) 410-8127.

— Julie Dickerson

**Retired professor remains missing**

Retired Texas Christian University professor Laura Lee Crane remained missing Sunday, but police continued search efforts, Lt. Abdul Pridgen said.

Crane, 77, vanished Friday during an errand from her Bellaire Drive South home to a nearby Tom Thumb grocery store.

Crane is white, 5 feet 8 inches tall, with brown eyes and gray hair. She was last seen wearing black slacks, a red sweater and a black jacket. She was driving a silver-and-blue 1999 four-door Nissan Sentra with Texas license plate F61-DVK. Anyone with information is asked to call police at (817) 335-4222.

## Teen charged with assault is missing

**by MELODY McDONALD**
Star-Telegram Staff Writer

FORT WORTH — A juvenile suspected of sexual assault has absconded from a Central Texas treatment facility where he was committed after a judge ruled his mental retardation made him unable to stand trial, officials said.

The 15-year-old boy, who is not being identified because he is a juvenile, was taken into custody in May after police said he tied a 6-year-old boy's hands behind his back and sexually assaulted him.

The teen, who was charged with delinquent conduct, aggravated sexual assault of a child, was committed to the Mexia State School late last year by a Tarrant County juvenile court judge who found him unfit to proceed in the criminal justice system because of his mental retardation.

On Jan. 8, the teen left the facility and never returned, officials with the Tarrant County district attorney's office confirmed Friday.

"The district attorney's office was made aware of it just recently," said Jay Lapham, chief of the juvenile division of the district attorney's office. "I'm in the process of attempting to get a report from Mexia to learn the circumstances of his departure."

The court has issued a directive to law enforcement to apprehend the teen if he is located, and the district attorney's office is making efforts to find him, Lapham said.

"The problem is he is an illegal alien," Lapham said.

**FLIGHT** A directive has been issued to law enforcement authorities to apprehend a mentally retarded juvenile sexual assault suspect who was checked out of a treatment facility in January and never returned.

"His parents do not reside in the U.S. He has some relatives that live here, but his parents are residents of Mexico."

Citing new federal laws restricting the release of patient information, Mexia officials would not talk about the teen's departure or even verify that he was a client.

Vance Liles, assistant superintendent of the Mexia State School, stressed, however, that Mexia is not a prison, but a treatment facility. Patients, he said, are often released to relatives or approved friends for home visits as part of their treatment, but only after "careful consideration about the client's safety and the safety of others."

"It's important for people to know we are a treatment facility for mental retardation, not a juvenile justice facility," Liles said.

Liles said juvenile offenders committed by a judge are to remain at Mexia, a regional operation of the Texas Department of the Mental Health and Mental Retardation, until they are deemed competent to go back to court or an interdisciplinary team at Mexia permanently discharges them.

He said three or four patients a year are checked

out of the facility as part of their treatment plan and not brought back. The majority, he said, are found.

Police said the teen was taken into custody after he was accused of sexually assaulting a 6-year-old boy who was playing behind his house in a yard that is shared with the apartment complex where the teen lived.

Officials said it is unknown whether the child was called, taken or walked into the second-floor apartment where the teen lived with two adult brothers, who were not home.

Police said the boy told relatives, and later investigators, that the teen tied his hands behind his back with rope, then pulled down his pants and sexually assaulted him.

After the assault, the boy was untied and given $20, police have said. Investigators found rope on the porch of the teen's apartment, officials said.

After being told about the attack, the boy's grandmother went to the teen's apartment and found him inside taking a shower, police said. The woman told police she questioned the teen about what happened, but he would not respond.

When officers arrived, they found the teen on the couch in his apartment, police said. He was detained and placed in the custody of juvenile authorities.

Anyone with information about the teen's whereabouts is asked to call the juvenile division of the district attorney's office at (817) 838-4613.

Melody McDonald, (817) 390-7386
mgmcdonald@star-telegram.com

### CLEBURNE
**Person killed by train was lying on track, official says**

One person died from being hit by an Amtrak train Sunday south of Cleburne, a rail company spokesman said.

"Someone apparently walked in front of the train and lay down in front of it," said the spokesman, Marc Magliari. "The incident happened 31 miles south of Cleburne at about 5:30 p.m.," he said.

The train, the Texas Eagle, immediately stopped, and authorities were contacted, Magliari said. The Texas Eagle

### REGION
### Briefs

provides daily service from Chicago to San Antonio and was stopped for 2 hours and 18 minutes, he said.

No information about the age, name or gender of the person was available late Sunday night.
— Compiled from staff reports

### ARLINGTON
**Man dies after SUV rolls in heavy rain**

A 36-year-old man died Sunday night after a sport utility

vehicle he was driving fishtailed in heavy rain, rolled repeatedly and pinned him to the ground, police said.

Rescue crews extricated the man, and he was taken by ambulance to Medical Center of Arlington, where he was pronounced dead, accident investigator Sgt. Mike Holguin said.

The driver was alone in the vehicle. Police did not release his name.

The man began to lose control of the SUV while driving south on the bridge over Little Road from Interstate 20 to U.S. 287 during heavy rain about 8 p.m., Holguin said.

— Mark Agee



## Catch as catch can

Tony Seppe of North Richland Hills gets ready to make a catch as Will Hancock of Fort Worth pressures him during their weekly football game at Central Junior High School in Euless.

SPECIAL TO THE STAR-TELEGRAM/RICHARD K. RODRIGUEZ

### NORTHEAST TARRANT Daybook

**Carroll school district**
Board meeting, 6:30 p.m., 1201 N. Carroll Ave., Southlake. School administrators plan to update trustees on proposed budget cuts.

**Flower Mound**
Town Council meeting, 6 p.m., Town Hall, 2121 Cross Timbers Road, (972) 874-6000. The council will consider amending the town's master plan to accommodate a new dental office. ONLINE: www.flower-mound.com

**Trophy Club**
Town Council meeting, 7 p.m., Municipal

Utility District building, 100 Municipal Drive, (682) 831-4600.

The council will consider an ordinance authorizing a competitive bid process for an oil and gas lease agreement for mineral interest in Harmony Park and a proclamation encouraging political candidates to observe ethical standards.

### BIO-IDENTICAL (NATURAL) HORMONES ARE THE PERFECT FIT
FOR HORMONAL REPLACEMENT THERAPY

Call 274-0050 For A Free Brochure on Natural Hormones or Come By for a Free Packet.

**1st Tuesday of Every Month @ 6:30pm Classes Available on Natural Hormone Replacement Therapy.**

The Medicine Shoppe
2220-A W. Park Row
Arlington, TX 76013

## The Perfect Valentine Gift...

If you're a last minute shopper looking for the perfect Valentine gift, call Sóna Laser Center and give the hottest gift going... laser hair removal! Imagine the feel of smooth, hair-free skin, and unlike candy and balloons... this gift lasts a lifetime! Call today!

## Laser Hair Removal

- Medically supervised • For Men and Women
- Safe and affordable • All hair colors and skin types • Lasting results

Call the Laser Hair Removal Specialists today!

**Buy 3 Treatments Receive 2 FREE!**

Gift Cards Available

**sóna** Laser Center
GRAPEVINE

Open Monday - Saturday • Evening Hours Available

817.481.5111

www.sonalasercenters.com

Expires 2/29/04

**Largest Laser Hair Removal Centers in Texas**

## BUSINESS2BUSINESS EXPO 2004

**Free Food & Drink — Over 100 Exhibitors**

**Procurement Fair**

PRESENTED BY:
HEB Chamber of Commerce
&
HEB Economic Development Foundation

**Friday, February 27, 2004**
**10:00 a.m. - 4:00 p.m.**
**Hilton DFW Lakes**
1800 Highway 26 East, Grapevine

**Tickets $10 per person**
**Booth space available now**

EVENT SPONSORS

Platinum Sponsors
Harris Methodist HEB Hospital
Star-Telegram
KLIF 570

Silver Sponsors
City of Bedford
D & B Computers
City of Euless
City of Hurst
Oncor
Reliant Energy
The Freedman Company
Wells Fargo Bank

CH★MBER

Monday, February 2, 2004 | Star-Telegram

NORTHEAST TARRA

## GRAPEVINE

### Police issue description of body in creek

Police released the description Sunday of a woman whose nude body was found Saturday in Big Bear Creek.

The Tarrant County Medical Examiner's Office had not identified the woman or determined the cause of death by Sunday afternoon.

The woman is Anglo, possibly of Native American descent, between 18 and 30 years old, 5 feet 8 inches tall, approximately 108 pounds, with shoulder-length wavy black hair and blue eyes, Grapevine police Sgt. Todd Dearing said Sunday.

Police said the woman's body had several tattoos, including

## REGION Briefs

the word "Bonez" on her upper left arm, "Seminole" on her inside left forearm, two tear drops on her upper right arm and the word "C-Bear" on her left thigh.

"That's all we have right now," Dearing said.

No visible signs of trauma were evident on the woman's body, investigators said.

A passer-by found the body in a creek bed near Bear Creek Bridge in the 3800 block of Texas 360 at about 6:30 p.m. Saturday, police said. Police urge anyone with information to call them at (817) 410-8127.

— *Julie Dickerson*

### Retired professor remains missing

Retired Texas Christian University professor Laura Lee Crane remained missing Sunday, but police continued search efforts, Lt. Abdul Pridgen said.

Crane, 77, vanished Friday during an errand from her Bellaire Drive South home to a nearby Tom Thumb grocery store.

Crane is white, 5 feet 8 inches tall, with brown eyes and gray hair. She was last seen wearing black slacks, a red sweater and a black jacket. She was driving a silver-and-blue 1999 four-door Nissan Sentra with Texas license plate F64-DVK. Anyone with information is asked to call police at (817) 335-4222.

Te

By
s1
FO
nile
assaul
Centr;
ty wh
after ;
retard
to star
Th;
not b;
he is ;
custo
said h
hand;
sexual
Th;
with
aggra\
child,
Mexi;
year b
nile (
him t
crim:
becau
tion.
On
facili
offic
Coui
office
"I
office
just r
chief
the d
"I'm i
ing to



www.star-telegram.com

## NATIONAL

*Star-Telegram Monday, February 2, 2003*

# Iraq not sole focus of Bush intelligence panel

**By DAVID E. SANGER**
THE NEW YORK TIMES

WASHINGTON — President Bush will establish a bipartisan commission in the next few days to examine a broad overhaul of U.S. intelligence operations, including a study of the misjudgments about Iraq's unconventional weapons, senior administration officials said Sunday.

The panel will also investigate repeated failures to penetrate secretive governments and stateless groups that could attempt to attack the United States.

**INTELLIGENCE** Former national security adviser Brent Scowcroft is among those being considered for the president's intelligence commission.

The president's decision came after a week of escalating pressure on the White House from Democrats and many Republicans to deal with the head of the Senate intelligence committee to establish a broader examination of U.S. intelligence operations, of which the Iraq experience was only a part.

The pressure to establish such a panel became irresistible after David Kay, the former chief weapons inspector, told

far closer to developing nuclear weapons than it actually was.

The Washington Post reported Sunday that Bush had agreed to set up a commission to re-examine the intelligence he had received about Saddam Hussein's weapons program, described Sunday as a much broader examination of U.S. intelligence operations.

The commission will run from November elections. Some former officials who have been approached about taking part say they believe that it may take 18 months or more to reach its conclusions.

"It became clear to the president that he couldn't sit there and seem uninterested in the

the Senate Armed Services Committee last week that "it turns out we were all wrong, probably, about the perceived Iraqi threat, which was the administration's basic justification for the war."

fact that the Iraq intel went off the rails," said a senior official involved in the discussions. "He chose to enlarge the problem, and he beyond the Iraq experience."

White House officials said the president was still completing a list of what would serve on the commission, which was expected to have about nine members. Dan Bartlett, the White House communications director, said Sunday that they were talking to "very distinguished statesmen and women who have served their country and who have been users of

intelligence or served in a policymaking capacity.

Among those who have been consulted, officials say, is Brent Scowcroft, the national security adviser under Bush's father. Scowcroft was a harsh critic of the process by which the current president decided to go to war.

But it is far from clear that Bush's effort to put the study into a broader context will insulate him from Democrats' charges that the White House tried to manipulate intelligence on Iraq to justify the invasion in March.

> *"This is where the crew came home, and this is where I wanted to be."*
> — **Dr. Jon Clark**, widower of Columbia astronaut Laurel Clark

# Security fears lead airline to cancel Houston flight

**By SARA KEHAULANI GOO**
THE WASHINGTON POST

WASHINGTON — Continental Airlines on Sunday canceled a second flight for security reasons, this time a domestic flight from Washington's Dulles International Airport scheduled to arrive in Houston during the Super Bowl.

The decision Sunday follows announcements made Saturday by Continental, Air France and British Airways of cancellations of six flights from Europe to the United States because of a possible terrorism threat, including a concern that terrorists might

**SECURITY** A domestic flight joins those canceled over terrorism concerns.

target the flights to use or transport chemical, radiological or biological materials.

Continental had already canceled Flight 17 Sunday from Glasgow, Scotland, to Los Angeles, Air France canceled two flights from Washington Dulles Sunday — and today, and British Airways canceled a flight Sunday to Miami and a flight to Washington from London's Heathrow Airport, citing

security reasons. British Airways canceled the same London-to-Washington Dulles Flight 223 today.

The Department of Homeland Security denied that the intelligence prompting concern about Flight 1810 scheduled to depart Dulles at 5:44 p.m. EST and land at 8:10 p.m. CST at George Bush Intercontinental Airport was related to the football game.

"What we do have out there is intelligence that is sometimes vague, and in bits and pieces, that we try to string together to come up with some kind of a picture," said Special Agent Bob Doguim of the FBI's Houston office.

"And I'll be honest with you, I don't know that we're always coming up with an accurate picture," he said. "But when we take that picture, and it's not too clear, we pass on that info. And based on that, specific steps are taken, such as the canceling of a flight.

"Now, does that suggest we have any information about a threat against the Super Bowl? No. But when you tie all those things together, better to be safe than sorry."

Homeland Security worked very closely with the management of Continental to share credible threat information about potential threats to that flight," spokesman Brian Roehrkasse said. "Acting on that information, Continental, in close cooperation with DHS, chose to cancel the flight."

Continental spokesman David Messing characterized the flight cancellations differently, saying the airline did not receive "security clearances" to operate the flight. Continental, which is based in Houston, rebooked passengers Sunday on its other flights at no charge.

*This report includes material from the Houston Chronicle.*



Juan Saldana stands near a memorial that he and his family put on display on Sunday in El Paso in honor of the seven astronauts who died in the space shuttle Columbia disaster.

# SHUTTLE TRIBUTES
## Space workers, spouses, public remember lost astronauts

**By MARCIA DUNN**
THE ASSOCIATED PRESS

CAPE CANAVERAL, Fla. — One year after Columbia broke apart and fell in flaming streaks from the Texas sky, the shuttle and its seven astronauts and then gathered up the remains stood united in sorrow Sunday at the precise moment of destruction.

The first anniversary of the catastrophe was a time for everyone — NASA workers, debris searchers, schoolchildren, space enthusiasts, even football fans — to pause and remember.

"One year ago, at this very hour," the unthinkable occurred," Kennedy Space Center's director, Jim Kennedy, told the crowd of a few hundred who gathered on a gray, drizzly morning at NASA's

**COLUMBIA** Remembrances on the anniversary of the shuttle disaster stretch across Texas — and the globe.

astronauts memorial.

Kennedy quietly recited the names of the Columbia astronauts, carved into the black granite monument behind him: Cmdr. Rick Husband, co-pilot William McCool, Michael Anderson, David Brown, Kalpana Chawla, Laurel Clark and Israel's first astronaut, Ilan Ramon.

The ceremony began at 9 a.m. Central time, the instant NASA lost communication with Columbia over Texas on Feb. 1, 2003.

It ended at 8:10 a.m. — 9:16 a.m. in Florida and the time the spacecraft should have landed on the Kennedy Space Center runway. By then, Columbia had shattered into tens of thousands of pieces that fell on Texas and Louisiana.

A piece of bedrock foam insulation had torn a hole in Columbia's left wing during the mid-January liftoff and allowed superheated atmospheric gases to penetrate the wing as the ship came back to Earth.

Tributes were also held in Texas, where the wreckage fell. The husbands of the two women who died aboard Columbia

attended a memorial in Hemphill, in a packed Veterans of Foreign Wars hall.

Jean-Pierre Harrison said he wanted to thank the people who recovered the remains of his wife, Kalpana Chawla. "You are among the best America has to offer," he said.

Dr. Jon Clark, a NASA neurologist who was married to astronaut Laurel Clark, said going to East Texas was "like coming home."

"This is where the crew came home, and this is where I wanted to be," Clark told the grieving crowd.

In Houston, where the Columbia astronauts lived and biggest salute of all was saved for last: the Super Bowl. The families were honored at the football game.

Remembrances stretched around the world.

In northern Israel, near the Sea of Galilee, Ramon's widow, four children and 80-year-old father gathered with friends and relatives at his grave and placed white, red and yellow carnations on his tomb.

Mourners in Karnal, India, Chawla's hometown, recited prayers at the high school where she studied three

# NASA: Spirit rover's glitch might vex Opportunity, too

THE ASSOCIATED PRESS

LOS ANGELES — NASA said Sunday that its Spirit rover is a week away from rolling on Mars again and that the software problem vexing the spacecraft may also plague its twin, Opportunity, for the duration of their double-barreled mission.

Engineers detected more flaws from Spirit's flash memory but had a full of it from reformatting it completely and today, giving them more time to diagnose ongoing problems, mission manager Mark Adler said NASA originally planned to perform the task Saturday. The rover has been hampered by problems since Jan. 21, when it stopped sending intelligible information back to Earth.

Engineers with the National Aeronautics and Space Administration will have to keep deleting computer files from Spirit's flash memory because the rover's random-only a certain number of them. The same will be done for Opportunity.

NASA planned for Opportunity to reach out to the Martian soil with its robotic arm for the first time today. The six-wheeled rover rolled onto the dirt Saturday, a week after landing halfway around Mars from Spirit, which

## HOW TO REACH US

To subscribe or report a delivery problem, dial (817) 390-7761
or (800) 776-STAR (776-7827) or write www.star-telegram.com
and click on SUBSCRIBE/RENEW and visit DELIVERY COMPLAINTS

CUSTOMER SERVICE

**FOUNDATION REPAIR**
"WE JUST DO IT RIGHT"
"Professional attitude and service"
A Down Fort Worth
"Power Jack exceeded all expectations"
"He made the right choice"
"I will recommend Power Jack to everyone"

**POWER JACK**
FOUNDATION REPAIR
817-563-5564

**NBC 5 is #1 in North Texas**
Star-Telegram
Partners bringing you the most comprehensive, up-to-the-minute news, every day.

THE FASTEST GROWING SUNDAY PAPER IN TEXAS
Star-Telegram

Star-Telegram Operating, Ltd.
KNIGHT RIDDER


Star-Telegram
what do you want to know?

If you or anyone you know has a gambling problem, call (800) 742-0443.

Sunday on its
no charge.

This report inclu
the *Housto*

# HOW TO REACH US

To subscribe or report a delivery problem, dial (817) DEL-IVER (335-4837)
or (800) 776-STAR (776-7827) or go to www.star-telegram.com
and click on SUBSCRIBE/RENEW and select DELIVERY COMMENTS

## CUSTOMER SERVICE

Downtown office (817) 390-7761
E-mail: paper@star-telegram.com
Arlington office (817) 548-5400
Northeast office (817) 685-3800

Photo Sales (817) 390-7743
Newspaper in Education (817) 215-2230
Plant Tours (817) 215-2240
(groups of 20 or more only)

Classified Advertising (817) 332-3333

Display Advertising (817) 390-7765

**Arlington Newsroom**
Phone (817) 548-5400
Fax (817) 261-1193

**Fort Worth Newsroom**
Phone (817) 390-7410
Fax (817) 390-7789

**Northeast Newsroom**
Phone (817) 685-3831
Fax (817) 685-3883
newsroom@star-telegram.com

**Reader Advocate**



David House
can answer
your ques-
tions or help
resolve your
concerns
about what
appears in
the *Star-Telegram.*
(817) 390-7692
dhouse@star-telegram.com

**Managing Editors**
SPORTS/FEATURES/GRAPHICS
Ellen Alfano
(817) 390-7093
ealfano@star-telegram.com
ARLINGTON/NORTHEAST
Larry Lutz
(817) 685-3823
llutz@star-telegram.com
INVESTIGATIONS
Lois Norder
(817) 390-7209
lnorder@star-telegram.com
NEWS
Rex Seline
(817) 390-7729
rseline@star-telegram.com
ENTERPRISE
Kathy Vetter
(817) 390-7380
vetter@star-telegram.com

**Star-Telegram Publisher**
Wes Turner
(817) 390-7454
wturner@star-telegram.com
**Arlington Publisher**
Gary Hardee
(817) 548-5401
ghardee@star-telegram.com
**Northeast Tarrant Publisher**
Steve Jacob
(817) 685-3955
sbj@star-telegram.com
**Vice President/Executive Editor**
Jim Witt  (817) 390-7704
jwitt@star-telegram.com
**Vice President Advertising**
J. Michael Winter
(817) 390-7768
mwinter@star-telegram.com
**Vice President/Circulation**
Weldon Whiteman
(817) 215-2218
wwhiteman@star-telegram.com





PUBLISHED BY
## Star-Telegram Operating, Ltd.
>KNIGHT RIDDER>

400 W. Seventh St., Fort Worth Texas 76102
3201 Airport Freeway. Suite 108. Bedford, 76022
1111 W. Abram, Arlington, 76013

TO SUBSCRIBE or to report a delivery problem, dial (817) DEL-IVER
(335-4837). Outside Tarrant County call toll-free (800) 776-STAR (-
7827).

**DELIVERY INFORMATION**
Monday-Friday .............................................................
Saturdays & holidays ...................................... 5 a.m. - 5 p.m.
Sundays........................................................ 6:30 a.m. - noon
RETAIL ADS ...................................................... 6.30 a.m. - 2 p.m.
CLASSIFIED ADS ..................................................... (817) 390-7765
Outside Tarrant County call toll-free ........................ (817) 332-3333
Monday-Wednesday ................................................ (800) 222-3978
Thursday-Friday ..................................... 7.30 a.m. 6 p.m.
                                                        7.30 a.m. 7 p.m.
**CUSTOMER SERVICE AND BACK ISSUES**
Arlington (817) 548-5400  Monday-Friday ...... 8 a.m. - 5 p.m.
Downtown (817) 390-7761  Monday-Friday ...... 8 a.m. - 5 p.m.
Northeast (817) 685-3800  Monday-Friday ...... 8 a.m. - 5 p.m.
PHOTO SALES
Monday-Friday .............................................. (817) 390-7743
SINGLE COPY PRICES: Daily, 50¢; Sunday, $1.50

| Home Delivery | Mo. | Yr. | U.S. Mail (Mo.) |
|---|---|---|---|
| Daily/Sunday | $15 | $168 | $31 |
| Daily Only | $13 | $144 | $26 |
| Weekend Only (3-day weekend package and 11 holiday issues*) | $13 | $144 | N.A. |
| Sunday Only | $11 | $120 | $23 |

*New Year's Day, Martin Luther King Day, Presidents' Day, Race Day,
Memorial Day, Independence Day, Football Preview, Labor Day, Election
Day, Veteran's Day, and Thanksgiving Day where applicable).

All prices include sales tax and postage. Mail prices are for the U.S. and
its possessions; foreign rates available upon request. Advance payment
required.

Star-Telegram customers may use their Internet accounts to commu-
nicate with customer service representatives. Write to us at
paper@star-telegram.com. When appropriate, e-mail may be forward-
ed to other newspaper staff members.

For guaranteed same-day delivery of missed copies in Tarrant County,
please call by noon, seven days a week. Our mission is to provide sub-
scribers with the best possible delivery service. Should we be unable to
resolve a subscription problem to your satisfaction, call Weldon White-
man, Vice President/Circulation, at (817) 215-2218.

The Fort Worth Star-Telegram (USPS 206-260) is published daily. Period-
cal postage paid at Fort Worth, Texas. Postmaster: Send address changes
to Fort Worth Star Telegram, P.O. Box 1870, Fort Worth, Texas 76101.

Circulation: 235,977 daily, 329,739 Sunday.
Readership: 590,400 daily, 847,090 Sunday.

FOU
"WE
"Professional att
A. Davis, F
"Power Jack
all expect
E. Parish, Fo

POWER
FOUNDATIO

Star-Tel

NBC 5
in North



Star-Te

THE F
GROWIN
PAPER

Star-T
What do

Combined Text Records Display

Staff Writer John Gutierrez-Mier Contributed to This Report.

Page 38 of 38

Alex Branch, (817) 390-7689 abranch@star-telegram.com

1. Photo: SPECIAL TO THE STAR-TELEGRAM/JESSICA KOURKOUNIS G.E. Anderson, a Fort Worth neighborhood police officer, searches a ravine off North Bellaire Drive for Laura Lee Crane.
Photo Caption:

Filename: **010101XA0090203RB01-944646.txt**

Service:
Category:
Supplemental Category:
Instructions: **2004Datatimes.exp**
Created: **February 3, 2004**
City:
Country:
Reference: **11209585**
Merlin ID: **7276159**
Copyright:
Copyright year: **0**
Keywords: **"MISSING PERSONS"**
Library enhanced? **Yes**
Rights? **Yes**
Input Date: **03/12/2005**


DEFENDANT'S
EXHIBIT
23
NO. 92905
PENGAD 800-631-6989

**Retired professor yet to be found**

Source: *THE FORT WORTH STAR-TELEGRAM*
Monday, February 2, 2004
Edition: FINAL Section: Metro, Page 1B

Retired Texas Christian University professor Laura Lee Crane remained missing Sunday, but police continued search efforts, Lt. Abdul Pridgen said.

Crane, 77, vanished Friday during an errand from her Bellaire Drive South home to a nearby Tom Thumb grocery store. She left home about 11:30 a.m. and stopped briefly at a friend's house but hasn't been seen since.

Crane has not been known to have mental or physical impairments. Her ATM card was used to withdraw cash Friday, and her husband, Meade Crane, said Saturday that she rarely uses the card.

Crane is white, 5 feet 8 inches tall, with brown eyes and gray hair. She was last seen wearing black slacks, a red sweater and a black jacket. She was driving a silver-and-blue 1999 four-door Nissan Sentra with Texas license plate F64-DVK. Anyone with information is asked to call police at (817) 335-4222.

Crane's daughter, Allen Walker, said the family was getting moral support from friends and family while they wait to see how the investigation develops. Walker said police may have some leads but don't seem ready to discuss them.

"They feel they have some strong leads," she said. "We are encouraged."
Photo Caption:

Filename: **010402XB0010202RK01-942511.txt**

Service:
Category:
Supplemental Category:
Instructions: **2004Datatimes.exp**
Created: **February 2, 2004**
City:
Country:
Reference: **11209459**
Merlin ID: **7275897**
Copyright:
Copyright year: **0**
Keywords: **"MISSING PERSONS"**
Library enhanced? **Yes**
Rights? **Yes**
Input Date: **03/12/2005**

# Fort Worth & Region

**B**

Monday, February 2, 2004

WWW.STAR-TELEGRAM.COM

Obituaries, 10-11B
Opinions, 12-13B

## Today



**BLACK HISTORY MONTH**
**T I M E L I N E**

Our Texas museums celebrated its 12th anniversary last year by publishing a BAH 2003 timeline of black history in Texas. The Star-Telegram used the timeline as a basis for research into the contributions of African-Americans in Texas. Each day of Black History Month, we'll look at how one person helped to shape history.

**AUGUST 1991**

**Vernell Sturns**
became executive director of Dallas/Fort Worth Airport.

In 1984, Vernell Sturns became the first African-American to be appointed Fort Worth's acting city manager. Many believed he would be appointed city manager, but he was passed over by a City Council vote of 5-4. Shortly afterward, Sturns resigned to take a position as a top manager at DFW Airport. He has received much of the credit for guiding the airport back from a contract mismanagement scandal that led to 30 indictments and the resignation or firing of several top airport officials. He was named to succeed Executive Director Oris Dunham Jr. in 1991. The airport's expansion has been lauded as one of Sturns' greatest accomplishments. In 1994, Sturns left public administration to start a real estate title business.

STAR-TELEGRAM/BY SUSAN L. DAVIS

## Retired professor yet to be found

STAR-TELEGRAM

Retired Texas Christian University professor Laura Lee Crane remained missing Sunday, but police continued search efforts, Lt. Abdul Pridgen said.

Crane, 77, vanished Friday during an errand from her Bellaire Drive South home to a nearby Tom Thumb grocery store. She left home about 11:30 a.m. and stopped briefly at a friend's house but hasn't been seen since.

Crane has not been known to have mental or physical impairments. Her ATM card was used to withdraw cash Friday, and her husband, Meade Crane, said Saturday that she rarely uses the card.

Crane is white, 5 feet 8 inches tall, with brown eyes and gray hair. She was last seen wearing black slacks, a red sweater and a black jacket. She was driving a silver-and-blue 1999 four-door Nissan Sentra with Texas license plate H6I-DVK. Anyone with information is asked to call police at (817) 335-4222.

Crane's daughter, Allen Walker, said the family was getting moral support from friends and family while they wait to see how the investigation develops. Walker said police may have some leads but don't seem ready to discuss them.

"They feel they have some strong leads," she said. "We are encouraged."

### FORT WORTH

## City secretary to retire at month's end

Fort Worth's first African-American city secretary, Gloria Pearson, is retiring after 25 years with the city.

More on 14B

## 'He made the ultimate sacrifice for freedom'

**By BILL TEETER**
STAR-TELEGRAM STAFF WRITER

FORT WORTH — Even as a teen-ager, Army Pfc. Ervin Dervishi was eager to be of public service, Maypearl Police Chief Nathan Bickerstaff said Sunday.

Someday, the young Albanian immigrant had told him, he wished to become a police officer, Bickerstaff said in remembering Dervishi before family and friends at his memorial service at Laurel Land Memorial Park Funeral Home.

"We called him Vinnie. He was always enthusiastic and ready to explore, and he was

**FUNERAL** Friends and family of an Albanian immigrant who lived in Fort Worth and was killed in Iraq pay their respects at a memorial service and funeral.

fascinated by American law enforcement," Bickerstaff said of Dervishi's participation in the Waxahachie police Explorer's Post from 1999 to 2001. At the time, Bickerstaff was a sergeant with the Waxahachie Police Department and Dervishi's adviser in the Explorers.

Dervishi later moved to Fort Worth, telling Bickerstaff he would join the military and

More on FUNERAL on 10B

SPECIAL TO THE STAR-TELEGRAM/RICHARD W. RODRIGUEZ
Selmir Dervishi at the coffin of brother Pfc. Ervin Dervishi at Laurel Land Memorial Park and Funeral Home in Fort Worth on Sunday. Ervin Dervishi died in a Jan. 24 grenade attack near Bali, Iraq.

STOCK SHOW AND RODEO | MORE COVERAGE, 4-6B

# THE HEIGHT
## OF CIVIC PRIDE



"This used to be bare prairie, five miles from town. You could see that tower for 30 miles."

— Danny Rose, building supervisor of the Will Rogers Memorial Center

**By AMANDA ROGERS**
STAR-TELEGRAM STAFF WRITER

FORT WORTH — Looming 300 feet above Cowtown's west side, the yellow-brick Will Rogers tower has been a city landmark for 68 years, guiding residents and tourists to the Stock Show. But unlike every other nook and cranny at the Will Rogers Memorial Center, it has no other use.

Call it the ultimate hood ornament.

"It's an architectural feature," said Danny Rose, building supervisor for the city-owned complex. "This used to be bare prairie, five miles from town. You could see that tower for 30 miles."

Like the tornado-damaged former Bank One building in downtown Fort Worth, the Will

More on HISTORY on 10B



STAR-TELEGRAM/RODGER MALLISON
The Will Rogers Memorial Center, encompassing the tower, auditorium and coliseum, was built in the '30s as a Works Progress Administration project.



Danny Rose examines the door of the original furnace of the center. More than 1,000 feet of concrete tunnels run beneath the 2,900-seat auditorium.

## Teen-ager charged in assault missing

**FLIGHT** A directive has been issued to law enforcement authorities to apprehend a mentally retarded juvenile sexual-assault suspect who was checked out of a treatment facility in January and never brought back.

**By MELODY McDONALD**
STAR-TELEGRAM STAFF WRITER

FORT WORTH — A juvenile suspected of sexual assault has absconded from a Central Texas treatment facility where he was committed after a judge ruled his mental retardation made him unable to stand trial, officials said.

The 15-year-old boy, who is not being identified because he is a juvenile, was taken into custody in May after police said he tied a 6-year-old boy's hands behind his back and sexually assaulted him.

The teen, who was charged with delinquent conduct/aggravated sexual assault of a child, was committed to the Mexia State School late last year by a Tarrant County juvenile court judge who found him unfit to proceed in the criminal justice system because of his mental retardation.

On Jan. 8, the teen left the facility and never returned, officials with the Tarrant County district attorney's office confirmed Friday.

"The district attorney's office was made aware of it just recently," said Jay Lapham, chief of the juvenile division of the district attorney's office.

More on FLIGHT on 12B

## UPDATE

## Polluting cars getting repaired with state's help

**OZONE** After only 15 months, a state program has helped thousands of low-income residents repair or replace polluting vehicles.

**By SCOTT STREATER**
STAR-TELEGRAM STAFF WRITER

When Elizabeth Reed drove to her neighborhood gas station in Arlington last year, she expected her car to pass inspection with no problem.

So Reed, 62, was startled when the mechanic said her 1990 Mazda Protege had failed the emissions test. There were leaks in the exhaust pipe, she was told, and the catalytic converter needed to be replaced.

Reed, who said she earns about $1,100 a month, used her credit card to pay for the repairs. She took the car back for inspection.

It failed again. This time, she was told that the car had a leaking distributor cap and needed a tuneup.

"I said, 'I can't keep doing this,'" she said. "I

More on OZONE on 10B

## Huguley streamlines patient management

**By IAN JARVIS**
STAR-TELEGRAM STAFF WRITER

A new computerized system at Huguley Memorial Medical Center allows physicians to get lab results, X-ray reports and vital signs quickly without setting foot in the hospital.

"I can sit in my office and see if the blood pressure medicine I prescribed in the morning is working in the afternoon," said

**HEALTH CARE** The computerized system, which the hospital began using in January, is designed to improve patient safety and security, reduce medical risks, streamline communication and enhance patient care.

Dr. Henry Cunningham, a pulmonary specialist in Burleson. "With Internet access and proper

security, you can look at lab results minutes after they come out of the machine."

As a result, he said, physicians can respond more quickly to each patient's needs.

The patient management system, which the hospital began using in January, is designed to improve patient safety and security, reduce medical risks,

More on HEALTH on 12B

Persimmon Aledo · Azle · Benbrook · Blue Mound · Burleson · Cleburne · Crowley · Edgecliff Village · Everman · Forest Hill · Fort Worth · Granbury · Lake Worth · River Oaks · Saginaw · Samson Park · Weatherford · Westworth Village · White Settlement

# Retired professor yet to be found

STAR-TELEGRAM

Retired Texas Christian University professor Laura Lee Crane remained missing Sunday, but police continued search efforts, Lt. Abdul Pridgen said.

Crane, 77, vanished Friday during an errand from her Bellaire Drive South home to a nearby Tom Thumb grocery store. She left home about 11:30 a.m. and stopped briefly at a friend's house but hasn't been seen since.

Crane has not been known to have mental or physical impairments. Her ATM card was used to withdraw cash Friday, and her husband, Meade Crane, said Saturday that she rarely uses the card.

Crane is white, 5 feet 8 inches tall, with brown eyes and gray hair. She was last seen wearing black slacks, a red sweater and a black jacket. She was driving a silver-and-blue 1999 four-door Nissan Sentra with Texas license plate F64-DVK. Anyone with information is asked to call police at (817) 335-4222.

Crane's daughter, Allen Walker, said the family was getting moral support from friends and family while they wait to see how the investigation develops. Walker said police may have some leads but don't seem ready to discuss them.

"They feel they have some strong leads," she said. "We are encouraged."

FORT WORTH

# "This used to be bare prairie, five miles from town. You could see that tower for 30 miles."

— Danny Rose, building supervisor of the Will Rogers Memorial Center

By AMANDA ROGERS
STAR-TELEGRAM STAFF WRITER

FORT WORTH — Looming 300 feet above Cowtown's west side, the yellow-brick Will Rogers tower has been a city landmark for 68 years, guiding residents and tourists to the Stock Show. But unlike every other nook and cranny at the Will Rogers Memorial Center, it has no other use.

Call it the ultimate hood ornament.

"It's an architectural feature," said Danny Rose, building supervisor for the city-owned complex. "This used to be bare prairie, five miles from town. You could see that tower for 30 miles."

Like the tornado-damaged former Bank One building in downtown Fort Worth, the Will

More on HISTORY on 10B



The Will Rogers M coliseum, was bui

Danny Rose exam than 1,000 feet of

# Huguley streamlines

By JAN JARVIS
STAR-TELEGRAM STAFF WRITER

A new computerized system   which the hosp

HEALTH CARE

# Iraq not sole focus of Bush intelligence panel

By DAVID E. SANGER
THE NEW YORK TIMES

WASHINGTON — President Bush will establish a bipartisan commission in the next few days to examine a broad overhaul of U.S. intelligence operations, including a study of the misjudgments about Iraq's unconventional weapons, senior administration officials said Sunday.

The panel will also investigate repeated failures to penetrate secretive governments and stateless groups that could attempt to attack the United States.

INTELLIGENCE Former national security adviser Brent Scowcroft is among those being considered for the president's intelligence commission.

The president's decision came after a week of escalating pressure on the White House from Democrats and many ranking Republicans to deal with what the head of the Senate Intelligence Committee has called "egregious" errors that overstated Iraq's stockpiles of chemical and biological arms, and made the country appear far closer to developing nuclear weapons than it actually was.

The Washington Post reported Sunday that Bush had agreed to set up a commission to re-examine the intelligence he had received about Saddam Hussein's weapons programs. What administration officials described Sunday was a much broader examination of U.S. intelligence operations, of which the Iraq experience was only a part.

The pressure to establish such a panel became irresistible after David Kay, the former chief weapons inspector, told the Senate Armed Services Committee last week that "it turns out we were all wrong, probably," about the perceived Iraqi threat, which was the administration's basic justification for the war.

The commission will not report back until after the November elections. Some former officials who have been approached about taking part say they believe that it may take 18 months or more to reach its conclusions.

"It became clear to the president that he couldn't sit there and seem uninterested in the fact that the Iraq intel went off the rails," said a senior official involved in the discussions. "He had to do something, and he chose to enlarge the problem, beyond the Iraq experience."

White House officials said the president was still compiling a list of who would serve on the commission, which was expected to have about nine members. Dan Bartlett, the White House communications director, said Sunday that they were talking to "very distinguished statesmen and women who have served their country and who have been users of intelligence, or served in a gathering capacity."

Among those who have been consulted, officials say, is Brent Scowcroft, the national security adviser under Bush's father. Scowcroft was a harsh critic of the process by which the current president decided to go to war.

But it is far from clear that Bush's effort to put the study into a broader context will insulate him from Democrats' charges that the White House tried to manipulate intelligence on Iraq to justify the invasion in March.

---

# Security fears lead airline to cancel Houston flight

By SARA KEHAULANI GOO
THE WASHINGTON POST

WASHINGTON — Continental Airlines on Sunday canceled a second flight for security reasons, this time a domestic flight from Washington's Dulles International Airport scheduled to arrive in Houston during the Super Bowl.

The decision Sunday follows announcements made Saturday by Continental, Air France and British Airways of cancellations of six flights from Europe to the United States because of a possible terrorism threat, including a concern that terrorists might

SECURITY A domestic flight joins those canceled over terrorism concerns.

target the flights to use or transport chemical, radiological or biological materials.

Continental had already canceled Flight 17 Sunday from Glasgow, Scotland, to Los Angeles. Air France canceled two flights from Paris to Washington Dulles Sunday and today, and British Airways canceled a flight Sunday to Miami and a flight to Washington from London's Heathrow Airport, citing security reasons. British Airways canceled the same London-to-Washington Dulles Flight 223 today.

The Department of Homeland Security denied that the intelligence prompting concern about Flight 1519 scheduled to depart Dulles at 5:44 p.m. EST and land at 8:10 p.m. CST at George Bush Intercontinental Airport was related to the football game.

"What we do have out there is [intelligence] that is sometimes vague, and in bits and pieces, that we try to string together to come up with some kind of a picture," said Special Agent Bob Doguim of the FBI's Houston office.

"And I'll be honest with you: I don't know that we're always coming up with an accurate picture," he said. "But when you paint that picture, and it's not too clear, we pass on that info. And based on that, specific steps are taken, such as the canceling of a flight.

"Now, does that suggest we have any information about a threat against the Super Bowl? No. But when you tie all these things together, better to be safe than sorry."

Homeland Security "worked very closely with the management of Continental to share credible threat information about potential threats to that flight," spokesman Brian Roehrkasse said. "Acting on that information, Continental, in close cooperation with DHS, chose to cancel the flight."

Continental spokesman David Messing characterized the flight cancellations differently, saying the airline did not receive "security clearances" to operate the flight. Continental, which is based in Houston, rebooked passengers Sunday on its other flights at no charge.

This report includes material from the Houston Chronicle.

---



"This is where the crew came home, and this is where I wanted to be."
— Dr. Jon Clark, widower of Columbia astronaut Laurel Clark

EL PASO TIMES/VICTOR CALZADA VIA THE ASSOCIATED PRESS

Juan Saldana stands near a memorial that he and his family put on display on Sunday in El Paso in honor of the seven astronauts who died in the space shuttle Columbia disaster.

# SHUTTLE TRIBUTES

## Space workers, spouses, public remember lost astronauts

By MARCIA DUNN
THE ASSOCIATED PRESS

CAPE CANAVERAL, Fla. — One year after Columbia broke apart and fell in flaming streaks from the Texas sky, NASA workers who launched the shuttle and its seven astronauts and then gathered up the remains stood united in sorrow Sunday at the precise moment of destruction.

The first anniversary of the catastrophe was a time for everyone — rocket engineers, debris searchers, schoolchildren, space enthusiasts, even football fans — to pause and remember.

"One year ago, at this very hour, the unthinkable occurred," Kennedy Space Center's director, Jim Kennedy, told the crowd of a few hundred who gathered on a gray, drizzly morning at NASA's

COLUMBIA Remembrances on the anniversary of the shuttle disaster stretch across Texas — and the globe.

astronauts' memorial.

Kennedy quietly recited the names of the Columbia astronauts, carved into the black granite monument behind him: Cmdr. Rick Husband, co-pilot William McCool, Michael Anderson, David Brown, Kalpana Chawla, Laurel Clark and Israel's first astronaut, Ilan Ramon.

The ceremony began at 8 a.m. Central time, the instant NASA lost communication with Columbia over Texas on Feb. 1, 2003.

It ended at 8:16 a.m. — 9:16 a.m. in Florida and the time the spacecraft should have landed on the Kennedy Space Center runway. By then, Columbia had shattered into tens of thousands of pieces that fell on Texas and Louisiana.

A piece of fuel-tank foam insulation had torn a hole in Columbia's left wing during the mid-January liftoff and allowed superheated atmospheric gases in during re-entry.

Tributes were also held in many of the East Texas towns where the wreckage fell. The husbands of the two women who died aboard Columbia attended a memorial in Hemphill, in a packed Veterans of Foreign Wars hall.

Jean-Pierre Harrison said he wanted to thank the people who recovered the remains of his wife, Kalpana Chawla. "You are among the best America has to offer," he said.

Dr. Jon Clark, a NASA neurologist who was married to astronaut Laurel Clark, said going to East Texas was "like coming home."

"This is where the crew came home, and this is where I wanted to be," Clark told the grieving crowd.

In Houston, where the Columbia astronauts lived and Mission Control is located, the biggest salute of all was saved for last: the Super Bowl. The Columbia astronauts and their families were honored at the football game.

Remembrances stretched around the planet.

In northern Israel near the Sea of Galilee, Ramon's widow, four children and 80-year-old father gathered with friends and relatives at his grave and placed white cyclamen flowers and carnations on his tombstone.

Youngsters in Karnal, India, Chawla's hometown, recited prayers at the high school where she studied three decades ago.

ONLINE: NASA, www.nasa.gov

---

# NASA: Spirit rover's glitch might vex Opportunity, too

THE ASSOCIATED PRESS

LOS ANGELES — NASA said Sunday that its Spirit rover is a week away from rolling on Mars again and that the software problem vexing the spacecraft may also trouble its twin, Opportunity, for the duration of their double-barreled mission.

Engineers deleted more files from Spirit's flash memory but held off from reformatting it completely until today, giving them more time to diagnose ongoing problems, mission manager Mark Adler said. NASA originally planned to perform the task Saturday.

The rover has been hampered by problems since Jan. 21, when it stopped transmitting intelligible information back to Earth.

Engineers with the National Aeronautics and Space Administration will have to keep deleting computer files from Spirit's flash memory because the rover's random-access memory can manage only a certain number of them. The same will be done for Opportunity.

NASA planned for Opportunity to reach out to the Mars floor soil with its robotic arm for the first time today. The six-wheeled rover rolled onto the dirt Saturday, a week after landing halfway around Mars from Spirit, which touched down Jan. 3.

ONLINE: www.jpl.nasa.gov

---

**16, 18, 20, 38, 43, 88 43**

**17, 28, 30, 40, 51**
**Mega Ball 44**
**Megaplier 4**

## HOW TO REACH US

To subscribe or report a delivery problem, dial (817) DEL-IVER (335-4837) or (800) 776-STAR (776-7827) or go to www.star-telegram.com and click on SUBSCRIBE/RENEW and select DELIVERY COMMENTS

CUSTOMER SERVICE

Star-Telegram Operating, Ltd.
> KNIGHT RIDDER <

## FOUNDATION REPAIR
### "WE JUST DO IT RIGHT"

POWER JACK
FOUNDATION REPAIR
FORT WORTH
FREE ESTIMATES
817-563-3560
www.pjfw.com



NBC 5 Is #1 in North Texas

Partners bringing you the most comprehensive, up-to-the-minute news, every day.

Star-Telegram
THE FASTEST GROWING SUNDAY PAPER IN TEXAS

Star-Telegram
What do you want to know?

## TO REACH US

To subscribe or report a delivery problem, dial (817) DEL-IVER (335-4837)
or (800) 776-STAR (776-7827) or go to www.star-telegram.com
and click on SUBSCRIBE/RENEW and select DELIVERY COMMENTS

### CUSTOMER SERVICE

Downtown office (817) 390-7761
E-mail: paper@star-telegram.com
Arlington office (817) 548-5400
Northeast office (817) 685-3800

Photo Sales (817) 390-7743
Newspaper in Education (817) 215-2230
Plant Tours (817) 215-2240
(groups of 20 or more only)

Classified Advertising (817) 332-3333

Display Advertising (817) 390-7765

**Arlington Newsroom**
Phone (817) 548-5400
Fax (817) 261-1193

**Fort Worth Newsroom**
Phone (817) 390-7410
Fax (817) 390-7789

**Northeast Newsroom**
Phone (817) 685-3831
Fax (817) 685-3883
newsroom@star-telegram.com

**Reader Advocate**



David House can answer your questions or help resolve your concerns about what appears in the *Star-Telegram.*
(817) 390-7692
dhouse@star-telegram.com

**Managing Editors**

SPORTS/FEATURES/GRAPHICS
Ellen Alfano
(817) 390-7093
ealfano@star-telegram.com

ARLINGTON/NORTHEAST
Larry Lutz
(817) 685-3823
llutz@star-telegram.com

INVESTIGATIONS
Lois Norder
(817) 390-7209
lnorder@star-telegram.com

NEWS
Rex Seline
(817) 390-7729
rseline@star-telegram.com

ENTERPRISE
Kathy Vetter
(817) 390-7380
vetter@star-telegram.com

**Star-Telegram Publisher**
Wes Turner
(817) 390-7454
wturner@star-telegram.com

**Arlington Publisher**
Gary Hardee
(817) 548-5401
ghardee@star-telegram.com

**Northeast Tarrant Publisher**
Steve Jacob
(817) 685-3955
sbj@star-telegram.com

**Vice President/Executive Editor**
Jim Witt  (817) 390-7704
jwitt@star-telegram.com

**Vice President Advertising**
J. Michael Winter
(817) 390-7768
mwinter@star-telegram.com

**Vice President/Circulation**
Weldon Whiteman
(817) 215-2218
wwhiteman@star-telegram.com

PUBLISHED BY

## Star-Telegram Operating, Ltd.

### ›KNIGHT RIDDER›

400 W. Seventh St., Fort Worth, Texas 76102
3201 Airport Freeway, Suite 108, Bedford, 76022
1111 W. Abram, Arlington, 76013

TO SUBSCRIBE or to report a delivery problem, dial (817) DEL-IVER (335-4837). Outside Tarrant County call toll-free (800) 776-STAR (776-7827).

**DELIVERY INFORMATION**

| | |
|---|---|
| Monday-Friday | 5 a.m.- 5 p.m. |
| Saturdays & holidays | 6:30 a.m.- noon |
| Sundays | 6:30 a.m.- 2 p.m. |
| RETAIL ADS | (817) 390-7765 |
| CLASSIFIED ADS | (817) 332-3333 |
| Outside Tarrant County call toll-free | (800) 222-3978 |
| Monday-Wednesday | 7:30 a.m.-6 p.m. |
| Thursday-Friday | 7:30 a.m.-7 p.m. |

**CUSTOMER SERVICE AND BACK ISSUES**

Arlington (817) 548-5400  Monday-Friday ... 8 a.m.- 5 p.m.
Downtown (817) 390-7761  Monday-Friday ... 8 a.m.- 5 p.m.
Northeast (817) 685-3800  Monday-Friday ... 8 a.m.- 5 p.m.
PHOTO SALES ... (817) 390-7743
Monday-Friday ... 9 a.m.- 4 p.m.
SINGLE COPY PRICES: Daily, 50¢; Sunday, $1.50

| Home Delivery | Mo. | Yr. | U.S. Mail (Mo.) |
|---|---|---|---|
| Daily/Sunday | $15 | $168 | $31 |
| Daily Only | $13 | $144 | $26 |
| Weekend Only (3-day weekend package and 11 holiday issues*) | $13 | $144 | N.A. |
| Sunday Only | $11 | $120 | $23 |

*New Year's Day, Martin Luther King Day, Presidents' Day, Race Day, Memorial Day, Independence Day, Football Preview, Labor Day, Election Day, Veteran's Day, and Thanksgiving Day where applicable.

All prices include sales tax and postage. Mail prices are for the U.S. and its possessions, foreign rates available upon request. Advance payment required.

Star-Telegram customers may use their internet accounts to communicate with customer service representatives. Write to us at paper@star-telegram.com. When appropriate, e-mail may be forwarded to other newspaper staff members.

For guaranteed same-day delivery of missed copies in Tarrant County, please call by noon, seven days a week. Our mission is to provide subscribers with the best possible delivery service. Should we be unable to resolve a subscription problem to your satisfaction, call Weldon Whiteman, Vice President/Circulation, at (817) 215-2218.

The Fort Worth Star-Telegram (USPS 206-260) is published daily. Periodical postage paid at Fort Worth, Texas. Postmaster: Send address changes to Fort Worth Star-Telegram, P.O. Box 1870, Fort Worth, Texas 76101.

Circulation: 235,917 daily; 329,739 Sunday.
Readership 690,400 daily; 847,090 Sunday.






Combined Text ORecords Display

Source: *THE FORT WORTH STAR-TELEGRAM*
Sunday, February 1, 2004
Edition: FINAL, Section: Metro, Page 1B

DISAPPEARANCE: Authorities are looking for Laura Lee Crane, 77, who has been missing since Friday morning.

FORT WORTH--Police and the FBI were searching for clues Saturday into the sudden disappearance of a retired TCU professor.

Laura Lee Crane, 77, left her home on Bellaire Drive South in southwest Fort Worth about 11:30 a.m. Friday, headed for the nearby Tom Thumb grocery store on South Hulen Street.

She stopped briefly at a friend's house and hasn't been seen since.

"She is in excellent health," her daughter, Allen Walker, said Saturday night. "She is on no medications. She has no dementia. She is one of the top educators in the city."

That Crane has no physical or mental impairments is what is "definitely concerning" to police, said Lt. Abdul Pridgen, a police spokesman.

"It's a mystery," he said.

Crane was an assistant professor of education at Texas Christian University and is a former principal of the Starpoint School at TCU, a school for children with learning disabilities.

Although retired, her daughter said, Crane tutors children almost every day and is taking several online courses.

A search of Tanglewood and Overton Park turned up nothing, the family said.

Pridgen said police have no evidence to suggest she left Fort Worth.

"We're focusing on Fort Worth and hoping we can locate her," Pridgen said. "By using the media, we're hoping someone will spot her or the vehicle and call law enforcement."

Crane's family said the FBI was called because her ATM card was used to withdraw cash Friday, although authorities haven't been able to determine from which machine.

"She almost never uses that card," said her husband, Meade Crane.

"I'm surprised she knew the PIN."

Woman missing

Laura Lee Crane is white, 5 feet 8 inches tall, with brown eyes and gray hair. She was last seen wearing black slacks, a red sweater and a black jacket Friday morning.

She was driving a silver-and-blue 1999 four-door Nissan Sentra with Texas license plate F64-DVK.

Anyone with information is asked to call police at (817) 335-4222.

Chris Vaughn, (817) 390-7547 cvaughn@star-telegram.com

1. Head shot: Laura Lee Crane
Photo Caption:

Filename: 010402XB0010201RK01-942041.txt

Service:
Category:
Supplemental Category:
Instructions: 2004Datatimes.exp
Created: February 1, 2004
City:
Country:
Reference: 11209261
Merlin ID: 7275465
Copyright:
Copyright year: 0
Keywords:



DEFENDANT'S
EXHIBIT
24
NO. EC 9-29-05
PENGAD 800-631-6989

day, February 1, 2004

# Fort Worth & Region

**B**

Sunday, February 1, 2004

WWW.STAR-TELEGRAM.COM

Dallas/State, 6B
Obituaries, 11-13B

## Today

**BLACK HISTORY MONTH**
T I M E L I N E

Our Texas magazine celebrated its 13th anniversary last year by publishing a 2003 timeline of black history in Texas. The Star-Telegram used the timeline as a base for researching the contributions of African-Americans in Texas. Each day of Black History Month, we'll look at how one person helped to shape history.

**JANUARY 1991**



Dedication of
**George L. Allen Sr.
Courts Building.**

Today, George L. Allen's name is associated with a destination: the federal courts building in Dallas. In 1938, Allen did not know where his life would take him. He was among the first African-Americans who tried to eliminate segregation in Texas that year. He enrolled at the University of Texas at Austin and attended classes for 10 days before university officials rescinded his registration. University officials assumed Allen was white. In 1968, Allen became Dallas' first black City Council member.

For more information on the timeline, call (800) 166-7735.

SOURCES: Our Texas magazine,
Texas Preservation Partnership System
STAR-TELEGRAM/B. MATT PRUNCTT

■ Black History Month calendar of events. 11B

### FORT WORTH

#### Army private will be buried today

Pfc. Ervin "Vinnie" Dervishi, a native of Albania who joined the U.S. Army just three years after immigrating with his family, will be buried in his adopted country today.

An honor guard from Fort Hood will participate in a graveside service at 2 p.m. at Laurel Land Memorial Park, 7100 Crowley Road in Fort Worth. Visitation with the family will begin at 10 a.m. at the funeral home.


**DERVISHI**

Dervishi, 21, was killed Jan. 24 after an attack on his Bradley Fighting Vehicle in Iraq. He was a member of 1st Battalion, 22nd Infantry Regiment, 4th Infantry Division and had participated in the raid that captured Saddam Hussein.

### OBITUARIES

#### Trinity News founder focused on business

Marjorie Page McAnespy proved herself to be a well-organized businesswoman.
Obituary on 11B

## Tomorrow

#### Time to shift gears from football season

On the morning after the unofficial holiday known as Super Bowl Sunday, the drive to work may be peculiar for many fans trying to get back into a routine.
On Your Commute page

**QUICK READ** To help you quickly navigate the Star-Telegram, look for summaries with our longer stories. Each summary begins with a topic label in white type on a black bar.

## Retired TCU professor vanishes

**By CHRIS VAUGHN**
STAR-TELEGRAM STAFF WRITER

FORT WORTH — Police and the FBI were searching for clues Saturday into the sudden disappearance of a retired TCU professor.

Laura Lee Crane, 77, left her home on Bellaire Drive South in southwest Fort Worth about 11:30

**DISAPPEARANCE** Authorities are looking for Laura Lee Crane, 77, who has been missing since Friday morning.

a.m. Friday, headed for the nearby Tom Thumb grocery store on South Hulen Street.

She stopped briefly at a

friend's house and hasn't been seen since.

"She is in excellent health," her daughter, Allen Walker, said Saturday night. "She is on no medications. She has no dementia. She is one of the top educators in the city."

That Crane has no physical or mental impairments is what is

"definitely concerning" to police, said Lt. Abdul Pridgen, a police spokesman.

"It's a mystery," he said.

Crane was an assistant professor of education at Texas Christian University and is a former principal of the Starpoint School at TCU, a school for children
More on DISAPPEARANCE on 10B


**CRANE**

---

STOCK SHOW AND RODEO | MORE COVERAGE, 4-5B



# BE THE CALF



At top, 10-year-old Tyler Williams of Plainview swings her lasso as Wade Wills, 2, of Hamilton runs Brazos Williams, 11. Above, Tyler tries to lasso Wade during the Stock Show on Saturday. The children practiced team roping by taking turns pretending to be a calf that the others tried to rope.

---

## School teaches more than the three R's


**Bob Ray Sanders**
IN MY OPINION

Just over 10 years ago, a group of Muslims purchased a 2-acre tract in east Fort Worth for $85,000.

They planted a fig tree on the property as a symbol of things to come.

That little tree didn't make it.

But the dream did not wither. It has blossomed beautifully and is bearing much fruit.

The land was to be the home of a new school, established a year earlier, and its founders wanted it to become a model

**SANDERS** Standing on centuries of traditions, a newly accredited school is planting seeds of knowledge that already are bearing fruit.

institution, representing an idea that Muslims have cherished for centuries: superior education.

Now, Al-Hedayah Academy has a 12,000-square-foot building to house its elementary school and a 20,000-square-foot
More on SANDERS on 10B

---

## FORT WORTH BOND ELECTION

# Smallest proposals draw big debate

**BONDS** A $273.5 million bond package goes before Fort Worth voters Saturday. Early voting ends Tuesday.

*One in an occasional series of reports examining issues related to the city's Feb. 7 bond election.*

**By MIKE LEE**
STAR-TELEGRAM STAFF WRITER

FORT WORTH — Taken together, the three smallest items on the ballot in the city's bond election Saturday make up less than 3 percent of the entire $273.5 million package.

But supporters say the three propositions — for a northwest library, four replacement communications towers and an animal spay and neuter clinic — are just as vital as the big-ticket items at the top of the ballot.

Opponents are just as adamant about needing to reexamine them.

"There will never be enough money to complete all the things you want," City Councilwoman Becky Haskin said. "I think this is a very fair [package], with something for every community out there."

Proposition 3 would pro-
More on BONDS on 10B



"I think this is a very fair [package], with something for every community out there."

— Becky Haskin,
councilwoman

## GOODFELLOW FUND

# Charity drive donated more than it took in

**By KEVIN LYONS**
STAR-TELEGRAM STAFF WRITER

In the weeks before Christmas, it was common to see more than 200 families a day stream through the doors of the Goodfellows office to apply for assistance.

The process kept the staff of 50 volunteers busier than in past years. During the 2003 Goodfellows campaign, 13,846 children from 4,956 families received toys of vouchers for shoes and clothing — a record for the 91-year-old program.

The other half of the annual charity drive set a record, too. From late October through Dec. 31, $529,000 was contributed to the fund.

The fact that Goodfellows has served a record number of people says there is a great need in Tarrant County, said Lylette Florn, a Goodfellows coordinator.

"Lots of folks are struggling. Most of the people who came in here were working people, trying to provide for their loved ones."

**How to donate**

Tax-deductible contributions to the Goodfellow Fund are accepted year round. Send donations to Goodfellows, Box 1870, Fort Worth 76101.

Contributors' names are published during November and December unless anonymity is requested.

More on CHARITY on 10B

Case 4:09-cv-00160-O   Document 126-17   Filed 05/04/26   Page 134 of 519   PageID 11945

# Fort Worth & Region

WWW.STAR-TELEGRAM.COM

Dallas/State.
Obituaries. 11-1

## Today



*Our Texas* magazine celebrated its 12th anniversary last year by publishing a 1991-2009 timeline of black history in Texas. The *Star-Telegram* used the timeline as a basis for researching the contributions of African-Americans in Texas. Each day of Black History Month, we'll look at how one person helped to shape history.

### JANUARY 1991

**Dedication of
George L. Allen Sr.
Courts Building.**

Today, George L. Allen's name is associated with a destination: the federal courts building in Dallas. In 1935, he did not know where his life would take him. He was among the first African-

## Retired TCU professor vanishes

By CHRIS VAUGHN
STAR-TELEGRAM STAFF WRITER

FORT WORTH — Police and the FBI were searching for clues Saturday into the sudden disappearance of a retired TCU professor.

Laura Lee Crane, 77, left her home on Bellaire Drive South in southwest Fort Worth about 11:30



**DISAPPEARANCE** Authorities are looking for Laura Lee Crane, 77, who has been missing since Friday morning.

a.m. Friday, headed for the nearby Tom Thumb grocery store on South Hulen Street.

She stopped briefly at a friend's house and hasn't been seen since.

"She is in excellent health," her daughter, Allen Walker, said Saturday night. "She is on no medications. She has no dementia. She is one of the top educators in the city."

That Crane has no physical or mental impairments is what is "definitely concerning" to police, said Lt. Abdul Pridgen, a police spokesman.

"It's a mystery," he said.

Crane was an assistant professor of education at Texas Christian University and is a former principal of the Starpoint School at TCU, a school for children

**More on DISAPPEARANCE on 10B**

CRANE

STOCK SHOW AND RODEO | MORE COVERAGE, 4-5B



FORT WORTH BOND ELECTIO

## Smallest proposals draw big debate

# News 2 Use

## YOUR DAILY GUIDE TO HELPFUL INFORMATION

StarTelegram

To subscribe or to report a delivery problem, dial
(817) DEL-IVER (335-4837), or
(800)776-STAR (7827) or
go to www.star-telegram.com
and click on SUBSCRIBE/RENEW and select
DELIVERY COMPLAINTS

Customer Service
Arlington (817) 548-5400
Fort Worth (817) 390-7761
Northeast (817) 685-3800

## Don't let worries about the metric system weigh you down

If the federal government had its way — and, let's face it, eventually it will — we'd all be measuring how fat we are in kilograms rather than pounds.

I've made the conversions and, trust me: your pants fit the same either way.

Still, according to the National Institute of Standards and Technology, the United States is the only industrialized nation that does not use the metric system. That, they say, harms the competitiveness of our products in world markets. Also, it really throws a damper on that whole New World Order thing the secret Shadow Government would like to put in place. (I've been listening to a lot of talk radio lately.)

In an attempt, therefore, to gain the tremendous respect currently enjoyed by France, the birthplace of the metric system, the people at the institute offer helpful hints for the coming "metrication" — their make-believe word, not mine — of the United States.

The metric system, they say, consists of three basic units of measure: the meter, which is about 1.1 yards; the liter, about 1.06 quarts; and the gram, a little more than the weight of a paper clip.

By way of comparison, a kilometer, or 1,000 meters, is roughly equal to six-tenths of a mile. And a kilogram, or 1,000 grams, is about 2.2 pounds.

So, if I understand this correctly, to find out how much you weigh in metric units, you simply multiply your weight in pounds by 2.2, multiply the total by 1,000 and presto — you now know your weight

in paper clips. What could be simpler?

Lest you think the system has no real-world applications, the institute includes a recipe for Metric Chocolate Chip Cookies. The ingredients seem familiar and, given a good calculator and about 17 hours to do the math, I suppose they would turn out all right.

Just don't get stopped for speeding on your way back from the grocery store, unless you want to explain to the officer why you are transporting a kilo of white powder that you claim is "unsalted flour."

Because if you think measuring 175 milliliters of granulated sugar is a challenge, wait until you try to make bail with a handful of euros.

ONLINE: www.pueblo.gsa.gov/uic-text/misc/usmetric/metric.htm.
— Staff writer Chris Neely

*Chris Neely*
*THE FLIP SIDE*

TODAY'S OBITUARIES

Alsup, Betty, 70, Euless
Attaway, Kathleen, 54, North Richland Hills
Beason, Emily, 99, Stephenville
Bethmann, Robert, 77, Arlington
Betz, Alfred, 63, Arlington
Bishop, Polly, 72, Grand Prairie
Buxum, Mary-Ellis, 57, Los Angeles
Castoreno, Alfredo, 62, Arlington
Cole, Vera, 79, Azle
Coleman, Mildred, 82, Burleson
Cooksey, Wilma, 78, Granbury
Cox, Lena, 72, Fort Worth
Crawford, Aaron, 16, Azle
Dawson, Bobby, 63, Fort Worth
Farley, Oswald, 116, Fort Worth
Fowler, Steve, 64, Arlington
Frost, Dorothy, 83, Keller
Gutierrez, Mary, 72, Fort Worth
Hampton, Jimmie, 61, Lewisville
Harrison, Jackie, 55, Fort Worth
Hebert, Louise, 88, Fort Worth
Heikkinen, Edward, 85, Arlington
Henson, Gay, 86, Arlington
Holcomb, Robert, 68, Joshua
Holland, Eric, 38, Fort Worth
Huntington, Louise, 81, North Richland Hills
Johnson, Nona, 67, Haltom City
King, Denise, 57, Watauga
Mata, Beatrice, 95, Comanche
Mathis, Steve, 52, Fort Worth
McAnespy, Marjorie, 96, Fort Worth
McCulloch, Jane, 91, Fort Worth
Neel, Willis, 75, Fort Worth
Nunn, Louie, 79, Versailles, Ky.
Piel, Herbert, 83, Abilene
Pollock, Paul, 84, Arlington
Powell, LeRuth, 83, Fort Worth
Quinones, Norma, Arlington
Scott, Dwight, 60, Fort Worth
Smith, Loucille, 83, Fort Worth
Stafford, Jenny, 82, Arlington
Stephens, Sid, Stephenville
Swift, Custer, 82, Comanche
Watkins, Sophie, 84, Fort Worth
Whitehouse, Loretta, 82, Cleburne
Woods, Charlene, 81, Forestburg
Yancy, Robbie, 84, Fort Worth
Yoris, Ralph, 85, North Richland Hills

OBITUARIES 11-13B

---

## TRAVEL



# On the run

### Fliers find ways to game the system to rack up miles

For most travelers, it sounds like a nightmare: Boston to Tokyo and back in 36 hours.

But for some, it's the ultimate frequent-flier challenge.

Such "mileage runs" are a year-round activity for a mileage-obsessed group of travelers.

For serious miles collectors, the mileage run isn't just something squeezed into a hectic December in a rush to make sure they qualify for elite status the next year. True mileage runners know that some of the best deals can be had during slow travel seasons, such as right now, when fares are cheap and seats are empty.

When the deals are good enough, mileage runners can arbitrage airline tickets, paying less than 2 cents per mile but cashing them in for first-class tickets or upgrades that would cost far more. Two carefully played mileage runs costing a total of $700 or so can yield enough miles for a free business-class ticket to Europe, priced at roughly $7,000.

This isn't an extreme sport for road warriors; there's also a less obsessive approach. Simply adding a stop, for example, can greatly increase a trip's mileage yield.

Such tactical flight plans have become more important lately as some airlines have made it tougher to qualify for elite status. Last year, Delta Air Lines counted only half the miles flown on cheap tickets toward elite status. Continental Airlines

did the same, but after a huge outcry from customers it offered a one-year reprieve for customers booking on Continental's Web site. US Airways tried the same deal but backed off after customer complaints. American Airlines, bucking the trend, awarded more elite qualifying points.

To make mileage runs pay off, you have to really love to fly or at least love to take advantage of airline pricing idiocy, and many people do. If you play mileage runs right, you can even use the miles to upgrade future mileage runs, constantly churning accounts with added bonuses from airlines.

Not all trips have to be long to be fruitful. Mileage mavens at FlyerTalk.com posted notice recently that travelers could fly American on the relatively short hop from Los Angeles to Las Vegas and back and still collect 7,077 miles. American was running a MasterCard promotion at the time that awarded 4,000 extra miles for tickets bought for travel by March 31 using an AAdvantage MasterCard. (That promotion has expired, but others like it crop up from time to time.) Booking on American's Web site also yields a 1,000-mile bonus. Each flight earns the minimum 500 miles and is doubled for elite-level frequent fliers with American. And since the round-trip ticket was $26.50, you could earn 77 miles as a credit-card purchase. Total: 7,077 miles, or 1.06 cents a mile traveled.

SOURCE: The Wall Street Journal

---

## SUPER BOWL

### Don't let your diet get thrown for a loss

It's Super Bowl Sunday, and if you're not careful you're likely to pack in 10 times as many calories munching on buffalo wings, nachos and pizza as the teams gain in yards during the big game.

If you're throwing the party, eDiets.com offers these 10 food tips so you and your guests can snack without guilt:

1. Go with baked chips instead of fried. You'll save 40 calories and 7 grams of fat per ounce.

2. Substitute bean dip for sour cream dip. The bean dip has only 46 calories per serving. Another option: salsa, which has few calories and fat but offers a lot of flavor.

3. Use a packet of dried dip mix to make your own low-fat version. Add ½ cup of nonfat sour cream, ½ cup of nonfat mayonnaise, a ½ cup of diced fresh tomatoes, ½ cup of chopped green onion and ½ cup of chopped ripe olives, rinsed and drained. Mix and refrigerate for a half-hour before serving.

4. Instead of nuts or microwave popcorn, serve air-popped popcorn. Spray it with butter-flavored cooking spray and sprinkle it with a dehydrated powdered butter product. This has only 60 calories for three cups, only a trace of fat and about 10 grams of sodium.

5. Instead of fried finger foods, skewer some baked or grilled chicken. The skewers make for easy eating, and the chicken has only 52 calories, 4 grams of fat and 24 milligrams of sodium.

6. Use whole-wheat hero rolls as the foundation for a healthy sub. Add some turkey breast, lean roast beef or ham, lettuce, tomatoes, pickles and onions. Serve in sliced 2-inch portions.

7. Want some hamburgers and hot dogs? Try those made from lean ground turkey. Serve low-fat mayonnaise and naturally low-calorie ketchup and mustard on the side.

8. Help to fill your guests up with fiber-rich side dishes, such as broccoli or carrots.

SOURCE: eDiets.com

---

## TAXES

### Consumer protections added to free online filing program

For the second year, the IRS' Free File program will link taxpayers to Web sites of private companies that produce tax preparation software.

Based on questions and complaints raised last year, the IRS asked companies to more clearly state the services they offer, the tax forms available through each program and fees associated with optional services. Companies are not permitted to use promotional codes or rebates as a way of providing free services.

The IRS also worked to reduce the amount of unsolicited advertising. Taxpayers who use the free programs are not obliged to purchase any other services, such as refund anticipation loans.

Other changes allow taxpayers to print a copy of the return on a home computer without charge and require companies to guarantee the accuracy of their software and pay penalties and interest imposed on the taxpayer if there are miscalculations.

Most of the 16 companies participating this year target their free services to lower-income taxpayers, specifically to those eligible for the earned income tax credit. Some make the free programs available only to taxpayers in certain states. Others make the program available based on age or military duty.

The IRS encourages taxpayers to check the requirements for all 16 participating programs to see whether they qualify. Those who qualify to use more than one program are encouraged to review them all before choosing one.

You can go to the IRS Web site, www.irs.gov, to begin your search for companies offering free online filing.

If you have problems with the program, contact the software company. If the problems are systemic and can't be resolved, e-mail the IRS at helpdesk@speedymail.com.

ONLINE: Internal Revenue Service, www.irs.gov

SOURCE: The Associated Press

---

## NEW PRODUCT

### 'Pop-n-play' DVDs put young children in control



Americans have taken to the DVD format like ducks to water. And with prices of DVD players dropping below $50, the boxes and discs are increasingly finding their way into the rooms of even very young children.

But many young children find navigating the opening menus of choices on DVDs — with options such as "play movie," "selected scenes," "deleted scenes," "special features" and "audio," to name a few — overwhelming. The result is often a cry for help to a parent.

But beginning Feb. 17, Lions Gate's Family Home Entertainment division will release a series of DVDs that feature "pop-n-play" technology. When a DVD is placed in the player, it will automatically begin. Remote controls and menus are optional.

The first wave of these DVDs will include tales from the PBS animated series Clifford the Big Red Dog and the animated adventures of the Care Bears. Each of the discs, which have been digitally remastered, will cost $15 and run 80 minutes.

SOURCE: New York Times News Service



---

## TOMORROW IN NEWS 2 USE

### The taxman cometh

AARP offering free help to prepare taxes

LOTTO!
Results appear today on 3A.

QUICK READ
To help you quickly navigate the Star-Telegram, look for summaries with our longer stories. Each summary begins with a topic label in white type on a black bar.

5NEWS

LIVE, LOCAL, LATE-BREAKING NEWS AT 9 & 10PM

litary duty,
k the requirements for
er they qualify. Those
m are encouraged to

rs.g , to begin your
filing.
n, contact the software
d can't be resolved, e-
m.

JRCE: *The Associated Press*

C T

## /Ds put
## n control



ARTVILLE

ne a few — overwhelm-
to a parent.
ily Home Entertainment
feature "pop-n-play"
player, it will automati-
re optional.
ude tales from the PBS
and the animated
discs, which have been
88 minutes.

*York Times News Service*



---

OBITUARIES 11-13B

PUBLISHED BY

## Star-Telegram Operating, Ltd.
### ❯KNIGHT RIDDER❯

400 W. Seventh St., Fort Worth, Texas 76102

3201 Airport Freeway, Suite 108, Bedford, 76022

1111 W. Abram, Arlington, 76013

TO SUBSCRIBE or to report a delivery problem, dial (817) DEL-
IVER (335-4837). Outside Tarrant County call toll-free (800) 776-
STAR (-7827).

DELIVERY INFORMATION
Monday-Friday _____ 5 a.m.- 5 p.m.
Saturdays & holidays _____ 6:30 a.m.- noon
Sundays _____ 6:30 a.m.- 2 p.m.
RETAIL ADS _____ (817) 390-7765
CLASSIFIED ADS _____ (817) 332-3333
Outside Tarrant County call toll-free _____ (800) 222-3978
Monday-Wednesday _____ 7:30 a.m.-6 p.m.
Thursday-Friday _____ 7:30 a.m.-7 p.m.
CUSTOMER SERVICE AND BACK ISSUES
Arlington (817) 548-5400  Monday-Friday ___ 8 a.m.- 5 p.m.
Downtown (817) 390-7761  Monday-Friday ___ 8 a.m.- 5 p.m.
Northeast (817) 685-3800  Monday-Friday ___ 8 a.m.- 5 p.m.
PHOTO SALES _____ (817) 390-7743
Monday-Friday _____ 9 a.m.- 4 p.m.
SINGLE COPY PRICES:  Daily, 50¢; Sunday, $1.50

| Home Delivery | Mo. | Yr. | U.S. Mail (Mo.) |
|---|---|---|---|
| Daily/Sunday | $15 | $168 | $31 |
| Daily Only | $13 | $144 | $26 |
| Weekend Only (3-day weekend package and 11 holiday issues*) | $13 | $144 | N.A. |
| Sunday Only | $11 | $120 | $23 |

*New Year's Day, Martin Luther King Day, Presidents' Day, Race Day,
Memorial Day, Independence Day, Football Preview, Labor Day, Election
Day, Veteran's Day, and Thanksgiving Day where applicable).

All prices include sales tax and postage. Mail prices are for the U.S. and
its possessions; foreign rates available upon request. Advance payment
required.

Star-Telegram customers may use their Internet accounts to com-
municate with customer service representatives. Write to us at
paper@star-telegram.com. When appropriate, e-mail may be for-
warded to other newspaper staff members.

For guaranteed same-day delivery of missed copies in Tarrant County,
please call by noon, seven days a week. Our mission is to provide sub-
scribers with the best possible delivery service. Should we be unable
to resolve a subscription problem to your satisfaction, call Weldon
Whiteman, Vice President/Circulation, at (817) 215-2218.

The Fort Worth Star-Telegram (USPS 206-260) is published daily. Periodi-
cal postage paid at Fort Worth, Texas. Postmaster: Send address changes
to Fort Worth Star-Telegram, P.O. Box 1870, Fort Worth, Texas 76101.

Circulation: 235,917 daily; 329,739 Sunday.
Readership: 590,400 daily; 842,090 Sunday.



Results appear today on 3A.

**QUICK READ**  To help you quickly
navigate the *Star-
Telegram*, look for summaries with our
longer stories. Each summary begins
with a topic label in white type on a
black bar.



---

WITH YO
USE IT
FOR EXTR
SAVINGS
THROUGH
THE STOR
ALL DAY

PLUS

## SALE 34.99
VALERIE STEVENS
CASHMERE SWEATERS
(M•P)
Orig. $84-$150

## SALE 14.99
LEVI'S®, DOCKERS®, LEE
& BILL BLASS JEANS
& PANTS FOR HER
Orig. 24.99-39.99
Clearance styles. Shopping pass discount
does not apply to Levi's & Dockers.

## SALE 14.99
BRAS BY BALI, MAIDENFOR
PLAYTEX, VANITY FAIR, OL
WARNER'S, BARELY THER
& LILYETTE

## CAUSE NO. 0920589A

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE CRIMINAL |
| vs. | §<br>§<br>§ | DISTRICT COURT TWO OF |
| EDWARD BUSBY, JR. | §<br>§ | TARRANT COUNTY, TEXAS |

## AFFIDAVIT OF DARLEAN SPANGENBERGER - *THE DALLAS MORNING NEWS*

STATE OF TEXAS          §
                        §
COUNTY OF DALLAS        §

BEFORE ME, the undersigned authority, on this day personally appeared DARLEAN SPANGENBERGER, being by me duly sworn, deposed as follows:

My name is Darlean Spangenberger. I am over the age of twenty-one (21), and of sound mind, capable of making this Affidavit, and have personal knowledge of the facts herein stated, and each such fact is true and correct.

1.      I am a custodian of the records of *The Dallas Morning News*. With this affidavit, I have produced the articles that appeared in *The Dallas Morning News* which maintains a record of stories published in *The Dallas Morning News*. The attached pages are true and correct copies of articles regarding Edward Busby. These pages of said records are kept by *The Dallas Morning News* in the regular course of business, and it was the regular course of business of *The Dallas Morning News* for an employee or representative of *The Dallas Morning News*, with knowledge of the act, event, condition, opinion or diagnosis recorded, to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time of the occurrence of the act, event, condition, opinion or diagnosis being recorded, or reasonably soon thereafter.

DEFENDANT'S EXHIBIT NO. ⬛⬛25
PENGAD 800-631-6989
LC 10-7-05

DALLAS3 1112175v1 07304-00017

2.    The records attached hereto are the original or exact duplicates of the originals.

FURTHER AFFIANT SAITH NOT.



DARLEAN SPANGENBERGER
Custodian of Records

SUBSCRIBED AND SWORN TO before me this 29 day of September, 2005 to certify which witness my hand and official seal.

MICHAEL E. FRAZIER
NOTARY PUBLIC STATE OF TEXAS
COMMISSION EXPIRES:
NOVEMBER 29, 2008

Notary Public - State of Texas
My Commission Expires: _NOV 29 '08_

DALLAS3 1112175v1 07304-00017

## CAUSE NO. 0920589A

| | | |
|---|---|---|
| **THE STATE OF TEXAS** | § § § § § | **IN THE CRIMINAL** |
| **vs.** | | **DISTRICT COURT TWO OF** |
| **EDWARD BUSBY, JR.** | | **TARRANT COUNTY, TEXAS** |

### <u>AFFIDAVIT OF JOHNA BAKER – WFAA-TV</u>

STATE OF TEXAS      §
                             §
COUNTY OF DALLAS    §

BEFORE ME, the undersigned authority, on this day personally appeared JOHNA BAKER, being by me duly sworn, deposed as follows:

My name is Johna Baker. I am over the age of twenty-one (21), and of sound mind, capable of making this Affidavit, and have personal knowledge of the facts herein stated, and each such fact is true and correct.

1. I am a custodian of the records of WFAA-TV. With this affidavit, I have produced average household viewership data for WFAA-TV news programs for the period of February 2004. This page of said records are kept by WFAA-TV in the regular course of business, and it was the regular course of business of WFAA-TV for an employee or representative of WFAA-TV, with knowledge of the act, event, condition, opinion or diagnosis recorded, to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time of the occurrence of the act, event, condition, opinion or diagnosis being recorded, or reasonably soon thereafter.

2. The records attached hereto are the original or exact duplicates of the originals.

DEFENDANT'S EXHIBIT
NO. 26



**WFAA**

**ESPIRIT OF TEXAS**

## Marketron TV Sales
Johna N. Neal-Baker - 9/29/05  9:34 AM

## Ranker
Dallas-Ft. Worth - Feb04 PAV Nielsen

| Station | Program/Time | | HH (000) | (000)<br>P 2+ | | | |
|---------|--------------|---|----------|---------------|---|---|---|
| WFAA<br>ABC | DAYBREAK-500AM<br>Mo-Fr  5:00a- 5:30a | Rtg/(000)<br>Shr<br>HUT/PVT | 36 p<br>11<br>333 | 42 p<br>18<br>229 | | | |
| WFAA<br>ABC | DAYBREAK-530AM<br>Mo-Fr  5:30a- 6:00a | Rtg/(000)<br>Shr<br>HUT/PVT | 52 p<br>12<br>417 | 68 p<br>20<br>337 | | | |
| WFAA<br>ABC | DAYBREAK<br>Mo-Fr  6:00a- 7:00a | Rtg/(000)<br>Shr<br>HUT/PVT | 91 p<br>15<br>591 | 113 p<br>18<br>639 | | | |
| WFAA<br>ABC | NEWS 8 AT NINE<br>Mo-Fr  9:00a-10:00a | Rtg/(000)<br>Shr<br>HUT/PVT | 86 p<br>12<br>709 | 94 p<br>14<br>685 | | | |
| WFAA<br>ABC | NWS 8 MIDDAY<br>Mo-Fr 12:00p- 1:00p | Rtg/(000)<br>Shr<br>HUT/PVT | 125 p<br>16<br>797 | 140 p<br>19<br>750 | | | |
| WFAA<br>ABC | NWS 8 MIDDAY<br>Mo-Fr 12:00p- 1:00p | Rtg/(000)<br>Shr<br>HUT/PVT | 125 p<br>16<br>797 | 140 p<br>19<br>750 | | | |
| WFAA<br>ABC | NEWS 8 AT FIVE<br>Mo-Fr  5:00p- 5:30p | Rtg/(000)<br>Shr<br>HUT/PVT | 187 p<br>17<br>1114 | 221 p<br>14<br>1588 | | | |
| WFAA<br>ABC | CH8 NWS AT 600<br>Mo-Fr  6:00p- 6:30p | Rtg/(000)<br>Shr<br>HUT/PVT | 192 p<br>15<br>1268 | 253 p<br>13<br>1909 | | | |
| WFAA<br>ABC | NWS 8-UPDATE<br>Mo-Su 10:00p-10:30p | Rtg/(000)<br>Shr<br>HUT/PVT | 201 p<br>14<br>1430 | 280 p<br>13<br>2156 | | | |

Denotes program average applied.
DMA - DMA Estimates for Broadcast Stations. Hardwired Cable Estimates for Cable Networks. DMA Universe for both. No ADS.
HWC - Hardwired Cable Estimates. Cable Universe Only. No ADS.
Prepared with MARKETRON TV SALES v6.1.8. © 2005 Marketron International (205) 987-7456. Marketron TV Sales and its design are
trademarks of Marketron International. Data © Nielsen Company. Subject to the limitations and restrictions stated in the original report.



Page 1 : Finished

CASE NO. 0920589A

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE CRIMINAL |
| | § | |
| vs. | § | DISTRICT COURT TWO OF |
| | § | |
| EDWARD BUSBY | § | TARRANT COUNTY, TEXAS |

## AFFIDAVIT OF MARIA BARRS

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF TARRANT | § |

·   BEFORE ME, the undersigned authority, personally appeared, Maria Barrs, who, being by me duly sworn, deposed as follows:

1.      "My name is Maria Barrs, I am over the age of eighteen years, of sound mind, capable of making this affidavit, and personally acquainted with the facts stated herein.

2.      "I am the Vice President of News for NW Communications of Texas, Inc., and its television KDFW FOX 4, ("KDFW FOX 4") in the Dallas-Fort Worth, Texas market.

3.      KDFW FOX 4 broadcast news reports regarding Edward Busby, Jr. on February 2, 19 and 20, 2004, and on March 31, 2004, during its newscasts broadcast each day from 5:00 a.m. through 9:00 a.m., 5 p.m. through 6:30 p.m. and from 9:00 p.m. through 10:30 p.m..

4.      KDFW FOX 4's viewing audience includes thirty-two counties in Texas, including Tarrant County.  While we do not have any information about how many Tarrant County residents watch our newscasts, we know that Tarrant County comprises approximately 25% of the total viewing market of thirty-two counties and that, in the viewing market, we have



DEFENDANT'S
EXHIBIT
NO.



the most-watched newscasts in the morning, reaching approximately 90,000 people, usually the second most-watched newscasts in the evening, reaching approximately 120,000 people, and our late news is steadily gaining viewers, reaching over 145,000 people.

Further Affiant sayeth not.

Maria Barrs, Vice President News
NW Communications of Texas, Inc.

SWORN TO AND SUBSCRIBED before me on the 21 day of October, 2005.

[Seal]



KRISTI BAUGH
NOTARY PUBLIC STATE OF TEXAS
COMMISSION EXPIRES:
MARCH 29, 2007

Notary Public, State of Texas

Kristi Baugh
[printed name]:

My Commission Expires:

3-29-07

4061319v.1

## CAUSE NO. 0920589A

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE CRIMINAL |
| | § | |
| vs. | § | DISTRICT COURT TWO OF |
| | § | |
| EDWARD BUSBY, JR. | § | TARRANT COUNTY, TEXAS |

## AFFIDAVIT OF WESLEY JACKSON – BELO INTERACTIVE MEDIA

STATE OF TEXAS      §
                     §
COUNTY OF DALLAS    §

BEFORE ME, the undersigned authority, on this day personally appeared WESLEY JACKSON, being by me duly sworn, deposed as follows:

My name is Wesley Jackson. I am over the age of twenty-one (21), and of sound mind, capable of making this Affidavit, and have personal knowledge of the facts herein stated, and each such fact is true and correct.

1. I am a custodian of the records of Belo Interactive Media. With this affidavit, I have produced the visitor and page view statistics for DallasNews.com and WFAA.com for January 2004 and February 2004. These records are kept by Belo Interactive Media in the regular course of business, and it was the regular course of business of Belo Interactive Media for an employee or representative of Belo Interactive Media, with knowledge of the act, event, condition, opinion or diagnosis recorded, to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time of the occurrence of the act, event, condition, opinion or diagnosis being recorded, or reasonably soon thereafter.

2. The records attached hereto are true and correct copies.



DEFENDANT'S
EXHIBIT
28
NO.   11-3105

**Page 1**

FURTHER AFFIANT SAITH NOT.

WESLEY JACKSON
Custodian of Records

SUBSCRIBED AND SWORN TO before me this _30_ day of September, 2005 to certify which witness my hand and official seal.



MICHAEL E. FRAZIER
NOTARY PUBLIC STATE OF TEXAS
COMMISSION EXPIRES:
NOVEMBER 29, 2008

Notary Public - State of Texas
My Commission Expires: _NOV 29. 08_

**Page 2**

DALLAS3 1112392v1 07304-00017



| | Jan-04 | Feb-04 |
|---|---|---|
| DallasNews.com | | |
| Unique Users | 2,541,715 | 2,501,288 |
| Page Views | 35,421,917 | 32,226,932 |
| | | |
| WFAA.com | | |
| Unique Users | 253,192 | 274,622 |
| Page Views | 5,605,547 | 5,728,878 |

*Source: Metric Report:  2004 Traffic Summary*

## CAUSE NO. 0920589A

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE CRIMINAL |
| | § | |
| vs. | § | DISTRICT COURT TWO OF |
| | § | |
| EDWARD BUSBY, JR. | § | TARRANT COUNTY, TEXAS |

### AFFIDAVIT OF PAUL PERDUE – WFAA-TV

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF DALLAS | § |

BEFORE ME, the undersigned authority, on this day personally appeared PAUL PERDUE, being by me duly sworn, deposed as follows:

My name is Paul Perdue. I am over the age of twenty-one (21), and of sound mind, capable of making this Affidavit, and have personal knowledge of the facts herein stated, and each such fact is true and correct.

1.    I am a custodian of the records of WFAA-TV, Inc. With this affidavit, I have produced VHS tapes from the records and recordings of WFAA-TV, Inc., which maintains a record of news stories broadcast by WFAA-TV. These records are kept by WFAA-TV in the regular course of business, and it was the regular course of business of WFAA-TV, Inc. for an employee or representative of WFAA-TV, Inc., with knowledge of the act, event, condition or opinion recorded, to make the record or to transmit information thereof to be included in such records and recordings. These records were made at or near the time of the occurrence of the act, event, condition, opinion or diagnosis being recorded, or reasonably soon thereafter.

2.    The news coverage contained in the attached videotape are exact duplicates of the stories broadcast by WFAA-TV, Inc., pertaining to Edward Busby Jr.



DEFENDANT'S
EXHIBIT
NO. 29

FURTHER AFFIANT SAITH NOT.

_____
PAUL PERDUE, Custodian of Records

SUBSCRIBED AND SWORN TO before me this 30 day of September, 2005 to certify which witness my hand and official seal.



MICHAEL E. FRAZIER
NOTARY PUBLIC STATE OF TEXAS
COMMISSION EXPIRES:
NOVEMBER 29, 2008

_____
Notary Public - State of Texas
My Commission Expires: NOV 29 08





DEFENDANT'S
EXHIBIT
30
NO. BC 11-3-05

PENGAD 800-631-6989





PENGAD 800-631-6989

DEFENDANT'S
EXHIBIT
31

NO. 8c 11-3-05



Item # 82

Press' Conference

Latimer / Busby

I, KATHLEEN LATIMER PRIOR TO MAKING ANY STATEMENT, HAVING BEEN DULY WARNED BY **DET. C. D. JOHNSON I.D. 2455**, THE PERSON TO WHOM; THIS STATEMENT IS MADE; THAT I HAVE THE RIGHT TO REMAIN SILENT AND NOT MAKE ANY STATEMENT AT ALL AND THAT ANY STATEMENT I MAKE MAY BE USED AGAINST ME AT MY TRIAL; THAT ANY STATEMENT I MAKE MAY BE USED AS EVIDENCE AGAINST ME IN COURT; THAT I HAVE THE RIGHT TO HAVE A LAWYER PRESENT TO ADVISE ME PRIOR TO AND DURING ANY QUESTIONING; THAT IF I AM UNABLE TO EMPLOY A LAWYER, I HAVE THE RIGHT TO HAVE A LAWYER APPOINTED TO ADVISE ME PRIOR TO AND DURING ANY QUESTIONING: AND THAT I HAVE THE RIGHT TO TERMINATE THE INTERVIEW AT ANY TIME. HAVING BEEN INFORMED OF THESE, MY RIGHTS, AND UNDERSTANDING SAME. I HEREBY FREELY, INTELLIGENTLY, VOLUNTARILY AND KNOWINGLY WAIVE THESE RIGHTS AND NOT DESIRING A LAWYER, VOLUNTARILY CHOOSE TO MAKE THE FOLLOWING STATEMENT:

MY FULL NAME IS KATHLEEN LATIMER. I AM 39 YEARS OF AGE. MY DATE OF BIRTH IS 08-03-64. I AM CURRENTLY IN THE TARRANT COUNTY JAIL. I HAVE CO MPLETED 12 YEARS OF SCHOOL.

**STARTING TIME: 1715hrs.**
**TYPED BY: Beronica Bribiesca**
**DATE: February 20, 2004**
**350 WEST BELKNAP STREET**
**FORT WORTH POLICE DEPARTMENT**

I wasn't completely honest with my first statement. And would like to correct all un-false statements.

On January 30 at approximately early morning J. B who is Edward Busby and his friend by the name of Shawn that's all I know, picked me up at the Valley View Motel on Lancaster. A room that was previous rented that Thursday by me and J. B. We went to the dope house to a friend's house by the name of Poochie. From there we did a what' call a beer run and back to the dope house. Shawn the guy's car that J. B. was driving said that he needed to get home. He had been out all weekend. J. B. said just one more thing and we'll let you go. Actually I remember hearing J. B. telling Shawn since he was buying dope, cigarettes, gas and alcohol all night that J. B. would let him go when he got ready to. J. B. said he was lucky that he just didn't put him out of the car and took the car. The three of us to went Tom Thumb grocery store parking lot. J. B. got out, told me to get in the driver's seat. Shawn was sitting in the back. J. B. said to be ready for him to come out the store. J. B. went in the store, I'm not sure which store. I was behind the wheel when Shawn reached over behind me and turned the car off and grabbed the keys. He then made me get out of the car and left me standing in the parking lot. I was screaming at Shawn to get my stuff out of the car, I had some cigarettes and some beer in the car. The manager of Tom Thumb came into the parking lot asked me if I was okay, I told him no. I told him that I was looking for my boyfriend that we had been left. The manager asked me if my boyfriend was in his store Tom Thumb. I said I wasn't sure and he offered to page him and I said okay and he did. He paged him by the name Edward Busby. J. B. never responded so I went outside to the parking lot. That's when I saw J. B. walking up, I was upset, I was crying and I told J. B. what happened. Of course he blamed it all on me. He then called me a bitch and told me that I was no gangster and that he ought to whip my ass right here in front of all these white motherfuckers. I told him that it was his fault. I asked him where the hell I was. He said he didn't know, but

1



DEFENDANT'S EXHIBIT 3

Case 4:09-cv-00160-O Document 126-17 Filed 05/04/26 Page 153 of 519 PageID 11964

me and he would go find us a ride home. I went and sat on a bench outside of Tom Thumb's. J. B. then walked out to the parking lot, I thought he would make Ronald Rage who was going Not too long after that I heard a whistle that he always uses to get my attention. I stood up and looked into the parking lot but I did not see him. He then hollered and I noticed that he was standing by a cream colored Nissan driver's side. He was motioning for me to come to the car. That's when I noticed an older white lady in the front passenger seat. I got in the back seat on the driver's side. J. B. was in the driver's seat. Mrs. Crane (I was later to learn her name) was the lady in the front passenger seat. She spoke immediately to me, calling me darling. He told her to shut up and not to talk to me. He then threw a black purse to the back seat and told me to search it. I asked him what was going on. He told me to do as he said. He told me don't make me show you "what it do" (a Crip saying "threat" knowing he meant if I didn't shut up he would hit me). I then searched the purse and found I believe it was $13 and some credit cards. As soon as I pulled the credit cards out, J. B. asked me what kind they were. I told him one was a Tom Thumb, there were three credit cards from the same bank. One being a business, personal and I'm not sure about the other one. While this was going on, Mrs. Crane was trying to talk to him. He kept hollering at her telling her to shut up, she didn't seem scared. That surprised me because I was hysterical. I had never been in this type of situation before and J. B. was scaring me. He kept telling her that she needed to listen to me and be quiet cause I knew how he could hurt. He told her he was a killer. And that he would kill again. Boy I was scared. He told Mrs. Crane to give him the pin number to the credit card at first she said she didn't know it. That's when he grabbed her and like he was going to hit her. I hollered, "J. B. don't!" and he reached around and backhand me in the mouth. I assume because I said his name. Mrs. Crane then gave J. B. the pin number to the credit card and asked J. B. did his mother know what you are doing. That made him really mad and he slapped her in the face. In my heart I knew that we were both in danger. J. B. handed me a black divider told me to look inside that's when I found a check already written out for cash for $175 from the Wells Fargo Bank. I then gave it to J. B. We went to a Fast Track gas station on Beach Street close to interstate 121. J. B. handed me the credit cards and a little red snap change purse. He told me to go inside and go to the ATM machine and check the number and get as much money as possible. He told me "Kitty don't be stupid. Don't play no games. Go inside and do just what I'm telling you and come right out." I knew then that he would hurt me or Mrs. Crane if I didn't come right out. We pulled up in the parking lot close to the door and I got out and went inside. I went to the ATM machine and checked all three cards with the pin number and in the savings and checking account and could not withdraw anything. I came out the store and did not see them nowhere. So I went back to the store bought a Sunkist with money I had on me already. I came out the store, at first I did not see the car I started to walk on the back street and noticed they were parked at the carwash next door. J. B. was hollering for me to hurry up. When he found out that I didn't get any money. He started hollering calling me a stupid hoe said that I was suppose to get it from the credit card account. He was really mad. He then pulled off, we went somewhere off of Beach and pulled around a house in a deserted yard or something. He told me to scoot over and get out and open Mrs. Cranes door and let her out. I thought at first he was going to let her go. I kept telling Mrs. Crane shhh.... She told me, "okay sweetie." Neither one of us at that point knew what was going to happen. He then came to the passenger side door and grabbed Mrs. Crane by the arm, walked her to the back of the car where he opened the trunk and told her to get in. She got in and he closed the trunk. I just kind of stood there, I was in shock I wanted to run but I was too scared. He started hollering for me to get back in the car unless I wanted to get in the trunk with her. I guess in my mind I tried to block it. We went to the bank. I signed the back of the

2

Case 4:09-cv-00160-O   Document 126-17   Filed 05/04/26   Page 154 of 519   PageID 11965

cards and sent it to the window. We sat there for about ten minutes when the bank teller came on the intercom and said, "Sir" and both of us answered yes. She wanted to know if Mrs. Crane was in the car and we both answered yes. Then the money then came through the shoot. He handed me $60 I think. From there we went across the street to a store where they sell CDs. He went inside and bought a CD by 50 Cent. He came out of the store and we then went to the dope man on Davis Street. He got out and went inside bought some dope and came back out. We then got on 35 north, went to the first truck stop where he pulled up to the gas pump. He told me to take one of the credit cards to see if it worked for gas. It did. He then sent me into the store to check the ATM with the charge account. When I got inside there was a man working on the ATM machine and I was not able to check it. I went to the cooler and got two eight packs of Smineroff black label, went to the counter and asked for cigarettes. J. B. then came into the store. He didn't notice the man working on the ATM at first because he asked me what the fuck was I doing. I said look behind you. The cashier rang up the items, I hand her one of the credit cards and signed the ticket. J. B. had already went back to the car. I then went out and met him. We left there, went up 35 north to the second truck stop. He parked us by ourselves way off somewhere close to the road. But still where he could watch me. He told me to go into the store straight to the ATM machine and use the pin number for the charge account. He told me to make sure that I bring him all transactions receipts. He also said that I better not play any fucking games. I got out the car, went straight inside and went straight to the ATM machine. I put one of the cards in, pushed the pin number and withdrew $300. I then put a second card in and did the same thing and received the same amount. I tried it the third time and it would not work. I think I tried it again. I took the $600 and put it in the red snap change purse and went to the bathroom. I came out of the store J. B. was standing at the back of the car of the trunk. He was gesturing did I get anything as I was walking across the parking lot. I gestured back yes. We got back in the car and I handed him change purse and all. He then checked the receipts. He had me count the money and handed me $300 and said everything was half and half. We then got back on 35 north. Our next stop was the Factory Outlet right off of 35. It's a discount clothing store of some type. We parked in the middle of the parking lot, we both got out and went inside. He went to buy what he wanted to buy and I went to buy what I wanted to buy. He was finish at no time at all. And he was hollering for me to hurry up. But I had just started. He then left the store while I continued to shop. About twenty minutes went by he came back in hollered if I was done yet. I told him almost. He told me to hurry my fucking ass up. He then left again. I finished shopping and came out. He had pulled the car up to the door so I could get in. He seemed to be in a better mood. So I tried talking to him I asked her if he was going to let her go. He asked me what did I want. And I said please don't kill her J. B. That's when he told me that he had to because she had seen his face. He was talking crazy at one point that he was doing this for us. That he was getting us away. That's when I asked him the second time please don't kill her. He told me that it would be okay he had done this before. He said he was a double O. G. Crip for life. He said he was a killer. He told me that it gets easier every time. That's when I remember that he had told me back when we first met and our relationship first came serious that he had killed in Florida and said he knew what he was doing. I told him that I couldn't do it and I really wished he wouldn't do it. He told me he had to. And if he had to that he would kill me too, if he thought I would become weak. He then reminded me that I was his Queen for life. That he branded me "left buttocks." And that if I wasn't with him, I'd be with no one including my family. J. B. knows everything about me, about my family and has told me many times that if he

3

Case 4:09-cv-00160-O   Document 126-17   Filed 05/04/20   Page 155 of 515   PageID 11966

as he said. Not so much to keep myself safe but to make sure my family stayed safe. We then stopped at a store here in Texas I'm not sure where close to the Oklahoma and line. He told me to go inside and buy duck tape. I then went in the store, I bought the duck tape, two scratch off tickets and a box of Choy Boy. He kept honking the horn for me to hurry up. So I came out the store got in the car and got back on 35 north and stopped at another store. He then told me to go inside. At first I asked him for what and he said I don't know go to the bathroom or something. I asked him what he was going to do. He told me not to ask him any questions he would show first hand. He then said to go buy some Vaseline. I went into the store, I asked the lady if she had Vaseline she said no and pointed to a shelf with some traveling personals on display. I made the comment that Texas had lost it's mind for these outrageous prices. The lady then laughed and said Welcome to Okalahoma, you're not in Texas anymore. I had no idea that I was in Okalahoma. I bought a small thing of baby oil and came out the store. J. B. had parked the car on the side of the store close to a dumpster, as I was walking to the car he was leaning in the back, it looked as if he was fixing the back seat. I got in the car as we were driving off, I asked him if she was still back there. He told me no. That he had taken care of her. This was just after the conversation we had about me not wanting him to kill her. I didn't hear anything, so at first I believed him. We got back on 35 north and went to a hotel where he asked me to hand him $50, he got out and rented a room in his name. While he was in the office I at first heard a strange noise, I didn't know what it was in the beginning I thought maybe a tire had a hole in it. I listen more closely, that's when I realized Mrs. Crane was still in the trunk and what I was hearing was her breathing. I started crying. I felt sick. I was shaking real bad. I wanted to run but I was scared, I didn't even know where I was. He came out of the motel office and saw me crying. I called him a liar. He accused me of looking through the back seat to the trunk. I told him no I hadn't but that I could hear her. We drove around to the room. We were in the last room on the bottom at the back on the left side of the motel. He told me just to go inside. He got out and opened the motel door. And he unloaded the car from where we went shopping. I was still trying to calm down. He didn't say anything to me, but he kept looking at me with this crazy look. That's when I knew that I had to look tuff. Or I might end up just like Mrs. Crane. Inside the motel he told me to run his bath water. He took a bath and got dress first. While I was in the shower he told me that he was going to buy a pair of shoes and he would be right back. He then left. He was gone quit a while, he came back he had some new shoes and some food from Jack in the box. Before he had left he told me to be dress by the time he got back. We then left together to go look for some crack cocaine. We first stopped at a store on 12th Street where he went inside and talked to the cashier asking her where the hood was or the black neighborhood. He got directions from her and came out and handed them to me to read them as he drove. We went 12th Street to 7th Ave. We stopped somewhere on 7th, he got out to talk to several black males about buying some crack. I waited in the car. He came back to the car and we continued to drive on where he got out on 4th Ave and talked to a black male at some apartments that has a black gate around it. He got back in the car with no luck, told me that the first place we had stopped is where it was and that they were probably just scared that we were the police. I told him not to worry about it I just wanted to go back to the motel. He said he was hungry, so we stopped at Taco Bueno where we both went inside and he ordered his food while I was ordering my he went back to the car. I stayed inside and waited for the order. From there we went to a Dollar store, where he went inside and bought a hat, I think it's black and blue. Again I was told to wait in the car, he took the keys with him. I didn't hear her no more though. I tried to listen to see if I could hear her breathing but I couldn't. He came out the store and drove to the other side of the parking lot where a brown wood fence was. He went up a hill to the other side

4

lap. I just scooted down in the seat. He got out went to the back of the car and opened the trunk. I could hear him talking but I couldn't hear what he was saying. It sounded like he was mad. I could also hear tape being ripped. I could feel the car moving. I tried to look in the mirror but I didn't see anything. I tried to pull my visor down to see out that mirror but the visor is backwards. I looked up and seen a police car and silently prayed that it would come in the parking lot. I didn't know what was happening. I felt like I was caught in a nightmare some kind of bad movie. Then I heard some kind of loud thump or something, I started crying. I put my head in my lap at that time. He then closed the trunk and I wanted to turn around and look back but I was scared. He got back in the car and I didn't say anything and neither did he. We returned to the room, when we got up the following morning he was in a big hurry to leave the room. He wanted to check the credit cards before it was too late. He had me rushing around getting our stuff together and put it in the car. He took the clothes he was wearing the day before and put them in the motel dumpster and got mad when were leaving and he noticed that I didn't give him my clothes to throw away. We went and checked out and went across the street to a small truck stop, where we both went inside, he had me check the ATM. At that time it wasn't working anymore. He bought pizza and we got back in the car. He pulled into the store dumpster and told me to throw all my clothes away, but I didn't throw my shoes away. I didn't even want to throw my clothes away. He had taken the sheet from the motel room before we left. I didn't notice at first. We got on 35 north and drove I'm not sure how far up, then he got off the highway on to a side road. He told me just don't say nothing. He had this crazy look in his eye. He parked on the side of the road. That's when I noticed the sheet in the back seat. He got out the car, opened the back seat got the sheet and told me don't look. I never did. I kept looking down at my lap. I heard him open the trunk, I heard movement after while I heard the trunk being closed I never looked up. A few minutes later he got back in the car and we got lost trying to get back on the interstate and stopped at a store and checked the credit card one more time. J. B. told me never to say anything. Without no body there is no evidence. From there we drove to Okalahoma City.

*Confession* ✗

After finding out that J. B. had given a full ~~confusion~~ to the murder of Mrs. Crane I then felt I could talk before that I was scared not so much for myself but for my family. I called the FBI collect twice, the second time they accepted. I spoke to a special agent and told him that I wish to speak to special agent Jim and Mike. I had spoken to these two agents on February 1. I also asked the man on the phone if Fort Worth was still in town. I asked him if he knew how I could get in touch with the two detectives from the Fort Worth Homicide. He put me on hold and came back and told me that Jim and Mike would come and talk to me as soon as possible. I also wrote three request to staff to speak to Homicide in Okalahoma (Mr. Kirby).

5

Q. How many Duct tape did you buy?
A. Just one.
Q. Whenever y'all were driving did you hear Mrs. Crane make any noise?
A. In the beginning when we were first in Texas.
Q. When you heard the duck taped being torn what did you think he was doing?
A. I wasn't sure. Really I wasn't sure.
Q. How did she get covered in leaves? Do you know?
A. No.

Beronica Bribiesca read this back to me.

ENDING TIME: 1945hrs.

_Kathleen Latimer_
Kathleen Latimer

This statement is true that I have told to Det. Johnson.

_Beronica Bribiesca_
Witness

~~When~~

When J.B. and I went to sign our waivers to come back to Texas. We was handcuffed together. J.B. Told me that there was no way that we was going to be convicted of Capital Murder since ~~~~ He did not Kill her in _Texas_.

_Kathleen Latimer_





PENGAD 800-631-6989

DEFENDANT'S
EXHIBIT
4

NO. BE 11-16005



THE
## Way of Life
BIBLE CORRESPONDENCE COURSES

# CERTIFICATE

GIVEN TO EDWARD BUSBY

WHO HAS COMPLETED THE SERIES OF STUDIES IN

SEPTEMBER 7, 2004 *The Gospel According to* LUKE

PRESENTED IN TUCSON, AZ USA

DIRECTOR



# Certificate
## of
## Recognition

Presented to

*Edward L. Busby Jr.*

for Completion
of the

## World Bible School
Knowing Jesus

TEACHER

INTERNATIONAL DIRECTOR

FOUNDER

DEFENDANT'S
EXHIBIT
6
11-16-05



Certificate
of
Recognition

Presented to

*Edward Busby*

for Completion
of the

**World Bible School**
God Has Spoken

DEFENDANT'S
EXHIBIT
7

FURTHER AFFIANT SAITH NOT.



JOHNA BAKER
Custodian of Records

SUBSCRIBED AND SWORN TO before me this 20ᵗʰ day of September, 2005 to certify which witness my hand and official seal.

Timothy John Bunkley
My Commission Expires
August 19, 2006

Notary Public - State of Texas
My Commission Expires: 8/19/06

**Page 2**

DALLAS3 1112414v1 07304-00017



# New Discovery Bible School

### Offering a Better Life

*This is to certify that*

## *Edward Busby*

*has successfully completed*

# New Discovery

## *Your Destiny*

9-14-2005
Date

*Brother Paul*
Teacher

*Seventh-day Adventist Church*

DEFENDANT'S
EXHIBIT
9

NO ex 11-16 DS

PENGAD 800-631-6989
























FOR LOCAL USE

STANDARDIZED TEST/TEAMS RESULTS

TEAMS CONFIDENTIAL
GRADE 9   TEST DATE: 02/87
BIRTH DATE: 07/25/72
STUDENT: BUSBY EDWARD L
I.D. NO.: (OPTIONAL)
DISTRICT: 090-904 PAMPA ISD
CAMPUS: 001 PAMPA H S
                    SCALED SCORE  SUBJECT MASTERY
MATHEMATICS   EXEMPT-ARD
READING       EXEMPT-ARD
WRITING       EXEMPT-ARD

TEAMS CONFIDENTIAL
EXIT LEVEL 11  TEST DATE: 10/88
BIRTH DATE: /   /
STUDENT: BUSBY JUNIOR
I.D. NO.: (OPTIONAL)
T.NUMBER: 881-1631-467
DISTRICT: 090-904 PAMPA ISD
CAMPUS: 001 PAMPA H S
                    SCALED SCORE  SUBJECT MASTERY
MATHEMATICS     EXEMPT-ARD
LANGUAGE ARTS   EXEMPT-ARD

DEFENDANT'S
EXHIBIT
21
NO. C-11-16-05
PENGAD 800-631-6989

CAMPUS 001
BUSBY EDWARD L
17031

T ISSUED BY THE PAMPA HIGH SCHOOL, PAMPA, TEXAS

LAST    FIRST    MIDDLE        X   Entered from _____   ___   ___ Date entered ___ ___

ACADEMIC ACHIEVEMENT RECORD SENT:

REQUESTING AGENCY        DATE SENT
Clara lo HS              8-29-80
 self                    10-1-90
Tarrant Co. D.A.         9-13-05

ACADEMIC ACHIEVEMENT RECORD SENT:

REQUESTING AGENCY        DATE SENT

HONORS / ACTIVITIES

SPECIAL COMMENTS

FULL LEGAL NAME **Busby, Edward**
LAST — FIRST — MIDDLE

STUDENT NO _____ ETHNICITY _____
SOCIAL SECURITY NO _____
DATE OF BIRTH **7/25/72** PLACE OF BIRTH _____ SEX ____
✓ PARENT'S OR ____ GUARDIAN'S NAMES **LaVerne Busby**

CURRENT ADDRESS **1136 Varnon Dr. Pampa TX**
MOST RECENT STREET — CITY — STATE/ZIP
FORMER ADDRESS _____
STREET — CITY — STATE/ZIP

HOME PHONE **(806) 665 3682** BUSINESS PHONE ( )

## STATE OF TEXAS ACADEMIC ACHIEVEMENT RECORD

NAME OF HIGH SCHOOL **Pampa High School**
PHONE NO. ( ) _____ PROPOSED DATE OF GRADUATION _____
HIGH SCHOOL ADDRESS **111 E. Harvester Pampa**
STREET — CITY — STATE/ZIP CODE
DISTRICT NAME **P.I.**
TEA COUNTY-DISTRICT-CAMPUS NUMBER **090-904-001**
RANK _____ NO. IN CLASS _____ DATE OF RANKING __/__/__
GRADE POINT AVERAGE _____ DATE GRADUATED __/__/__
LAST DISTRICT/HIGH SCHOOL ATTENDED _____

ADDRESS _____
STREET — CITY — STATE/ZIP CODE

COLLEGE BOARD CAMPUS CODE NUMBER **445-350**
HIGH SCHOOL PROGRAM _____
ADVANCED HIGH SCHOOL PROGRAM _____
ADVANCED HIGH SCHOOL HONORS PROGRAM _____
DATE OF FIRST ENTRY IN 8TH GRADE __/__/__

### TEAM MASTERY, EXIT LEVEL

| ENGLISH LANGUAGE ARTS | MATHEMATICS |
|---|---|
| __/__ MO. / YR. | __/__ MO. / YR. |

SIGNATURE AND TITLE OF SCHOOL OFFICIAL

### GRADE — 19 86 – 87

| | ABBREVIATED COURSE NAME | | 1ST SEM GRADE | 2ND SEM GRADE | CREDIT | T |
|---|---|---|---|---|---|---|
| ENGLISH LANGUAGE ARTS | CORR LA1 | S | 82 | 82 | 1.00 | |
| MATHEMATICS | F O M | S | 75 | 75 | 1.00 | |
| SCIENCE | | | | | | |
| SOCIAL STUDIES | | | | | | |
| HEALTH | | | | | | |
| PHYSICAL EDUCATION | PE EQUIV | | 95 | 97 | 1.00 | |
| OTHER LANGUAGES | | | | | | |
| FINE ARTS | ART 1 | | 68 | 70 | .50 | |
| COMPUTER SCIENCE | | | | | | |
| VOCATIONAL EDUCATION | | | | | | |
| BUSINESS EDUCATION | | | | | | |
| OTHER ELECTIVES | | | | | | |
| LOCAL CREDIT | | S | 80 | 81 | 1.00 | |
| | | S | 80 | 73 | 1.00 | |

TOTAL CREDITS FOR YEAR

ID# 17031
REGULAR SCHOOL YEAR — ABSENCES 1ST SEM / 2ND SEM 10 / TOTAL 7
ENTERED **9/2/86** WITHDREW __/__/__ REASON _____
ENTERED __/__/__ WITHDREW __/__/__ REASON _____
ENTERED __/__/__ WITHDREW __/__/__ REASON _____

A PASSING GRADE IS 70 OR ABOVE

DEFINITION OF GRADE POINTS (IF APPLICABLE) IS ON THE REVERSE SIDE

### GRADE 10 — 19 87 – 88

| ABBREVIATED COURSE NAME | | 1ST SEM GRADE | 2ND SEM GRADE | CREDIT |
|---|---|---|---|---|
| CORR LA1 | S | | 55 | |
| FOM-R | S | 64 | | |
| F O M | S | 61 | 50 | |
| FOM-R | S | | | |
| HLTH ED | | | 50 | |
| PE EQUIV | | 77 | 79 | 1.00 |
| ART 2 | | 67 | | |
| OCCP INV | S | 66 | 64 | |
| FOM-R | S | 68 | 59 | |

TOTAL CREDITS FOR YEAR — 1.00

ID# 17031
REGULAR SCHOOL YEAR — ABSENCES 1ST SEM 21 / 2ND SEM 25 / TOTAL 46
ENTERED __/__/__ WITHDREW __/__/__ REASON _____
ENTERED __/__/__ WITHDREW __/__/__ REASON _____

### GRADE 10 — 19 88 – 89

| ABBREVIATED COURSE NAME | | 1ST SEM GRADE | 2ND SEM GRADE | CREDIT |
|---|---|---|---|---|
| FOM-R | S | 50 | | |
| F O M | S | 50 | | |
| ART 2 | | 50 | | |
| OCCP INV | S | 50 | | |
| PS | | 50 | | |
| PE EQUIV | | 50 | | |

TOTAL CREDITS FOR YEAR — .00

ID# 17031
REGULAR SCHOOL YEAR — ABSENCES 1ST SEM 38 / 2ND SEM 19 / TOTAL 57
ENTERED __/__/__ WITHDREW **3/6/89** REASON _____
ENTERED __/__/__ WITHDREW __/__/__ REASON _____

### GRADE 12 — 19 ___

| ABBREVIATED COURSE NAME | | 1ST SEM GRADE | 2ND SEM GRADE | CREDIT |
|---|---|---|---|---|
| | | | | |

TOTAL CREDITS FOR YEAR

REGULAR SCHOOL YEAR — ABSENCES 1ST SEM / 2ND SEM / TOTAL
ENTERED __/__/__ WITHDREW __/__/__ REASON _____
ENTERED __/__/__ WITHDREW __/__/__ REASON _____

### EXTRA — 19 ___

| ABBREVIATED COURSE NAME | | 1ST SEM GRADE | 2ND SEM GRADE | CREDIT |
|---|---|---|---|---|
| | | | | |

TOTAL CREDITS FOR YEAR

REGULAR SCHOOL YEAR — ABSENCES 1ST SEM / 2ND SEM / TOTAL
ENTERED __/__/__ WITHDREW __/__/__ REASON _____
ENTERED __/__/__ WITHDREW __/__/__ REASON _____

NOTE: IN THE ABBREVIATED COURSE NAME COLUMN, SPACE IS PROVIDED TO THE RIGHT OF THE DASHED LINE FOR H = HONORS COURSES; P = ADVANCED PLACEMENT COURSES; I = INTERNATIONAL BACCALAUREATE COURSES; R = SUMMER SCHOOL COURSES; S = SPECIAL EDUCATION COURSES TAKEN WITH MODIFIED CONTENT OR MASTERY LEVELS AS A RESULT OF AN ARD DECISION; OTHER.

IN THE CREDIT COLUMN, N = REDUCED CREDITS DUE TO EXCESSIVE ABSENCES.

ACCREDITED BY: TEXAS EDUCATION AGENCY ____ YES ____ NO

SOUTHERN ASSOCIATION OF SECONDARY SCHOOLS ____ YES ____ NO



BUSBY, JR.        07    042   e of entrance
EDWARD      L.  042002481

d Tests

GR.

| 1st Qtr. | 2nd Qtr. | | |
|---|---|---|---|
| | | BOYS ATH 7 | 098 |
| | | PREVOC LAB | 077 |
| | | LLD ENG | 065 |
| | | PREVOC SOC | 070 |
| | | LLD MATH | 081 |
| | | LLD READ | 076 |

SEM-1     CREDITS
1984-85
MEM/ABS        /

BOYS ATH 7   094
PREVOC LAB   070
LLD ENG      074
PREVOC SOC   055
LLD MATH     061
LLD READ     074

SEM-2     CREDITS
1984-85
MEM/ABS        /

Speech

Reading
Science

Social Studies
Spanish
Speech

70
75
70
70

PREVOC Reading
PREVOC English
PREVOC Math
PREVOC Soc Studies

Sem. D, 1985-86

Name of Pupil _Busby, Edward Lee_  Sex _M_ Grade _1_ Date of Birth _7-25-72_ Age _6_

Parent or Guardian _LaVerne Busby_  Place of Birth (Birth Certificate) _Pampa, Tex_  
Occupation _LVN - Highland Gen_  Address _1136 1008 Varner Dr._  Telephone _665-36829 6244_  
Date of Leaving _____  Entered From _____  Date Entered _8-27-84 19 77_  
Reason _____  School Dist. _8-27-84_

**Permanent Elementary School Record — Pampa Public Schools**

| SUBJECTS | Year 19 78 1 | 19 79 2 | 3 | Year 19 79 1 | 19 80 2 | 3 | Year 19__ 1 | 19__ 2 | 3 | General Data |
|---|---|---|---|---|---|---|---|---|---|---|
| Arithmetic | D | D | F | C+ | B- | C- | | | | |
| English | | | | | | | | | | |
| Reading | D | F | F | C | C-* | C-* | | | | |
| Science | | | | | | | | | | |
| Social Studies | | | | | | | | | | |
| Spelling | | F | F | | A | F | | | | |
| Handwriting | D | D | D | C | C- | D | | | | |
| Music | S | S | S | S | S | S | | | | |
| Band | | | | | | | | | | |
| Art | | | S | | | | | | | |
| P.E. & Health | S | S | S | S | S | S | | | | |
| | | | | | | | | | | |
| Room Teacher | Frame | | | Swope | | | | | | |
| Conduct | C | C+ | D | C- | C- | C- | | | | |
| Days Present | 48 | 52 | 96 | 60 | 50 | 59 | | | | |
| Days Absent | 12 | 5 | 2 | 0 | 5 | 1 | | | | |
| Times Tardy | 0 | 0 | 0 | 0 | 3 | 2 | | | | |

**IMMUNIZATIONS:**          **DISEASES CONTD.**  
DPT or Td_____  PNEUMONIA_____  
ORAL POLIO_____  ASTHMA_____  
SM-POX_____  ALLERGIES_____  
RUBEOLA_____  HEART CONDIT'N___  
RUBELLA_____  DIABETES_____  
MUMPS_____  REC.EAR INFECT___  
T.B.TEST.P___N___  RHEUMATIC FEVER___  
DISEASES: HAD;  EPILEPSY_____  
RED MEASLES_____  OTHER___✓___  
3 DAY " _____  _____  
MUMPS_____  
CHICKENPOX_____

| 7th | 8th | |
|---|---|---|
| | | |

TRIAL COURT CAUSE NO. 0920589D

THE STATE OF TEXAS ) IN THE CRIMINAL DISTRICT

vs. ) COURT NUMBER TWO

EDWARD LEE BUSBY, JR. ) TARRANT COUNTY, TEXAS

I, Barbara L. Chapman, Official Court Reporter in and for the Criminal District Court Number Two of Tarrant County, Texas, do hereby certify that the following exhibits constitute true and complete duplicates of the original exhibits, excluding physical evidence, offered into evidence during the proceedings in the above-entitled and numbered cause as set out herein before the Honorable Wayne F. Salvant, Judge of the Criminal District Court Number Two of Tarrant County, Texas.

I further certify that the total cost for the preparation of this Reporter's Record is $29038.70 and was/will be paid by Tarrant County.

WITNESS MY OFFICIAL HAND, on this the 14th of September, 2006.

Barbara L. Chapman, CSR
Texas CSR No. 500, Exp: 12/31/06
Official Court Reporter
Criminal District Court No. 2
401 W. Belknap, 7th Floor
Fort Worth, Texas  76196-0214
Telephone:  (817)884-2837
email: Bchapman@tarrantcounty.com

REPORTER'S RECORD

VOLUME 37 OF 38 VOLUMES

TRIAL COURT CAUSE NO. 0920589A

THE STATE OF TEXAS ) IN THE CRIMINAL DISTRICT

VS. ) COURT NUMBER TWO

EDWARD LEE BUSBY, JR. ) TARRANT COUNTY, TEXAS

**FILED IN**
**COURT OF CRIMINAL APPEALS**

OCT 1 3 2006

**Louise Pearson, Clerk**

STATE'S EXHIBITS

PRETRIAL AND TRIAL

ORIGINAL

Barbara Lynn Chapman, CSR
Official Court Reporter
Criminal District Court No. 2
Tarrant County, Texas



# New Discovery Bible School
### Offering a Better Life

*This is to certify that*

**Edward Busby**

*has successfully completed*

# New Discovery

## Finding A New Life

2-28-2005
Date

*Brother Paul*
Teacher

Seventh-day Adventist Church

DEFENDANT'S
EXHIBIT
8
NO.

STATE'S PRETRIAL EXHIBIT INDEX

| EXHIBIT: | DESCRIPTION |
|---|---|
| 1 | Oklahoma City Municipal Code |
| 2 | Oklahoma Statutes Annotated |
| 3 | Probable Cause Affidavit |
| 4 | Oklahoma City Rights |
| 5 | Search Warrant |
| 6 | Search Warrant |
| 7 | Advice of Rights |
| 8 | Transcription |
| 9 | Transcription |
| 10 | Search Warrant |
| 11 | Statement |
| 12 | Transcription – Press Conference |
| 13 | DVD – Oklahoma Interview |
| 14 | CD – Audio Interviews |
| 15 | CD – Press Conference |
| 16 | Photos |

STATE'S TRIAL EXHIBIT INDEX

| EXHIBIT | DESCRIPTION |
|---|---|
| 1 | BRA from CitiGroup |
| 2 | BRA from CitiGroup |
| 3 | BRA from CitiGroup |
| 4 | BRA from Wells Fargo Bank |
| 5 | BRA from Dollar General Corporation |
| 6 | BRA from La Quinta |
| 7 | Video Deposition |
| 7A | Transcription of Deposition |
| 8 | Photo |
| 9 | Check |
| 10 | Photo |
| 11 | Photo |
| 12 | Photo |
| 13 | Photo |
| 14 | 911 Tape Recording |
| 15 | Driver's License |
| 16 | Photo |
| 17 | Photo |
| 18 | Photo |
| 19 | Photo |
| 20 | Photo |
| 21 | Photo |
| 22 | Check |

STATE'S TRIAL EXHIBIT INDEX

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| 23 | Copy of computer screen |
| 24 | Photo |
| 25 | Check-in ticket |
| 26 | Guest Screen |
| 27 | Photo |
| 28 | Photo |
| 29 | Photo |
| 30 | Photo |
| 31 | Photo |
| 32 | Photo |
| 33 | Photo |
| 34 | Photo |
| 35 | Photo |
| 38 | Photo |
| 39 | Photo |
| 40 | Photo |
| 41 | Photo |
| 42 | Photo |
| 43 | Photo |
| 44 | Photo |
| 45 | Photo |
| 46 | photo |
| 47 | Photo |
| 48 | Photo |
| 49 | Photo |
| 50 | Photo |
| 51 | Photo |
| 52 | Photo |
| 53 | Photo |
| 54 | Photo |
| 55 | Photo |
| 56 | Photo |
| 57 | Photo |
| 58 | Photo |
| 59 | Photo |
| 60 | Photo |
| 61 | Photo |
| 62 | Taped Statement |
| 63 | Transcript |
| 64 | Photo |
| 65 | Photo |
| 66 | Photo |
| 67 | Photo |
| 68 | Photo |
| 69 | Sack |

STATE'S TRIAL EXHIBIT INDEX

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| 69A | CanTech duct tape |
| 70 | Sack |
| 70A | Dollar General duct tape |
| 71 | Sack |
| 71A | Tape |
| 72 | Sack |
| 72A | Tape |
| 74 | Black purse |
| 75 | Sack |
| 74A | Bag |
| 75 | Sack |
| 75A | Wilson baseball cap |
| 76 | Envelope |
| 76A | CD |
| 77 | Photo |
| 78 | Photo |
| 79 | Photo |
| 80 | Photo |
| 81 | Photo |
| 82 | Photo |
| 83 | Photo |
| 84 | Sack |
| 84A | Crate |
| 84B | Crate |
| 85 | Sack |
| 86 | Photo |
| 87 | Photo |
| 88 | Photo |
| 89 | Photo |
| 90 | Photo |
| 91 | Photo |
| 92 | Photo |
| 94 | Photo |
| 95 | Photo |
| 96 | Photo |
| 97 | Photo |
| 98 | Photo |
| 99 | Statement |
| 99A | Statement |
| 100 | Sack |
| 100A | Receipt |
| 101 | FP Card |
| 102 | FP Card |
| 103 | FP Card |
| 104 | FP Card |
| 105 | FP Card |

STATE'S TRIAL EXHIBIT INDEX

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| 106 | FP Card |
| 107 | FP Card |
| 108 | FP Card |
| 109 | FP Card |
| 110 | Receipt |
| 111 | Receipt |
| 113 | Pen packet |
| 114 | Judgment |
| 115 | Judgment |
| 116 | Photo |
| 117 | Drawing |
| 118 | Drawing |
| 119 | Letter |
| 120 | CD Containing Photo |
| 121 | Photo |
| 122 | Photo |
| 123 | Photo |
| 124 | Photo |
| 125 | Photo |
| 126 | Photo |
| 127 | Photo |
| 128 | Photo |
| 129 | Photo |
| 130 | Photo |
| 131 | Keep Separate List |
| 132 | Grevience Forms |

STATE'S EXHIBIT NO. 1

NOT ADMITTED

STATE'S EXHIBIT NO. 2

NOT ADMITTED

# PROBABLE CAUSE AFFIDAVIT

NF 04-104                                COUNTY    OKLA

ARRESTED PERSON:

LAST NAME: _Busby_        FIRST: _Edward_        M.I. _Lee_

D.O.B.: _7-25-72_  SS#: _449 39 3990_  ARREST DATE: _02/01/04_

CASE #: _04-10639_        RELATED CASE #: _____

OFFENSE (Warrentless Arrest for State Felony or Misdemeanor Charge):

_uum v AFCF 47-4.102 DUS 47-6.303B IMPROPER RIGHT TURN 47.11.601.1 AFCF_

SYNOPSIS OF ARREST TO INCLUDE ALL ELEMENTS OF THE CHARGED CRIME: (BAC _____ )

ON 2-1-04 @ APPROX 0102 HOURS I OBSERVED A 1999 NISSAN TX TAG FG4 AVK WESTBOUND ON NE 23 TURN NORTHBOUND ON MLK. THE VEHICLE FAILED TO SIGNAL AND TURNED INTO THE CENTER LANE, APPROACHING THE VEHICLE DISPATCH ADVISED THAT THE VEHICLE HAD A 10-48 FOR A MISSING ENDANGERED PERSON. I MADE CONTACT WITH DRIVER EDWARD BUSBY, I HAD EDWARD BUSBY STEP OUT OF THE CAR/DOP AND PLACED HIM IN MY BACK SEAT. EDWARD BUSBY TX DL 01312637 WAS FLAGGED SUSPENDED. I CONTACTED FORT WORTH P.D. TX. THEY ADVISED THAT THE FEMALE OWNER OF VEHICLE IS MISSING AND THAT THE SUBJECTS

I swear the above information is true and correct to the best of my knowledge and belief.

OFFICER: _____        COMMISSION #: _106_

STATE OF OKLAHOMA      )
                       )SS.
COUNTY OF OKLAHOMA     )

Subscribed and sworn to me this __1__ day of __Feby__, 2004

_____ 
Notary Public

My Commission Expires:

_____

FILED IN THE DISTRICT COURT
OKLAHOMA COUNTY, OKLA
FEB 02 2004
PATRICIA PRESLEY, COURT CLERK
by _____ Deputy

STATE'S EXHIBIT
3
BC 10-2-05

I have reviewed the above information and believe the necessary elements exist for an arrest based on probable cause.

SUPERVISOR: _____ COMMISSION #: _0529_

***************************

This Court having conducted a probable cause determination for the above named person's arrest without a warrant finds:

[✓]    Probable cause for the person's arrest existed at the time of the arrest. Arraignment before a Magistrate is ordered.

[ ]    Probable cause for the person's arrest did NOT exist at the time of the arrest. The person is ordered released from custody immediately.

Done this _1st_ day of _FEB_, 19__ 2004, at _3:56 P_ m.

(Revised 8/20/97)

_____
Judge of the District Court



# OKLAHOMA CITY POLICE DEPARTMENT
## INTERROGATION:  ADVISE OF RIGHTS

### YOUR RIGHTS:

Place: *OCPD Homicide*

Date: *24-4*

Time: *0738*

Before we ask you any questions, you must understand your rights.

1) You have the right to remain silent.

2) Anything you say can be used against you in court.

3) You have the right to talk to an attorney for advise before we ask you any questions and to have him with you during questioning.

4) If you cannot afford an attorney, one will be appointed for you before any questioning if you wish.

5) If you decide to answer questions now without an attorney present, you will still have the right to stop answering at anytime.  You also have the right to stop answering at anytime until you talk to an attorney.

### WAIVER OF RIGHTS

I have read this statement of my rights and I understand what my rights are.  I am willing to make a statement and answer questions.  I do not want an attorney at this time.  I understand and know what I am doing.  No promises or threats have been made to me and no pressure or force of any kind has been used against me.

Signed: *[signature]*

WITNESSES: *Sgt. [signature]*
*R. Jett*

TIME: _____

701 Colcord Drive, Oklahoma City, Oklahoma 73102 : (405) 297-1000



STATE'S
EXHIBIT
4
*10-2-05*

In          the          District          Court          )

No._____

Oklahoma County          ) **SEARCH WARRANT**

State of Oklahoma         )

In the Name of the
State of Oklahoma

To any Sheriff, Policeman, or Peace Officer in the County
of Oklahoma.

Probable cause having been shown this day by the affidavit
of Detective Roland E. Garrett for believing the following
property:

1999 Nissan Sentra, Tan in color bearing Texas license
plate F64DVK and VIN number 1N4AB41D9XC728096

Firearms, including but not limited to handguns, rifles, shotguns, and homemade
weapons; ammunition including but not limited to live ammunition, shell casings,
fired projectiles, bullet fragments, bullet jackets, and any bullet components; any
itme consistent with having been struck by a fired projectile, including but not
limited to furniture, clothing, appliances, and structure components; items
consistent with bodily injury, including but not limited to blood, hair, and tissue;
Blood, blood stained articles, physiological fluids and secretions, hair, fibers,
fingerprints, palmprints, footprints, fingernails, shoeprints, shoes, clothing and
other garments, cartridge fragments, hatches, axes, cutting instruments, cutting
tools, blunt force instruments, dirt, dust, soil, paint and paint chips, glass and plastic
containters, items containing traces of any of the preceding articles.

Is located at: A 1999 Nissan Sentra, Tan in color, bearing
a Texas   state tag of F64DVK and displayihng a public
vehicle indentification number of 1N4AB41D9XC728096; this
vehicle now being located in a secured storage facility
under the control of the Oklahoma City Police Department.

In the city of Oklahoma city, Oklahoma county, state of
Oklahoma, and that the said property is subject to seizure
upon one or more grounds under Title 22, Chapter 24 of
Oklahoma Statutes, namely:   it is evidence of the
commission of a crime.



STATE'S
EXHIBIT
5

You are therefore commanded, in the daytime to make immediate search of the above described premises, including the curtilage thereof and the appurtenances belonging thereto for the property described above, and to make a return of this warrant to me within 10 days. You are further commanded to deliver a copy of this warrant to the persons found in possession of the above property or at the place where this warrant is served. You are further commanded to arrest the persons in possession of the above evidence.

2-1-04    10 22 pm

Date & Time Issued

Signature of Judge

No. _____

In the District Court        )
Oklahoma County             )         AFFIDAVIT FOR SEARCH WARRANT
State of Oklahoma            )

## BEFORE THE UNDERSIGNED JUDGE OF THE DISTRICT COURT

I, Roland E. Garrett, being duly sworn deposes and says that he has reason to believe that on the premises, known as:

A 1999 Nissan Sentra, +AN siler in color, bearing Texas state tag of F64DVK and displaying public Vehicle identification number of 1N4AB41D9XC728096; This vehicle now being located at 2800 S. Grand Blvd in a secured storage facility under the control of the Oklahoma City Police Department.

in the city of Oklahoma City, Oklahoma County, State of Oklahoma, there is now located certain property to wit:

Firearms, including but not limited to handguns, rifles, shotguns, and homemade weapons; ammunition including but not limited to live ammunition, shell casings, fired projectiles, bullet fragments, bullet jackets, and any bullet components; any item consistent with having been struck by a fired projectile, including but not limited to furniture, clothing, appliances, and structure components; items consistent with bodily injury, including but not limited to blood, hair, and tissue; Blood, blood stained articles, physiological fluids and secretions, hair, fibers, fingerprints, palmprints, footprints, fingernails, shoeprints, shoes, clothing and other garments, cartridge fragments, hatches, axes, cutting instruments, cutting tools, blunt force instruments, dirt, dust, soil, paint and paint chips, glass and plastic containters, items containing traces of any of the preceding articles.

and articles of personal property tending to establish the identity of the person or persons in control or possession of the place or vehicle, including, but not limited to, utility company receipts, rent receipts, canceled mail envelopes, vehicle registration, credit card receipts, repair bills, photographs, keys, and articles of clothing:

and the facts tending to establish the foregoing grounds for issuance of a search warrant are a as follows:

Your affiant is a police officer employed by the City of Oklahoma City where he has worked for the past fourteen years. My current assignment is homicide investigation where I have worked for the past twenty five months. The following information was learned by myself or related to me by other police officers and witnesses.



On January 30th, 2004, at approximatley 1115 hours, Laura Crane was visiting Phyllis Wright at 3800 Glenwood, Forth Worth, Texas, 76109. Wright was the last person to see Crane as of the time of this warrant. Laura Crane was occupying a silver 1999 Nissan Sentra, bearing Texas license F64DVK.

Crane was supposed to return to her home located at 4750 Bellaire Dr. South by 1300 hours and she did not return. Crane's husband Meade Crane called the Forth Worth Police Department at 1600 hours to report Laura Crane as a missing person. Forth Worth Police Officer L. Sanborn genereated missing person report #04011938.

After conducting an initial investigation, Sanborn determined that Crane did not arrive for two errands that she was supposed to run after leaving Wright's house. Additionally, Meade advised Sanborn that three of Laura's credit cards had been used for cash withdrawals tataling $605.90, and that this is very uncharacteristic of Laura. Mead advised Sanborn that Laura always calls when she is running late and that no calls had been received. Sanborn felt foul play was possibly involved and requested that a missing person detective respond.

Family members were interviewed and it was determined that Laura does not have any medical or mental problems and no history of unexplained absences. All local hospitals and the medical examiner were contacted but Laura was not located. Additionally, citywide broadcast were made with Laura's personal and vehicle description.

A Citibank fraud investigator advised that Crane's credit cards were used nine times between 1257 hours and 1508 hours on 01-30-04 at various unknown locations in Fort Worth, Texas. Meade advised the credit card activity is extremely unusual because Laura rarely used any of her credit cards, much less all three in one day.

At approximately 2300 hours on 01-28-04, a vehicle matching the description of Laura's was spotted by Forth Worth Police Sergeant Kinkle. The vehicle was traveling east on E. Vickery at Thrall Street. Kinkle saw two black male subjects occupying the vehicle. Kinkle could only make out the first three digits of the license plate, which matched Laura's plate. Kinkle made eye contact with the driver, after which the vehicle accelerated away from the area at a high rate of speed and Kinkle was unable to locate the vehicle. Edward Busby and Kathleen Latimer reside together at 2210 E. Vickery in Fort Worth, Texas. This address is approximatley six blocks west of where the officer obeserved a vehicle matching the description.

On 02/01/04, at 0102 hours, Sgt. Padgett of the Oklahoma City Police Department initated a traffic stop on vehicle bearing Texas license plate F64DVK at N.E. 23rd & M.L. King Blvd. The driver of the car was found to be Edward Busby. The passenger in the vehicle was found to be Kathleen Latimer. Latimer was arrested for Unauthorized Use Of A Motor Vehicle, Possession of CDS, and Possession of

Drug Paraphenalia. Busby was arrested for Unauthorized Use Of A Motor Vehicle, Driving under Suspension, and Improper Right Turn.

Subsequently, Fort Worth P.D. issued an arrest warrant for Aggravated Kidnapping for both Busby and Latimer. Both Latimer and Busby were interrogated at the Oklahoma City Police Department Homicide Office. Both denied any knowledge of Laura Crane's welfare.

Based on the statements made by witnesses, your affiant believes there exist sufficient probable cause to believe the 1999 Nissan Sentra listed above, was used by the suspects during the commission of a crime and request a search warrant be issued.

_____
Signature of Affiant

Sworn to before me and subscribed in my presence this _____ / _____ day of _____.
20 __

_____
Judge of the District Court

No. _____

In the District Court )
Oklahoma County ) **SEARCH WARRANT**
State of Oklahoma )

In the Name of the State of Oklahoma

To any Sheriff, Policeman, or Peace Officer in the County of Oklahoma.

Probable cause having been shown this day by the affidavit of Sgt. K. Whitebird for believing the following property:

Items which may contain evidence of a Kidnapping including but not limited to, blood, blood stained articles, physiological fluids and secretions, hairs, fibers, fingerprints, palm prints, fingernails, footprints, shoeprints, clothing, and other garments, room rental agreements, restraint items

And articles of personal property tending to establish the identity of the person or persons in control and or possession of room 111 of the deluxe motel, including but not limited to, credit cards, rental receipts, automated teller receipts

is located at: Deluxe Motel, 3402 NE 23rd street, room 111, Oklahoma City, Oklahoma County

You are therefore commanded, in the daytime, to make immediate search of the above described motel room, including the curtilage thereof and the appurtenances belonging thereto, for the property described above, and to make a return of this warrant to me within 10 days. You are further commanded to deliver a copy of this warrant to the persons found in possession of the above property or at the place where this warrant is served. You are further commanded to arrest the persons in possession of the above evidence.

Nighttime service is not authorized because:

DATE ISSUED: _7-1-04_ at _10 o_ AM/PM

_____
JUDGE OF THE DISTRICT COURT

STATE'S EXHIBIT
6
10-2-05

No _____

In the District Court        )
Oklahoma County             )          AFFIDAVIT FOR SEARCH WARRANT
State of Oklahoma            )

BEFORE THE UNDERSIGNED JUDGE OF THE DISTRICT COURT

I, KEN WHITEBIRD , being duly sworn deposes and says that he has reason to
believe that on the business, known as:

The Deluxe Motel, 3402 Northeast 23rd street, a single story business designed for
the purpose of short term residency, room 111 front door faces south and the
numbers are displayed on the entrance

in the city of Oklahoma City, Oklahoma County, State of Oklahoma, there is now
located certain property to wit:

Items which may contain evidence of a Kidnapping, including but not limited blood,
blood stained articles, physiological fluids and secretions, hair, fibers, fingerprints,
palm prints, fingernails, footprints, shoeprints, clothing and other garments, room
rental agreements, restraint items

And articles of personal property tending to establish the identity of the person or
persons in control of or possession of room 111 of the Deluxe motel, including but
not limited to, credit cards, rental receipts, automated teller receipts,

and the facts tending to establish the foregoing grounds for issuance of a search
warrant are a as follows:

Your affiant is a police officer with the Oklahoma City Police Department and
currently assigned to the Homicide Unit of the Investigations Division. I have been a
police officer 18 years. I have previously been assigned to the Narcotics Unit, and
Assault Unit, and am currently assigned to the Homicide Detail of the Investigations
division. During my tenure as an Inspector I have been involved in investigation of
narcotic violations, long and short term investigations. I have been involved in the
investigations of violent crimes against persons. I have attended numerous schools
and seminars in reference to investigating such crimes as well as schools pertaining
to search and seizure updates, and the collection of evidence. I have specifically
attended a 40 hour Homicide Investigation school.

On January 30th, 2004, at approximatley 1115 hours, Laura Crane was visiting
Phyllis Wright. Crane was supposed to return to her home located at 4750 Bellaire
Dr. South, Ft. Worth, Texas, by 1300 hours and she did not return. Crane's
husband Meade Crane called the Forth Worth Police Department at 1600 hours to
report Laura Crane as a

missing person. Forth Worth Police Officer L. Sanborn genereated missing person report #04011938.

After conducting an initial investigation, Sanborn determined that Crane did not arrive for two errands that she was supposed to run after leaving Wright's house. Additionally, Meade advised Sanborn that three of Laura's credit cards had been used for cash withdrawals totaling $605.90, and that this is very uncharacteristic of Laura. Mead advised Sanborn that Laura always calls when she is running late and that no calls had been received. Sanborn felt foul play was possibly involved and requested that a missing person detective respond.

Family members were interviewed and it was determined that Laura does not have any medical or mental problems and no history of unexplained absences. All local hospitals and the medical examiner were contacted but Laura was not located. Additionally, citywide broadcast were made with Laura's personal and vehicle description.

A Citibank fraud investigator advised that Crane's credit cards were used nine times between 1257 hours and 1508 hours on 01-30-04 at various unknown locations in Fort Worth, Texas. Meade advised the credit card activity is extremely unusual because Laura rarely used any of her credit cards, much less all three in one day.

On 02-01-04 at approximately 0100 hours, Sgt. Padgett arrested two subjects from Cranes vehicle in Oklahoma City, Oklahoma County. During the arrest Kathleen Latimer and Edward Busby were transported to the Homicide office where Inv. Garrett and I interviewed both subjects. Both subjects denied any knowledge of a missing female. Busby and Latimer advised on arriving in Oklahoma City they rented a room at the Deluxe Inn on 23rd street. Sgt. Padgett, during the preliminary investigation was able to obtain a consent to search for room 111 from Busby. During the initial search of the room 111, Officers located what appeared to be freshly cut human hair. The Officers exited out of the room and secured it as a potential crime scene.

Based upon the information provided, your affiant request a search warrant be issued for the room 111 at the Deluxe Motel, 3402 NE 23rd street.

_____
Signature of Affiant

Sworn to before me and subscribed in my presence this ____ day of ____ 20 ___ at ___ AM/PM.

_____
Judge of the District Court

# ADVICE OF RIGHTS

Place  _O K C  Jail_
Date  _2/1/2004_
Time  _2:44 p_

## YOUR RIGHTS

Before we ask you any questions, you must understand your rights.

You have the right to remain silent.

Anything you say can be used against you in court.

You have the right to talk to a lawyer for advice before we ask you any questions.

You have the right to have a lawyer with you during questioning.

If you cannot afford a lawyer, one will be appointed for you before any questioning if you wish.

If you decide to answer questions now without a lawyer present, you have the right to stop answering at any time.

## WAIVER OF RIGHTS

I have read this statement of my rights and I understand what my rights are. At this time, I am willing to answer questions without a lawyer present.

Signed _Edward Busby_

Witness: _Richard A. Cole_

Witness: _James A. Anders_

Time: _2:44 p_

STATE'S
EXHIBIT
7
RC 10-2-05



COPY

2/1/2004 @ 5:10p

I, Edward Lee Busby, do voluntarily provide this written statement to SA Richard A. Collodi and SA James A. Anderson of the FBI:

I found out in January 15 that my girl Kathleen, aka Kitty, had a contract hit out on her, through the Hooverland Crip gang for some money and dope. that she took. So I decided to do whatever means necessary too keep my girl alive and get her away from Ft. Worth, TX. A guy by the name AJ gave me 30 days to return $1,500 dollars and a kilo of dope. that they said Kitty took from a Hooverland Crip gang member.

So when I came across JD I had told JD I needed a way to leave Texas and I was willing to pay $500 and I needed it ASAP. Not only did I tell him, I told several other jackers. I told Shaty on the Northside. He told me he'd have a car in an hour. When I got back to the south side of Ft. Worth, they told me that JD and this chic were looking for me with a car.

When they pulled up in the Nissan, it had a bunch of manilla envelopes, a purse but the car was pretty much ~~clean.~~ clean. JD told me you needed a car, I helped you out ~~Like you~~ like you asked me to. Can I get paid? I paid $200 and dope ($250 value). He told me in two days I had to get rid of the car and get out of Texas. I made him open the trunk so I knew no one was in there. JD did open the trunk.

We left with the car at about 9:30 am. We went to Wells Fargo off Berry St. and ~~cashed~~ cashed a check for $175.00. From there, Kitty demanded she wanted some dope. We went by my homeboy's on Davis. We

went to Diamon on North I-35. We filled the car up, which was about full. We bought cigarettes, crack pipes and got back on the interstate and headed north.

Kitty asked me if JD just got this car and I said yes. She said look at that credit card and we can really get away. I begged her not to use the cards. She said if I loved her, I'd pull over at the Pilot truck stop. She made me park way at away from the building + not go in with her, ~~her, but~~ EB stay in the car. She came back she was so happy. She handed me $300 cash money. I asked her why she used the credit cards, it would get her in trouble. She told me she ~~used~~ EB used them because she didn't want to die. From there, I drove non-stop to La Quinta, ~~from~~ EB near Gainsville, TX. I rented room #136. We bought Smirnoff and Fajitas.

She asked me to find dope but I couldn't find any. At 7:00A we went to Oklahoma City, EB+ there I said I would find some there. When we got ~~to~~, we met New Breed. He took us to NE 23rd, which is Blood territory. New Breed introduced us to a guy at Relax Motel. We bought $50 work + smoked it in room #107. We rented a room at the Deluxe Inn #111 in New Breed's real name.

Edward W. Busby

Richard A. Called, SA, OC, FBI
Jim A. Amlin, SA, OC, FBI

COPY

2-1-2004 @ 6:40 PM

I, EDWARD LEE BUSBY, DO VOLUNTARILY PROVIDE THIS WRITTEN STATEMENT TO SA JAMES A. ANDERSON AND RICHARD A. COLLODI OF THE FBI:

J.D. TOLD EDWARD BUSBY, HE (BUSBY) HAD TWO DAYS TO GET OUT OF THE CAR OR I (BUSBY) MIGHT BE IN TROUBLE FOR MURDER. J.D. SAID HE WAS WALKING THROUGH A STORE PARKING LOT AND HE NOTICED AN OLDER WOMAN PULL UP. J.D. SAID, AT FIRST, SHE HAD HER DOOR CLOSED, SO HE WALKED ON PAST. HE SAID WHEN HE TURNED TO FIND SOMEONE ELSE, THATS WHEN HE CAUGHT HER SLIPPING. SLIPPING MEANS SHE WASN'T PAYING ATTENTION. J.D. SAID HE WALKED UPON THE CAR AND HE NUDGED HER AND ASKED HER FOR HER PURSE & KEYS AND MADE HER GET OVER IN THE PASSENGER'S SEAT. HE THEN SHUT THE DRIVER'S DOOR & CRANKED THE CAR. THEN J.D. SAID HE GRABBED HER BY HER HAIR AND HELD HER DOWN AND DROVE OFF. HE DROVE TO A PARK AND CHOKED HER TO DEATH. THEN HE DROVE TO LANCASTER TO PROVIDE THE CAR TO EDWARD. UPON PROVIDING THE CAR TO EDWARD HE (J.D.) TOLD HIM (BUSBY) THE STORY. EDWARD BUSBY ASKED J.D. TO OPEN THE TRUNK TO PROVE TO HIM THE LADY WAS NOT IN THE TRUNK

Edward Busby

Richard A. Collodi, OC, SA, FBI

DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF INVESTIGATION

## CONSENT TO SEARCH

1.  I have been asked by Special Agents of the Federal Bureau of
    Investigation to permit a complete search of:

    (Describe the person(s), place(s), or thing(s) to be searched.)

    *Fingernail clipping from both left + right hands.*

2.  I have been advised of my right to refuse consent.

3.  I give this permission voluntarily.

4.  I authorize these agents to take any items which they determine may
    be related to their investigation.

_2/01/2004_
Date

_Edward L. _____
Signature

Witness

_Richard A. _____, SA, OC, FBI_

_James A. _____, SA, FBI, OC_


COPY

# FORT WORTH POLICE DEPARTMENT
## Homicide Unit
## 04011938

PARTICIPANTS:

DETECTIVE C. D. Johnson, ID 2455
DETECTIVE M. J. Carroll, ID 1927
Edward Busby

JOHNSON:        ...ID 2455.  It is Tuesday February 3, 2004 at 10:14 a. m.
I'll be interviewing Edward Busby, Detective Mike Carroll is
also present.  We're at the Okalahoma City Police
Department in their interview room.  Mr. Busby once again
I'm going to read you the Miranda Warning okay?

BUSBY:          Yes ma'am.

JOHNSON:        You have the right to remain silent and not make any
statement at all, any statement you make may be used
against you at your trail; Any statement you make may be
used as evidence against you in court; You have the right to
have a lawyer present to advise you prior to and during any
questioning; If you are unable to employ a lawyer, you have
the right to have a lawyer appointed to advise you prior to
and during any questioning; and You have the right to
terminate the interview at any time.  Do you understand
those rights?

BUSBY:          Yes ma'am.

JOHNSON:        Do you wish to waive those rights and speak with me?

BUSBY:          Yes ma'am.

JOHNSON:        All right.  We are talking about the vehicle that you were
arrested in.

BUSBY:          Yes ma'am.



1

JOHNSON:      Correct?  Can you tell me how you ended up with that vehicle and why you needed that vehicle?

BUSBY:        Yes ma'am.  I was in Fort Worth Texas and my fiancée Kathleen at the time she was working the streets.  And uh, it came across my knowledge that um, that there was going to be a contract hitting around due to the fact that she had suppose had stolen some dope and some money from Hoova Land Crip members.  And uh, so I started asking some people I know that usually does car jackings and steal cars.  So I asked a couple of guys I know on Lancaster to see if they can get me a car ASAP because I wanted to get out of town.  And my girlfriend cause I didn't want her to be hurt.  So I asked the guy name J. D. and I also asked this Spanish guy on the Northside name Shorty.  Everybody wanted a lot of money to give me a car you know what I'm saying and due to the fact that I smoke and sell.  I have a whole bunch of money and stuff like that.  So me and Kitty was we were planning to, to jack us a trip and try to runaway in his car.  But J. D. came through in a car, I had a lick previous night before and uh, with that money and the money Kitty got from her sister who was able to obtain large amount of crack that I was selling but I only made two hundred dollars.  And I had some dope, so when J. D., I was told that J. D. was looking for me with a car.  When he came to me with the car and I gave him the dope and the money.  He told me about this woman that he had found, how he had took her.  Had did it, what he had to do to get the car.  And uh, I asked him where the woman was and he asked me for his payment.  I gave it to him and he said that ain't enough.  And I told him, I was like well shit man that's all I got and I need a car bad.  So when he open the trunk he said, "if you need the car that bad, you need to do away with this."  And I slam the trunk shut.  That's when I told him, I said, "how am I suppose to do away with that?"  He told me just find a secluded area and he will just drop it off there.  I said here in Texas or what?  He said where you going.  I said as far north as I can.  He said well if you feel like you saying you found a place where you feel like you see to drop the car, where it might not be found for a while then go ahead.  So I picked up Kitty and she went through the woman's purse and stuff and found checks and credit cards.  That's when me and Kitty went to the bank.  Kitty

2

cashed a check for $75.00. She cashed the check, Kitty asked me what was the person that own the car. And I told her that she was with us. We both got real nervous and stopped by Davis bought some dope to smoke try to ease our minds. But like I said from what I understand they were suppose to kill Kitty by Monday. She knew this as well as I did, so I told her I said part of the payment that I had to pay J. D., I had to get rid of this you know. At first she disagree with me and I told her, you know if you stay here in Texas and face whatever coming. She got to thinking about it. And she said lets just go north. She asked me did I know how to get rid of her. And I said he told me just drop a secluded, secluded place somewhere. So, we went on, we stopped at Driver's to fill double gas and stuff like that. And on the way we were talking, Kitty said we're going to need some money. We're going to need a lot of money so I need to see if I can get some money off of this woman's credit cards. While she was going through the purse and whatever I guess the woman had a credit card numbers or something written down somewhere. I guess Kitty tried to remember she wasn't in the bank. Not in the bank but into a Pilot truck stop and she said sit way out and stay in the car. Then she went into the Pilot, she stayed in there for a minute. I sat outside in the car wondering what I was going to do. Cause I didn't... I don't know. But I sat, I sat there when I notice Kitty came out of the truck stop she was all real happy skipping. I couldn't tell really what was in her hand until she got in the car and she had two wads, hand full of some money. When she had took six hundred and something dollars out of the woman's account and gave me three hundred. She said just case we happen to get separated. You know what I'm saying, cause anything go wrong we just help, we just meet in Philadelphia and our love will bring us back together. So we headed on north we got somewhere. We find out we were in Okalahoma. We, I was tired, I was tired, real tired of driving and I didn't want to let her drive because she couldn't find her eyeglasses. So we pulled over at La Quinta I had my little Tarrant County ID with my picture and the woman let me rent a room with that at the La Quinta, so we rented room 136. We went to Wal-Mart and walked around Wal-Mart and uh, we went to that store right there in front of Wal-Mart here from the La Quinta where we here in Okalahoma. We went to the store and paid the woman five dollars to give us directions cause

3

Kitty wanted some crack cause you know we both tripping the fact of the extra car load we had. We rode around and find some guy standing outside a building but they weren't sell me no dope cause that thought I was the law. So we rode around in that area for a long time, we end up almost getting lost. But Kitty paid really attention where we were so she helped me get back to the main street and uh, on our way back to the room we stopped and bought Smirnoff's we went to the Taco Cabana and bought some fajita plates so we had something to eat. We went back to the room and we dropped the Smirnoff's played around you know and made love and went to sleep. We woke up the next morning around 7 something in the morning. Kitty told me she couldn't take it no more. She couldn't take it no more that fact that person was still in the car. So I said okay I find somewhere to dump her like he asked me to. So, we were riding we ended up getting off at 35 somewhere, then went to a factory outlet, went to this place called Factory Outlet. After we went there, Kitty bought her a skirt. We were riding on up the street and somehow we end up off of 35 at this little store, at a gas station store. I was trying to find somewhere to get something eat at really. So I found this little place, this little road it was off like, it was, I think it was north, north of the freeway and I seen a bunch of big green bushes. I was like, I guess, I guess I better get rid of that. So I open the trunk and I was scared to touch her at first. Then I touched her she was so cold. I picked her up and went down the hill and I put her behind these bushes. And I tried to cover her up, with a sheet like as she was sleeping. And I ran back up the hill. When I got back up the hill Kitty was crying. And I started crying because I wouldn't want nothing like that happen to my family. So we were riding down the interstate. We got back on 35, I told Kitty I said, I got have some dope to smoke man, cause you just don't know what its like touching her a dead body. I was just sitting to see what some people would do to some people. So we got to Okalahoma City we ran across a guy name Newbie. We ran across Newbie, Newbie took us around this back and I tried to smoke my memory away. Me and Kitty both. He took us The Relax to the Relax in where we bought dope at from 116, then we went and got, Newbie took us around to the Dulex that's where we rented room 111, Kitty went in the room. And then she came back out and we took Newbie and we dropped him off. We

4

bought some more dope and then me and Kitty come back to the room. We sat there in the room, we just sat there in silence. And then in mind trying not to think what happened. So we uh, I told her, I said, she said well what you going to do. I said you know I'm going to go get some more dope because I can't, I can't deal with this. I can't deal with it, I'm starting to fall apart. So she said ok I'll wait for you to get back. I went up the street by myself and bought some dope. It was just getting to me so bad that I was smoking while I was driving, driving down the street on my way back to the room. And I took some guy to the west side. He stayed at 116 and I take him all the way to the west side. I dropped him off all the way back to his room. His girl paid me with a rock. He said UNINTELLIGIBLE not any more get back in the car. Then worried getting in trouble, so I said take it all. And then something dawn on me I better called and check up on Kitty, so I called. I called the room, I couldn't get to it. It just rang, the second time I called the phone was unavailable, the number was unavailable so that's when I was like I better get back to the room. I was getting ready to get in the car. This check in room 107 just trying to keep me from getting in the car, didn't even want to get in the car, she wanted me come to her room, is these people trying to jack me and rob me. So I told her I don't got no more moneyman. Now I'm broke. So I don't have any money. So she said you ain't go no more money. I said no, I got to get back to my wife cause she's not answering the phone. So when I jumped in the car and left, I seen two police officers on the side where they were when I left out of their apartment they let me go. So I got back down to the room, Kitty was crying, she was crying, screaming at me. She jumped on me. I didn't have it in my heart to beat her, cause I love her. I should of stayed with her.

JOHNSON:       That was later that night when you got stopped in the car?

BUSBY:         Yes ma'am, we came with UNINTELLIGIBLE she said I want some dope, I want some right now. We went back down to The Relax. When the guy from 116 got back we bought some dope from him. He gave us quiet a bit of dope, he said he wanted us to drop him back off at the west side. So that guy we had lot of trouble cause he gave Kitty a whole bunch of dope and she gave me some. We took him and

5

dropped him off. I can't believe he couldn't feel something was wrong cause we were riding down these little bittie streets in Okalahoma between third and smoking crack man, you know weird you know. But he wanted to rent the car and now that I see this cop just... I'm glad I didn't catch him cause he would of caught UNINTELLIGIBLE.

JOHNSON: Well let me ask you a couple of questions to clarify some stuff okay?

BUSBY: Um-um.

JOHNSON: Where did you meet J. D. to get this car?

BUSBY: At Glady's Soul Food.

JOHNSON: Okay, so you met him there in the parking lot?

BUSBY: Yes ma'am. It's behind, it's behind the uh, the way Mr. Tony speaks that it is his parking lot to the Great Western.

JOHNSON: Right, okay. So you met him there and what specifically did he say about how he got the car?

BUSBY: He told me that he was walking through the store parking lot and he seen this elderly woman pull up. And he said he was watching her, at first he thought he had missed. But then he turned around he caught her slipping. And he snuck up on her and he and motioned to his side like he had a weapon or something and told her to scoot over so when she got over he took her key, he got her keys from her purse. We had cranked the car up, he grabbed her by her hair and had her down on the seat.

JOHNSON: And what did he do from there?

BUSBY: He told me, he told that he strangled her.

JOHNSON: Did he tell you anything else about it?

BUSBY: He just, he brought me the car. J. D. wanted fifteen hundred dollars. I didn't have that. He wanted fifteen hundred and some dope. Since I didn't have that he told me

6

that I had to dump the woman's body, in order for me to get him the rest of his payments. I had to dump her.

JOHNSON:   And you asked him where she was, where the woman was?

BUSBY:   Yes ma'am.

JOHNSON:   And what did he tell you?

BUSBY:   He told me that she was in the trunk of the car.

JOHNSON:   Okay, and then did you open up the trunk and look in or did you...?

BUSBY:   No, he opened the trunk and showed me that she was in there.

JOHNSON:   When he opened up the trunk describe to me what you saw.

BUSBY:   He... I couldn't tell if it was a female or a male cause they had tape on them wrapped all around her face and head and some parts of her neck and her arms and like they were taping around her legs and stuff. When I seen her I just slammed the trunk, it scared me so bad, I slammed it. She had taped everywhere. She had that gray electrical tape, like it was everywhere. It's... messed up man.

JOHNSON:   And then from there you picked up Kitty?

BUSBY:   Yes ma'am.

JOHNSON:   And y'all drove north, um made a few stops but the main stop you made Friday was at the La Quinta?

BUSBY:   Yes ma'am, we stopped at the La Quinta.

JOHNSON:   And when you stopped there Friday night she was still in the trunk?

BUSBY:   Yes ma'am.

JOHNSON:   Okay, so Saturday morning y'all got up and began driving and then some where between...

7

BUSBY:    Kitty said she couldn't take it no more knowing the fact that woman was in there.

JOHNSON:    Okay so a second ago you told me when you took the exit there is that a service station or a gas station...

BUSBY:    Yes ma'am.

JOHNSON:    ... on that corner?

BUSBY:    It's uh, you can exit right off 35 when you come off right off of 35 first thing you going to see is that gas station.

JOHNSON:    So when you exit and you see the gas station, it's on the right side of the road, is that correct?

BUSBY:    Yes ma'am.

JOHNSON:    Okay when you see that do you come to an intersection in the road or is it just like a service road along the highway?

BUSBY:    No, it's an intersection. It's an intersection when you cross over. Matter fact I think it's another highway that runs up that way. I think it running, I think it running east I ain't for sure.

JOHNSON:    Okay, when you come to the intersection do you go left, right, straight, which direction do you turn or go?

BUSBY:    When I pulled out that store, I pulled out and went right. So I had to be going east.

JOHNSON:    Okay. And how far did you go?

BUSBY:    I went on down until I seen the, I seen what I thought was the service road to the interstate because I could see interstate off to the left. So I went left and that's when I seen the trees and stuff. Not far off from this little uh, like where you could hold horses and stuff like that.

JOHNSON:    Um-um almost like a barn?

BUSBY:    No this little corral thing but on it, it had one, two, three, four, I think it had five or six little buildings in the back. And

8

it had a big building in the front but it had a sign out on the street. The sign, one thing, cause see I can't read that good. But I can read the words so you know what I'm saying food. And I was going to go down there of in there and Kitty said no baby they're closed. So I made that u-turn as I was coming up I seen a road go off to the left and I see, I could see, I could see 35. So I went down that road and it went down into, I had... went down hill started up and then I seen those bushes and that's when I got out. UNINTELLIBLE

JOHNSON: When you said you covered her up with a sheet. Where did you get the sheet from?

BUSBY: La Quinta.

JOHNSON: Okay. You want to say anything?

CARROLL So this... how far did you travel before you... This is Detective Carroll. How far did you travel north on 35 before you took the exit and saw the gas station?

BUSBY: I can't exactly say sir. I don't think I travel that far.

CARROLL: Was it like 85 minutes, 30 minutes, 5 minutes?

BUSBY: I can't say because we stopped at the Factory Outlet over there somewhere. Here in Fort Worth, I mean here in Okalahoma.

JOHNSON: But it's farther north than the Factory Outlet?

BUSBY: Yes ma'am. I do believe so, like I said I could show you. I'll show you where it's at.

CARROLL: How far south is it from here? You travel like another forty minutes or an hour before you got here? Or...

BUSBY: I probably traveled about forty-five minutes to an hour before we got here.

CARROLL: When you got here?

BUSBY: Yes sir.

9

CARROLL:    Let me have you explain one other thing, you said that J. D. said you saw lady and that she was slipping. What does that mean slipping?

BUSBY:      To us that's a street term of not paying attention to what your doing or your surroundings.

CARROLL:    Okay, thank you.

JOHNSON:    This completes the interview at 1040.


TRANSCRIBED BY BERONICA BRIBIESCA

10

# FORT WORTH POLICE DEPARTMENT
## Homicide Unit
## 04011938

PARTICIPANTS:

DETECTIVE C. D. Johnson, ID 2455
DETECTIVE M. J. Carroll, ID 1927
Edward Busby

JOHNSON: It is Tuesday February 3, 2004, 1:33 p.m. We're sitting inside the car on I-35 at the Turner Falls exit 77. Myself, Detective Carroll will be interviewing Edward Busby. Mr. Busby I know I've already read this once to you this morning but let me go ahead and read this to you again. You have the right to remain silent and not make any statement at all, and any statement you make may be used against you at your trial; Any statement you make may be used as evidence against you in court; You have the right to have a lawyer present to advise you prior to and during any questioning; If you are unable to employ a lawyer, you have the right to have a lawyer appointed to advise you prior to and during any questioning; And you have the right to terminate the interview at any time. Do you understand those rights?

BUSBY: Yes ma'am.

CARROLL: Can you speak up for me?

BUSBY: Yes ma'am.

JOHNSON: Do you voluntarily waive those rights and wish to talk to us about what happen?

BUSBY: Yes ma'am.

JOHNSON: All right earlier today, we talked to you and you didn't tell us the whole story. Did you Mr. Busby?

STATE'S EXHIBIT
9
10-2-05

1

BUSBY:       No ma'am.

JOHNSON:     Okay, can you tell us what happened?  Was this Friday?

BUSBY:       I think so.

JOHNSON:     All right tell us what happened.  You said that you were at the Albertson's.

BUSBY:       Me and Kitty got stranded on the West side of Fort Worth. And she said she couldn't stand how the folks were looking at us, so if I loved her I would take somebody's car for her.

JOHNSON:     Okay.

BUSBY:       So I told her, I said I do love you but I don't want to take anybody's car don't make me.  So she sat down on the ground, she started crying and screaming talking about you don't love me, you don't love, look how these white folks are looking at me.  They're looking at me like I'm trash.  Follow somebody's car and take somebody's car, just, we just, just to get us a ride back to the west side.  So I mean to the south side, so that's what I thought I was doing.  So when I come across this old lady, I told her to scoot over.  She scooted over, she asked me why was I doing this.  I said I just want, we just wanted a ride.  That's all we just want a ride.  Well when we got in the car.  Kitty started beating on the old lady.  Started beating on her and going through her purse and stuff and Kitty got mad because she only had twelve dollars cash in the car.  I kept telling Kitty to leave the elderly lady alone.  Just leave her alone.  And Kitty kept saying if you love me, you'll go on whatever I'm doing.  I said no Kitty it's not right, leave her alone, please leave her alone.  Kitty wouldn't stop beating on the old lady, she just kept beating her.  Then she made me parked at a carwash somewhere off of Belknap and Beach so she could go inside the Race Trac the Raceway and try the woman's credit cards.  So she tried the woman's credit cards she come out with something to drink and some cigarettes but she said the cards didn't work.  So when she got back in the car she started pressuring the old lady for money and numbers and stuff, talking about she's going to take her the bank and make her with draw! some money.  I told Kitty, I said leave her alone.  Just leave her alone.  I thought we were just

2

getting a ride to west, back to the south side. Kitty said no baby it's deeper than that. It's deeper than that baby. Hell we got to go all the way through with it. I said what are you talking about. She said I want to leave, I hate Fort Worth. She said you know they want to kill me out here. I got a contract on me and you know that, it's time for us to go I want to leave, I want to leave. I said Kitty no we just got to get ride back to the south side. So Kitty said no, pull over here. And she found this place over there in Haltom City somewhere it was secluded. And she made me put the old woman in the trunk and basically, I really didn't put her in, Kitty put her in the trunk because when she got out, I told the lady, I said, "ma'am will you get in the trunk?" I asked her to get in the trunk, Kitty said no and just pushed her and made her fall into the trunk. She got in the trunk. Kitty shut the trunk like she was all happy and jumping up and down like it was a game or something, you know. Like she, if she didn't care about nothing else at all. So when we got in the car I was like what are we going to do now. What do we do now. So Kitty said find a Wells Fargo Bank. So I got on the interstate, we went to the Wells Fargo Bank off of Berry Street. Kitty cashed the woman's check. When Kitty cashed the woman's check I told Kitty, I said, "Man that woman is going to die in the back back there. She can't breathe. Kitty said I know she's going to die back there. I shut the trunk all the way. I said that's not fair. So we went on Davis to score a dope, I went in there to score, when I come back out. Kitty said, "I'm not playing J. B., I'm not playing with you let's go right now. Get on the highway, let's go I want to leave!" So I said okay. So I was flying down the highway. Kitty kept saying slow down, slow down. I said where do you want to go. She said I want to leave. I said okay well let's stop over here at the truck stop and fill up with gas. So while Kitty was inside filling up, paying for the gas. I had the back seat open making sure the woman can breathe. Because I didn't want her to die back there. I didn't want to see that woman die. So I had the back seat thing open when I seen Kitty started coming out of the store. I shut it, I told the old lady you got to move, I got to shut it. I got to shut it. I have no choice, I got to shut it, she's coming out. So when Kitty came out I shut it. And we filled the car with gas. So then she said she wanted to try, she wanted to try to get the money off the credit cards, so headed on down 35 North when we got to the Pilot, to the

3

Pilot Truck Stop she said stop here. She said do you want to come in with me. I told her no I'll just park out here. I'll park and sit out here. So while I was sitting out there parked, just sitting there when Kitty got out she got far up the way I open the back seat again so the lady could breathe. And I was talking to her, she was like sir why don't you just leave her. If you leave her, you know what I'm saying and let me go I'll tell the police. I said man, if I leave her she'll kill me. She'll kill me when she find me. Kitty has threaten to kill me several times. The reason why I don't have a gun anymore because Kitty woke me up in a motel room with a gun to the bottom of my chin telling me if I ever tried to leave or go anywhere she will blow my brains out. So... I told the lady I was like look, there's nothing going to happen to you, you'll be let go. At least that's what I thought that was going to happen that she... we were just going to let her go. So we get farther down this way towards Okalahoma, Kitty goes in a store and she bought some electrical tape and coming out with it. I said what do you want me to do with that. You know what I'm saying. I said the woman is not going nowhere, she's in the trunk she can't get out. She said, "Baby I want her... I'm tired of hearing her yelling for help and all this. I want you to tape her mouth close." I said just put the tape on her mouth. She said just put the tape on her mouth. I said Kitty are you sure. So no put the tape on her mouth, the woman is going to snatch the tape off her mouth. So Kitty said put some more tape on her mouth god damn it. If you want me to put the tape on the mouth. It was hard man.

JOHNSON:    What happen next?

BUSBY:    Kitty was sitting on the woman, she slapped me and told me to put the tape on her face and to tape her eyes. She said just tape her whole head up, tape her whole head up. I said Kitty no. I told her no, so I taped it up anyway, so she can breathe out of her nose. So the woman can breathe out of her nose. But then the woman started kicking. Kitty said if you taped her whole face up she would of done died by now. Why is she kicking. Turn the music down, turn the music down. So I turned the music down. Kitty said listen. I said what I don't hear nothing. Kitty said you hear it. Yeah you do you hear it and she burned me on my left arm. And I said I still, I don't hear nothing. The woman is not

4



alive, she's not Kitty, she's not. I did right like you told me to. So the woman kicked again, Kitty burned me again and we pulled over. Kitty said look I can see where she can breathe at. You tape her nose, tape it around her nose some more. Make sure she can't breathe. I said Kitty no. So Kitty told me to tape it around her nose. So I told the lady, I said look I'm sorry for what I have to do to you, but if not Kitty will hurt me. So I said can we pray. So me and the lady prayed. And I asked her for forgiveness as well. Cause I told her to ask for forgiveness for me also. Kitty told me if I didn't wrap around the woman's face where she couldn't breathe that she will tell everybody that it was all my fault. That I did this, that she will wait until I go to sleep. She'll call the police and try to get me murder and everything. She's a mean person. She's mean person.

JOHNSON:   So what happen after that?

BUSBY:   I taped the woman. We got a room at the La Quinta.

CARROLL:   Detective Carroll here. Did you say you taped the woman's nose and face?

BUSBY:   I had to. She made me go ahead tape the rest of it. So I put the tape across her nose. But it was open at the chin part I thought she would still be able to breathe but the next morning. When I checked to make sure she was still alive, she wasn't. I never meant for her to die. I didn't want her to die.

JOHNSON:   What did you do then, when you realize that she had?

BUSBY:   Kitty told me that I had to get rid of her body. We were on our way to try to find something to eat. Kitty told me to pull over here and put her down in the bushes, that way nobody will never have to find her.

CARROLL:   Okay, Detective Carroll again. You pointed down, we're parked out here near some bushes and you pointed down this hill. And you said this is where Kitty told you to put the body?

BUSBY:   Yes sir.

5

CARROLL:    When did you tape her hands and other parts of her body? When was that done?

BUSBY:    When she kept kicking and knocking on the door. She kept kicking and knocking. Kitty made me put her hands and legs together like that, so she couldn't kick and knock on the door.

CARROLL:    Let me ask you a quick question before we continued, okay? Detective Carroll again. When you first saw the lady in the parking lot, what was she doing in the car? Was she just sitting in the car or standing outside the car, where was she?

BUSBY:    She was sitting in her car. She was sitting in her car, I think she was getting, grabbing some envelopes or something to mail them because she had them in her hands.

CARROLL:    You also said when Kitty went in the store after y'all hid the lady and she was holding her down. Kitty went into the store, the lady said something to you. What did she say to you? She asked you about your mom or what?

BUSBY:    She asked me what do I think my mom would think of me now and I told her that it wasn't my idea but I never meant for her to get hurt or anything. Nobody was going to hurt her, that she was going to be let go. I just, we just needed ride back to the south side. But I didn't know Kitty was going to go this far.

CARROLL:    So did you drive the car?
BUSBY:    Kitty made me drive. She knew I didn't have a driver's license. She made me drive.

CARROLL:    Kitty said, you said Kitty said that if you didn't do this that she would call the police and say that you killed the lady and she would have you executed or killed for murder or something?

BUSBY:    Yes sir, she said she would make it out that it was all my ideal and everything was my fault. That she didn't have nothing to do with it, that she was the innocent one in all this.

6

CARROLL: Do you know what the lady was wearing?

BUSBY: Yes sir.

CARROLL: What was she wearing?

BUSBY: She had on a black sweater, black pants. I think she had on a red shirt and some black gloves. Cause Kitty had took her gloves from her. And I made Kitty give her back her gloves. I told her that ain't right. They're not your gloves, you can't have them give them back to her. I never meant to hurt the lady.

CARROLL: What color was her hair? Do you remember?

BUSBY: It was a black and goldish color. Like or black or gray. You can tell she was an older lady. She was so sweet. She was so sweet and nice.

CARROLL: When you got here, Kitty cut hair and dyed her hair. Why did she do that?

BUSBY: Cause she didn't want nobody to recognize her from going into, from going to the bank and going into the stores and stuff and getting that ATM getting the money out of the ATM cards and stuff.

CARROLL: So she cut her hair and dyed it?

BUSBY: She cut it and dyed it. She didn't want nobody to recognize them.

CARROLL: What color was her hair before she cut it and dyed it?

BUSBY: It's like a blondish white color. Like it had sandy white in it.

CARROLL: Did Kitty keep anything that belong to the lady besides...?

BUSBY: Her purse.

CARROLL: She kept the purse?

BUSBY: The purse had Kitty stuff in it stuff in this woman's purse. Kitty kept her purse.

7

CARROLL:     What happen to the credit cards and stuff?

BUSBY:       Kitty threw them out.  They're out here on this interstate somewhere.

CARROLL:     Somewhere... After you lay the body out here?

BUSBY:       They're out here, they're out here on this road by that gas station.

CARROLL:     Down by the gas station?

BUSBY:       It's like in front of the gas station.  I think that's the gas station.  Over there if we can go up that road then the credit cards are on the road.

JOHNSON:     Okay so they're by the gas station?

CARROLL:     Okay everything else that we talked about prior to this, like you stopped at different places, you used the card you bought drugs and all that stuff.  All that stuff is the truth?

BUSBY:       Yes sir.

CARROLL:     When you got to Okalahoma City you met this guy, you bought crack all that stuff is the truth?

BUSBY:       All that stuff is the truth.  Kitty went to the Eckerd's right there off of 23rd.  Into the Eckerd's that's where she bought the hair dye and all that stuff.  In room 11 is where she cut her hair and dyed and everything in 111 at the Delux.

CARROLL:     Now before, when you were stranded in Fort Worth you said this is a Albertson's parking lot in the west side of Fort Worth?

BUSBY:       Yes sir.

CARROLL:     Before you saw the lady, you had gone into Albertson's to try to steal some beer?

BUSBY:       I was in Albertson's.

8

CARROLL:     Okay you were at Albertson's, this is before you saw the lady?

BUSBY:       Yeah.

CARROLL:     Okay, when you came out, when you approach the lady where was Kitty?

BUSBY:       No I didn't approach the lady.

CARROLL:     You said you seen her sitting in her car.

BUSBY:       I didn't approach, I didn't approach the lady. At first Kitty come running up to me, cause I thought they had left me on the west side her and the white guy. We were with a guy.

CARROLL:     Do you know his name?

BUSBY:       No I don't I can't remember his name. But he had been in jail with me in the county.

CARROLL:     Okay. So Kitty came up to you and what did she say? What happened?

BUSBY:       Kitty said that he had jumped on her and left her out there. We were stranded on the west side. I told her okay, we'll we can start over new here. We can start a new life right here in west side of Fort Worth. She said no, look how these white folks are looking down, they are looking down on me like I'm trash.

CARROLL:     Okay, we went through that. I want to know how, how you approached the lady and where was Kitty when you asked her to move over?

BUSBY:       Kitty was right behind me.

CARROLL:     Okay, she was right behind you. So you walked in the parking lot...

BUSBY:       Kitty, Kitty, Kitty, Kitty telling me to get her car. Get a ride, take somebody's car. So if you love me like you say you do. You'll get me a ride from over here. Kitty was all... As soon as I got in the car and the woman got over, before the

9

woman could get completely get over on this side, Kitty was yanking on the back door for me to unlock it. Kitty was right there, she was in, she was, she was the brains behind it.

JOHNSON:    This completes the interview.


TRANSCRIBED BY BERONICA BRIBIESCA

10

SEARCH WARRANT

STATE OF TEXAS                ) (

COUNTY OF TARRANT             ) (

TO ANY PEACE OFFICER OF TARRANT COUNTY, TEXAS, GREETINGS

WHEREAS, an affidavit in writing, under oath, has been made before me by DETECTIVE C. D. JOHNSON, I. D. 2455 Peace Officer of Fort Worth, Tarrant County, Texas which affidavit has been filed before me anterior to issuance of this warrant, alleging that on or about the 30th day of JANUARY 2004 in the city of Fort Worth, Tarrant County, Texas, **BUSBY, EDWARD LEE JR., Black Male,** **Date of Birth 07-25-1972** then and there commit the offense of CAPITAL MURDER,

AND FURTHERMORE, Detective C. D. JOHNSON, I. D. 2455 has reason to believe and does believe that the succeeding items:

BUCCAL SWAB

are now concealed by , **BUSBY, EDWARD LEE JR., Black Male,** **Date of Birth 07-25-1972**in and on the person of said **BUSBY, EDWARD LEE JR**

After examining the said affidavit in writing and under oath, I have determined that the said affidavit does state facts and information sufficient to establish probable cause for the issuance of this warrant to search for and seize the said items in and on the person of **BUSBY, EDWARD LEE JR**, in accordance with the laws of the State of Texas.

NOW THEREFORE, you are commanded to obtain, as soon as possible, Buccal swab samples from the said suspect **BUSBY, EDWARD LEE JR., ,** in accordance to accepted medical practices, and you will seize the same and bring before me a copy of the evidence seized to the Tarrant County Criminal Courts Building located at 400 West Belknap Street, in the city of Fort Worth, County of Tarrant, State of Texas, on/or before the _25_ th day of _FEBRUARY_ , 2004.

HEREIN FAIL NOT and due return make hereof to me at the time and place named above.

ISSUED this the _20_ th day of _FEBRUARY_ , 2004, at _8:03_ A.M. o'clock, to certify which witness my hand this day.

_City of Ft. Worth_    Court, Municipal Court
Tarrant County, Texas,
Fort Worth, Texas 76102

STATE'S
EXHIBIT
_10_

WARRANT TO SEARCH A PARTICULAR PERSON FOR EVIDENCE

STATE OF TEXAS            ) (

COUNTY OF TARRANT            ) (

THE UNDERSIGNED AFFIDAVIT (S), BEING (A) PEACE OFFICER (S) UNDER THE LAWS OF TEXAS, BEING DULY SWORN ON OATH, MAKE THE FOLLOWING STATEMENTS AND ACCUSATIONS:

I, Fort Worth Police Detective C. D. JOHNSON, I. D. 2455, do solemnly swear that heretofore on or about the 30th day of JANUARY 2004, in the city of Fort Worth, County of Tarrant, State of Texas, , **BUSBY, EDWARD LEE JR., Black Male, Date of Birth 07-25-1972** did then and there commit the offense of CAPITAL MURDER,

My belief and personal knowledge is based on the following facts and circumstance:

On January 30th, 2004, at approximately 1115 hours, Laura Crane was visiting Phyllis Wright at 3800 Glenwood, Fort Worth, Texas, 76109. Phyllis was the last person to see Crane as of the time of this warrant. Laura Crane was occupying a silver 1999 Nissan Sentra, bearing Texas License F64DVK.

Crane was supposed to return to her home located at 4750 Bellaire Dr. South by 1300 hours and she did not return. Crane's husband Meade Crane called the Fort Worth Police Department at 1600 hours to report Laura Crane as a missing person. Fort Worth Police Officer L. Sanborn generated missing person report # 04011938.

After conducting an initial investigation, Sanborn determined that Crane did not arrive for two errands that she was supposed to run after leaving Wright's house. Additionally, Meade advised Sanborn that three of Laura's credit cards had been used for cash withdrawals totaling $605.90, and that this is very uncharacteristic of Laura.

Meade advised Sanborn that Laura always calls when she is running late and that no calls had been received. Sanborn felt that foul play was possibly involved and requested that a missing person detective respond.

Detective LaCroix ID 2632 responded and interviewed family members and determined that Laura does not have any medical or mental problems and no history of unexplained absences. All local hospitals and the medical examiner were contacted but Laura was not located. Additionally, citywide broadcasts were made with Laura's personal and vehicle description.



Detective LaCroix contacted Citibank and spoke with a fraud investigator who advised that Crane's credit cards were used nine times between 1257 hours and 1508 hours on 01-30-04 at various unknown locations in Fort Worth, Texas. Meade advised that the credit card activity is extremely unusual because Laura rarely uses any of her credit cards, much less all three in one day.

On 02-01-2004, at approximately 0130 hours, Busby and his girlfriend, Kathleen Latimer were stopped in Oklahoma City for traffic violations.

Busby and Latimer were in Crane's Nissan Sentra License plate number **F64DVK.**

During the officers investigations Oklahoma City discovered that the Nissan driven by Busby belonged to Crane in Fort Worth Missing person report # **04011938.**

Latimer told the officers that she was in possession of drugs and drug paraphernalia.

Busby was arrested on traffic violations and Unauthorized Use of and Automobile (UUMV).



Latimer was arrested for Possession of drug paraphernalia and UUMV.

On Sunday 2/1/04 at 6:51 P.M. Detective Carroll received a call from Homicide Sgt J.D. Thornton to meet with Homicide Detective C.D. Johnson and Missing person Detective S. LaCroix.

Detective Johnson, Lacroix and Carroll drove to Oklahoma City in reference to the car belonging to Laura Crane being recovered there early Sunday morning.

On the way to Oklahoma City Detective Carroll spoke with FBI agent Ricky Collodi who said that he met with Edward Busby on 2/1/04 at about 2:45P.M.

Busby told Agent Collodi that he bought the car from a B/M that he knows only as JD.

Busby said that he told JD that he needed a car to get out of town.

Busby said that on Friday 1/30/04 he met with JD and gave him about $200 for Cranes silver Nissan.

Busby said that he checked the trunk of the car before he and his girlfriend left for Oklahoma City.

Busby said that there was no body in the trunk.



On 2/2/04 Detective Johnson and Carroll met with Latimer who said that Busby told her that he and JD took a woman's car from a parking lot on the west side of Fort Worth.

Latimer didn't say anything about the age of the woman or killing her.

On 2/2/04 Detective Johnson and Carroll also met with Busby who said that JD took the woman's car and killed her. He didn't see a woman's body in the trunk.

On 2/3/04 Detective Johnson and Carroll met again with Busby who said that JD told him that JD killed the woman.

Busby said that JD wanted about $1,300 for the car.

Since Busby didn't have that kind of money JD told him that the woman's body was in the trunk and Busby had to dump the woman.

Busby took Detective Johnson and Carroll to the service road off I-35 near Hwy 77 51 mile marker where Laura Crane's body was found as Busby described it to the detectives. Crane was wrapped in a white sheet and her face was covered with duct tape. The County medical examiner arrived and pronounced that Crane was deceased.



Once they arrived at that location Busby told Detective Johnson and Carroll that he and his girlfriend Kathleen approached Crane as she sat in her car in the food store parking lot.

Busby said that he drove Crane away from the lot before putting duct tape around her head face so that Crane was unable to breath.

Busby and Latimer then stopped at a motel in Ardmore, Oklahoma where they spent the night.

The next morning Busby said that he checked on Crane who he said was dead.

On February 17, 2004 Detective Johnson and CSSU Officer Gass processed Laura Lee Crane's vehicle. During this investigation several cigarette butts and empty alcoholic beverage containers were located.

The above listed items will be processed for DNA evidence. Due to this fact a Buccal swab from Kathleen Latimer and Edward Busby are necessary for comparison.



WHEREFORE your affiant Fort Worth Police DETECTIVE C. D. JOHNSON, I. D. 2455, requests this court order **BUSBY; EDWARD LEE JR.,** To submit to the buccal swab samples and that this item be examined and compared to the evidence by qualified personnel.

DETECTIVE C. D. JOHNSON, I. D. 2455 further requests that this court order the Tarrant County Sheriff or any Peace Officer of the City of Fort Worth, County of Tarrant, State of Texas to transport , **BUSBY, EDWARD LEE JR., Black Male, Date of Birth 07-25-1972** to an appropriate facility to attain a buccal swab sample from **BUSBY, EDWARD LEE JR.,** In accordance with accepted medical practices.

WITNESS MY SIGANTURE, this the ___20___ day of ___February___, 2004.

_____
AFFIANT

Subscribed and sworn to before me on this the ___20 th___ day of ___FEBRUARY___, 2004.

_____
JUDGE Simon C. Gonzales

JUDGE/MAGISTRATE City of Ft. Worth
TARRANT COUNTY, TEXAS

12-S-0142-04

## RETURN AND INVENTORY

THE STATE OF TEXAS )(

COUNTY OF TARRANT )(

The undersigned Affiant, being a Peace Officer under the laws of Texas and being duly sworn, on oath certifies that the foregoing Warrant came to hand on the day it was issued and that it was executed on the 20th day of FEBRUARY, 2004 by making the search directed therein and seizing during said search the following described property

1. Buccal swab from Edward Busby b/m 7/25/72

_____
Affiant

SUBSCRIBED AND SWORN to before me, the undersigned authority, on this the 25TH day of FEBRUARY 2004.

Judge
Tarrant County, Texas

I, EDWARD LEE BUSBY JR. PRIOR TO MAKING ANY STATEMENT, HAVING BEEN DULY WARNED BY DET. C. D. JOHNSON I.D. 2455, THE PERSON TO WHOM; THIS STATEMENT IS MADE; THAT I HAVE THE RIGHT TO REMAIN SILENT AND NOT MAKE ANY STATEMENT AT ALL AND THAT ANY STATEMENT I MAKE MAY BE USED AGAINST ME AT MY TRIAL; THAT ANY STATEMENT I MAKE MAY BE USED AS EVIDENCE AGAINST ME IN COURT; THAT I HAVE THE RIGHT TO HAVE A LAWYER PRESENT TO ADVISE ME PRIOR TO AND DURING ANY QUESTIONING; THAT IF I AM UNABLE TO EMPLOY A LAWYER, I HAVE THE RIGHT TO HAVE A LAWYER APPOINTED TO ADVISE ME PRIOR TO AND DURING ANY QUESTIONING: AND THAT I HAVE THE RIGHT TO TERMINATE THE INTERVIEW AT ANY TIME. HAVING BEEN INFORMED OF THESE, MY RIGHTS, AND UNDERSTANDING SAME. I HEREBY FREELY, INTELLIGENTLY, VOLUNTARILY AND KNOWINGLY WAIVE THESE RIGHTS AND NOT DESIRING A LAWYER, VOLUNTARILY CHOOSE TO MAKE THE FOLLOWING STATEMENT:

MY FULL NAME IS EDWARD LEE BUSBY. I AM 31 YEARS OF AGE. MY DATE OF BIRTH IS 07-25-72. I AM CURRENTLY IN THE TARRANT COUNTY JAIL. I HAVE COMPLETED 10 YEARS OF SCHOOL.

STARTING TIME: 0950hrs.
TYPED BY: Beronica Bribiesca
DATE: February 20, 2004
350 WEST BELKNAP STREET
FORT WORTH POLICE DEPARTMENT

I was brought over here for a search warrant and I asked to talk to the detective.

There's one thing I left out that Kathleen was not screaming kill her. It was never meant for that woman to die. We were supposed to leave her in her car where I took the detectives where her body was. But she was still supposed to be alive.

Q. I want you to start from the beginning of that day when Mrs. Crane was taken.



Me and Kathleen were walking up Berry Street from Riverside to ~~Berry~~ *E.B.* towards 35. When we got a ride from a girl Heather Dawn and a black male to Davis Street where we purchase crack. I spent $30 and Heather Dawn put in $20 so we bought a 50 and from there me and Kathleen went and got a room at the Valley View room # 25. Kathleen stayed in the room when I went to go get us something to eat from the Gladys's Soul Food, which I bought a burger and as usual I walked to the store and bought Kathleen MD 20/20 peaches and cream and walked around and waited for my burger to get cooked. After I paid for the burger I walked back to the Valley View, which Kathleen was mad because I had ate half of her burger. So I took her dope from her and made her eat the rest of the burger and fries before she could smoke anything else. So she ate her food and decided to go in the tub. While she was taking her bath, I left the room and I was walking down Lancaster to Riverside where I went to go find somebody to smoke with. So I ran across this black female and we were walking to go smoke and this white dude I knew from jail pulled up in a white car and we got in with him. Then we left and drove around and then decided to go to Cobb Park and smoke. So I gave the black chick a hit of dope and she got hot and bothered, so I got out of the car and let the white dude and the chick handle their business. So when we left there, we took her back to Lancaster and then we went to the room to see if Kitty was there. Kitty was gone. So we sat there and watched movies for about thirty minutes. And the guy asked what we could do to get

1


STATE'S
EXHIBIT
11
10-2-05

search for Kitty. We went to the North Side who which was Poochie had of Kit y had taken some guy's wallet for four hundred and something dollars. So a Hispanic guy asked me if I knew who Kitty was. And I asked him at the time why. He said that she just had took his brother for four hundred and something dollars. And I asked him if he smoked dope and he said yes. So I asked him how did he know Kitty because she is not supposed to do dates with anybody for dope. So he said that he knew Kitty through Mason and that they dated several times for dope. So I told him that I did know her and what did he wanted me to do about it and he said that he wanted the money back or dope in return. So after I cut the 50 up I had. I had him ten-nickel pieces that I told him that it was twenty pieces to knock off $200 dollars of Kitty's dept. And told him that I would have the rest of it by sunset. So me and the guy left we went to the gas station by the police department off of Decatur and Long. Where I walked in and walked out unseen with two cases of beer. We went and sold the beer to a friend of mine on the south side for more dope. At that time we went back to the room off of Lancaster. From there we left and went to Poochie's house because we didn't find Kitty at the room. So from Poochie's house I went to a friend's house off of Ramey Street who told me that he would give me a 50 for four bottles of white wine for the Super Bowl. So I went to the Kroger's on the East side close to John T. White and Bridge and went in and got four bottles of white wine. I returned back to my friend's house on Ramey and got a 50 from him. Went back to Poochie's house where I was told Kitty was just seen buying dope from one of my homies. So we sat at Poochie's and waited. And Kitty was supposed to go over there but she never showed up. So we decided to go back to the North side. When we got back to the North side I gave the Spanish guy another ten nickels and told him that they were twenties and told him to leave Kitty alone. At that time I ran across Mason and he told me that <u>Kitty who is Kathleen</u> was at the Ranch Motel off Main. So I went to the Ranch Motel and I couldn't find Kitty. That's when I ran across A. J. and his girl. They asked me to take them to the south side so they could score and I charged them ten dollars. While we were scoring I came out of the house and I found Kitty getting out of a Bronco. She went in to the house and bought a twenty and got in the car with us. At this time the guy of the Bronco that she got out off walked up and said that he was going to shoot her for taking his money and not getting back in the car with him. At that time I whistle for my homies to come out the house. Which they did with guns and I told the guy the best thing he could do is leave. So after he left we left and I took A. J. and his girl another motel where they wanted to go I guess to go score some Heroin. At that time I got mad and told A. J. he had five minutes or I was going to put his girl outside the car and leave them behind. While he was inside I asked Kitty about the four hundred dollars. She said that everybody was lying on her but when I told her that I was going to take her back to the guys room that I paid the four hundreds back to in dope at the Peppermint room #32, she said that she had stashed $150 at the room (Valley View). So we left after A. J. came out, went by the Valley View and Kitty went in and got the $150 and came out and asked me how much I want. And I told her $100 for paying for her dept. Because that's all I really came off on to pay her dept back. There were several more stops before we ended back at Poochie's. One of the stops was at the truck stop, the guy got scared because Kitty robbed a guy for $200 and said that he wanted to go home. I told him just to take me to score first and then I would give him some dope and then he could go home. After we got to Poochie's we started to get high and he decided that he didn't want to go home. The white male that I picked out in the photo spread is with me all this. *L.B.*

Poochie and Rachel wanted a bottle of white wine to celebrate their anniversary. So me, Kathleen and the white dude left to go get a bottle of white wine from Albertson's on the

2

on the way I decided that I would get about nine cases of beer and put them in the basket with the wine and push it out of the store. At that time I told the white dude to let Kitty drive because she knew where I wanted her to pull up at when I get out of the store. And he said okay that he would open the trunk but to let him drive. I told him no that I wanted Kitty to drive. And that's when he decided he wanted to go home. And Kitty told him that he had be out of his f-ing mind because she just filled his car up with gas. So for the next hour or two he had to do whatever she wanted him to do. That's when he told us that he had kids that he had to check on and Kitty told him that he was not worried about your kids why you were smoking the crack that I sucked and fuck for. So he had to deal with it for now and hope he still gets to get high with us. I told the guy just to be cool until we got to Poochie's and I would give him some dope and then he could go home. He said okay. So I parked the car and Kitty got in the driver seat and I went in the store. And I had a bad feeling, so I just turned and walked out of the store like nothing. When I looked for the car it was gone. And Kitty had come running from somewhere on the side of the building she also told me that some guy had witness the white guy beating her up. And he had told that guy that we were trying to take his car but Kitty told him that I was in the store buying us some food and that the guy was beating her up because she wouldn't have sex with him. And the guy said that he was going to call the police and Kitty said no don't call the police we just want our belongings out of the car. So me and Kitty were walking and we walked all the way to the fire department and the last light and turned around and walked back to the Albertson's. When we got back to the Albertson's Kitty started crying and said look how these white people are looking at me. And that she was Irish too and they didn't have to look at her like that and she wanted me to get her out of there. For me to find someone's car and take it. I told Kitty that we just could call a cab and just get out. But she told me no that she wanted me to find a ride and find one now if I loved her. So that's when I walked through the parking lot and seen this elderly woman pull up. When she pulled up she had her door closed. When I walked back by she had her door open and was looking down into the floorboard of her car. That's when I walked up to her and told her to scoot over and give me her keys. That's when Kitty tried to open the door and I unlocked the door so she could get in. The woman slid over and I told her that I didn't want anything from her I just wanted a ride back to the South side and I would let her go. At that time we left the parking lot, as we were leaving Kathleen snatched up the woman's purse and started going through it. That's when Kitty got mad and said the woman only had $12 and that she want m' f-ing money. So Kitty searched through the woman's purse and found her credit cards and that's when the woman asked why were we being like this and what would our mother's think. That's when I told her that we just wanted a ride to the south side and when we got there she could have her car and we would get out and she could go on her way. That's when Kitty said no I want the code to the credit cards when the woman refuse to give Kitty the code to the credit cards, Kitty hit the woman on the left side of the head. And the woman said I'll just get out and let y'all have the car and Kitty grabbed her by her hair and told her I show you a side of me that you don't want to see. So the woman gave Kitty the credit card number but she wouldn't tell her to which card. That's when I asked Kitty why was she being so mean. She said that she wanted some f-ing money that $12 wasn't enough. So we ended up on interstate 30, we took from 30 to 35 north and then I got on 121 and exited on Beach. Because Kitty kept saying to take her to an ATM somewhere secluded so that only place I could think of was Race Trac. So Kitty got out and went into the store and I made a block in the car with the lady and I just told her that everything was going to be okay, when Kitty gets what she wants we will let her go. So I t worried Kitty left me with the lady and ran off with the money. So I pulled in the

3

told her to put her f-ing head down and that I needed to find somewhere to stop and put the trunk. So when we started down the access road on 121 I pulled over by some apartment like complex by some bushes and Kitty told the woman to get out and we walked behind the car and I opened the trunk and Kitty took out some blue like book holders or book shelves and then I told the woman to get in and Kitty pushed her into the trunk and slammed it close. On our way from there we were on our way to the south side cause I told Kitty I needed something to smoke. And Kitty said that she only had $12 and that she was going to figure out a way to get the money out of the bank. So that's when she goes through the purse and comes to a check for $     . I told Kitty I hope that woman is going to be okay in the trunk and Kitty said she was going to die because she shut the trunk all the way. That's when I look in the back at the seats and seen that the woman would be able to breath. So I stopped off at Davis and Riverside and bought something to smoke. Kitty got mad because I took most of it. She asked me why, because I told her that she was being an asshole for trying to hurt the lady. So I made a left on Riverside heading south cause Kitty told me to take her to the nearest Wells Fargo and the only one I knew of was off Berry. That's where Kitty signed the woman's name to the check and sent the lady's ID in and the cashier woman asked if she had another form of ID and Kitty sent in two of the woman's credit cards and cash the check. While we were there the woman was           and kicking in the trunk. Kitty asked me if I had any music and I told her no not with me. So we went to go buy the 50 Cent CD somewhere off of Berry. So Kitty puts the CD in and puts it up loud. She asked me to adjust the bass that way you couldn't tell from the bass and the kicks. From there we went to Davis Street to get some dope. From there I told Kitty let's get out of this car. She said no that if I loved her I would get her out of Fort Worth. So we left and went to the truck stop off of Long. We filled up the car with gas, which Kitty went in and did it with one of the woman's credit cards and bought some food and some crack pipes. She came out and told me she knew what credit card it was that the woman gave the number to. So she wanted to go back in the store and try to get money off of it. But I told her no. So she got in the car mad. And we       north on 35, when she seen the sign that said Pilot Truck Stop and that she needed to go and use the restroom. So I pulled in and sat outside for about fifteen to twenty minutes. That's when Kitty came out all happy, skipping to the car with two wads of cash and handed me $300. We left from there and got back on 35 north, I was hoping to be headed to Amarillo Texas, that's where I planned to get out of the car and if Kitty wanted to continue her trip she could. But somewhere I went the wrong way and ended up in Okalahoma. When we pulled up to this store, Kitty goes in and buys me a Dr. Pepper and was supposed to get her a Pepsi. And came out with my Dr. Pepper her Pepsi and some gray electrical tape. She hands me the Dr. Pepper and the tape and told me that she didn't want to hear her screaming and kick no more so told me to tape her hands and feet and tape her mouth and eyes where she can't see. I told Kitty that's stupid cause she can't see cause she in the trunk. She told me not to be an asshole and just do it. So I taped her mouth, her eyes and left her hands and feet      . I didn't this in the parking lot. We get back on the interstate going north. Kitty tells me I thought I told you to tape her hands and feet. I turned the music down and said I did she's not kicking or beating on nothing your hearing things. And that's when Kitty turned the radio off real mad and said if I'm hearing shit then listen. And just to my luck the woman started kicking and banging in the trunk. So I pull over and me and Kitty open the trunk, that's when I received my first burn from the cigarette and was told that she is my Queen not my mother and I don't have to lie to her. And Kitty grabbed the woman's hands and put them by her legs and told me to tape the hands and legs together. So I attempted to do that and Kitty shut the trunk back and as we were

4

leaving we got back on the interstate and I turned the music back on. When I turned it up, Kitty turned it back down and we could hear the woman banging. So we stopped and got a motel room at the La Quinta Inn in Okalahoma in my name in room #136. I let the seat down in the back and re-taped the woman's hands and legs together like I was told to. Then Kitty told me that she wanted me to tape the woman's mouth and eyes and make the tape go over her ears where she couldn't hear. I told Kitty if I do that how would she breath. She told me that she didn't care if the woman could breath. I told her that I would be back that I was going to try to find a Wal-Mart to buy me some house shoes. When I left I stopped on the side of the Wal-Mart and let the seat down and explain to the woman that Kitty wanted me to tape her eyes, mouth and her ears where she couldn't hear but I was going to make it where she could breath cause my plan was to leave her on the side of the highway in her car so someone could find her and she could go home. So in Wal-Mart where I bought the house shoes I bought some more tape because the lady had hidden the other tape somewhere in the car. How I don't know. So when I got back in the car I pulled on the side of Wal-Mart I asked the woman if she would pray with me because I wanted forgiveness for taking her car and putting her through so much trouble. So we prayed when I closed the trunk back the woman was alive and she could breath. I mean she could breath easily through her nose. When I got back to the motel room I let the seat down in the back to make sure the woman was still alive and she was fine. Cause when I touched her she moved and I could see she was still breathing. So when I went back in the motel room, Kitty said she wanted to see if she could find some dope. So we left the room and searched for some crack. When we didn't get any, it finally made me mad that she wanted me to keep riding around looking for crack when I had been up two days already. So I told her the hell with it and stopped at a store and bought some Smineroff and headed back towards the room when I spotted Taco Cabana. When we pulled up to Taco Cabana I got out and walked in, not waiting for Kitty cause I was mad at her because all she think about was dope. I ordered me a large Dr. Pepper and a fajita plate and then it surprised me when Kitty spoke up and ordered the same thing but with a large Pepsi. So I paid for it. We got back in the car and drove back to the room. Kitty got out and opened the door and I got out with the food and went into the room. While I was in the room I thought I heard a noise I outside. So I went back outside and that's when I seen this guy leaving in an RV and he worded that I had somebody in the trunk of the car and I shook my head no. That's when I open the car door and let back seat down to check on the lady. At that time she was still alive. So I went back in the room I drunk two Smirnoff's and me and Kitty attempted to make love and she said it hurt too bad. So I lay down and went to sleep. Once I went to sleep I don't remember anything until I woke up the next morning. Both the fajita plates were empty and most of the Smirnoff was gone. So I told Kitty let's check out. So Kitty took all the sheets and comforter from the room. I went and checked out and gave back the keys, I was so mad at Kitty that the woman at the desk offer me biscuits and gravy for breakfast. But I told her ~~no thank~~ we had to be going. So I stopped at a small convenient store and bought a breakfast pizza, that's when I told Kitty that when we get closer to Okalahoma City that we were going to get out of the woman's car and leave the woman and her car where someone could find her and we were going to hold up a twenty dollar bill and hitch hike the rest of the way to Okalahoma City. When I found the place where we were going to stop at and leave the woman in the car. I told Kitty to clean the car and I got out to check on the woman. That's when I found out that the woman had died. So I picked her up and walked down the hill and laid her under the tree and put a

5

ENDING TIME: 1150 hrs.

Edward Lee Busby

This statement is true that I have told to Det. Johnson.

Witness

6

# Transcription of Edward Busby's

## *Press Conference*

# [Audio Tape has already been provided - Item # 82]

ANDERSON.    Now obviously folks, he's coming of his own free will. He says he's done, he's done, we're through. He's going to say something to begin with. When he is through talking and you want to ask questions, the only way to ask questions is to raise your hand. Do not shout out, do not ask any questions, he won't answer a question if you shout out, I won't let him answer it, if you shout out more than once you will stop that and you'll leave. Okay. Raise you hand if you have a question. If he wants to answer it he will. If he doesn't everybody else raise your hand and we'll ask the next, okay. And when he's done, he's done and I appreciate your cooperation. Come on in. Scoot on up if you can.

BUSBY:    Yes sir.

ANDERSON:    You can say anything you want to say now.

BUSBY:    I just want everybody to know that it wasn't my intentions for lady to die. I made where she could breath, I thought she was asleep, I don't know what happened. I was up for two days smoking crack. I've been trying to get help. It seems like the help it ain't been working, ain't nobody been trying to get me into no help, therapy. The only reason why I got to have (unintelligible) car and keep that woman is due to the fact that my girlfriend was sitting on the ground, who I love, telling me that she feel that I need (unintelligible) yesterday. Told me that she needs to get out of here because she felt like everybody was looking down at her. I love Kathleen Latimer with all my heart. I always have and I think I always will. I think it's a shame that she wants to see me die. And I'm willing to die for her. All I can do is ask god to forgive me for what happened. But it was never my intention nor my plans for that elderly lady to get hurt, in any kind of way, form



STATE'S
EXHIBIT
12

Page two/er

or fashion. And all I'm asking is for a second chance. Because I wouldn't what that to happen to my mother. So why would I do it for somebody else's. I prayed with the lady more than once, for forgiveness, for taking her car and putting her to so much trouble. All I know is that we was trying to get away from here, because there was so many things that were ruining our lives. And we were trying to get a second chance in life, we were trying to start over. Why she would want to see me die, I don't know. But I guess that's I love her, she (unintelligible).

ANDERSON :    (unintelligible).

MEDIA:    Why did you not just let her go, why did feel as though you had to put her in the trunk?

BUSBY:    It wasn't my idea to put her in the trunk. It was not my idea at all, it was Kathleen's idea to put her in the trunk. Due to the fact she was coming out of the store from trying to use the woman's credit card and seen the woman trying to word help from somebody. So, Kathleen told me to put her in the trunk. So usually when Kathleen me to do something, I do it. I don't ask why, I just do it. That's how much I love her.

MEDIA:    Why did you change your mind about talking to the media, you're trying to save your life now?

BUSBY:    Sir, when I was in Oklahoma, I had made up my mind that I was going to look at the district attorney and tell him that I'd be willing to take anything that he do, if he'd just let Kathleen go. But to find out that she wants me to die, and that she says she had nothing to do with it, that's not fair. That's why I'm here.

MEDIA:    You said that you didn't intend for her to die, wasn't it you that put the duct tape on her face. You said you tried to let her breath, can you explain that- -

Page three/er

BUSBY:    Kathleen told me to put the duct tape on her face. I put it on there where she could breath. She could breath. I checked on the lady three times, myself. So I laid down and went to sleep. I made it to where she could breath through her nose. I was suppose, what I was going to do was leave the woman on the side of the highway in her car where she could be found, right off of 35. It was a clearing right there, where you could see the highway plain as day. When I told Kathleen to start cleaning up the car and went back to check on her. that's when I found out that the woman was dead. I had (unintelligible) that she was dead, until after I went to the trunk to leave her and her car there so we could hitchhike to Oklahoma City.

MEDIA:    Sir, after you left Fort Worth and you got to Oklahoma, why not just leave this woman somewhere and take her car. Why keep her with you?

BUSBY:    The thing is-is that I wanted to leave the woman somewhere, where me and Kathleen could get far enough away where we could start a new life. We had a lot of problems in Fort Worth. A lot of things that I'm not willing to say, due to affiliation with people I have that I'm with and that I socialize with because it can jeopardize my life.

MEDIA:    When did you know the lady had died and what did you do?

BUSBY:    It scared me when I found out the woman was dead, 'cause when reached in the car to touch her, like I usually, like I had did before, to see if she would move and she was cold. And it scared me so I jumped back from the car, that I jumped back in the car it was too late for me to be scared, so I picked her up and took her to (unintelligible) under a tree and put a sheet over her, the sheets and comforts that we had taken from the motel. And I just laid a sheet over her and laid her down real softly to keep her where she wouldn't have any abrasions or bruises, I just laid her down.

MEDIA:    Kathleen (unintelligible) different story, why should we believe you?

Page four/er

BUSBY:       I don't know. But I the one that showed the detective where the body was. I'm the one that showed the detective where the woman's stuff was that was in the car. I'm the one that's told the detectives everything. I've (unintelligible) straight with the detectives from the start.

MEDIA:       You said that you and Crane prayed several times together. Did you guys have a-did you have a chance to talk to her much. What kind of things did you talk about?

BUSBY:       I just prayed with her, I asked her for forgiveness. I asked her well, she pray with me for forgiveness for the trouble that I had taken her through. She told me that God would forgive me. At that time, I don't, maybe he would, maybe he wouldn't, you know, I'm not God, I shouldn't have taken the woman's life, but I'm not God. You know, I put the tape there, you know, so it was 'cause of me putting the tape there that 'cause her to die. But I'm (unintelligible), but not wish that I meant to kill the woman. I just Kathleen told me to make it so she couldn't see or hear or talk. So I taped her mouth, her eyes, and Kathleen told me to tape her ears where she couldn't hear, 'cause she didn't want her to know where she was. So that's what I did.

MEDIA:       She's says that you're a murder, is she a murder?

BUSBY:       I can't say sir, I've never seen her kill before. She's never, she's told me that she's killed before. But I don't know. I can't say.

MEDIA:       Mrs. Crane had multiple injuries, help us understand how she got in the trunk.

BUSBY:       When Kathleen told me to put her in the trunk. I asked Mrs. Crane to get out of the car. That's name, that's what she said her name was, Mrs. Crane to get out of the car. So walking around to the back I asked her to get into the trunk, at that time, and Kitty pushed her, well, Kathleen is Kitty. I call her Kitty. Kitty pushed her-pushed Mrs. Crane into the truck of the car. I asked Kitty why she was being such an asshole. The bruise that Mrs. Crane had on the side of her head, is from where when she was in the car, she said she would just tapped. Kathleen grabbed her by the hair, Kathleen grabbed her by the hair, she hit her in the head

Page five/er

'cause she wanted the number to the ah, ATM cards, credit cards, or whatever they were. That's how she got the numbers to the cards.

MEDIA:    Will you fight the charges at all, it sounds you're trying to be (unintelligible) get charges at all, are you ready for the death penalty. Could that be (unintelligible).

BUSBY:    I don't want to die. By no means do I want to die. And that's why I let you talk to me. But I broke the law, so you break the law you have to pay for it. But it wasn't my intention for the lady to die, she rolled over (unintelligible) in her sleep. And the caused the tape to smash whatever. Which would've cause her where she couldn't breath. Because it was bridged up under her nose. The tape bridge over her nose, (unintelligible). And under her mouth and under her nose, over her mouth and under nose like this. So she rolled over and any kind of (unintelligible) caused the tape to close. That's what caused her to die, where she couldn't breath. But God knows I never intended to kill that woman. But as for fighting the charges, and I doubt if I fight it. I doubt very seriously if I do. I can't win, I haven't seen my family since 2002. I don't' want nobody to help me get a lawyer, a public defender is going to help me with this. I've never won any case with a public defender. I wasn't guilty of robbery in 2002, I mean, 2000, I wasn't guilty. I just had a fight with a man that said I robbed him. The public defender-the public defender sent me to the penitentiary. (unintelligible) my mother and my sister don't come visit me. So when should I fight, why should I fight. I have nothing to fight for.

MEDIA:    Why did you take Mrs. Crane?

BUSBY:    I did it sir, it was in fate, that's all I can say. I was being pressured to get my, what I thought was going to be my fiancé, my wife, away somewhere and she was just sitting there with her car door open looking down into the floorboard of her car. I was hoping she would see me when I was walking up, and she seemed all the times, (unintelligible) looking. I'm sorry to her family and I hope they forgive me.

MEDIA:    Do you have anything else to say to the family?

Page six/er

BUSBY: I just ask them for forgiveness, that's all. 'Cause (unintelligible) if I can, (unintelligible) please don't give me the death penalty.

MEDIA: Help us understand how you got into this position?

BUSBY: Well, I have some friends that I care about a lot. And it was their anniversary and we were trying to celebrate it so I was going to get some wine out of the store, some Mullet. I wasn't going pay for it, of course I was going to steal it. But it was the only way I couldn't buy it. And this guy that I had been riding with, this white guy that I had been riding with was getting me high all night long. Take me back and forth from the Southside to the Northside. If he hadn't left me on the West side, somewhere where I didn't know and have a way back I don't think I would be here in the predicament right now. I honest, truly think I wouldn't here, because he'd a been my ride. I'd gotten my ride back to the Southside, where I could've went on my daily routine.

MEDIA: Can you tell us or can you remember what you said to Mrs. Crane when you first got in the car and how you over powered her, what did you say, what did Kathleen say, what did Mrs. Crane say, how did that all- -

BUSBY: What I said to Mrs. Crane was ma'am just scoot over. All I want is a ride. Nothing is going to happen to you at all. I just want a ride back to the Southside and I'll let you go. That's what my intentions was. That's what Kathleen asked me to do, was to get her a ride back to the Southside, that's all, that's all. I knew what we was going to do, and that was it. That was it.

MEDIA: Then how did it get from a ride to the Southside to taking ATM cards and hitting her on the side of the head for currency?

BUSBY: Kathleen snatched up the woman's purse and went through it. When she went through it she only found 12 dollars. So she was mad. She said all she has is "F" ing 12 dollars in her purse, that's not enough for (unintelligible). I want more. So when she was going through her purse she found AT-she found ATM cards. She had a check for $175.00 dollars. She asked the woman for the number to the cards.

Page seven/er

The woman gave her a number, I don't know to which card, but she gave the woman her number. When went to this-when went to the store off of Beach, Kathleen was in the store tried to use the card, come back and said that was the wrong number. At that time Kathleen hit the woman on side of the head. Kathleen set behind me, the woman sat on the passenger seat to the right. And I drove the car. That was (unintelligible) done to the woman, she did it, I never hit the woman, I never touched her. All I asked her to do was just scoot over and I held her (unintelligible). That''s all wanted was a ride.

MEDIA: Yesterday, we spoke with Kathleen, she said, and I quote, I had no idea that the woman was in the car, the whole time I had no idea. So, who do we believe here, her or you?

BUSBY: Like I said, sir, I helped the detectives find the body, I took them too it. You know, I shot straight with the detectives from the beginning. I took them to find the evidence that they found today.

MEDIA: Which (unintelligible).

BUSBY: The one that has some blue, some blue like bookshelves things in the back that you set books to. Or you set, you can set towels in it, or whatever, it comes from this, like a school or something. And that's what I took them to find today, that Kathleen took out the back of the trunk of the car. I can't-I can't tell you to believe, I can't tell you to believe her. I'm willing to take lie detector test. I didn't (unintelligible) I haven't had one.

MEDIA: You said you still loved her?

BUSBY: Yes I love her, I always will. No matter what happens to me I'll always will love her. We've been through a lot of things together. You know, but I love her which I always will.

MEDIA: And after you heard what she had said about you?

BUSBY: I still love man.

MEDIA: So at white point did you put the duct tape on Mrs. Crane's face (unintelligible)?



Page eight/er

| | |
|---|---|
| BUSBY: | What do you mean, at what point? |
| MEDIA: | Where, at what point, would it be first, when you first saw her in the grocery store parking lot or in Oklahoma? |
| BUSBY: | No sir, we were already in Oklahoma when I put the duct tape. |
| MEDIA: | So you were talking to her the whole time on the drive up to Oklahoma and she was talking to you and- - |
| BUSBY: | No, she was in the trunk. She was in the trunk. When I got the chance to talk to her like if sent Kitty into the store, I would talk to her. Or I would open the back seat, the seats in the back have a little button things on the side where you could pull them and let the seats down. That's how I knew Mrs. Crane wasn't smothered in the back seat. Well she was put in the trunk when we were on our way to the bank. I said I hope she's going to be alright back there. And Kitty said, no she's going to die 'cause I shut the trunk all the way. That's when I looked back in the back seat to see, look at the seats and seen that it had buttons. And I use drive a Honda Accord so I knew that if the seats were open, you could breathe in the trunk. |
| MEDIA: | Where were you when you put her in the trunk? |
| BUSBY: | Off the access road at 121, in between, somewhere on the (unintelligible) of Beach, heading east. |
| MEDIA: | (unintelligible). |
| BUSBY: | Actually we, it's was off of Kings, Kings and (unintelligible) somewhere in the area of Kings and (unintelligible). I seen the sign today. |
| MEDIA: | Why did you put her in the trunk at all. I mean, if this is Friday, it was cold, ah, she must've spent all of Friday night in the trunk? |
| BUSBY: | I did not believe it was that cold, sir. I don't believe it was that cold. I put her in the trunk Kitty asked me to do put her in the trunk. |

Page nine/er

MEDIA:    The 30th of January, it was cold outside.

BUSBY:    I-I can't say how cold it was for sure. The heat remained on in the car, that's all I can say, it had to come in through the front of the car into the trunk. I know heat can come in from the from the car in the trunk.

MEDIA:    There's a wall there between the trunk and the passenger (unintelligible)?

BUSBY:    There's not a-there's not a wall if you drive a Honda, a Honda Civic, and Honda Accord, if you look, if you time out to go to a car lot, you look in the back seat of a Honda, on a Civic, Honda Accord, in the back of a Nissan Sentra, that's what she drove, right? It was a Nissan. Look in the back seat of the new model her type of car and you'll see there is not wall, 'cause you can take the button and raise it up and let the seats down to have access into the trunk from inside the car. So there's not a wall. If there was a wall sir, she'd of suffocated in the trunk.

MEDIA:    When you realized the woman had died and you left her on the side of the road, was Kathleen with you at that point or was she back at the motel?

BUSBY:    No, she was with me. Kathleen knew at the same time I knew that the woman had died. Kathleen knew the woman was dead (unintelligible). When I got in the car with the woman, Kathleen got in the car. She wasn't five steps behind me when I asked the women to scoot over. And she snatch on the back door to my surprise when I looked back and seen her there and unlocked the door so she could get in.

MEDIA:    (unintelligible) when you talked to her (unintelligible)?

BUSBY:    The most hurting thing she said to me was what would I think my mother would think of me now.

MEDIA:    What did you say?

BUSBY:    I know (unintelligible) I said it. That's all I could do. 'Cause I know my mother would be disgusted.

Page ten/er

MEDIA:          (unintelligible).

BUSBY:          She was not hostile, she was-she was calm during the whole
                thing. She stayed calm, she talked to us, she talked to us a
                lot. She asked why were we doing this. What was wrong in
                our life, what went wrong, why are we acting this way. That
                she was pretty sure that we were not raised that way. She
                said a lot of true things, a lot of hurt. A lot of things that go
                deep in side. But I still hurt today.

MEDIA:          What exactly did she die? When you left here you were
                going to Oklahoma- -

BUSBY:          As far as I know, sir is that she was alive when I went to
                sleep at the (unintelligible) in Oklahoma.

MEDIA:          What town, in Ardmore?

BUSBY:          I think it was in Ardmore Oklahoma, I believe so, at the Inn
                that we rented a room 136. We had come back because
                Kitty wanted to buy some dope. So we went to look for some
                crack. We couldn't find, I got tired of (unintelligible) 'cause I
                had been (unintelligible) for two days. So we stop at a store
                and bought some (unintelligible). We went to the Taco
                Cabana and bought Fajitas plates and I paid for both. We
                got back to the room. I went in the room (unintelligible) and I
                went to sleep. After I woke up Kathleen said that she had
                dropped seven bottle of (unintelligible). But she had also
                dropped a plate of Fajitas and that she had a (unintelligible).
                (unintelligible) times that she dropped things, (unintelligible) I
                was asleep. I had been up for two days, so, ah, whatever,
                went on while I was asleep. I can't tell you. So all I know is
                that after I woke up and checked out of the motel, we went to
                take the car and the woman (unintelligible). When I opened
                the trunk the woman was dead. That's all. All I know she
                wasn't (unintelligible) to die.

MEDIA:          But did you offer any food or refreshments or any water or
                any kind of substance at all to Mrs. Crane?

BUSBY:          Actually I did do it. (unintelligible).

ANDERSON:       Next question.

Page eleven/er

MEDIA:    When you pulled over in Oklahoma City coming out of that motel by the police officer in Oklahoma City, what did you think at that point? And is it true that you told them that you were on vacation?

BUSBY:    I told him that we were trying to get a new start in life. That's what I told him. The Oklahoma City police were very violent towards me for no reason. I didn't try to run, (unintelligible) they stuck a pump-a pump-a pump shotgun in my face not more then five inches away from my nose, when I was cooperating with everything they wanted me to do. I don't think the Oklahoma City police, (unintelligible), I think they're rather violent. I really think they wanted me to resist so they could kill me. And that I (unintelligible) in my heart. Because after I had got in the car, the police car, telling the officer that I wasn't-I wasn't violent and I wasn't going to try to fight with them (unintelligible) he asked me to step out and turn around and place my hands behind my back so he could cuff me. I did that. When I turned back, he started putting the cuffs on me, I turned to the right and looked at the officer to my right he did jack shotgun off and stuck it in my face no more than 3 inches to my nose. He said don't look at me, I'll blow your freaking head off. And I was already handcuffed.

ANDERSON:    And that's (unintelligible) closing.

BUSBY:    I just want the family to know that I'm very sorry for what happened. And I hope that they find in their hearts to forgive me. And also I hope my mother finds it in her heart to forgive me. For disgracing my family in this matter. And I apologize to her for what I have done. And I just ask that everybody, please forgive me.

ANDERSON:    Thank you, everybody just stay where you are, please. Okay. Stand up (unintelligible). Just bear with us 'til we get this place locked (unintelligible) for a minute.

Transcribed by Elisama Ramon



STATE'S
EXHIBIT

13

BC  10-2-05

DVD-R

4.7GB
8x speed

Busby Interview
OKC PD

Edward _____ view
**Detectives Garrett & Whitebird**
**Oklahoma City PD**
**CD Copy**

# 80

# DVD-R              8x

Certified for use with Apple DVD-R drives       4.7GB Media



Tarrant County
District Attorney
Busby Tapes

1. Press Conference

Eagle Audio Recording
www.eagleaudiorecording.com
911 S. Main St. Fort Worth, TX.
(817) 877-4338
© 2005

STATE'S
EXHIBIT
15
10-2-05



STATE EXHIBIT 16
BC 10-3-05









**111**

Case 4:09-cv-00160-O   Document 126-17   Filed 05/04/26   Page 253 of 519   PageID 12064

No.

In the District Court          )
Oklahoma County               )          SEARCH WARRANT
State of Oklahoma             )

In the Name of the State of Oklahoma

To any Sheriff, Policeman, or Peace Officer in the County of Oklahoma:

Probable cause having been shown this day by the affidavit of Sgt. K. Whitebird for believing the following property:

Items which may contain evidence of a Kidnapping including but not limited to, blood, blood stained articles, physiological fluids and secretions, hairs, fibers, fingerprints, palm prints, fingernails, footprints, shoeprints, clothing, and other garments, room rental agreements, restraint items

And articles of personal property tending to establish the identity of the person or persons in control and or possession of room 111 of the deluxe motel, including but not limited to, credit cards, rental receipts, automated teller receipts

is located at: Deluxe Motel, 3402 NE 23rd street, room 111, Oklahoma City, Oklahoma County

You are therefore commanded, in the daytime, to make immediate search of the above described motel room, including the curtilage thereof and the appurtenances belonging thereto, for the property described above, and to make a return of this warrant to me within 10 days. You are further commanded to deliver a copy of this warrant to the persons found in possession of the above property or at the place where this warrant is served. You are further commanded to arrest the persons in possession of the above evidence.

Nighttime service is not authorized because:

DATE ISSUED: 7-1-04   at   10:8   AM/PM

JUDGE OF THE DISTRICT COURT





FILED

THOMAS A. WILDER, DIST. CLERK
TARRANT COUNTY TEXAS

**OCT 2 1 2005**

NO. 0920589A

TIME _____

BY_____ DEPUTY

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE CRIMINAL DISTRICT |
| | § | |
| VS. | § | COURT NUMBER TWO |
| | § | |
| EDWARD LEE BUSBY, JR. | § | TARRANT COUNTY, TEXAS |

## STATE'S FILING OF BUSINESS RECORDS
### [CitiGroup Financial Services]

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the State of Texas by and through her Criminal District Attorney Tim Curry and files with the Court the following business records accompanied by affidavit:

1. An affidavit executed by Bryan Rozanski and nine (9) pages of records CitiGroup Financial Services

Respectfully submitted,

TIM CURRY
CRIMINAL DISTRICT ATTORNEY

Gregory T. Miller, Assistant
Criminal District Attorney
State Bar No. 14073650

Joe Shannon, Jr., Assistant
Criminal District Attorney
State Bar No. 18107000

STATE'S EXHIBIT

1





## CERTIFICATE OF SERVICE

I, Gregory T. Miller, hereby certify that I have on this the 21st day of October, 2005, mailed, FAXED, e-mailed, or hand-delivered a true and correct copy of the foregoing motion to the Honorable Jack V. Strickland, 909 Throckmorton, Fort Worth, Texas 76102 and the Honorable Stephen Gordon, 101 Summit Avenue, Suite 610, Fort Worth, Texas 76102, the attorneys of record for Edward Lee Busby.

Gregory T. Miller

STATE OF TEXAS       *
                             *
                             *

COUNTY OF TARRANT       *

## BUSINESS RECORDS AFFIDAVIT

Before me, the undersigned authority, personally appeared _Bryan Rozanski_, the Custodian of Records for CitiGroup Financial Services being by me duly sworn, deposed as follows:

My name is CitiGroup Financial Services, I am of sound mind, capable of making this affidavit and personally acquainted with the facts herein stated:

I am Custodian of Records for CitiGroup Financial Services. Attached hereto are __9__ pages of records from CitiGroup Financial Services.

These records are kept by CitiGroup Financial Services in the regular course of business, and it was in the regular course of business of CitiGroup Financial Services that an employee or representative of CitiGroup Financial Services, with knowledge of the act, event, condition, opinion or diagnosis, recorded to make the record or to transmit information thereof to be included in such record. Further the record was made at or near the time or reasonably soon thereafter. The records attached hereto are exact duplicates of the originals.

_____
Affiant

_BRYAN Rozanski_
Affiant's name printed

### CitiGroup Financial Services

_270 E John Carpenter Fwy 3rd Fl Irving, Tx 75062_
Affiant's address

SWORN TO AND SUBSCRIBED before me this _21st_ day of _Oct._, 20 _05_.

_____
Notary Public in and for the State of Texas

_Yvette Mitchell_
Notary's name printed
My Commission expires _01-29-09_

YVETTE MITCHELL
Notary Public
STATE OF TEXAS
My Comm. Exp. 01.___

```
AREV <==TRNCD  ACCNT#==> 5424180015064741                    06/22/04 - 15:19:41
                              TRSFR 5424180827128858  CONSOL
CRANE,MEADE B                 SSN 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   ACQ IND    B CONV
  01/30/04 01/30/04 72        CH DT  03/19/99   AC TYPE   N            TOT      CA
        SEE TRANSFER ACCT                                  CH DT 03/06/98 05/07/96
  FORT WORTH TX               ZIP 76109 2403 50 AC PHOTO    LINE      8400     6800
                                               PIC       4 OPEN      8400     6800
H (817) 737-2206       B (817) 737-7206         CRED INS  NO AUTH         0        0
S CRANE,LAURA C                                 CHK ACC    0 RESRVD       0
ST CLOSED/FRAUD        REAS   STOLEN                         PUR BAL            .00
SC 31 I DT 02/24/04    PLASTICS    002   DBM       12/01/82  CA BAL             .00
HC 4 SUSP CD 0         ISS DT 01/04/02   ANN                 TOT BAL            .00
RSN CD   401           EXP DT 02/28/05   PID        085 PLA  LST STMT DT 00/00/00
                       REIS IND          DISC CD            CURR PYMT           .00
AUTHS TODAY            REIS MO        00  BK3 SCORE    1-    CUR PYMT DT      01/15
P 00 C 0 M3    1-              M      01  APR INDEX      3   OCL               0.00
NEVADA ACCOUNT                C       1- LGL ENT        05   DD    0 PD          .00
3                             PREFIX   4 CRD           686   MIN DUE            .00
4                             BIL G 003 BIF                  TOT DUE            .00
PURCH-ID       01967   SBU SEG   00790   AEL   HEI    PRT   PYMT DUE DT  06/23/04
CASH-ID        02131   CH 000000000***   PCLI               HBB                .00
FEE-ID         06000   BANKRUPT IND      LAB IND            LIFE             39347
TERM-ID        00209   NGCKS 00          LANG IND      01   PYFC PD            .00
```

```
VIEW 2.0 BROWSE - NATA0330-O01 - REC 4350338 PG 0075791.001 LOCK 00 COL 001 080
COMMAND ===>                                                   SCROLL ===> PAGE
***************************** TOP OF DATA ********************************
»SARPAGE 75791
. EC:      010      PROG: BATB303F          ONLINE AUTHORIZATON TRANSACT
. DD NAME: ORPTFISH   JCL:  BATA0330
. WRITER ID: BAT03301
.
.                                                  -AUTHORIZATION-- ----
.        ACCOUNT              AUTH    ---P.O.S.--- TRN        APPROV    NUM
.        NUMBER               AMOUNT  ENT/CAP/CON  COD  TIME   CODE RESP TODAY
.
. 5424180015059436           35.70  90       00  01 13:16:17 145502  00   0
.            MER: 345310515399000+00010001 DOBASHI MARKET        SAN JOSE
.            RN DT: 0130  CVV:  CVV: 1 AVS:   PS2:    000130MCCVPAZGM+AZGM
.               TRACK 1    76   B5424180015059436¬KARLINSEY/TERAS      ¬051
. 5424180015060780            1.00  01       00  01 12:35:00 788362  00   0
.            MER: 791780000790204+         PEOPLES BENEFIT LIFE   800-523-7
.            RN DT: 0130  CVV:  CVV: 0 AVS:   PS2:    000130MCC2JYQXX+YQXX
. 5424180015061101           41.77  90       00  01 08:09:41 642457  00   0
.            MER: 890001089603000+00010001 BAKER JACKSON ASTROD   HOUSTON
.            RN DT: 0130  CVV:  CVV: 1 AVS:   PS2:    000130MCCXEYAGH+YAGH
.               TRACK 2    33        5424180015061101D0502101169010000.........
. 5424180015064741          302.95  02       00  02 13:30:01 553402  00   0
.            MER: ...............+D2929    2400 ALLIANCE GATEWAY  FORT WORT
```

```
VIEW 2.0 BROWSE - NATA0330-O01 - REC 4350360 PG 0075791.022 LOCK 00 COL 001 080
COMMAND ===>                                             SCROLL ===> PAGE
          RN DT: 0130  CVV:  CVV: 1 AVS:    PS2: 0  000000000000000+1201
              TRACK 2   33   4.1C4.0.5.0.2.1.0.1.0.0.4.0.2.0.0.0.0
. 5424180015064741          302.95  02      00  02 13:31:10 DECLIN  05    1
              MER: ..............+D2929    2400 ALLIANCE GATEWAY  FORT WORT
          RN DT: 0130  CVV:  CVV: 1 AVS:    PS2: 0  000000000000000+1201
              TRACK 2   33   4.1C4.0.5.0.2.1.0.1.0.0.4.0.2.0.0.0.0
. 5424180015064741          202.95  02      00  02 13:31:37 DECLIN  05    1
              MER: ..............+D2929    2400 ALLIANCE GATEWAY  FORT WORT
          RN DT: 0130  CVV:  CVV: 1 AVS:    PS2: 0  000000000000000+1201
              TRACK 2   33   4.1C4.0.5.0.2.1.0.1.0.0.4.0.2.0.0.0.0
. 5424180015065763            5.03  90      00  01 19:37:42 531753  00    1
              MER: 444000001420752+00270009 HOBBY-LOBBY #0027      COLORADO
          RN DT: 0129  CVV:  CVV: 1 AVS:    PS2:    000129MCCS5R4TJ+R4TJ
              TRACK 1   76   B5424180015065763¬NEHER/ROBIN J         ¬060
. 5424180015065763            3.38  90      00  01 19:47:33 710405  00    2
              MER: 079189325200000+00000001 SONIC DRIVE IN      COLORADOS
          RN DT: 0129  CVV:  CVV: 1 AVS:    PS2:    000129MCC7XCQGS+CQGS
              TRACK 1   76   B5424180015065763¬NEHER/ROBIN J         ¬060
. 5424180015065763           75.76  01      00  03 14:41:39 897522  00    0
              MER: 000040582886000+00017074 Melaleuca, Inc       800-282-3
          RN DT: 0130  CVV:  CVV: 0 AVS: Y PS2:    000130MCCDEF2GS+F2GS
. 5424180015075408           23.90  01      00  03 01:33:20 DECLIN  51    0
```

```
VIEW 2.0 BROWSE - NATA0330-OO1 - REC 2576724 PG 0044866.044 LOCK 00 COL 001 080
COMMAND ===>                                           SCROLL ===> PAGE
                MER: GCTY016908      +GCTY    GAS CITY
                                                              ORLAND HI
                RN DT: 0131  CVV:  CVV: 1 AVS:   PS2:    000131MCCSA3NSQ+3NSQ
                   TRACK 2    33         5424180015018085D0407101156010000.........
. 5424180015034413           225.28  90      00  01 11:01:21 430183  00     0
                MER: 4590000449     +04490025 WAL-MART STORES, INC   GROVES
                RN DT: 0131  CVV:  CVV: 1 AVS:   PS2:    000131MCC0XDKX2+DKX2
                   TRACK 2    33         5424180015034413D0510101248020000.........
. 5424180015061713           77.71  90      00  01 19:09:30 216861  00     0
                MER: 000907180510998+00483175 BOURBON STREET CAFE   SAN ANTON
                RN DT: 0130  CVV:  CVV: 1 AVS:   PS2:    000130MCCLLQQB3+QQB3
                   TRACK 2    33         5424180015061713=0502101011010000.........
. 5424180015064741           201.75  02      00  02 08:36:45 DECLIN  04     0
                MER: ..............+70336949 HWY 7 & 35, NW COR    DAVIS
                RN DT: 0131  CVV:  CVV: 1 AVS:   PS2: 0  000000000000000+5705
                   TRACK 2    33         5424180015064741=0502101004020000.........
***************************** BOTTOM OF DATA *****************************
```

```
AREV <==TRNCD  ACCNT#==> 5466160049145335                    06/22/04 - 15:16:14
                            TRSFR 5466160072484171  CONSOL
CRANE,LAURA LEE             SSN 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  ACQ IND    B CONV
  01/30/04 01/30/04 72     CH DT  03/19/99  AC TYPE  N            TOT       CA
         SEE TRANSFER ACCT                          CH DT 09/29/98 05/31/96
  FORT WORTH TX            ZIP 76109 2403 50 AC PHOTO    LINE     9800     6800
                                          PIC       4  OPEN   ******     6800
H (817) 737-7206     B (999) 999-9999     CRED INS  NO AUTH        0        0
S CRANE,MEADE B                           CHK ACC   0  RESRVD      0
ST CLOSED/FRAUD        REAS  STOLEN                    PUR BAL            .00
SC 31 I DT 03/18/04   PLASTICS    002  DBM    04/01/95 CA BAL             .00
HC 4 SUSP CD 0        ISS DT 09/09/03  ANN             TOT BAL            .00
RSN CD  401           EXP DT 04/30/05  PID      160 AWG LST STMT DT 00/00/00
                      REIS IND         DISC CD          CURR PYMT         .00
AUTHS TODAY           REIS MO      00  BK3 SCORE   1-   CUR PYMT DT     01/12
P 00 C 0 M3    1-            M    01  APR INDEX    3   OCL            ******
NEVADA ACCOUNT              C    1- LGL ENT       05   DD   0 PD         .00
3                       PREFIX  4  CRD          191   MIN DUE           .00
4                       BIL G 020  BIF                TOT DUE           .00
PURCH-ID     01967  SBU SEG   00200  AEL   HEI    PRT  PYMT DUE DT 06/17/04
CASH-ID      02131  CH 0000000000**  PCLI                HBB              .00
FEE-ID       05822  BANKRUPT IND    LAB IND            LIFE           197733
TERM-ID      00208  NGCKS 00        LANG IND      01   PYFC PD          .00
```

```
SATH <==TRNCD  ACCNT#==> 5466160049145335      D/R <====> D       RET FLAG: D
AMT:           DATE:          AUTH #:         BIN #:          SIC:

ACCOUNT                    AUTH                   AUTH    AUTH    AUTHS   APPR
NUMBER             PC     AMOUNT  ENT/CAP/CON  DATE     TIME    TODAY   CODE
5466160049145335   01     102.95  02        00  01/30/04  13:33:01  001   DECLIN
  MER: 2400 ALLIANCE GATEWAY  FORT WORTH    TXUS 00000 840 US ID
  CVV: 1 CVV VALUE:       PS 2000: 000000000000000+1201  AVS UTIL:    AVS RESP
  EXPIR:AUTH ATMPT 04 05 CBSD FILE 04 05 BIN NUMBER 527442 CRD ISS DTE 256
  3-5C4-0-5-0-4-1-0-1-2-5-6-0-1-0-0-0-0

5466160049145335   01     201.25  02        00  01/31/04  08:01:03  000   DECLIN
  MER: 2515 HWY 142          ARDMORE      OKUS 00000 840 US ID
  CVV: 1 CVV VALUE:       PS 2000: 000000000000000+8501  AVS UTIL:    AVS RESP
  EXPIR:AUTH ATMPT 04 05 CBSD FILE 04 05 BIN NUMBER 406275 CRD ISS DTE 256
  3-5C4-0-5-0-4-1-0-1-2-5-6-0-1-0-0-0-0

5466160049145335   01       1.00  90        00  01/31/04  08:34:46  000   DECLIN
  MER: OAK HILL PLACE        DAVIS        OK  73030 840 US ID 9619312431
  CVV: 1 CVV VALUE:       PS 2000: 000131MCWLNIISK+IISK  AVS UTIL:    AVS RESP
  EXPIR:AUTH ATMPT 04 05 CBSD FILE 04 05 BIN NUMBER 006804 CRD ISS DTE 256
         5466160049145335D0504101256010000

     P - PRINT      PF10 - UP      PF11 - DOWN      ENTER - <===>
```

```
SATH <==TRNCD  ACCNT#==> 5466160049145335       D/R <====> D        RET FLAG: D
MT:            DATE:          AUTH #:            BIN #:             SIC:

ACCOUNT                    AUTH                  AUTH     AUTH      AUTHS    APPR
NUMBER               PC    AMOUNT  ENT/CAP/CON   DATE     TIME      TODAY    CODE
5466160049145335     01     25.81  90        00  01/30/04 13:05:29   001    081593
  MER: KWIK PANTRY #412        FORT WORTH    TX  76111 840 US ID 020000201824001
  CVV: 1 CVV VALUE:       PS 2000: 000130MCWMKX1XV+X1XV  AVS UTIL:    AVS RESP
  EXPIR:AUTH ATMPT 04 05 CBSD FILE 04 05 BIN NUMBER 007920 CRD ISS DTE 256
          5466160049145335=0504101256010000

5466160049145335     01    302.95  02        00  01/30/04 13:28:45   000    949447
  MER: 2400 ALLIANCE GATEWAY  FORT WORTH    TXUS 00000 840 US ID
  CVV: 1 CVV VALUE:       PS 2000: 000000000000000+1201  AVS UTIL:    AVS RESP
  EXPIR:AUTH ATMPT 04 05 CBSD FILE 04 05 BIN NUMBER 527442 CRD ISS DTE 256
  3-5C4-0-5-0-4-1-0-1-2-5-6-0-1-0-0-0-0

5466160049145335     01    302.95  02        00  01/30/04 13:32:34   001    DECLIN
  MER: 2400 ALLIANCE GATEWAY  FORT WORTH    TXUS 00000 840 US ID
  CVV: 1 CVV VALUE:       PS 2000: 000000000000000+1201  AVS UTIL:    AVS RESP
  EXPIR:AUTH ATMPT 04 05 CBSD FILE 04 05 BIN NUMBER 527442 CRD ISS DTE 256
  3-5C4-0-5-0-4-1-0-1-2-5-6-0-1-0-0-0-0

     P - PRINT     PF10 - UP    PF11 - DOWN      ENTER - <===>
```

```
SATH <==TRNCD  ACCNT#==> 5466160049145335      D/R <====> D        RET FLAG: D
MT:            DATE:          AUTH #:          BIN #:            SIC:

ACCOUNT                    AUTH                 AUTH      AUTH     AUTHS   APPR
NUMBER             PC     AMOUNT  ENT/CAP/CON   DATE      TIME     TODAY   CODE
5466160049145335   00      40.00  01      00  01/27/04  13:17:35   000    512110
  MER: NATIONAL COWGIRL MUS   817-336-4475  TX  76107 840 US ID 000088440000202
  CVV: 0 CVV VALUE:       PS 2000: 000127MCWS4U88D+U88D  AVS UTIL: Y  AVS RESP Z
  EXPIR:AUTH ATMPT 04 05 CBSD FILE 04 05 BIN NUMBER 002135 CRD ISS DTE 000


5466160049145335   01      29.00  90      00  01/28/04  09:33:51   000    526156
  MER: MAM'ZELLE BEAUTY SALON FT. WORTH     TX  76109 840 US ID 680869424610544
  CVV: 1 CVV VALUE:       PS 2000: 000128MCWPUVMGX+VMGX  AVS UTIL:    AVS RESP
  EXPIR:AUTH ATMPT 04 05 CBSD FILE 04 05 BIN NUMBER 005987 CRD ISS DTE 256
          5466160049145335D0504101256010000

5466160049145335   01       1.00  90      00  01/30/04  12:57:02   000    076030
  MER: DRIVERS #412            FORT WORTH    TX  76111 840 US ID 040516000000000
  CVV: 1 CVV VALUE:       PS 2000: 000130MCWTQA5M8+A5M8  AVS UTIL:    AVS RESP
  EXPIR:AUTH ATMPT 04 05 CBSD FILE 04 05 BIN NUMBER 007920 CRD ISS DTE 256
          5466160049145335=0504101256010000

     P - PRINT     PF10 - UP     PF11 - DOWN      ENTER - <===>
```

```
FFMF <==TRNCD  ACCNT#==> 5466160049145335
                    AUTOMATED FRAUD PROCESSING SYSTEM
                    FRAUD FINANCIAL MASTER DISPLAY
SEC ACCT 5466160049145335
ORG XFER 5466160072484171      1ST WOFF 03/17/04   TOTAL WRITE OFF      344.96
CUR XFER 5466160072484171      LST WOFF 03/17/04   TOTAL CLAIM AMT        0.00
                               LOS DATE 01/30/04
NAME   CRANE,LAURA LEE         RPT DATE 01/30/04   PUR PAYMENT BAL        0.00
ADD 1  4750 BELLAIRE DR S      1ST DISP 01/30/04   C/A PAYMENT BAL        0.00
ADD 2                          LST PUR  01/27/04   CURR PURCHASE          0.00
CITY   FORT WORTH              LST C/A  00/00/00   CURR CASH ADV          0.00
STATE TX   ZIP 761090000       LST PMNT 01/12/04   LAST PAYMENT        1850.00
H TEL (817) 737-7206           LST ACTV 03/18/04   THIS C/A BILL          0.00
B TEL (999) 999-9999           STAT CHG 01/31/04   AMT C/A CHG NOT        0.00
                               CBM DATE 04/95      C/A MIN ADV            0.00
ORIG STATUS 00     SPCL ACCT N EXP DATE 04/05      PAST DUE INT           0.00
CURR STATUS 31     STOLEN                          PAST DUE CHG           0.00
STATE LOSS  TX     BBC TAG  G                      PUR SERV CHG           0.00
DELQ CODE   A      ATM PIN  7  BILL CARDMEMBER Y   MIN PAYMENT C/A        0.00
NO PLASTICS 02     ACQ IND  6                 T
NFY LET CNT 0      NO OF L/S 1
HOT CRD IND *      NO OF NRI 0
REPORT TYPE S      REISSUE P 00
```



NO. 0920589A

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE CRIMINAL DISTRICT |
| | § | |
| VS. | § | COURT NUMBER TWO |
| | § | |
| EDWARD LEE BUSBY, JR. | § | TARRANT COUNTY, TEXAS |

## STATE'S FILING OF BUSINESS RECORDS
### [CitiGroup Financial Services-2nd Set]

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the State of Texas by and through her Criminal District Attorney Tim Curry and files with the Court the following business records accompanied by affidavit:

1.    An affidavit executed by David McDermott and eight (8) pages of records CitiGroup Financial Services

Respectfully submitted,

TIM CURRY
CRIMINAL DISTRICT ATTORNEY

Gregory T. Miller, Assistant
Criminal District Attorney
State Bar No. 14073650

Joe Shannon, Jr., Assistant
Criminal District Attorney
State Bar No. 18107000



STATE'S
EXHIBIT
2



## CERTIFICATE OF SERVICE

I, Gregory T. Miller, hereby certify that I have on this the 26th day of October, 2005, mailed, FAXED, e-mailed, or hand-delivered a true and correct copy of the foregoing motion to the Honorable Jack V. Strickland, 909 Throckmorton, Fort Worth, Texas 76102 and the Honorable Stephen Gordon, 101 Summit Avenue, Suite 610, Fort Worth, Texas 76102, the attorneys of record for Edward Lee Busby.

Gregory T. Miller

STATE OF TEXAS                           *
                                         *
                                         *
COUNTY OF TARRANT                        *

## BUSINESS RECORDS AFFIDAVIT

Before me, the undersigned authority, personally appeared Chip Bulin, the Custodian of Records for Citigroup Financial Services being by me duly sworn, deposed as follows:

My name is Chip Bulin, I am of sound mind, capable of making this affidavit and personally acquainted with the facts herein stated:

I am Custodian of Records for Citigroup Financial Services. Attached hereto are _8_ pages of records from Citigroup Financial Services.

These records are kept by Citigroup Financial Services in the regular course of business, and it was in the regular course of business of Citigroup Financial Services that an employee or representative of Citigroup Financial Services, with knowledge of the act, event, condition, opinion or diagnosis, recorded to make the record or to transmit information thereof to be included in such record. Further the record was made at or near the time or reasonably soon thereafter. The records attached hereto are exact duplicates of the originals.

_____
Affiant

Chip Bulin_____
Affiant's name printed

## Citigroup Financial Services

290 E. John Carpenter Freeway Irving, Texas 75062
Affiant's address

SWORN TO AND SUBSCRIBED before me this 3rd day of Nov. , 2005.

_____
Notary Public in and for the State of Texas

_____
Notary's name printed
My Commission expires _____

SHAWNA LEE BEAM
Notary Public
STATE OF TEXAS
My Comm. Exp. 01/17/2009

```
AREV <==TRNCD  ACCNT#==> 5466150049145335                06/22/04 - 15:16:14
                              TRSFR 5466160072484171  CONSOL
CRANE,LAURA LEE                SSN 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   ACQ IND    B CONV
   01/30/04 01/30/04 72       CH DT  03/19/99   AC TYPE   N          TOT      CA
           SEE TRANSFER ACCT                              CH DT 09/29/98 05/31/96
   FORT WORTH TX             ZIP 76109 2403 50 AC PHOTO    LINE      9800      6800
                                               PIC      4  OPEN    ******      6800
H (317) 737-7206         B (999) 999-9999      CRED INS  NO AUTH         0         0
S CRANE,MEADE B                                CHK ACC    0  RESRVD      0
ST CLOSED/FRAUD          REAS   STOLEN                     PUR BAL             .00
SC 31 I DT 03/18/04  PLASTICS      002   DBM       04/01/95 CA BAL            .00
HC 4 SUSP CD 0       ISS DT 09/09/03  ANN                  TOT BAL            .00
RSN CD   401         EXP DT 04/30/05  PID        160 AWG   LST STMT DT  00/00/00
                     REIS IND         DISC CD             CURR PYMT           .00
AUTHS TODAY          REIS MO       00  BK3 SCORE   1-      CUR PYMT DT     01/12
P 00 C 0 M3     1-            M    01  APR INDEX     3     OCL             ******
NEVADA ACCOUNT               C    1-  LGL ENT      05     DD    0 PD         .00
3                         PREFIX   4  CRD         191     MIN DUE            .00
4                         BIL G 020  BIF                  TOT DUE            .00
PURCH-ID       01967  SBU SEG  00200  AEL    HEI   PRT    PYMT DUE DT  06/17/04
CASH-ID        02131  CH 0000000000**  PCLI                HBB                .00
FEE-ID         05822  BANKRUPT IND    LAB IND             LIFE            197733
TERM-ID        00208  NGCKS 00        LANG IND      01    PYFC PD            .00
```

```
FFMF <==TRNCD  ACCNT#==> 5466160049145335
                        AUTOMATED FRAUD PROCESSING SYSTEM
                        FRAUD FINANCIAL MASTER DISPLAY
SEC ACCT 5466160049145335
ORG XFER 5466160072484171        1ST WOFF 03/17/04   TOTAL WRITE OFF      344.96
CUR XFER 5466160072484171        LST WOFF 03/17/04   TOTAL CLAIM AMT        0.00
                                 LOS DATE 01/30/04
NAME   CRANE,LAURA LEE           RPT DATE 01/30/04   PUR PAYMENT BAL        0.00
ADD 1  4750 BELLAIRE DR S        1ST DISP 01/30/04   C/A PAYMENT BAL        0.00
ADD 2                            LST PUR  01/27/04   CURR PURCHASE          0.00
CITY   FORT WORTH                LST C/A  00/00/00   CURR CASH ADV          0.00
STATE  TX    ZIP 761090000       LST PMNT 01/12/04   LAST PAYMENT       1850.00
H TEL (817) 737-7206             LST ACTV 03/18/04   THIS C/A BILL          0.00
B TEL (999) 999-9999             STAT CHG 01/31/04   AMT C/A CHG NOT        0.00
                                 CBM DATE 04/95       C/A MIN ADV           0.00
ORIG STATUS 00     SPCL ACCT N   EXP DATE 04/05      PAST DUE INT           0.00
CURR STATUS 31     STOLEN                            PAST DUE CHG           0.00
STATE LOSS  TX     BBC TAG   G                       PUR SERV CHG           0.00
DELQ CODE   A      ATM PIN    7   BILL CARDMEMBER Y   MIN PAYMENT C/A       0.00
NO PLASTICS 02     .ACQ IND   6                  T
NFY LET CNT 0      NO OF L/S 1
HOT CRD IND *      NO OF NRI 0
REPORT TYPE S      REISSUE P 00
```

```
SATH <==TRNCD  ACCNT#==> 5466160049145335     D/R <=====> D        RET FLAG: D
AMT:          DATE:              AUTH #:         BIN #:            SIC:

ACCOUNT                   AUTH              AUTH     AUTH    AUTHS   APPR
NUMBER           PC       AMOUNT  ENT/CAP/CON DATE     TIME    TODAY   CODE
5466160049145335  00       40.00  01       00 01/27/04  13:17:35  000    512110
  MER: NATIONAL COWGIRL MUS   817-336-4475  TX  76107 840 US ID 000088440000202
  CVV: 0 CVV VALUE:      PS 2000: 000127MCWS4U88D+U88D  AVS UTIL: Y  AVS RESP Z
  EXPIR:AUTH ATMPT 04 05 CBSD FILE 04 05 BIN NUMBER 002135 CRD ISS DTE 000


5466160049145335  01       29.00  90       00 01/28/04  09:33:51  000    526156
  MER: MAM'ZELLE BEAUTY SALON FT. WORTH    TX  76109 840 US ID 680869424610544
  CVV: 1 CVV VALUE:      PS 2000: 000128MCWPUVMGX+VMGX  AVS UTIL:   AVS RESP
  EXPIR:AUTH ATMPT 04 05 CBSD FILE 04 05 BIN NUMBER 005987 CRD ISS DTE 256
        5466160049145335D0504101256010000


5466160049145335  01        1.00  90       00 01/30/04  12:57:02  000    076030
  MER: DRIVERS #412          FORT WORTH    TX  76111 840 US ID 040516000000000
  CVV: 1 CVV VALUE:      PS 2000: 000130MCWTQA5M8+A5M8  AVS UTIL:   AVS RESP
  EXPIR:AUTH ATMPT 04 05 CBSD FILE 04 05 BIN NUMBER 007920 CRD ISS DTE 256
        5466160049145335=0504101256010000

     P - PRINT    PF10 - UP    PF11 - DOWN      ENTER - <===>
```

```
SATH <==TRNCD  ACCNT#==> 5466160049145335      D/R <=====> D        RET FLAG: D
AMT:           DATE:           AUTH #:    .       BIN #:            SIC:

ACCOUNT                   AUTH                AUTH     AUTH     AUTHS   APPR
NUMBER           PC       AMOUNT  ENT/CAP/CON DATE     TIME     TODAY   CODE
5466160049145335  01       25.81  90      00  01/30/04 13:05:29  001    081593
  MER: KWIK PANTRY #412        FORT WORTH    TX  76111 840 US ID 020000201824001
  CVV: 1 CVV VALUE:       PS 2000: 000130MCWMKX1XV+X1XV  AVS UTIL:    AVS RESP
  EXPIR:AUTH ATMPT 04 05 CBSD FILE 04 05 BIN NUMBER 007920 CRD ISS DTE 256
         5466160049145335=0504101256010000

5466160049145335  01      302.95  02      00  01/30/04 13:28:45  000    949447
  MER: 2400 ALLIANCE GATEWAY  FORT WORTH   TXUS 00000 840 US ID
  CVV: 1 CVV VALUE:       PS 2000: 000000000000000+1201  AVS UTIL:    AVS RESP
  EXPIR:AUTH ATMPT 04 05 CBSD FILE 04 05 BIN NUMBER 527442 CRD ISS DTE 256
  3-5C4-0-5-0-4-1-0-1-2-5-6-0-1-0-0-0-0

5466160049145335  01      302.95  02      00  01/30/04 13:32:34  001    DECLIN
  MER: 2400 ALLIANCE GATEWAY  FORT WORTH   TXUS 00000 840 US ID
  CVV: 1 CVV VALUE:       PS 2000: 000000000000000+1201  AVS UTIL:    AVS RESP
  EXPIR:AUTH ATMPT 04 05 CBSD FILE 04 05 BIN NUMBER 527442 CRD ISS DTE 256
  3-5C4-0-5-0-4-1-0-1-2-5-6-0-1-0-0-0-0

     P - PRINT     PF10 - UP    PF11 - DOWN      ENTER - <===>
```

```
SATE <==TRNCD  ACCNT#==> 5466160049145335      D/R <====> D       RET FLAG: D
AMT:          DATE:        AUTH #:          BIN #:            SIC:

ACCOUNT                   AUTH                 AUTH     AUTH    AUTHS   APPR
NUMBER              PC    AMOUNT  ENT/CAP/CON  DATE     TIME    TODAY   CODE
5466160049145335    01    102.95  02      00   01/30/04 13:33:01  001   DECLIN
  MER: 2400 ALLIANCE GATEWAY  FORT WORTH   TXUS 00000 840 US ID
  CVV: 1 CVV VALUE:       PS 2000: 000000000000000+1201  AVS UTIL:    AVS RESP
  EXPIR:AUTH ATMPT 04 05 CBSD FILE 04 05 BIN NUMBER 527442 CRD ISS DTE 256
  3-5C4-0-5-0-4-1-0-1-2-5-6-0-1-0-0-0-0

5466160049145335    01    201.25  02      00   01/31/04 08:01:03  000   DECLIN
  MER: 2515 HWY 142       ARDMORE        OKUS 00000 840 US ID
  CVV: 1 CVV VALUE:       PS 2000: 000000000000000+8501  AVS UTIL:    AVS RESP
  EXPIR:AUTH ATMPT 04 05 CBSD FILE 04 05 BIN NUMBER 406275 CRD ISS DTE 256
  3-5C4-0-5-0-4-1-0-1-2-5-6-0-1-0-0-0-0

5466160049145335    01    1.00    90      00   01/31/04 08:34:46  000   DECLIN
  MER: OAK HILL PLACE     DAVIS          OK  73030 840 US ID 9619312431
  CVV: 1 CVV VALUE:       PS 2000: 000131MCWLNIISK+IISK  AVS UTIL:    AVS RESP
  EXPIR:AUTH ATMPT 04 05 CBSD FILE 04 05 BIN NUMBER 006804 CRD ISS DTE 256
        5466160049145335D0504101256010000

     P - PRINT     PF10 - UP    PF11 - DOWN     ENTER - <====>
```

```
                                                              06/22/04 - 15:19:41
AREV <==TRNCD  ACCNT#==> 5424180015064741
                             TRSFR 5424180827128858  CONSOL
CRANE,MEADE B                 SSN 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  ACQ IND    B CONV
  01/30/04 01/30/04 72      CH DT  03/19/99  AC TYPE   N           TOT        CA
          SEE TRANSFER ACCT                              CH DT 03/06/98 05/07/96
  FORT WORTH TX            ZIP 76109 2403 50 AC PHOTO     LINE      8400      6800
                                            PIC      4   OPEN      8400      6800
H (817) 737-2206          B (817) 737-7206  CRED INS  NO AUTH         0         0
S CRANE,LAURA C                             CHK ACC   0  RESRVD       0
ST CLOSED/FRAUD           REAS  STOLEN                   PUR BAL               .00
SC 31 I DT 02/24/04  PLASTICS      002  DBM      12/01/82 CA BAL               .00
HC 4 SUSP CD 0       ISS DT 01/04/02  ANN               TOT BAL               .00
RSN CD   401         EXP DT 02/28/05  PID      085 PLA  LST STMT DT   00/00/00
                     REIS IND         DISC CD           CURR PYMT             .00
AUTHS TODAY          REIS MO       00 BK3 SCORE   1-    CUR PYMT DT      01/15
P 00 C 0 M3      1-             M   01 APR INDEX      3 OCL                  0.00
NEVADA ACCOUNT                  C   1- LGL ENT        05 DD    0 PD           .00
3                          PREFIX   4  CRD          686 MIN DUE              .00
4                          BIL G 003  BIF               TOT DUE              .00
PURCH-ID       01967 SBU SEG   00790 AEL   HEI   PRT   PYMT DUE DT   06/23/04
CASH-ID        02131 CH 000000000***  PCLI             HBB                   .00
FEE-ID         06000 BANKRUPT IND    LAB IND            LIFE              39347
TERM-ID        00209 NGCKS 00        LANG IND       01  PYFC PD              .00
```

```
SATH <==TRNCD  ACCNT#==> 5424180015064741
AMT:           DATE:                              D/R <====> D
                         AUTH #:                  BIN #:              RET FLAG: S
ACCOUNT                                                               SIC:
NUMBER                     AUTH
5424180015064741   PC    AMOUNT   ENT/CAP/CON   AUTH         AUTH     AUTHS    APPR
  MER: 2400 ALLIANCE GATEWAY  FORT WORTH    DATE         TIME    TODAY    CODE
   02    302.95   02      00  01/30/04  13:30:01           000     553402
  CVV: 1 CVV VALUE:       PS 2000: 000000000000000+1201  AVS UTIL:
  EXPIR:AUTH ATMPT 02 05 CBSD FILE 02 05 BIN NUMBER 527442 CRD ISS DTE 004
  4-1C4-0-5-0-2-1-0-1-0-0-4-0-2-0-0-0-0                      AVS RESP

5424180015064741   02     302.95  02      00  01/30/04  13:31:10   001   DECLIN
  MER: 2400 ALLIANCE GATEWAY  FORT WORTH   TXUS 00000 840 US ID
  CVV: 1 CVV VALUE:       PS 2000: 000000000000000+1201  AVS UTIL:
  EXPIR:AUTH ATMPT 02 05 CBSD FILE 02 05 BIN NUMBER 527442 CRD ISS DTE 004
  4-1C4-0-5-0-2-1-0-1-0-0-4-0-2-0-0-0-0                      AVS RESP

5424180015064741   02     202.95  02      00  01/30/04  13:31:37   001   DECLIN
  MER: 2400 ALLIANCE GATEWAY  FORT WORTH   TXUS 00000 840 US ID
  CVV: 1 CVV VALUE:       PS 2000: 000000000000000+1201  AVS UTIL:
  EXPIR:AUTH ATMPT 02 05 CBSD FILE 02 05 BIN NUMBER 527442 CRD ISS DTE 004
  4-1C4-0-5-0-2-1-0-1-0-0-4-0-2-0-0-0-0                      AVS RESP
*****  1 DAYS LEFT UNTIL COMPLETE *****
  P - PRINT       PF10 - UP       PF11 - DOWN        ENTER - <===>
```

```
SATH <==TRNCD  ACCNT#==> 5424180015064741      D/R <=====> D        RET FLAG: S
AMT:         DATE:              AUTH #:           BIN #:          SIC:

ACCOUNT                     AUTH             AUTH       AUTH     AUTHS    APPR
NUMBER           PC    AMOUNT  ENT/CAP/CON  DATE      TIME     TODAY    CODE
5424180015064741  (02)   201.75  02      00 (01/31/04  08:36:45)  000   DECLIN
  MER: HWY 7 & 35, NW COR    DAVIS        OKUS 00000 840 US ID
  CVV: 1 CVV VALUE:       PS 2000: 000000000000000+5705  AVS UTIL:     AVS RESP
  EXPIR:AUTH ATMPT 02 05 CBSD FILE 02 05 BIN NUMBER 302846 CRD ISS DTE 004
        5424180015064741=0502101004020000


  MER:                                               US ID
  CVV:   CVV VALUE:      PS 2000:                    AVS UTIL:    AVS RESP
  EXPIR:AUTH ATMPT       CBSD FILE      BIN NUMBER     CRD ISS DTE


  MER:                                               US ID
  CVV:   CVV VALUE:      PS 2000:                    AVS UTIL:    AVS RESP
  EXPIR:AUTH ATMPT       CBSD FILE      BIN NUMBER     CRD ISS DTE

END OF ACCOUNT NUMBER HAS BEEN REACHED ---  1 DAYS LEFT UNTIL COMPLETE
        P - PRINT      PF10 - UP     PF11 - DOWN      ENTER - <===>
```

NO. 0920589A

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE CRIMINAL DISTRICT |
| | § | |
| VS. | § | COURT NUMBER TWO |
| | § | |
| EDWARD LEE BUSBY, JR. | § | TARRANT COUNTY, TEXAS |

**FILED**
THOMAS A. WILDER, DIST. CLERK
TARRANT COUNTY, TEXAS

**STATE'S FILING OF BUSINESS RECORDS**
[CitiGroup Financial Services-3rd Set]

NOV − ,4 2005

TO THE HONORABLE JUDGE OF SAID COURT:

TIME_____

BY_____ DEPUTY

COMES NOW the State of Texas by and through her Criminal District Attorney Tim Curry and files with the Court the following business records accompanied by affidavit:

1.  An affidavit executed by Chip Bulin and eight (8) pages of records CitiGroup Financial Services

Respectfully submitted,

TIM CURRY
CRIMINAL DISTRICT ATTORNEY

Gregory T. Miller, Assistant
Criminal District Attorney
State Bar No. 14073650

Joe Shannon, Jr., Assistant
Criminal District Attorney
State Bar No. 18107000



STATE'S
EXHIBIT
**3**



COPY

## CERTIFICATE OF SERVICE

I, Gregory T. Miller, hereby certify that I have on this the 4th day of November, 2005, mailed, FAXED, e-mailed, or hand-delivered a true and correct copy of the foregoing motion to the Honorable Jack V. Strickland, 909 Throckmorton, Fort Worth, Texas 76102 and the Honorable Stephen Gordon, 101 Summit Avenue, Suite 610, Fort Worth, Texas 76102, the attorneys of record for Edward Lee Busby.

Gregory T. Miller

STATE OF TEXAS                              *
                                           *
                                           *
COUNTY OF TARRANT                          *

## BUSINESS RECORDS AFFIDAVIT

Before me, the undersigned authority, personally appeared Chip Bulin, the Custodian of Records for Citigroup Financial Services being by me duly sworn, deposed as follows:

My name is Chip Bulin, I am of sound mind, capable of making this affidavit and personally acquainted with the facts herein stated:

I am Custodian of Records for Citigroup Financial Services. Attached hereto are ___ pages of records from Citigroup Financial Services.

These records are kept by Citigroup Financial Services in the regular course of business, and it was in the regular course of business of Citigroup Financial Services that an employee or representative of Citigroup Financial Services, with knowledge of the act, event, condition, opinion or diagnosis, recorded to make the record or to transmit information thereof to be included in such record. Further the record was made at or near the time or reasonably soon thereafter. The records attached hereto are exact duplicates of the originals.

_____
Affiant

Chip Bulin_____
Affiant's name printed

### Citigroup Financial Services

290 E. John Carpenter Freeway Irving, Texas 75062
Affiant's address

SWORN TO AND SUBSCRIBED before me this 3rd day of Nov. , 2005.

_____
Notary Public in and for the State of Texas

_____
Notary's name printed
My Commission expires _____

SHAWNA LEE BEAM
Notary Public
STATE OF TEXAS
My Comm. Exp. 01/17/2009

```
AREV <==TRNCD  ACCNT#==> 5466160049145335                06/22/04 - 15:16:14
                              TRSFR 5466160072484171  CONSOL
CRANE,LAURA LEE            SSN 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   ACQ IND    B CONV
  01/30/04 01/30/04 72     CH DT  03/19/99   AC TYPE   N          TOT      CA
          SEE TRANSFER ACCT                            CH DT 09/29/98 05/31/96
  FORT WORTH TX            ZIP 76109 2403 50 AC PHOTO   LINE      9800     6800
                                            PIC      4 OPEN     ******     6800
H (817) 737-7206     B (999) 999-9999       CRED INS NO AUTH         0        0
S CRANE,MEADE B                             CHK ACC  0 RESRVD        0
ST CLOSED/FRAUD      REAS  STOLEN                       PUR BAL           .00
SC 31 I DT 03/18/04  PLASTICS    002  DBM     04/01/95  CA BAL            .00
HC 4 SUSP CD 0       ISS DT 09/09/03  ANN              TOT BAL            .00
RSN CD  401          EXP DT 04/30/05  PID      160 AWG LST STMT DT  00/00/00
                     REIS IND         DISC CD          CURR PYMT          .00
AUTHS TODAY          REIS MO      00  BK3 SCORE   1-   CUR PYMT DT     01/12
P 00 C 0 M3    1-             M   01  APR INDEX     3  OCL            ******
NEVADA ACCOUNT               C   1-  LGL ENT       05  DD   0 PD         .00
3                       PREFIX   4  CRD           191  MIN DUE           .00
4                       BIL G 020  BIF                 TOT DUE           .00
PURCH-ID      01967  SBU SEG   00200  AEL   HEI   PRT  PYMT DUE DT  06/17/04
CASH-ID       02131  CH 0000000000**  PCLI             HBB               .00
FEE-ID        05822  BANKRUPT IND    LAB IND           LIFE           197733
TERM-ID       00208  NGCKS 00        LANG IND      01  PYFC PD           .00
```

```
FFMF <==TRNCD  ACCNT#==> 5466160049145335
                    AUTOMATED FRAUD PROCESSING SYSTEM
                     FRAUD FINANCIAL MASTER DISPLAY
   SEC ACCT 5466160049145335
   ORG XFER 5466160072484171      1ST WOFF 03/17/04   TOTAL WRITE OFF    344.96
   CUR XFER 5466160072484171      LST WOFF 03/17/04   TOTAL CLAIM AMT      0.00
                                  LOS DATE 01/30/04
   NAME  CRANE,LAURA LEE          RPT DATE 01/30/04   PUR PAYMENT BAL      0.00
   ADD 1 4750 BELLAIRE DR S       1ST DISP 01/30/04   C/A PAYMENT BAL      0.00
   ADD 2                          LST PUR  01/27/04   CURR PURCHASE        0.00
   CITY  FORT WORTH               LST C/A  00/00/00   CURR CASH ADV        0.00
   STATE TX   ZIP 761090000       LST PMNT 01/12/04   LAST PAYMENT     1850.00
   H TEL (817) 737-7206           LST ACTV 03/18/04   THIS C/A BILL        0.00
   B TEL (999) 999-9999           STAT CHG 01/31/04   AMT C/A CHG NOT      0.00
                                  CBM DATE 04/95      C/A MIN ADV          0.00
   ORIG STATUS 00     SPCL ACCT N EXP DATE 04/05      PAST DUE INT         0.00
   CURR STATUS 31     STOLEN                          PAST DUE CHG         0.00
   STATE LOSS  TX     BBC TAG  G                      PUR SERV CHG         0.00
   DELQ CODE   A      ATM PIN  7  BILL CARDMEMBER Y   MIN PAYMENT C/A      0.00
   NO PLASTICS 02    .ACQ IND  6                  T
   NFY LET CNT 0      NO OF L/S 1
   HOT CRD IND *      NO OF NRI 0
   REPORT TYPE S      REISSUE P 00
```



```
SATH <==TRNCD  ACCNT#==> 5466160049145335      D/R <=====> D        RET FLAG: D
AMT:          DATE:            AUTH #:          BIN #:              SIC:

ACCOUNT                    AUTH                 AUTH      AUTH     AUTHS    APPR
NUMBER            PC       AMOUNT   ENT/CAP/CON DATE      TIME     TODAY    CODE
5466160049145335  00        40.00  01        00 01/27/04 13:17:35  000     512110
  MER: NATIONAL COWGIRL MUS   817-336-4475   TX  76107 840 US ID 000088440000202
  CVV: 0 CVV VALUE:       PS 2000: 000127MCWS4U88D+U88D  AVS UTIL: Y  AVS RESP Z
  EXPIR:AUTH ATMPT 04 05 CBSD FILE 04 05 BIN NUMBER 002135 CRD ISS DTE 000


5466160049145335  01        29.00  90        00 01/28/04 09:33:51  000     526156
  MER: MAM'ZELLE BEAUTY SALON FT. WORTH       TX  76109 840 US ID 680869424610544
  CVV: 1 CVV VALUE:       PS 2000: 000128MCWPUVMGX+VMGX  AVS UTIL:    AVS RESP
  EXPIR:AUTH ATMPT 04 05 CBSD FILE 04 05 BIN NUMBER 005987 CRD ISS DTE 256
          5466160049145335D0504101256010000

5466160049145335  01         1.00  90        00 01/30/04 12:57:02  000     076030
  MER: DRIVERS #412            FORT WORTH     TX  76111 840 US ID 040516000000000
  CVV: 1 CVV VALUE:       PS 2000: 000130MCWTQA5M8+A5M8  AVS UTIL:    AVS RESP
  EXPIR:AUTH ATMPT 04 05 CBSD FILE 04 05 BIN NUMBER 007920 CRD ISS DTE 256
          5466160049145335=0504101256010000

      P - PRINT     PF10 - UP     PF11 - DOWN        ENTER - <===>
```

```
SATH <==TRNCD  ACCNT#==> 5466160049145335      D/R <====> D       RET FLAG: D
AMT:           DATE:         AUTH #:          BIN #:        SIC:

ACCOUNT                   AUTH                 AUTH     AUTH    AUTHS    APPR
NUMBER             PC     AMOUNT  ENT/CAP/CON  DATE     TIME    TODAY    CODE
5466160049145335   01      25.81  90      00  01/30/04 13:05:29 001    081593
  MER: KWIK PANTRY #412        FORT WORTH    TX  76111 840 US ID 020000201824001
  CVV: 1 CVV VALUE:       PS 2000: 000130MCWMKX1XV+X1XV  AVS UTIL:    AVS RESP
  EXPIR:AUTH ATMPT 04 05 CBSD FILE 04 05 BIN NUMBER 007920 CRD ISS DTE 256
       5466160049145335=0504101256010000

5466160049145335   01     302.95  02      00  01/30/04 13:28:45  000   949447
  MER: 2400 ALLIANCE GATEWAY  FORT WORTH   TXUS 00000 840 US ID
  CVV: 1 CVV VALUE:       PS 2000: 000000000000000-1201  AVS UTIL:    AVS RESP
  EXPIR:AUTH ATMPT 04 05 CBSD FILE 04 05 BIN NUMBER 527442 CRD ISS DTE 256
  3-5C4-0-5-0-4-1-0-1-2-5-6-0-1-0-0-0-0

5466160049145335   01     302.95  02      00  01/30/04 13:32:34  001   DECLIN
  MER: 2400 ALLIANCE GATEWAY  FORT WORTH   TXUS 00000 840 US ID
  CVV: 1 CVV VALUE:       PS 2000: 000000000000000+1201  AVS UTIL:    AVS RESP
  EXPIR:AUTH ATMPT 04 05 CBSD FILE 04 05 BIN NUMBER 527442 CRD ISS DTE 256
  3-5C4-0-5-0-4-1-0-1-2-5-6-0-1-0-0-0-0

      P - PRINT      PF10 - UP     PF11 - DOWN        ENTER - <===>
```

```
SATH <==TRNCD  ACCNT#==> 5466160049145335     D/R <====> D       RET FLAG : D
AMT:           DATE:         AUTH #:            BIN #:            SIC:

ACCOUNT                   AUTH                      AUTH    AUTH    AUTHS   APPR
NUMBER             PC     AMOUNT   ENT/CAP/CON DATE    TIME    TODAY   CODE
5466160049145335   01     102.95   02       00 01/30/04 13:33:01   001   DECLIN
  MER: 2400 ALLIANCE GATEWAY  FORT WORTH    TXUS 00000 840 US ID
  CVV: 1 CVV VALUE:       PS 2000: 000000000000000+1201  AVS UTIL:    AVS RESP
  EXPIR:AUTH ATMPT 04 05 CBSD FILE 04 05 BIN NUMBER 527442 CRD ISS DTE 256
  3-5C4-0-5-0-4-1-0-1-2-5-6-0-1-0-0-0-0

5466160049145335   01     201.25   02       00 01/31/04 08:01:03   000   DECLIN
  MER: 2515 HWY 142          ARDMORE       OKUS 00000 840 US ID
  CVV: 1 CVV VALUE:       PS 2000: 000000000000000+8501  AVS UTIL:    AVS RESP
  EXPIR:AUTH ATMPT 04 05 CBSD FILE 04 05 BIN NUMBER 406275 CRD ISS DTE 256
  3-5C4-0-5-0-4-1-0-1-2-5-6-0-1-0-0-0-0

5466160049145335   01      1.00    90       00 01/31/04 08:34:46   000   DECLIN
  MER: OAK HILL PLACE        DAVIS            OK  73030 840 US ID 9619312431
  CVV: 1 CVV VALUE:       PS 2000: 000131MCWLNIISK+IISK  AVS UTIL:    AVS RESP
  EXPIR:AUTH ATMPT 04 05 CBSD FILE 04 05 BIN NUMBER 006804 CRD ISS DTE 256
          5466160049145335D05041101256010000

     P - PRINT     PF10 - UP     PF11 - DOWN     ENTER - <===>
```

```
AREV <==TRNCD  ACCNT#==> 5424180015064741                   06/22/04 - 15:19:41
                               TRSFR 5424180827128858  CONSOL
CRANE,MEADE B                  SSN 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   ACQ IND    B CONV
  01/30/04 01/30/04 72    CH DT  03/19/99   AC TYPE   N              TOT        CA
        SEE TRANSFER ACCT                                  CH DT 03/06/98 05/07/96
  FORT WORTH TX            ZIP 76109 2403 50 AC PHOTO      LINE       8400      6800
                                            PIC        4  OPEN       8400      6800
H (817) 737-2206     B (817) 737-7206       CRED INS  NO  AUTH          0         0
S CRANE,LAURA C                             CHK ACC    0  RESRVD        0
ST CLOSED/FRAUD        REAS   STOLEN                      PUR BAL              .00
SC 31 I DT 02/24/04  PLASTICS     002   DBM      12/01/82 CA BAL               .00
HC 4 SUSP CD 0       ISS DT 01/04/02   ANN               TOT BAL              .00
RSN CD  401          EXP DT 02/28/05   PID       085 PLA LST STMT DT  00/00/00
                     REIS IND          DISC CD           CURR PYMT            .00
AUTHS TODAY          REIS MO        00  BK3 SCORE    1-   CUR PYMT DT      01/15
P 00 C 0 M3    1-             M   01  APR INDEX      3    OCL               0.00
NEVADA ACCOUNT               C    1- LGL ENT        05    DD    0 PD         .00
3                          PREFIX   4  CRD          686   MIN DUE            .00
4                          BIL G 003  BIF               TOT DUE             .00
PURCH-ID      01967  SBU SEG   00790  AEL   HEI    PRT  PYMT DUE DT  06/23/04
CASH-ID       02131  CH 000000000***  PCLI               HBB                .00
FEE-ID        06000  BANKRUPT IND     LAB IND            LIFE             39347
TERM-ID       00209  NGCKS 00         LANG IND     01  PYFC PD            .00
```

```
SATH <==TRNCD  ACCNT#==> 5424180015064741      D/R <====> D        RET FLAG: S
AMT:            DATE:          AUTH #:          BIN #:          SIC:

ACCOUNT                   AUTH                  AUTH     AUTH     AUTHS    APPR
NUMBER             PC     AMOUNT   ENT/CAP/CON  DATE     TIME     TODAY    CODE
5424180015064741   02     201.75  02            00  01/31/04  08:36:45   000   DECLIN
   MER: HWY 7 & 35, NW COR     DAVIS          OKUS 00000 840 US ID
   CVV: 1 CVV VALUE:      PS 2000: 000000000000000+5705  AVS UTIL:    AVS RESP
   EXPIR:AUTH ATMPT 02 05 CBSD FILE 02 05 BIN NUMBER 302846 CRD ISS DTE 004
         5424180015064741=0502101004020000


   MER:                                               US ID
   CVV:   CVV VALUE:      PS 2000:                    AVS UTIL:    AVS RESP
   EXPIR:AUTH ATMPT       CBSD FILE      BIN NUMBER      CRD ISS DTE



   MER:                                               US ID
   CVV:   CVV VALUE:      PS 2000:                    AVS UTIL:    AVS RESP
   EXPIR:AUTH ATMPT       CBSD FILE      BIN NUMBER      CRD ISS DTE

END OF ACCOUNT NUMBER HAS BEEN REACHED ---  1 DAYS LEFT UNTIL COMPLETE
         P - PRINT      PF10 - UP     PF11 - DOWN       ENTER - <===>
```

NO. 0920589A

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE CRIMINAL DISTRICT |
| | § | |
| VS. | § | COURT NUMBER TWO |
| | § | |
| EDWARD LEE BUSBY, JR. | § | TARRANT COUNTY, TEXAS |

## STATE'S FILING OF BUSINESS RECORDS
### [Wells Fargo Bank ]

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the State of Texas by and through her Criminal District Attorney Tim Curry and files with the Court the following business records accompanied by affidavit:

1.  An affidavit executed by Gary Forsythe and one (1) one pages of records from Wells Fargo Bank.

Respectfully submitted,

TIM CURRY
CRIMINAL DISTRICT ATTORNEY

Gregory T. Miller, Assistant
Criminal District Attorney
State Bar No. 14073650

Joe Shannon, Jr.,  Assistant
Criminal District Attorney
State Bar No. 18107000


STATE'S
EXHIBIT
4


COPY

## CERTIFICATE OF SERVICE

I, Gregory T. Miller, hereby certify that I have on this the 21st day of October, 2005, mailed, FAXED, e-mailed, or hand-delivered a true and correct copy of the foregoing motion to the Honorable Jack V. Strickland, 909 Throckmorton, Fort Worth, Texas 76102 and the Honorable Stephen Gordon, 101 Summit Avenue, Suite 610, Fort Worth, Texas 76102, the attorneys of record for Edward Lee Busby.

Gregory T. Miller

STATE OF TEXAS                    *
                                  *
                                  *
COUNTY OF Collin                  *

## BUSINESS RECORDS AFFIDAVIT

Before me, the undersigned authority, personally appeared ____Gary Forsythe____, the Custodian of Records for Wells Fargo Bank being by me duly sworn, deposed as follows:

My name is ____Gary Forsythe_____, I am of sound mind, capable of making this affidavit and personally acquainted with the facts herein stated:

I am Custodian of Records for Wells Fargo Bank. Attached hereto are ____1____ pages of records from Wells Fargo Bank.

These records are kept by Wells Fargo Bank in the regular course of business, and it was in the regular course of business of Wells Fargo Bank that an employee or representative of Wells Fargo Bank, with knowledge of the act, event, condition, opinion or diagnosis, recorded to make the record or to transmit information thereof to be included in such record. Further the record was made at or near the time or reasonably soon thereafter. The records attached hereto are exact duplicates of the originals.

_____
Affiant

__Gary Forsythe_____
Affiant's name printed

DAVID ALLEN KOCH
Notary Public, State of Texas
My Commission Expires
August 31, 2009

## Wells Fargo Bank

4975 Preston Park Blvd. Suite 360
Plano, TX 75093_____
Affiant's address

SWORN TO AND SUBSCRIBED before me this 21st day of October, 2005.

_____
Notary Public in and for the State of Texas

_____
Notary's name printed
My Commission expires Aug 31, 2009

Gary Forsythe

```
               ____  ACPR 0 CIS ACCOUNT/PRODUCT PROFILE      05/10/21  9.58.52
ACPR      CO   825 OP                   MS 64000 ACTION SUCCESSFUL
ACTION: INQ     (INQ NXT NXTCUS NXTACR NXTRMK ACDT ACDE)
COID    808 PRD DDA ACCT #0000000000399133497401 SSN/TID 449946308   CD 0 LINE 1
T MEADE CRANE                                  BALANCE
T LAURA LEE CRANE                              SUB-PRD JS ST 08   CURR
A 3049 NW MARKET ST APT D212                   BRANCH   HULEN & BELLAIRE
C SEATTLE WA 98107-5802                        COST CTR     2464 OFF1 B7466
                                               OPENED    1030812 RAU
                                               CLOSED    1040213 EMP?
                                       CTRY    LST MNT   1050526 SENS      0
                                               SPEC            AGLANG ENU
ACTN: CUPR CUID         R E L A T E D   C U S T O M E R S        NEXT:     1
SEQ- COID- CUSTOMER----------------------------- TIE- REL----- APSP OWNER  %
0001  999 LAURA LEE CRANE                         496 SECJTOR  NNN  100.0000
0002  999 MEADE CRANE                               1 PRIJTOR  NNN  100.0000
                        R E L A T E D   A C C O U N T S        NEXT:     1
SEQ- COID- PRD ACCOUNT----------------            REL----- APSP OWNER  %


                        R E M A R K S                          NEXT:     1
     TYPE      EFF      EXP
     TYPE      EFF      EXP
PF: 1-HELP 2-CONT 3-PLVL 4-DECR 5-INCR 7-END 9-EVENTS
```

Date: 10/21/2005 Time: 11:37:56 AM

NO. 0920589A

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE CRIMINAL DISTRICT |
| | § | |
| VS. | § | COURT NUMBER TWO |
| | § | |
| EDWARD LEE BUSBY, JR. | § | TARRANT COUNTY, TEXAS |

FILED
THOMAS A. WILDER, DIST. CLERK
TARRANT COUNTY. TEXAS

## STATE'S FILING OF BUSINESS RECORDS
### [Dollar General Corporation]

OCT 26 2005

TIME_____

BY_____ DEPUTY

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the State of Texas by and through her Criminal District Attorney Tim Curry and files with the Court the following business records accompanied by affidavit:

1. An affidavit executed by Tracy Loftis and one (1) page of records
Dollar General Corporation


Respectfully submitted,

TIM CURRY
CRIMINAL DISTRICT ATTORNEY


Gregory T. Miller, Assistant
Criminal District Attorney
State Bar No. 14073650



Joe Shannon, Jr., Assistant
Criminal District Attorney
State Bar No. 18107000





STATE'S
EXHIBIT
**5**

## CERTIFICATE OF SERVICE

I, Gregory T. Miller, hereby certify that I have on this the 26th day of October, 2005, mailed, FAXED, e-mailed, or hand-delivered a true and correct copy of the foregoing motion to the Honorable Jack V. Strickland, 909 Throckmorton, Fort Worth, Texas 76102 and the Honorable Stephen Gordon, 101 Summit Avenue, Suite 610, Fort Worth, Texas 76102, the attorneys of record for Edward Lee Busby.

Gregory T. Miller

CAUSE NO. **0920589**

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE **CRIMINAL** |
| VS | § | **DISTRICT COURT # 2** OF |
| **EDWARD LEE BUSBY** | § | TARRANT COUNTY, TEXAS |

## BUSINESS RECORDS AFFIDAVIT

BEFORE ME, the undersigned authority, on this day personally appeared _**Tracy Loftis**_, who, by me having been first duly sworn, did upon her oath depose as follows:

My name is _**Tracy Loftis**_. I am over the age of eighteen (18) years, of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

In this matter, I am the custodian of records for _**Dollar General Corporation**_. Attached hereto is **1** page of photographically reproduced copies of records from _**sales receipts**_ files concerning _**Store 8057, Ardmore, Oklahoma**_. These said **1** page of records are kept by _**the Sales Audit Department**_, in the regular course of business, and it was the regular course of business for an employee or representative of _**Dollar General Corporation**_, with knowledge of the act recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are exact duplicates of the original.

_____
Affiant

SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned notary on this the _24th_ day of _October_, 200_5_.

NOTARY PUBLIC, In and for the
State of ~~Texas~~ Tennessee

_Pennie H. Dismukes_
Printed or Typed Name of Notary

Commission Expires: _____
My Commission Expires JULY 25, 2009

```
DUCT TAPE                3.00 S
  035694233458-3
MEN WILSON CAPS           5.00 S
  604791004348-8
SUBTOTAL               $8.00
STATE TAX              $0.64
T O T A L             58.64
C A S H              $10.00
CHANGE                $1.36
ITEMS 2
2004-01-30 19:08:25  8057 01 008930 4860
@1075489705
```

NO. 0920589A

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE CRIMINAL DISTRICT |
| | § | |
| VS. | § | COURT NUMBER TWO |
| | § | |
| EDWARD LEE BUSBY, JR. | § | TARRANT COUNTY, TEXAS |

### STATE'S FILING OF BUSINESS RECORDS
#### [La Quinta Corporation]

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the State of Texas by and through her Criminal District Attorney Tim Curry and files with the Court the following business records accompanied by affidavit:

1. An affidavit executed by Jeffrey M. Schagren and one (1) page of records
   La Quinta Corporation
   909 Hidden Ridge, Suite 600
   Irving, Texas

```
FILED
THOMAS A. WILDER, DIST. CLERK
   TARRANT COUNTY, TEXAS

      OCT 4 1 2005

TIME_____
                    _DEPUTY
BY_____
```

Respectfully submitted,

TIM CURRY
CRIMINAL DISTRICT ATTORNEY

Gregory T. Miller, Assistant
Criminal District Attorney
State Bar No. 14073650

Joe Shannon, Jr., Assistant
Criminal District Attorney
State Bar No. 18107000





STATE'S EXHIBIT
6

<u>CERTIFICATE OF SERVICE</u>

I, Gregory T. Miller, hereby certify that I have on this the 31st day of October, 2005, mailed, FAXED, e-mailed, or hand-delivered a true and correct copy of the foregoing motion to the Honorable Jack V. Strickland, 909 Throckmorton, Fort Worth, Texas 76102 and the Honorable Stephen Gordon, 101 Summit Avenue, Suite 610, Fort Worth, Texas 76102, the attorneys of record for Edward Lee Busby.

Gregory T. Miller

STATE OF TEXAS

VS

EDWARD LEE BUSBY

CAUSE NO. 0925659A

§

§

§

§

IN THE CRIMINAL

DISTRICT COURT # 2 OF

TARRANT COUNTY, TEXAS

## <u>BUSINESS RECORDS AFFIDAVIT</u>

BEFORE ME, the undersigned authority, on this day personally appeared Jeffrey M. Schagren, who, by me having been first duly sworn, did upon his/her oath depose as follows:

My name is Jeffrey M. Schagren. I am over the age of eighteen (18) years, of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

I am the custodian of records for La Quinta Corporation. Attached hereto are 1 pages of photographically reproduced copies of records from La Quinta Inn #723 file concerning Edward Busby. These said 1 pages of records are kept by La Quinta Corporation in the regular course of business, and it was the regular course of business for an employee or representative of La Quinta Corporation, with knowledge of the act recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are exact duplicates of the original.

_____
Affiant

SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned notary on this the 24th day of September, 2005.

_____
NOTARY PUBLIC, In and for the
State of Texas

Justine Atkins
Printed or Typed Name of Notary

Commission Expires: 1-15-2007

JUSTINE ATKINS
NOTARY PUBLIC
STATE OF TEXAS
EXPIRES
01-15-2007

## Atkins, Tina

**From:** lq0723gm Ardmore
**Sent:** Monday, September 12, 2005 10:56 AM
**To:** Atkins, Tina
**Subject:** Page on Busby



9/12/2005



Copy 1

Part 1



CAUSE NO. 0920589A

| | |
|---|---|
| THE STATE OF TEXAS | ) IN CRIMINAL DISTRICT |
| VS. | ) |
| | ) COURT NUMBER TWO |
| EDWARD LEE BUSBY, JR | ) |
| | ) TARRANT COUNTY |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ORAL AND VIDEOTAPED DEPOSITION OF

**MEADE CRANE**

October 19, 2005

Volume 1

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ORAL AND VIDEOTAPED DEPOSITION OF MEADE CRANE, produced as a witness at the instance of the STATE, and duly sworn, was taken in the above-styled and numbered cause on the 19th day of October, 2005, from 2:29 p.m. to 2:55 p.m., before MONICA A. LINDSTROM, CSR, Certified Shorthand Reporter in and for the State of Texas, reported by machine shorthand, at the home of Meade Crane, 4750 Bellaire Drive South, Fort Worth, Texas, pursuant to the Texas Rules of Civil Procedure and the provisions stated on the record or attached hereto.



DOLORES STEWART & ASSOCIATES, INC.
CERTIFIED COURT REPORTERS
1701 PENNSYLVANIA AVENUE
FORT WORTH, TEXAS 76104
(817) 810-0244 • (800) 676-2401 • FAX 810-0064



A P P E A R A N C E S

FOR THE STATE:
     Mr. Gregory T. Miller
     CRIMINAL DISTRICT ATTORNEY OF TARRANT COUNTY
     Justice Center
     401 West Belknap
     Fort Worth, Texas 76196

FOR THE DEFENSE:
     Mr. Jack V. Strickland
     ATTORNEY AT LAW
     The Bryce Building
     909 Throckmorton Street
     Fort Worth, Texas 76102


ALSO PRESENT:
     Mr. Joe Shannon, Jr.
     Mr. Stephen Gordon
     Ms. Allen Walker
     Mr. D. Miles Brissette, Videographer

INDEX

PAGE

Appearances.....................................2

Stipulations....................................4

MEADE CRANE
        Examination by Mr. Miller.......................6

Reporter's Certificate.............................24


EXHIBITS

NO.          DESCRIPTION

PAGE

No. 1        Picture of Laura Lee Crane          6
No. 2        Picture of check                    6
No. 3        Picture of aerial photo             6
No. 4        Picture of car                      6
No. 5        Picture of car                      6
No. 6        Picture of CD jacket                6
No. 7        Picture of blue crates              6
No. 8        Picture of purse                    6
No. 11       Cassette tape of 9-1-1 call         6

Case 4:09-cv-00160-O   Document 126-17   Filed 05/04/20   Page 305 of 519   PageID 12116

CAUSE NO. 0920589A

THE STATE OF TEXAS ) IN CRIMINAL DISTRICT
)
VS. ) COURT NUMBER TWO
)
EDWARD LEE BUSBY, JR ) TARRANT COUNTY

A G R E E M E N T

This agreement is being made pursuant to the Texas Rules of Civil Procedure, by agreement of the parties hereto, as follows:

Agreements for the deposition of MEADE CRANE, taken on OCTOBER 19, 2005, by the STATE.

* * * * * * * *

WE, the attorneys here representing the parties listed herein, stipulate and agree to each of the following checked items, to-wit:

THIS DEPOSITION SHALL BE TAKEN PURSUANT TO:

_____ Notice _____ Agreement
_____ Subpoena ___X__ Court Order
_____ Other (Please specify) _____

AGREEMENTS REGARDING OBJECTIONS:

_____Reserve all until the time of trial.
_____Make all at the time of the taking of the deposition or all will be waived.
__X__Make objections in accordance with the Rules of Civil Procedure (Texas/Federal).
_____Reserve all objections, except as to the form questions or the nonresponsiveness of the answers, until the time of trial, which objections are waived if not made at the taking of the deposition.

AGREEMENT REGARDING SIGNATURE OF THE WITNESS.

__X__Waived.
_____Before any Notary Public.
_____If the original deposition is not signed before any Notary Public within _____ days of submission to the witness and filed by the time of trial or any hearing, an unsigned copy may be used just as if it were the

original.

_____The original deposition is to be delivered to the witness _____ or the witness' attorney of record _____ for examination and signature by the witness and returned to the court reporter within _____ days of submission to the witness.

_____Letter shall be sent notifying the witness that the deposition is now ready for examination and signature in the Court Reporter's office within _____ days.

AGREEMENTS REGARDING DEPOSITION EXHIBITS:

___X___Exhibits produced to the court reporter at the deposition shall be attached to the original deposition in lieu of copies and filed with the custodial attorney.

AGREEMENTS REGARDING DELIVERY:

___X___Pursuant to the Rules of Civil Procedure.
_____Pursuant to the Rules of Civil Procedure, except notice to be sent by regular mail.  (Not certified, return receipt requested.)

OTHER AGREEMENTS:

_____Please specify:

_____

(For signatures, please see attached Deposition Agreement.)

Case 4:09-cv-00160-O    Document 126-17    Filed 05/04/26    Page 307 of 519    PageID 12118

(State's Exhibit Nos. 1-8 and 11 marked)

**MEADE CRANE,**

having been first duly sworn, testified as follows:

**EXAMINATION**

BY MR. MILLER:

    Q.   Would you, please, state your name?

    A.   Meade Ballard Crane.

    Q.   Mr. Crane, my name is Greg Miller. I'm one of the prosecutors in this case, and you and I have met before. I'm here with my partner, Mr. Joe Shannon.

    Also present here today are the two attorneys for Edward Busby, Jr., Mr. Jack Strickland and Mr. Stephen Gordon, who you have met just a little while ago; is that correct?

    A.   That's correct.

    Q.   All right. I have some questions that I want to ask you this afternoon. If I ask you something you do not understand, by all means, please, let me know, and -- and I'll try to clarify the question if I can, okay?

    A.   Thank you.

    Q.   How old are you sir?

    A.   I'm -- be 80 this December.

    Q.   All right.

    A.   79 and a half.

Q. All right. And where do you live?

A. 4750 Bellaire Drive South.

Q. Okay.

A. Fort Worth, Texas.

Q. All right. And who are you married to?

A. Laura Lee Grogan Crane.

Q. Okay. And how long were the two of you married?

A. 56 years.

Q. And at the time of Mrs. Crane's death, how old was she?

A. She was 78.

Q. Okay. I'm going to show you what we've had marked as State's Deposition Exhibit No. 1. Who is that, please?

A. This is my wife.

Q. Okay. And I want to turn your attention, at least initially, to the events of January 30th of 2004, do you recall that date?

A. Yes.

Q. All right. During the morning hours was Mrs. Crane going to go any place?

A. She usually, late on Friday mornings, ran a few errands and went to the grocery.

Q. Okay. And when you say grocery, was there a

particular grocery store that Mrs. Crane would go to?

A.    It's the Tom Thumb grocery at the corner of Hulen and Bellaire Drive South.

Q.    Okay.  And is that a short distance from your house?

A.    About three blocks.

Q.    All right.  And if -- looking at State's Deposition Exhibit No. 3, which is an aerial photograph, is the Tom Thumb shopping center in that photograph?

A.    Yes, it is.

Q.    All right.  And is the general location as to where you and Mrs. Crane lived, is that --

A.    It's just barely off of Overton.

Q.    Okay.  Thank you.  On Friday January 30th of 2004, did -- did Mrs. Crane also have a check that she was going to cash?

A.    Yes, she did.

Q.    All right.  And did you and she have a particular routine as to how the check would be filled out and things of that nature?

A.    Yep.

Q.    And what was that routine that you and she would use?

A.    Every week before she went to the grocery, we would get together and decide how much cash we would

need for the following week.  And I would write a check and give it to her, since we both signed on the account.

The check was against Wells Fargo, and in the grocery store is a Wells Fargo outlet.  She would go there first thing when she got to the store and cash that check -- endorse it and cash it -- sign it and endorse it and cash it.

Q.    All right.  And that represented the money that -- that you and Mrs. Crane would have available for you during the following week?

A.    That's right.

Q.    All right.

A.    Her groceries and other items she charged.

Q.    Let me show you what we've had marked as State's Deposition Exhibit No. 2, which is a photocopy of the front and back of a check.  With regard to just the check generally, do you recognize that check?

A.    It is a check on our account.

Q.    All right.

A.    At that time.

Q.    And is that the check that you filled out on January 30th of 2004?

A.    I filled it out, but I did not sign it.

Q.    All right.  So with the exception of whatever signature is contained on the -- the exhibit, the

vehicle, do you think you would be able to recognize it?

A.    I believe so, yes.

Q.    I'm going to show you State's Deposition Exhibit No. 4 and No. 5.  Look at those for just a moment, please.

A.    Yes.  These were her -- this was her car.

Q.    Okay.  And I believe that -- that on both of those exhibits the license number F as in Frank 64 D as in David V as in Victor K as in king, is the license plate number that's displayed on both the front and rear license plate?

A.    It is, yes.

Q.    All right.  Did -- did you and Mrs. Crane ever keep any plastic bins or crates inside the rear trunk area of the Nissan?

A.    Yes.

Q.    Okay.  For what purposes would you and Mrs. Crane use those crates?

A.    Well, Mrs. Crane used them to carry groceries, books, sundry things that she could normally take three or four loads, she could do it in one load by using one of the crates.

Q.    Okay.  Were these collapsable crates?

A.    They were collapsable plastic crates, yes.

Q.    Okay.  I'm going to show what we have had

marked as State's Deposition Exhibit No. 7 and ask you to look at that photograph for just a moment.  Do those appear to be the blue plastic crates?

A.   They appear to be, yes.

Q.   Okay.  When Mrs. Crane left the -- your house on the morning of January 30th, 2004, did she carry a purse with her?

A.   Yes.

Q.   Let me show you State's Deposition Exhibit No. 8, do you recognize that?

A.   Yes, that is her purse.

Q.   All right.  Do you recall approximately what time it was that she left the house?

A.   It was between 11:00 and 11:30.

Q.   Okay.  As far as -- were there any other stops or visits planned other than going to the Tom Thumb store?

A.   She was going to go first to deliver a gift to -- a couple of miles up the road and then come back to Tom Thumb and then come on home.

Q.   And how long did you think all of those events were going to take?

A.   I was expecting her back here normally by one o'clock.  It's just according to how long she wanted to visit with people.

Q.   Okay.  And did she come back to the house about one o'clock?

A.   No.

Q.   Okay.  Did she come back to the house by two o'clock?

A.   No.

Q.   Did she come back by three o'clock?

A.   No.

Q.   At that point, did you call the Fort Worth Police Department?

A.   Yes.  Sometime around 3:00.  I don't recall --

Q.   Okay.

A.   -- just when it was, but when I realized that she -- something was wrong is when I called 9-1-1.

Q.   Okay.  To report her missing?

A.   Yes.

Q.   Now before we started the -- the proceedings this afternoon, I brought with me and played just a snippet, if you will, from State's Deposition Exhibit No. 11, that being a cassette tape, did I not?

A.   Yes.

Q.   And is this your voice on Deposition Exhibit No. 11?

A.   Yes, what I heard of it.

Q.   All right.  And this is when you are reporting

your wife missing --

A.    Yes.

Q.    -- to the Fort Worth Police Department?

A.    Yes.

Q.    Somewhere around 3:30 on the afternoon of January 30th of --

A.    Yes.

Q.    -- 2004?  Okay.  Did Mrs. Crane have any credit cards with her when she left the house that morning?

A.    Yes, she did.

Q.    Do you recall what types of credit cards she had?

A.    She had two Visas and one Master charge.

Q.    Okay.  Do you recall which banking institution or company the two Visa cards were issued from?

A.    They were Citibank, I believe.

Q.    Okay.  Did Mrs. Crane, on a routine basis, did she use those credit cards to make cash withdrawals at ATM machines?

A.    She never used an ATM, no, sir.

Q.    All right.  With regard to the -- the check that was drawn on the Wells Fargo account that I showed you earlier, did you and Mrs. Crane have any other accounts with Wells Fargo?

A.    No.

Case 4:09-cv-00160-O    Document 126-17    Filed 05/04/26    Page 315 of 519    PageID 12126

Q.    Just the checking account?

A.    Just the checking account.

Q.    All right.  Did you and Mrs. Crane have any CDs or compact disc inside the Nissan Sentra?

A.    No, sir.

Q.    Okay.  I'm going to show you State's Deposition Exhibit No. 6, which is at least a jacket cover of a CD, do you recognize that in any way?

A.    No, I do not.

Q.    All right.  That would not have been in your car to the best of your knowledge?

A.    No.

Q.    And after you made the call to the Fort Worth Police Department 9-1-1 center, did a Fort Worth police officer come out to your house and talk to you?

A.    He did.

Q.    And later that evening were there some additional Fort Worth police officers that you had the opportunity to meet with?

A.    Yes, they were.

Q.    All right.  Do you know an individual -- at the time on January 30th of 2004, did you know an individual by the name of Edward Busby, Jr.?

A.    No.

Q.    Do you have any reason to believe that your

wife would have known Edward Busby, Jr.?

A.    No.

Q.    And -- and have either of you given Edward Busby, Jr. permission to drive that Nissan Sentra?

A.    No.

Q.    Likewise to your knowledge has anyone ever given -- you or your wife ever given Edward Busby, Jr. permission to number one, obtain the proceeds of the check in the amount of $175 or to use the credit cards to make cash withdrawals from your accounts?

A.    No.

Q.    And finally, Mr. Crane, at the time of her death or the time that you last saw her on the morning of January 30th, 2004, what kind of health was Mrs. Crane in?

A.    Excellent.

Q.    Okay.  Mr. Crane, I appreciate the opportunity to visit with you today.

MR. MILLER:  And that concludes the questions that I have at this time.

MR. STRICKLAND:  We have no questions at this time, and we'll reserve questioning, if necessary.

(Break was taken at 2:43 p.m.)

Q.    (BY MR. MILLER)  Would you state your name again, please.

A.    Meade Ballard Crane.

Q.    And Mr. Crane, you are the -- the same individual that has previously testified in this case?

A.    Yes.

Q.    All right.  I -- I want to spend just a few moments talking to you about some of Mrs. Crane's background and professional career, if I may?

A.    All right.

Q.    I think you told us earlier that at the time of her death she was 77 years old, if I didn't ask that. I don't know if I did or not.

A.    Yes.

Q.    She was 77?

A.    78.

Q.    78.  Okay.  And you had been married for quite sometime to her?

A.    Yes, 56 years.

Q.    All right.  And how many children did you have?

A.    Three.

Q.    And who -- who are they, please?

A.    The oldest is a daughter, Julia Lee Crane Wood. The second is a daughter Allen Hammond Crane Walker. And my son would be Ballard Crane, III.

Q.    And let's start off with your son, where does he live right now?

A.    Seattle, Washington.

Q.    And your middle child, Allen, where does she live?

A.    In Dallas, Texas.

Q.    And your oldest child, Lee, where does she live?

A.    Alexandria, Virginia.

Q.    All right.  Can you tell us what kind of professional career that Mrs. Crane had?

A.    Rather unusual.  She -- in the late 1950s when she was a member of the Fort Worth Junior League, she volunteered for work with the deaf and children with speech disorders out in a school run by the Fort Worth public schools on Northside.

She got interested in that work and decided to start taking some courses herself at TCU at the speech and hearing clinic there.  Then volunteered for the speech and hearing clinic, in addition to schooling.  She went to Washington University in St. Louis for one summer to get some training.

And then the -- M.J. and Alice Neely wanted to establish a school on the TCU campus for children with learning disabilities.  They had had a grandson who had been tutored, you might say, by a lady in New York they were very fond of, Mrs. Slater -- Slater, that they

Case 4:09-cv-00160-O    Document 126-17    Filed 05/04/26    Page 319 of 519    PageID 12130

brought down here and established so-called Star Point School in the old wood shacks on TCU campus.

Patricia Polk was her assistant and that was the beginning of what is evolved into Star Point School. Soon as Ms. Slater left -- Ms. Slater was here for either two or three years. When she left, Laura Lee became director of the school. It was later moved to new quarters on the TCU campus where it is today.

Mrs. Crane became very involved with establishing that school and setting up programs for children with learning disabilities in grades 1 through 4. She and Ms. Polk designed a reading program for children with learning disabilities that was published, sold throughout the North Texas area, and actually as far away as Hawaii in some cases. It was a kit type material. And that was used throughout the North Texas area. I'm repeating myself here.

Anyway, she was employed by the Fort Worth School District to tutor Fort Worth teachers in using this program. And she was employed by the U.S. Government to work with tutoring students in the United States Health Hospital, whatever it was at the time, United States -- the present system here in Fort Worth, excuse me.

She began teaching TCU students who were

majoring in education and eventually had quite a retinue of both little children with the -- with teachers -- she had teachers under her, I'm trying to say, teaching those children and a secretary.

And then trying to keep this in some sort of order. She -- can we hold here a minute? Let me get myself organized here. I'm running out of -- running out of water.

Anyway she had regular TCU classes where some teachers thought she was a professor, because most -- many of those classes were on a requisite level. And the day she died, they were calling her professor and doctor, and she wasn't either, 'cause she wasn't a doctor. And you can't be called a professor unless you're a doctor.

She went on and retired with being 1990. And --

Q. Can I stop you there for just a minute?

A. Yes.

Q. Overall, how many years was she associated with the Star Point School, just approximately?

A. '72 to --

Q. '90?

A. -- to '90. Or maybe it was earlier than '72.

Q. Okay.

A.   Somewhere along in there.  She was with TCU for over 20 years.  A part of that was with the speech and hearing clinic.

Q.   So in 1990 she --

A.   In the fall of -- after the spring semester --

Q.   Retired?

A.   -- 1990, she decided to retire, because I retired that January.  And no sooner had she gotten home and put her books away, the parents started phoning when the new school here started and wanting her to start tutoring.  So as of that day she started tutoring and had a very good going business through the years as a independent tutor right up to the day she died.

Q.   Where would she do the tutoring at?

A.   Right here at home.

Q.   Okay.  And what -- the ages of the students that she would tutor, can you give us an idea of what that range was?

A.   Tutoring was a terrific range.  She started with them as young -- well it's usually about the 2nd grade before they found out they had trouble.  But all the way from about seven or eight years old all up through college.  She has had a number of TCU students that came over here in the mornings or in the evenings when the young children weren't here to -- for tutoring.

Case 4:09-cv-00160-O    Document 126-17    Filed 05/04/26    Page 322 of 519    PageID 12133

And many of those became her very dear friends along through the years.

Q.    How many days a week would she tutor --

A.    Four.

Q.    -- these people?  Four --

A.    Monday -- Wednesday --

Q.    Monday through Thursday?

A.    Occasionally, when finals were coming up, she'd give in and see them some on Saturday or Sunday when they're really under pressure.

Q.    So even at age 77, it certainly appears she had an active lifestyle?

A.    She did.

Q.    Mr. Crane, I believe that's all I have at this time.  Thank you very much.

A.    I might -- may I add one thing to that?

Q.    Sure.

A.    The TCU thought enough of her and of her contribution to TCU to the school of education to the field of education to award her Honorary Doctors of Humanity degree.

Q.    Okay.

A.    It was after she was dead -- dead, but -- but that's what they thought of her.

Q.    You were probably pretty proud of that, weren't

you?

A.    I was.   She would have taken it like a glass of cool water.

Q.    All right.   Thank you very much, Mr. Crane.   I appreciate it.

A.    All righty.

MR. STRICKLAND:   We reserve our questions.

(Proceedings concluded at 2:55 p.m.)

CAUSE NO. 0920589A

THE STATE OF TEXAS            )  IN CRIMINAL DISTRICT
                              )
VS.                           )  COURT NUMBER TWO
                              )
EDWARD LEE BUSBY, JR          )  TARRANT COUNTY


REPORTER'S CERTIFICATION
ORAL AND VIDEOTAPED DEPOSITION OF MEADE CRANE
OCTOBER 19, 2005


I, MONICA A. LINDSTROM, CSR, Certified Shorthand Reporter in and for the State of Texas, hereby certify to the following:

That the witness, MEADE CRANE, was duly sworn by the officer and that the transcript of the oral deposition is a true record of the testimony given by the witness;

That examination and signature of the witness to the deposition transcript was waived by the witness and agreement of the parties at the time of the deposition;

That the original deposition was delivered to Mr. Gregory T. Miller;

That the amount of time used by each party at the deposition is as follows:


Mr. Miller - (0h 26m)
Mr. Strickland - (0h 0m)


That $129.70 is the deposition officer's charges to

MONICA A. LINDSTROM, CSR
DOLORES STEWART & ASSOCIATES, INC.
(817) 810-0244

Case 4:09-cv-00160-O Document 126-17 Filed 05/04/26 Page 325 of 519 PageID 12136

the State for preparing the original deposition transcript and any copies of exhibits;

That pursuant to information given to the deposition officer at the time said testimony was taken, the following includes all parties of record:

Mr. Miller, Attorney for the State.

Mr. Strickland, Attorney for the Defense.

That a copy of this certificate was served on all parties shown herein on _____ and filed with the Clerk pursuant to Rule 203.3.

I further certify that I am neither counsel for, related to, nor employed by any of the parties or attorneys in the action in which this proceeding was taken, and further that I am not financially or otherwise interested in the outcome of the action.

Certified to by me this 24th day of October, 2005.

MONICA A. LINDSTROM, CSR
Texas CSR 7910
Expiration: 12/31/2007
Firm Registration No. 70
DOLORES STEWART & ASSOCIATES, INC.
1701 Pennsylvania Avenue
Fort Worth, Texas 76104
Tel. 1(817)810-0244
Fax. 1(817)810-0064

AGREEMENT

NO. 0920589A

The State of Texas )( In Criminal District

_____ )( _____

_____ )( _____

VS. )( Court Number Two

_____ )( _____

Edward Lee Busby, Jr. )( Tarrant County, Texas

This agreement is being made pursuant to Texas Rules of Civil Procedure, by agreement of the parties hereto, as follows for the taking of an oral deposition of a party:

AGREEMENT FOR THE DEPOSITION OF Meade Crane , taken on October 19 , 2005, by ✓ State _____ Defense

\* \* \* \* \* \* \* \* \* \* \* \*

WE, the attorneys here representing the parties listed herein, stipulate and agree to each of the following checked items, to-wit:

THIS DEPOSITION SHALL BE TAKEN PURSUANT TO:

_____ Notice                          _____ Agreement
_____ Subpoena                    ✓ Court Order
_____ Other (Please specify)    _____

AGREEMENTS REGARDING OBJECTIONS:

_____ Reserve all until the time of trial.
_____ Make all at the time of the taking of the deposition or all will be waived.
✓ Make objections in accordance with the Rules of Civil Procedure(Texas/Federal).
_____ Reserve all objections, except as to the form of the questions or the nonresponsiveness of the answers, until the time of trial, which objections are waived if not made at the taking of the deposition.

AGREEMENT REGARDING SIGNATURE OF THE WITNESS:

_____✓ Waived.
_____Before any Notary Public.
_____If the original deposition is not signed before any Notary Public within____days
of submission to the witness and filed by the time of trial or any hearing, an
unsigned copy may be used just as if it were the original.
_____The original deposition is to be delivered to the witness____or the witness's
attorney of record____for examination and signature by the witness and
returned to the court reporter within_____days of submission to the witness.
_____Letter shall be sent notifying the witness that the deposition is now ready for
examination and signature in the Court Reporter's office within____days.

AGREEMENTS REGARDING DEPOSITION EXHIBITS:

_____✓ Exhibits produced to the court reporter at the deposition shall be attached to the
original deposition in lieu of copies and filed with the custodial attorney.

AGREEMENTS REGARDING DELIVERY:

_____✓ Pursuant to the Rules of Civil Procedure.
_____Pursuant to the Rules of Civil Procedure, except notice to be sent by regular
mail. (Not certified, return receipt requested.)

OTHER AGREEMENTS:

_____Please specify:_____

_____

_____

DATED THIS __19th__ day of __October__ , __2005__ .


_____
ATTORNEY FOR STATE

(✓) Copy        ( ) Exhibits
(✓) ASCII        ( ) Discovery ZX
( ) Condensed Transcript
( ) E-transcript diskette
( ) E-mail _____


_____
ATTORNEY FOR DEFENSE

(✓) Copy        ( ) Exhibits
( ) ASCII        ( ) Discovery ZX
( ) Condensed Transcript
( ) E-transcript diskette
( ) E-mail _____



WADE D. COOK
LAURA LEE COOK
4730 BELLAIRE DR. S.
FORT WORTH, TX 76109

6889

DATE 1/30/04

PAY TO THE
ORDER OF _Cash_                                    $ 175.00

One Hundred Seventy Five & No/100                    DOLLARS

WELLS FARGO BANK TEXAS NA

FOR _Cash_                        Laura Lee Cook

⑆111900659⑆ 0291115319⑈ 6889

⑆000001750 0⑈













STATE'S EXHIBIT NO. 8
PHOTO

(UNABLE TO XEROX)
(ON FILE WITH DISTRICT CLERK)

DATE 1/30/04

PAY TO THE ORDER OF _Cash_                                    $ 175.00

_One Hundred Seventy Five & No/100_                          DOLLARS

WELLS FARGO BANK TEXAS, N.A.

FOR _Cash_

⑈111900659⑈ 0291115319⑈ 6889                    ⑈000001750 0⑈



STATE'S
EXHIBIT
9
DC 11-9-05



STATE'S EXHIBIT NO. 10
AERIAL PHOTO

(UNABLE TO XEROX)
(ON FILE WITH DISTRICT CLERK)

STATE'S EXHIBIT NO. 11
PHOTO

(UNABLE TO XEROX)
(ON FILE WITH DISTRICT CLERK)

STATE'S EXHIBIT NO. 12
PHOTO

(UNABLE TO XEROX)
(ON FILE WITH DISTRICT CLERK)

STATE'S EXHIBIT NO. 13
PHOTO

(UNABLE TO XEROX)
(ON FILE WITH DISTRICT CLERK)



Case 4:09-cv-X0169-O Document 126-1 Filed 05/04/26 Page 346 of 519 PageID 12157

# Texas Department of Public Safety

NAME: **CRANE,LAURA GROGAN**

NO: **02579834**

CLASS: C          DOB:     071326

IMAGE DATE: 03252002   STATION: 135

EXPIRATION DATE: 071307

ADDRESS: 4750 BELLAIRE DR S
FORT WORTH, TX   76109

IMAGE INDEX:
1001254



LEFT FINGERPRINT:   RIGHT FINGERPRINT:
**THUMB**            **THUMB**

CONFIDENTIAL   UNDER   PROVISION   OF
SECTION 730.010, TRANSPORTATION CODE





STATE'S
EXHIBIT
15

Case 4:09-cv-00160-O    Document 126-17    Filed 05/04/26    Page 347 of 519    PageID 12158



| | |
|---|---|
| **DL Number:** | 02579834 |
| **Name:** | CRANE,LAURA GROGAN |
| **Date of Birth:** | 07131926 |

**Photo:**



| | | | |
|---|---|---|---|
| **Address:** | 4750 BELLAIRE DR S , FORT WORTH , TX 761090000 | | |
| **Race:** | WHITE | **Sex:** | F |
| **Height:** | 508 | **Weight:** | 130 |
| **Eye Color:** | BROWN | **Hair Color:** | BROWN |
| **Image Date:** | 03252002 | **Class:** | CLASS C |
| **Expiration Date:** | 07132007 | **Restriction:** | |
| **CDL Flag:** | | **Endorsement:** | |



**OFFICIAL LAW ENFORCEMENT USE ONLY.**
Violations subject to civil and criminal penalties and termination of access.

For technical assistance, contact TexasOnline
24 hours a day, 7 days a week toll free at 877.452.9060
or by email at WebHelp@TexasOnlineHelp.com.

Case 4:09-cv-00160-O    Document 126-17    Filed 05/04/26    Page 349 of 519    PageID 12160



S ENTRY

STATE'S
EXHIBIT

17







STATE'S EXHIBIT NO. 21
AERIAL PHOTO

(UNABLE TO XEROX)
(ON FILE WITH DISTRICT CLERK)



MEADE B. CRANE
LAURA LEE CRANE
4750 BELLAIRE DR., S.
FORT WORTH, TX 76109

$\frac{37-65}{1119}$ 2307

6889

DATE 1/30/04

PAY TO THE
ORDER OF _Cash_ _____ $ 175.00

One Hundred Seventy Five $ No/100 _____ DOLLARS

WELLS FARGO BANK TEXAS, NA
3100 S. HULEN STREET
FT. WORTH, TX 76109
WWW.WELLSFARGO.COM

FOR _Cash_ _____

_Laura Lee Crane_ MP

⑆1119006 59⑆0291115319⑈ 6889

⑆000001750 0⑈



STATE'S
EXHIBIT
22

Selected    Services    Administration    Window

Lock                                                              Cashbox

Next    Previous    Search    Corr    Detail    Host Msg    MainMenu

Cash On-Us Check/Withdrawal

Counter Withdrawal:          [No      ]
RTN:                         [111900659]
Account Number: [          0291115319]
Serial Number:          [          6889]
Amount:                [       $175.00]


Maker: [Yes    ]


Primary ID:   [1 DL                  ][              02579834 TX 0707]
Secondary ID:[7 Credit Card          [[                      MC 0404]




                                            Tran forwarded

ID: nwtx5828 CB: 09 WK: 86 Post: 01/30/04 Calendr: 01/30/04 12:24 Seq: 1300145
Make a selection to continue
Press ENTER to select NEXT or use arrow keys to change selection

Start    Inbox - Microsoft Outlook    Teamworks - Microsoft In...    Exceed                    7:36 AM


STATE'S
EXHIBIT
23

STATE'S EXHIBIT NO. 24
PHOTO

(UNABLE TO XEROX)
(ON FILE WITH DISTRICT CLERK)

| NAME | | | | ROOM | ARRIVAL | DEPARTURE | FOLIO | CLE |
|---|---|---|---|---|---|---|---|---|
| BUSBY, EDWARD | | | | 136 | 1/30/04 | 1/31/04 | 07230019603 | |
| ADDRESS | | | | | ROOM-TYPE | # OF NIGHTS | ADULT/CHILD | # OF KEYS |
| | | | | | KPX | | 2    0 | |
| CITY-STATE-ZIP | | | | | RATE 1 | RATE 2 | RATE 3 | RATE 4 |
| FORT WORTH, TX 76105 | | | | | 01/30 $65.00 | | | |
| TELEPHONE # | CAR LICENSE # | CAR MODEL/MAKE | | METHOD OF PAYMENT     CASH | | | | |

COMPANY
L

YOUR POINTS, YOUR CHOICE. LA QUINTA RETURNS
LETS YOU STAY - YOUR WAY.

EMAIL

EXPRESS CHECK OUT ☐ *
* Requires Email Id

REGARDLESS OF CHARGE INSTRUCTIONS, THE UNDERSIGNED ACKNOWLEDGES THE ABOVE AS
PERSONAL INDEBTEDNESS. SAFE DEPOSIT BOXES ARE AVAILABLE FOR YOUR VALUABLES.

EARN POINTS TO REDEEM FOR AIRLINE MILES,
FREE NIGHTS AND MORE! ASK FOR DETAILS AT
THE FRONT DESK.

SIGNATURE

SHOULD AN EMERGENCY EVACUATION BE NECESSARY DO YOU REQUIRE
SPECIAL ASSISTANCE BECAUSE OF A PHYSICAL DISABILITY?    NO ☐ YES ☐

**La Quinta**
Inns · Inn & Suites

LA QUINTA ARDMORE
2432 VETERANS BLVD.
ARDMORE OK 73401
580-223-7978

9 AM

STATE'S
EXHIBIT
25
BC 11-9-05





STATE'S
EXHIBIT
26

STATE'S EXHIBIT NO. 27
PHOTO

(UNABLE TO XEROX)
(ON FILE WITH DISTRICT CLERK)

STATE'S EXHIBIT NO. 28
PHOTO

(UNABLE TO XEROX)
(ON FILE WITH DISTRICT CLERK)

STATE'S EXHIBIT NO. 29
PHOTO

(UNABLE TO XEROX)
(ON FILE WITH DISTRICT CLERK)

STATE'S EXHIBIT NO. 30
PHOTO

(UNABLE TO XEROX)
(ON FILE WITH DISTRICT CLERK)

STATE'S EXHIBIT NO. 31
PHOTO

(UNABLE TO XEROX)
(ON FILE WITH DISTRICT CLERK)

STATE'S EXHIBIT NO. 32
PHOTO

(UNABLE TO XEROX)
(ON FILE WITH DISTRICT CLERK)

STATE'S EXHIBIT NO. 33
PHOTO

(UNABLE TO XEROX)
(ON FILE WITH DISTRICT CLERK)

STATE'S EXHIBIT NO. 34
PHOTO

(UNABLE TO XEROX)
(ON FILE WITH DISTRICT CLERK)

STATE'S EXHIBIT NO. 35
PHOTO

(UNABLE TO XEROX)
(ON FILE WITH DISTRICT CLERK)

STATE'S EXHIBIT NO. 36
PHOTO

(UNABLE TO XEROX)
(ON FILE WITH DISTRICT CLERK)

STATE'S EXHIBIT NO. 37
PHOTO

(UNABLE TO XEROX)
(ON FILE WITH DISTRICT CLERK)

STATE'S EXHIBIT NO. 38
PHOTO

(UNABLE TO XEROX)
(ON FILE WITH DISTRICT CLERK)

STATE'S EXHIBIT NO. 39
PHOTO

(UNABLE TO XEROX)
(ON FILE WITH DISTRICT CLERK)

STATE'S EXHIBIT NO. 40
PHOTO

(UNABLE TO XEROX)
(ON FILE WITH DISTRICT CLERK)

STATE'S EXHIBIT NO. 41
PHOTO

(UNABLE TO XEROX)
(ON FILE WITH DISTRICT CLERK)

STATE'S EXHIBIT NO. 42
PHOTO

(UNABLE TO XEROX)
(ON FILE WITH DISTRICT CLERK)

STATE'S EXHIBIT NO. 43
PHOTO

(UNABLE TO XEROX)
(ON FILE WITH DISTRICT CLERK)

STATE'S EXHIBIT NO. 44
PHOTO

(UNABLE TO XEROX)
(ON FILE WITH DISTRICT CLERK)

STATE'S EXHIBIT NO. 45
PHOTO

(UNABLE TO XEROX)
(ON FILE WITH DISTRICT CLERK)

STATE'S EXHIBIT NO. 46
PHOTO

(UNABLE TO XEROX)
(ON FILE WITH DISTRICT CLERK)

STATE'S EXHIBIT NO. 47
PHOTO

(UNABLE TO XEROX)
(ON FILE WITH DISTRICT CLERK)

STATE'S EXHIBIT NO. 48
PHOTO

(UNABLE TO XEROX)
(ON FILE WITH DISTRICT CLERK)

STATE'S EXHIBIT NO. 49
PHOTO

(UNABLE TO XEROX)
(ON FILE WITH DISTRICT CLERK)

STATE'S EXHIBIT NO. 50
PHOTO

(UNABLE TO XEROX)
(ON FILE WITH DISTRICT CLERK)

STATE'S EXHIBIT NO. 51
PHOTO

(UNABLE TO XEROX)
(ON FILE WITH DISTRICT CLERK)

STATE'S EXHIBIT NO. 52
PHOTO

(UNABLE TO XEROX)
(ON FILE WITH DISTRICT CLERK)



STATE'S EXHIBIT NO. 53
PHOTO

(UNABLE TO XEROX)
(ON FILE WITH DISTRICT CLERK)



STATE'S EXHIBIT NO. 54
PHOTO

(UNABLE TO XEROX)
(ON FILE WITH DISTRICT CLERK)

STATE'S EXHIBIT NO. 55
PHOTO

(UNABLE TO XEROX)
(ON FILE WITH DISTRICT CLERK)

STATE'S EXHIBIT NO. 56
AERIAL PHOTO

(UNABLE TO XEROX)
(ON FILE WITH DISTRICT CLERK)

STATE'S EXHIBIT NO. 57
AERIAL PHOTO

(UNABLE TO XEROX)
(ON FILE WITH DISTRICT CLERK)

STATE'S EXHIBIT NO. 58
AERIAL PHOTO

(UNABLE TO XEROX)
(ON FILE WITH DISTRICT CLERK)

STATE'S EXHIBIT NO. 59
PHOTO

(UNABLE TO XEROX)
(ON FILE WITH DISTRICT CLERK)

STATE'S EXHIBIT NO. 60
PHOTO

(UNABLE TO XEROX)
(ON FILE WITH DISTRICT CLERK)

STATE'S EXHIBIT NO. 61
PHOTO

(UNABLE TO XEROX)
(ON FILE WITH DISTRICT CLERK)



STATE'S EXHIBIT NO. 62
TAPED STATEMENT

ORIGINAL ON FILE WITH DISTRICT CLERK

## FORT WORTH POLICE DEPARTMENT
### Homicide Unit
### 04011938


PARTICIPANTS:

DETECTIVE C. D. Johnson, ID 2455
DETECTIVE M. J. Carroll, ID 1927
Edward Busby


JOHNSON: It is Tuesday February 3, 2004, 1:33 p.m. We're sitting inside the car on I-35 at the Turner Falls exit 77. Myself, Detective Carroll will be interviewing Edward Busby. Mr. Busby I know I've already read this once to you this morning but let me go ahead and read this to you again. You have the right to remain silent and not make any statement at all, and any statement you make may be used against you at your trial; Any statement you make may be used as evidence against you in court; You have the right to have a lawyer present to advise you prior to and during any questioning; If you are unable to employ a lawyer, you have the right to have a lawyer appointed to advise you prior to and during any questioning; And you have the right to terminate the interview at any time. Do you understand those rights?

BUSBY: Yes ma'am.

CARROLL: Can you speak up for me?

BUSBY: Yes ma'am.

JOHNSON: Do you voluntarily waive those rights and wish to talk to us about what happen?

BUSBY: Yes ma'am.

JOHNSON: All right earlier today, we talked to you and you didn't tell us the whole story. Did you Mr. Busby?

STATE'S
EXHIBIT
63

1

BUSBY:      No ma'am.

JOHNSON:    Okay, can you tell us what happened?  Was this Friday?

BUSBY:      I think so.

JOHNSON:    All right tell us what happened.  You said that you were at the Albertson's.

BUSBY:      Me and Kitty got stranded on the West side of Fort Worth. And she said she couldn't stand how the folks were looking at us, so if I loved her I would take somebody's car for her.

JOHNSON:    Okay.

BUSBY:      So I told her, I said I do love you but I don't want to take anybody's car don't make me.  So she sat down on the ground, she started crying and screaming talking about you don't love me, you don't love, look how these white folks are looking at me.  They're looking at me like I'm trash.  Follow somebody's car and take somebody's car, just, we just, just to get us a ride back to the west side.  So I mean to the south side, so that's what I thought I was doing.  So when I come across this old lady, I told her to scoot over.  She scooted over, she asked me why was I doing this.  I said I just want, we just wanted a ride.  That's all we just want a ride.  Well when we got in the car.  Kitty started beating on the old lady.  Started beating on her and going through her purse and stuff and Kitty got mad because she only had twelve dollars cash in the car.  I kept telling Kitty to leave the elderly lady alone.  Just leave her alone.  And Kitty kept saying if you love me, you'll go on whatever I'm doing.  I said no Kitty it's not right, leave her alone, please leave her alone.  Kitty wouldn't stop beating on the old lady, she just kept beating her.  Then she made me parked at a carwash somewhere off of Belknap and Beach so she could go inside the Race Trac the Raceway and try the woman's credit cards.  So she tried the woman's credit cards she come out with something to drink and some cigarettes but she said the cards didn't work.  So when she got back in the car she started pressuring the old lady for money and numbers and stuff, talking about she's going to take her the bank and make her with drawl some money.  I told Kitty, I said leave her alone.  Just leave her alone.  I thought we were just

2

getting a ride to west, back to the south side. Kitty said no baby it's deeper than that. It's deeper than that baby. Hell we got to go all the way through with it. I said what are you talking about. She said I want to leave, I hate Fort Worth. She said you know they want to kill me out here. I got a contract on me and you know that, it's time for us to go I want to leave, I want to leave. I said Kitty no we just got to get ride back to the south side. So Kitty said no, pull over here. And she found this place over there in Haltom City somewhere it was secluded. And she made me put the old woman in the trunk and basically, I really didn't put her in, Kitty put her in the trunk because when she got out, I told the lady, I said, "ma'am will you get in the trunk?" I asked her to get in the trunk, Kitty said no and just pushed her and made her fall into the trunk. She got in the trunk. Kitty shut the trunk like she was all happy and jumping up and down like it was a game or something, you know. Like she, if she didn't care about nothing else at all. So when we got in the car I was like what are we going to do now. What do we do now. So Kitty said find a Wells Fargo Bank. So I got on the interstate, we went to the Wells Fargo Bank off of Berry Street. Kitty cashed the woman's check. When Kitty cashed the woman's check I told Kitty, I said, "Man that woman is going to die in the back back there. She can't breathe. Kitty said I know she's going to die back there. I shut the trunk all the way. I said that's not fair. So we went on Davis to score a dope, I went in there to score, when I come back out. Kitty said, "I'm not playing J. B., I'm not playing with you let's go right now. Get on the highway, let's go I want to leave!" So I said okay. So I was flying down the highway. Kitty kept saying slow down, slow down. I said where do you want to go. She said I want to leave. I said okay well let's stop over here at the truck stop and fill up with gas. So while Kitty was inside filling up, paying for the gas. I had the back seat open making sure the woman can breathe. Because I didn't want her to die back there. I didn't want to see that woman die. So I had the back seat thing open when I seen Kitty started coming out of the store. I shut it, I told the old lady you got to move, I got to shut it. I got to shut it. I have no choice, I got to shut it, she's coming out. So when Kitty came out I shut it. And we filled the car with gas. So then she said she wanted to try, she wanted to try to get the money off the credit cards, so headed on down 35 North when we got to the Pilot, to the

3

Pilot Truck Stop she said stop here. She said do you want to come in with me. I told her no I'll just park out here. I'll park and sit out here. So while I was sitting out there parked, just sitting there when Kitty got out she got far up the way I open the back seat again so the lady could breathe. And I was talking to her, she was like sir why don't you just leave her. If you leave her, you know what I'm saying and let me go I'll tell the police. I said man, if I leave her she'll kill me. She'll kill me when she find me. Kitty has threaten to kill me several times. The reason why I don't have a gun anymore because Kitty woke me up in a motel room with a gun to the bottom of my chin telling me if I ever tried to leave or go anywhere she will blow my brains out. So... I told the lady I was like look, there's nothing going to happen to you, you'll be let go. At least that's what I thought that was going to happen that she... we were just going to let her go. So we get farther down this way towards Okalahoma, Kitty goes in a store and she bought some electrical tape and coming out with it. I said what do you want me to do with that. You know what I'm saying. I said the woman is not going nowhere, she's in the trunk she can't get out. She said, "Baby I want her... I'm tired of hearing her yelling for help and all this. I want you to tape her mouth close." I said just put the tape on her mouth. She said just put the tape on her mouth. I said Kitty are you sure. So no put the tape on her mouth, the woman is going to snatch the tape off her mouth. So Kitty said put some more tape on her mouth god damn it. If you want me to put the tape on the mouth. It was hard man.

JOHNSON:    What happen next?

BUSBY:    Kitty was sitting on the woman, she slapped me and told me to put the tape on her face and to tape her eyes. She said just tape her whole head up, tape her whole head up. I said Kitty no. I told her no, so I taped it up anyway, so she can breathe out of her nose. So the woman can breathe out of her nose. But then the woman started kicking. Kitty said if you taped her whole face up she would of done died by now. Why is she kicking. Turn the music down, turn the music down. So I turned the music down. Kitty said listen. I said what I don't hear nothing. Kitty said you hear it. Yeah you do you hear it and she burned me on my left arm. And I said I still, I don't hear nothing. The woman is not

4

alive, she's not Kitty, she's not. I did right like you told me to. So the woman kicked again, Kitty burned me again and we pulled over. Kitty said look I can see where she can breathe at. You tape her nose, tape it around her nose some more. Make sure she can't breathe. I said Kitty no. So Kitty told me to tape it around her nose. So I told the lady, I said look I'm sorry for what I have to do to you, but if not Kitty will hurt me. So I said can we pray. So me and the lady prayed. And I asked her for forgiveness as well. Cause I told her to ask for forgiveness for me also. Kitty told me if I didn't wrap around the woman's face where she couldn't breathe that she will tell everybody that it was all my fault. That I did this, that she will wait until I go to sleep. She'll call the police and try to get me murder and everything. She's a mean person. She's mean person.

JOHNSON:   So what happen after that?

BUSBY:   I taped the woman. We got a room at the La Quinta.

CARROLL:   Detective Carroll here. Did you say you taped the woman's nose and face?

BUSBY:   I had to. She made me go ahead tape the rest of it. So I put the tape across her nose. But it was open at the chin part I thought she would still be able to breathe but the next morning. When I checked to make sure she was still alive, she wasn't. I never meant for her to die. I didn't want her to die.

JOHNSON:   What did you do then, when you realize that she had?

BUSBY:   Kitty told me that I had to get rid of her body. We were on our way to try to find something to eat. Kitty told me to pull over here and put her down in the bushes, that way nobody will never have to find her.

CARROLL:   Okay, Detective Carroll again. You pointed down, we're parked out here near some bushes and you pointed down this hill. And you said this is where Kitty told you to put the body?

BUSBY:   Yes sir.

CARROLL: When did you tape her hands and other parts of her body? When was that done?

BUSBY: When she kept kicking and knocking on the door. She kept kicking and knocking. Kitty made me put her hands and legs together like that, so she couldn't kick and knock on the door.

CARROLL: Let me ask you a quick question before we continued, okay? Detective Carroll again. When you first saw the lady in the parking lot, what was she doing in the car? Was she just sitting in the car or standing outside the car, where was she?

BUSBY: She was sitting in her car. She was sitting in her car, I think she was getting, grabbing some envelopes or something to mail them because she had them in her hands.

CARROLL: You also said when Kitty went in the store after y'all hid the lady and she was holding her down. Kitty went into the store, the lady said something to you. What did she say to you? She asked you about your mom or what?

BUSBY: She asked me what do I think my mom would think of me now and I told her that it wasn't my idea but I never meant for her to get hurt or anything. Nobody was going to hurt her, that she was going to be let go. I just, we just needed ride back to the south side. But I didn't know Kitty was going to go this far.

CARROLL: So did you drive the car?
BUSBY: Kitty made me drive. She knew I didn't have a driver's license. She made me drive.

CARROLL: Kitty said, you said Kitty said that if you didn't do this that she would call the police and say that you killed the lady and she would have you executed or killed for murder or something?

BUSBY: Yes sir, she said she would make it out that it was all my ideal and everything was my fault. That she didn't have nothing to do with it, that she was the innocent one in all this.

6

CARROLL:    Do you know what the lady was wearing?

BUSBY:      Yes sir.

CARROLL:    What was she wearing?

BUSBY:      She had on a black sweater, black pants. I think she had on a red shirt and some black gloves. Cause Kitty had took her gloves from her. And I made Kitty give her back her gloves. I told her that ain't right. They're not your gloves, you can't have them give them back to her. I never meant to hurt the lady.

CARROLL:    What color was her hair? Do you remember?

BUSBY:      It was a black and goldish color. Like or black or gray. You can tell she was an older lady. She was so sweet. She was so sweet and nice.

CARROLL:    When you got here, Kitty cut hair and dyed her hair. Why did she do that?

BUSBY:      Cause she didn't want nobody to recognize her from going into, from going to the bank and going into the stores and stuff and getting that ATM getting the money out of the ATM cards and stuff.

CARROLL:    So she cut her hair and dyed it?

BUSBY:      She cut it and dyed it. She didn't want nobody to recognize them.

CARROLL:    What color was her hair before she cut it and dyed it?

BUSBY:      It's like a blondish white color. Like it had sandy white in it.

CARROLL:    Did Kitty keep anything that belong to the lady besides...?

BUSBY:      Her purse.

CARROLL:    She kept the purse?

BUSBY:      The purse had Kitty stuff in it stuff in this woman's purse. Kitty kept her purse.

7

CARROLL:    What happen to the credit cards and stuff?

BUSBY:    Kitty threw them out.  They're out here on this interstate somewhere.

CARROLL:    Somewhere... After you lay the body out here?

BUSBY:    They're out here, they're out here on this road by that gas station.

CARROLL:    Down by the gas station?

BUSBY:    It's like in front of the gas station.  I think that's the gas station.  Over there if we can go up that road then the credit cards are on the road.

JOHNSON:    Okay so they're by the gas station?

CARROLL:    Okay everything else that we talked about prior to this, like you stopped at different places, you used the card you bought drugs and all that stuff.  All that stuff is the truth?

BUSBY:    Yes sir.

CARROLL:    When you got to Okalahoma City you met this guy, you bought crack all that stuff is the truth?

BUSBY:    All that stuff is the truth.  Kitty went to the Eckerd's right there off of 23rd.  Into the Eckerd's that's where she bought the hair dye and all that stuff.  In room 11 is where she cut her hair and dyed and everything in 111 at the Delux.

CARROLL:    Now before, when you were stranded in Fort Worth you said this is a Albertson's parking lot in the west side of Fort Worth?

BUSBY:    Yes sir.

CARROLL:    Before you saw the lady, you had gone into Albertson's to try to steal some beer?

BUSBY:    I was in Albertson's.

8

CARROLL:     Okay you were at Albertson's, this is before you saw the lady?

BUSBY:     Yeah.

CARROLL:     Okay, when you came out, when you approach the lady where was Kitty?

BUSBY:     No I didn't approach the lady.

CARROLL:     You said you seen her sitting in her car.

BUSBY:     I didn't approach, I didn't approach the lady. At first Kitty come running up to me, cause I thought they had left me on the west side her and the white guy. We were with a guy.

CARROLL:     Do you know his name?

BUSBY:     No I don't I can't remember his name. But he had been in jail with me in the county.

CARROLL:     Okay. So Kitty came up to you and what did she say? What happened?

BUSBY:     Kitty said that he had jumped on her and left her out there. We were stranded on the west side. I told her okay, we'll we can start over new here. We can start a new life right here in west side of Fort Worth. She said no, look how these white folks are looking down, they are looking down on me like I'm trash.

CARROLL:     Okay, we went through that. I want to know how, how you approached the lady and where was Kitty when you asked her to move over?

BUSBY:     Kitty was right behind me.

CARROLL:     Okay, she was right behind you. So you walked in the parking lot...

BUSBY:     Kitty, Kitty, Kitty, Kitty telling me to get her car. Get a ride, take somebody's car. So if you love me like you say you do. You'll get me a ride from over here. Kitty was all... As soon as I got in the car and the woman got over, before the

9

woman could get completely get over on this side, Kitty was yanking on the back door for me to unlock it. Kitty was right there, she was in, she was, she was the brains behind it.

JOHNSON:          This completes the interview.

TRANSCRIBED BY BERONICA BRIBIESCA

STATE'S EXHIBIT NO. 64
PHOTO

(UNABLE TO XEROX)
(ON FILE WITH DISTRICT CLERK)

STATE'S EXHIBIT NO. 65
PHOTO

(UNABLE TO XEROX)
(ON FILE WITH DISTRICT CLERK)

STATE'S EXHIBIT NO. 66
PHOTO

(UNABLE TO XEROX)
(ON FILE WITH DISTRICT CLERK)

STATE'S EXHIBIT NO. 67
PHOTO

(UNABLE TO XEROX)
(ON FILE WITH DISTRICT CLERK)

STATE'S EXHIBIT NO. 68
PHOTO

(UNABLE TO XEROX)
(ON FILE WITH DISTRICT CLERK)

STATE'S EXHIBIT NO. 69
CAN TECH TAPE

(UNABLE TO XEROX)
(ON FILE WITH DISTRICT CLERK)

STATE'S EXHIBIT NO. 69A
SACK

(UNABLE TO XEROX)
(ON FILE WITH DISTRICT CLERK)

STATE'S EXHIBIT NO. 70
DUCT TAPE

(UNABLE TO XEROX)
(ON FILE WITH DISTRICT CLERK)

STATE'S EXHIBIT NO. 70A
SACK

(UNABLE TO XEROX)
(ON FILE WITH DISTRICT CLERK)

STATE'S EXHIBIT NO. 71
TAPE

(UNABLE TO XEROX)
(ON FILE WITH DISTRICT CLERK)

STATE'S EXHIBIT NO. 71A
BOX
UNABLE TO XEROX
ON FILE WITH DISTRICT CLERK

Size **3" x 1"**
Cat. **M6132**
Qty. **½ gross**

04-C-043

CUT OUT
FUMED PRINT
FROM (2)

GAD 800-631-6989

STATE'S
EXHIBIT

71B

12-10-05

STATE'S EXHIBIT NO. 72

SACK

UNABLE TO XEROX
ON FILE WITH DISTRICT CLERK

STATE'S EXHIBIT NO. 72A
BOX
UNABLE TO XEROX
ON FILE WITH DISTRICT CLERK

04 C-043
CUT OUT
FUMED
PRINT
FROM (1)

STATE'S
EXHIBIT
72-B
BC 11-10-05

PENGAD 800-631-6989

STATE'S EXHIBIT NO. 73
DRIVER'S LICENSE

(UNABLE TO XEROX)
(ON FILE WITH DISTRICT CLERK)

STATE'S EXHIBIT NO. 74
BLACK PURSE

(UNABLE TO XEROX)
(ON FILE WITH DISTRICT CLERK)

STATE'S EXHIBIT NO. 74A
BAG

UNABLE TO COPY

ORIGINAL ON FILE WITH DISTRICT CLERK

STATE'S EXHIBIT NO. 75
SACK
UNABLE TO XEROX
ON FILE WITH DISTRICT CLERK

STATE'S EXHIBIT NO. 75A

WILSON BASEBALL CAP

UNABLE TO XEROX
ON FILE WITH DISTRICT CLERK

**STATE'S EXHIBIT**

7c

STATE'S EXHIBIT NO. 76A
CD

NOT ADMITED

STATE'S EXHIBIT NO. 77
AERIAL PHOTO

(UNABLE TO XEROX)
(ON FILE WITH DISTRICT CLERK)

STATE'S EXHIBIT NO. 78
AERIAL PHOTO

(UNABLE TO XEROX)
(ON FILE WITH DISTRICT CLERK)

STATE'S EXHIBIT NO. 79
PHOTO

(UNABLE TO XEROX)
(ON FILE WITH DISTRICT CLERK)



STATE'S EXHIBIT NO. 80
PHOTO

(UNABLE TO XEROX)
(ON FILE WITH DISTRICT CLERK)



STATE'S EXHIBIT NO. 81
PHOTO

(UNABLE TO XEROX)
(ON FILE WITH DISTRICT CLERK)

STATE'S EXHIBIT NO. 82
PHOTO

(UNABLE TO XEROX)
(ON FILE WITH DISTRICT CLERK)

STATE'S EXHIBIT NO. 83
PHOTO

(UNABLE TO XEROX)
(ON FILE WITH DISTRICT CLERK)

STATE'S EXHIBIT NO. 84

SACK

UNABLE TO XEROX
ON FILE WITH DISTRICT CLERK

STATE'S EXHIBIT NO. 84A

CRATE

UNABLE TO XEROX
ON FILE WITH DISTRICT CLERK

STATE'S EXHIBIT NO. 84B

CRATE

UNABLE TO XEROX
ON FILE WITH DISTRICT CLERK

STATE'S EXHIBIT NO. 85
NOT MARKED

STATE'S EXHIBIT NO. 86
PHOTO

(UNABLE TO XEROX)
(ON FILE WITH DISTRICT CLERK)

STATE'S EXHIBIT NO. 87
PHOTO

(UNABLE TO XEROX)
(ON FILE WITH DISTRICT CLERK)

STATE'S EXHIBIT NO. 88
PHOTO

(UNABLE TO XEROX)
(ON FILE WITH DISTRICT CLERK)

## STATE'S EXHIBIT NO. 89
### PHOTO

### (UNABLE TO XEROX)
### (ON FILE WITH DISTRICT CLERK)

STATE'S EXHIBIT NO. 90
PHOTO

(UNABLE TO XEROX)
(ON FILE WITH DISTRICT CLERK)

STATE'S EXHIBIT NO. 91
PHOTO

(UNABLE TO XEROX)
(ON FILE WITH DISTRICT CLERK)

STATE'S EXHIBIT NO. 92

PHOTO

UNABLE TO XEROX
ON FILE WITH DISTRICT CLERK

STATE'S EXHIBIT NO. 93

CIGARETTE PAPER

NOT ADMITTED



PENGAD 800-631-6989

STATE'S
EXHIBIT
94



STATE'S EXHIBIT

95

PENGAD 800-631-6989



PENGAD 800-631-6989

STATE'S
EXHIBIT

96



PENGAD 800-631-6989

STATE'S
EXHIBIT

10

10

STATE'S
EXHIBIT
98

IH0-05

THE STATE OF TEXAS

COUNTY OF TARRANT )(
)(

I, EDWARD LEE BUSBY JR. PRIOR TO MAKING ANY STATEMENT, HAVING BEEN DULY WARNED BY DET. C. D. JOHNSON I.D. 2455, THE PERSON TO WHOM; THIS STATEMENT IS MADE; THAT I HAVE THE RIGHT TO REMAIN SILENT AND NOT MAKE ANY STATEMENT AT ALL AND THAT ANY STATEMENT I MAKE MAY BE USED AGAINST ME AT MY TRIAL; THAT ANY STATEMENT I MAKE MAY BE USED AS EVIDENCE AGAINST ME IN COURT; THAT I HAVE THE RIGHT TO HAVE A LAWYER PRESENT TO ADVISE ME PRIOR TO AND DURING ANY QUESTIONING; THAT IF I AM UNABLE TO EMPLOY A LAWYER, I HAVE THE RIGHT TO HAVE A LAWYER APPOINTED TO ADVISE ME PRIOR TO AND DURING ANY QUESTIONING: AND THAT I HAVE THE RIGHT TO TERMINATE THE INTERVIEW AT ANY TIME. HAVING BEEN INFORMED OF THESE, MY RIGHTS, AND UNDERSTANDING SAME. I HEREBY FREELY, INTELLIGENTLY, VOLUNTARILY AND KNOWINGLY WAIVE THESE RIGHTS AND NOT DESIRING A LAWYER, VOLUNTARILY CHOOSE TO MAKE THE FOLLOWING STATEMENT:

MY FULL NAME IS EDWARD LEE BUSBY. I AM 31 YEARS OF AGE. MY DATE OF BIRTH IS 07-25-72. I AM CURRENTLY IN THE TARRANT COUNTY JAIL. I HAVE CO MPLETED 10 YEARS OF SCHOOL.

STARTING TIME: 0950hrs.
TYPED BY: Beronica Bribiesca
DATE: February 20, 2004
350 WEST BELKNAP STREET
FORT WORTH POLICE DEPARTMENT



STATE'S EXHIBIT
99
BC 11-10-05

I was brought over here for a search warrant and I asked to talk to the detective.

There's one thing I left out that Kathleen was not screaming kill her. It was never meant for that woman to die. We were supposed to leave her in her car where I took the detectives where her body was. But she was still supposed to be alive.

Q. I want you to start from the beginning of that day when Mrs. Crane was taken.

. When we got back to the Albertson's Kitty started crying and said look how these white people are looking at me. And that she was Irish too and they didn't have to look at her like that and she wanted me to get her out of there. For me to find someone's car and take it. I told Kitty that we just could call a cab and just get out.~~fuck these~~. But she told me no that she wanted me to find a ride and find one now if I loved her. So that's when I walked through the parking lot and seen this elderly woman pull up. When she pulled up she had her door closed. When I walked back by she had her door open and was looking down into the floorboard of her car. That's when I walked up to her and told her to scoot over and give me her keys. That's when Kitty tried to open the door and I unlocked the door so she could get in. The woman slid over and I told her that I didn't want anything from her I just wanted a ride back to the South side and I would let her go. At that time we left the parking lot, as we were leaving Kathleen snatched up the woman's purse and started going through it. That's when Kitty got mad and said the woman only had $12 and that she want m f-ing *E.B.* money. So Kitty searched through the woman's purse and found her credit cards and that's when the woman asked why were we being like this and what would our mother's think. That's when I told her that we just wanted a ride to the south side and when we got there she could have her car and we would get out and she could go on her way. That's when Kitty said no I want the code to the credit cards when the woman refuse to give Kitty the code to the credit cards, Kitty hit the woman on the left side of the head. And the woman said I'll just get out and let y'all have the car and Kitty grabbed her by her hair and told her I show you a side of me that you don't want to see. So the woman gave Kitty the credit card number but she wouldn't tell her to which card. That's when I asked Kitty why was she being so mean. She said that she wanted some f-ing money that $12 wasn't enough. So we ended up on interstate 30, we took from 30 to 35 north and then I got on 121 and exited on Beach. Because Kitty kept saying to take her to an ATM somewhere secluded so that only place I could think of was Race Trac. So Kitty got out and went into the store and I made a block in the car with the lady and I just told her that *E.B.* everything was going to be okay, when Kitty gets what she wants we will let ~~her go~~. So I got worried. Kitty left me with the lady and ran off with the money. So I pulled in the

Case 4:09-cv-00160-O Document 36-17 Filed 05/04/26 Page 453 of 519 PageID 12264

carwash and waited to see, when I spotted Kitty coming to the car. At that time Kitty seen the lady wording to somebody for help because when she got back in the car Kitty told her to put her f-ing head down and that I needed to find somewhere to stop and put her in the trunk. So when we started down the access road on 121 I pulled over by some apartment like complex by some bushes and Kitty told the woman to get out and we walked behind the car and I opened the trunk and Kitty took out some blue like book holders or book shelves and then I told the woman to get in and Kitty pushed her into the trunk and slammed it close. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ And Kitty said that she only had $12 and that she was going to figure out a way to get the money out of the bank. So that's when she goes through the purse and comes to a check for $▓▓▓. I told Kitty I hope that woman is going to be okay in the trunk and Kitty said she was going to die because she shut the trunk all the way. That's when I look in the back at the seats and seen that the woman would be able to breath. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓ I told her that she was being an asshole for trying to hurt the lady. So I made a left on Riverside heading south cause Kitty told me to take her to the nearest Wells Fargo and the only one I knew of was off Berry. That's where Kitty signed the woman's name to the check and sent the lady's ID in and the cashier woman asked if she had another form of ID and Kitty sent in two of the woman's credit cards and cash the check. While we were there the woman was ▓▓▓▓▓▓ and kicking in the trunk. Kitty asked me if I had any music and I told her no not with me. So we went to go buy the 50 Cent CD somewhere off of Berry. So Kitty puts the CD in and puts it up loud. She asked me to adjust the bass that way you couldn't tell from the bass and the kicks. ▓▓▓▓▓▓▓▓ From there I told Kitty let's get out of this car. She said no that if I loved her I would get her out of Fort Worth. So we left and went to the truck stop off of Long. We filled up the car with gas, which Kitty went in and did it with one of the woman's credit cards and bought some food ▓▓▓▓▓▓▓▓▓▓▓ She came out and told me she knew what credit card it was that the woman gave the number to. So she wanted to go back in the store and try to get money off of it. But I told her no. So she got in the car mad. And we ▓▓▓▓ north on 35, when she seen the sign that said Pilot Truck Stop and that she needed to go and use the restroom. So I pulled in and sat outside for about fifteen to twenty minutes. That's when Kitty came out all happy, skipping to the car with two wads of cash and handed me $300. We left from there and got back on 35 north, I was hoping to be headed to Amarillo Texas, that's where I planned to get out of the car and if Kitty wanted to continue her trip she could. But somewhere I went the wrong way and ended up in Okalahoma. When we pulled up to this store, Kitty goes in and buys me a Dr. Pepper and was supposed to get her a Pepsi. And came out with my Dr. Pepper her Pepsi and some gray electrical tape. She hands me the Dr. Pepper and the tape and told me that she didn't want to hear her screaming and kick no more so told me to tape her hands and feet and tape her mouth and eyes where she can't see. I told Kitty that's stupid cause she can't see cause she in the trunk. She told me not to be an asshole and just do it. So I taped her mouth, her eyes and left her hands and feet ▓▓▓. I didn't this in the parking lot. We get back on the interstate going north. Kitty tells me I thought I told you to tape her hands and feet. I turned the music down and said I did she's not kicking or beating on nothing your hearing things. And that's when Kitty turned the radio off real mad and said if I'm hearing shit then listen. And just to my luck the woman started kicking and banging in the trunk. So I pull over and me and Kitty open the trunk, that's when I received my first burn from the cigarette and was told that she is my Queen not my mother and I don't have to lie to her. And Kitty grabbed the woman's hands and put them by her legs and told me to tape the hands and legs together. So I attempted to do that and Kitty shut the trunk back and as we were

leaving we got back on the interstate and I turned the music back on. When I turned it up, Kitty turned it back down and we could hear the woman banging. So we stopped and got a motel room at the La Quinta Inn in Okalahoma in my name in room #136. I let the seat down in the back and re-taped the woman's hands and legs together like I was told to. Then Kitty told me that she wanted me to tape the woman's mouth and eyes and make the tape go over her ears where she couldn't hear. I told Kitty if I do that how would she breath. She told me that she didn't care if the woman could breath. I told her that I would be back that I was going to try to find a Wal-Mart to buy me some house shoes. When I left I stopped on the side of the Wal-Mart and let the seat down and explain to the woman that Kitty wanted me to tape her eyes, mouth and her ears where she couldn't hear but I was going to make it where she could breath cause my plan was to leave her on the side of the highway in her car so someone could find her and she could go home. So in Wal-Mart where I bought the house shoes I bought some more tape because the lady had hidden the other tape somewhere in the car. How I don't know. So when I got back in the car I pulled on the side of Wal-Mart I asked the woman if she would pray with me because I wanted forgiveness for taking her car and putting her through so much trouble. So we prayed when I closed the trunk back the woman was alive and she could breath. I mean she could breath easily through her nose. When I got back to the motel room I let the seat down in the back to make sure the woman was still alive and she was fine. Cause when I touched her she moved and I could see she was still breathing. So when I went back in the motel room, Kitty said she wanted to see if she could find some dope. So we left the room and searched for some crack. When we didn't get any, it finally made me mad that she wanted me to keep riding around looking for crack when I had been up two days already. So I told her the hell with it and stopped at a store and bought some Smineroff and headed back towards the room when I spotted Vhoarn Taco Cabana. When we pulled up to Taco Cabana I got out and walked in, not waiting for Kitty cause I was mad at her because all she think about was dope. I ordered me a large Dr. Pepper and a fajita plate and then it surprised me when Kitty spoke up and ordered the same thing but with a large Pepsi. So I paid for it. We got back in the car and drove back to the room. Kitty got out and opened the door and I got out with the food and went into the room. While I was in the room I thought I heard a noise I outside. So I went back outside and that's when I seen this guy leaving in an RV and he worded that I had somebody in the trunk of the car and I shook my head no. That's when I open the car door and let back seat down to check on the lady. At that time she was still alive. So I went back in the room I drunk two Smirnoff's and me and Kitty attempted to make love and she said it hurt too bad. So I lay down and went to sleep. Once I went to sleep I don't remember anything until I woke up the next morning. Both the fajita plates were empty and most of the Smirnoff was gone. So I told Kitty let's check out. So Kitty took all the sheets and comforter from the room. I went and checked out and gave back the keys, I was so mad at Kitty that the woman at the desk offer me biscuits and gravy for breakfast. But I told her ~~no thing?~~ we had to be going. So I stopped at a small convenient store and bought a breakfast pizza, that's when I told Kitty that when we get closer to Okalahoma City that we were going to get out of the woman's car and leave the woman and her car where someone could find her and we were going to hold up a twenty dollar bill and hitch hike the rest of the way to Okalahoma City. When I found the place where we were going to stop at and leave the woman in the car. I told Kitty to clean the car and I got out to check on the woman. That's when I found out that the woman had died. So I picked her up and walked down the hill and laid her under the tree and put a

sheet over. That's when we went to Okalahoma City from there. Everything else I told you that happen in Okalahoma City is correct.

Case 4:09-cv-00160-O   Document 126-17   Filed 05/04/26   Page 455 of 519   PageID 12266

ENDING TIME: 1150 hrs.

Edward Lee Busby

This statement is true that I have told to Det. Johnson.

Witness

**THE STATE OF TEXAS**   )(

)(

**COUNTY OF TARRANT**   )(

I, EDWARD LEE BUSBY JR. PRIOR TO MAKING ANY STATEMENT, HAVING BEEN DULY WARNED BY DET. C. D. JOHNSON **I.D. 2455,** THE PERSON TO WHOM; THIS STATEMENT IS MADE; THAT I HAVE THE RIGHT TO REMAIN SILENT AND NOT MAKE ANY STATEMENT AT ALL AND THAT ANY STATEMENT I MAKE MAY BE USED AGAINST ME AT MY TRIAL; THAT ANY STATEMENT I MAKE MAY BE USED AS EVIDENCE AGAINST ME IN COURT; THAT I HAVE THE RIGHT TO HAVE A LAWYER PRESENT TO ADVISE ME PRIOR TO AND DURING ANY QUESTIONING; THAT IF I AM UNABLE TO EMPLOY A LAWYER, I HAVE THE RIGHT TO HAVE A LAWYER APPOINTED TO ADVISE ME PRIOR TO AND DURING ANY QUESTIONING: AND THAT I HAVE THE RIGHT TO TERMINATE THE INTERVIEW AT ANY TIME. HAVING BEEN INFORMED OF THESE, MY RIGHTS, AND UNDERSTANDING SAME. I HEREBY FREELY, INTELLIGENTLY, VOLUNTARILY AND KNOWINGLY WAIVE THESE RIGHTS AND NOT DESIRING A LAWYER, VOLUNTARILY CHOOSE TO MAKE THE FOLLOWING STATEMENT:

MY FULL NAME IS EDWARD LEE BUSBY. I AM 31 YEARS OF AGE. MY DATE OF BIRTH IS 07-25-72. I AM CURRENTLY IN THE TARRANT COUNTY JAIL. I HAVE CO MPLETED 10 YEARS OF SCHOOL.

**STARTING TIME: 0950hrs.**
**TYPED BY: Beronica Bribiesca**
**DATE: February 20, 2004**
**350 WEST BELKNAP STREET**
**FORT WORTH POLICE DEPARTMENT**



STATE'S EXHIBIT 99A

I was brought over here for a search warrant and I asked to talk to the detective.

There's one thing I left out that Kathleen was not screaming kill her. It was never meant for that woman to die. We were supposed to leave her in her car where I took the detectives where her body was. But she was still supposed to be alive.

Q. I want you to start from the beginning of that day when Mrs. Crane was taken.

Me and Kathleen were walking up Berry Street from Riverside to Berry towards 35. When we got a ride from a girl Heather Dawn and a black male to Davis Street where we purchase crack. I spent $30 and Heather Dawn put in $20 so we bought a 50 and from there me and Kathleen went and got a room at the Valley View room # 25. Kathleen stayed in the room when I went to go get us something to eat from the Gladys's Soul Food, which I bought a burger and as usual I walked to the store and bought Kathleen MD 20/20 peaches and cream and walked around and waited for my burger to get cooked. After I paid for the burger I walked back to the Valley View, which Kathleen was mad because I had ate half of her burger. So I took her dope from her and made her eat the rest of the burger and fries before she could smoke anything else. So she ate her food and decided to go in the tub. While she was taking her bath, I left the room and I was walking down Lancaster to Riverside where I went to go find somebody to smoke with. So I ran across this black female and we were walking to go smoke and this white dude I knew from jail pulled up in a white car and we got in with him. Then we left and drove around and then decided to go to Cobb Park and smoke. So I gave the black chick a hit of dope and she got hot and bothered, so I got out of the car and let the white dude and the chick handle their business. So when we left there, we took her back to Lancaster and then we went to the room to see if Kitty was there. Kitty was gone. So we sat there and watched movies for about thirty minutes. And the guy asked what we could do to get

1

some more dope. So I went to a friend of mine and just asked for some dope. And he gave me a 50 and just told me to bring him some beer and moet wine. So we left and search for Kitty. We went to the North Side, which I was told that Kitty had taken some guy's wallet for four hundred and something dollars. So a Hispanic guy asked me if I knew who Kitty was. And I asked him at the time why. He said that she just had took his brother for four hundred and something dollars. And I asked him if he smoked dope and he said yes. So I asked him how did he know Kitty because she is not supposed to do dates with anybody for dope. So he said that he knew Kitty through Mason and that they dated several times for dope. So I told him that I did know her and what did he wanted me to do about it and he said that he wanted the money back or dope in return. So after I cut the 50 up I had. I had him ten-nickel pieces that I told him that it was twenty pieces to knock off $200 dollars of Kitty's dept. And told him that I would have the rest of it by sunset. So me and the guy left we went to the gas station by the police department off of Decatur and Long. Where I walked in and walked out unseen with two cases of beer. We went and sold the beer to a friend of mine on the south side for more dope. At that time we went back to the room off of Lancaster. From there we left and went to Poochie's house because we didn't find Kitty at the room. So from Poochie's house I went to a friend's house off of Ramey Street who told me that he would give me a 50 for four bottles of white wine for the Super Bowl. So I went to the Kroger's on the East side close to John T. White and Bridge and went in and got four bottles of white wine. I returned back to my friend's house on Ramey and got a 50 from him. Went back to Poochie's house where I was told Kitty was just seen buying dope from one of my homies. So we sat at Poochie's and waited. And Kitty was supposed to go over there but she never showed up. So we decided to go back to the North side. When we got back to the North side I gave the Spanish guy another ten nickels and told him that they were twenties and told him to leave Kitty alone. At that time I ran across Mason and he told me that Kitty who is Kathleen was at the Ranch Motel off Main. So I went to the Ranch Motel and I couldn't find Kitty. That's when I ran across A. J. and his girl. They asked me to take them to the south side so they could score and I charged them ten dollars. While we were scoring I came out of the house and I found Kitty getting out of a Bronco. She went in to the house and bought a twenty and got in the car with us. At this time the guy of the Bronco that she got out off walked up and said that he was going to shoot her for taking his money and not getting back in the car with him. At that time I whistle for my homies to come out the house. Which they did with guns and I told the guy the best thing he could do is leave. So after he left we left and I took A. J. and his girl another motel where they wanted to go I guess to go score some Heroin. At that time I got mad and told A. J. he had five minutes or I was going to put his girl outside the car and leave them behind. While he was inside I asked Kitty about the four hundred dollars. She said that everybody was lying on her but when I told her that I was going to take her back to the guys room that I paid the four hundreds back to in dope at the Peppermint room #32, she said that she had stashed $150 at the room (Valley View). So we left after A. J. came out, went by the Valley View and Kitty went in and got the $150 and came out and asked me how much I want. And I told her $100 for paying for her dept. Because that's all I really came off on to pay her dept back. There were several more stops before we ended back at Poochie's. One of the stops was at the truck stop, the guy got scared because Kitty robbed a guy for $200 and said that he wanted to go home. I told him just to take me to score first and then I would give him some dope and then he could go home. After we got to Poochie's we started to get high and he decided that he didn't want to go home. The white male that I picked out in the photo spread is with me all this.

Poochie and Rachel wanted a bottle of white wine to celebrate their anniversary. So me, Kathleen and the white dude left to go get a bottle of white wine from Albertson's on the

2

west side. We needed some gas so Kitty said to go to Race Way off of Berry and that she would put gas in the car. When she filled the car full of gas and we drove off. And on the way I decided that I would get about nine cases of Coors Light and put them in the basket with the wine and push it out of the store. At that time I told the white dude to let Kitty drive because she knew where I wanted her to pull up at when I get out of the store. E.B. And he said okay that he would open the trunk but to let him drive. I told him no that I wanted Kitty to drive. And that's when he decided he wanted to go home. And Kitty E.B told him that he had be out of his f-ing mind because she just filled his car up with gas. So for the next hour or two he had to do whatever she wanted him to do. That's when he told us that he had kids that he had to check on and Kitty told him that he was not worried about your kids why you were smoking the crack that I sucked and fuck for. So he had to deal with it for now and hope he still gets to get high with us. I told the guy just to be cool until we got to Poochie's and I would give him some dope and then he could go home. He said okay. So I parked the car and Kitty got in the driver seat and I went in the store. And I had a bad feeling, so I just turned and walked out of the store like nothing. E.R. When I looked for the car it was gone. And Kitty had come running from somewhere on the side of the building she also told me that some guy had witness the white guy beating her up. And he had told that guy that we were trying to take his car but Kitty told him that I was in the store buying us some food and that the guy was beating her up because she wouldn't have sex with him. And the guy said that he was going to call the police and Kitty said no don't call the police we just want our belongings out of the car. So me and Kitty were walking and we walked all the way to the fire department and the last light and turned around and walked back to the Albertson's. When we got back to the Albertson's Kitty started crying and said look how these white people are looking at me. And that she was Irish too and they didn't have to look at her like that and she wanted me to get her out of there. For me to find someone's car and take it. I told Kitty that we just could call a cab and just get out. from the store. But she told me no that she wanted me to find a ride and find one now if I loved her. So that's when I walked through the parking lot and seen this elderly woman pull up. When she pulled up she had her door closed. When I walked back by she had her door open and was looking down into the floorboard of her car. That's when I walked up to her and told her to scoot over and give me her keys. That's when Kitty tried to open the door and I unlocked the door so she could get in. The woman slid over and I told her that I didn't want anything from her I just wanted a ride back to the South side and I would let her go. At that time we left the parking lot, as we were leaving Kathleen snatched up the woman's purse and started going through it. That's when Kitty got mad and said the woman only had $12 and that she want m f-ing E.B. money. So Kitty searched through the woman's purse and found her credit cards and that's when the woman asked why were we being like this and what would our mother's think. That's when I told her that we just wanted a ride to the south side and when we got there she could have her car and we would get out and she could go on her way. That's when Kitty said no I want the code to the credit cards when the woman refuse to give Kitty the code to the credit cards, Kitty hit the woman on the left side of the head. And the woman said I'll just get out and let y'all have the car and Kitty grabbed her by her hair and told her I show you a side of me that you don't want to see. So the woman gave Kitty the credit card number but she wouldn't tell her to which card. That's when I asked Kitty why was she being so mean. She said that she wanted some f-ing money that $12 wasn't enough. So we ended up on interstate 30, we took from 30 to 35 north and then I got on 121 and exited on Beach. Because Kitty kept saying to take her to an ATM somewhere secluded so that only place I could think of was Race Trac. So Kitty got out and went into the store and I made a block in the car with the lady and I just told her that E.B everything was going to be okay, when Kitty gets what she wants we will let her go. So I got worried Kitty left me with the lady and ran off with the money. So I pulled in the

3

carwash and waited to see, when I spotted Kitty coming to the car of that seen the lady wording to somebody for help because when she got back in the car Kitty told her to put her f-ing head down and that I needed to find somewhere to stop and put her in the trunk. So when we started down the access road on 121 I pulled over by some apartment like complex by some bushes and Kitty told the woman to get out and we walked behind the car and I opened the trunk and Kitty took out some blue like book holders or book shelves and then I told the woman to get in and Kitty pushed her into the trunk and slammed it close. On our away from there we were on our way to the south side cause I told Kitty I needed something to smoke. And Kitty said that she only had $12 and that she was going to figure out a way to get the money out of the bank. So that's when she goes through the purse and comes to a check for $    . I told Kitty I hope that woman is going to be okay in the trunk and Kitty said she was going to die because she shut the trunk all the way. That's when I look in the back at the seats and seen that the woman would be able to breath. So I stopped off at Davis and Riverside and bought something to smoke. Kitty got mad because I took most of it. She asked me why, because I told her that she was being an asshole for trying to hurt the lady. So I made a left on Riverside heading south cause Kitty told me to take her to the nearest Wells Fargo and the only one I knew of was off Berry. That's where Kitty signed the woman's name to the check and sent the lady's ID in and the cashier woman asked if she had another form of ID and Kitty sent in two of the woman's credit cards and cash the check. While we were there the woman was               and kicking in the trunk. Kitty asked me if I had any music and I told her no not with me. So we went to go buy the 50 Cent CD somewhere off of Berry. So Kitty puts the CD in and puts it up loud. She asked me to adjust the bass that way you couldn't tell from the bass and the kicks. From there we went to Davis Street to get some dope. From there I told Kitty let's get out of this car. She said no that if I loved her I would get her out of Fort Worth. So we left and went to the truck stop off of Long. We filled up the car with gas, which Kitty went in and did it with one of the woman's credit cards and bought some food and some crack pipes. She came out and told me she knew what credit card it was that the woman gave the number to. So she wanted to go back in the store and try to get money off of it. But I told her no. So she got in the car mad. And we        north on 35, when she seen the sign that said Pilot Truck Stop and that she needed to go and use the restroom. So I pulled in and sat outside for about fifteen to twenty minutes. That's when Kitty came out all happy, skipping to the car with two wads of cash and handed me $300. We left from there and got back on 35 north, I was hoping to be headed to Amarillo Texas, that's where I planned to get out of the car and if Kitty wanted to continue her trip she could. But somewhere I went the wrong way and ended up in Okalahoma. When we pulled up to this store, Kitty goes in and buys me a Dr. Pepper and was supposed to get her a Pepsi. And came out with my Dr. Pepper her Pepsi and some gray electrical tape. She hands me the Dr. Pepper and the tape and told me that she didn't want to hear her screaming and kick no more so told me to tape her hands and feet and tape her mouth and eyes where she can't see. I told Kitty that's stupid cause she can't see cause she in the trunk. She told me not to be an asshole and just do it. So I taped her mouth, her eyes and left her hands and feet       . I didn't this in the parking lot. We get back on the interstate going north. Kitty tells me I thought I told you to tape her hands and feet. I turned the music down and said I did she's not kicking or beating on nothing your hearing things. And that's when Kitty turned the radio off real mad and said if I'm hearing shit then listen. And just to my luck the woman started kicking and banging in the trunk. So I pull over and me and Kitty open the trunk, that's when I received my first burn from the cigarette and was told that she is my Queen not my mother and I don't have to lie to her. And Kitty grabbed the woman's hands and put them by her legs and told me to tape the hands and legs together. So I attempted to do that and Kitty shut the trunk back and as we were

4

leaving we got back on the interstate and I turned the music back on. When I turned it up, Kitty turned it back down and we could hear the woman banging. So we stopped and got a motel room at the La Quinta Inn in Okalahoma in my name in room #136. I let the seat down in the back and re-taped the woman's hands and legs together like I was told to. Then Kitty told me that she wanted me to tape the woman's mouth and eyes and make the tape go over her ears where she couldn't hear. I told Kitty if I do that how would she breath. She told me that she didn't care if the woman could breath. I told her that I would be back that I was going to try to find a Wal-Mart to buy me some house shoes. When I left I stopped on the side of the Wal-Mart and let the seat down and explain to the woman that Kitty wanted me to tape her eyes, mouth and her ears where she couldn't hear but I was going to make it where she could breath cause my plan was to leave her on the side of the highway in her car so someone could find her and she could go home. So in Wal-Mart where I bought the house shoes I bought some more tape because the lady had hidden the other tape somewhere in the car. How I don't know. So when I got back in the car I pulled on the side of Wal-Mart I asked the woman if she would pray with me because I wanted forgiveness for taking her car and putting her through so much trouble. So we prayed when I closed the trunk back the woman was alive and she could breath. I mean she could breath easily through her nose. When I got back to the motel room I let the seat down in the back to make sure the woman was still alive and she was fine. Cause when I touched her she moved and I could see she was still breathing. So when I went back in the motel room, Kitty said she wanted to see if she could find some dope. So we left the room and searched for some crack. When we didn't get any, it finally made me mad that she wanted me to keep riding around looking for crack when I had been up two days already. So I told her the hell with it and stopped at a store and bought some Smineroff and headed back towards the room when I spotted ~~Wagan~~ ~~a~~ Taco Cabana. When we pulled up to Taco Cabana I got out and walked in, not waiting for Kitty cause I was mad at her because all she think about was dope. I ordered me a large Dr. Pepper and a fajita plate and then it surprised me when Kitty spoke up and ordered the same thing but with a large Pepsi. So I paid for it. We got back in the car and drove back to the room. Kitty got out and opened the door and I got out with the food and went into the room. While I was in the room I thought I heard a noise I outside. So I went back outside and that's when I seen this guy leaving in an RV and he worded that I had somebody in the trunk of the car and I shook my head no. That's when I open the car door and let back seat down to check on the lady. At that time she was still alive. So I went back in the room I drunk two Smirnoff's and me and Kitty attempted to make love and she said it hurt too bad. So I lay down and went to sleep. Once I went to sleep I don't remember anything until I woke up the next morning. Both the fajita plates were empty and most of the Smirnoff was gone. So I told Kitty let's check out. So Kitty took all the sheets and comforter from the room. I went and checked out and gave back the keys, I was so mad at Kitty that the woman at the desk offer me biscuits and gravy for breakfast. But I told her ~~no thing~~ we had to be going. So I stopped at a small convenient store and bought a breakfast pizza, that's when I told Kitty that when we get closer to Okalahoma City that we were going to get out of the woman's car and leave the woman and her car where someone could find her and we were going to hold up a twenty dollar bill and hitch hike the rest of the way to Okalahoma City. When I found the place where we were going to stop at and leave the woman in the car. I told Kitty to clean the car and I got out to check on the woman. That's when I found out that the woman had died. So I picked her up and walked down the hill and laid her under the tree and put a

5

sheet over. That's when we went to Okalahoma City from there. Everything else I told you that happen in Okalahoma City is correct.


ENDING TIME: 1150 hrs.

_Edward L. Busby Jr._
Edward Lee Busby

This statement is true that I have told to Det. Johnson.
_Veronica Bribiesca_
Witness


6



04-10639
MISSING PERSON
2800 SE Grand Blvd.
SGT E. Baxter #1166
SSGT D. Evans #901

STATE'S
EXHIBIT
106

PENGAD 800-631-6989

Service # 04011938
Offense: Homicide
Victim: Laura Lee Crane
Location: 4750 Belllaire Dr.
PKG # _21_ OF _45_
Released by: B.R. Patterson & C.D. Johnson
Date: 02-05-2004    Time: 1500



0618281   2200000

08-03-1964

STATE'S
EXHIBIT
101
11-10-08

| R | SCARS, MARKS, TATTOOS, AMPUTATIONS |
| --- | --- |

MISC. NO.

CITZ US

TYPE    ID CARD NO.    STATE

ADDRESS    CITY    ZIP
1101 N. Riverside    Ft. Worth, TX 76140

| TRANS. HAZ. MATERIAL? | OPER. COM. VEHICLE? | LIC. PLATE NO. | STATE | YEAR | DATE OF ARREST | AGENCY ARREST NO. |
| --- | --- | --- | --- | --- | --- | --- |
| Y OR N | Y OR N | | | | | 0618281 |

| AGENCY CASE NO. | FIREARM CODE | PRINTED BY: C. Shelton 21571    DATE 4-23-2004 |
| --- | --- | --- |

STATUTE CITATION

LEVEL & DEGREE    FELONY    MISDEMEANOR
CAPITAL, 1, 2, OR 3    A, OR B

3. R. MIDDLE

4. R. RING

5. R. LITTLE

8. L. MIDDLE

9. L. RING

10. L. LITTLE

L. THUMB

R. THUMB

FOUR FINGERS TAKEN SIMULTANEOUSLY





STATE'S
EXHIBIT
*102*
11-10-05



C. Shelton
21521
4-29-04

05 52 475

DATE OF BIRTH 7-25-72

PLACE OF BIRTH

AIR | SCARS,MARKS, TATTOOS, AMPUTATIONS

FPC

NO.

CITZ

TYPE | ID CARD NO.

STATE

ADDRESS | CITY | STATE | ZIP

| TRANS. HAZ. MATERIAL? | OPER. COM. VEHICLE? | LIC. PLATE NO. | STATE | YEAR | DATE OF ARREST | AGENCY ARREST NO. |
| Y OR N | Y OR N | | | | | |

AGENCY CASE NO.

FIREARM CODE

PRINTED BY: C. Shelton 262

DATE 04-29-04

STATUTE CITATION

LEVEL & DEGREE

FELONY

MISDEMEANOR

CAPITAL, 1, 2, OR 3 | A, OR B

3. R. MIDDLE

4. R. RING

5. R. LITTLE

8. L. MIDDLE

9. L. RING

10. L. LITTLE

**STATE'S EXHIBIT 103**
HC 11-10-05
CGAD 800-631-6989

L. THUMB | R. THUMB | RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY



STATE'S
EXHIBIT
104
C 11-10-05

C. Shelton
2 1571
4-29-04



STATE'S
EXHIBIT
105

C. Shelton
2159
4-29-04

04C043

Right Inside

1°





STATE'S
EXHIBIT
106
AC 11-10-05



C. Shelton
21521
4-29-04

04C043    Left. Inside

10





STATE'S
EXHIBIT
107
11-10-05

C. Shelton
2157
4-29-2004

041-043    Right Outside

1 P



STATE'S
EXHIBIT
108
11-10-05

C. Shelton
21571
4-29-04

O 55 2 475

DATE OF BIRTH 7-25-72   PLACE OF BIRTH TX   04-C-043

| IR | SCARS, MARKS, TATTOOS, AMPUTATIONS | | | | |
|---|---|---|---|---|---|

MISC. NO.

CITZ. US

TYPE   ID CARD NO.   STATE

STATE'S EXHIBIT 109

PENGAD 800-631-6989

PL 11-10-05

ADDRESS   CITY   STATE   ZIP

| TRANS. HAZ. MATERIAL? Y OR N | OPER. COM. VEHICLE? Y OR N | LIC. PLATE NO. | STATE | YEAR | DATE OF ARREST | AGENCY ARREST NO. |
|---|---|---|---|---|---|---|
| AGENCY CASE NO. | | FIREARM CODE | PRINTED BY: | | | DATE |

PRINTED BY: C. Shelz 31571   DATE 4-29-04

STATUTE CITATION   LEVEL & DEGREE   FELONY   MISDEMEANOR
CAPITAL, 1, 2, OR 3   A, OR B.

| 3. R. MIDDLE | 4. R. RING | 5. R. LITTLE |
|---|---|---|

| 8. L. MIDDLE | 9. L. RING | 10. L. LITTLE |
|---|---|---|

L. THUMB   R. THUMB   RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY



STATE'S
EXHIBIT
110
11-14-05



STATE'S EXHIBIT NO. 111

NOT ADMITED

**THE STATE OF TEXAS**

I, .........M..B...THALER.................... HEREBY CERTIFY

**COUNTY OF WALKER**

**THAT I AM THE** Record Clerk of the Texas Department of Criminal Justice-Institutional Division, a penal institution of the State of Texas, situated in the County and State aforesaid. That in my legal Custody as such officer are the original files and records of persons heretofore committed to said institution:  that the ( ) Photograph (X) Fingerprints and (X) Commitments, including Judgement and Sentence, of ..BUSBY, EDWARD..................................................... TDCJ/BPP#.828128.......... Cause# .........38620B.................................................

a person heretofore committed to said institution and who served a term of imprisonment therein: that I have compared the attached copies with their respective originals now on file in my office and each thereof contains, and is a full, true, and correct transcript and copy from its said original.

**IN WITNESS WHEREOF,** I have hereunto set my hand seal this .....25.......................
day of ....JULY................ 20 ....00............

................................., Record Clerk

SJW

Seal
TDCJ-ID

The director shall certify under the seal of the institutional division the documents received under Subsections (a) and (c) of Article 42.09, Code of Criminal Procedure.  A document certified under this subsection is self-authenticated for the purpose of Rules 901 and 902, Texas Rules of Criminal Evidence.

Article 42.09, Subsection 8(b), as amended by S. B. 1067, Acts 1993, 73d leg.

CL-103 (Rev. 3/00)



STATE'S
EXHIBIT
__112__
7/-14-05

NO. 38620-B

THE STATE OF TEXAS      :      IN THE 181ST DISTRICT COURT

VS.      :      IN AND FOR

EDWARD LEE BUSBY, JR.      :      POTTER COUNTY, TEXAS
SID: TX05038071

## JUDGMENT

Judge Presiding:      Samuel Kiser
Date of Judgment:      June 8th, 1998
Attorney for State:      J. Patrick Murphy
Attorney for Defendant:      Cathy Blakely
Offense Convicted of:      Delivery of a Simulated Controlled Substance
Degree:      State Jail Felony
Date Offense Committed:      September 28th, 1997
Date of Community Supervision Order:      January 20th, 1998

Paragraph Violated and Grounds for Revocation: 1. Commit no offense against the laws of this State or any other State; 7. Notify the supervision officer of any arrest as directed 14. Pay a supervision fee as directed; 15. Pay court costs, restitution and fine as direted.

As set out in State's Motion to Adjudicate Guilt.

Finding on Use of Deadly Weapon:      N/A

Punishment Imposed and Place of Confinement:      Defendant pled as cha███ and senten██ to eighteen (18) month████ Jail ████ ony Facility, $250 fine and restitution ██

Date of Sentence:      June 8th, 1998
Time Credited:      In 9-28-97 Out 1-20-98
Total Amount of Restitution/Reparation:      3  31 30 31 31 28 31 30 31 7
Concurrent Unless Otherwise Specified:

On the 20th day January, 1998, the above numbered and entitled cause was regularly reached and called for trial, the State appeared by her Assistant District Attorney, M███ Mayo ██ the defendant, Edward Lee Busby, Jr. appeared in person and with counsel, Cathy Blakely and both parties announced ready for trial, and the said defendant, in open court, waived the reading of the Indictment. The defendant, defendant's counsel and the Assistant District Attorney announced that they and each of them, agreed in writing to waive a jury in this cause and to submit this cause to the Court, and the said defendant, in open court, pleaded "Guilty" to the charge of Delivery of Simulated Controlled Substance, as alleged in the indictment. The Court admonished the defendant

A CERTIFIED COPY
CINDY GROOMER
District Clerk
Potter County, Texas
By _____ Deputy

228002

as required by law as to the range of punishment attached to the offense and the fact that the prosecuting attorney's recommendation on punishment is not binding on the Court. The Court then inquired whether any plea bargain agreement existed between the state and the defendant and informed the defendant that in the event such an agreement existed, the Court would inform the defendant in open court and before any finding on the plea whether it would follow or reject such agreement. Further, the Court informed the defendant that should the Court reject any such agreement, the defendant would be permitted to withdraw his plea of guilty or nolo contendere. The Court admonished the defendant that if the punishment assessed did not exceed the punishment recommendation agreed to by the defendant and his attorney, the Court must give its permission to the defendant before he may prosecute an appeal on any matter in the case except for those matters raised by written motions filed prior to trial. The Court further admonished the defend that i defendant is not a citizen of the United States of America, a plea of guilty or n offense charged may result in deportation, the exclusion from admission to this country, or the denial of naturalization under federal law. After these admonishments, the said defendant persisted in pleading guilty, and it plainly appearing to the Court that the defendant is mentally competent and sane and is not influenced in making said plea by any consideration of fear, or by a persuasion or delusive hope of pardon or early parole prompting a confession of guilty and that such plea is freely and voluntarily made and that the defendant is aware of the consequences of his plea, the plea of guilty is by the Court received and now entered of record in the Minutes of the plea herein of said defendant. At said hearing defendant entered in writing and under oath his Application for Deferred Judgment in the above entitled and numbered cause; and the Court having read the Application admonished the defendant that if the Court granted Deferred Adjudication that there could be no appeal and further, in the event the Court proceeded with adjudication of guilt on the original charge, that defendant's punishment could be increased to the maximum allowed by law an

A CERTIFIED COPY
Page ___ of ___
CINDY GROOMER
District Clerk
Potter County, Texas
By ___ Deputy

228003

there would be no right of appeal from the adjudication of guilt. And the Court further admonished the defendant that he/she would have thirty days after entering his/her plea of guilty and the deferment of adjudication to file a written motion requesting the Court to proceed to a final adjudication. After these further admonishments and the Court having heard all the evidence for the State and the defendant and argument of counsel, found that it substantiated the defendant's guilt, and it was the opinion of the Court that the best interest of society and the defendant would be served by granting said Application and the Court deferred all further proceedings in this cause and the defendant was placed on community supervision for a period of two (2) years.

Thereafter, on the 22nd day of April, 1998, the State filed a Motion Proceed With Adjudication of Guilt On Original Charge under Art. 42.12, Texas Code of Criminal P

On the 8th day of June, 1998, the State of Texas appeared by her Assistant District Attorney and the defendant, accompanied by counsel, appeared in open court.

After having heard evidence and argument of counsel, the Court is of the opinion and so finds that the State's Motion is well taken and that the violations of the Order Deferring Probation as set out in the State's Motion haves been proved by a preponderance of the evidence and the Court further finds that the defendant is guilty of Delivery of a Simulated Controlled Substance.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Court that on the 8th day of June, 1998, the said defendant is guilty of the offense of Delivery of a Simulated Controlled Substance which occurred on the 28th day of September, 1997, as alleged in the indictment in this cause, and as confessed by the defendant in defendant's plea of guilty heretofore made on the 20th day of January, 1998; and the Court, having heard evidence on the question of punishment and argument of counsel thereon, fixes the punishment at confinement in the State Jail Felony Facility for a term of eighteen (18) months and that the State of Texas do have and recover

A CERTIFIED COPY
age ___ of ___
CINDY GROOMER
District Clerk
Potter County, Texas
By _____, Deputy

228004

of the said defendant all costs in this proceeding incurred, as set in the Bill of Costs attached hereto and by this reference incorporated herein for all purposes.

AND THEREUPON, the defendant was asked by the Court whether the defendant had anything to say why said sentence should not be pronounced against the defendant, and the defendant answered nothing in bar thereof, and the defendant having agreed to accept sentences this date whereupon the Court proceeded, in the presence of the defendant and the defendant's attorney, to pronounce sentence as follows:

IT IS THE ORDER OF THIS COURT that the defendant who has be⬛⬛⬛⬛⬛⬛⬛⬛ of the offense of Delivery of a Simulated Controlled Substance, and whose ⬛⬛⬛⬛⬛⬛⬛n assessed at eighteen (18) months, $250 fine and restitution , is hereby sente⬛⬛⬛⬛⬛⬛ (18) months in the State Jail Felony Facility or other persons authorized to receive⬛⬛ convicts, a⬛⬛ e said defendant shall be confined in the State Jail Felony Facility in accordan⬛⬛⬛⬛⬛⬛⬛⬛⬛s of the laws governing such confinement. The said defendant is remanded t⬛⬛⬛⬛⬛⬛⬛⬛ff can obey the directions of this sentence.

JAIL CREDIT allowed: In 9-28-97 Out 1-20-98.

And the Court makes a finding that there is $250.00 owing on the fine, $200.00 owing on the fees, and $TBD owing on the restitution previously assessed against the defendant by this Court.

SIGNED AND ENTERED this _8th_ day of June, 1998.

_____
JUDGE PRESIDING

DUPLICATE

FILED
CINDY GROOMER
DISTRICT CLERK

1998 JUN -9 A 7 57

⬛⬛R COUNTY, T⬛

A CERTIFIED COPY
⬛ge ⬛ of ⬛
CINDY GROOMER
District Clerk
Potter County, Texas
_____, Deputy
By _____

228005

NO. 38620-B

| | | |
|---|---|---|
| THE STATE OF TEXAS | : | IN THE 181ST DISTRICT COURT |
| | : | |
| VS. | : | IN AND FOR |
| | : | |
| EDWARD LEE BUSBY, JR. | : | POTTER COUNTY, TEXAS |

FINGERPRINT PAGE

**THE STATE OF TEXAS** X   **Cause No.**

X

**VS.** *Edward Lee Busby, Jr.* X  *38620-B*

X *Edward L. Boly Jr.*

Signature of Bailiff,
Acting for the Court, who took
the thumbprint immediately to
the left hereof on this

Defendant's Right
Thumbprint

_____8_____ day of

*June* 19 *98*

FILED
CINDY GROOMER
DISTRICT CLERK

1998 JUN -9 A 7: 57

POTTER COUNTY, TE

I, Cindy Groomer, Clerk of the District Courts and
County Courts at Law, in and for Potter County, Texas,
do hereby certify that the foregoing instrument
is a correct copy of the original on file in this office.
ATTESTED the *10th* day of *June* 19 *98*
By _____
Deputy

**228006**

Complaint No. 16389-B
Date of Offense: September 28, 1997
Name: EDWARD LEE BUSBY, JR.

| Race | Sex | Age | DOB |
|------|-----|-----|---------|
| B | M | 25 | 7-25-72 |

| Code | Offense | Citation | | Pun. |
|------|---------|----------|---|------|
| 35990074 | Man/Del Simulated CS | 482.002[a] | HSC | SJF |

## NO. 38620-B

## INFORMATION

### IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS;

NOW COMES Rebecca King, District Attorney, 47th Judicial District of Texas, and presents in and to the District Court of Potter County, 181st Judicial District, State of Texas, that EDWARD LEE BUSBY, JR., hereinafter styled Defendant, heretofore on or about the 28th day of September, 1997, and before the making and filing of this Information, in the County of Potter and State aforesaid, did then and there intentionally and knowingly deliver by actual transfer, to James Pennington, a simulated controlled substance COCAINE, but was chemically different from COCAINE, and the defendant represented to James Pennington that the substance was COCAINE in a manner that would lead a reasonable person to believe that the substance was COCAINE.

**Against the Peace and Dignity of the State of Texas.**

REBECCA KING
District Attorney
47th Judicial District of Texas

BY: _____
Assistant District Attorney

DATE OF ARREST
6-8-98

TRN

DPS NO.

FBI NO.

COMMITMENT NAME (LAST, FIRST, MIDDLE)
BUSBY, EDWARD LEE JR.

TRUE NAME

| DATE OF BIRTH | PLACE OF BIRTH | SEX | RACE | FTH | HGT | WGT | EYES | HAIR | SKINTONE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 7-25-72 | TEXAS | M | B | | 5-11 | 227 | BRO | BLK | DRK | FOR TDCJ-ID USE ONLY |

SCARS, MARKS, TATTOOS & AMPUTATIONS
cut sc abdm, gunshot sc bck rt leg, burn sc outsd
upr lft arm, burn sc outsd upr rt arm, cut sc outsd
rt f/arm  OTHER SCARS

CITIZENSHIP
AMER

TCN LABEL

| COUNTY SENTENCED FROM | CUSTODY ORI | TDCJ ID# |
|---|---|---|
| POTTER | TX095015C | 828128 JC |

| SENTENCE EXPIRATION DATE | DATE RECEIVED | CUSTODY STATUS |
|---|---|---|
| | 6-16-98 | |

CHARGES
(DEL OF SIM C/S (1) (POSS OF C/S (1)

DISPOSITION
(18 MOS SJ) (12 MOS SJ)

LAST RESIDENCE
AMARILLO, TX.

OTHER TRNS

INMATE'S SIGNATURE
X Edward Lee Busby Jr

| 1. R. THUMB | 2. R INDEX | 3 R MIDDLE | 4 R RING | 5 R LITTLE |
|---|---|---|---|---|
| 6. L THUMB | 7 L INDEX | 8. L MIDDLE | 9 L RING | 10. L LITTLE |

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY

L. THUMB    R THUMB

RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY



## AFFIDAVIT

**THE STATE OF TEXAS**    ɔ
**COUNTY OF WALKER**    ɔ

"My name is **L. Leflore**. I am over twenty-one years of age, of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated.

I am employed as the Chairman Classification and Records for the Texas Department of Criminal Justice - Correctional Institutions Division, and my office is located in Huntsville, Texas. I do hereby certify that the attached information provided on inmate __BUSBY, EDWARD__, TDCJ/BPP#__1016882__ Cause#__0773177A_____, are true and correct copies of the original records now on file in my office maintained in the regular course of business within the Bureau of Classification and Records of the Texas Department of Criminal Justice - Correctional Institutions Division.

In witness whereof, I have hereto set my hand this the __21__ day of __OCTOBER__, 2005.

**NH**


L. LeFlore,
Chairman
Classification and Records



The director shall certify under the seal of the Correctional Institutions Division the documents received under Subsections (a) and (c) of Article 42.09 Code of Criminal Procedure. A document certified under this subsection is self-authenticated for the purpose of Rules 901 and 902, Texas Rules of Criminal Evidence.

Article 42.09, Subsection 8(b), as amended by S. B. 1067, Acts 1993, 73d leg.

(Rev.12/02)



STATE'S
EXHIBIT
__113__
11-14-05



**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
Institutional Division

ID Number: 1016882
Date: 01/05/01
Name: EDWARD LEE JR BUSBY



## CASE NO. 0773177A

| THE STATE OF TEXAS | § | IN THE 396TH DISTRICT |
|---|---|---|
| VS. | § | COURT OF |
| EDWARD LEE BUSBY JR | § | TARRANT COUNTY, TEXAS |

### JUDGMENT ON PLEA OF GUILTY OR NOLO CONTENDERE BEFORE COURT
### WAIVER OF JURY TRIAL

| | | | |
|---|---|---|---|
| Judge Presiding | : HON. GEORGE GALLAGHER | Date of Judgment | : NOVEMBER 30, 2000 |
| Attorney for State District Attorney | : TIM CURRY | Assistant District Attorney | : ROBERT A. MARTINEZ |
| Attorney for Defendant | : TIM MOORE | Charging Instrument: | INDICTMENT |

| Offense Date | Convicted Offense |
|---|---|
| JUNE 22, 2000 | ROBBERY CAUSING BODILY INJURY |

| Degree | Count | Plea |
|---|---|---|
| 2ND | LESSER INCLUDED OFFENSE OF COUNT ONE | GUILTY |

| | |
|---|---|
| Findings on Deadly Weapon | : WAIVED |
| Terms of Plea Bargain | : 2 YRS IDTDCJ & PLBR 0773179A, 0773175A |
| Plea to Enhancement Paragraph(s) | : NONE |
| Plea to Habitual Paragraph(s) | : NONE |
| Findings on Enhancement/ Habitual Paragraph(s) | : NONE |
| Date Sentence Imposed | : NOVEMBER 30, 2000    Date to Commence : NOVEMBER 30, 2000 |
| Punishment Place of Confinement | : COUNT ONE - TWO (2) YEARS : INSTITUTIONAL DIVISION OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE |

| | | | |
|---|---|---|---|
| Time Credited | : 162 DAYS | Court Costs | : $252.25 |
| Reparation | : $1,200.00 | Restitution | : NONE |

: APPOINTED COUNSEL FEES IN THE AMOUNT OF $1200.00 TO BE PAID AS A CONDITION OF PAROLE.

IT IS FURTHER ORDERED THAT APPOINTED COUNSEL FEES FOR PURPOSES OF TEX. CODE CRIM. PROC., ANN., ARTICLE. 26.05 BE SET AT $1200.00 AND MADE PAYABLE TO AND THROUGH THE CRIMINAL DISTRICT CLERK'S OFFICE OF TARRANT COUNTY, TEXAS.

| | |
|---|---|
| Multiple Sentences | : TO BE SERVED CONCURRENTLY |

WITH SENTENCE(S) RENDERED IN TARRANT COUNTY

On this day, set forth above, this cause came for trial and came the State of Texas by its above-named attorney, and the Defendant appeared in person and by the above-named attorney for the Defendant, or, where a Defendant is not represented by counsel, that the Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel; and announced ready for trial, the Defendant having been heretofore arraigned, or having waived arraignment in open court, and having agreed the testimony may be stipulated in this cause and the Defendant, his counsel, and the State's attorney having agreed in writing in open court to waive a jury in the trial of this cause and to submit this cause to the Court, and the Court having agreed to the



same, the said attorney for the State read the instrument charging the offense as shown or the reading of the charging instrument having been waived by the Defendant in open court; the Defendant entered the above shown plea thereto; and it appearing to the Court that the Defendant is mentally competent and the plea is free and voluntary, and the Court having duly admonished the Defendant as to the consequences of such plea, including the range of punishment attached to the offense and the fact that any recommendation of the prosecuting attorney as to punishment is not binding on the Court, yet the Defendant persisted in entering such plea; said plea is by the Court received and now entered of record upon the minutes of the Court, is of the opinion and so finds that the said Defendant is guilty of the offense as confessed and set forth above.

And when shown above, that the charging instrument contains enhancement paragraph(s), which were not waived, and alleges Defendant to have been convicted previously of any felony or offenses for the purpose of enhancement of punishment then the Court asked Defendant if such allegations were true or false and Defendant answered True.   Thereupon, the Court, after having heard all of the evidence as to such alleged prior convictions, is of the opinion and finds Defendant has been heretofore convicted as alleged in said enhancement paragraph(s) as may be shown above.

IT IS THEREFORE CONSIDERED AND ORDERED by the Court, in the presence of the Defendant, that said judgment be, and the same is hereby in all things approved and confirmed, and that said Defendant is adjudged guilty of the offense set forth above, by the Court (a jury having been waived in accordance with law) and that said Defendant be punished in accordance with terms set forth above, and the Defendant is sentenced to a term of imprisonment or fine or both as set forth above, and be with terms set forth above, and the Defendant is sentenced to a term of imprisonment or fine or both as set forth above, and be delivered by the Sheriff to the Director of the Institutional Division of the Texas Department of Criminal Justice, or other person legally authorized to receive such convicts for the punishment and execution may issue as necessary.

And, if shown above that Defendant has been duly and legally convicted of a prior offense by showing the court, cause number, and offense together with his punishment for such offense and date Defendant was sentenced for such offense in accordance with such conviction, then it is further ORDERED AND ADJUDGED that the punishment herein adjudged against the said Defendant shall begin when the judgment and sentence in such prior offense, when shown above, shall have ceased to operate. And the said Defendant is remanded to jail until said Sheriff can obey the direction of this judgment.

PRESIDING JUDGE _George Gallagher_

Date Signed     :   NOVEMBER 30, 2000

Notice of Appeal        :   _____

Mandate Received        :   _____

6-27-00

COMMITTED NAME 4:09-cv-00160-O

9068012355

DPS NO. (SID)    05988071

FBI NO.

LEAVE BLANK

TRUE NAME:

BUSBY, EDWARD LEE JR

| DATE OF BIRTH | PLACE OF BIRTH | SEX | RACE | ETH. | HGT. | WGT. | EYES | HAIR | SKINTONE | FOR TDCJ-ID USE ONLY |
|---|---|---|---|---|---|---|---|---|---|---|
| 07251972 | TEXAS | M | B | | 6-1 | 218 | BRO | BLK | DRK | |

SCARS, MARKS, TATTOOS & AMPUTATIONS

TAT UR ARM, TAT UL ARM, SC ABDOM, SC R LEG

CITIZENSHIP

US

TCN LABEL

| COUNTY SENTENCED FROM | CUSTODY ORI | TDCJ-ID# |
|---|---|---|
| TARRANT | TX221015C | 1016882 |

SENTENCE EXPIRATION DATE    DATE RECEIVED

CUSTODY STATUS

1-4-01

CHARGES

ROBB-BI (1)

DISPOSITION

2YRS

LAST RESIDENCE

ARLINGTON, TEXAS

OTHER TRNS

INMATE'S SIGNATURE

Edward Lee Busby Jr.

1. R. THUMB    2. R. INDEX    3. R. MIDDLE    4. R. RING    5. R. LITTLE

6. L. THUMB    7. L. INDEX    8. L. MIDDLE    9. L. RING    10. L. LITTLE

DB  50X50G8 11338...#T1164...:48

570150 #1...001010105-08:20

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY    L. THUMB    R. THUMB    RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

revised 1/94

## AFFIDAVIT

**THE STATE OF TEXAS**  ɔ
**COUNTY OF WALKER**  ɔ

"My name is **L. Leflore**. I am over twenty-one years of age, of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated.

I am employed as the Chairman Classification and Records for the Texas Department of Criminal Justice - Correctional Institutions Division, and my office is located in Huntsville, Texas. I do hereby certify that the attached information provided on inmate __BUSBY, EDWARD__ , TDCJ/BPP# __1016882__ Cause# __0773177A__ , are true and correct copies of the original records now on file in my office maintained in the regular course of business within the Bureau of Classification and Records of the Texas Department of Criminal Justice - Correctional Institutions Division.

In witness whereof, I have hereto set my hand this the __21__ day of __OCTOBER__ , 2005.

**NH**

L. LeFlore,
Chairman
Classification and Records



The director shall certify under the seal of the Correctional Institutions Division the documents received under Subsections (a) and (c) of Article 42.09 Code of Criminal Procedure. A document certified under this subsection is self-authenticated for the purpose of Rules 901 and 902, Texas Rules of Criminal Evidence.

Article 42.09, Subsection 8(b), as amended by S. B. 1067, Acts 1993, 73d leg.

(Rev.12/02)



STATE'S
EXHIBIT
113 A
6C 11-15-05

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### Institutional Division



1016882
01/05/01 001

01/05/01 000

ID Number: 1016882
Date: 01/05/01
Name: EDWARD LEE JR BUSBY

## CASE NO. 0773177A

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 396TH DISTRICT |
| VS. | § | COURT OF |
| EDWARD LEE BUSBY JR | § | TARRANT COUNTY, TEXAS |

### JUDGMENT ON PLEA OF GUILTY OR NOLO CONTENDERE BEFORE COURT
### WAIVER OF JURY TRIAL

| | | | |
|---|---|---|---|
| Judge Presiding | : HON. GEORGE GALLAGHER | Date of Judgment | : NOVEMBER 30, 2000 |
| Attorney for State District Attorney | : TIM CURRY | Assistant District Attorney | : ROBERT A. MARTINEZ |
| Attorney for Defendant | : TIM MOORE | Charging Instrument: | INDICTMENT |

| Offense Date | Convicted Offense | | |
|---|---|---|---|
| JUNE 22, 2000 | ROBBERY CAUSING BODILY INJURY | | |

| Degree | Count | Plea | |
|---|---|---|---|
| 2ND | LESSER INCLUDED OFFENSE OF COUNT ONE | GUILTY | |

| | | |
|---|---|---|
| Findings on Deadly Weapon | : WAIVED | |
| Terms of Plea Bargain | : 2 YRS IDTDCJ & PLBR 0773179A, 0773175A | |
| Plea to Enhancement Paragraph(s) | : NONE | |
| Plea to Habitual Paragraph(s) | : NONE | |
| Findings on Enhancement/ Habitual Paragraph(s) | : NONE | |
| Date Sentence Imposed | : NOVEMBER 30, 2000 | Date to Commence : NOVEMBER 30, 2000 |
| Punishment Place of Confinement | : COUNT ONE - TWO (2) YEARS : INSTITUTIONAL DIVISION OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE | |

| | | | |
|---|---|---|---|
| Time Credited | : 162 DAYS | Court Costs | : $252.25 |
| Reparation | : $1,200.00 | Restitution | : NONE |
| | : APPOINTED COUNSEL FEES IN THE AMOUNT OF $1200.00 TO BE PAID AS A CONDITION OF PAROLE. | | |
| | IT IS FURTHER ORDERED THAT APPOINTED COUNSEL FEES FOR PURPOSES OF TEX. CODE CRIM. PROC., ANN., ARTICLE. 26.05 BE SET AT $1200.00 AND MADE PAYABLE TO AND THROUGH THE CRIMINAL DISTRICT CLERK'S OFFICE OF TARRANT COUNTY, TEXAS. | | |
| Multiple Sentences | : TO BE SERVED CONCURRENTLY | | |
| | WITH SENTENCE(S) RENDERED IN TARRANT COUNTY | | |

On this day, set forth above, this cause came for trial and came the State of Texas by its above-named attorney, and the Defendant appeared in person and by the above-named attorney for the Defendant, or, where a Defendant is not represented by counsel, that the Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel; and announced ready for trial, the Defendant having been heretofore arraigned, or having waived arraignment in open court, and having agreed that the testimony may be stipulated in this cause and the Defendant, his counsel, and the State's attorney having agreed in writing in open court to waive a jury in the trial of this cause and to submit this cause to the Court, and the Court having agreed to the

VOLUME 5 PAGE 214A OF CASE NO. 0773177A          TRANS NO. 1



same, the said attorney for the State read the instrument charging the offense as shown or the reading of the charging instrument having been waived by the Defendant in open court; the Defendant entered the above shown plea thereto; and it appearing to the Court that the Defendant is mentally competent and the plea is free and voluntary, and the Court having duly admonished the Defendant as to the consequences of such plea, including the range of punishment attached to the offense and the fact that any recommendation of the prosecuting attorney as to punishment is not binding on the Court, yet the Defendant persisted in entering such plea; said plea is by the Court received and now entered of record upon the minutes of the Court, is of the opinion and so finds that the said Defendant is guilty of the offense as confessed and set forth above.

And when shown above, that the charging instrument contains enhancement paragraph(s), which were not waived, and alleges Defendant to have been convicted previously of any felony or offenses for the purpose of enhancement of punishment then the Court asked Defendant if such allegations were true or false and Defendant answered True.   Thereupon, the Court, after having heard all of the evidence as to such alleged prior convictions, is of the opinion and finds Defendant has been heretofore convicted as alleged in said enhancement paragraph(s) as may be shown above.

IT IS THEREFORE CONSIDERED AND ORDERED by the Court, in the presence of the Defendant, that said judgment be, and the same is hereby in all things approved and confirmed, and that said Defendant is adjudged guilty of the offense set forth above, by the Court (a jury having been waived in accordance with law) and that said Defendant be punished in accordance with terms set forth above, and the Defendant is sentenced to a term of imprisonment or fine or both as set forth above, and be with terms set forth above, and the Defendant is sentenced to a term of imprisonment or fine or both as set forth above, and be delivered by the Sheriff to the Director of the Institutional Division of the Texas Department of Criminal Justice, or other person legally authorized to receive such convicts for the punishment and execution may issue as necessary.

And, if shown above that Defendant has been duly and legally convicted of a prior offense by showing the court, cause number, and offense together with his punishment for such offense and date Defendant was sentenced for such offense in accordance with such conviction, then it is further ORDERED AND ADJUDGED that the punishment herein adjudged against the said Defendant shall begin when the judgment and sentence in such prior offense, when shown above, shall have ceased to operate. And the said Defendant is remanded to jail until said Sheriff can obey the direction of this judgment.

PRESIDING JUDGE _George Gallagher_

Date Signed      :  NOVEMBER 30, 2000

Notice of Appeal        : _____

Mandate Received      : _____

| | | DPS NO. (SID) | | FBI NO. | | |
|---|---|---|---|---|---|---|
| COMMITMENT NAME (LAST, FIRST, MIDDLE) | | | TRUE NAME | 050098071 | | LEAVE BLANK |

**BUSBY, EDWARD LEE JR**

| DATE OF BIRTH | PLACE OF BIRTH | SEX | RACE | ETH. | HGT. | WGT. | EYES | HAIR | SKINTONE | | FOR TDCJ-ID USE ONLY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07251972 | TEXAS | M | B | | 6-1 | 218 | BRO | BLK | DRK | | |

SCARS, MARKS, TATTOOS & AMPUTATIONS

TAT UR ARM, TAT UL ARM, SC ABDOM, SC R LEG

CITIZENSHIP
US

TCN LABEL

| COUNTY SENTENCED FROM | CUSTODY ORI | TDCJ-ID# |
|---|---|---|
| TARRANT | TX221015C | 1016882 |

| SENTENCE EXPIRATION DATE | DATE RECEIVED | CUSTODY STATUS |
|---|---|---|
| | 1-4-01 | |

| CHARGES | DISPOSITION |
|---|---|
| ROBB-BI (1) | 2YRS |

OTHER TRNS

LAST RESIDENCE

ARLINGTON, TEXAS

INMATE'S SIGNATURE
*Edward Lee Busby Jr.*

1. R. THUMB   2. R. INDEX   3. R. MIDDLE   4. R. RING   5. R. LITTLE

6. L. THUMB   7. L. INDEX   8. L. MIDDLE   9. L. RING   10. L. LITTLE

DB 50X50G8 1133SS #F1164 000105-08:48

570110 #1210403 000105-08:20

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY   L. THUMB   R. THUMB   RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

P 1/1

Docket No. 0770959

| THE STATE OF TEXAS VS. Edward Lee Busby  Cid: 0552475 | Attorneys  Plaintiff: Tim Curry  Defense: Armando Flores | Charge: Evade Arrest/detention  Offense Date: 06/05/00  Convicted: Evade Arrest/detention |
|---|---|---|

| Date of Orders | Orders of Court |
|---|---|
| 06/06/2000 | FILED |
| 06/15/2000 | Defendant Pled Guilty , Found Guilty.  Assessed 30 Days Jail, Credit Time Served |
| | $00.00 Fine & $200.25 Court Cost. Credit Time Served $00.00, Attorney Fees $00.00 |
| | Pay Monies At $100.00 Per Month. First Payment Due 08/15/00, Final Payment Due 09/15/00 |
| | Cts Plus Arlington City Jail Since 6-5-00 To Time, Def To Pay Cost, Release From Custody |
| | To Serve Balance Of Time On Labor Detail, Begin - 6/24/2000, Jail Run. |

Judge's Signature: _Cheril Hardy_

Cheril Hardy

STATE'S EXHIBIT
114
BENGAD 800-631-6989

Right Thumb Print

Defendant Signature: _Edward L. Busby Jr._

Case 4:09-cv-00160-O   Document 126-17   Filed 05/04/26   Page 493 of 519   PageID 12304

CASE NO. 0770959

| | | |
|---|---|---|
| THE STATE OF TEXAS | † | COUNTY CRIMINAL COURT |
| VS. | † | NUMBER SEVEN |
| EDWARD LEE BUSBY | † | TARRANT COUNTY, TEXAS |

## JUDGMENT AND SENTENCE

On this day came on to be heard the above cause, and came the State of Texas by

**SALLY HRACH** , Assistant District Attorney, and came the Defendant,

**EDWARD LEE BUSBY** , in person and by counsel,

**ARMANDO FLORES** , and both sides announced ready for trial.

The Defendant having been duly arraigned, waived trial by jury, pleaded **GUILTY** to the information herein, and submitted this cause to the Court. The information being read, the Court received the Defendant's plea thereto, and having heard the evidence submitted thereon, if any, adjudged the Defendant guilty as charged of the offense of

**EVADE ARREST/DETENTION** a class **B** misdemeanor, and that the Defendant committed the offense on **06/05/00** , and assessed his punishment at a fine of **$ 00.00** and **30** days confinement in the Tarrant County Jail, together with all costs in this behalf incurred ( according to the terms of the plea bargain). And the Defendant being asked by the court if he had any sufficient reason why the sentence of the Court should not be pronounced against him failed to give such reason; whereupon the Court proceeded in the presence of the Defendant to pronounce sentence against him as follows:

It is therefore ordered, adjudged and decreed by the Court that the Defendant is guilty of the offense of **EVADE ARREST/DETENTION** and is hereby sentenced to a fine of **$ 00.00** and **30** days confinement in the Tarrant County Jail, and that the State of Texas do have and recover of the said Defendant all costs of this prosecution for which let execution issue . Defendant is remanded to the custody of the Sheriff of Tarrant County, Texas to serve said sentence. Defendant is given credit on his sentence for the time he has spent in jail in this cause from the time of his arrest and confinement until date of sentence.

Entered this    15th day of June, 2000    .

**F I L E D**

June 15, 2000 11:28 AM
SUZANNE HENDERSON
COUNTY CLERK, TARRANT CO., TEXAS
By: _____ Deputy

*Right thumb print*

_____
JUDGE PRESIDING

Docket No. 0913516

| THE STATE OF TEXAS<br>VS.<br>Edward Lee Jr Busby<br><br>Cid: 0552475 | Attorneys<br><br>Plaintiff:<br>Tim Curry<br><br>Defense:<br>Jack G Duffy | Charged Offense:<br>Burglary Of A Vehicle<br>Offense Date: 12/04/03<br>Disposed Offense:<br>Burglary Of A Vehicle |
|---|---|---|

| Date of Orders | Orders of Court |
|---|---|
| 12/07/2003 | FILED |
| 12/11/2003 | Defendant Pled Guilty , Found Guilty. Assessed 45 Days Jail, Credit Time Served |
| | $00.00 Fine & $176.00 Court Cost. Credit Time Served $00.00, Attorney Fees $00.00 |
| | $176.00 Court Cost Waived. |
| | Cts To Time/in Custody |

Judge's Signature:

Molly Jones

STATE'S EXHIBIT 115<br>GAD 800-631-6989<br>EC 11-14-05

Right Thumb Print

Defendant Signature : Edward L. Busby Jr.

Case 4:09-cv-00160-O   Document 126-17   Filed 05/04/26   Page 495 of 519   PageID 12306

04/01/2004 95579

## CASE NO. 0913516

| | | |
|---|---|---|
| THE STATE OF TEXAS | † | COUNTY CRIMINAL COURT |
| VS. | † | NUMBER SIX |
| EDWARD LEE JR BUSBY | † | TARRANT COUNTY, TEXAS |

### JUDGMENT AND SENTENCE

On this day came on to be heard the above cause, and came the State of Texas by

**MYRA MCINTOSH**_____ , Assistant District Attorney, and came the Defendant,

**EDWARD LEE JR BUSBY**_____ , in person and by counsel,

**JACK G DUFFY**_____ , and both sides announced ready for trial.

The Defendant having been duly arraigned, waived trial by jury, pleaded _____**GUILTY**_____

to the information herein, and submitted this cause to the Court. The information being read, the Court received the Defendant's plea thereto, and having heard the evidence submitted thereon, if any, adjudged the Defendant guilty as charged of the offense of

**BURGLARY OF A VEHICLE**_____ a class ___**A**___ misdemeanor, and that the

Defendant committed the offense on ___**12/04/03**___ , and assessed his punishment at a fine of

**$ 00.00** and ___**45**___ days confinement in the Tarrant County Jail, together with all costs

in this behalf incurred ( according to the terms of the plea bargain). And the Defendant being asked by the court if he had any sufficient reason why the sentence of the Court should not be pronounced against him failed to give such reason; whereupon the Court proceeded in the presence of the Defendant to pronounce sentence against him as follows:

It is therefore ordered, adjudged and decreed by the Court that the Defendant is guilty of

the offense of **BURGLARY OF A VEHICLE**_____ and is hereby sentenced to a fine of

**$ 00.00** and ___**45**___ days confinement in the Tarrant County Jail, and that the State of

Texas do have and recover of the said Defendant all costs of this prosecution for which let execution issue . Defendant is remanded to the custody of the Sheriff of Tarrant County, Texas to serve said sentence. Defendant is given credit on his sentence for the time he has spent in jail in this cause from the time of his arrest and confinement until date of sentence.

Entered this ___11th day of December, 2003___ .

**F I L E D**

December 11, 2003 10:41 AM

SUZANNE HENDERSON
COUNTY CLERK, TARRANT CO., TEXAS
By: _____ Deputy

Right thumb print

JUDGE PRESIDING



STATE'S EXHIBIT NO. 116
PHOTO

UNABLE TO COPY
ORIGINAL ON FILE WITH DISTRICT CLERK





STATE'S
EXHIBIT

117

PENGAD 800-631-6989



STATE'S
EXHIBIT
877
11-14-05







STATE'S
EXHIBIT
119

Q. 7.

July 3, 2001

Say look out Kenfolk,. I wasn't trying to put them hoe's up in your life that's my bad because I knew that you are not in a gang, but any way say shot the Photo's I'll shot them back to you in my next letter, say it is so many good looking woman that work here but they be trip when a nigga look at them, they alway's think a nigga is trying to Jack-off on them, and I don't fuce around like that at all, I dust like to see pretty women every other day, but I don't have time for that ball shit, you know, but any way it's cool down here and none of these nigga are trip, we all play ball and have fun doing it, m a nigga can do his time out here, and don't have to look at some ugly ass white hoe in your face trying to talk a nigga what to do and for the white guard out here they are all right, but them motherfuccer's out there are some hoe's for real, but say how are you and everybody is. doing on that fucced up unit they got you nigga's on, but say dust keep your cool and stay out of trouble, I know. if I can stay out of trouble you Can, say tell them nigga's out there I said what's up and to Stay Self, but for the one's I didn't talk too don't tell them

shit and ask that nigga big G if he got my letter that I sent to him, I know you may not know who he is, but just ask some body and they can tell you who he is, say its good to be in the south my nig, but I just wish I could get in a hold of my mom! for her not to look for me I fucced up bad this time, I wish I would moved to Houston, like she had ask me to, but I just had to stay in Arlington, and do my thing now im focced up again, my nig the game is fucced up, and these white folks is not going to let us win, say dig this here my nig a white woman killed 5 of her kids and it looks like they are going to let her get away with it! now if that was a black woman these white folks would be trying to kill her! no! they would kill her and as fast as they could, you know, say thats why I don't have no hove for them blue eyed devils they put all them dreg's out there on the street So they can try and kill us off, but when they kids started doing the shit, now they want to locc a motherfucc up, but they wan't do shit for the blacc's and do want to see us come up thats why Im not going to let these hoe put me on no paper so I have to stay in Texas fucc that no way in hell will I keep staying in this fucced up state

Why they are trying to loce every Nigga up a throw the key away, a Nigga would have to be out of his mind to stay in Texas, these white folk aint going to give you no good Job, they want to see us get out and fuee up again so they can make more money off us by loccing us up, well not me no more I' got to go, when I get out I'n not going to stay in Texas, for av hour fuec this place, these white folk got this shit on loce, Just look at it they are killing there kids and getting away with it every day, Just look at it like this, Say you are out there doing what you do and a white Boy is trying to do the Same thang and they get you and the Wood they will say the white Boy Need's Some help, but you should be locced up, Say these white people get aweq with every thang in Texas, but I'n leave that alone, because they be fuccing with you again. Say shot the Photo's my Nig: and Stay out of trouble. se you can go home So we can hice it one day when you get out, I will Fly you out to where I am or Come get you but keep it real and stay succ free

JoBo

Much love kinfolk

STATE'S
EXHIBIT



STATE'S
EXHIBIT

STATE'S
EXHIBIT

PENGAD 800-631-6989



STATE'S
EXHIBIT



PENGAD 800-631-54

STATE'S
EXHIBIT



PENGAD 800-631-6989

STATE'S
EXHIBIT



STATE'S
EXHIBIT

PENGAD 800-631-6989

STATE'S
EXHIBIT



PENGAD 800-631-6989

STATE'S
EXHIBIT



STATE'S
EXHIBIT



PENGAD 800-631-6939

STATE'S
EXHIBIT

Inmate: Busby,Edward
CID#: 0552475
Keep Separate List

| | | |
|---|---|---|
| 1. | 0265722 | 41G |
| 2. | 0606630 | 26J |
| 3. | 0654534 | 26F |
| 4. | 0149784 | 40D |
| 5. | 0513304 | 59B |
| 6. | 0567983 | 26K |
| 7. | 0607177 | 41D |
| 8. | 0153360 | 41I |
| 9. | 0642005 | 58A |
| 10. | 0320307 | 57D |
| 11. | 0636348 | 41J |
| 12. | 0159249 | 59D |
| 13. | 0551167 | 58D |
| 14. | 0521800 | 40H |
| 15. | 0563515 | |
| 16. | 0405184 | |
| 17. | 0648093 | 41N |
| 18. | 0210425 | 55A |
| 19. | 0647477 | |
| 20. | 0267873 | |
| 21. | 0618238 | |
| 22. | 0376140 | |
| 23. | 0131761 | 59D |
| 24. | 0333305 | |
| 25. | 0567343 | |
| 26. | 0505833 | |
| 27. | 0212514 | |
| 28. | 0331363 | |
| 29. | 0205538 | 26B |
| 30. | 0209898 | |
| 31. | 0439245 | |
| 32. | 0578645 | |
| 33. | 0579599 | |
| 34. | 0232872 | |
| 35. | 0351528 | 41H |
| 36. | 0133622 | |
| 37. | 0190914 | |
| 38. | | |
| 39. | | |
| 40. | | |
| 41. | | |
| 42. | | |
| 43. | | |
| 44. | | |
| 45. | | |
| 46. | | |
| 47. | | |
| 48. | | |
| 49. | | |
| 50. | | |
| 51. | | |
| 52. | | |
| 53. | | |
| 54. | | |
| 55. | | |
| 56. | | |
| 57. | | |
| 58. | | |
| 59. | | |
| 60. | | |
| 61. | | |
| 62. | | |
| 63. | | |
| 64. | | |
| 65. | | |
| 66. | | |
| 67. | | |
| 68. | | |
| 69. | | |
| 70. | | |
| 71. | | |
| 72. | | |
| 73. | | |
| 74. | | |
| 75. | | |
| 76. | | |
| 77. | | |
| 78. | | |
| 79. | | |
| 80. | | |
| 81. | | |
| 82. | | |
| 83. | | |
| 84. | | |
| 85. | | |
| 86. | | |
| 87. | | |
| 88. | | |


STATE'S
EXHIBIT
131
RC 11-16-05
PENGAD 800-631-6989

**REQUEST FOR SERVICES**      DATE _Feb 5th 2005_

CID # _DSS2475_      DOB _7-88-72_

FROM: _Edward L. Busby_      LOCATION _40-0-11_
PRINT YOUR NAME      Floor/Tank/Pod/Cell

**TO:**    CIRCLE THE PERSON TO WHOM THIS REQUEST IS MADE

_RW 29919_

| | | |
|---|---|---|
| T.D.C. DESK | UNIT CAPTAIN | WATCH COMMANDER |
| CHAPLAIN | LAW LIBRARY | FOOD |
| NOTARY | PROPERTY OFF. | COMMISSARY |
| BANK OFFICER | MAIL OFFICER | CLASSIFICATION |
| MEDICAL | | DENTAL |
| COURT DATE | CHARGE(S) | BOND |
| CASE NUMBER | FINE | RELEASE DATE |
| OTHER: _Capt. Heisey_ | | |

**WRITE REQUEST HERE:**

Capt. Heisey Sir is there any way possible that I may have a word with you? I would like to review my jail house records, Cause I feel that I'm being treated unfairly or the County is Discriminatory against me do to my case if so that is against my Civil right has a person as well as a Inmate, So if you have the time Sir I would like to review my jail house records or Could you please pass this to the Capt that can help me.

Thank you

**ACTION TAKEN:**      **CONTROL #**

YOUR PRESENT ASSIGNMENT IS CONSISTENT WITH YOUR PRESENT
CUSTODY LEVEL. YOUR STATUS IS REVIEWED IN ACCORDANCE WITH
JAIL STANDARDS.

**OFFICER**      _2-9-05_
      **DATE**

CFMT-5  GPC-0292  Rev. 8-96

STATE'S
EXHIBIT
132
HC 1H12-05

NOT A GRIEVANCE
PROCESSED AS A REQUEST
FOR SERVICE
~~WARD TO: .~~
~~Chaplain~~

inmate file
05 6-7-4

# TARRANT COUNTY JAIL
# INMATE GRIEVANCE FORM

press hard when writing as you are making four copies

Name _Edward L. Busby Jr_ CID No. _05524475_
Location _27-I-4_ Date _June 6, 2004_ Case No. _____

State your problem as briefly and completely as possible. Place in a "Grievance Envelope", seal and submit to Grievance Office. Keep gold (last) copy for your records.

On June 5, 2004 at about 7 to 8 p.m. I turn in a kit to the Watch Commander do to the fact that we don't have no TV. and do to the fact that we did not brake the TV. or no one put water in the TV. So there is no reason that we should not have a TV. Our TV. was removed do to the fact that they were working on 6 cell about a month ago said one officer. We as inmates have a right to the news and with out a TV. or newspaper our rights are being staped on every day. We would just like to have our TV. back do to the fact that we did not brake it or put water into it — Thank you

GRIEVANCE OFFICE USE ONLY***************DO NOT WRITE BELOW THIS LINE

Officer Assigned_____ Date_____Time_____Case_____Code_____
Processed by Grievance Officer_____ Date_____ Time_____
Referred to_____ Date_____ Time_____
Response by _D. Barrett_ Date _06-07-64_ Time _1514_
Reviewed By _D. Barrett_ Date_____ Time_____

## GRIEVANCE SUMMARY RESPONSE

T.V. is Not A right. Facility Command has Not requested one.

White- to file, Canary- to be returned to inmate with response, Pink- referral copy, Goldenrod-inmate copy

S-101    GPC-1699

# TARRANT COUNTY JAIL
## INMATE GRIEVANCE FORM

1969

press hard when writing as you are making four copies

Name _Edward L. Busby_

Location _27-I-4_    Date _June 3-04_    CID No. _0558475_    Case No. ____

State your problem as briefly and completely as possible. Place in a "Grievance Envelope", seal and submit to Grievance Office. Keep gold (last) copy for your records.

On June 5, 2004 at about 8 AM to 8:30 AM. I was denied my right to outside Rac, Do to the fact that one of the officer on 2nd shift on June 1st took my I.D. and never return it to me.

I feel that I should not be denied my Civil rights do to the fact that officers feel the right to play with enmates at any given time or made right to denied us our Civil right cause they want to.

This officer had to take my I.D. out of being mad at me cause he could not get me to correspond with him in a playful way.

GRIEVANCE OFFICE USE ONLY*********** DO NOT WRITE BELOW THIS LINE

Officer Assigned ____ Date ____ Time ____ Case _1969_ Code _17_

Processed by Grievance Officer ____ Date ____ Time ____

Referred to ____ Date ____ Time ____

Response by ____ Date ____ Time ____

Reviewed By ____ Date ____ Time ____

## GRIEVANCE SUMMARY RESPONSE

White- to file, Canary- to be returned to inmate with response, Pink- referral copy, Goldenrod-inmate copy

8-101    GPC-1699

TRIAL COURT CAUSE NO. 0920589D

THE STATE OF TEXAS                    )    IN THE CRIMINAL DISTRICT

VS.                                   )    COURT NUMBER TWO

EDWARD LEE BUSBY, JR.                 )    TARRANT COUNTY, TEXAS

I, Barbara L. Chapman, Official Court Reporter in and for the Criminal District Court Number Two of Tarrant County, Texas, do hereby certify that the following exhibits constitute true and complete duplicates of the original exhibits, excluding physical evidence, offered into evidence during the proceedings in the above-entitled and numbered cause as set out herein before the Honorable Wayne F. Salvant, Judge of the Criminal District Court Number Two of Tarrant County, Texas.

WITNESS MY OFFICIAL HAND, on this the _11th_ of September, 2006.

Barbara L. Chapman, CSR
Texas CSR No. 500, Exp: 12/31/06
Official Court Reporter
Criminal District Court No. 2
401 W. Belknap, 7th Floor
Fort Worth, Texas  76196-0214
Telephone:  (817)884-2837
email: Bchapman@tarrantcounty.com